United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STRIKE, LLC, *et al.*[1] | ) Case No. 21-90054 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Relates to Docket No.** 194 |

### ORDER AUTHORIZING THE DEBTORS TO SEAL EXHIBITS TO THE NON-INSIDER KERP MOTION

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**") (a) authorizing the Debtors to file under seal **Exhibit 1** and **Exhibit 2** (the "**KERP Exhibits**") to the proposed order attached to the Non-Insider KERP Motion, which contain certain confidential commercial information of the Debtors including sensitive business information; and (b) directing that the KERP Exhibits shall remain under seal and confidential and not be made available to anyone, without the prior written consent of the Debtors, except to: (i) the U.S. Trustee, (ii) counsel to any statutory committee appointed in these Chapter 11 Cases on a professionals eyes only basis, (iii) the DIP Secured Parties, and (iv) to other parties subject to non-disclosure agreements in place as the Debtors deem necessary, in their discretion, on a professional eyes only basis; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

AMERICAS 111304168

this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Bankruptcy Local Rules, and it appearing that no other or further notice need be provided; and upon consideration of the Motion and all of the proceedings had before the Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Debtors are authorized to file the KERP Exhibits under seal.

2. The Debtors and any party authorized to receive the KERP Exhibits shall be authorized and directed, subject to Bankruptcy Local Rule 9037-1, to redact specific references to the information set forth therein from pleadings filed on the public docket maintained in these chapter 11 cases.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: December 19, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**