# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STRIKE, LLC, *et al.*, | Case No. 21-90054 (DRJ) |
| DEBTORS[1] | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST OF THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR HEARING SCHEDULED FOR DECEMBER 22, 2021

| Case No. 21-90054 (DRJ) | Name of Debtor: Strike, LLC, et al. |
|---|---|
| Adversary No: n/a | Style of Adversary: n/a |
| **Witnesses:** | Judge: Honorable David Jones |
| Any witness called or designated by any other party | Hearing Date: December 22, 2021 |
| Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party | Hearing Time: 10:30 a.m. CT |
| | Party's Name: Official Committee of Unsecured Creditors |
| | Attorney's Name: Marty L. Brimmage, Jr. |
| | Attorney's Phone: (214) 969-2885 |
| | Nature of Proceeding: Debtors' Bidding Procedures Motion [ECF No. 60] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

1

## **EXHIBIT LIST**

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned case | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Official Committee of Unsecured Creditors reserves the right to supplement or amend this Witness and Exhibit List at any time prior to or during the hearing.

[*Remainder of page intentionally left blank*]

Dallas, Texas
Dated:  December 20, 2021

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: */s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.
State Bar No. 00793386; S.D. Tex. No. 30464
Lacy M. Lawrence
State Bar No. 24055913; S.D. Tex. No. 995675
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

-and-

Philip C. Dublin (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Gary A. Ritacco (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
pdublin@akingump.com
mlahaie@akingump.com
gritacco@akingump.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Strike, LLC, et al.*

3