# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| STRIKE, LLC, *et al.*[1] | ) Case No. 21-90054 (DRJ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## SCHEDULE OF ASSETS AND LIABILITIES
## FOR STRIKE, LLC CASE NO. 20-90054 (DRJ)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582).  The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380.  Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| STRIKE, LLC, *et al.*[1] | ) | Case No. 21-90054 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

## INTRODUCTION

Strike, LLC ("**Strike**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") with the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflects the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. The Schedules and Statements and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performances of the Debtors.

Although the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Notwithstanding any subsequent information or discovery, the Debtors and their agents, attorneys, and financial advisors do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re- categorized. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or unforeseeable and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Sean Gore, Executive Vice President and Chief Financial Officer of Strike, has signed each of the Schedules and Statements. Mr. Gore is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Gore necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and the Debtors' proposed advisors. Mr. Gore has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

In the event that the Schedules or Statements differ from any of the Global Notes, the Global Notes shall control.

## <u>GLOBAL NOTES AND OVERVIEW OF METHODOLOGY</u>

1.  **<u>Reservation of Rights</u>**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to:  (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim (each, a "**Claim**")[2] is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount

---

[2]  For the purposes of these Global Notes, the term "Claim" shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2. **Description of Cases and "As Of" Information Date**. On December 6, 2021 (the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 15, 2021, the United States Trustee for the Southern District of Texas appointed an official committee of unsecured creditors. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

On the Petition Date, the Court entered the *Order (I) Directing Joint Administration of Cases and (II) Waiving Requirements of Bankruptcy Code Section 345(c)(1) and Bankruptcy Rules 1005 and 2002(n)* [Docket No. 7] (the "**Joint Administration Order**"). The Joint Administration Order authorized the joint administration of the Debtors chapter 11 cases under lead case number 21-90054 for procedural purposes only. Accordingly, each Debtor has filed its own Schedules and Statements.

The asset and liability information provided herein represents asset and liability data of the Debtors as of October 31, 2021, except as otherwise noted. As noted below, the amounts of the Debtors' funded debt obligations and certain amounts related to the Debtors' requests for "first day" relief are represented as of the Petition Date.

3. **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of October 31, 2021. The book values of certain assets may materially differ from their fair market values or other measures of value. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value or the amount a third party might be willing to pay in connection with any asset disposition.

For financial reporting purposes, Strike prepares consolidated financial statements. Unlike Strike's consolidated financial statements, these Schedules and Statements, except as indicated herein, reflect the assets and liabilities of each Debtor and do not include the assets and liabilities of certain of Strike's non-Debtor affiliates. Accordingly, combining the assets and Claims set forth in the Schedules and Statements of the Debtors would result in amounts that would be substantially different from financial information for Strike and its respective consolidated subsidiaries.

Book values of assets generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets. Additionally, because the book values of assets may materially differ from their fair market values, a number of assets have undetermined values as of October 31, 2021, and are listed accordingly. Furthermore, assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, have no net book value and are therefore not included in the Schedules and Statements.

4.    **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and the reported amounts of revenues and expenses.  Actual results could differ materially from these estimates.  Further, certain immaterial assets and liabilities may have been excluded from the Schedules and Statements.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

5.    **Recharacterization**.  The Debtors have made reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  However, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate.

6.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

Only the administrative agents under the Debtors' Prepetition Senior Loan Facility (defined below) and Prepetition Junior Loan Facility (defined below) have been listed on the Schedules and Statements on behalf of the lenders thereunder, which are not separately listed.

The liabilities listed on the Schedules do not reflect a complete analysis of Claims rights to be treated as an administrative claim under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted administrative Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.  Similarly, although the Debtors listed certain amounts owed to employees as priority up to the cap provided under section 507(a)(4) and 507(a)(5) of the Bankruptcy Code, the Debtors reserve all rights to dispute or challenge the validity

and priority of any claims and with respect to the Debtors ability to ultimately pay such claims in light of other provisions of the Bankruptcy Code, including the requirements of Section 503(c) of the Bankruptcy Code.

7. **Excluded Assets and Liabilities**.  The Debtors have excluded book values for certain categories of assets and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, tax accruals, asset retirement obligations, and assets with a net book value of zero. For confidentiality reasons, the Debtors have not listed individual customer accounts receivable information or individual retention agreements for participants in the Debtors' prepetition employee retention programs.  However, any payments made to "insiders," as such term is defined in section 101(31) of the Bankruptcy Code, on account of prepetition retention programs are listed in the Schedules and Statements subject to the reservations regarding insider designations below.  In addition, certain immaterial assets and liabilities may have been excluded.

8. **Insiders**. For purposes of the Schedules and Statements, the Debtors defined "insiders" as such term is defined in section 101(31) of the Bankruptcy Code.  However, parties referenced as "insiders" have been included for informational purposes only and the designation of a party as an "insider" in the Schedules and Statements shall not constitute an admission that such parties are insiders for purposes of section 101(31) of the Bankruptcy Code or that such parties were insiders at the time the applicable payment or transfer listed on the Schedules and Statements was made or incurred.  The Debtors have attempted to identify parties who could properly be considered "insiders" at any point during the applicable periods identified in the Schedules and Statements. The Debtors were inclusive in their interpretation of what may constitute an "insider."  However, the Debtors do not take any position with respect to: (a) any referenced insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any referenced insider; (c) the decision making or corporate authority of any referenced insider; or (d) whether the Debtors or any referenced insider could successfully argue that such party is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

9. **Intellectual Property Rights**.  Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10. **Umbrella/Master Agreements**.  Certain contracts and/or leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements of the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.  None of these umbrella or master agreement listed in the Schedules and

Statements reflect any decision by the Debtors as to whether or not such agreements are executory in nature.

11. **Executory Contracts**.   Although efforts have been made to accurately reflect each Debtor's executory contracts in the Schedules and Statements, inadvertent errors or omission may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using reasonable efforts.  Listing a contract or agreement in the Schedules and Statements does not constitute an admission that such contract or agreement (a) is an executory contract, (b) was in effect on the Petition Date, or (c) is valid or enforceable.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.

Although the Debtors made diligent attempts to attribute each executory contract to the correct Debtor, the Debtors may have inadvertently failed to do so.   Certain confidentiality and non-compete agreements may not be listed on Schedule G.   The contracts and agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments and other documents that may not be listed despite the Debtors' use of reasonable efforts to identify such documents. Certain of the contracts and agreements listed on Schedule G may also consist of several parts, including purchase orders, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.   Unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, purchase orders, statements of work, requests for service, or other agreements made directly or indirectly.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single or integrated contract or agreement, multiple contracts or agreements, or severable or separate contracts or agreements.

The Debtors expressly reserve their rights, Claims, and causes of actions with respect to the executory contracts, including the right to dispute or challenge the characterization of any agreement on Schedule G as executory.

12. **Guarantees and Other Secondary Liability Claims**.   The Debtors have made reasonable efforts to locate and identify guarantees and other secondary liability Claims (collectively, the "**Guarantees**") in the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any Debtor is a party.  Where Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guarantees.   The Debtors have placed the Guarantees on Schedule H for both the primary obligor and the guarantor of the relevant obligation.   It is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  Additionally, failure to list any Guarantees in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guarantees not listed.

6

13. **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

14. **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such claim is entitled to priority treatment, including under sections 503 and/or 507 of the Bankruptcy Code or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff such Claims.  For the avoidance of doubt, the Debtors reserve all rights to dispute the amount and/or the priority status of any claim on any basis at any time.

15. **Claims Description**.   Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.

16. **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

17. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- Undetermined Amounts.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

7

- Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- Paid Claims.  The Debtors were authorized to pay certain outstanding prepetition Claims pursuant to various orders entered by the Court.  To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities, including seeking satisfaction of such claims without further amendment to the Schedules and Statements.

- Liens.   Property and equipment listed in the Schedules and Statements is presented without consideration of any liens that may attach (or have attached) to such property and equipment.

18.   **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

19.   **Intercompany Payables and Receivables**.  The Debtors engage in certain intercompany transactions with other Debtor and non-Debtor affiliates.  Intercompany receivable account balances are shown in Schedule A/B and intercompany liabilities are shown in Schedule E/F.  Further, the Debtors operate their business on a consolidated level and do not cash settle intercompany payable or receivable amounts.

20.   **Inventories, Property, and Equipment**.  Inventories consist of materials and supplies.  These inventories are listed at net book value.  Inventories, property, and equipment are recorded at cost or at fair value at the date of acquisition in the case of certain previously acquired businesses.   All inventories, property, and equipment, are presented without consideration of any statutory or consensual liens.

21.   **Other Leases**.  The Debtors lease equipment and facilities under certain lease agreements.  These equipment and facilities leases are reported on Schedule G of each applicable Debtor, and to the extent that there was an amount outstanding under any of these leases as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F of each applicable Debtor.

22.   **Effect of "First Day" Orders**.  The Court has authorized the Debtors to pay various outstanding prepetition Claims including certain payments to employees, critical vendors, potential lien holders, and taxing authorities.  Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any postpetition payments made on account of such Claims pursuant to the authority granted to the Debtors by the Court as of December 6, 2021.  To the extent any further adjustments are necessary to account for any additional Court-authorized postpetition payments, such adjustments

have not been included in the Schedules and Statements unless otherwise noted on the applicable Schedule or Statement. Estimates of Claims set forth in the Schedules and Statements may not reflect assertions by the Debtors' creditors of a right to have such Claims paid or reclassified under the Bankruptcy Code or orders of the Court.

23. **Setoffs**.  The Debtors periodically setoff certain obligations in the ordinary course of business.  Such ordinary course setoffs can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

24. **Confidentiality**.  There are instances within the Schedules and Statements where names, addresses, or amounts have been left blank.  Due to the nature of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

**Schedules Summary**.  The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the Debtors' financial statements.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor's Schedules or Statements show more assets than liabilities, it shall not constitute an admission that such applicable Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor's Schedules and Statements show more liabilities than assets, it shall not constitute an admission that such applicable Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Claims of Third-Party Related Entities**.  Although the Debtors have made every effort to properly classify each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates.  Therefore, to the extent that the Debtors have classified their estimate of Claims of a creditor as disputed, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

9

**Schedule A/B, Parts 1– Cash and Cash Equivalents**.  The amounts represented in Schedule A/B, Part 1, Question 1 are as of the Petition Date.

**Schedule A/B, Part 2 – Deposits and Prepayments**. In the ordinary course of the Debtors' business, the Company prepays various items to include insurance, bonuses, software licenses, prepaid cards, etc.  The various prepayments have been listed by party holding the prepaid deposit or have been grouped to represent similar prepaid amounts.  The prepaid balance generally represents the unamortized or remaining balance related to a contract or asset.

**Schedule A/B, Part 3 – Accounts Receivable**.  The Debtors' accounts receivable balance includes trade receivables, intercompany receivables, related party receivables, accrued receivables, retainage and other miscellaneous receivables all generated in the ordinary course of the Debtors' business. For presentation purposes, all accrued receivables, retainage, and a majority of trade receivables are listed as less than 90 days outstanding while intercompany receivables, related party receivables, other receivables, and a portion of trade receivables are listed as greater than 90 days outstanding. The Debtors operate their business at a consolidated level and do not true-up intercompany balances with cash settlements. The Debtors appropriately account for all intercompany asset or liability amounts and transactions on each individual Debtor's books and records but prepare consolidated financial statements which eliminate the intercompany amounts.

**Schedule A/B, Part 4 – Non-Publicly Traded Stock Interests**.  For purposes of the Schedules, the Debtors have listed the value of such ownership interests as undetermined because the fair market value of such stock or interests is dependent on numerous variables and factors and may differ significantly from the net book value.  Bond values in Part 4, Question 16 are listed as of the Petition Date.

**Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets**.  The Debtors' inventories consist of materials and supplies.  These inventories are listed at net book value.  Work in progress includes work in progress and contract assets. The Debtors have not performed a recent physical inventory count.

**Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**.  The Debtors do not designate or account for office furniture and fixtures on an individual bases and instead group these items into a singular account.  The balance included in Question 39 represents both office furniture and fixtures. Further, collectibles are grouped into a single line-item containing the various sculptures and artwork owned by the Debtors.

**Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**.  The Debtors own and lease various types of machinery, equipment, and vehicles that have been labeled as such.  Both owned machinery, equipment, and vehicles as well as leased machinery, equipment, and vehicles accounted for as capital leases are included in the Schedules. Each owned or leased item is listed individually with identifying information, including internally generated asset identification number, description, and year (where applicable).  Other machinery and equipment and tools/supplies have been grouped as "Other Machinery, Fixtures, and Equipment" and mats are grouped as a separate item as designated in the Debtors' accounting system.

10

The Debtors lease equipment and facilities under various capital and operating lease agreements. These equipment leases are reported on Schedule A/B and Schedule G of each applicable Debtor. To the extent that there was an amount outstanding under any of these leases as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F of each applicable Debtor.

**Schedule A/B, Part 9 – Real Property**.  For any Debtors that own real property or buildings and leasehold improvements, they are reported, except where otherwise noted, at net book value.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all of their rights to recategorize and/or recharacterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed. Buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property.

In addition, certain of the instruments reflected on Schedule A/B, Part 9 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B, Part 9.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B, Part 9 is an executory contract within the meaning of section 365 of the Bankruptcy Code.

**Schedule A/B, Part 10 – Intangibles and Intellectual Property**.  Customer relations includes customer lists, mailing lists, and other compilations.  Trade names include patents, copyrights, trademarks, and trade secrets.  The Debtors do not have a recent available valuation of such intangibles and intellectual property and accordingly have listed the value of these items as undetermined in the Schedules.

**Schedule A/B, Part 11 – All Other Assets**.   In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, Claims as a plaintiff or counter-claims and/or cross-claims as defendant.

Certain Debtors have accumulated tax attributes that can potentially be carried forward to offset income or reduce tax liabilities in future years for United States federal and state tax purposes.  The amount of tax attributes for the relevant tax years are shown on Schedule A/B.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or other order entered by the Court, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  In certain circumstances, a Debtor may be a co-obligor or guarantor with respect to the scheduled Claims of other Debtors, and no Claim set forth on Schedule D of any Debtor is

intended to acknowledge Claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in Schedule D and/or the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights, Claims and Causes of Action with respect to Claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's Claim. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

The Debtors have not included parties that may assert such Claims are secured through setoff rights or inchoate statutory lien rights on Schedule D.

Strike, Delta Directional Drilling, LLC, Capstone Infrastructure Services, LLC, Crossfire, LLC and Strike Global Holdings, LLC, as borrowers, Strike Holdco, LLC ("**Strike Holdco**"), as guarantor, certain financial institutions, as Lenders, and Lightship Capital II LLC (as successor in interest to Bank of America, N.A.), as administrative agent and collateral agent, are parties to that certain *ABL Loan and Security Agreement*, dated as of November 30, 2016 (as amended, amended and restated, supplemented or otherwise modified, the "**Prepetition Senior Loan Agreement**"), which provided for a revolving asset-backed loan facility (the "**Prepetition ABL Facility**"), which was subsequently amended to provide for incremental delayed draw loans (the "**Prepetition Bridge Facility**," and together with the Prepetition ABL Facility, the "**Prepetition Senior Loan Facility**"). The Claim amount drawn for the Prepetition Senior Loan Facility listed in Schedule D is equal to the outstanding principal amount, plus all interest and fees, as of the Petition Date.

Strike, as borrower, Strike Holdco and certain of Strike's subsidiaries, as subsidiary guarantors, certain financial institutions, as lenders, and Wilmington Trust, National Association, as administrative agent and collateral agent, are parties to that certain *Term Loan and LC Loan and Security Agreement*, dated as of November 30, 2016 (as amended, amended and restated, supplemented or otherwise modified, the "**Prepetition Junior Loan Agreement**"), which provided for a term loan facility (the "**Prepetition Junior Loan Facility**"). The Claim amount for the Prepetition Junior Loan Facility listed in Schedule D is equal to the outstanding principal amount, plus all interest and fees, as of the Petition Date.

**Schedule E/F, Part 1 – Creditors with Priority Unsecured Claims**. Pursuant to the *Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 53] (the "**Taxes Order**"), the Debtors have been granted the authority to pay certain tax liabilities that accrued prepetition. Accordingly, any priority unsecured Claim based upon prepetition tax accruals that have been paid pursuant to the Taxes Order are not listed on Schedule E/F. Certain of the tax Claims may be subject to on-going audits, and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax Claims listed on Schedule E/F. Therefore, the Debtors have listed all such Claims as undetermined in amount,

pending final resolution of on-going audits or outstanding issues. In addition, there may be other numerous contingent, unliquidated Claims from state taxing authorities, not all of which are listed.

The listing of a Claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such Claim or any portion thereof is entitled to priority status.

**Schedule E/F, Part 2 – Creditors with Non-Priority Unsecured Claims**. The Debtors have made reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' existing books and records. The Claims of individual creditors for other things, products, goods, or services are listed as either the lower of the amounts invoiced by the creditor or the amounts entered on the Debtors' books and records, and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all rights with respect to any such credits and allowances including the right to assert Claims, objections and/or setoffs. The Claims listed on Schedule E/F, Part 2, arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. While reasonable efforts have been made, determining the date upon which each Claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for every Claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is subject of the litigation is uncertain or undetermined. Where the named defendant is "Strike, LLC" plus "et al.," the Debtors have listed such Claim on Schedule E/F of Strike. However, to the extent that litigation involving a particular Debtor has been identified, information regarding that litigation is contained in Schedule E/F for that Debtor. The amounts for these potential Claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

**Schedule G – Executory Contracts and Unexpired Leases**. The businesses of the Debtors are complex. Although the Debtors' existing books, records, financial systems, and contracts management systems have been relied upon to identify and schedule executory contracts for each of the Debtors and commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

13

The Debtors have included only contracts and agreements to which a Debtor is a party.   Contracts that were entered into with a prior Strike entity, but inherited by a Debtor entity are listed on the Schedule of the current Debtor party.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements.   Such documents may not be set forth on Schedule G.   Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors.   Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance.   In such cases, the Debtors made their best efforts to determine the correct Debtors' Schedule G on which to list such executory contract or unexpired lease.   Certain of the executory contracts may not have been memorialized and could be subject to dispute.   Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases.

**Schedule H – Co-Debtors**.  In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and Claims arising out of certain ordinary business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross Claims and counter-claims against other parties.  Due to the volume of such Claims, and because all such Claims are contingent, unliquidated, and disputed, and listed elsewhere in the Schedules and Statements, such Claims have not been set forth individually on Schedule H.

Schedule H reflects Guarantees, if any, by various Debtors of obligations of related affiliates, or co-borrowings by various Debtors.  The Debtors may not have identified certain Guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.   Certain of the Guarantees reflected on Schedule H, if any, may have expired or no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional Guarantees are identified or such Guarantees are discovered to have expired or are unenforceable, or to contest the validity or enforceability of the Guarantees in another filing.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS

**Statements, Part 1, Question 1 – Gross Revenue From Business**.  The amount shown for year-to-date 2021 includes revenue from business for the period of January 1, 2021 to December 6, 2021.

**Statements, Part 1, Question 2 – Non-Business Revenue**.  The amount shown for year-to-date 2021 includes non-business revenue for the period of January 1, 2021 to December 5, 2021, which consists primarily of interest revenue from now-closed bank accounts.

**Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors Within 90 Days**.  The dates set forth in the "Dates" column relate to one of the following:  (a) the date  of a

wire transfer; (b) the date of an "ACH" payment; or (c) the check date.  Disbursements made on account of multiple invoices may be reflected as a single payment.

**Statements, Part 2, Question 4 – Payments to Insiders**.  The Debtors' listing of individuals as "insiders" is subject to the methodology and reservations of rights described in paragraph 8 hereof.  In the interest of disclosure, the Debtors have listed all payments during the applicable period to parties that may have qualified as an insider at any point during such period.  Disclosed payments include payments to parties that may not have been an "insider" at the time of the payment because such party was subsequently terminated or otherwise ceased to be an insider, and, accordingly may not be considered an "insider" at the time certain of the listed payments were made.

**Statements, Part 2, Question 5 – Repossessions, Foreclosures and Returns**.  The Debtors routinely return damaged, unsatisfactory or out-of-specification raw materials and other goods to vendors in the ordinary course of business.  These ordinary course returns have not been listed in Statements Part 2, Question 5.

**Statements, Part 2, Question 6 – Setoffs**.  For a discussion of setoffs incurred by the Debtors, refer to paragraph 22 of these Global Notes.

**Statements, Part 3, Question 7 – Legal Actions or Assignments**.  The Debtors are party to certain pending litigation matters that the Debtors believed may have potential recoveries.  The actual value of such litigation matters is contingent on their outcome.    The Debtors routinely participate in administrative actions and appeals with state agencies in the ordinary course of their business and have identified those administrative actions that were pending within one year of the Petition Date.

**Statements, Part 11, Question 21 – Property Held for Another**.   The Debtors withhold or retain certain funds from employees for payment to certain governmental authorities.  These funds are held in trust for turnover to the applicable governmental authority.  Given that the Debtors do not retain control of such funds and such funds are not considered property of the Debtors' estate, amounts of such funds have not been listed under Part 11 of the Statements.

**Statements, Part 12, Questions 22-24 – Details about Environmental Information**.  The Debtors historically have operated over a substantial period of time in several locations across the United States.  At some locations, the Debtors no longer have any active operations and may no longer have relevant records or their records may no longer be complete or reasonably accessible or reviewable.  In some cases, statutory document retention periods have passed.  Further, some individuals who once possessed responsive information are no longer employed by the Debtors.  The Debtors have devoted substantial internal and external resources to identifying and providing the requested information that is responsive for as many sites and proceedings as reasonably possible.  But, for all these reasons, it may not be possible to fully identify and supply the requested information that is responsive to Statements, Part 12, Questions 22-24.

The Debtors are legally required to make routine reports and submissions to regulatory agencies concerning discharges resulting from normal operations consistent with regulatory requirements, such as discharge monitoring reports, toxic release inventory submissions and submissions

concerning air emissions.  The Debtors did not include such reports in their response, nor have the Debtors identified any instances in which governmental agencies have alleged in writing that particular operations of the Debtors are in violation of environmental laws or proceedings that have resulted from alleged violations of environmental laws that have not been resolved.

**Statements, Part 13, Question 26 – Books, Records and Financial Statements**.  Although the Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors with certain financial reporting, the Debtors do not maintain records of the parties that requested or obtained copies of any of financial reporting or complete lists to track such disclosures.  As such, the Debtors are unable to and have not provided lists of these parties in response to Part 13, Question 26 of the Statements.

**Statements, Part 13, Question 28 – Debtors' Officers and Directors**.  The individuals listed as "Director" on Strike's Statement, Part 13, Question 28, are directors of Strike Investment, LLC (the indirect corporate parent of Strike, LLC).

**Statements, Part 13, Question 30 – Payments, Distributions or Withdrawals to Insiders**.  The response to Part 13, Question 30 of the Statements incorporates by reference items listed in the responses to Part 2, Question 4 of the Statements.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Strike, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90054 |

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $8,842,395.36 |
|---|

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $186,917,463.10 |
|---|

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $195,759,858.46 |
|---|

---

**Part 2:**   **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* . . . . . . . . .

| $347,330,000.00 |
|---|

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $246,337.40 |
|---|

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| + | $57,562,682.30 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $405,139,019.70 |
|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Strike, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90054 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.  DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.  CASH ON HAND**

NONE

**3.  CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA | CAMPAIGN FOR CHANGE | 1706 | $205,477.23 |
| 3.2. | BANK OF AMERICA | CONTROLLED DISBURSEMENT PAYABLES | 0422 | $0.00 |
| 3.3. | BANK OF AMERICA | DEPOSITORY | 7749 | $0.00 |
| 3.4. | BANK OF AMERICA | FLEXIBLE SPENDING | 1696 | $33,302.62 |
| 3.5. | BANK OF AMERICA | OPERATING | 7752 | $10,397,527.95 |
| 3.6. | BANK OF AMERICA | PAYROLL | 7765 | $0.00 |
| 3.7. | BANK OF AMERICA | SPRINGING DOMINION MASTER DEPOSITORY | 7781 | $0.00 |

**4.  OTHER CASH EQUIVALENTS**

NONE

| 5 | Total of Part 1. ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $10,636,307.80 |
|---|---|---|

Debtor _____ Strike, LLC _____   Case number (if known) _____ 21-90054 _____

(Name)

| **Part 2:** | **DEPOSITS AND PREPAYMENTS** |
|---|---|

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐  No. Go to Part 3.
☒  Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | ATLANTIS SELF STORAGE - LONG TERM FACILITIES DEPOSITS | $13,000.00 |
| 7.2. | BANK OF AMERICA - FACILITIES DEPOSIT | $2,000,000.00 |
| 7.3. | IDV NPID, LP - LONG TERM FACILITIES DEPOSITS | $16,500.00 |
| 7.4. | VARIOUS - OTHER MISCELLANEOUS DEPOSITS | $72,000.00 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | AGC NETWORKS-GUARDIAN SUPPORT - PREPAID SOFTWARE & LICENSES | $12,780.00 |
| 8.2. | ALLIED WORLD SURPLUS LINES INSURANCE COMPANY - PREPAID INSURANCE - PROFESSIONAL LIABILITY INSURANCE | $22,925.00 |
| 8.3. | ASPEN AMERICAN INSURANCE COMPANY - PREPAID INSURANCE - PROPERTY INSURANCE | $160,708.42 |
| 8.4. | ASPENTECH - PREPAID SOFTWARE & LICENSES | $32,278.96 |
| 8.5. | BERKLEY NATIONAL INSURANCE COMPANY - PREPAID INSURANCE - UMBRELLA INSURANCE | $18,750.00 |
| 8.6. | BOTTOMLINE TECHNOLOGIES INC.-TAP JDE - PREPAID SOFTWARE & LICENSES | $27,398.17 |
| 8.7. | CDW - PREPAID SOFTWARE & LICENSES | $30,833.18 |
| 8.8. | CDW DIRECT- KNOWBE4 SEC AWARENESS - PREPAID SOFTWARE & LICENSES | $15,464.70 |
| 8.9. | CDW DIRECT-STR - PREPAID SOFTWARE & LICENSES | $71,154.97 |
| 8.10. | CDW DIRECT-STR/CISCO SMARTNET SUPPORT - PREPAID SOFTWARE & LICENSES | $8,847.15 |
| 8.11. | CDW DIRECT-VMWARE - PREPAID SOFTWARE & LICENSES | $27,916.21 |
| 8.12. | CDW VEEEAM - PREPAID SOFTWARE & LICENSES | $34,344.80 |
| 8.13. | CITRIX SYSTEMS - PREPAID SOFTWARE & LICENSES | $9,042.40 |
| 8.14. | CLICK BOARDING - PREPAID SOFTWARE & LICENSES | $40,250.02 |
| 8.15. | DOCUSIGN BUSINESS PRO EDITION - PREPAID SOFTWARE & LICENSES | $2,358.37 |
| 8.16. | ECAD, INC.- CIVIL 3D ANNUAL SUBSRIPTION - PREPAID SOFTWARE & LICENSES | $19,928.93 |
| 8.17. | ECAD-AUTOCAD ANNUAL SUBSCRIPTION - PREPAID SOFTWARE & LICENSES | $16,632.70 |
| 8.18. | EMPLOYEE ADVANCES TO VARIOUS EMPLOYEES | $4,307.28 |
| 8.19. | ENDURANCE AMERICAN INSURANCE COMPANY (SOMPO) - PREPAID INSURANCE - UMBRELLA INSURANCE | $12,500.00 |
| 8.20. | GATEWAY SOFTWARE INC. ALLOUT E1 SOFTWARE FOR JDE - PREPAID SOFTWARE & LICENSES | $11,510.11 |
| 8.21. | GENERAL SECURITY NATIONAL INSURANCE COMPANY - PREPAID INSURANCE - UMBRELLA INSURANCE | $12,500.00 |
| 8.22. | GLOBAL SOFTWARE- HUBBLE WEB - PREPAID SOFTWARE & LICENSES | $52,058.69 |
| 8.23. | GLOBAL SOFTWARE-INSIGHT- MAINTEANCE HUBBLE WEB - PREPAID SOFTWARE & LICENSES | $2,381.07 |
| 8.24. | GREAT AMERICAN ASSURANCE COMPANY - PREPAID INSURANCE - UMBRELLA INSURANCE | $18,750.00 |
| 8.25. | HONEYWELL INTERNATIONAL INC. - PREPAID SOFTWARE & LICENSES | $48,848.80 |
| 8.26. | HOUSTON RODEO - PREPAID TICKETS | $28,230.00 |
| 8.27. | HOUSTON TEXANS SUITE - PREPAID TICKETS | $140,463.21 |
| 8.28. | LOGMEIN-GO TO MEETING - PREPAID SOFTWARE & LICENSES | $26,629.50 |

Debtor      Strike, LLC                                    Case number (if known)    21-90054
            (Name)

|  | Current value of debtor's interest |
|---|---|
| **8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.29.  MICROSOFT - PREPAID SOFTWARE & LICENSES | $3,375.95 |
| 8.30.  MICROSOFT CORPORATION - PREPAID SOFTWARE & LICENSES | $33,467.30 |
| 8.31.  MICROSOFT LICENSING-PNC EQUIPMENT FINANCE - PREPAID SOFTWARE & LICENSES | $286,488.33 |
| 8.32.  MICROSOFT-ENTERPRISE APPLICATION - PREPAID SOFTWARE & LICENSES | $2,608.06 |
| 8.33.  ORACLE AMERICA STR-JDE - PREPAID SOFTWARE & LICENSES | $147,209.98 |
| 8.34.  ORACLE AMERICA STR-JDE HR - PREPAID SOFTWARE & LICENSES | $43,018.31 |
| 8.35.  PREPAID BONUS TO VARIOUS EMPLOYEES | $460,333.06 |
| 8.36.  PROCURE TECHNOLOGIES - PREPAID SOFTWARE & LICENSES | $84,588.21 |
| 8.37.  QUEST SOFTWARE- METALOGIX - PREPAID SOFTWARE & LICENSES | $2,995.50 |
| 8.38.  RAPID PAY - PREPAID CARD | $3,331.58 |
| 8.39.  SABA SOFTWARE-CLOUD CORE LEARNING & SABA SOCIAL - PREPAID SOFTWARE & LICENSES | $21,320.00 |
| 8.40.  STARTEX SOFTWARE-SUPPORT & MAINTENANCE - PREPAID SOFTWARE & LICENSES | $5,773.30 |
| 8.41.  TABLEAU SOFTWARE-RENEWAL - PREPAID SOFTWARE & LICENSES | $26,525.58 |
| 8.42.  TECHNICAL TOOLBOXES-PIPELINE CORPORATE LICENSE - PREPAID SOFTWARE & LICENSES | $17,094.57 |
| 8.43.  UNITED STATES AIRCRAFT INSURANCE GROUP - PREPAID INSURANCE - OTHER LIABLITY INSURANCE | $2,665.08 |
| 8.44.  VARIOUS REAL-ESTATE & IT PREPAYMENTS | $567,569.13 |
| 8.45.  WESTCHESTER FIRE INSURANCE COMPANY - PREPAID INSURANCE - UMBRELLA INSURANCE | $40,125.00 |

| **9** | **Total of Part 2.**<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $4,759,781.58 |
|---|---|---|

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|
| **11.** **ACCOUNTS RECEIVABLE** | | | | |
| 90 DAYS OLD OR LESS - OPEN A/R | $67,199,243.06<br>face amount | $0.00<br>doubtful or uncollectable accounts | = → | $67,199,243.06 |
| OVER 90 DAYS OLD - OPEN A/R | $1,635,082.66<br>face amount | $49,061.31<br>doubtful or uncollectable accounts | = → | $1,586,021.35 |

| **12** | **Total of Part 3.**<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $68,785,264.41 |
|---|---|---|

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

Debtor    Strike, LLC

(Name)

Case number (if known)    21-90054

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.   MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**NONE**

**15.   NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1. | CAPSTONE INFRASTRUCTURE SERVICES, LLC | 100% | UNDETERMINED |
| 15.2. | CROSSFIRE, LLC | 100% | UNDETERMINED |
| 15.3. | DELTA DIRECTIONAL DRILLING, LLC | 100% | UNDETERMINED |
| 15.4. | STRIKE GLOBAL HOLDINGS, LLC | 100% | UNDETERMINED |

**16.   GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| | | |
|---|---|---|
| 16.1. | FINANCIAL GUARANTEE; BOND NUMBER: 612408327 | $75,000.00 |
| 16.2. | FINANCIAL GUARANTEE; BOND NUMBER: 612408575 | $99,000.00 |
| 16.3. | FINANCIAL GUARANTEE; BOND NUMBER: 612408579 | $968,000.00 |
| 16.4. | FINANCIAL GUARANTEE; BOND NUMBER: 800010805 | $300,000.00 |
| 16.5. | FINANCIAL GUARANTEE; BOND NUMBER: SU30928 | $60,814.76 |
| 16.6. | LICENSE & PERMIT; BOND NUMBER: 612408265 | $1,000,000.00 |
| 16.7. | LICENSE & PERMIT; BOND NUMBER: 612408301 | $0.00 |
| 16.8. | LICENSE & PERMIT; BOND NUMBER: 612408302 | $10,000.00 |
| 16.9. | LICENSE & PERMIT; BOND NUMBER: 612408322 | $500,000.00 |
| 16.10. | LICENSE & PERMIT; BOND NUMBER: 612408323 | $12,000.00 |
| 16.11. | LICENSE & PERMIT; BOND NUMBER: 612408329 | $75,000.00 |
| 16.12. | LICENSE & PERMIT; BOND NUMBER: 612408330 | $10,000.00 |
| 16.13. | LICENSE & PERMIT; BOND NUMBER: 612408372 | $50,000.00 |
| 16.14. | LICENSE & PERMIT; BOND NUMBER: 612408548 | $70,000.00 |
| 16.15. | LICENSE & PERMIT; BOND NUMBER: 612408549 | $500,000.00 |
| 16.16. | LICENSE & PERMIT; BOND NUMBER: 612408550 | $5,000.00 |
| 16.17. | LICENSE & PERMIT; BOND NUMBER: 612408551 | $10,000.00 |
| 16.18. | LICENSE & PERMIT; BOND NUMBER: 612408555 | $1,000.00 |
| 16.19. | LICENSE & PERMIT; BOND NUMBER: 612408556 | $25,000.00 |
| 16.20. | LICENSE & PERMIT; BOND NUMBER: 612408557 | $5,000.00 |
| 16.21. | LICENSE & PERMIT; BOND NUMBER: 612408559 | $5,000.00 |
| 16.22. | LICENSE & PERMIT; BOND NUMBER: 612408561 | $500,000.00 |
| 16.23. | LICENSE & PERMIT; BOND NUMBER: 612408562 | $25,000.00 |
| 16.24. | LICENSE & PERMIT; BOND NUMBER: 612408563 | $5,000.00 |
| 16.25. | LICENSE & PERMIT; BOND NUMBER: 612408564 | $50,000.00 |
| 16.26. | LICENSE & PERMIT; BOND NUMBER: 612408566 | $20,000.00 |
| 16.27. | LICENSE & PERMIT; BOND NUMBER: 612408569 | $20,000.00 |
| 16.28. | LICENSE & PERMIT; BOND NUMBER: 612408571 | $20,000.00 |
| 16.29. | LICENSE & PERMIT; BOND NUMBER: 612408572 | $1,000.00 |
| 16.30. | LICENSE & PERMIT; BOND NUMBER: 612408573 | $5,000.00 |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |
| 16.31. LICENSE & PERMIT; BOND NUMBER: 612408574 | | $0.00 |
| 16.32. LICENSE & PERMIT; BOND NUMBER: 612408576 | | $1,000,000.00 |
| 16.33. LICENSE & PERMIT; BOND NUMBER: 612408577 | | $1,000,000.00 |
| 16.34. LICENSE & PERMIT; BOND NUMBER: 612408580 | | $175,000.00 |
| 16.35. LICENSE & PERMIT; BOND NUMBER: 800010786 | | $100,000.00 |
| 16.36. LICENSE & PERMIT; BOND NUMBER: 800010788 | | $15,000.00 |
| 16.37. LICENSE & PERMIT; BOND NUMBER: 800010789 | | $100,000.00 |
| 16.38. LICENSE & PERMIT; BOND NUMBER: 800010790 | | $12,500.00 |
| 16.39. LICENSE & PERMIT; BOND NUMBER: 800010791 | | $12,000.00 |
| 16.40. LICENSE & PERMIT; BOND NUMBER: 800010792 | | $5,000.00 |
| 16.41. LICENSE & PERMIT; BOND NUMBER: 800010806 | | $25,000.00 |
| 16.42. LICENSE & PERMIT; BOND NUMBER: 800010808 | | $10,000.00 |
| 16.43. LICENSE & PERMIT; BOND NUMBER: 800010809 | | $10,000.00 |
| 16.44. LICENSE & PERMIT; BOND NUMBER: 800010815 | | $40,000.00 |
| 16.45. LICENSE & PERMIT; BOND NUMBER: 800010818 | | $25,000.00 |
| 16.46. LICENSE & PERMIT; BOND NUMBER: 800010819 | | $50,000.00 |
| 16.47. LICENSE & PERMIT; BOND NUMBER: 800010820 | | $90,000.00 |
| 16.48. LICENSE & PERMIT; BOND NUMBER: K13488514 | | $20,000.00 |
| 16.49. LICENSE & PERMIT; BOND NUMBER: K15370191 | | $500,000.00 |
| 16.50. LICENSE & PERMIT; BOND NUMBER: SU04576 | | $5,000.00 |
| 16.51. LICENSE & PERMIT; BOND NUMBER: SU04582 | | $5,000.00 |
| 16.52. LICENSE & PERMIT; BOND NUMBER: SU30946 | | $25,000.00 |
| 16.53. LICENSE & PERMIT; BOND NUMBER: SU30948 | | $500,000.00 |
| 16.54. LICENSE & PERMIT; BOND NUMBER: SU30952 | | $5,000.00 |
| 16.55. LICENSE & PERMIT; BOND NUMBER: SU30958 | | $40,000.00 |
| 16.56. LICENSE & PERMIT; BOND NUMBER: SU30965 | | $10,000.00 |
| 16.57. MISCELLANEOUS; BOND NUMBER: K15370919 | | $6,000.00 |
| 16.58. MISCELLANEOUS; BOND NUMBER: K15371006 | | $6,000.00 |
| 16.59. MISCELLANEOUS; BOND NUMBER: K15371018 | | $6,000.00 |
| 16.60. MISCELLANEOUS; BOND NUMBER: K1537102A | | $6,000.00 |
| 16.61. PERFORMANCE AND/OR PAYMENT; BOND NUMBER: 612408570 | | $4,544,210.22 |
| 16.62. PERFORMANCE AND/OR PAYMENT; BOND NUMBER: SU30942 | | $15,595,331.00 |
| 16.63. PERFORMANCE AND/OR PAYMENT; BOND NUMBER: SU30959 | | $1,775,026.51 |
| 16.64. PERFORMANCE AND/OR PAYMENT; BOND NUMBER: SU30967 | | $438,560.00 |
| **17 Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | $30,583,442.49 |

**Part 5:**    **INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **RAW MATERIALS** | | | | |
| 19.1.    RAW MATERIALS/SUPPLIES | N/A | $2,450,250.84 | NET BOOK VALUE | $2,450,250.84 |
| **20.** **WORK IN PROGRESS** | | | | |
| 20.1.    CONTRACT ASSETS | N/A | $19,569,288.30 | NET BOOK VALUE | $19,569,288.30 |
| 20.2.    WORK IN PROGRESS | N/A | $638,102.17 | NET BOOK VALUE | $638,102.17 |
| **21.** **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.    ASSETS HELD FOR SALE | N/A | $26,388.96 | NET BOOK VALUE | $26,388.96 |
| **22.** **OTHER INVENTORY OR SUPPLIES** | | | | |
| NONE | | | | |

| | |
|---|---|
| **23** **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $22,684,030.27 |

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes    Book value    $1,600,000.00    Valuation method    Estimated Net Book Value    Current value    $1,600,000.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.** **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.** **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.** **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.** **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| | |
|---|---|
| **33** **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
☐ No
☐ Yes

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| 35. | Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed? |
|---|---|
| | ☑ No |
| | ☐ Yes |

| 36. | Is a depreciation schedule available for any of the property listed in Part 6? |
|---|---|
| | ☑ No |
| | ☐ Yes |

| 37. | Has any of the property listed in Part 6 been appraised by a professional within the last year? |
|---|---|
| | ☑ No |
| | ☐ Yes |

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  OFFICE FURNITURE** | | | |
| 39.1.   OFFICE FURNITURE & FIXTURES | $1,677,679.90 | NET BOOK VALUE | $1,677,679.90 |
| **40.  OFFICE FIXTURES** | | | |
| **NONE** | | | |
| **41.  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.   COMPUTER HARDWARE & SOFTWARE | $17,017,809.77 | NET BOOK VALUE | $17,017,809.77 |
| **42.  COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| 42.1.   ARTWORK & SCULPTURES | $251,365.00 | NET BOOK VALUE | $251,365.00 |

| 43 | Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $18,946,854.67 |
|---|---|---|

| 44. | Is a depreciation schedule available for any of the property listed in Part 7? |
|---|---|
| | ☐ No |
| | ☑ Yes |

| 45. | Has any of the property listed in Part 7 been appraised by a professional within the last year? |
|---|---|
| | ☑ No |
| | ☐ Yes |

**Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES**

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.   18' BIGTEX TRAI - 2003: ASSET # 1722902 | $528.79 | NET BOOK VALUE | $528.79 |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.2.   -2 30 YD DUMP CONTAINERS - ASSET # 5657 | $8,415.34 | NET BOOK VALUE | $8,415.34 |
| 47.3.   AMERITRAIL 12' - 2012: ASSET # 1726508 | $352.50 | NET BOOK VALUE | $352.50 |
| 47.4.   AMERITRAIL 12' - 2014: ASSET # 1732393 | $369.98 | NET BOOK VALUE | $369.98 |
| 47.5.   AMERITRAIL 12' - 2014: ASSET # 1732431 | $333.19 | NET BOOK VALUE | $333.19 |
| 47.6.   AMERITRAIL 12' - 2014: ASSET # 1732449 | $333.19 | NET BOOK VALUE | $333.19 |
| 47.7.   AMERITRAIL 12' - 2014: ASSET # 1732481 | $333.19 | NET BOOK VALUE | $333.19 |
| 47.8.   AMERITRAIL 12' - 2014: ASSET # 1732502 | $333.19 | NET BOOK VALUE | $333.19 |
| 47.9.   AMERITRAIL 16' - 2009: ASSET # 1724211 | $830.46 | NET BOOK VALUE | $830.46 |
| 47.10.  AMERITRAIL 16' - 2013: ASSET # 1728722 | $1,302.94 | NET BOOK VALUE | $1,302.94 |
| 47.11.  AMERITRAIL 16' - 2014: ASSET # 1732473 | $2,009.50 | NET BOOK VALUE | $2,009.50 |
| 47.12.  AMERITRAIL 16' - 2014: ASSET # 1732609 | $1,440.00 | NET BOOK VALUE | $1,440.00 |
| 47.13.  AMERITRAIL 16' - 2014: ASSET # 1732617 | $1,440.00 | NET BOOK VALUE | $1,440.00 |
| 47.14.  AMERITRAIL 16' - 2014: ASSET # 1732625 | $1,440.00 | NET BOOK VALUE | $1,440.00 |
| 47.15.  AMERITRAIL 18' - 2011: ASSET # 1725249 | $857.97 | NET BOOK VALUE | $857.97 |
| 47.16.  AMERITRAIL 20' - 2009: ASSET # 1724182 | $869.87 | NET BOOK VALUE | $869.87 |
| 47.17.  AMERITRAIL 20' - 2009: ASSET # 1724238 | $883.53 | NET BOOK VALUE | $883.53 |
| 47.18.  AMERITRAIL 20' - 2009: ASSET # 1724246 | $848.70 | NET BOOK VALUE | $848.70 |
| 47.19.  AMERITRAIL 20' - 2011: ASSET # 1725062 | $899.75 | NET BOOK VALUE | $899.75 |
| 47.20.  AMERITRAIL 20' - 2011: ASSET # 1725089 | $928.76 | NET BOOK VALUE | $928.76 |
| 47.21.  AMERITRAIL 20' - 2011: ASSET # 1725097 | $928.76 | NET BOOK VALUE | $928.76 |
| 47.22.  AMERITRAIL 20' - 2011: ASSET # 1725118 | $928.76 | NET BOOK VALUE | $928.76 |
| 47.23.  AMERITRAIL 20' - 2011: ASSET # 1725126 | $928.76 | NET BOOK VALUE | $928.76 |
| 47.24.  AMERITRAIL 20' - 2011: ASSET # 1725177 | $883.34 | NET BOOK VALUE | $883.34 |
| 47.25.  AMERITRAIL 20' - 2011: ASSET # 1725185 | $883.34 | NET BOOK VALUE | $883.34 |
| 47.26.  AMERITRAIL 20' - 2011: ASSET # 1725206 | $855.96 | NET BOOK VALUE | $855.96 |
| 47.27.  AMERITRAIL 20' - 2011: ASSET # 1725222 | $856.71 | NET BOOK VALUE | $856.71 |
| 47.28.  AMERITRAIL 20' - 2011: ASSET # 1725231 | $879.22 | NET BOOK VALUE | $879.22 |
| 47.29.  AMERITRAIL 20' - 2011: ASSET # 1725257 | $879.22 | NET BOOK VALUE | $879.22 |
| 47.30.  AMERITRAIL 20' - 2011: ASSET # 1725265 | $879.22 | NET BOOK VALUE | $879.22 |
| 47.31.  AMERITRAIL 20' - 2011: ASSET # 1725302 | $899.75 | NET BOOK VALUE | $899.75 |
| 47.32.  AMERITRAIL 20' - 2011: ASSET # 1725329 | $899.75 | NET BOOK VALUE | $899.75 |
| 47.33.  AMERITRAIL 20' - 2012: ASSET # 1725169 | $927.45 | NET BOOK VALUE | $927.45 |
| 47.34.  AMERITRAIL 20' - 2012: ASSET # 1726073 | $927.45 | NET BOOK VALUE | $927.45 |
| 47.35.  AMERITRAIL 20' - 2012: ASSET # 1726102 | $927.45 | NET BOOK VALUE | $927.45 |
| 47.36.  AMERITRAIL 20' - 2012: ASSET # 1726129 | $927.45 | NET BOOK VALUE | $927.45 |
| 47.37.  AMERITRAIL 20' - 2012: ASSET # 1726145 | $927.45 | NET BOOK VALUE | $927.45 |
| 47.38.  AMERITRAIL 20' - 2012: ASSET # 1726153 | $927.45 | NET BOOK VALUE | $927.45 |
| 47.39.  AMERITRAIL 20' - 2012: ASSET # 1726241 | $892.61 | NET BOOK VALUE | $892.61 |
| 47.40.  AMERITRAIL 20' - 2012: ASSET # 1726276 | $927.25 | NET BOOK VALUE | $927.25 |
| 47.41.  AMERITRAIL 20' - 2012: ASSET # 1726364 | $248.00 | NET BOOK VALUE | $248.00 |
| 47.42.  AMERITRAIL 20' - 2012: ASSET # 1726372 | $927.25 | NET BOOK VALUE | $927.25 |

| Debtor | Strike, LLC | | Case number (if known) | 21-90054 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

| | | | | |
| --- | --- | --- | --- | --- |
| 47.43. | AMERITRAIL 20' - 2012: ASSET # 1726381 | $927.25 | NET BOOK VALUE | $927.25 |
| 47.44. | AMERITRAIL 20' - 2012: ASSET # 1726428 | $929.42 | NET BOOK VALUE | $929.42 |
| 47.45. | AMERITRAIL 20' - 2012: ASSET # 1726452 | $894.78 | NET BOOK VALUE | $894.78 |
| 47.46. | AMERITRAIL 20' - 2012: ASSET # 1726479 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.47. | AMERITRAIL 20' - 2012: ASSET # 1726487 | $905.40 | NET BOOK VALUE | $905.40 |
| 47.48. | AMERITRAIL 20' - 2012: ASSET # 1726524 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.49. | AMERITRAIL 20' - 2012: ASSET # 1726532 | $905.40 | NET BOOK VALUE | $905.40 |
| 47.50. | AMERITRAIL 20' - 2012: ASSET # 1726567 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.51. | AMERITRAIL 20' - 2012: ASSET # 1726575 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.52. | AMERITRAIL 20' - 2012: ASSET # 1726583 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.53. | AMERITRAIL 20' - 2012: ASSET # 1726639 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.54. | AMERITRAIL 20' - 2012: ASSET # 1726647 | $905.40 | NET BOOK VALUE | $905.40 |
| 47.55. | AMERITRAIL 20' - 2012: ASSET # 1726671 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.56. | AMERITRAIL 20' - 2013: ASSET # 1728749 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.57. | AMERITRAIL 20' - 2013: ASSET # 1728757 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.58. | AMERITRAIL 20' - 2013: ASSET # 1728765 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.59. | AMERITRAIL 20' - 2013: ASSET # 1728773 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.60. | AMERITRAIL 20' - 2013: ASSET # 1728811 | $905.40 | NET BOOK VALUE | $905.40 |
| 47.61. | AMERITRAIL 20' - 2013: ASSET # 1728837 | $940.04 | NET BOOK VALUE | $940.04 |
| 47.62. | AMERITRAIL 20' - 2013: ASSET # 1728861 | $926.65 | NET BOOK VALUE | $926.65 |
| 47.63. | AMERITRAIL 20' - 2013: ASSET # 1728909 | $961.29 | NET BOOK VALUE | $961.29 |
| 47.64. | AMERITRAIL 20' - 2013: ASSET # 1728925 | $961.29 | NET BOOK VALUE | $961.29 |
| 47.65. | AMERITRAIL 20' - 2013: ASSET # 1728933 | $720.97 | NET BOOK VALUE | $720.97 |
| 47.66. | AMERITRAIL 20' - 2013: ASSET # 1728950 | $926.65 | NET BOOK VALUE | $926.65 |
| 47.67. | AMERITRAIL 20' - 2013: ASSET # 1728968 | $961.29 | NET BOOK VALUE | $961.29 |
| 47.68. | AMERITRAIL 20' - 2013: ASSET # 1728992 | $961.29 | NET BOOK VALUE | $961.29 |
| 47.69. | AMERITRAIL 20' - 2013: ASSET # 1729004 | $961.29 | NET BOOK VALUE | $961.29 |
| 47.70. | AMERITRAIL 20' - 2013: ASSET # 1729039 | $961.29 | NET BOOK VALUE | $961.29 |
| 47.71. | AMERITRAIL 20' - 2013: ASSET # 1729047 | $961.29 | NET BOOK VALUE | $961.29 |
| 47.72. | AMERITRAIL 20' - 2014: ASSET # 1732457 | $975.60 | NET BOOK VALUE | $975.60 |
| 47.73. | AMERITRAIL 24' - 2013: ASSET # 1728845 | $1,786.89 | NET BOOK VALUE | $1,786.89 |
| 47.74. | AMERITRAIL 24' - 2013: ASSET # 1728870 | $1,159.50 | NET BOOK VALUE | $1,159.50 |
| 47.75. | AMERITRAIL 32' - 2012: ASSET # 1726161 | $2,666.00 | NET BOOK VALUE | $2,666.00 |
| 47.76. | AMERITRAIL 32' - 2012: ASSET # 1726170 | $2,525.75 | NET BOOK VALUE | $2,525.75 |
| 47.77. | AMERITRAIL 32' - 2012: ASSET # 1726655 | $2,814.55 | NET BOOK VALUE | $2,814.55 |
| 47.78. | AMERITRAIL 32' - 2012: ASSET # 1726663 | $2,814.55 | NET BOOK VALUE | $2,814.55 |
| 47.79. | AMERITRAIL 32' - ASSET # 4027 | $248.00 | NET BOOK VALUE | $248.00 |
| 47.80. | AMERITRAIL 36' - 2013: ASSET # 1728790 | $317.42 | NET BOOK VALUE | $317.42 |
| 47.81. | AMERITRAIL 36' - 2013: ASSET # 1728802 | $317.42 | NET BOOK VALUE | $317.42 |
| 47.82. | AMERITRAIL 40' - 2011: ASSET # 1725193 | $2,752.64 | NET BOOK VALUE | $2,752.64 |
| 47.83. | AMERITRAIL 40' - 2014: ASSET # 1732490 | $2,963.33 | NET BOOK VALUE | $2,963.33 |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.84.    AMERITRAIL 6X20  - 2013: ASSET # 1729012 | $961.29 | NET BOOK VALUE | $961.29 |
| 47.85.    BIG TEX 14' DUM - 2014: ASSET # 1732836 | $1,800.00 | NET BOOK VALUE | $1,800.00 |
| 47.86.    BIG TEX 14' DUM - 2015: ASSET # 1735375 | $1,446.83 | NET BOOK VALUE | $1,446.83 |
| 47.87.    BIG TEX 18' BUM - 2014: ASSET # 1732801 | $1,000.00 | NET BOOK VALUE | $1,000.00 |
| 47.88.    BIG TEX 18' BUM - 2014: ASSET # 1732810 | $1,000.00 | NET BOOK VALUE | $1,000.00 |
| 47.89.    BIG TEX 20' BUM - 2019: ASSET # 1762787 | $2,419.79 | NET BOOK VALUE | $2,419.79 |
| 47.90.    BIG TEX 20' BUM - 2019: ASSET # 1762795 | $2,419.79 | NET BOOK VALUE | $2,419.79 |
| 47.91.    BIG TEX 20' BUM - 2019: ASSET # 1762808 | $2,350.65 | NET BOOK VALUE | $2,350.65 |
| 47.92.    BIG TEX 20' BUM - 2019: ASSET # 1762816 | $2,350.65 | NET BOOK VALUE | $2,350.65 |
| 47.93.    BIG TEX 20' BUM - 2019: ASSET # 1762824 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.94.    BIG TEX 20' BUM - 2019: ASSET # 1762832 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.95.    BIG TEX 20' BUM - 2019: ASSET # 1762859 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.96.    BIG TEX 20' BUM - 2019: ASSET # 1762875 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.97.    BIG TEX 20' BUM - 2019: ASSET # 1762883 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.98.    BIG TEX 20' BUM - 2019: ASSET # 1762891 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.99.    BIG TEX 20' BUM - 2019: ASSET # 1762904 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.100.    BIG TEX 20' BUM - 2019: ASSET # 1762912 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.101.    BIG TEX 20' BUM - 2019: ASSET # 1762921 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.102.    BIG TEX 20' BUM - 2019: ASSET # 1762939 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.103.    BIG TEX 20' BUM - 2019: ASSET # 1762947 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.104.    BIG TEX 20' BUM - 2019: ASSET # 1762955 | $2,487.25 | NET BOOK VALUE | $2,487.25 |
| 47.105.    BIG TEX 20' BUM - 2019: ASSET # 1762963 | $2,625.43 | NET BOOK VALUE | $2,625.43 |
| 47.106.    BIG TEX 20' BUM - 2019: ASSET # 1762971 | $2,625.43 | NET BOOK VALUE | $2,625.43 |
| 47.107.    BIG TEX 20' BUM - 2019: ASSET # 1762980 | $2,625.43 | NET BOOK VALUE | $2,625.43 |
| 47.108.    BIG TEX 20' BUM - 2019: ASSET # 1762998 | $2,625.43 | NET BOOK VALUE | $2,625.43 |
| 47.109.    BIG TEX 20' BUM - 2019: ASSET # 1763000 | $2,625.43 | NET BOOK VALUE | $2,625.43 |
| 47.110.    BIG TEX 20' BUM - 2019: ASSET # 1763018 | $2,625.43 | NET BOOK VALUE | $2,625.43 |
| 47.111.    BIG TEX 20' BUM - 2019: ASSET # 1763034 | $2,625.43 | NET BOOK VALUE | $2,625.43 |
| 47.112.    BIG TEX 20' BUM - 2019: ASSET # 1763042 | $2,694.52 | NET BOOK VALUE | $2,694.52 |
| 47.113.    BIG TEX 20' BUM - 2019: ASSET # 1763051 | $2,694.52 | NET BOOK VALUE | $2,694.52 |
| 47.114.    BIG TEX 20' BUM - 2019: ASSET # 1763069 | $2,694.52 | NET BOOK VALUE | $2,694.52 |
| 47.115.    BIG TEX 20' BUM - 2019: ASSET # 1763077 | $2,694.52 | NET BOOK VALUE | $2,694.52 |
| 47.116.    BIG TEX 20' BUM - 2019: ASSET # 1763085 | $2,694.52 | NET BOOK VALUE | $2,694.52 |
| 47.117.    BIG TEX 20' BUM - 2019: ASSET # 1763093 | $2,694.52 | NET BOOK VALUE | $2,694.52 |
| 47.118.    BIG TEX 20' BUM - 2019: ASSET # 1763106 | $2,694.52 | NET BOOK VALUE | $2,694.52 |
| 47.119.    BIG TEX 20' BUM - 2019: ASSET # 1763114 | $2,680.48 | NET BOOK VALUE | $2,680.48 |
| 47.120.    BIG TEX 20' BUM - 2019: ASSET # 1763131 | $2,694.52 | NET BOOK VALUE | $2,694.52 |
| 47.121.    BIG TEX 20' BUM - 2019: ASSET # 1763149 | $2,800.45 | NET BOOK VALUE | $2,800.45 |
| 47.122.    BIG TEX 20' BUM - 2019: ASSET # 1763157 | $2,800.45 | NET BOOK VALUE | $2,800.45 |
| 47.123.    BIG TEX 20' BUM - 2019: ASSET # 1763165 | $2,651.86 | NET BOOK VALUE | $2,651.86 |
| 47.124.    BIG TEX 20' BUM - 2019: ASSET # 1763253 | $2,809.21 | NET BOOK VALUE | $2,809.21 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.125. BIG TEX 20' BUM - 2019: ASSET # 1763261 | $2,809.21 | NET BOOK VALUE | $2,809.21 |
| 47.126. BIG TEX 20' BUM - 2019: ASSET # 1763270 | $2,809.21 | NET BOOK VALUE | $2,809.21 |
| 47.127. BIG TEX 20' BUM - 2019: ASSET # 1763288 | $2,809.21 | NET BOOK VALUE | $2,809.21 |
| 47.128. BIG TEX 20' BUM - 2019: ASSET # 1763296 | $2,809.21 | NET BOOK VALUE | $2,809.21 |
| 47.129. BIG TEX 20' BUM - 2019: ASSET # 1763309 | $2,809.21 | NET BOOK VALUE | $2,809.21 |
| 47.130. BIG TEX 20' BUM - 2019: ASSET # 1763325 | $2,809.21 | NET BOOK VALUE | $2,809.21 |
| 47.131. BIG TEX 20' BUM - 2019: ASSET # 1763333 | $2,809.21 | NET BOOK VALUE | $2,809.21 |
| 47.132. BIG TEX 20' BUM - 2019: ASSET # 1763341 | $2,774.39 | NET BOOK VALUE | $2,774.39 |
| 47.133. BIG TEX 20' BUM - 2019: ASSET # 1763350 | $2,809.21 | NET BOOK VALUE | $2,809.21 |
| 47.134. BIG TEX 20' BUM - 2019: ASSET # 1763368 | $2,887.97 | NET BOOK VALUE | $2,887.97 |
| 47.135. BIG TEX 20' BUM - 2019: ASSET # 1763376 | $2,887.97 | NET BOOK VALUE | $2,887.97 |
| 47.136. BIG TEX 20' BUM - 2019: ASSET # 1763384 | $2,809.22 | NET BOOK VALUE | $2,809.22 |
| 47.137. BIG TEX 20' BUM - 2019: ASSET # 1763421 | $2,887.97 | NET BOOK VALUE | $2,887.97 |
| 47.138. BIG TEX 20' BUM - 2019: ASSET # 1763472 | $3,448.45 | NET BOOK VALUE | $3,448.45 |
| 47.139. BIG TEX 20' BUM - 2019: ASSET # 1763481 | $3,440.48 | NET BOOK VALUE | $3,440.48 |
| 47.140. BIG TEX 20' BUM - 2019: ASSET # 1763499 | $3,440.48 | NET BOOK VALUE | $3,440.48 |
| 47.141. BIG TEX 20' BUM - 2019: ASSET # 1763501 | $3,440.48 | NET BOOK VALUE | $3,440.48 |
| 47.142. BIG TEX 20' BUM - 2019: ASSET # 1763510 | $3,440.48 | NET BOOK VALUE | $3,440.48 |
| 47.143. BIG TEX 20+5 PI - 2019: ASSET # 1763237 | $12,555.34 | NET BOOK VALUE | $12,555.34 |
| 47.144. BIG TEX 20+5 PI - 2019: ASSET # 1763245 | $12,555.34 | NET BOOK VALUE | $12,555.34 |
| 47.145. BIG TEX 28' GOO - 2018: ASSET # 1753522 | $6,911.83 | NET BOOK VALUE | $6,911.83 |
| 47.146. BIG TEX 40' BUM - 2014: ASSET # 1732828 | $2,126.98 | NET BOOK VALUE | $2,126.98 |
| 47.147. BIGTEX 14' BUMP - 2011: ASSET # 1725468 | $3,000.21 | NET BOOK VALUE | $3,000.21 |
| 47.148. BIGTEX 14' BUMP - 2017: ASSET # 1741169 | $2,317.04 | NET BOOK VALUE | $2,317.04 |
| 47.149. BIGTEX 14' BUMP - 2017: ASSET # 1741177 | $2,317.04 | NET BOOK VALUE | $2,317.04 |
| 47.150. BIGTEX 14' BUMP - 2017: ASSET # 1741193 | $2,751.79 | NET BOOK VALUE | $2,751.79 |
| 47.151. BIGTEX 14' BUMP - 2017: ASSET # 1741206 | $2,645.95 | NET BOOK VALUE | $2,645.95 |
| 47.152. BIGTEX 14' BUMP - 2017: ASSET # 1741214 | $2,645.95 | NET BOOK VALUE | $2,645.95 |
| 47.153. BIGTEX 14' BUMP - 2018: ASSET # 1753469 | $3,285.74 | NET BOOK VALUE | $3,285.74 |
| 47.154. BIGTEX 14' BUMP - 2018: ASSET # 1753477 | $3,391.74 | NET BOOK VALUE | $3,391.74 |
| 47.155. BIGTEX 14' BUMP - 2019: ASSET # 1763173 | $4,575.22 | NET BOOK VALUE | $4,575.22 |
| 47.156. BIGTEX 14' BUMP - 2019: ASSET # 1763202 | $4,575.22 | NET BOOK VALUE | $4,575.22 |
| 47.157. BIGTEX 14' BUMP - 2019: ASSET # 1763211 | $4,564.55 | NET BOOK VALUE | $4,564.55 |
| 47.158. BIGTEX 14' DUMP - 2015: ASSET # 1735367 | $1,000.00 | NET BOOK VALUE | $1,000.00 |
| 47.159. BIGTEX 16' BUMP - 2017: ASSET # 1741185 | $2,464.28 | NET BOOK VALUE | $2,464.28 |
| 47.160. BIGTEX 20' BUMP - 2016: ASSET # 1738841 | $868.45 | NET BOOK VALUE | $868.45 |
| 47.161. BIGTEX 20' BUMP - 2016: ASSET # 1738859 | $868.45 | NET BOOK VALUE | $868.45 |
| 47.162. BIGTEX 20' BUMP - 2016: ASSET # 1738875 | $868.45 | NET BOOK VALUE | $868.45 |
| 47.163. BIGTEX 20' BUMP - 2016: ASSET # 1738883 | $868.45 | NET BOOK VALUE | $868.45 |
| 47.164. BIGTEX 20' BUMP - 2016: ASSET # 1738891 | $868.45 | NET BOOK VALUE | $868.45 |
| 47.165. BIGTEX 20' BUMP - 2016: ASSET # 1738904 | $868.45 | NET BOOK VALUE | $868.45 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.166.   BIGTEX 20' BUMP - 2016: ASSET # 1738912 | $868.45 | NET BOOK VALUE | $868.45 |
| 47.167.   BIGTEX 20' BUMP - 2016: ASSET # 1738921 | $868.45 | NET BOOK VALUE | $868.45 |
| 47.168.   BIGTEX 20' BUMP - 2019: ASSET # 1763405 | $2,887.97 | NET BOOK VALUE | $2,887.97 |
| 47.169.   BIGTEX 20' BUMP - 2019: ASSET # 1763413 | $2,887.97 | NET BOOK VALUE | $2,887.97 |
| 47.170.   BIGTEX 20' BUMP - 2019: ASSET # 1763448 | $3,271.51 | NET BOOK VALUE | $3,271.51 |
| 47.171.   BIGTEX 20' BUMP - 2019: ASSET # 1763456 | $3,271.51 | NET BOOK VALUE | $3,271.51 |
| 47.172.   BIGTEX 20' BUMP - 2019: ASSET # 1763464 | $3,271.51 | NET BOOK VALUE | $3,271.51 |
| 47.173.   BIGTEX 20' BUMP - 2019: ASSET # 1763528 | $4,246.57 | NET BOOK VALUE | $4,246.57 |
| 47.174.   BIGTEX 20' CAR - 2019: ASSET # 1763229 | $2,761.66 | NET BOOK VALUE | $2,761.66 |
| 47.175.   BIGTEX 20' GOOS - 2020: ASSET # 1770816 | $7,707.34 | NET BOOK VALUE | $7,707.34 |
| 47.176.   BIGTEX 25+5 GOO - 2020: ASSET # 1770808 | $6,803.80 | NET BOOK VALUE | $6,803.80 |
| 47.177.   BIGTEX 29' PINT - 2018: ASSET # 1753371 | $12,480.40 | NET BOOK VALUE | $12,480.40 |
| 47.178.   BIGTEX 29' TRI - 2019: ASSET # 1763392 | $18,897.35 | NET BOOK VALUE | $18,897.35 |
| 47.179.   BIGTEX 40' BUMP - 2017: ASSET # 1741134 | $1,885.36 | NET BOOK VALUE | $1,885.36 |
| 47.180.   BIGTEX 40' BUMP - 2017: ASSET # 1741142 | $1,885.36 | NET BOOK VALUE | $1,885.36 |
| 47.181.   BIGTEX 40' BUMP - 2017: ASSET # 1741151 | $1,885.36 | NET BOOK VALUE | $1,885.36 |
| 47.182.   BIGTEX 40' BUMP - 2017: ASSET # 1741222 | $2,568.95 | NET BOOK VALUE | $2,568.95 |
| 47.183.   BIGTEX 40' BUMP - 2017: ASSET # 1741231 | $2,568.95 | NET BOOK VALUE | $2,568.95 |
| 47.184.   BIGTEX 40' BUMP - 2017: ASSET # 1741249 | $2,568.95 | NET BOOK VALUE | $2,568.95 |
| 47.185.   BIGTEX 40' BUMP - 2017: ASSET # 1741281 | $1,370.39 | NET BOOK VALUE | $1,370.39 |
| 47.186.   BIGTEX 40' BUMP - 2017: ASSET # 1741290 | $1,370.39 | NET BOOK VALUE | $1,370.39 |
| 47.187.   BIGTEX 40' BUMP - 2017: ASSET # 1741302 | $1,370.39 | NET BOOK VALUE | $1,370.39 |
| 47.188.   BIGTEX 40' FLAT - 2020: ASSET # 4009 | $9,113.82 | NET BOOK VALUE | $9,113.82 |
| 47.189.   BIGTEX 6X12 BUM - 2017: ASSET # 1741345 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.190.   BIGTEX 6X12 BUM - 2017: ASSET # 1741353 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.191.   BIGTEX 6X12 BUM - 2017: ASSET # 1741388 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.192.   BIGTEX 6X12 BUM - 2017: ASSET # 1741396 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.193.   BIGTEX 6X12 BUM - 2017: ASSET # 1741409 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.194.   BIGTEX 6X12 BUM - 2017: ASSET # 1741417 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.195.   BIGTEX 6X12 BUM - 2017: ASSET # 1741425 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.196.   BIGTEX 6X12 BUM - 2017: ASSET # 1741433 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.197.   BIGTEX 6X12 BUM - 2017: ASSET # 1741476 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.198.   BIGTEX 6X12 BUM - 2017: ASSET # 1741484 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.199.   BIGTEX 6X12 BUM - 2017: ASSET # 1741492 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.200.   BIGTEX 6X12 BUM - 2017: ASSET # 1741505 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.201.   BIGTEX 6X12 BUM - 2017: ASSET # 1741513 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.202.   BIGTEX 6X12 BUM - 2017: ASSET # 1741521 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.203.   BIGTEX 6X12 BUM - 2017: ASSET # 1741530 | $315.82 | NET BOOK VALUE | $315.82 |
| 47.204.   C&S 20' BUMPER - 2011: ASSET # 1725741 | $895.07 | NET BOOK VALUE | $895.07 |
| 47.205.   CAM 24' BUMPER - 2013: ASSET # 1731972 | $1,400.00 | NET BOOK VALUE | $1,400.00 |
| 47.206.   CARGO CRAFT 16' - 2014: ASSET # 1732895 | $1,504.81 | NET BOOK VALUE | $1,504.81 |

Debtor  Strike, LLC

(Name)

Case Number (if known) 21-90054

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.207. CARGO CRAFT 18' - 2013: ASSET # 1729531 | $1,294.09 | NET BOOK VALUE | $1,294.09 |
| 47.208. CARGO CRAFT 20' - 2013: ASSET # 1729469 | $1,876.69 | NET BOOK VALUE | $1,876.69 |
| 47.209. CARGO CRAFT 20' - 2013: ASSET # 1729514 | $1,580.09 | NET BOOK VALUE | $1,580.09 |
| 47.210. CARGO CRAFT 7X1 - 2011: ASSET # 1725492 | $1,124.03 | NET BOOK VALUE | $1,124.03 |
| 47.211. CARGO CRAFT 7X1 - 2011: ASSET # 1725572 | $1,135.04 | NET BOOK VALUE | $1,135.04 |
| 47.212. CARGO CRAFT 7X1 - 2011: ASSET # 1725581 | $1,076.22 | NET BOOK VALUE | $1,076.22 |
| 47.213. CARGO CRAFT 7X1 - 2011: ASSET # 1725599 | $1,177.54 | NET BOOK VALUE | $1,177.54 |
| 47.214. CARGO CRAFT 7X1 - 2011: ASSET # 1725610 | $1,192.03 | NET BOOK VALUE | $1,192.03 |
| 47.215. CARGO CRAFT 7X1 - 2012: ASSET # 1726920 | $1,217.56 | NET BOOK VALUE | $1,217.56 |
| 47.216. CARGO CRAFT 7X1 - 2012: ASSET # 1726938 | $1,143.18 | NET BOOK VALUE | $1,143.18 |
| 47.217. CARGO CRAFT 7X1 - 2012: ASSET # 1727041 | $1,202.00 | NET BOOK VALUE | $1,202.00 |
| 47.218. CARGO CRAFT 7X1 - 2012: ASSET # 1727076 | $1,988.80 | NET BOOK VALUE | $1,988.80 |
| 47.219. CARGO CRAFT 7X1 - 2013: ASSET # 1729151 | $303.08 | NET BOOK VALUE | $303.08 |
| 47.220. CARGO CRAFT 7X1 - 2013: ASSET # 1729160 | $303.08 | NET BOOK VALUE | $303.08 |
| 47.221. CARGO CRAFT 7X1 - 2013: ASSET # 1729215 | $317.42 | NET BOOK VALUE | $317.42 |
| 47.222. CARGO CRAFT 7X1 - 2013: ASSET # 1729320 | $317.42 | NET BOOK VALUE | $317.42 |
| 47.223. CARGO CRAFT 7X1 - 2013: ASSET # 1729418 | $1,212.63 | NET BOOK VALUE | $1,212.63 |
| 47.224. CARGO CRAFT 7X1 - 2013: ASSET # 1729522 | $1,251.60 | NET BOOK VALUE | $1,251.60 |
| 47.225. CARGO CRAFT 7X2 - 2012: ASSET # 1727050 | $1,463.21 | NET BOOK VALUE | $1,463.21 |
| 47.226. CARGO CRAFT 8' - 2012: ASSET # 1727009 | $1,318.88 | NET BOOK VALUE | $1,318.88 |
| 47.227. CARGO CRAFT 8X - 2013: ASSET # 1729400 | $1,213.62 | NET BOOK VALUE | $1,213.62 |
| 47.228. CARGO CRAFT 8X1 - 2011: ASSET # 1725505 | $1,187.78 | NET BOOK VALUE | $1,187.78 |
| 47.229. CARGO CRAFT 8X1 - 2013: ASSET # 1729135 | $303.08 | NET BOOK VALUE | $303.08 |
| 47.230. CARGO CRAFT 8X1 - 2013: ASSET # 1729178 | $303.08 | NET BOOK VALUE | $303.08 |
| 47.231. CARGO CRAFT 8X1 - 2013: ASSET # 1729240 | $317.42 | NET BOOK VALUE | $317.42 |
| 47.232. CARGO CRAFT 8X1 - 2013: ASSET # 1729266 | $317.42 | NET BOOK VALUE | $317.42 |
| 47.233. CARGO CRAFT 8X1 - 2013: ASSET # 1729274 | $317.42 | NET BOOK VALUE | $317.42 |
| 47.234. CARGO CRAFT 8X2 - 2012: ASSET # 1726858 | $1,392.39 | NET BOOK VALUE | $1,392.39 |
| 47.235. CARGO CRAFT 8X2 - 2012: ASSET # 1726954 | $1,590.71 | NET BOOK VALUE | $1,590.71 |
| 47.236. CARGO CRAFT 8X2 - 2012: ASSET # 1726962 | $248.00 | NET BOOK VALUE | $248.00 |
| 47.237. CARGO CRAFT 8X2 - 2012: ASSET # 1727084 | $1,510.13 | NET BOOK VALUE | $1,510.13 |
| 47.238. CARGO CRAFT 8X2 - 2013: ASSET # 1729186 | $303.08 | NET BOOK VALUE | $303.08 |
| 47.239. CARGO CRAFT 8X2 - 2013: ASSET # 1729207 | $303.08 | NET BOOK VALUE | $303.08 |
| 47.240. CARGO CRAFT 8X2 - 2013: ASSET # 1729346 | $1,520.75 | NET BOOK VALUE | $1,520.75 |
| 47.241. CARGO CRAFT 8X2 - 2013: ASSET # 1729426 | $1,876.69 | NET BOOK VALUE | $1,876.69 |
| 47.242. CARGO CRAFT 8X2 - 2013: ASSET # 1729434 | $1,876.69 | NET BOOK VALUE | $1,876.69 |
| 47.243. CARGO CRAFT 8X2 - 2013: ASSET # 1729451 | $1,876.69 | NET BOOK VALUE | $1,876.69 |
| 47.244. CARGO CRAFT 8X2 - 2013: ASSET # 1729506 | $1,876.69 | NET BOOK VALUE | $1,876.69 |
| 47.245. CARGO CRAFT 8X2 - 2013: ASSET # 1729573 | $1,568.40 | NET BOOK VALUE | $1,568.40 |
| 47.246. CARGO CRAFT 8X2 - 2014: ASSET # 1732852 | $1,876.69 | NET BOOK VALUE | $1,876.69 |
| 47.247. CARGO CRAFT 8X2 - 2014: ASSET # 1732861 | $1,876.69 | NET BOOK VALUE | $1,876.69 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | |
| 47.248.  CARGO CRAFT 8X2 - 2014: ASSET # 1732879 | $1,504.81 | NET BOOK VALUE | $1,504.81 |
| 47.249.  CARGO CRAFT 8X2 - 2014: ASSET # 1732887 | $1,504.81 | NET BOOK VALUE | $1,504.81 |
| 47.250.  CARGO EXPRESS 1 - 2019: ASSET # 1763536 | $3,257.47 | NET BOOK VALUE | $3,257.47 |
| 47.251.  CARGO EXPRESS 1 - 2019: ASSET # 1763755 | $3,872.90 | NET BOOK VALUE | $3,872.90 |
| 47.252.  CARGO EXPRESS 2 - 2017: ASSET # 1742313 | $2,949.42 | NET BOOK VALUE | $2,949.42 |
| 47.253.  CARGO MATE 10' - 2020: ASSET # 1770875 | $11,325.01 | NET BOOK VALUE | $11,325.01 |
| 47.254.  CARGO MATE 16' - 2019: ASSET # 1753590 | $2,936.67 | NET BOOK VALUE | $2,936.67 |
| 47.255.  CARGO MATE 16' - 2019: ASSET # 1763587 | $3,486.83 | NET BOOK VALUE | $3,486.83 |
| 47.256.  CARGO MATE 20' - 2017: ASSET # 1742268 | $2,568.57 | NET BOOK VALUE | $2,568.57 |
| 47.257.  CARGO MATE 20' - 2017: ASSET # 1742276 | $2,891.98 | NET BOOK VALUE | $2,891.98 |
| 47.258.  CARGO MATE 20' - 2017: ASSET # 1742284 | $2,891.98 | NET BOOK VALUE | $2,891.98 |
| 47.259.  CARGO MATE 20' - 2018: ASSET # 1753573 | $2,897.32 | NET BOOK VALUE | $2,897.32 |
| 47.260.  CARGO MATE 20' - 2018: ASSET # 1753581 | $3,878.15 | NET BOOK VALUE | $3,878.15 |
| 47.261.  CARGO MATE 20' - 2019: ASSET # 1753602 | $3,714.39 | NET BOOK VALUE | $3,714.39 |
| 47.262.  CARGO MATE 20' - 2019: ASSET # 1763544 | $3,531.59 | NET BOOK VALUE | $3,531.59 |
| 47.263.  CARGO MATE 20' - 2019: ASSET # 1763552 | $3,531.59 | NET BOOK VALUE | $3,531.59 |
| 47.264.  CARGO MATE 20' - 2019: ASSET # 1763561 | $3,831.19 | NET BOOK VALUE | $3,831.19 |
| 47.265.  CARGO MATE 20' - 2019: ASSET # 1763579 | $3,601.28 | NET BOOK VALUE | $3,601.28 |
| 47.266.  CARGO MATE 20' - 2019: ASSET # 1763595 | $4,900.64 | NET BOOK VALUE | $4,900.64 |
| 47.267.  CARGO MATE 20' - 2019: ASSET # 1763616 | $4,814.77 | NET BOOK VALUE | $4,814.77 |
| 47.268.  CARGO MATE 20' - 2019: ASSET # 1763624 | $4,814.77 | NET BOOK VALUE | $4,814.77 |
| 47.269.  CARGO MATE 20' - 2019: ASSET # 1763632 | $3,793.62 | NET BOOK VALUE | $3,793.62 |
| 47.270.  CARGO MATE 20' - 2019: ASSET # 1763641 | $4,170.95 | NET BOOK VALUE | $4,170.95 |
| 47.271.  CARGO MATE 20' - 2019: ASSET # 1763667 | $4,769.57 | NET BOOK VALUE | $4,769.57 |
| 47.272.  CARGO MATE 20' - 2019: ASSET # 1763675 | $4,769.57 | NET BOOK VALUE | $4,769.57 |
| 47.273.  CARGO MATE 20' - 2019: ASSET # 1763683 | $4,329.67 | NET BOOK VALUE | $4,329.67 |
| 47.274.  CARGO MATE 20' - 2019: ASSET # 1763691 | $4,923.49 | NET BOOK VALUE | $4,923.49 |
| 47.275.  CARGO MATE 20' - 2019: ASSET # 1763721 | $4,923.49 | NET BOOK VALUE | $4,923.49 |
| 47.276.  CARGO MATE 20' - 2019: ASSET # 1763739 | $4,923.49 | NET BOOK VALUE | $4,923.49 |
| 47.277.  CARGO MATE 20' - 2019: ASSET # 1763763 | $5,227.33 | NET BOOK VALUE | $5,227.33 |
| 47.278.  CARGO MATE 20' - 2019: ASSET # 1763771 | $5,084.04 | NET BOOK VALUE | $5,084.04 |
| 47.279.  CARGO MATE 20' - 2019: ASSET # 1763780 | $5,084.04 | NET BOOK VALUE | $5,084.04 |
| 47.280.  CARGO MATE 20' - 2019: ASSET # 1763798 | $5,084.04 | NET BOOK VALUE | $5,084.04 |
| 47.281.  CARGO MATE 20' - 2019: ASSET # 1788645 | $6,098.38 | NET BOOK VALUE | $6,098.38 |
| 47.282.  CARGO MATE 20' - 2020: ASSET # 1770824 | $5,804.24 | NET BOOK VALUE | $5,804.24 |
| 47.283.  CARGO MATE 20' - 2020: ASSET # 1770832 | $5,803.43 | NET BOOK VALUE | $5,803.43 |
| 47.284.  CARGO MATE 20' - 2020: ASSET # 1770841 | $5,803.43 | NET BOOK VALUE | $5,803.43 |
| 47.285.  CARGO MATE 20' - 2020: ASSET # 1770859 | $5,803.43 | NET BOOK VALUE | $5,803.43 |
| 47.286.  CARGO MATE 20' - 2020: ASSET # 1770867 | $5,803.43 | NET BOOK VALUE | $5,803.43 |
| 47.287.  CARGO MATE 20' - 2020: ASSET # 1770883 | $6,438.25 | NET BOOK VALUE | $6,438.25 |
| 47.288.  CARGO MATE 20' - 2020: ASSET # 1788768 | $6,536.92 | NET BOOK VALUE | $6,536.92 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.289.   CARGO MATE 20' - 2020: ASSET # 1788784 | $6,529.35 | NET BOOK VALUE | $6,529.35 |
| 47.290.   CARGO MATE 20' - 2020: ASSET # 4010 | $9,630.24 | NET BOOK VALUE | $9,630.24 |
| 47.291.   CARGO MATE 24' - 2019: ASSET # 1763704 | $5,384.47 | NET BOOK VALUE | $5,384.47 |
| 47.292.   CARGO MATE 24' - 2019: ASSET # 1763712 | $4,671.30 | NET BOOK VALUE | $4,671.30 |
| 47.293.   CARGO MATE 7X16 - 2018: ASSET # 1753549 | $2,375.29 | NET BOOK VALUE | $2,375.29 |
| 47.294.   CARGO MATE 7X16 - 2018: ASSET # 1753557 | $2,375.29 | NET BOOK VALUE | $2,375.29 |
| 47.295.   CARGO MATE 8 X - 2017: ASSET # 1742241 | $2,507.25 | NET BOOK VALUE | $2,507.25 |
| 47.296.   CARRY ON 8X24 E - 2012: ASSET # 1727121 | $1,633.21 | NET BOOK VALUE | $1,633.21 |
| 47.297.   CHEVY 1500 LT C - 2015: ASSET # 1735447 | $4,200.00 | NET BOOK VALUE | $4,200.00 |
| 47.298.   CHEVY 2500 SILV - 2015: ASSET # 1735383 | $1,996.23 | NET BOOK VALUE | $1,996.23 |
| 47.299.   CHEVY 2500HD LS - 2015: ASSET # 1735439 | $3,600.00 | NET BOOK VALUE | $3,600.00 |
| 47.300.   CHEVY TAHOE LTZ - 2012: ASSET # 1726840 | $2,727.84 | NET BOOK VALUE | $2,727.84 |
| 47.301.   COVERED WAGON 2 - 2017: ASSET # 1750372 | $2,405.18 | NET BOOK VALUE | $2,405.18 |
| 47.302.   DIAMOND C 20' B - 2019: ASSET # 1770373 | $3,036.00 | NET BOOK VALUE | $3,036.00 |
| 47.303.   DIAMOND C 22' B - 2019: ASSET # 1770381 | $3,102.94 | NET BOOK VALUE | $3,102.94 |
| 47.304.   DIAMOND C 24' B - 2017: ASSET # 1750364 | $1,824.60 | NET BOOK VALUE | $1,824.60 |
| 47.305.   DIAMOND C 24' B - 2017: ASSET # 1750401 | $2,156.32 | NET BOOK VALUE | $2,156.32 |
| 47.306.   DIAMOND C 32' F - 2019: ASSET # 1770390 | $7,903.57 | NET BOOK VALUE | $7,903.57 |
| 47.307.   DIAMOND C 32' G - 2019: ASSET # 1770445 | $9,421.52 | NET BOOK VALUE | $9,421.52 |
| 47.308.   DIAMOND C 32' T - 2020: ASSET # 4015 | $17,536.79 | NET BOOK VALUE | $17,536.79 |
| 47.309.   DIAMOND C 35' G - 2020: ASSET # 1771018 | $10,627.63 | NET BOOK VALUE | $10,627.63 |
| 47.310.   DIAMOND C 35' G - 2020: ASSET # 1771026 | $10,391.18 | NET BOOK VALUE | $10,391.18 |
| 47.311.   DIAMOND C 36' T - 2020: ASSET # 1770980 | $12,998.50 | NET BOOK VALUE | $12,998.50 |
| 47.312.   DODGE 3500 SLT - 2012: ASSET # 1727156 | $4,000.00 | NET BOOK VALUE | $4,000.00 |
| 47.313.   DODGE 4500 SLT - 2014: ASSET # 1732983 | $4,600.00 | NET BOOK VALUE | $4,600.00 |
| 47.314.   DODGE 4500 SLT - 2014: ASSET # 1733003 | $5,000.00 | NET BOOK VALUE | $5,000.00 |
| 47.315.   DODGE 5500 SLT - 2014: ASSET # 1733020 | $5,400.00 | NET BOOK VALUE | $5,400.00 |
| 47.316.   DODGE 5500 SLT - 2014: ASSET # 1733038 | $5,400.00 | NET BOOK VALUE | $5,400.00 |
| 47.317.   DORSEY 53' VAN - 1981: ASSET # 1771157 | $100.00 | NET BOOK VALUE | $100.00 |
| 47.318.   DRAGON ST6 ROLL - 2010: ASSET # 4031 | $9,320.59 | NET BOOK VALUE | $9,320.59 |
| 47.319.   EAGER BEAVER 20 - 2018: ASSET # 1760626 | $10,535.94 | NET BOOK VALUE | $10,535.94 |
| 47.320.   EAGER BEAVER 34 - 2018: ASSET # 1760651 | $11,743.25 | NET BOOK VALUE | $11,743.25 |
| 47.321.   EAGER BEAVER 34 - 2018: ASSET # 1760669 | $11,084.75 | NET BOOK VALUE | $11,084.75 |
| 47.322.   EAGER BEAVER 55 - 2010: ASSET # 1724668 | $8,000.00 | NET BOOK VALUE | $8,000.00 |
| 47.323.   EAST TEXAS 40' - 2019: ASSET # 1770251 | $3,608.99 | NET BOOK VALUE | $3,608.99 |
| 47.324.   FLEXSTEEL FR 81 - 2018: ASSET # 1759799 | $50,466.15 | NET BOOK VALUE | $50,466.15 |
| 47.325.   FONTAINE 3+1 55 - 2011: ASSET # 1725708 | $19,428.91 | NET BOOK VALUE | $19,428.91 |
| 47.326.   FONTAINE 3+1 55 - 2012: ASSET # 1727738 | $3,703.21 | NET BOOK VALUE | $3,703.21 |
| 47.327.   FONTAINE 48' FL - 2012: ASSET # 1727834 | $2,698.09 | NET BOOK VALUE | $2,698.09 |
| 47.328.   FONTAINE 48' FL - 2013: ASSET # 1731518 | $2,698.09 | NET BOOK VALUE | $2,698.09 |
| 47.329.   FONTAINE 48' FL - 2013: ASSET # 1731526 | $2,698.09 | NET BOOK VALUE | $2,698.09 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | |
| 47.330.  FONTAINE 48' FL - 2013: ASSET # 1731542 | $2,698.09 | NET BOOK VALUE | $2,698.09 |
| 47.331.  FONTAINE 48' FL - 2013: ASSET # 1731551 | $2,698.09 | NET BOOK VALUE | $2,698.09 |
| 47.332.  FONTAINE 48' FL - 2013: ASSET # 1731569 | $2,698.09 | NET BOOK VALUE | $2,698.09 |
| 47.333.  FONTAINE 48' FL - 2013: ASSET # 1731577 | $2,698.09 | NET BOOK VALUE | $2,698.09 |
| 47.334.  FONTAINE 48' FL - 2013: ASSET # 1731593 | $2,698.09 | NET BOOK VALUE | $2,698.09 |
| 47.335.  FONTAINE 48' FL - 2013: ASSET # 1731606 | $2,698.09 | NET BOOK VALUE | $2,698.09 |
| 47.336.  FONTAINE 48' FL - 2013: ASSET # 1731614 | $2,698.09 | NET BOOK VALUE | $2,698.09 |
| 47.337.  FONTAINE 48' FL - 2014: ASSET # 1734508 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.338.  FONTAINE 48' FL - 2014: ASSET # 1734516 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.339.  FONTAINE 48' FL - 2014: ASSET # 1734524 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.340.  FONTAINE 48' FL - 2014: ASSET # 1734532 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.341.  FONTAINE 48' FL - 2014: ASSET # 1734541 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.342.  FONTAINE 48' FL - 2014: ASSET # 1734559 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.343.  FONTAINE 48' FL - 2014: ASSET # 1734567 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.344.  FONTAINE 48' FL - 2014: ASSET # 1734575 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.345.  FONTAINE 48' FL - 2014: ASSET # 1734583 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.346.  FONTAINE 48' FL - 2014: ASSET # 1734591 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.347.  FONTAINE 48' FL - 2014: ASSET # 1734612 | $1,176.74 | NET BOOK VALUE | $1,176.74 |
| 47.348.  FONTAINE 48' FL - 2015: ASSET # 1737098 | $3,600.00 | NET BOOK VALUE | $3,600.00 |
| 47.349.  FONTAINE 55 TON - 2013: ASSET # 1731382 | $5,947.44 | NET BOOK VALUE | $5,947.44 |
| 47.350.  FONTAINE 55 TON - 2013: ASSET # 1731391 | $5,947.45 | NET BOOK VALUE | $5,947.45 |
| 47.351.  FONTAINE 55 TON - 2013: ASSET # 1731471 | $7,709.20 | NET BOOK VALUE | $7,709.20 |
| 47.352.  FONTAINE 55 TON - 2013: ASSET # 1731497 | $7,709.20 | NET BOOK VALUE | $7,709.20 |
| 47.353.  FONTAINE 55 TON - 2013: ASSET # 1731500 | $7,709.21 | NET BOOK VALUE | $7,709.21 |
| 47.354.  FONTAINE 55 TON - 2013: ASSET # 1731657 | $4,387.98 | NET BOOK VALUE | $4,387.98 |
| 47.355.  FONTAINE 55 TON - 2014: ASSET # 1734410 | $4,387.98 | NET BOOK VALUE | $4,387.98 |
| 47.356.  FONTAINE 55 TON - 2014: ASSET # 1734428 | $4,387.98 | NET BOOK VALUE | $4,387.98 |
| 47.357.  FONTAINE 55 TON - 2014: ASSET # 1734444 | $4,387.98 | NET BOOK VALUE | $4,387.98 |
| 47.358.  FONTAINE 55 TON - 2014: ASSET # 1734452 | $4,387.98 | NET BOOK VALUE | $4,387.98 |
| 47.359.  FONTAINE 55 TON - 2014: ASSET # 1734461 | $4,387.98 | NET BOOK VALUE | $4,387.98 |
| 47.360.  FONTAINE 55 TON - 2014: ASSET # 1734479 | $4,387.98 | NET BOOK VALUE | $4,387.98 |
| 47.361.  FONTAINE 55 TON - 2014: ASSET # 1734487 | $4,387.98 | NET BOOK VALUE | $4,387.98 |
| 47.362.  FONTAINE 55 TON - 2014: ASSET # 1734495 | $4,387.98 | NET BOOK VALUE | $4,387.98 |
| 47.363.  FORD EXPEDITION - 2018: ASSET # 1758075 | $10,562.59 | NET BOOK VALUE | $10,562.59 |
| 47.364.  FORD EXPEDITION - 2018: ASSET # 1758091 | $13,652.06 | NET BOOK VALUE | $13,652.06 |
| 47.365.  FORD F 150 XLT - 2014: ASSET # 1734241 | $4,000.00 | NET BOOK VALUE | $4,000.00 |
| 47.366.  FORD F 350 XL - 2015: ASSET # 1736378 | $7,000.00 | NET BOOK VALUE | $7,000.00 |
| 47.367.  FORD F150 PLATI - 2015: ASSET # 1736298 | $1,376.22 | NET BOOK VALUE | $1,376.22 |
| 47.368.  FORD F150 XL CR - 2019: ASSET # 1768193 | $28,649.11 | NET BOOK VALUE | $28,649.11 |
| 47.369.  FORD F150 XL CR - 2019: ASSET # 1768337 | $29,920.13 | NET BOOK VALUE | $29,920.13 |
| 47.370.  FORD F150 XL CR - 2019: ASSET # 1768388 | $29,021.14 | NET BOOK VALUE | $29,021.14 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.371. FORD F150 XL CR - 2019: ASSET # 1768396 | $27,135.77 | NET BOOK VALUE | $27,135.77 |
| 47.372. FORD F150 XL CR - 2019: ASSET # 1768409 | $28,830.38 | NET BOOK VALUE | $28,830.38 |
| 47.373. FORD F150 XL CR - 2019: ASSET # 1768417 | $29,005.70 | NET BOOK VALUE | $29,005.70 |
| 47.374. FORD F150 XL CR - 2019: ASSET # 1768433 | $28,671.72 | NET BOOK VALUE | $28,671.72 |
| 47.375. FORD F150 XL CR - 2019: ASSET # 1768441 | $28,830.31 | NET BOOK VALUE | $28,830.31 |
| 47.376. FORD F150 XL CR - 2019: ASSET # 1768450 | $28,988.90 | NET BOOK VALUE | $28,988.90 |
| 47.377. FORD F150 XL CR - 2019: ASSET # 1768468 | $28,585.67 | NET BOOK VALUE | $28,585.67 |
| 47.378. FORD F150 XL CR - 2019: ASSET # 1768476 | $30,375.94 | NET BOOK VALUE | $30,375.94 |
| 47.379. FORD F150 XL CR - 2019: ASSET # 1768572 | $29,038.19 | NET BOOK VALUE | $29,038.19 |
| 47.380. FORD F150 XLT C - 2013: ASSET # 1729813 | $3,000.00 | NET BOOK VALUE | $3,000.00 |
| 47.381. FORD F150 XLT C - 2013: ASSET # 1729821 | $3,400.00 | NET BOOK VALUE | $3,400.00 |
| 47.382. FORD F150 XLT C - 2013: ASSET # 1731171 | $1,573.16 | NET BOOK VALUE | $1,573.16 |
| 47.383. FORD F150 XLT C - 2018: ASSET # 1758041 | $8,924.74 | NET BOOK VALUE | $8,924.74 |
| 47.384. FORD F150 XLT C - 2018: ASSET # 1758083 | $8,924.54 | NET BOOK VALUE | $8,924.54 |
| 47.385. FORD F150 XLT C - 2018: ASSET # 1759174 | $16,779.34 | NET BOOK VALUE | $16,779.34 |
| 47.386. FORD F150 XLT C - 2019: ASSET # 1768206 | $27,534.82 | NET BOOK VALUE | $27,534.82 |
| 47.387. FORD F150 XLT C - 2019: ASSET # 1768214 | $26,392.88 | NET BOOK VALUE | $26,392.88 |
| 47.388. FORD F150 XLT C - 2019: ASSET # 1768222 | $27,465.93 | NET BOOK VALUE | $27,465.93 |
| 47.389. FORD F150 XLT C - 2019: ASSET # 1768231 | $27,509.83 | NET BOOK VALUE | $27,509.83 |
| 47.390. FORD F150 XLT C - 2019: ASSET # 1768249 | $27,465.93 | NET BOOK VALUE | $27,465.93 |
| 47.391. FORD F150 XLT C - 2019: ASSET # 1768257 | $27,627.72 | NET BOOK VALUE | $27,627.72 |
| 47.392. FORD F150 XLT C - 2019: ASSET # 1768265 | $27,499.39 | NET BOOK VALUE | $27,499.39 |
| 47.393. FORD F150 XLT C - 2019: ASSET # 1768273 | $27,465.93 | NET BOOK VALUE | $27,465.93 |
| 47.394. FORD F150 XLT C - 2019: ASSET # 1768281 | $27,509.83 | NET BOOK VALUE | $27,509.83 |
| 47.395. FORD F150 XLT C - 2019: ASSET # 1768290 | $26,556.61 | NET BOOK VALUE | $26,556.61 |
| 47.396. FORD F150 XLT C - 2019: ASSET # 1768302 | $26,032.89 | NET BOOK VALUE | $26,032.89 |
| 47.397. FORD F150 XLT C - 2019: ASSET # 1768311 | $27,465.93 | NET BOOK VALUE | $27,465.93 |
| 47.398. FORD F150 XLT C - 2019: ASSET # 1768329 | $27,767.18 | NET BOOK VALUE | $27,767.18 |
| 47.399. FORD F150 XLT C - 2019: ASSET # 1769815 | $32,643.51 | NET BOOK VALUE | $32,643.51 |
| 47.400. FORD F250 LARIA - 2015: ASSET # 1736132 | $1,650.60 | NET BOOK VALUE | $1,650.60 |
| 47.401. FORD F250 LARIA - 2019: ASSET # 1769823 | $42,113.53 | NET BOOK VALUE | $42,113.53 |
| 47.402. FORD F250 XL CR - 2013: ASSET # 1730275 | $2,195.99 | NET BOOK VALUE | $2,195.99 |
| 47.403. FORD F250 XL CR - 2013: ASSET # 1731032 | $2,251.10 | NET BOOK VALUE | $2,251.10 |
| 47.404. FORD F250 XL CR - 2013: ASSET # 1731198 | $2,149.60 | NET BOOK VALUE | $2,149.60 |
| 47.405. FORD F250 XL CR - 2014: ASSET # 1733409 | $4,400.00 | NET BOOK VALUE | $4,400.00 |
| 47.406. FORD F250 XL CR - 2014: ASSET # 1733417 | $4,200.00 | NET BOOK VALUE | $4,200.00 |
| 47.407. FORD F250 XL CR - 2014: ASSET # 1733564 | $2,113.47 | NET BOOK VALUE | $2,113.47 |
| 47.408. FORD F250 XL CR - 2014: ASSET # 1733572 | $2,121.59 | NET BOOK VALUE | $2,121.59 |
| 47.409. FORD F250 XL CR - 2014: ASSET # 1733581 | $2,117.02 | NET BOOK VALUE | $2,117.02 |
| 47.410. FORD F250 XL CR - 2014: ASSET # 1733767 | $2,215.35 | NET BOOK VALUE | $2,215.35 |
| 47.411. FORD F250 XL CR - 2014: ASSET # 1734006 | $2,526.04 | NET BOOK VALUE | $2,526.04 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.412. FORD F250 XL CR - 2014: ASSET # 1734111 | $1,675.69 | NET BOOK VALUE | $1,675.69 |
| 47.413. FORD F250 XL CR - 2014: ASSET # 1734188 | $1,756.51 | NET BOOK VALUE | $1,756.51 |
| 47.414. FORD F250 XL CR - 2015: ASSET # 1735877 | $5,200.00 | NET BOOK VALUE | $5,200.00 |
| 47.415. FORD F250 XL CR - 2015: ASSET # 1736052 | $1,050.75 | NET BOOK VALUE | $1,050.75 |
| 47.416. FORD F250 XL CR - 2015: ASSET # 1736159 | $1,078.69 | NET BOOK VALUE | $1,078.69 |
| 47.417. FORD F250 XL CR - 2017: ASSET # 1745098 | $4,887.95 | NET BOOK VALUE | $4,887.95 |
| 47.418. FORD F250 XL CR - 2017: ASSET # 1745101 | $4,887.95 | NET BOOK VALUE | $4,887.95 |
| 47.419. FORD F250 XL CR - 2017: ASSET # 1745119 | $4,887.95 | NET BOOK VALUE | $4,887.95 |
| 47.420. FORD F250 XL CR - 2017: ASSET # 1745127 | $4,887.95 | NET BOOK VALUE | $4,887.95 |
| 47.421. FORD F250 XL CR - 2017: ASSET # 1745151 | $5,954.26 | NET BOOK VALUE | $5,954.26 |
| 47.422. FORD F250 XL CR - 2017: ASSET # 1745160 | $6,002.75 | NET BOOK VALUE | $6,002.75 |
| 47.423. FORD F250 XL CR - 2017: ASSET # 1745178 | $5,717.03 | NET BOOK VALUE | $5,717.03 |
| 47.424. FORD F250 XL CR - 2017: ASSET # 1745186 | $5,717.03 | NET BOOK VALUE | $5,717.03 |
| 47.425. FORD F250 XL CR - 2017: ASSET # 1745194 | $5,717.03 | NET BOOK VALUE | $5,717.03 |
| 47.426. FORD F250 XL CR - 2017: ASSET # 1745207 | $5,823.24 | NET BOOK VALUE | $5,823.24 |
| 47.427. FORD F250 XL CR - 2017: ASSET # 1745215 | $6,689.40 | NET BOOK VALUE | $6,689.40 |
| 47.428. FORD F250 XL CR - 2017: ASSET # 1745223 | $6,689.40 | NET BOOK VALUE | $6,689.40 |
| 47.429. FORD F250 XL CR - 2017: ASSET # 1745258 | $6,689.40 | NET BOOK VALUE | $6,689.40 |
| 47.430. FORD F250 XL CR - 2017: ASSET # 1745274 | $6,689.40 | NET BOOK VALUE | $6,689.40 |
| 47.431. FORD F250 XL CR - 2017: ASSET # 1745291 | $6,689.40 | NET BOOK VALUE | $6,689.40 |
| 47.432. FORD F250 XL CR - 2017: ASSET # 1745371 | $7,367.13 | NET BOOK VALUE | $7,367.13 |
| 47.433. FORD F250 XL CR - 2017: ASSET # 1745389 | $7,367.13 | NET BOOK VALUE | $7,367.13 |
| 47.434. FORD F250 XL CR - 2017: ASSET # 1745400 | $7,367.13 | NET BOOK VALUE | $7,367.13 |
| 47.435. FORD F250 XL CR - 2017: ASSET # 1745418 | $7,367.13 | NET BOOK VALUE | $7,367.13 |
| 47.436. FORD F250 XL CR - 2017: ASSET # 1745426 | $7,367.13 | NET BOOK VALUE | $7,367.13 |
| 47.437. FORD F250 XL CR - 2017: ASSET # 1745434 | $6,509.65 | NET BOOK VALUE | $6,509.65 |
| 47.438. FORD F250 XL CR - 2017: ASSET # 1745442 | $7,367.13 | NET BOOK VALUE | $7,367.13 |
| 47.439. FORD F250 XL CR - 2017: ASSET # 1745451 | $6,723.10 | NET BOOK VALUE | $6,723.10 |
| 47.440. FORD F250 XL CR - 2017: ASSET # 1745469 | $6,723.10 | NET BOOK VALUE | $6,723.10 |
| 47.441. FORD F250 XL CR - 2017: ASSET # 1745493 | $6,689.40 | NET BOOK VALUE | $6,689.40 |
| 47.442. FORD F250 XL CR - 2017: ASSET # 1745531 | $6,319.34 | NET BOOK VALUE | $6,319.34 |
| 47.443. FORD F250 XL CR - 2017: ASSET # 1745688 | $8,515.48 | NET BOOK VALUE | $8,515.48 |
| 47.444. FORD F250 XL CR - 2017: ASSET # 1745709 | $8,515.48 | NET BOOK VALUE | $8,515.48 |
| 47.445. FORD F250 XL CR - 2017: ASSET # 1745725 | $8,515.48 | NET BOOK VALUE | $8,515.48 |
| 47.446. FORD F250 XL CR - 2017: ASSET # 1745750 | $8,515.48 | NET BOOK VALUE | $8,515.48 |
| 47.447. FORD F250 XL CR - 2018: ASSET # 1758104 | $10,223.09 | NET BOOK VALUE | $10,223.09 |
| 47.448. FORD F250 XL CR - 2018: ASSET # 1758112 | $10,223.09 | NET BOOK VALUE | $10,223.09 |
| 47.449. FORD F250 XL CR - 2018: ASSET # 1758121 | $10,223.09 | NET BOOK VALUE | $10,223.09 |
| 47.450. FORD F250 XL CR - 2018: ASSET # 1758147 | $10,223.09 | NET BOOK VALUE | $10,223.09 |
| 47.451. FORD F250 XL CR - 2018: ASSET # 1758155 | $10,223.09 | NET BOOK VALUE | $10,223.09 |
| 47.452. FORD F250 XL CR - 2018: ASSET # 1758163 | $10,223.09 | NET BOOK VALUE | $10,223.09 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.453. FORD F250 XL CR - 2018: ASSET # 1758171 | $10,223.09 | NET BOOK VALUE | $10,223.09 |
| 47.454. FORD F250 XL CR - 2018: ASSET # 1758180 | $10,223.09 | NET BOOK VALUE | $10,223.09 |
| 47.455. FORD F250 XL CR - 2018: ASSET # 1758198 | $10,223.09 | NET BOOK VALUE | $10,223.09 |
| 47.456. FORD F250 XL CR - 2018: ASSET # 1758358 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.457. FORD F250 XL CR - 2018: ASSET # 1758366 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.458. FORD F250 XL CR - 2018: ASSET # 1758374 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.459. FORD F250 XL CR - 2018: ASSET # 1758391 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.460. FORD F250 XL CR - 2018: ASSET # 1758403 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.461. FORD F250 XL CR - 2018: ASSET # 1758420 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.462. FORD F250 XL CR - 2018: ASSET # 1758438 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.463. FORD F250 XL CR - 2018: ASSET # 1758446 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.464. FORD F250 XL CR - 2018: ASSET # 1758454 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.465. FORD F250 XL CR - 2018: ASSET # 1758489 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.466. FORD F250 XL CR - 2018: ASSET # 1758497 | $11,131.76 | NET BOOK VALUE | $11,131.76 |
| 47.467. FORD F250 XL CR - 2018: ASSET # 1758606 | $12,559.06 | NET BOOK VALUE | $12,559.06 |
| 47.468. FORD F250 XL CR - 2018: ASSET # 1758614 | $12,559.06 | NET BOOK VALUE | $12,559.06 |
| 47.469. FORD F250 XL CR - 2018: ASSET # 1758622 | $11,649.13 | NET BOOK VALUE | $11,649.13 |
| 47.470. FORD F250 XL CR - 2018: ASSET # 1758649 | $11,649.13 | NET BOOK VALUE | $11,649.13 |
| 47.471. FORD F250 XL CR - 2018: ASSET # 1758657 | $13,476.55 | NET BOOK VALUE | $13,476.55 |
| 47.472. FORD F250 XL CR - 2018: ASSET # 1758665 | $13,476.55 | NET BOOK VALUE | $13,476.55 |
| 47.473. FORD F250 XL CR - 2018: ASSET # 1758673 | $11,649.13 | NET BOOK VALUE | $11,649.13 |
| 47.474. FORD F250 XL CR - 2018: ASSET # 1758681 | $12,559.06 | NET BOOK VALUE | $12,559.06 |
| 47.475. FORD F250 XL CR - 2018: ASSET # 1758690 | $12,559.06 | NET BOOK VALUE | $12,559.06 |
| 47.476. FORD F250 XL CR - 2018: ASSET # 1758702 | $11,649.13 | NET BOOK VALUE | $11,649.13 |
| 47.477. FORD F250 XL CR - 2018: ASSET # 1758809 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.478. FORD F250 XL CR - 2018: ASSET # 1758817 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.479. FORD F250 XL CR - 2018: ASSET # 1758825 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.480. FORD F250 XL CR - 2018: ASSET # 1758833 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.481. FORD F250 XL CR - 2018: ASSET # 1758868 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.482. FORD F250 XL CR - 2018: ASSET # 1758876 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.483. FORD F250 XL CR - 2018: ASSET # 1758884 | $13,018.94 | NET BOOK VALUE | $13,018.94 |
| 47.484. FORD F250 XL CR - 2018: ASSET # 1758905 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.485. FORD F250 XL CR - 2018: ASSET # 1758913 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.486. FORD F250 XL CR - 2018: ASSET # 1758921 | $13,018.94 | NET BOOK VALUE | $13,018.94 |
| 47.487. FORD F250 XL CR - 2018: ASSET # 1758930 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.488. FORD F250 XL CR - 2018: ASSET # 1758948 | $13,018.94 | NET BOOK VALUE | $13,018.94 |
| 47.489. FORD F250 XL CR - 2018: ASSET # 1758981 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.490. FORD F250 XL CR - 2018: ASSET # 1759019 | $13,018.94 | NET BOOK VALUE | $13,018.94 |
| 47.491. FORD F250 XL CR - 2018: ASSET # 1759027 | $13,018.94 | NET BOOK VALUE | $13,018.94 |
| 47.492. FORD F250 XL CR - 2018: ASSET # 1759035 | $12,073.86 | NET BOOK VALUE | $12,073.86 |
| 47.493. FORD F250 XL CR - 2018: ASSET # 1759043 | $12,073.86 | NET BOOK VALUE | $12,073.86 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.494. FORD F250 XL CR - 2019: ASSET # 1765785 | $18,181.80 | NET BOOK VALUE | $18,181.80 |
| 47.495. FORD F250 XL CR - 2019: ASSET # 1765793 | $14,723.90 | NET BOOK VALUE | $14,723.90 |
| 47.496. FORD F250 XL CR - 2019: ASSET # 1765814 | $13,778.20 | NET BOOK VALUE | $13,778.20 |
| 47.497. FORD F250 XL CR - 2019: ASSET # 1765822 | $13,778.20 | NET BOOK VALUE | $13,778.20 |
| 47.498. FORD F250 XL CR - 2019: ASSET # 1765831 | $14,723.90 | NET BOOK VALUE | $14,723.90 |
| 47.499. FORD F250 XL CR - 2019: ASSET # 1765849 | $14,723.90 | NET BOOK VALUE | $14,723.90 |
| 47.500. FORD F250 XL CR - 2019: ASSET # 1765865 | $13,778.20 | NET BOOK VALUE | $13,778.20 |
| 47.501. FORD F250 XL CR - 2019: ASSET # 1765873 | $13,778.20 | NET BOOK VALUE | $13,778.20 |
| 47.502. FORD F250 XL CR - 2019: ASSET # 1765881 | $14,723.90 | NET BOOK VALUE | $14,723.90 |
| 47.503. FORD F250 XL CR - 2019: ASSET # 1765890 | $14,723.90 | NET BOOK VALUE | $14,723.90 |
| 47.504. FORD F250 XL CR - 2019: ASSET # 1765902 | $14,723.90 | NET BOOK VALUE | $14,723.90 |
| 47.505. FORD F250 XL CR - 2019: ASSET # 1765911 | $13,778.20 | NET BOOK VALUE | $13,778.20 |
| 47.506. FORD F250 XL CR - 2019: ASSET # 1765929 | $14,723.90 | NET BOOK VALUE | $14,723.90 |
| 47.507. FORD F250 XL CR - 2019: ASSET # 1765937 | $13,778.20 | NET BOOK VALUE | $13,778.20 |
| 47.508. FORD F250 XL CR - 2019: ASSET # 1765953 | $13,778.20 | NET BOOK VALUE | $13,778.20 |
| 47.509. FORD F250 XL CR - 2019: ASSET # 1765961 | $14,266.00 | NET BOOK VALUE | $14,266.00 |
| 47.510. FORD F250 XL CR - 2019: ASSET # 1765970 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.511. FORD F250 XL CR - 2019: ASSET # 1765996 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.512. FORD F250 XL CR - 2019: ASSET # 1766008 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.513. FORD F250 XL CR - 2019: ASSET # 1766032 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.514. FORD F250 XL CR - 2019: ASSET # 1766041 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.515. FORD F250 XL CR - 2019: ASSET # 1766091 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.516. FORD F250 XL CR - 2019: ASSET # 1766104 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.517. FORD F250 XL CR - 2019: ASSET # 1766147 | $15,247.05 | NET BOOK VALUE | $15,247.05 |
| 47.518. FORD F250 XL CR - 2019: ASSET # 1766155 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.519. FORD F250 XL CR - 2019: ASSET # 1766163 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.520. FORD F250 XL CR - 2019: ASSET # 1766171 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.521. FORD F250 XL CR - 2019: ASSET # 1766180 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.522. FORD F250 XL CR - 2019: ASSET # 1766201 | $14,266.00 | NET BOOK VALUE | $14,266.00 |
| 47.523. FORD F250 XL CR - 2019: ASSET # 1766219 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.524. FORD F250 XL CR - 2019: ASSET # 1766227 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.525. FORD F250 XL CR - 2019: ASSET # 1766235 | $14,266.00 | NET BOOK VALUE | $14,266.00 |
| 47.526. FORD F250 XL CR - 2019: ASSET # 1766251 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.527. FORD F250 XL CR - 2019: ASSET # 1766286 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.528. FORD F250 XL CR - 2019: ASSET # 1766294 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.529. FORD F250 XL CR - 2019: ASSET # 1766307 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.530. FORD F250 XL CR - 2019: ASSET # 1766315 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.531. FORD F250 XL CR - 2019: ASSET # 1766340 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.532. FORD F250 XL CR - 2019: ASSET # 1766358 | $16,234.30 | NET BOOK VALUE | $16,234.30 |
| 47.533. FORD F250 XL CR - 2019: ASSET # 1766366 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.534. FORD F250 XL CR - 2019: ASSET # 1766374 | $15,246.87 | NET BOOK VALUE | $15,246.87 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | |
| 47.535.  FORD F250 XL CR - 2019: ASSET # 1766382 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.536.  FORD F250 XL CR - 2019: ASSET # 1766391 | $14,266.00 | NET BOOK VALUE | $14,266.00 |
| 47.537.  FORD F250 XL CR - 2019: ASSET # 1766403 | $15,247.05 | NET BOOK VALUE | $15,247.05 |
| 47.538.  FORD F250 XL CR - 2019: ASSET # 1766420 | $16,234.30 | NET BOOK VALUE | $16,234.30 |
| 47.539.  FORD F250 XL CR - 2019: ASSET # 1766438 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.540.  FORD F250 XL CR - 2019: ASSET # 1766446 | $14,266.00 | NET BOOK VALUE | $14,266.00 |
| 47.541.  FORD F250 XL CR - 2019: ASSET # 1766462 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.542.  FORD F250 XL CR - 2019: ASSET # 1766471 | $14,266.00 | NET BOOK VALUE | $14,266.00 |
| 47.543.  FORD F250 XL CR - 2019: ASSET # 1766489 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.544.  FORD F250 XL CR - 2019: ASSET # 1766526 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.545.  FORD F250 XL CR - 2019: ASSET # 1766551 | $15,247.05 | NET BOOK VALUE | $15,247.05 |
| 47.546.  FORD F250 XL CR - 2019: ASSET # 1766569 | $14,266.00 | NET BOOK VALUE | $14,266.00 |
| 47.547.  FORD F250 XL CR - 2019: ASSET # 1766577 | $14,266.00 | NET BOOK VALUE | $14,266.00 |
| 47.548.  FORD F250 XL CR - 2019: ASSET # 1766585 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.549.  FORD F250 XL CR - 2019: ASSET # 1766593 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.550.  FORD F250 XL CR - 2019: ASSET # 1766606 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.551.  FORD F250 XL CR - 2019: ASSET # 1766614 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.552.  FORD F250 XL CR - 2019: ASSET # 1766631 | $14,266.00 | NET BOOK VALUE | $14,266.00 |
| 47.553.  FORD F250 XL CR - 2019: ASSET # 1766649 | $15,246.87 | NET BOOK VALUE | $15,246.87 |
| 47.554.  FORD F250 XL CR - 2019: ASSET # 1766711 | $23,032.07 | NET BOOK VALUE | $23,032.07 |
| 47.555.  FORD F250 XL CR - 2019: ASSET # 1766729 | $23,479.45 | NET BOOK VALUE | $23,479.45 |
| 47.556.  FORD F250 XL CR - 2019: ASSET # 1766788 | $27,443.96 | NET BOOK VALUE | $27,443.96 |
| 47.557.  FORD F250 XL CR - 2019: ASSET # 1766796 | $27,854.25 | NET BOOK VALUE | $27,854.25 |
| 47.558.  FORD F250 XL CR - 2019: ASSET # 1766809 | $29,157.62 | NET BOOK VALUE | $29,157.62 |
| 47.559.  FORD F250 XL CR - 2019: ASSET # 1766850 | $23,438.21 | NET BOOK VALUE | $23,438.21 |
| 47.560.  FORD F250 XL CR - 2019: ASSET # 1766868 | $23,121.74 | NET BOOK VALUE | $23,121.74 |
| 47.561.  FORD F250 XL CR - 2019: ASSET # 1766876 | $23,438.21 | NET BOOK VALUE | $23,438.21 |
| 47.562.  FORD F250 XL CR - 2019: ASSET # 1766884 | $23,121.74 | NET BOOK VALUE | $23,121.74 |
| 47.563.  FORD F250 XL CR - 2019: ASSET # 1766892 | $23,438.21 | NET BOOK VALUE | $23,438.21 |
| 47.564.  FORD F250 XL CR - 2019: ASSET # 1766905 | $23,438.21 | NET BOOK VALUE | $23,438.21 |
| 47.565.  FORD F250 XL CR - 2019: ASSET # 1766930 | $26,626.25 | NET BOOK VALUE | $26,626.25 |
| 47.566.  FORD F250 XL CR - 2019: ASSET # 1766956 | $26,875.06 | NET BOOK VALUE | $26,875.06 |
| 47.567.  FORD F250 XL CR - 2019: ASSET # 1766972 | $26,347.22 | NET BOOK VALUE | $26,347.22 |
| 47.568.  FORD F250 XL CR - 2019: ASSET # 1766999 | $26,563.95 | NET BOOK VALUE | $26,563.95 |
| 47.569.  FORD F250 XL CR - 2019: ASSET # 1767019 | $26,563.95 | NET BOOK VALUE | $26,563.95 |
| 47.570.  FORD F250 XL CR - 2019: ASSET # 1767043 | $22,093.69 | NET BOOK VALUE | $22,093.69 |
| 47.571.  FORD F250 XL CR - 2019: ASSET # 1767051 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.572.  FORD F250 XL CR - 2019: ASSET # 1767060 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.573.  FORD F250 XL CR - 2019: ASSET # 1767078 | $22,093.69 | NET BOOK VALUE | $22,093.69 |
| 47.574.  FORD F250 XL CR - 2019: ASSET # 1767086 | $22,093.69 | NET BOOK VALUE | $22,093.69 |
| 47.575.  FORD F250 XL CR - 2019: ASSET # 1767107 | $22,093.96 | NET BOOK VALUE | $22,093.96 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.576.  FORD F250 XL CR - 2019: ASSET # 1767115 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.577.  FORD F250 XL CR - 2019: ASSET # 1767123 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.578.  FORD F250 XL CR - 2019: ASSET # 1767140 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.579.  FORD F250 XL CR - 2019: ASSET # 1767158 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.580.  FORD F250 XL CR - 2019: ASSET # 1767166 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.581.  FORD F250 XL CR - 2019: ASSET # 1767174 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.582.  FORD F250 XL CR - 2019: ASSET # 1767191 | $22,411.95 | NET BOOK VALUE | $22,411.95 |
| 47.583.  FORD F250 XL CR - 2019: ASSET # 1767203 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.584.  FORD F250 XL CR - 2019: ASSET # 1767211 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.585.  FORD F250 XL CR - 2019: ASSET # 1767220 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.586.  FORD F250 XL CR - 2019: ASSET # 1767238 | $22,093.96 | NET BOOK VALUE | $22,093.96 |
| 47.587.  FORD F250 XL CR - 2019: ASSET # 1767369 | $25,620.76 | NET BOOK VALUE | $25,620.76 |
| 47.588.  FORD F250 XL CR - 2019: ASSET # 1767377 | $26,304.43 | NET BOOK VALUE | $26,304.43 |
| 47.589.  FORD F250 XL CR - 2019: ASSET # 1767385 | $26,070.00 | NET BOOK VALUE | $26,070.00 |
| 47.590.  FORD F250 XL CR - 2019: ASSET # 1767393 | $25,920.44 | NET BOOK VALUE | $25,920.44 |
| 47.591.  FORD F250 XL CR - 2019: ASSET # 1767406 | $26,042.64 | NET BOOK VALUE | $26,042.64 |
| 47.592.  FORD F250 XL CR - 2019: ASSET # 1767414 | $26,042.64 | NET BOOK VALUE | $26,042.64 |
| 47.593.  FORD F250 XL CR - 2019: ASSET # 1767422 | $26,042.64 | NET BOOK VALUE | $26,042.64 |
| 47.594.  FORD F250 XL CR - 2019: ASSET # 1767431 | $26,042.66 | NET BOOK VALUE | $26,042.66 |
| 47.595.  FORD F250 XL CR - 2019: ASSET # 1767449 | $26,042.64 | NET BOOK VALUE | $26,042.64 |
| 47.596.  FORD F250 XL CR - 2019: ASSET # 1767457 | $26,499.94 | NET BOOK VALUE | $26,499.94 |
| 47.597.  FORD F250 XL CR - 2019: ASSET # 1767465 | $26,960.13 | NET BOOK VALUE | $26,960.13 |
| 47.598.  FORD F250 XL CR - 2019: ASSET # 1767473 | $26,507.11 | NET BOOK VALUE | $26,507.11 |
| 47.599.  FORD F250 XL CR - 2019: ASSET # 1767617 | $24,256.01 | NET BOOK VALUE | $24,256.01 |
| 47.600.  FORD F250 XL CR - 2019: ASSET # 1767633 | $24,270.30 | NET BOOK VALUE | $24,270.30 |
| 47.601.  FORD F250 XL CR - 2019: ASSET # 1767641 | $24,756.17 | NET BOOK VALUE | $24,756.17 |
| 47.602.  FORD F250 XL CR - 2019: ASSET # 1767650 | $24,826.63 | NET BOOK VALUE | $24,826.63 |
| 47.603.  FORD F250 XL CR - 2019: ASSET # 1767668 | $24,256.30 | NET BOOK VALUE | $24,256.30 |
| 47.604.  FORD F250 XL CR - 2019: ASSET # 1767676 | $24,270.30 | NET BOOK VALUE | $24,270.30 |
| 47.605.  FORD F250 XL CR - 2019: ASSET # 1767684 | $24,256.30 | NET BOOK VALUE | $24,256.30 |
| 47.606.  FORD F250 XL CR - 2019: ASSET # 1767692 | $24,270.30 | NET BOOK VALUE | $24,270.30 |
| 47.607.  FORD F250 XL CR - 2019: ASSET # 1767705 | $23,989.58 | NET BOOK VALUE | $23,989.58 |
| 47.608.  FORD F250 XL CR - 2019: ASSET # 1767713 | $24,270.30 | NET BOOK VALUE | $24,270.30 |
| 47.609.  FORD F250 XL CR - 2019: ASSET # 1767721 | $23,989.60 | NET BOOK VALUE | $23,989.60 |
| 47.610.  FORD F250 XL CR - 2019: ASSET # 1767748 | $25,094.64 | NET BOOK VALUE | $25,094.64 |
| 47.611.  FORD F250 XL CR - 2019: ASSET # 1767975 | $25,912.39 | NET BOOK VALUE | $25,912.39 |
| 47.612.  FORD F250 XL CR - 2019: ASSET # 1767983 | $25,642.66 | NET BOOK VALUE | $25,642.66 |
| 47.613.  FORD F250 XL CR - 2019: ASSET # 1768003 | $25,642.60 | NET BOOK VALUE | $25,642.60 |
| 47.614.  FORD F250 XL CR - 2019: ASSET # 1768011 | $28,033.41 | NET BOOK VALUE | $28,033.41 |
| 47.615.  FORD F250 XL CR - 2019: ASSET # 1768020 | $25,926.39 | NET BOOK VALUE | $25,926.39 |
| 47.616.  FORD F250 XL CR - 2019: ASSET # 1768038 | $25,642.60 | NET BOOK VALUE | $25,642.60 |

Debtor   Strike, LLC
         (Name)

Case Number (if known) 21-90054

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.617.   FORD F250 XL CR - 2019: ASSET # 1768046 | $24,813.17 | NET BOOK VALUE | $24,813.17 |
| 47.618.   FORD F250 XL CR - 2019: ASSET # 1768054 | $24,814.80 | NET BOOK VALUE | $24,814.80 |
| 47.619.   FORD F250 XL CR - 2019: ASSET # 1768089 | $26,830.86 | NET BOOK VALUE | $26,830.86 |
| 47.620.   FORD F250 XL CR - 2019: ASSET # 1768097 | $25,926.88 | NET BOOK VALUE | $25,926.88 |
| 47.621.   FORD F250 XL CR - 2019: ASSET # 1768100 | $25,912.39 | NET BOOK VALUE | $25,912.39 |
| 47.622.   FORD F250 XL CR - 2019: ASSET # 1768118 | $25,087.55 | NET BOOK VALUE | $25,087.55 |
| 47.623.   FORD F250 XL CR - 2019: ASSET # 1768126 | $25,939.93 | NET BOOK VALUE | $25,939.93 |
| 47.624.   FORD F250 XL CR - 2019: ASSET # 1768530 | $28,438.01 | NET BOOK VALUE | $28,438.01 |
| 47.625.   FORD F250 XL CR - 2019: ASSET # 1768548 | $29,637.02 | NET BOOK VALUE | $29,637.02 |
| 47.626.   FORD F250 XL CR - 2019: ASSET # 1768556 | $29,496.02 | NET BOOK VALUE | $29,496.02 |
| 47.627.   FORD F250 XL CR - 2019: ASSET # 1768581 | $28,438.01 | NET BOOK VALUE | $28,438.01 |
| 47.628.   FORD F250 XL CR - 2019: ASSET # 1768599 | $29,269.10 | NET BOOK VALUE | $29,269.10 |
| 47.629.   FORD F250 XL CR - 2019: ASSET # 1768601 | $29,550.67 | NET BOOK VALUE | $29,550.67 |
| 47.630.   FORD F250 XL CR - 2019: ASSET # 1768610 | $29,443.07 | NET BOOK VALUE | $29,443.07 |
| 47.631.   FORD F250 XL CR - 2019: ASSET # 1768628 | $29,476.31 | NET BOOK VALUE | $29,476.31 |
| 47.632.   FORD F250 XL CR - 2019: ASSET # 1768636 | $28,605.33 | NET BOOK VALUE | $28,605.33 |
| 47.633.   FORD F250 XL CR - 2019: ASSET # 1768644 | $26,982.51 | NET BOOK VALUE | $26,982.51 |
| 47.634.   FORD F250 XL CR - 2019: ASSET # 1768652 | $26,926.47 | NET BOOK VALUE | $26,926.47 |
| 47.635.   FORD F250 XL CR - 2019: ASSET # 1768661 | $26,477.58 | NET BOOK VALUE | $26,477.58 |
| 47.636.   FORD F250 XL CR - 2019: ASSET # 1768679 | $27,271.51 | NET BOOK VALUE | $27,271.51 |
| 47.637.   FORD F250 XL CR - 2019: ASSET # 1768695 | $27,395.37 | NET BOOK VALUE | $27,395.37 |
| 47.638.   FORD F250 XL CR - 2019: ASSET # 1768708 | $27,350.88 | NET BOOK VALUE | $27,350.88 |
| 47.639.   FORD F250 XL CR - 2019: ASSET # 1768716 | $26,768.82 | NET BOOK VALUE | $26,768.82 |
| 47.640.   FORD F250 XL CR - 2019: ASSET # 1768724 | $27,271.51 | NET BOOK VALUE | $27,271.51 |
| 47.641.   FORD F250 XL CR - 2019: ASSET # 1768759 | $29,499.24 | NET BOOK VALUE | $29,499.24 |
| 47.642.   FORD F250 XL CR - 2019: ASSET # 1768767 | $29,927.43 | NET BOOK VALUE | $29,927.43 |
| 47.643.   FORD F250 XL CR - 2019: ASSET # 1768775 | $29,087.74 | NET BOOK VALUE | $29,087.74 |
| 47.644.   FORD F250 XL CR - 2019: ASSET # 1768783 | $28,315.18 | NET BOOK VALUE | $28,315.18 |
| 47.645.   FORD F250 XL CR - 2019: ASSET # 1768791 | $29,516.60 | NET BOOK VALUE | $29,516.60 |
| 47.646.   FORD F250 XL CR - 2019: ASSET # 1768804 | $27,100.64 | NET BOOK VALUE | $27,100.64 |
| 47.647.   FORD F250 XL CR - 2019: ASSET # 1768812 | $27,100.64 | NET BOOK VALUE | $27,100.64 |
| 47.648.   FORD F250 XL CR - 2019: ASSET # 1768821 | $27,100.64 | NET BOOK VALUE | $27,100.64 |
| 47.649.   FORD F250 XL CR - 2019: ASSET # 1768847 | $27,100.64 | NET BOOK VALUE | $27,100.64 |
| 47.650.   FORD F250 XL CR - 2019: ASSET # 1768855 | $27,100.64 | NET BOOK VALUE | $27,100.64 |
| 47.651.   FORD F250 XL CR - 2019: ASSET # 1768871 | $28,112.51 | NET BOOK VALUE | $28,112.51 |
| 47.652.   FORD F250 XL CR - 2019: ASSET # 1768880 | $28,882.48 | NET BOOK VALUE | $28,882.48 |
| 47.653.   FORD F250 XL CR - 2019: ASSET # 1768898 | $28,194.55 | NET BOOK VALUE | $28,194.55 |
| 47.654.   FORD F250 XL CR - 2019: ASSET # 1768901 | $28,112.51 | NET BOOK VALUE | $28,112.51 |
| 47.655.   FORD F250 XL CR - 2019: ASSET # 1768919 | $30,021.53 | NET BOOK VALUE | $30,021.53 |
| 47.656.   FORD F250 XL CR - 2019: ASSET # 1768927 | $29,597.06 | NET BOOK VALUE | $29,597.06 |
| 47.657.   FORD F250 XL CR - 2019: ASSET # 1768935 | $29,472.25 | NET BOOK VALUE | $29,472.25 |

Debtor      Strike, LLC
              (Name)                                                    Case Number (if known)    21-90054

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.658.  FORD F250 XL CR - 2019: ASSET # 1768943 | $29,560.11 | NET BOOK VALUE | $29,560.11 |
| 47.659.  FORD F250 XL CR - 2019: ASSET # 1768951 | $28,996.07 | NET BOOK VALUE | $28,996.07 |
| 47.660.  FORD F250 XL CR - 2019: ASSET # 1768960 | $31,054.94 | NET BOOK VALUE | $31,054.94 |
| 47.661.  FORD F250 XL CR - 2019: ASSET # 1768978 | $30,633.53 | NET BOOK VALUE | $30,633.53 |
| 47.662.  FORD F250 XL CR - 2019: ASSET # 1768986 | $29,919.33 | NET BOOK VALUE | $29,919.33 |
| 47.663.  FORD F250 XL CR - 2019: ASSET # 1768994 | $30,312.28 | NET BOOK VALUE | $30,312.28 |
| 47.664.  FORD F250 XL CR - 2019: ASSET # 1769006 | $30,178.38 | NET BOOK VALUE | $30,178.38 |
| 47.665.  FORD F250 XL CR - 2019: ASSET # 1769014 | $29,051.73 | NET BOOK VALUE | $29,051.73 |
| 47.666.  FORD F250 XL CR - 2019: ASSET # 1769022 | $29,293.48 | NET BOOK VALUE | $29,293.48 |
| 47.667.  FORD F250 XL CR - 2019: ASSET # 1769153 | $30,178.38 | NET BOOK VALUE | $30,178.38 |
| 47.668.  FORD F250 XL CR - 2019: ASSET # 1769161 | $30,021.53 | NET BOOK VALUE | $30,021.53 |
| 47.669.  FORD F250 XL CR - 2019: ASSET # 1769170 | $29,005.52 | NET BOOK VALUE | $29,005.52 |
| 47.670.  FORD F250 XL CR - 2019: ASSET # 1769188 | $28,787.69 | NET BOOK VALUE | $28,787.69 |
| 47.671.  FORD F250 XL CR - 2019: ASSET # 1769196 | $29,632.29 | NET BOOK VALUE | $29,632.29 |
| 47.672.  FORD F250 XL CR - 2019: ASSET # 1769209 | $30,027.94 | NET BOOK VALUE | $30,027.94 |
| 47.673.  FORD F250 XL CR - 2019: ASSET # 1769217 | $29,491.82 | NET BOOK VALUE | $29,491.82 |
| 47.674.  FORD F250 XL CR - 2019: ASSET # 1788696 | $29,927.43 | NET BOOK VALUE | $29,927.43 |
| 47.675.  FORD F250 XL EX - 2017: ASSET # 1745581 | $6,509.24 | NET BOOK VALUE | $6,509.24 |
| 47.676.  FORD F250 XL EX - 2017: ASSET # 1745590 | $6,509.24 | NET BOOK VALUE | $6,509.24 |
| 47.677.  FORD F250 XL EX - 2017: ASSET # 1745602 | $6,529.06 | NET BOOK VALUE | $6,529.06 |
| 47.678.  FORD F250 XLT C - 2012: ASSET # 1727308 | $2,364.55 | NET BOOK VALUE | $2,364.55 |
| 47.679.  FORD F250 XLT C - 2012: ASSET # 1727404 | $2,285.88 | NET BOOK VALUE | $2,285.88 |
| 47.680.  FORD F250 XLT C - 2013: ASSET # 1730620 | $2,202.31 | NET BOOK VALUE | $2,202.31 |
| 47.681.  FORD F250 XLT C - 2013: ASSET # 1730814 | $2,118.62 | NET BOOK VALUE | $2,118.62 |
| 47.682.  FORD F250 XLT C - 2014: ASSET # 1733396 | $4,500.00 | NET BOOK VALUE | $4,500.00 |
| 47.683.  FORD F250 XLT C - 2014: ASSET # 1733839 | $2,492.58 | NET BOOK VALUE | $2,492.58 |
| 47.684.  FORD F250 XLT C - 2014: ASSET # 1733847 | $2,492.58 | NET BOOK VALUE | $2,492.58 |
| 47.685.  FORD F250 XLT C - 2017: ASSET # 1745055 | $5,858.73 | NET BOOK VALUE | $5,858.73 |
| 47.686.  FORD F250 XLT C - 2017: ASSET # 1745080 | $5,854.74 | NET BOOK VALUE | $5,854.74 |
| 47.687.  FORD F250 XLT C - 2017: ASSET # 1745311 | $7,910.27 | NET BOOK VALUE | $7,910.27 |
| 47.688.  FORD F250 XLT C - 2017: ASSET # 1745320 | $7,910.27 | NET BOOK VALUE | $7,910.27 |
| 47.689.  FORD F250 XLT C - 2017: ASSET # 1745338 | $7,910.27 | NET BOOK VALUE | $7,910.27 |
| 47.690.  FORD F250 XLT C - 2017: ASSET # 1745346 | $7,910.27 | NET BOOK VALUE | $7,910.27 |
| 47.691.  FORD F250 XLT C - 2017: ASSET # 1745629 | $8,861.25 | NET BOOK VALUE | $8,861.25 |
| 47.692.  FORD F250 XLT C - 2017: ASSET # 1745637 | $8,861.25 | NET BOOK VALUE | $8,861.25 |
| 47.693.  FORD F250 XLT C - 2017: ASSET # 1745645 | $8,861.25 | NET BOOK VALUE | $8,861.25 |
| 47.694.  FORD F250 XLT C - 2017: ASSET # 1745661 | $8,861.25 | NET BOOK VALUE | $8,861.25 |
| 47.695.  FORD F250 XLT C - 2018: ASSET # 1758067 | $11,057.70 | NET BOOK VALUE | $11,057.70 |
| 47.696.  FORD F250 XLT C - 2018: ASSET # 1758201 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.697.  FORD F250 XLT C - 2018: ASSET # 1758219 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.698.  FORD F250 XLT C - 2018: ASSET # 1758227 | $13,288.64 | NET BOOK VALUE | $13,288.64 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.699. FORD F250 XLT C - 2018: ASSET # 1758235 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.700. FORD F250 XLT C - 2018: ASSET # 1758243 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.701. FORD F250 XLT C - 2018: ASSET # 1758251 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.702. FORD F250 XLT C - 2018: ASSET # 1758260 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.703. FORD F250 XLT C - 2018: ASSET # 1758278 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.704. FORD F250 XLT C - 2018: ASSET # 1758286 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.705. FORD F250 XLT C - 2018: ASSET # 1758294 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.706. FORD F250 XLT C - 2018: ASSET # 1758307 | $12,637.43 | NET BOOK VALUE | $12,637.43 |
| 47.707. FORD F250 XLT C - 2018: ASSET # 1758315 | $12,637.43 | NET BOOK VALUE | $12,637.43 |
| 47.708. FORD F250 XLT C - 2018: ASSET # 1758323 | $12,637.43 | NET BOOK VALUE | $12,637.43 |
| 47.709. FORD F250 XLT C - 2018: ASSET # 1758331 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.710. FORD F250 XLT C - 2018: ASSET # 1758340 | $13,288.64 | NET BOOK VALUE | $13,288.64 |
| 47.711. FORD F250 XLT C - 2018: ASSET # 1758500 | $15,541.74 | NET BOOK VALUE | $15,541.74 |
| 47.712. FORD F250 XLT C - 2018: ASSET # 1758534 | $15,541.74 | NET BOOK VALUE | $15,541.74 |
| 47.713. FORD F250 XLT C - 2018: ASSET # 1758551 | $15,541.74 | NET BOOK VALUE | $15,541.74 |
| 47.714. FORD F250 XLT C - 2018: ASSET # 1758569 | $15,541.74 | NET BOOK VALUE | $15,541.74 |
| 47.715. FORD F250 XLT C - 2018: ASSET # 1758585 | $15,541.74 | NET BOOK VALUE | $15,541.74 |
| 47.716. FORD F250 XLT C - 2019: ASSET # 1765486 | $18,181.80 | NET BOOK VALUE | $18,181.80 |
| 47.717. FORD F250 XLT C - 2019: ASSET # 1765494 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.718. FORD F250 XLT C - 2019: ASSET # 1765515 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.719. FORD F250 XLT C - 2019: ASSET # 1765523 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.720. FORD F250 XLT C - 2019: ASSET # 1765540 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.721. FORD F250 XLT C - 2019: ASSET # 1765558 | $18,181.80 | NET BOOK VALUE | $18,181.80 |
| 47.722. FORD F250 XLT C - 2019: ASSET # 1765566 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.723. FORD F250 XLT C - 2019: ASSET # 1765574 | $19,368.36 | NET BOOK VALUE | $19,368.36 |
| 47.724. FORD F250 XLT C - 2019: ASSET # 1765582 | $18,181.80 | NET BOOK VALUE | $18,181.80 |
| 47.725. FORD F250 XLT C - 2019: ASSET # 1765591 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.726. FORD F250 XLT C - 2019: ASSET # 1765611 | $19,368.36 | NET BOOK VALUE | $19,368.36 |
| 47.727. FORD F250 XLT C - 2019: ASSET # 1765638 | $18,181.80 | NET BOOK VALUE | $18,181.80 |
| 47.728. FORD F250 XLT C - 2019: ASSET # 1765646 | $19,368.36 | NET BOOK VALUE | $19,368.36 |
| 47.729. FORD F250 XLT C - 2019: ASSET # 1765654 | $19,368.36 | NET BOOK VALUE | $19,368.36 |
| 47.730. FORD F250 XLT C - 2019: ASSET # 1765662 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.731. FORD F250 XLT C - 2019: ASSET # 1765689 | $19,368.36 | NET BOOK VALUE | $19,368.36 |
| 47.732. FORD F250 XLT C - 2019: ASSET # 1765697 | $19,368.36 | NET BOOK VALUE | $19,368.36 |
| 47.733. FORD F250 XLT C - 2019: ASSET # 1765700 | $18,181.80 | NET BOOK VALUE | $18,181.80 |
| 47.734. FORD F250 XLT C - 2019: ASSET # 1765718 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.735. FORD F250 XLT C - 2019: ASSET # 1765726 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.736. FORD F250 XLT C - 2019: ASSET # 1765742 | $18,181.80 | NET BOOK VALUE | $18,181.80 |
| 47.737. FORD F250 XLT C - 2019: ASSET # 1765769 | $18,181.80 | NET BOOK VALUE | $18,181.80 |
| 47.738. FORD F250 XLT C - 2019: ASSET # 1765777 | $17,003.49 | NET BOOK VALUE | $17,003.49 |
| 47.739. FORD F250 XLT C - 2019: ASSET # 1766737 | $25,821.11 | NET BOOK VALUE | $25,821.11 |

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.740. | FORD F250 XLT C - 2019: ASSET # 1766745 | $25,831.57 | NET BOOK VALUE | $25,831.57 |
| 47.741. | FORD F250 XLT C - 2019: ASSET # 1766753 | $26,850.14 | NET BOOK VALUE | $26,850.14 |
| 47.742. | FORD F250 XLT C - 2019: ASSET # 1767852 | $30,004.57 | NET BOOK VALUE | $30,004.57 |
| 47.743. | FORD F250 XLT C - 2019: ASSET # 1767861 | $32,455.15 | NET BOOK VALUE | $32,455.15 |
| 47.744. | FORD F250 XLT C - 2019: ASSET # 1767879 | $32,185.26 | NET BOOK VALUE | $32,185.26 |
| 47.745. | FORD F250 XLT C - 2019: ASSET # 1769031 | $35,439.64 | NET BOOK VALUE | $35,439.64 |
| 47.746. | FORD F250 XLT C - 2019: ASSET # 1769049 | $35,439.29 | NET BOOK VALUE | $35,439.29 |
| 47.747. | FORD F250 XLT C - 2019: ASSET # 1769057 | $33,943.04 | NET BOOK VALUE | $33,943.04 |
| 47.748. | FORD F250 XLT C - 2019: ASSET # 1769073 | $33,766.76 | NET BOOK VALUE | $33,766.76 |
| 47.749. | FORD F250 XLT C - 2019: ASSET # 1769081 | $33,780.93 | NET BOOK VALUE | $33,780.93 |
| 47.750. | FORD F250 XLT C - 2019: ASSET # 1769090 | $35,439.29 | NET BOOK VALUE | $35,439.29 |
| 47.751. | FORD F250 XLT C - 2019: ASSET # 1769102 | $35,439.29 | NET BOOK VALUE | $35,439.29 |
| 47.752. | FORD F250 XLT C - 2019: ASSET # 1769111 | $33,766.76 | NET BOOK VALUE | $33,766.76 |
| 47.753. | FORD F250 XLT C - 2019: ASSET # 1769129 | $35,180.66 | NET BOOK VALUE | $35,180.66 |
| 47.754. | FORD F250 XLT C - 2019: ASSET # 1769137 | $33,780.93 | NET BOOK VALUE | $33,780.93 |
| 47.755. | FORD F250 XLT C - 2019: ASSET # 1769145 | $35,519.36 | NET BOOK VALUE | $35,519.36 |
| 47.756. | FORD F250 XLT C - 2019: ASSET # 1769225 | $33,766.76 | NET BOOK VALUE | $33,766.76 |
| 47.757. | FORD F250 XLT C - 2019: ASSET # 1769241 | $35,180.66 | NET BOOK VALUE | $35,180.66 |
| 47.758. | FORD F250 XLT C - 2019: ASSET # 1769250 | $35,357.27 | NET BOOK VALUE | $35,357.27 |
| 47.759. | FORD F250 XLT C - 2019: ASSET # 1769268 | $35,439.29 | NET BOOK VALUE | $35,439.29 |
| 47.760. | FORD F250 XLT C - 2019: ASSET # 1769276 | $35,180.67 | NET BOOK VALUE | $35,180.67 |
| 47.761. | FORD F250 XLT C - 2019: ASSET # 1769284 | $34,075.16 | NET BOOK VALUE | $34,075.16 |
| 47.762. | FORD F250 XLT C - 2019: ASSET # 1769292 | $35,180.67 | NET BOOK VALUE | $35,180.67 |
| 47.763. | FORD F250 XLT C - 2019: ASSET # 1769305 | $35,439.29 | NET BOOK VALUE | $35,439.29 |
| 47.764. | FORD F250 XLT C - 2019: ASSET # 1769321 | $35,180.66 | NET BOOK VALUE | $35,180.66 |
| 47.765. | FORD F250 XLT C - 2019: ASSET # 1769330 | $35,357.27 | NET BOOK VALUE | $35,357.27 |
| 47.766. | FORD F250 XLT C - 2019: ASSET # 1769348 | $35,180.67 | NET BOOK VALUE | $35,180.67 |
| 47.767. | FORD F250 XLT C - 2019: ASSET # 1769356 | $35,180.67 | NET BOOK VALUE | $35,180.67 |
| 47.768. | FORD F250 XLT C - 2019: ASSET # 1769364 | $35,180.67 | NET BOOK VALUE | $35,180.67 |
| 47.769. | FORD F250 XLT C - 2019: ASSET # 1769381 | $33,656.72 | NET BOOK VALUE | $33,656.72 |
| 47.770. | FORD F250 XLT C - 2019: ASSET # 1769399 | $35,439.29 | NET BOOK VALUE | $35,439.29 |
| 47.771. | FORD F250 XLT C - 2019: ASSET # 1769401 | $35,180.67 | NET BOOK VALUE | $35,180.67 |
| 47.772. | FORD F250 XLT C - 2019: ASSET # 1769410 | $35,439.64 | NET BOOK VALUE | $35,439.64 |
| 47.773. | FORD F250 XLT C - 2019: ASSET # 1769428 | $33,780.93 | NET BOOK VALUE | $33,780.93 |
| 47.774. | FORD F250 XLT C - 2019: ASSET # 1769436 | $35,357.25 | NET BOOK VALUE | $35,357.25 |
| 47.775. | FORD F250 XLT C - 2019: ASSET # 1769452 | $34,075.16 | NET BOOK VALUE | $34,075.16 |
| 47.776. | FORD F350 LARIA - 2015: ASSET # 1736124 | $1,359.51 | NET BOOK VALUE | $1,359.51 |
| 47.777. | FORD F350 XL CR - 2012: ASSET # 1727252 | $2,520.50 | NET BOOK VALUE | $2,520.50 |
| 47.778. | FORD F350 XL CR - 2012: ASSET # 1727594 | $2,380.77 | NET BOOK VALUE | $2,380.77 |
| 47.779. | FORD F350 XL CR - 2012: ASSET # 1727607 | $2,380.77 | NET BOOK VALUE | $2,380.77 |
| 47.780. | FORD F350 XL CR - 2013: ASSET # 1730128 | $2,624.78 | NET BOOK VALUE | $2,624.78 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.781.   FORD F350 XL CR - 2013: ASSET # 1730363 | $2,390.94 | NET BOOK VALUE | $2,390.94 |
| 47.782.   FORD F350 XL CR - 2013: ASSET # 1730638 | $2,187.72 | NET BOOK VALUE | $2,187.72 |
| 47.783.   FORD F350 XL CR - 2013: ASSET # 1731083 | $2,214.02 | NET BOOK VALUE | $2,214.02 |
| 47.784.   FORD F350 XL CR - 2014: ASSET # 1733863 | $2,561.56 | NET BOOK VALUE | $2,561.56 |
| 47.785.   FORD F350 XL CR - 2014: ASSET # 1733871 | $2,561.56 | NET BOOK VALUE | $2,561.56 |
| 47.786.   FORD F350 XL CR - 2014: ASSET # 1733880 | $2,561.56 | NET BOOK VALUE | $2,561.56 |
| 47.787.   FORD F350 XL CR - 2014: ASSET # 1733898 | $2,561.56 | NET BOOK VALUE | $2,561.56 |
| 47.788.   FORD F350 XL CR - 2014: ASSET # 1733935 | $2,561.56 | NET BOOK VALUE | $2,561.56 |
| 47.789.   FORD F350 XL CR - 2014: ASSET # 1733951 | $2,546.89 | NET BOOK VALUE | $2,546.89 |
| 47.790.   FORD F350 XL CR - 2014: ASSET # 1734073 | $1,311.39 | NET BOOK VALUE | $1,311.39 |
| 47.791.   FORD F350 XL CR - 2014: ASSET # 1734081 | $1,332.89 | NET BOOK VALUE | $1,332.89 |
| 47.792.   FORD F350 XL CR - 2015: ASSET # 1735869 | $4,500.00 | NET BOOK VALUE | $4,500.00 |
| 47.793.   FORD F350 XL CR - 2015: ASSET # 1735893 | $1,853.23 | NET BOOK VALUE | $1,853.23 |
| 47.794.   FORD F350 XL CR - 2015: ASSET # 1736079 | $1,102.20 | NET BOOK VALUE | $1,102.20 |
| 47.795.   FORD F350 XL CR - 2015: ASSET # 1736095 | $1,101.93 | NET BOOK VALUE | $1,101.93 |
| 47.796.   FORD F350 XL CR - 2017: ASSET # 1745047 | $6,512.13 | NET BOOK VALUE | $6,512.13 |
| 47.797.   FORD F350 XL CR - 2017: ASSET # 1745557 | $8,453.81 | NET BOOK VALUE | $8,453.81 |
| 47.798.   FORD F350 XL CR - 2017: ASSET # 1745565 | $8,453.97 | NET BOOK VALUE | $8,453.97 |
| 47.799.   FORD F350 XL CR - 2018: ASSET # 1759051 | $15,871.81 | NET BOOK VALUE | $15,871.81 |
| 47.800.   FORD F350 XL CR - 2018: ASSET # 1759060 | $15,871.81 | NET BOOK VALUE | $15,871.81 |
| 47.801.   FORD F350 XL CR - 2018: ASSET # 1759086 | $15,871.81 | NET BOOK VALUE | $15,871.81 |
| 47.802.   FORD F350 XL CR - 2018: ASSET # 1759094 | $15,871.81 | NET BOOK VALUE | $15,871.81 |
| 47.803.   FORD F350 XL CR - 2018: ASSET # 1759107 | $15,195.10 | NET BOOK VALUE | $15,195.10 |
| 47.804.   FORD F350 XL CR - 2018: ASSET # 1759115 | $16,116.81 | NET BOOK VALUE | $16,116.81 |
| 47.805.   FORD F350 XL CR - 2019: ASSET # 1765355 | $16,229.04 | NET BOOK VALUE | $16,229.04 |
| 47.806.   FORD F350 XL CR - 2019: ASSET # 1765363 | $15,324.66 | NET BOOK VALUE | $15,324.66 |
| 47.807.   FORD F350 XL CR - 2019: ASSET # 1765371 | $15,511.53 | NET BOOK VALUE | $15,511.53 |
| 47.808.   FORD F350 XL CR - 2019: ASSET # 1765380 | $18,525.99 | NET BOOK VALUE | $18,525.99 |
| 47.809.   FORD F350 XL CR - 2019: ASSET # 1765401 | $17,324.26 | NET BOOK VALUE | $17,324.26 |
| 47.810.   FORD F350 XL CR - 2019: ASSET # 1765419 | $18,525.99 | NET BOOK VALUE | $18,525.99 |
| 47.811.   FORD F350 XL CR - 2019: ASSET # 1765427 | $19,735.78 | NET BOOK VALUE | $19,735.78 |
| 47.812.   FORD F350 XL CR - 2019: ASSET # 1765435 | $19,735.78 | NET BOOK VALUE | $19,735.78 |
| 47.813.   FORD F350 XL CR - 2019: ASSET # 1765443 | $18,525.99 | NET BOOK VALUE | $18,525.99 |
| 47.814.   FORD F350 XL CR - 2019: ASSET # 1765451 | $17,324.26 | NET BOOK VALUE | $17,324.26 |
| 47.815.   FORD F350 XL CR - 2019: ASSET # 1765460 | $17,324.26 | NET BOOK VALUE | $17,324.26 |
| 47.816.   FORD F350 XL CR - 2019: ASSET # 1765478 | $17,324.26 | NET BOOK VALUE | $17,324.26 |
| 47.817.   FORD F350 XL CR - 2019: ASSET # 1766761 | $26,691.00 | NET BOOK VALUE | $26,691.00 |
| 47.818.   FORD F350 XL CR - 2019: ASSET # 1766770 | $26,691.00 | NET BOOK VALUE | $26,691.00 |
| 47.819.   FORD F350 XL CR - 2019: ASSET # 1767254 | $28,606.52 | NET BOOK VALUE | $28,606.52 |
| 47.820.   FORD F350 XL CR - 2019: ASSET # 1767262 | $28,568.09 | NET BOOK VALUE | $28,568.09 |
| 47.821.   FORD F350 XL CR - 2019: ASSET # 1767271 | $28,568.09 | NET BOOK VALUE | $28,568.09 |

| General description | Net book value of | Valuation method used | Current value of |
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.822. FORD F350 XL CR - 2019: ASSET # 1767289 | $28,567.77 | NET BOOK VALUE | $28,567.77 |
| 47.823. FORD F350 XL CR - 2019: ASSET # 1767300 | $28,567.77 | NET BOOK VALUE | $28,567.77 |
| 47.824. FORD F350 XL CR - 2019: ASSET # 1767318 | $28,567.77 | NET BOOK VALUE | $28,567.77 |
| 47.825. FORD F350 XL CR - 2019: ASSET # 1767326 | $28,606.55 | NET BOOK VALUE | $28,606.55 |
| 47.826. FORD F350 XL CR - 2019: ASSET # 1767334 | $28,606.55 | NET BOOK VALUE | $28,606.55 |
| 47.827. FORD F350 XL CR - 2019: ASSET # 1767342 | $28,606.85 | NET BOOK VALUE | $28,606.85 |
| 47.828. FORD F350 XL CR - 2019: ASSET # 1767756 | $30,732.85 | NET BOOK VALUE | $30,732.85 |
| 47.829. FORD F350 XL CR - 2019: ASSET # 1767764 | $30,800.82 | NET BOOK VALUE | $30,800.82 |
| 47.830. FORD F350 XL CR - 2019: ASSET # 1767772 | $30,732.85 | NET BOOK VALUE | $30,732.85 |
| 47.831. FORD F350 XL CR - 2019: ASSET # 1767781 | $30,732.85 | NET BOOK VALUE | $30,732.85 |
| 47.832. FORD F350 XL CR - 2019: ASSET # 1767801 | $30,732.85 | NET BOOK VALUE | $30,732.85 |
| 47.833. FORD F350 XL CR - 2019: ASSET # 1767810 | $30,732.85 | NET BOOK VALUE | $30,732.85 |
| 47.834. FORD F350 XL CR - 2019: ASSET # 1767828 | $30,732.85 | NET BOOK VALUE | $30,732.85 |
| 47.835. FORD F350 XL CR - 2019: ASSET # 1767836 | $30,732.85 | NET BOOK VALUE | $30,732.85 |
| 47.836. FORD F350 XL CR - 2019: ASSET # 1767844 | $30,732.85 | NET BOOK VALUE | $30,732.85 |
| 47.837. FORD F350 XL CR - 2019: ASSET # 1767887 | $30,686.46 | NET BOOK VALUE | $30,686.46 |
| 47.838. FORD F350 XL CR - 2019: ASSET # 1767895 | $31,018.36 | NET BOOK VALUE | $31,018.36 |
| 47.839. FORD F350 XL CR - 2019: ASSET # 1767908 | $31,003.38 | NET BOOK VALUE | $31,003.38 |
| 47.840. FORD F350 XL CR - 2019: ASSET # 1767916 | $31,018.36 | NET BOOK VALUE | $31,018.36 |
| 47.841. FORD F350 XL CR - 2019: ASSET # 1767924 | $30,686.46 | NET BOOK VALUE | $30,686.46 |
| 47.842. FORD F350 XL CR - 2019: ASSET # 1767932 | $31,003.38 | NET BOOK VALUE | $31,003.38 |
| 47.843. FORD F350 XL CR - 2019: ASSET # 1767959 | $31,899.34 | NET BOOK VALUE | $31,899.34 |
| 47.844. FORD F350 XL CR - 2019: ASSET # 1767967 | $31,113.90 | NET BOOK VALUE | $31,113.90 |
| 47.845. FORD F350 XL CR - 2019: ASSET # 1768134 | $30,732.57 | NET BOOK VALUE | $30,732.57 |
| 47.846. FORD F350 XL CR - 2019: ASSET # 1768142 | $30,732.57 | NET BOOK VALUE | $30,732.57 |
| 47.847. FORD F350 XL CR - 2019: ASSET # 1768151 | $30,732.57 | NET BOOK VALUE | $30,732.57 |
| 47.848. FORD F350 XL CR - 2019: ASSET # 1768345 | $31,706.60 | NET BOOK VALUE | $31,706.60 |
| 47.849. FORD F350 XL CR - 2019: ASSET # 1768353 | $34,164.61 | NET BOOK VALUE | $34,164.61 |
| 47.850. FORD F350 XL CR - 2019: ASSET # 1768361 | $33,823.35 | NET BOOK VALUE | $33,823.35 |
| 47.851. FORD F350 XL CR - 2019: ASSET # 1768370 | $33,351.41 | NET BOOK VALUE | $33,351.41 |
| 47.852. FORD F350 XL CR - 2019: ASSET # 1768492 | $32,483.17 | NET BOOK VALUE | $32,483.17 |
| 47.853. FORD F350 XL CR - 2019: ASSET # 1769461 | $35,226.82 | NET BOOK VALUE | $35,226.82 |
| 47.854. FORD F350 XL CR - 2019: ASSET # 1769479 | $35,274.56 | NET BOOK VALUE | $35,274.56 |
| 47.855. FORD F350 XL CR - 2019: ASSET # 1769487 | $33,738.46 | NET BOOK VALUE | $33,738.46 |
| 47.856. FORD F350 XL CR - 2019: ASSET # 1769495 | $34,753.55 | NET BOOK VALUE | $34,753.55 |
| 47.857. FORD F350 XL CR - 2019: ASSET # 1769508 | $35,792.52 | NET BOOK VALUE | $35,792.52 |
| 47.858. FORD F350 XL CR - 2019: ASSET # 1769516 | $35,600.40 | NET BOOK VALUE | $35,600.40 |
| 47.859. FORD F350 XL CR - 2019: ASSET # 1769524 | $33,738.46 | NET BOOK VALUE | $33,738.46 |
| 47.860. FORD F350 XL CR - 2019: ASSET # 1769532 | $35,274.56 | NET BOOK VALUE | $35,274.56 |
| 47.861. FORD F350 XL CR - 2019: ASSET # 1769541 | $33,738.46 | NET BOOK VALUE | $33,738.46 |
| 47.862. FORD F350 XL CR - 2019: ASSET # 1769567 | $35,797.46 | NET BOOK VALUE | $35,797.46 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.863.   FORD F350 XL CR - 2019: ASSET # 1769575 | $33,738.46 | NET BOOK VALUE | $33,738.46 |
| 47.864.   FORD F350 XL CR - 2019: ASSET # 1769583 | $53,202.52 | NET BOOK VALUE | $53,202.52 |
| 47.865.   FORD F350 XL CR - 2019: ASSET # 1769591 | $53,202.52 | NET BOOK VALUE | $53,202.52 |
| 47.866.   FORD F350 XL CR - 2019: ASSET # 1769612 | $39,893.92 | NET BOOK VALUE | $39,893.92 |
| 47.867.   FORD F350 XL CR - 2019: ASSET # 1769621 | $40,495.13 | NET BOOK VALUE | $40,495.13 |
| 47.868.   FORD F350 XL CR - 2019: ASSET # 1769663 | $36,957.54 | NET BOOK VALUE | $36,957.54 |
| 47.869.   FORD F350 XL CR - 2019: ASSET # 1769671 | $36,652.13 | NET BOOK VALUE | $36,652.13 |
| 47.870.   FORD F350 XL CR - 2019: ASSET # 1769680 | $37,151.92 | NET BOOK VALUE | $37,151.92 |
| 47.871.   FORD F350 XL CR - 2019: ASSET # 1769698 | $37,151.92 | NET BOOK VALUE | $37,151.92 |
| 47.872.   FORD F350 XL CR - 2019: ASSET # 1769701 | $39,345.64 | NET BOOK VALUE | $39,345.64 |
| 47.873.   FORD F350 XL CR - 2019: ASSET # 1769719 | $37,096.27 | NET BOOK VALUE | $37,096.27 |
| 47.874.   FORD F350 XL CR - 2019: ASSET # 1769727 | $36,418.54 | NET BOOK VALUE | $36,418.54 |
| 47.875.   FORD F350 XL CR - 2019: ASSET # 1769735 | $37,796.03 | NET BOOK VALUE | $37,796.03 |
| 47.876.   FORD F350 XL CR - 2019: ASSET # 1769743 | $37,553.55 | NET BOOK VALUE | $37,553.55 |
| 47.877.   FORD F350 XL CR - 2019: ASSET # 1769751 | $39,980.63 | NET BOOK VALUE | $39,980.63 |
| 47.878.   FORD F350 XL CR - 2019: ASSET # 1769760 | $39,218.18 | NET BOOK VALUE | $39,218.18 |
| 47.879.   FORD F350 XL CR - 2019: ASSET # 1769786 | $39,957.70 | NET BOOK VALUE | $39,957.70 |
| 47.880.   FORD F350 XL CR - 2019: ASSET # 1769794 | $40,667.90 | NET BOOK VALUE | $40,667.90 |
| 47.881.   FORD F350 XL CR - 2019: ASSET # 1769807 | $40,430.16 | NET BOOK VALUE | $40,430.16 |
| 47.882.   FORD F350 XL CR - 2019: ASSET # 1788709 | $41,147.87 | NET BOOK VALUE | $41,147.87 |
| 47.883.   FORD F350 XL CR - 2019: ASSET # 36679 | $41,969.50 | NET BOOK VALUE | $41,969.50 |
| 47.884.   FORD F350 XL CR - 2020: ASSET # 1788821 | $39,381.30 | NET BOOK VALUE | $39,381.30 |
| 47.885.   FORD F350 XL CR - 2020: ASSET # 1788830 | $39,014.25 | NET BOOK VALUE | $39,014.25 |
| 47.886.   FORD F350 XL CR - 2020: ASSET # 36741 | $37,528.44 | NET BOOK VALUE | $37,528.44 |
| 47.887.   FORD F350 XL CR - 2020: ASSET # 36759 | $37,528.44 | NET BOOK VALUE | $37,528.44 |
| 47.888.   FORD F350 XL CR - 2020: ASSET # 36767 | $37,528.44 | NET BOOK VALUE | $37,528.44 |
| 47.889.   FORD F350 XL CR - 2020: ASSET # 36775 | $39,652.81 | NET BOOK VALUE | $39,652.81 |
| 47.890.   FORD F350 XL CR - 2020: ASSET # 36783 | $37,528.41 | NET BOOK VALUE | $37,528.41 |
| 47.891.   FORD F350 XL CR - 2020: ASSET # 36791 | $37,528.44 | NET BOOK VALUE | $37,528.44 |
| 47.892.   FORD F350 XL CR - 2020: ASSET # 36804 | $37,528.44 | NET BOOK VALUE | $37,528.44 |
| 47.893.   FORD F350 XL CR - 2020: ASSET # 36812 | $38,596.55 | NET BOOK VALUE | $38,596.55 |
| 47.894.   FORD F350 XL CR - 2020: ASSET # 36821 | $40,319.69 | NET BOOK VALUE | $40,319.69 |
| 47.895.   FORD F350 XL CR - 2020: ASSET # 40070 | $38,596.55 | NET BOOK VALUE | $38,596.55 |
| 47.896.   FORD F350 XL CR - 2020: ASSET # 40088 | $38,596.34 | NET BOOK VALUE | $38,596.34 |
| 47.897.   FORD F350 XL CR - 2020: ASSET # 40096 | $38,596.34 | NET BOOK VALUE | $38,596.34 |
| 47.898.   FORD F350 XL CR - 2020: ASSET # 40109 | $38,596.55 | NET BOOK VALUE | $38,596.55 |
| 47.899.   FORD F350 XL CR - 2020: ASSET # 4012 | $41,334.40 | NET BOOK VALUE | $41,334.40 |
| 47.900.   FORD F450 XL CR - 2019: ASSET # 1766665 | $19,286.47 | NET BOOK VALUE | $19,286.47 |
| 47.901.   FORD F450 XL CR - 2019: ASSET # 1766673 | $19,286.69 | NET BOOK VALUE | $19,286.69 |
| 47.902.   FORD F450 XL CR - 2019: ASSET # 1766681 | $19,030.94 | NET BOOK VALUE | $19,030.94 |
| 47.903.   FORD F450 XL CR - 2019: ASSET # 1766690 | $19,030.94 | NET BOOK VALUE | $19,030.94 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | |
| 47.904.   FORD F450 XL CR - 2019: ASSET # 1766702 | $23,719.13 | NET BOOK VALUE | $23,719.13 |
| 47.905.   FORD F450 XL CR - 2019: ASSET # 1767596 | $30,707.15 | NET BOOK VALUE | $30,707.15 |
| 47.906.   FORD F450 XL CR - 2019: ASSET # 1767609 | $30,707.15 | NET BOOK VALUE | $30,707.15 |
| 47.907.   FORD F450 XL SI - 2019: ASSET # 1768169 | $44,693.95 | NET BOOK VALUE | $44,693.95 |
| 47.908.   FORD F450 XL SI - 2019: ASSET # 1768177 | $44,693.95 | NET BOOK VALUE | $44,693.95 |
| 47.909.   FORD F450 XL SUPER CAB - 2020: ASSET # 5547 | $71,217.33 | NET BOOK VALUE | $71,217.33 |
| 47.910.   FORD F450 XL SUPER CAB 4X - 2020: ASSET # 5548 | $71,217.33 | NET BOOK VALUE | $71,217.33 |
| 47.911.   FORD F550 XL CR - 2013: ASSET # 1730144 | $4,778.31 | NET BOOK VALUE | $4,778.31 |
| 47.912.   FORD F550 XL CR - 2013: ASSET # 1730478 | $4,029.93 | NET BOOK VALUE | $4,029.93 |
| 47.913.   FORD F550 XL CR - 2019: ASSET # 1767561 | $51,656.69 | NET BOOK VALUE | $51,656.69 |
| 47.914.   FORD F550 XL CR - 2019: ASSET # 1767570 | $51,656.69 | NET BOOK VALUE | $51,656.69 |
| 47.915.   FORD F550 XL CR - 2019: ASSET # 1767588 | $52,525.26 | NET BOOK VALUE | $52,525.26 |
| 47.916.   FORD F550 XL CR - 2019: ASSET # 1768505 | $38,922.97 | NET BOOK VALUE | $38,922.97 |
| 47.917.   FORD F550 XL CR - 2019: ASSET # 1768513 | $38,923.32 | NET BOOK VALUE | $38,923.32 |
| 47.918.   FORD F550 XL CR - 2019: ASSET # 1768521 | $39,699.51 | NET BOOK VALUE | $39,699.51 |
| 47.919.   FORD F550 XL CR - 2019: ASSET # 1769604 | $40,057.92 | NET BOOK VALUE | $40,057.92 |
| 47.920.   FORD F550 XL CR - 2019: ASSET # 1769639 | $40,934.92 | NET BOOK VALUE | $40,934.92 |
| 47.921.   FORD F550 XL CR - 2019: ASSET # 4022 | $40,027.45 | NET BOOK VALUE | $40,027.45 |
| 47.922.   FORD F550 XL CR - 2019: ASSET # 4023 | $40,027.45 | NET BOOK VALUE | $40,027.45 |
| 47.923.   FORD F550 XL RE - 2019: ASSET # 1769647 | $76,172.57 | NET BOOK VALUE | $76,172.57 |
| 47.924.   FORD F550 XL RE - 2019: ASSET # 1769655 | $78,495.79 | NET BOOK VALUE | $78,495.79 |
| 47.925.   FORD F550 XL SI - 2019: ASSET # 1767481 | $42,485.96 | NET BOOK VALUE | $42,485.96 |
| 47.926.   FORD F550 XL SI - 2019: ASSET # 1767490 | $42,485.96 | NET BOOK VALUE | $42,485.96 |
| 47.927.   FORD F550 XL SI - 2019: ASSET # 1767502 | $42,485.96 | NET BOOK VALUE | $42,485.96 |
| 47.928.   FORD F550 XL SI - 2019: ASSET # 1767511 | $42,485.96 | NET BOOK VALUE | $42,485.96 |
| 47.929.   FORD F550 XL SI - 2019: ASSET # 1767529 | $42,485.96 | NET BOOK VALUE | $42,485.96 |
| 47.930.   FORD F550 XL SI - 2019: ASSET # 1767537 | $42,485.96 | NET BOOK VALUE | $42,485.96 |
| 47.931.   FORD F550 XL SI - 2019: ASSET # 1767545 | $42,485.96 | NET BOOK VALUE | $42,485.96 |
| 47.932.   GR 16' ENCLOSED - 2019: ASSET # 1763843 | $4,050.83 | NET BOOK VALUE | $4,050.83 |
| 47.933.   GR 18' ENCLOSED - 2019: ASSET # 1763835 | $4,490.83 | NET BOOK VALUE | $4,490.83 |
| 47.934.   GR 20' ENCLOSED - 2017: ASSET # 1742217 | $2,547.34 | NET BOOK VALUE | $2,547.34 |
| 47.935.   GR 20' ENCLOSED - 2018: ASSET # 1753611 | $3,987.75 | NET BOOK VALUE | $3,987.75 |
| 47.936.   GREAT DANE 48' - 2003: ASSET # 1723024 | $2,828.00 | NET BOOK VALUE | $2,828.00 |
| 47.937.   GREAT DANE 48' - 2003: ASSET # 1723032 | $2,828.00 | NET BOOK VALUE | $2,828.00 |
| 47.938.   GREAT DANE 48' - 2003: ASSET # 1723041 | $2,828.00 | NET BOOK VALUE | $2,828.00 |
| 47.939.   GREAT DANE 48' - 2005: ASSET # 1723260 | $2,828.00 | NET BOOK VALUE | $2,828.00 |
| 47.940.   GREAT DANE 53' - 1998: ASSET # 1771405 | $1,699.86 | NET BOOK VALUE | $1,699.86 |
| 47.941.   GREAT DANE 53' - 2003: ASSET # 1723139 | $4,310.50 | NET BOOK VALUE | $4,310.50 |
| 47.942.   GREAT DANE 53' - 2005: ASSET # 1723323 | $34,626.83 | NET BOOK VALUE | $34,626.83 |
| 47.943.   GREAT DANE 53' - 2006: ASSET # 1723614 | $3,865.46 | NET BOOK VALUE | $3,865.46 |
| 47.944.   GREAT DANE 53' - 2006: ASSET # 1723665 | $5,967.05 | NET BOOK VALUE | $5,967.05 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | |
| 47.945.  GREAT DANE 53' - 2009: ASSET # 1724123 | $29,170.06 | NET BOOK VALUE | $29,170.06 |
| 47.946.  GREAT DANE 53' - 2011: ASSET # 1725863 | $31,656.35 | NET BOOK VALUE | $31,656.35 |
| 47.947.  HAULMARK 14' EN - 2019: ASSET # 1763747 | $2,883.55 | NET BOOK VALUE | $2,883.55 |
| 47.948.  HAULMARK 14' EN - 2019: ASSET # 1763827 | $2,809.82 | NET BOOK VALUE | $2,809.82 |
| 47.949.  HAULMARK 16' EN - 2017: ASSET # 1742305 | $2,682.01 | NET BOOK VALUE | $2,682.01 |
| 47.950.  HAULMARK 20' EN - 2017: ASSET # 1742209 | $2,363.60 | NET BOOK VALUE | $2,363.60 |
| 47.951.  HAULMARK 24' CA - 2019: ASSET # 1763860 | $9,556.72 | NET BOOK VALUE | $9,556.72 |
| 47.952.  HAULMARK 24' CA - 2019: ASSET # 1763878 | $9,556.72 | NET BOOK VALUE | $9,556.72 |
| 47.953.  HAULMARK 24' CA - 2019: ASSET # 1763886 | $9,556.72 | NET BOOK VALUE | $9,556.72 |
| 47.954.  HAULMARK 24' CA - 2019: ASSET # 1763894 | $9,556.72 | NET BOOK VALUE | $9,556.72 |
| 47.955.  HAULMARK 24' EN - 2019: ASSET # 1763801 | $7,416.55 | NET BOOK VALUE | $7,416.55 |
| 47.956.  HAULMARK 26' EN - 2013: ASSET # 1729557 | $1,000.00 | NET BOOK VALUE | $1,000.00 |
| 47.957.  HOMESTEADER 24' - 2012: ASSET # 4028 | $1,000.00 | NET BOOK VALUE | $1,000.00 |
| 47.958.  HYUNDAI 53' VAN - 2004: ASSET # 1723091 | $29,170.06 | NET BOOK VALUE | $29,170.06 |
| 47.959.  KAWASAKI 2 SEAT - 2017: ASSET # 1740684 | $2,557.94 | NET BOOK VALUE | $2,557.94 |
| 47.960.  KAWASAKI 2 SEAT - 2017: ASSET # 1740692 | $2,557.94 | NET BOOK VALUE | $2,557.94 |
| 47.961.  KAWASAKI 2 SEAT - 2017: ASSET # 1740721 | $2,558.24 | NET BOOK VALUE | $2,558.24 |
| 47.962.  KAWASAKI 2 SEAT - 2017: ASSET # 1740932 | $2,557.94 | NET BOOK VALUE | $2,557.94 |
| 47.963.  KAWASAKI 2 SEAT - 2017: ASSET # 1740941 | $2,557.94 | NET BOOK VALUE | $2,557.94 |
| 47.964.  KAWASAKI 2 SEAT - 2017: ASSET # 1740959 | $2,557.94 | NET BOOK VALUE | $2,557.94 |
| 47.965.  KAWASAKI 2 SEAT - 2017: ASSET # 1740967 | $2,557.94 | NET BOOK VALUE | $2,557.94 |
| 47.966.  KAWASAKI 4 SEAT - 2017: ASSET # 1740748 | $2,899.32 | NET BOOK VALUE | $2,899.32 |
| 47.967.  KEARNEY 20' UTI - 2012: ASSET # 1728247 | $768.24 | NET BOOK VALUE | $768.24 |
| 47.968.  KENTUCKY 53' VA - 1996: ASSET # 1771341 | $7,597.67 | NET BOOK VALUE | $7,597.67 |
| 47.969.  KENWORTH 4000 G - 2002: ASSET # 1722890 | $788.39 | NET BOOK VALUE | $788.39 |
| 47.970.  KENWORTH T370 S - 2016: ASSET # 1739739 | $14,000.00 | NET BOOK VALUE | $14,000.00 |
| 47.971.  KENWORTH T800 D - 2015: ASSET # 1737215 | $20,720.94 | NET BOOK VALUE | $20,720.94 |
| 47.972.  KENWORTH T800 D - 2015: ASSET # 1737223 | $20,720.94 | NET BOOK VALUE | $20,720.94 |
| 47.973.  KENWORTH T800 H - 2013: ASSET # 1731796 | $16,825.22 | NET BOOK VALUE | $16,825.22 |
| 47.974.  KENWORTH T800 T - 2012: ASSET # 1727893 | $10,043.28 | NET BOOK VALUE | $10,043.28 |
| 47.975.  KENWORTH T800 T - 2012: ASSET # 1727906 | $10,043.28 | NET BOOK VALUE | $10,043.28 |
| 47.976.  KENWORTH T800 T - 2013: ASSET # 1731825 | $10,043.28 | NET BOOK VALUE | $10,043.28 |
| 47.977.  KENWORTH T800 T - 2013: ASSET # 1731833 | $10,043.29 | NET BOOK VALUE | $10,043.29 |
| 47.978.  KENWORTH T800W - 2013: ASSET # 1731737 | $10,103.20 | NET BOOK VALUE | $10,103.20 |
| 47.979.  KENWORTH T800W - 2013: ASSET # 1731841 | $10,043.29 | NET BOOK VALUE | $10,043.29 |
| 47.980.  KENWORTH TANDEM - 2019: ASSET # 1769971 | $59,141.91 | NET BOOK VALUE | $59,141.91 |
| 47.981.  KENWORTH W900 T - 2015: ASSET # 1737231 | $25,437.51 | NET BOOK VALUE | $25,437.51 |
| 47.982.  KENWORTH W900L - 2012: ASSET # 1727842 | $3,174.63 | NET BOOK VALUE | $3,174.63 |
| 47.983.  LAY DOWN POLY P - 2015: ASSET # 1737522 | $1,076.54 | NET BOOK VALUE | $1,076.54 |
| 47.984.  LAY DOWN POLY P - 2015: ASSET # 1737531 | $1,076.54 | NET BOOK VALUE | $1,076.54 |
| 47.985.  LOAD TRAIL 20' - 2012: ASSET # 1728255 | $1,038.40 | NET BOOK VALUE | $1,038.40 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.986.   LOAD TRAIL 30' - 2019: ASSET # 1769989 | $11,704.61 | NET BOOK VALUE | $11,704.61 |
| 47.987.   LOOK 20' ENCLOS - 2020: ASSET # 1788776 | $6,710.89 | NET BOOK VALUE | $6,710.89 |
| 47.988.   LUFKIN 48' FLOA - 2007: ASSET # 1723753 | $5,650.00 | NET BOOK VALUE | $5,650.00 |
| 47.989.   LUFKIN 53' VAN - 1995: ASSET # 1771288 | $1,274.69 | NET BOOK VALUE | $1,274.69 |
| 47.990.   LUFKIN 53' VAN - 2002: ASSET # 1722814 | $1,416.43 | NET BOOK VALUE | $1,416.43 |
| 47.991.   LUFKIN 53' VAN - 2002: ASSET # 1722822 | $1,416.43 | NET BOOK VALUE | $1,416.43 |
| 47.992.   LUFKIN 53' VAN - 2002: ASSET # 1722831 | $1,416.43 | NET BOOK VALUE | $1,416.43 |
| 47.993.   LUFKIN 53' VAN - 2002: ASSET # 1722849 | $1,852.26 | NET BOOK VALUE | $1,852.26 |
| 47.994.   LUFKIN 53' VAN - 2002: ASSET # 1722865 | $1,852.26 | NET BOOK VALUE | $1,852.26 |
| 47.995.   LUFKIN 53' VAN - 2004: ASSET # 1723180 | $1,634.34 | NET BOOK VALUE | $1,634.34 |
| 47.996.   LUFKIN 53' VAN - 2004: ASSET # 1723198 | $1,634.34 | NET BOOK VALUE | $1,634.34 |
| 47.997.   MACK GR42B SINGLEW AXLE - 2021: ASSET # 5181 | $110,937.39 | NET BOOK VALUE | $110,937.39 |
| 47.998.   MACK GR42B SINGLEW AXLE - 2021: ASSET # 5183 | $110,937.39 | NET BOOK VALUE | $110,937.39 |
| 47.999.   MACK GR42B SINGLEW AXLE D - 2021: ASSET # 5180 | $110,937.39 | NET BOOK VALUE | $110,937.39 |
| 47.1,000 MACK GR42B SINGLEW AXLE D - 2021: ASSET # 5182 | $110,937.39 | NET BOOK VALUE | $110,937.39 |
| 47.1,001 MACK GR42B SINGLEW AXLE D - 2021: ASSET # 5184 | $110,937.72 | NET BOOK VALUE | $110,937.72 |
| 47.1,002 MACK GR42B SINGLEW AXLE D - 2021: ASSET # 5185 | $110,937.73 | NET BOOK VALUE | $110,937.73 |
| 47.1,003 MAGNOLIA 67' T/ - 2017: ASSET # 1750428 | $3,699.99 | NET BOOK VALUE | $3,699.99 |
| 47.1,004 MAGNOLIA 67' T/ - 2017: ASSET # 1750436 | $3,699.99 | NET BOOK VALUE | $3,699.99 |
| 47.1,005 MAGNOLIA 67' T/ - 2017: ASSET # 1750444 | $3,699.99 | NET BOOK VALUE | $3,699.99 |
| 47.1,006 MAGNOLIA 67' T/ - 2017: ASSET # 1750452 | $3,699.99 | NET BOOK VALUE | $3,699.99 |
| 47.1,007 MANAC 45' FLOAT - 2015: ASSET # 1737258 | $12,147.50 | NET BOOK VALUE | $12,147.50 |
| 47.1,008 MANAC 45' FLOAT - 2015: ASSET # 1737266 | $12,147.50 | NET BOOK VALUE | $12,147.50 |
| 47.1,009 PARKER 14' BUMP - 2017: ASSET # 1750487 | $4,100.11 | NET BOOK VALUE | $4,100.11 |
| 47.1,010 PARKER 14' BUMP - 2017: ASSET # 1750495 | $4,100.11 | NET BOOK VALUE | $4,100.11 |
| 47.1,011 PERFORMANCE 14' - 2017: ASSET # 1750479 | $3,530.98 | NET BOOK VALUE | $3,530.98 |
| 47.1,012 PETERBILT 337 1 - 2013: ASSET # 1732043 | $6,559.71 | NET BOOK VALUE | $6,559.71 |
| 47.1,013 PETERBILT 337 F - 2013: ASSET # 1732078 | $11,793.25 | NET BOOK VALUE | $11,793.25 |
| 47.1,014 PETERBILT 348 4 - 2019: ASSET # 1770752 | $48,956.72 | NET BOOK VALUE | $48,956.72 |
| 47.1,015 PETERBILT 348 S - 2019: ASSET # 1770470 | $52,759.40 | NET BOOK VALUE | $52,759.40 |
| 47.1,016 PETERBILT 348 S - 2019: ASSET # 1770488 | $52,759.40 | NET BOOK VALUE | $52,759.40 |
| 47.1,017 PETERBILT 348 S - 2019: ASSET # 1770525 | $52,759.40 | NET BOOK VALUE | $52,759.40 |
| 47.1,018 PETERBILT 348 T - 2019: ASSET # 1770509 | $87,030.40 | NET BOOK VALUE | $87,030.40 |
| 47.1,019 PETERBILT 348 T - 2019: ASSET # 1770517 | $87,030.40 | NET BOOK VALUE | $87,030.40 |
| 47.1,020 PETERBILT 348 T - 2020: ASSET # 1771051 | $87,958.80 | NET BOOK VALUE | $87,958.80 |
| 47.1,021 PETERBILT 348 T - 2020: ASSET # 1771069 | $87,958.80 | NET BOOK VALUE | $87,958.80 |
| 47.1,022 PETERBILT 367 T - 2013: ASSET # 1732027 | $29,198.30 | NET BOOK VALUE | $29,198.30 |
| 47.1,023 PETERBILT 367 T - 2013: ASSET # 1732035 | $29,198.30 | NET BOOK VALUE | $29,198.30 |
| 47.1,024 PETERBILT 379 T - 2003: ASSET # 1723075 | $6,000.00 | NET BOOK VALUE | $6,000.00 |
| 47.1,025 PETERBILT 379 T - 2007: ASSET # 1723788 | $14,067.87 | NET BOOK VALUE | $14,067.87 |
| 47.1,026 PETERBILT 388 T - 2014: ASSET # 1735025 | $6,247.26 | NET BOOK VALUE | $6,247.26 |

Debtor    Strike, LLC                          Case number (if known)   21-90054
(Name)

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1,027 PETERBILT 388 T - 2014: ASSET # 1735033 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,028 PETERBILT 388 T - 2014: ASSET # 1735041 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,029 PETERBILT 388 T - 2014: ASSET # 1735068 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,030 PETERBILT 388 T - 2014: ASSET # 1735076 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,031 PETERBILT 388 T - 2014: ASSET # 1735084 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,032 PETERBILT 388 T - 2014: ASSET # 1735092 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,033 PETERBILT 388 T - 2014: ASSET # 1735105 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,034 PETERBILT 388 T - 2014: ASSET # 1735113 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,035 PETERBILT 388 T - 2014: ASSET # 1735121 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,036 PETERBILT 388 T - 2014: ASSET # 1735130 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,037 PETERBILT 388 T - 2014: ASSET # 1735148 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,038 PETERBILT 388 T - 2014: ASSET # 1735156 | $6,247.26 | NET BOOK VALUE | $6,247.26 |
| 47.1,039 PETERBILT 388 T - 2015: ASSET # 1738453 | $22,270.47 | NET BOOK VALUE | $22,270.47 |
| 47.1,040 PETERBILT 388 T - 2015: ASSET # 1738461 | $22,270.47 | NET BOOK VALUE | $22,270.47 |
| 47.1,041 PETERBILT 389 T - 2012: ASSET # 1728351 | $1,539.21 | NET BOOK VALUE | $1,539.21 |
| 47.1,042 PETERBILT 389 T - 2012: ASSET # 1728360 | $1,539.21 | NET BOOK VALUE | $1,539.21 |
| 47.1,043 PETERBILT 389 T - 2015: ASSET # 1738470 | $22,270.47 | NET BOOK VALUE | $22,270.47 |
| 47.1,044 PETERBILT 389 T - 2015: ASSET # 1738488 | $22,270.47 | NET BOOK VALUE | $22,270.47 |
| 47.1,045 PETERBILT 389 T - 2015: ASSET # 1738496 | $22,270.47 | NET BOOK VALUE | $22,270.47 |
| 47.1,046 PETERBILT 389 T - 2015: ASSET # 1738509 | $22,270.47 | NET BOOK VALUE | $22,270.47 |
| 47.1,047 PETERBILT 389 T - 2020: ASSET # 1771042 | $112,214.93 | NET BOOK VALUE | $112,214.93 |
| 47.1,048 PETERBILT 389S - 2020: ASSET # 1771034 | $113,649.45 | NET BOOK VALUE | $113,649.45 |
| 47.1,049 PETERBILT 4000 - 2010: ASSET # 1724730 | $1,322.33 | NET BOOK VALUE | $1,322.33 |
| 47.1,050 PETERBILT MECHA - 2014: ASSET # 1735164 | $6,159.48 | NET BOOK VALUE | $6,159.48 |
| 47.1,051 PINES 53' VAN T - 1996: ASSET # 1771325 | $1,274.69 | NET BOOK VALUE | $1,274.69 |
| 47.1,052 PJ 14' CARGO TR - 2017: ASSET # 1742196 | $1,764.30 | NET BOOK VALUE | $1,764.30 |
| 47.1,053 PJ 20' BUMPER P - 2020: ASSET # 1770998 | $3,445.20 | NET BOOK VALUE | $3,445.20 |
| 47.1,054 PJ 40' GOOSENEC - 2020: ASSET # 1771000 | $7,279.77 | NET BOOK VALUE | $7,279.77 |
| 47.1,055 PJ 7X20 BUMPER - 2010: ASSET # 1724684 | $869.71 | NET BOOK VALUE | $869.71 |
| 47.1,056 POLARIS R16RCA5 - 2016: ASSET # 1738699 | $2,290.57 | NET BOOK VALUE | $2,290.57 |
| 47.1,057 POLARIS R16RCA5 - 2016: ASSET # 1738701 | $2,290.57 | NET BOOK VALUE | $2,290.57 |
| 47.1,058 POLARIS R16RCA5 - 2016: ASSET # 1738728 | $2,290.57 | NET BOOK VALUE | $2,290.57 |
| 47.1,059 POLARIS R16RCA5 - 2016: ASSET # 1738736 | $2,298.97 | NET BOOK VALUE | $2,298.97 |
| 47.1,060 POLARIS R16RCA5 - 2016: ASSET # 1738761 | $2,298.97 | NET BOOK VALUE | $2,298.97 |
| 47.1,061 POLARIS R16RCA5 - 2016: ASSET # 1738808 | $2,292.20 | NET BOOK VALUE | $2,292.20 |
| 47.1,062 POLARIS R16RCA5 - 2016: ASSET # 1738816 | $2,292.20 | NET BOOK VALUE | $2,292.20 |
| 47.1,063 POLARIS RANGER - 2014: ASSET # 1732692 | $2,799.76 | NET BOOK VALUE | $2,799.76 |
| 47.1,064 PULL DO 36' PIP - 2012: ASSET # 1728116 | $1,195.13 | NET BOOK VALUE | $1,195.13 |
| 47.1,065 ROOSE RR 250 DU - 2019: ASSET # 1770306 | $9,290.26 | NET BOOK VALUE | $9,290.26 |
| 47.1,066 S00 VB19 TOOL VAN RI - ASSET # 4962 | $18,885.14 | NET BOOK VALUE | $18,885.14 |
| 47.1,067 S03 PR94 COMPLETE SU - ASSET # 4977 | $8,623.83 | NET BOOK VALUE | $8,623.83 |

| Debtor | Strike, LLC | | Case Number (if known) | 21-90054 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47.** **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1,068 S05 VB65 2005 WABASH - ASSET # 4963 | $35,427.17 | NET BOOK VALUE | $35,427.17 |
| 47.1,069 S06 VB66 2006 GREAT - ASSET # 4965 | $35,427.18 | NET BOOK VALUE | $35,427.18 |
| 47.1,070 S06 VB67 2006 TRAILM - ASSET # 4964 | $35,427.17 | NET BOOK VALUE | $35,427.17 |
| 47.1,071 S07 PR11 REPAIRS  - ASSET # 4940 | $3,408.00 | NET BOOK VALUE | $3,408.00 |
| 47.1,072 S07 PR11 REPAIRS  - ASSET # 4947 | $1,920.00 | NET BOOK VALUE | $1,920.00 |
| 47.1,073 S10 WT9 ENGINE REPLA - ASSET # 4992 | $23,643.78 | NET BOOK VALUE | $23,643.78 |
| 47.1,074 S11 AC111 REPAIRS  - ASSET # 4943 | $1,177.20 | NET BOOK VALUE | $1,177.20 |
| 47.1,075 S11 AC112 REPAIRS  - ASSET # 4944 | $1,177.20 | NET BOOK VALUE | $1,177.20 |
| 47.1,076 S11 AC113 REPAIRS  - ASSET # 4945 | $1,177.20 | NET BOOK VALUE | $1,177.20 |
| 47.1,077 S12 D208 SPREADER & - ASSET # 4983 | $9,585.67 | NET BOOK VALUE | $9,585.67 |
| 47.1,078 S12 KW14 RESIDUAL  - ASSET # 4950 | $7,075.00 | NET BOOK VALUE | $7,075.00 |
| 47.1,079 S12 MS102 TRAILER  - ASSET # 4948 | $200.00 | NET BOOK VALUE | $200.00 |
| 47.1,080 S13 F1478 ENGINE REP - ASSET # 4991 | $5,836.55 | NET BOOK VALUE | $5,836.55 |
| 47.1,081 S13 F577 RESIDUAL  - ASSET # 4953 | $2,381.00 | NET BOOK VALUE | $2,381.00 |
| 47.1,082 S13 F629 COMPLETE EN - ASSET # 4982 | $7,059.43 | NET BOOK VALUE | $7,059.43 |
| 47.1,083 S13 FT54 REFURB  - ASSET # 4984 | $9,940.74 | NET BOOK VALUE | $9,940.74 |
| 47.1,084 S13 KW25 ENGINE REPL - ASSET # 4975 | $22,174.45 | NET BOOK VALUE | $22,174.45 |
| 47.1,085 S13 KW32 ENGINE, TUR - ASSET # 4989 | $39,142.86 | NET BOOK VALUE | $39,142.86 |
| 47.1,086 S13 KW36 REPAIRS  - ASSET # 4952 | $476.00 | NET BOOK VALUE | $476.00 |
| 47.1,087 S14 PR23 REPAIRS  - ASSET # 4957 | $3,174.65 | NET BOOK VALUE | $3,174.65 |
| 47.1,088 S14 PR26 REPAIRS  - ASSET # 4956 | $3,952.40 | NET BOOK VALUE | $3,952.40 |
| 47.1,089 S14 PR27 ENGINE REPLACEMENT - ASSET # 5536 | $27,422.29 | NET BOOK VALUE | $27,422.29 |
| 47.1,090 S15 C273 COMPLETE EN - ASSET # 4987 | $5,232.49 | NET BOOK VALUE | $5,232.49 |
| 47.1,091 S15 KW58 ENGINE REPL - ASSET # 4993 | $19,001.17 | NET BOOK VALUE | $19,001.17 |
| 47.1,092 S17 CC210 TOOL VAN R - ASSET # 4961 | $6,518.15 | NET BOOK VALUE | $6,518.15 |
| 47.1,093 S18 CC230 TOOL VAN R - ASSET # 4966 | $10,709.37 | NET BOOK VALUE | $10,709.37 |
| 47.1,094 S18 CC230 TOOL VAN R - ASSET # 4967 | $9,990.16 | NET BOOK VALUE | $9,990.16 |
| 47.1,095 S19 F1982 KUV TRUCK - ASSET # 4994 | $10,162.44 | NET BOOK VALUE | $10,162.44 |
| 47.1,096 S19 F1983 KUV TRUCK - ASSET # 4995 | $10,162.44 | NET BOOK VALUE | $10,162.44 |
| 47.1,097 S81 VB45 RIGOUT FOR - ASSET # 4959 | $36,988.62 | NET BOOK VALUE | $36,988.62 |
| 47.1,098 SHOP BUILT 16' - 2014: ASSET # 1734680 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,099 SHOP BUILT 16' - 2014: ASSET # 1734698 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,100 SHOP BUILT 16' - 2014: ASSET # 1734701 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,101 SHOP BUILT 16' - 2014: ASSET # 1734727 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,102 SHOP BUILT 16' - 2014: ASSET # 1734735 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,103 SHOP BUILT 16' - 2014: ASSET # 1734751 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,104 SHOP BUILT 16' - 2014: ASSET # 1734760 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,105 SHOP BUILT 16' - 2014: ASSET # 1734778 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,106 SHOP BUILT 16' - 2014: ASSET # 1734786 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,107 SHOP BUILT 16' - 2014: ASSET # 1734794 | $1,430.00 | NET BOOK VALUE | $1,430.00 |
| 47.1,108 SHOP BUILT COOL - 2013: ASSET # 1731876 | $1,400.00 | NET BOOK VALUE | $1,400.00 |

| Debtor | Strike, LLC | | Case Number (if known) | 21-90054 |

(Name)

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1,109 SHOP BUILT COOL - 2013: ASSET # 1731884 | $1,400.00 | NET BOOK VALUE | $1,400.00 |
| 47.1,110 SHOP BUILT COOL - 2013: ASSET # 1731892 | $1,400.00 | NET BOOK VALUE | $1,400.00 |
| 47.1,111. SHOP BUILT COOL - 2013: ASSET # 1731905 | $1,400.00 | NET BOOK VALUE | $1,400.00 |
| 47.1,112 STOUGHTON 53' V - 2000: ASSET # 1722507 | $1,779.13 | NET BOOK VALUE | $1,779.13 |
| 47.1,113 STOUGHTON 53' V - 2001: ASSET # 1722582 | $1,502.88 | NET BOOK VALUE | $1,502.88 |
| 47.1,114 STOUGHTON 53' V - 2001: ASSET # 1722591 | $1,502.88 | NET BOOK VALUE | $1,502.88 |
| 47.1,115 STOUGHTON 53' V - 2001: ASSET # 1722603 | $1,502.88 | NET BOOK VALUE | $1,502.88 |
| 47.1,116 STOUGHTON 53' V - 2001: ASSET # 1722611 | $1,619.75 | NET BOOK VALUE | $1,619.75 |
| 47.1,117 STOUGHTON 53' V - 2001: ASSET # 1722620 | $1,619.75 | NET BOOK VALUE | $1,619.75 |
| 47.1,118 STOUGHTON 53' V - 2001: ASSET # 1722638 | $1,619.75 | NET BOOK VALUE | $1,619.75 |
| 47.1,119 STOUGHTON 53' V - 2006: ASSET # 1723657 | $4,316.61 | NET BOOK VALUE | $4,316.61 |
| 47.1,120 STOUGHTON 53' V - 2007: ASSET # 1723833 | $5,221.15 | NET BOOK VALUE | $5,221.15 |
| 47.1,121 STOUGHTON 53' V - 2007: ASSET # 1723841 | $5,221.15 | NET BOOK VALUE | $5,221.15 |
| 47.1,122 STRIKE COOKING TRAIL  - ASSET # 4946 | $2,600.00 | NET BOOK VALUE | $2,600.00 |
| 47.1,123 SUNDOWNER 28' B - 2019: ASSET # 1763907 | $17,726.90 | NET BOOK VALUE | $17,726.90 |
| 47.1,124 SWEETWATER 40'  - 2019: ASSET # 1770285 | $8,764.08 | NET BOOK VALUE | $8,764.08 |
| 47.1,125 SWEETWATER 40'  - 2019: ASSET # 1770293 | $8,764.08 | NET BOOK VALUE | $8,764.08 |
| 47.1,126 SWEETWATER 40' PINDLE HIT - 2021: ASSET # 5628 | $14,841.14 | NET BOOK VALUE | $14,841.14 |
| 47.1,127 SWEETWATER BUMP  - 2019: ASSET # 1770269 | $3,075.72 | NET BOOK VALUE | $3,075.72 |
| 47.1,128 SWEETWATER BUMP  - 2019: ASSET # 1770277 | $3,075.72 | NET BOOK VALUE | $3,075.72 |
| 47.1,129 TALBERT 51 TON - 2014: ASSET # 1734866 | $10,500.00 | NET BOOK VALUE | $10,500.00 |
| 47.1,130 TOP HAT 20' BUM - 2018: ASSET # 1761750 | $3,627.46 | NET BOOK VALUE | $3,627.46 |
| 47.1,131 TOP HAT 30+5 GO - 2019: ASSET # 1770681 | $9,170.00 | NET BOOK VALUE | $9,170.00 |
| 47.1,132 TOP HAT 40' GOO - 2016: ASSET # 1740351 | $5,769.57 | NET BOOK VALUE | $5,769.57 |
| 47.1,133 TOPHAT 35' GOOS - 2018: ASSET # 1761717 | $6,847.83 | NET BOOK VALUE | $6,847.83 |
| 47.1,134 TOPHAT 35' GOOS - 2018: ASSET # 1761725 | $6,847.83 | NET BOOK VALUE | $6,847.83 |
| 47.1,135 TOPHAT 35' GOOS - 2018: ASSET # 1761733 | $6,847.83 | NET BOOK VALUE | $6,847.83 |
| 47.1,136 TOPHAT 35' GOOS - 2018: ASSET # 1761741 | $6,847.83 | NET BOOK VALUE | $6,847.83 |
| 47.1,137 TRAIL EZE 48' E - 2012: ASSET # 1728212 | $3,443.77 | NET BOOK VALUE | $3,443.77 |
| 47.1,138 TRAIL EZE 48' E - 2013: ASSET # 1731956 | $5,102.43 | NET BOOK VALUE | $5,102.43 |
| 47.1,139 TRAILMASTER 32'  - 2012: ASSET # 1728167 | $1,000.00 | NET BOOK VALUE | $1,000.00 |
| 47.1,140 TRAILMOBILE 53'  - 1999: ASSET # 1771464 | $781.25 | NET BOOK VALUE | $781.25 |
| 47.1,141 TRAILMOBILE 53'  - 1999: ASSET # 1771472 | $781.25 | NET BOOK VALUE | $781.25 |
| 47.1,142 TRAILMOBILE 53'  - 2002: ASSET # 1722873 | $2,331.93 | NET BOOK VALUE | $2,331.93 |
| 47.1,143 TRAILMOBILE 53'  - 2006: ASSET # 1723622 | $3,865.46 | NET BOOK VALUE | $3,865.46 |
| 47.1,144 TRAILMOBILE 900  - 1982: ASSET # 1771165 | $2,978.90 | NET BOOK VALUE | $2,978.90 |
| 47.1,145 TRANSCRAFT 53'  - 2013: ASSET # 1732182 | $5,500.00 | NET BOOK VALUE | $5,500.00 |
| 47.1,146 UTILITY 53' VAN - 1996: ASSET # 1771333 | $1,566.63 | NET BOOK VALUE | $1,566.63 |
| 47.1,147 UTILITY 53' VAN - 1998: ASSET # 1771413 | $1,927.88 | NET BOOK VALUE | $1,927.88 |
| 47.1,148 UTILITY 53' VAN - 2002: ASSET # 1722881 | $32,738.54 | NET BOOK VALUE | $32,738.54 |
| 47.1,149 UTILITY 53' VAN - 2002: ASSET # 1723104 | $18,785.01 | NET BOOK VALUE | $18,785.01 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1,150 UTILITY 53' VAN - 2003: ASSET # 1723083 | $4,040.66 | NET BOOK VALUE | $4,040.66 |
| 47.1,151 UTILITY 53' VAN - 2003: ASSET # 1723147 | $5,967.05 | NET BOOK VALUE | $5,967.05 |
| 47.1,152 UTILITY 53' VAN - 2004: ASSET # 1723219 | $18,227.83 | NET BOOK VALUE | $18,227.83 |
| 47.1,153 UTILITY 53' VAN - 2005: ASSET # 1723331 | $29,615.39 | NET BOOK VALUE | $29,615.39 |
| 47.1,154 VANGUARD 53' VA - 2006: ASSET # 1723631 | $3,849.93 | NET BOOK VALUE | $3,849.93 |
| 47.1,155 VIKING VFD46R16 - 2018: ASSET # 1760618 | $15,620.07 | NET BOOK VALUE | $15,620.07 |
| 47.1,156 WABASH 53' VAN - 1999: ASSET # 1771528 | $3,126.50 | NET BOOK VALUE | $3,126.50 |
| 47.1,157 WABASH 53' VAN - 2004: ASSET # 1723227 | $5,221.15 | NET BOOK VALUE | $5,221.15 |
| 47.1,158 WABASH 53' VAN - 2005: ASSET # 1723315 | $3,666.96 | NET BOOK VALUE | $3,666.96 |
| 47.1,159 WABASH 53' VAN - 2006: ASSET # 1723649 | $5,221.15 | NET BOOK VALUE | $5,221.15 |
| 47.1,160 WABASH 53' VAN - 2007: ASSET # 1723850 | $17,013.06 | NET BOOK VALUE | $17,013.06 |
| 47.1,161 WABASH 53' VAN - 2007: ASSET # 1723868 | $17,013.06 | NET BOOK VALUE | $17,013.06 |
| 47.1,162 WELLS CARGO 20' - 2017: ASSET # 1742250 | $3,032.16 | NET BOOK VALUE | $3,032.16 |
| 47.1,163 WELLS CARGO 20 - 2017: ASSET # 1742292 | $3,298.16 | NET BOOK VALUE | $3,298.16 |
| 47.1,164 WELLS CARGO 7X1 - 2018: ASSET # 1753565 | $2,463.79 | NET BOOK VALUE | $2,463.79 |
| **48.** **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49.** **AIRCRAFT AND ACCESSORIES** | | | |
| 49.1.  12.5% SUBSCRIPTION IN JET SERVICE ASSET # 4037 | $508,468.06 | NET BOOK VALUE | $508,468.06 |
| **50.** **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.  MATS | $340,628.25 | NET BOOK VALUE | $340,628.25 |
| 50.2.  OTHER MACHINERY, FIXTURES, AND EQUIPMENT | $11,988,040.43 | NET BOOK VALUE | $11,988,040.43 |
| **51**  **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $29,433,378.72 |
| **52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**<br>☐ No<br>☒ Yes | | | |
| **53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes | | | |

| Part 9: | REAL PROPERTY |
|---|---|

**54.** **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

**55.**   ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN), and<br>type of property (for example, acreage,<br>factory, warehouse, apartment or office<br>building), if available | Nature and extent<br>of debtor's<br>interest in<br>property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   BUILDINGS (NON-REAL ESTATE) | OWNED | $91,453.20 | NET BOOK VALUE | $91,453.20 |
| 55.2.   LEASEHOLD IMPROVEMENTS | OWNED | $8,750,942.16 | NET BOOK VALUE | $8,750,942.16 |

**56**   **Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY
ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.        | $8,842,395.36 |

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**    INTANGIBLES AND INTELLECTUAL PROPERTY

**59.**   **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.**   **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.   "BOLT" REGISTERED MARCH 12, 2019 [RN: 5,697,387] | UNDETERMINED | | UNDETERMINED |
| 60.2.   "CAPSTONE" REGISTERED MARCH 12, 2019 [RN: 5,697,273] | UNDETERMINED | | UNDETERMINED |
| 60.3.   BOLT LOGO WITH "BOLT" REGISTERED APRIL 9, 2019 [RN: 5,722,174] | UNDETERMINED | | UNDETERMINED |
| 60.4.   CAPSTONE FLAME LOGO WITH "CAPSTONE" REGISTERED APRIL 9, 2019 [RN: 5,720,657] | UNDETERMINED | | UNDETERMINED |
| 60.5.   FIELD TICKET MANAGEMENT SYSTEM REGISTERED APRIL, 19, 2011 [RN: 3,949,500] | UNDETERMINED | | UNDETERMINED |
| 60.6.   LIGHTNING BOLT LOGO REGISTERED AUGUST 28, 2018 [RN: 5,548,745] | UNDETERMINED | | UNDETERMINED |
| 60.7.   P PICKETT SYSTEMS REGISTERED FEBRUARY 19, 2013 [RN: 4,293,076] | UNDETERMINED | | UNDETERMINED |
| 60.8.   STRIKE AND DESIGN REGISTERED AUGUST 21, 2012 [RN: 4,195,915] | UNDETERMINED | | UNDETERMINED |
| 60.9.   STRIKE CONSTRUCTION REGISTERED MAY 27, 2008 [RN: 3,434,733] | UNDETERMINED | | UNDETERMINED |
| 60.10.   STRIKE CONSTRUCTION, LLC REGISTERED MAY 1, 2012 [RN: 4,135,488] | UNDETERMINED | | UNDETERMINED |
| 60.11.   STRIKE REGISTERED AUGUST 21, 2012 [RN: 4,195,914] | UNDETERMINED | | UNDETERMINED |
| **61.**   **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   BOLTCOMPANIES.BIZ | UNDETERMINED | | UNDETERMINED |
| 61.2.   BOLTCOMPANIES.BUSINESS | UNDETERMINED | | UNDETERMINED |
| 61.3.   BOLTCOMPANIES.CO | UNDETERMINED | | UNDETERMINED |
| 61.4.   BOLTCOMPANIES.COM | UNDETERMINED | | UNDETERMINED |
| 61.5.   BOLTCOMPANIES.COMPANY | UNDETERMINED | | UNDETERMINED |

Debtor    Strike, LLC _____    Case Number (if known) 21-90054

(Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.6. | BOLTCOMPANIES.CONSULTING | UNDETERMINED | | UNDETERMINED |
| 61.7. | BOLTCOMPANIES.INFO | UNDETERMINED | | UNDETERMINED |
| 61.8. | BOLTCOMPANIES.LIFE | UNDETERMINED | | UNDETERMINED |
| 61.9. | BOLTCOMPANIES.LTD | UNDETERMINED | | UNDETERMINED |
| 61.10. | BOLTCOMPANIES.MOBI | UNDETERMINED | | UNDETERMINED |
| 61.11. | BOLTCOMPANIES.NET | UNDETERMINED | | UNDETERMINED |
| 61.12. | BOLTCOMPANIES.ONLINE | UNDETERMINED | | UNDETERMINED |
| 61.13. | BOLTCOMPANIES.ORG | UNDETERMINED | | UNDETERMINED |
| 61.14. | BOLTCOMPANIES.TEAM | UNDETERMINED | | UNDETERMINED |
| 61.15. | BOLTCOMPANIES.TECH | UNDETERMINED | | UNDETERMINED |
| 61.16. | BOLTCOMPANIES.TECHNOLOGY | UNDETERMINED | | UNDETERMINED |
| 61.17. | BOLTCOMPANIES.US | UNDETERMINED | | UNDETERMINED |
| 61.18. | BOLTCOMPANIES.XYZ | UNDETERMINED | | UNDETERMINED |
| 61.19. | BOLTCOMPANIESINC.COM | UNDETERMINED | | UNDETERMINED |
| 61.20. | BOLTCOMPANIESINC.INFO | UNDETERMINED | | UNDETERMINED |
| 61.21. | BOLTCOMPANIESINC.NET | UNDETERMINED | | UNDETERMINED |
| 61.22. | BOLTCOMPANIESINC.ORG | UNDETERMINED | | UNDETERMINED |
| 61.23. | BROWNTESTING.COM | UNDETERMINED | | UNDETERMINED |
| 61.24. | CAMPAIGNFORCHANGE.ORG | UNDETERMINED | | UNDETERMINED |
| 61.25. | CAPSTONE☐ENERGYSERVICES.COM | UNDETERMINED | | UNDETERMINED |
| 61.26. | CAPSTONE☐ENERGYSERVICESLLC.COM | UNDETERMINED | | UNDETERMINED |
| 61.27. | CAPSTONEENERGYSVS.COM | UNDETERMINED | | UNDETERMINED |
| 61.28. | CAPSTONEINFRASTRUCTURE.SERVICES | UNDETERMINED | | UNDETERMINED |
| 61.29. | CAPSTONEINFRASTRUCTUREGROUP.COM | UNDETERMINED | | UNDETERMINED |
| 61.30. | CAPSTONEINFRASTRUCTURELLC.COM | UNDETERMINED | | UNDETERMINED |
| 61.31. | CAPSTONEINFRASTRUCTURESERVICE.COM | UNDETERMINED | | UNDETERMINED |
| 61.32. | CAPSTONEINFRASTRUCTURESERVICE.NET | UNDETERMINED | | UNDETERMINED |
| 61.33. | CAPSTONEINFRASTRUCTURESERVICE.ORG | UNDETERMINED | | UNDETERMINED |
| 61.34. | CAPSTONEINFRASTRUCTURESERVICES.BIZ | UNDETERMINED | | UNDETERMINED |
| 61.35. | CAPSTONEINFRASTRUCTURESERVICES.BUSINESS | UNDETERMINED | | UNDETERMINED |
| 61.36. | CAPSTONEINFRASTRUCTURESERVICES.COM | UNDETERMINED | | UNDETERMINED |
| 61.37. | CAPSTONE☐INFRASTRUCTURESERVICES.COM | UNDETERMINED | | UNDETERMINED |
| 61.38. | CAPSTONEINFRASTRUCTURESERVICES.COMPANY | UNDETERMINED | | UNDETERMINED |
| 61.39. | CAPSTONEINFRASTRUCTURESERVICES.INFO | UNDETERMINED | | UNDETERMINED |
| 61.40. | CAPSTONEINFRASTRUCTURESERVICES.NET | UNDETERMINED | | UNDETERMINED |
| 61.41. | CAPSTONEINFRASTRUCTURESERVICES.ORG | UNDETERMINED | | UNDETERMINED |
| 61.42. | CAPSTONEINFRASTRUCTURESERVICES.US | UNDETERMINED | | UNDETERMINED |
| 61.43. | CIRCLEKAR.COM | UNDETERMINED | | UNDETERMINED |
| 61.44. | CROSSFIRE☐LLC.COM | UNDETERMINED | | UNDETERMINED |
| 61.45. | DELTADIRECTIONAL.COM | UNDETERMINED | | UNDETERMINED |
| 61.46. | EDGETESTINGIS.COM | UNDETERMINED | | UNDETERMINED |
| 61.47. | EDGETESTINGS.COM | UNDETERMINED | | UNDETERMINED |

| Debtor | Strike, LLC | | Case Number (if known) | 21-90054 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.48. | EDGETESTINGSOLUTIONS.COM | UNDETERMINED | | UNDETERMINED |
| 61.49. | EDGETESTINGUS.CLUB | UNDETERMINED | | UNDETERMINED |
| 61.50. | EDGETESTING☐US.CO | UNDETERMINED | | UNDETERMINED |
| 61.51. | EDGETESTINGUS.COM | UNDETERMINED | | UNDETERMINED |
| 61.52. | EDGETESTING☐US.COM | UNDETERMINED | | UNDETERMINED |
| 61.53. | EDGETESTING☐US.INFO | UNDETERMINED | | UNDETERMINED |
| 61.54. | EDGETESTINGUS.LIVE | UNDETERMINED | | UNDETERMINED |
| 61.55. | EDGETESTINGUS.ONLINE | UNDETERMINED | | UNDETERMINED |
| 61.56. | EDGETESTINGUS.ORG | UNDETERMINED | | UNDETERMINED |
| 61.57. | EDGETESTINGUS.STORE | UNDETERMINED | | UNDETERMINED |
| 61.58. | EDGETESTINGUSA.APP | UNDETERMINED | | UNDETERMINED |
| 61.59. | EDGETESTINGUSA.BIZ | UNDETERMINED | | UNDETERMINED |
| 61.60. | EDGETESTING☐USA.BIZ | UNDETERMINED | | UNDETERMINED |
| 61.61. | EDGETESTINGUSA.CLUB | UNDETERMINED | | UNDETERMINED |
| 61.62. | EDGETESTINGUSA.CO | UNDETERMINED | | UNDETERMINED |
| 61.63. | EDGETESTING☐USA.CO | UNDETERMINED | | UNDETERMINED |
| 61.64. | EDGETESTINGUSA.COM | UNDETERMINED | | UNDETERMINED |
| 61.65. | EDGETESTING☐USA.COM | UNDETERMINED | | UNDETERMINED |
| 61.66. | EDGE☐TESTINGUSA.COM | UNDETERMINED | | UNDETERMINED |
| 61.67. | EDGETESTINGUSA.INFO | UNDETERMINED | | UNDETERMINED |
| 61.68. | EDGETESTINGUSA.LIVE | UNDETERMINED | | UNDETERMINED |
| 61.69. | EDGETESTINGUSA.ME | UNDETERMINED | | UNDETERMINED |
| 61.70. | EDGETESTINGUSA.MOBI | UNDETERMINED | | UNDETERMINED |
| 61.71. | EDGETESTING☐USA.MOBI | UNDETERMINED | | UNDETERMINED |
| 61.72. | EDGETESTINGUSA.NET | UNDETERMINED | | UNDETERMINED |
| 61.73. | EDGETESTING☐USA.NET | UNDETERMINED | | UNDETERMINED |
| 61.74. | EDGETESTINGUSA.ORG | UNDETERMINED | | UNDETERMINED |
| 61.75. | EDGETESTING☐USA.ORG | UNDETERMINED | | UNDETERMINED |
| 61.76. | EDGETESTINGUSA.SHOP | UNDETERMINED | | UNDETERMINED |
| 61.77. | EDGETESTINGUSA.SITE | UNDETERMINED | | UNDETERMINED |
| 61.78. | EDGETESTINGUSA.TECH | UNDETERMINED | | UNDETERMINED |
| 61.79. | EDGETESTINGUSA.TODAY | UNDETERMINED | | UNDETERMINED |
| 61.80. | EDGETESTINGUSA.US | UNDETERMINED | | UNDETERMINED |
| 61.81. | EDGETESTINGUSA.XYZ | UNDETERMINED | | UNDETERMINED |
| 61.82. | EDGETESTS.COM | UNDETERMINED | | UNDETERMINED |
| 61.83. | EDGETESTSERVICES.COM | UNDETERMINED | | UNDETERMINED |
| 61.84. | EDGETESTUSA.COM | UNDETERMINED | | UNDETERMINED |
| 61.85. | EDGETESTUSA.BIZ | UNDETERMINED | | UNDETERMINED |
| 61.86. | EDGETESTUSA.CLUB | UNDETERMINED | | UNDETERMINED |
| 61.87. | EDGETESTUSA.COM | UNDETERMINED | | UNDETERMINED |
| 61.88. | EDGETEST☐USA.COM | UNDETERMINED | | UNDETERMINED |
| 61.89. | EDGE☐TESTUSA.COM | UNDETERMINED | | UNDETERMINED |

Debtor     Strike, LLC

(Name)

Case Number (if known)     21-90054

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.  INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.90.   EDGETESTUSA.INFO | UNDETERMINED | | UNDETERMINED |
| 61.91.   EDGETESTUSA.IO | UNDETERMINED | | UNDETERMINED |
| 61.92.   EDGETESTUSA.ME | UNDETERMINED | | UNDETERMINED |
| 61.93.   EDGETESTUSA.NET | UNDETERMINED | | UNDETERMINED |
| 61.94.   EDGETESTUSA.ONLINE | UNDETERMINED | | UNDETERMINED |
| 61.95.   EDGETESTUSA.ORG | UNDETERMINED | | UNDETERMINED |
| 61.96.   EDGETESTUSA.SHOP | UNDETERMINED | | UNDETERMINED |
| 61.97.   EDGETESTUSA.SITE | UNDETERMINED | | UNDETERMINED |
| 61.98.   EDGETESTUSA.STORE | UNDETERMINED | | UNDETERMINED |
| 61.99.   EDGETESTUSA.TECH | UNDETERMINED | | UNDETERMINED |
| 61.100.   EDGETESTUSA.TODAY | UNDETERMINED | | UNDETERMINED |
| 61.101.   EDGETESTUSA.XYZ | UNDETERMINED | | UNDETERMINED |
| 61.102.   ETAPCONSTRUCTION.COM | UNDETERMINED | | UNDETERMINED |
| 61.103.   ETAPLLC.COM | UNDETERMINED | | UNDETERMINED |
| 61.104.   IAMSTRIKE.COM | UNDETERMINED | | UNDETERMINED |
| 61.105.   IAMSTRIKE.NET | UNDETERMINED | | UNDETERMINED |
| 61.106.   IAMSTRIKE.ORG | UNDETERMINED | | UNDETERMINED |
| 61.107.   LAKEMONT.WS | UNDETERMINED | | UNDETERMINED |
| 61.108.   MYSTRIKEENERGY.CO | UNDETERMINED | | UNDETERMINED |
| 61.109.   MYSTRIKEENERGY.NET | UNDETERMINED | | UNDETERMINED |
| 61.110.   MYSTRIKEENERGY.ORG | UNDETERMINED | | UNDETERMINED |
| 61.111.   MYSTRIKEENERGY.US | UNDETERMINED | | UNDETERMINED |
| 61.112.   PICKETSYSTEM.COM | UNDETERMINED | | UNDETERMINED |
| 61.113.   PICKETSYSTEM.NET | UNDETERMINED | | UNDETERMINED |
| 61.114.   PICKETTMEASUREMENT.COM | UNDETERMINED | | UNDETERMINED |
| 61.115.   PICKETTMEASUREMENTS.COM | UNDETERMINED | | UNDETERMINED |
| 61.116.   PICKETTSYSTEMS.COM | UNDETERMINED | | UNDETERMINED |
| 61.117.   RAS☐PIPELINE.US | UNDETERMINED | | UNDETERMINED |
| 61.118.   R☐RCONTRACTORS.COM | UNDETERMINED | | UNDETERMINED |
| 61.119.   STRIKE.CC | UNDETERMINED | | UNDETERMINED |
| 61.120.   STRIKE.EMAIL | UNDETERMINED | | UNDETERMINED |
| 61.121.   STRIKE.ENERGY | UNDETERMINED | | UNDETERMINED |
| 61.122.   STRIKE.XXX | UNDETERMINED | | UNDETERMINED |
| 61.123.   STRIKECON.COM | UNDETERMINED | | UNDETERMINED |
| 61.124.   STRIKECONST.COM | UNDETERMINED | | UNDETERMINED |
| 61.125.   STRIKECONSTRUCTION.COM | UNDETERMINED | | UNDETERMINED |
| 61.126.   STRIKECONSTRUCTION.XXX | UNDETERMINED | | UNDETERMINED |
| 61.127.   STRIKECORP.COM | UNDETERMINED | | UNDETERMINED |
| 61.128.   STRIKEENERGY.CC | UNDETERMINED | | UNDETERMINED |
| 61.129.   STRIKEENERGY.CO | UNDETERMINED | | UNDETERMINED |
| 61.130.   STRIKE☐ENERGY.COM | UNDETERMINED | | UNDETERMINED |
| 61.131.   STRIKEENERGY.NET | UNDETERMINED | | UNDETERMINED |

Debtor        Strike, LLC
              (Name)                                              Case Number (if known)   21-90054

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.132.  STRIKEENERGY.US | UNDETERMINED | | UNDETERMINED |
| 61.133.  STRIKEENERGY.WS | UNDETERMINED | | UNDETERMINED |
| 61.134.  STRIKEENERGYSERVICES.COM | UNDETERMINED | | UNDETERMINED |
| 61.135.  STRIKEENTERPRISES.COM | UNDETERMINED | | UNDETERMINED |
| 61.136.  STRIKEESP.COM | UNDETERMINED | | UNDETERMINED |
| 61.137.  STRIKELLC.CC | UNDETERMINED | | UNDETERMINED |
| 61.138.  STRIKELLC.CO | UNDETERMINED | | UNDETERMINED |
| 61.139.  STRIKELLC.NET | UNDETERMINED | | UNDETERMINED |
| 61.140.  STRIKELLC.US | UNDETERMINED | | UNDETERMINED |
| 61.141.  STRIKELLC.WS | UNDETERMINED | | UNDETERMINED |
| 61.142.  STRIKENA.COM | UNDETERMINED | | UNDETERMINED |
| 61.143.  STRIKEOS.COM | UNDETERMINED | | UNDETERMINED |
| 61.144.  STRIKEPIPE.COM | UNDETERMINED | | UNDETERMINED |
| 61.145.  STRIKEPIPELINE.COM | UNDETERMINED | | UNDETERMINED |
| 61.146.  STRIKESERV.COM | UNDETERMINED | | UNDETERMINED |
| 61.147.  STRIKETESTING.COM | UNDETERMINED | | UNDETERMINED |
| 61.148.  STRIKEUS.CO | UNDETERMINED | | UNDETERMINED |
| 61.149.  STRIKEUS.NET | UNDETERMINED | | UNDETERMINED |
| 61.150.  STRIKEUS.ORG | UNDETERMINED | | UNDETERMINED |
| 61.151.  STRIKEUSA.COM | UNDETERMINED | | UNDETERMINED |
| 61.152.  STRIKEUSA.INFO | UNDETERMINED | | UNDETERMINED |
| 61.153.  STRIKEUSA.NET | UNDETERMINED | | UNDETERMINED |
| 61.154.  STRIKEUSA.ORG | UNDETERMINED | | UNDETERMINED |
| 61.155.  STRIKEUSA.US | UNDETERMINED | | UNDETERMINED |
| 61.156.  STRIKEUSA.XXX | UNDETERMINED | | UNDETERMINED |
| 61.157.  STRIKEUSAAPPS.CO | UNDETERMINED | | UNDETERMINED |
| 61.158.  STRIKEUSAAPPS.COM | UNDETERMINED | | UNDETERMINED |
| 61.159.  STRIKEUSAAPPS.NET | UNDETERMINED | | UNDETERMINED |
| 61.160.  STRIKEUSAAPPS.ORG | UNDETERMINED | | UNDETERMINED |
| 61.161.  STRIKEZERO.COM | UNDETERMINED | | UNDETERMINED |
| 61.162.  STRIKE☐ZERO.COM | UNDETERMINED | | UNDETERMINED |
| 61.163.  STRIKEZERO.INFO | UNDETERMINED | | UNDETERMINED |
| 61.164.  STRIKEZERO.NET | UNDETERMINED | | UNDETERMINED |
| 61.165.  STRIKEZERO.ORG | UNDETERMINED | | UNDETERMINED |
| 61.166.  STRIKEZERO.US | UNDETERMINED | | UNDETERMINED |
| 61.167.  STRK.CC | UNDETERMINED | | UNDETERMINED |
| 61.168.  STRK.CO | UNDETERMINED | | UNDETERMINED |
| 61.169.  STRK.US | UNDETERMINED | | UNDETERMINED |
| 61.170.  STRK.WS | UNDETERMINED | | UNDETERMINED |
| 61.171.  STRKE.CO | UNDETERMINED | | UNDETERMINED |
| 61.172.  STRKE.INFO | UNDETERMINED | | UNDETERMINED |
| 61.173.  STRKE.NET | UNDETERMINED | | UNDETERMINED |

Debtor      Strike, LLC                                                    Case Number (if known)   21-90054
            (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.174. | STRKE.ORG | UNDETERMINED | | UNDETERMINED |
| 61.175. | STRKE.US | UNDETERMINED | | UNDETERMINED |
| 61.176. | STRLKE.CO | UNDETERMINED | | UNDETERMINED |
| 61.177. | STRLKE.COM | UNDETERMINED | | UNDETERMINED |
| 61.178. | STRLKE.NET | UNDETERMINED | | UNDETERMINED |
| 61.179. | STRLKE.ORG | UNDETERMINED | | UNDETERMINED |
| 61.180. | STRLKE.US | UNDETERMINED | | UNDETERMINED |
| 61.181. | STRLKEINC.COM | UNDETERMINED | | UNDETERMINED |
| 61.182. | STRLKEUSA.BIZ | UNDETERMINED | | UNDETERMINED |
| 61.183. | STRLKEUSA.CO | UNDETERMINED | | UNDETERMINED |
| 61.184. | STRLKEUSA.INFO | UNDETERMINED | | UNDETERMINED |
| 61.185. | STRLKEUSA.MOBI | UNDETERMINED | | UNDETERMINED |
| 61.186. | STRLKEUSA.NET | UNDETERMINED | | UNDETERMINED |
| 61.187. | STRLKEUSA.ORG | UNDETERMINED | | UNDETERMINED |
| 61.188. | STRLKEUSA.US | UNDETERMINED | | UNDETERMINED |
| 61.189. | STRSRV.COM | UNDETERMINED | | UNDETERMINED |
| 61.190. | STRUKE.CO | UNDETERMINED | | UNDETERMINED |
| 61.191. | STRUKE.INFO | UNDETERMINED | | UNDETERMINED |
| 61.192. | STRUKE.NET | UNDETERMINED | | UNDETERMINED |
| 61.193. | STRUKE.ORG | UNDETERMINED | | UNDETERMINED |
| 61.194. | STRUKE.US | UNDETERMINED | | UNDETERMINED |
| 61.195. | TEMPBOLTCO.COM | UNDETERMINED | | UNDETERMINED |
| 61.196. | THEPATECOMPANIES.COM | UNDETERMINED | | UNDETERMINED |
| 61.197. | THESTRIKEENERGY.COM | UNDETERMINED | | UNDETERMINED |
| 61.198. | WEARESTRIKE.CO | UNDETERMINED | | UNDETERMINED |
| 61.199. | WEARESTRIKE.COM | UNDETERMINED | | UNDETERMINED |
| 61.200. | WEARESTRIKE.NET | UNDETERMINED | | UNDETERMINED |
| 61.201. | WEARESTRIKE.ORG | UNDETERMINED | | UNDETERMINED |
| 61.202. | WEARESTRIKE.US | UNDETERMINED | | UNDETERMINED |
| 61.203. | WEARESTRIKES.COM | UNDETERMINED | | UNDETERMINED |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1. | CUSTOMER RELATIONS | UNDETERMINED | | UNDETERMINED |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.** | **GOODWILL** | | | |
| 65.1. | GOODWILL | UNDETERMINED | | UNDETERMINED |
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

Debtor    Strike, LLC                                          Case number (if known)    21-90054

(Name)

---

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☒ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **NONE** | |
| **72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| 72.1.    TEXAS R&D ACTIVITIES CREDIT                    Tax year    2020 | $1,088,403.16 |
| **73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| **NONE** | |
| **74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| 74.1.    ASI AVIATION, LLC, AIRCRAFT CHARTER & MANAGEMENT SERVICES, LLC AND JUSTIN SMITH | UNDETERMINED |
| Nature of claim    BREACH OF A SETTLEMENT AGREEMENT/SUIT | |
| Amount requested    $366,165.23 (PLUS ATTORNEYS' FEES, COSTS AND PRE- AND POST-JUDGMENT INTEREST) | |
| 74.2.    BNP PETROLEUM CORPORATION | UNDETERMINED |
| Nature of claim    CLAIM AS AN UNSECURED CREDITOR | |
| Amount requested    $1,047.00 | |
| 74.3.    CHEMTEX INTERNATIONAL INC. | UNDETERMINED |
| Nature of claim    CLAIM AS AN UNSECURED CREDITOR | |
| Amount requested    $201,537.25 | |
| 74.4.    EZRA LEE | UNDETERMINED |
| Nature of claim    BREACH OF CONTRACT | |
| Amount requested    IN EXCESS OF $1M | |
| 74.5.    GW RIDGE, LLC, CHRISTOPHER G. WILLIAMS, AND JUSTIN BALLARD | UNDETERMINED |
| Nature of claim    BREACH OF CONTRACT | |
| Amount requested    UNKNOWN | |
| 74.6.    INTERTEK ASSET INTEGRITY MANAGEMENT, INC. | UNDETERMINED |
| Nature of claim    BREACH OF CONTRACT AND NEGLIGENCE | |
| Amount requested    $50,000.00 | |

---

| | Current value of debtor's interest |
|---|---|
| **74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| 74.7.   LINN ENERGY, LLC | UNDETERMINED |
| **Nature of claim**    CLAIM AS AN UNSECURED CREDITOR | |
| **Amount requested**    $5,211.37 | |
| 74.8.   SANDY CREEK FARMS, STEVE BARRINGTON, ET AL. | UNDETERMINED |
| **Nature of claim**    TORTIOUS INTERFERENCE WITH A CONTRACT | |
| **Amount requested**    IN EXCESS OF $1M | |
| 74.9.   TURN KEY SPECIALISTS | UNDETERMINED |
| **Nature of claim**    BREACH OF A SETTLEMENT AGREEMENT/SUIT | |
| **Amount requested**    $1,681,699.94 (PLUS ATTORNEYS' FEES, COSTS AND PRE- AND POST-JUDGMENT INTEREST) | |
| **75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| 75.1.   OTHER CONTINGENT & UNLIQUIDATED CLAIMS | UNKNOWN |
| **Nature of claim**    UNKNOWN | |
| **Amount requested**    UNKNOWN | |
| **76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **NONE** | |
| **77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1.   GOLF CLUB OF HOUSTON MEMBERSHIP | UNDETERMINED |
| 77.2.   HOUSTON LIVESTOCK AND RODEO SUITE | UNDETERMINED |
| 77.3.   HOUSTON TEXAS SUITE | UNDETERMINED |
| 77.4.   THE CLUB AT CARLTON WOODS MEMBERSHIP | UNDETERMINED |
| **78 Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $1,088,403.16 |
| **79. Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☒ No ☐ Yes | |

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10,636,307.80 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $4,759,781.58 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $68,785,264.41 | |
| **83. Investments.** *Copy line 17, Part 4.* | $30,583,442.49 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $22,684,030.27 | |

| | | | |
|---|---|---|---|
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,946,854.67 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $29,433,378.72 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $8,842,395.36 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.*    **+** | $1,088,403.16 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $186,917,463.10   **+** 91b. | $8,842,395.36 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . | | $195,759,858.46 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Strike, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90054 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.   **1.   Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
BB&T EQUIPMENT FINANCE CORPORATION

**Creditor's mailing address**
600 WASHINGTON AVE
SUITE 201
TOWSON, MD  21204

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED          UNDETERMINED

**2.2**

**Creditor's name**
BROWNSVILLE NAVIGATION DISTRICT OF CAMERON COUNTY, TEXAS

**Creditor's mailing address**
1000 FOUST ROAD
BROWNSVILLE, TX  78521

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED          UNDETERMINED

Debtor     Strike, LLC

(Name)                                        Case number (if known)   21-90054

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.3 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**2.3**

**Creditor's name**
CITIZENS STATE BANK

**Creditor's mailing address**
1118 MAIN AVENUE SOUTH
ROSEAU, MN  56751

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

---

**2.4**

**Creditor's name**
COMMUNITYBANK OF TEXAS

**Creditor's mailing address**
5999 DELAWARE
BEAUMONT, TX  77706

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

---

**2.5**

**Creditor's name**
CORPORATION SERVICE COMPANY

**Creditor's mailing address**
P.O. BOX 2576
SPRINGFIELD, IL  62708

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

Debtor    Strike, LLC
          _____
          (Name)

Case number (if known)    21-90054

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.6 | **Creditor's name**<br>DEERE DIRECT, INC.<br><br>**Creditor's mailing address**<br>6400 NW 86TH ST.<br>JOHNSTON, IA 50131<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

| 2.7 | **Creditor's name**<br>FLEXTG FINANCIAL SERVICES<br><br>**Creditor's mailing address**<br>800 WALNUT STREET<br>DES MOINES, IA 50309<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

| 2.8 | **Creditor's name**<br>GE CAPITAL COMMERCIAL, INC.<br><br>**Creditor's mailing address**<br>P.O. BOX 35713<br>BILLINGS, MT 59107<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.9 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |

2.9

**Creditor's name**
GE CF TRUST

**Creditor's mailing address**
PO BOX 35713
BILLINGS, MT  59107

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED
Value of collateral: UNDETERMINED

---

2.10

**Creditor's name**
GE EQUIPMENT SMALL TICKET, LLC

**Creditor's mailing address**
P.O. BOX 35701
BILLINGS, MT  59107

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED
Value of collateral: UNDETERMINED

---

2.11

**Creditor's name**
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY

**Creditor's mailing address**
6400 NW 86TH ST.
JOHNSTON, IA  50131

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED
Value of collateral: UNDETERMINED

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.12** | **Creditor's name**<br>KOMATSU FINANCIAL LIMITED PARTNERSHIP<br><br>**Creditor's mailing address**<br>1701 W. GOLD RD.<br>SUITE 1-300<br>ROLLING MEADOWS, IL  60008<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: N/A**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |
| **2.13** | **Creditor's name**<br>LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT - ON BEHALF OF ITSELF AND THE LENDERS UNDER THE ABL CREDIT AGREEMENT<br><br>**Creditor's mailing address**<br>450 LEXINGTON AVENUE, 40TH FLOOR<br>NEW YORK, NY  10017<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: N/A**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>  1.    LIGHTSHIP CAPITAL II LLC, AS ADMIN AGT<br>  2.    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMIN AGT | **Describe debtor's property that is subject to a lien**<br>11/30/2016; SENIOR LOAN FACILITY; SUBSTANTIALLY ALL ASSETS OF THE DEBTOR, EXCLUDING CERTAIN EXCLUDED ASSETS (AS DEFINED IN THE PREPETITION SENIOR LOAN AGREEMENT)<br><br>**Describe the lien**<br>SENIOR PRIORITY - ABL CREDIT AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86,600,000.00 | UNDETERMINED |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.14 | **Creditor's name** MARIMON BUSINESS SYSTEMS, INC | **Describe debtor's property that is subject to a lien** ASSETS LISTED IN UCC FILING | UNDETERMINED | UNDETERMINED |
| | **Creditor's mailing address** 7300 GESSNER RD HOUSTON, TX  77040 | **Describe the lien** UCC LIEN | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** VARIOUS | | | |
| | **Last 4 digits of account number:** N/A | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☒ Unliquidated ☒ Disputed | | |

| 2.15 | **Creditor's name** MARQUETTE EQUIPMENT FINANCE, LLC | **Describe debtor's property that is subject to a lien** ASSETS LISTED IN UCC FILING | UNDETERMINED | UNDETERMINED |
| | **Creditor's mailing address** 6975 UNION PARK CENTER SUITE 200 MIDVALE, UT  84047 | **Describe the lien** UCC LIEN | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** VARIOUS | | | |
| | **Last 4 digits of account number:** N/A | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☒ Unliquidated ☒ Disputed | | |

| 2.16 | **Creditor's name** MERCHANTS AUTOMOTIVE GROUP, INC | **Describe debtor's property that is subject to a lien** ASSETS LISTED IN UCC FILING | UNDETERMINED | UNDETERMINED |
| | **Creditor's mailing address** 1278 HOOKSETT RD HOOKSETT, NH  03106 | **Describe the lien** UCC LIEN | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** VARIOUS | | | |
| | **Last 4 digits of account number:** N/A | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☒ Unliquidated ☒ Disputed | | |

Debtor   Strike, LLC

(Name)

Case number (if known) 21-90054

| Part 1: | Additional Page |
|---------|-----------------|

|  | Column A | Column B |
|--|----------|----------|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* | |

**2.17**

**Creditor's name**
NORTH CENTRAL RENTAL & LEASING, LLC

**Creditor's mailing address**
3401 33RD ST S
FARGO, ND  58104

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED — UNDETERMINED

**2.18**

**Creditor's name**
NTS MIKEDON, LLC (DBA) NATIONAL TRENCH SAFETY

**Creditor's mailing address**
260 N SAM HOUSTON PKWY EAST
SUITE 200
HOUSTON, TX  77060

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED — UNDETERMINED

**2.19**

**Creditor's name**
PACIFIC WESTERN EQUIPMENT FINANCE

**Creditor's mailing address**
6975 UNION PARK CENTER
SUITE 200
COTTONWOOD HEIGHTS, UT  84047

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED — UNDETERMINED

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.20**

**Creditor's name**
PEOPLE'S CAPITAL AND LEASING CORP.

**Creditor's mailing address**
255 BANK ST.
WATERBURY, CT  06702

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED
Value of collateral: UNDETERMINED

**2.21**

**Creditor's name**
PEOPLE'S CAPITAL AND LEASING CORP.

**Creditor's mailing address**
850 MAIN STREET BC03/RC871
BRIDGEPORT, CT  06604

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED
Value of collateral: UNDETERMINED

**2.22**

**Creditor's name**
PNC EQUIPMENT FINANCE, LLC

**Creditor's mailing address**
655 BUSINESS CENTER DRIVE
HORSHAM, PA  19044

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED
Value of collateral: UNDETERMINED

Debtor    Strike, LLC

(Name)

Case number (if known)   21-90054

| Part 1: | Additional Page |
| --- | --- |

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.23**

**Creditor's name**
RDO EQUIPMENT CO

**Creditor's mailing address**
700 7TH ST SOUTH
FARGO, ND  58103

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED    UNDETERMINED

**2.24**

**Creditor's name**
RED-D-ARC INC

**Creditor's mailing address**
685 LEE INDUSTRIAL BLVD
AUSTELL, GA  30168

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED    UNDETERMINED

**2.25**

**Creditor's name**
ROMCO EQUIPMENT CO. LLC

**Creditor's mailing address**
P.O. BOX 560248
DALLAS, TX  75356-0248

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED    UNDETERMINED

Debtor    Strike, LLC
(Name)

Case number (if known)    21-90054

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* | |

**2.26**

**Creditor's name**
RUDD EQUIPMENT COMPANY

**Creditor's mailing address**
4344 POPLAR LEVEL RD.
LOUISVILLE, KY  40213

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED          UNDETERMINED

**2.27**

**Creditor's name**
SIGNATURE BUSINESS LEASING LLC

**Creditor's mailing address**
12100 NE 195TH ST
SUITE 315
BOTHELL, WA  98011

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED          UNDETERMINED

**2.28**

**Creditor's name**
SIGNATURE BUSINESS LEASING, LLC

**Creditor's mailing address**
225 BROADHOLLOW RD
SUITE 132
MELVILLE, NY  11747

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED          UNDETERMINED

Debtor   Strike, LLC
(Name)

Case number (if known)  21-90054

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.29**

**Creditor's name**
SOMERSET CAPITAL GROUP, LTD

**Creditor's mailing address**
612 WHEELERS FARMS ROAD
MILFORD, CT  06461

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED     UNDETERMINED

**2.30**

**Creditor's name**
SOMERSET EQUIPMENT FINANCE COMPANY, INC

**Creditor's mailing address**
612 WHEELERS FARMS ROAD
MILFORD, CT  06461

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED     UNDETERMINED

**2.31**

**Creditor's name**
SOMERSET LEASING CORP.

**Creditor's mailing address**
612 WHEELERS FARMS ROAD
MILFORD, CT  06461

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED     UNDETERMINED

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|--------|-------------|------------------------|----------|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.32 | **Creditor's name**<br>SUMMIT FUNDING GROUP, INC<br><br>**Creditor's mailing address**<br>4680 PARKWAY DRIVE<br>SUITE 300<br>MASON, OH  45040<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

| 2.33 | **Creditor's name**<br>UNITED BANK<br><br>**Creditor's mailing address**<br>225 ASYLUM ST<br>HARTFORD, CT  06461<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

| 2.34 | **Creditor's name**<br>VFI KR SPE I LLC<br><br>**Creditor's mailing address**<br>6340 SOUTH 3000 EAST<br>SUITE 400<br>SALT LAKE CITY, UT  84121<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.35**

**Creditor's name**
VFS LEASING CO.

**Creditor's mailing address**
P.O. BOX 26131
GREENSBORO, NC 27402

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED    Value of collateral: UNDETERMINED

---

**2.36**

**Creditor's name**
WELLS FARGO BANK

**Creditor's mailing address**
P.O. BOX 1111
MT LAUREL, NJ 08054

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED    Value of collateral: UNDETERMINED

---

**2.37**

**Creditor's name**
WELLS FARGO EQUIPMENT FINANCE, INC

**Creditor's mailing address**
600 SOUTH 4TH STREET
MINNEAPOLIS, MN 55415

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED    Value of collateral: UNDETERMINED

| Part 1: | Additional Page |
|---|---|

|  |  |  | Column A | Column B |
|---|---|---|---|---|
|  |  |  | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.38** **Creditor's name**
WELLS FARGO EQUIPMENT FINANCE, INC

**Creditor's mailing address**
733 MARQUETTE AVE
SUITE 700
MINNEAPOLIS, MN 55402

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED    UNDETERMINED

**2.39** **Creditor's name**
WELLS FARGO EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
1540 W. FOUNTAINHEAD PARKWAY
TEMPE, AZ 85282

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED    UNDETERMINED

Debtor    Strike, LLC

(Name)

Case number (if known) 21-90054

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Column A | Column B |
| --- | --- | --- | --- | --- |
|  |  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  |  | Do not deduct the value of collateral. |  |

**2.40**

**Creditor's name**
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT - ON BEHALF OF ITSELF AND THE LENDERS UNDER THE TERM LOAN AGREEMENT

**Creditor's mailing address**
1100 NORTH MARKET STREET
WILMINGTON, DE  19890

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　　Specify each creditor, including this creditor, and its relative priority.
　　1.　LIGHTSHIP CAPITAL II LLC, AS ADMIN AGT
　　2.　WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMIN AGT

**Describe debtor's property that is subject to a lien**
11/30/2016; JUNIOR LOAN FACILITY; SUBSTANTIALLY ALL ASSETS OF THE DEBTOR, OTHER THAN CERTAIN EXCLUDED ASSETS (AS DEFINED IN THE PREPETITION JUNIOR LOAN AGREEMENT)

**Describe the lien**
JUNIOR PRIORITY - TERM LOAN AGREEMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$260,730,000.00    UNDETERMINED

---

**2.41**

**Creditor's name**
WINTRUST COMMERICAL FINANCE, A DIVISION OF WINTRUST ASSET FINANCE INC.

**Creditor's mailing address**
3201 DALLAS PKWY.
SUITE 800
FRISCO, TX  77380

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED    UNDETERMINED

Debtor    Strike, LLC _____    Case number (if known) 21-90054
          (Name)

| Part 1: | Additional Page |
|---|---|

|  |  | | Column A | Column B |
|---|---|---|---|---|
|  |  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | | *Do not deduct the value of collateral.* | |

**2.42**

**Creditor's name**
WYOMING MACHINERY COMPANY

**Creditor's mailing address**
P.O. BOX 2335
CASPER, WY 82602

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNDETERMINED     Column B: UNDETERMINED

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $347,330,000.00 |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| LIGHTSHIP CAPITAL II LLC<br>STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | Line 2.13 | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019 | Line 2.40 | |

| Fill in this information to identify the case: |
|---|

| Debtor | Strike, LLC |
|---|---|

| United States Bankruptcy Court for the: | Southern District of Texas |
|---|---|

| Case number (if known) | 21-90054 |
|---|---|

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ADAMS COUNTY TREASURER<br>4430 S ADAMS COUNTY PKWY, STE W1000<br>BRIGHTON, CO  80601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>ALABAMA DEPARTMENT OF TRANSPORTATION<br>1409 COLISEUM BLVD<br>MONTGOMERY, AL  36110<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>ALABAMA LICENSE BOARD FOR GENERAL CONTRACTORS<br>2525 FAIRLANE DR<br>MONTGOMERY, AL  36116<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor | Strike, LLC | Case number (if known) | 21-90054
(Name)

| Part 1: | Additional Page |

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.4 | **Priority creditor's name and mailing address**<br><br>AL-DEPARTMENT OF REVENUE<br>615 FORREST AVE A<br>EAST BREWTON, AL  36426<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.5 | **Priority creditor's name and mailing address**<br><br>ANN HARRIS BENNETT TAX ASSESSOR<br>1001 PRESTON ST<br>HOUSTON, TX  77002<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.6 | **Priority creditor's name and mailing address**<br><br>API PROCESSING - LICENSING, INC.<br>3419 GALT OCEAN DRIVE, SUITE A<br>FORT LAUDERDALE, FL  33308<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.7 | **Priority creditor's name and mailing address**<br><br>ARIZONA REGISTRAR OF CONTRACTORS<br>1700 W. WASHINGTON ST. SUITE 105<br>PHOENIX, AZ  85007-2812<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.8 | **Priority creditor's name and mailing address**<br><br>BARBERS HILL ISD<br>PO BOX 1108<br>MONT BELVIEU, TX  77580<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

**Part 1:**    **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.9**    **Priority creditor's name and mailing address**

BLACKFEET NATION
PO BOX 850
BROWNING, MT 59417

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.10**    **Priority creditor's name and mailing address**

BOARD OF PROFESSIONAL ENGINEERS AND LAND
SURVEYORS
1917 S. INTERSTATE 35
AUSTIN, TX 78741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.11**    **Priority creditor's name and mailing address**

BOHAC, STEVEN
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,400.00    Priority amount: $9,400.00

---

**2.12**    **Priority creditor's name and mailing address**

BOLTON, KEVIN
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.13**    **Priority creditor's name and mailing address**

CA EMPLOYMENT DEVELOPMENT DEPT
ATTN LEGAL OFFICE
800 CAPITAL MALL, MIC 53
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Strike, LLC
(Name)

Case number (if known)    21-90054

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.14** | Priority creditor's name and mailing address

CADDO PARISH SHERIFF'S OFFICE TAX DEPT
505 TRAVIS ST, 7TH FL
SHREVEPORT, LA 71101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.15** | Priority creditor's name and mailing address

CALIFORNIA SECRETARY OF STATE
PO BOX 826880
SACRAMENTO, CA 94280-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.16** | Priority creditor's name and mailing address

CANADIAN COUNTY TREASURER
201 N. CHOCTAW
EL RENO, OK 73036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.17** | Priority creditor's name and mailing address

CITY OF ATHENS
P.O. BOX 1089
ATHENS, AL 35612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.18** | Priority creditor's name and mailing address

CITY OF CORPUS CHRISTI
PO BOX 9257
CORPUS CHRISTI, TX 78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor   Strike, LLC
         (Name)

Case number (if known)   21-90054

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.19** | **Priority creditor's name and mailing address**

CITY OF EL CAMPO TEXAS
315 E. JACKSON ST.
EL CAMPO, TX  77437

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.20** | **Priority creditor's name and mailing address**

CITY OF HOMEWOOD
2850 19TH ST S
HOMEWOOD, AL  35209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.21** | **Priority creditor's name and mailing address**

CITY OF HOT SPRINGS
133 CONVENTION BOULEVARD
HOT SPRINGS NATIONAL PARK, AR  71901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.22** | **Priority creditor's name and mailing address**

CITY OF JEFFERSONVILLE
500 QUARTERMASTER COURT
SUITE 250
JEFFERSONVILLE, IN  47130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.23** | **Priority creditor's name and mailing address**

CITY OF LAFAYETTE
200 E LOCUST ST
LAFAYETTE, TN  37083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.24**

**Priority creditor's name and mailing address**

CITY OF MACON COUNTY
104 COUNTY COURTHOUSE
LAFAYETTE, TN  37083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.25**

**Priority creditor's name and mailing address**

CITY OF MOREHEAD - DIRECTOR OF FINANCE
PO BOX 490
MOREHEAD, KY  40351

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.26**

**Priority creditor's name and mailing address**

CITY OF NEDERLAND
207 N 12TH ST
NEDERLAND, TX  77627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.27**

**Priority creditor's name and mailing address**

CITY OF PORT ARTHUR
444 4TH STREET
PORT ARTHUR, TX  77640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.28**

**Priority creditor's name and mailing address**

CITY OF SHARON
155 WEST CONNELLY BOULEVARD
SHARON, PA  16146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.29**

**Priority creditor's name and mailing address**

CITY OF SHREVEPORT-AV-TAX
505 TRAVIS ST, STE 120
SHREVPORT, LA  71101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.30**

**Priority creditor's name and mailing address**

CITY OF TUSCALOOSA REVENUE DIVISION
P.O. BOX 2089
TUSCALOOSA, AL  35403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.31**

**Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF PUBLIC SAFETY
700 KIPLING ST
1000
LAKEWOOD, CO  80215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.32**

**Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST
DENVER, CO  80261

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.33**

**Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF TRANSPORTATION
2829 W. HOWARD PL.
DENVER, CO  80204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.34**

Priority creditor's name and mailing address

CONNECTICUT SECRETARY OF THE STATE
165 CAPITOL AVE.
SUITE 1000
HARTFORD, CT  06115-0470

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.35**

Priority creditor's name and mailing address

COOPER, JAMES
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,650.00   Priority amount: $13,650.00

---

**2.36**

Priority creditor's name and mailing address

CORPUS CHRISTI ELECTRIC CO
PO BOX 2884
CORPUS CHRISTI, TX  78403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.37**

Priority creditor's name and mailing address

CORPUS CHRISTI EQUIPMENT CO
PO BOX 4125
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.38**

Priority creditor's name and mailing address

DAVID PIWONKA - CY-FAIR ISD TAX ASSESSOR
10494 JONES RD, SUITE 106
HOUSTON, TX  77065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.39** 

**Priority creditor's name and mailing address**

DELAWARE SECRETARY OF STATE
401 FEDERAL ST, STE 4
DOVER, DE  19901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.40** 

**Priority creditor's name and mailing address**

DENISE HUTTER, TAX ASSESSOR/COLLECTOR
CHAMBERS COUNTY TAX OFFICE
PO BOX 519
ANAHUAC, TX  77514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.41** 

**Priority creditor's name and mailing address**

DIVISION OF FIRE SAFETY
1311 US ROUTE 302 SUITE  600
BARRE, VT  5641

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.42** 

**Priority creditor's name and mailing address**

DURFIELD, JOCELYN
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,650.00     Priority amount: $13,650.00

---

**2.43** 

**Priority creditor's name and mailing address**

EDDY COUNTY TREASURER
101 W. GREENE, SUITE 117
CARLSBAD, NM  88220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

Debtor    Strike, LLC

(Name)

Case number (if known)    21-90054

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.44**  **Priority creditor's name and mailing address**

ESMARTPAYROLL
1879 LUNDY AVENUE, SUITE 266
SAN JOSE, CA  95131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.45**  **Priority creditor's name and mailing address**

FITZGERALD, DEWAYNE
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.46**  **Priority creditor's name and mailing address**

FLORIDA DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION
2601 BLAIR STONE ROAD
TALLAHASSEE, FL  32399

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.47**  **Priority creditor's name and mailing address**

FLORIDA DEPARTMENT OF STATE
R.A. GRAY BUILDING
500 SOUTH BRONOUGH STREET
TALLAHASSEE, FL  32399-0250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.48**  **Priority creditor's name and mailing address**

FLORIDA ELECTRIC AND CONSTRUCTION
1749 NORTHEAST
10TH TERRACE, UNITES 5, 7 & 8
CAPE CORAL, FL  33909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

Debtor    Strike, LLC                                    Case number (if known)    21-90054

(Name)

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.49**

**Priority creditor's name and mailing address**

FRIO COUNTY APPRAISAL DISTRICT
PO BOX 1129
PEARSALL, TX 78061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.50**

**Priority creditor's name and mailing address**

FRIO COUNTY TAX OFFICE
500 E. SAN ANTONIO ST. BOX 20
PEARSALL, TX 78061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.51**

**Priority creditor's name and mailing address**

G. BRIAN PATTERSON, REVENUE COMM
100 S. CLINTON STREET, STE. A
ATHENS, AL 35611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.52**

**Priority creditor's name and mailing address**

GA CONSTRUCTION INDUSTRY LICENSING
BOARD
237 COLISEUM DRIVE
MACON, GA 31217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.53**

**Priority creditor's name and mailing address**

GARCIA, CAMERON
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

| Debtor | Strike, LLC | | Case number (if known) | 21-90054 |
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.54 | **Priority creditor's name and mailing address**<br><br>GARY EARNEST - CAD OF TAYLOR COUNTY<br>PO BOX 1800<br>ABILENE, TX  79604<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.55 | **Priority creditor's name and mailing address**<br><br>GEORGIA CORPORATIONS DIVISION<br>2 MLK, JR. DRIVE<br>SUITE 313, FLOYD WEST TOWER<br>ATLANTA, GA  30334<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.56 | **Priority creditor's name and mailing address**<br><br>GEORGIA PROFESSIONAL LICENSING<br>BOARDS<br>237 COLISEUM DRIVE<br>MACON, GA  31217<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.57 | **Priority creditor's name and mailing address**<br><br>GOINES, ANGELA<br>ADDRESS REACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,650.00 | $13,650.00 |
| 2.58 | **Priority creditor's name and mailing address**<br><br>GRIMES CAD<br>PO BOX 489<br>ANDERSON, TX  77830<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor   Strike, LLC

(Name)

Case number (if known)   21-90054

| | | Total claim | Priority amount |
|---|---|---|---|

## Part 1:   Additional Page

**2.59** | **Priority creditor's name and mailing address**
HARRIS, AMY
ADDRESS REACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.60** | **Priority creditor's name and mailing address**
HAYMON, JAMES
ADDRESS REACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,887.40    Priority amount: $4,887.40

---

**2.61** | **Priority creditor's name and mailing address**
ILLINOIS SECRETARY OF STATE
501 S. SECOND ST., RM. 351
SPRINGFIELD, IL  62756

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.62** | **Priority creditor's name and mailing address**
INDIANA SECRETARY OF STATE
200 W WASHINGTON ST 210
INDIANAPOLIS, IN  46204

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.63** | **Priority creditor's name and mailing address**
INTERNAL REVENUE SERVICE
550 MAIN ST # 10
CINCINNATI, OH  45202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

Debtor   Strike, LLC
_____
(Name)

Case number (if known) 21-90054

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.64** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

IOWA DIVISION OF LABOR
1000 EAST GRAND AVENUE
DES MOINES, IA  50319-0209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.65** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN

IOWA SECRETARY OF STATE
321 E. 12TH ST.
DES MOINES, IA  50319

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.66** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN

JUDGE OF PROBATE PHENIX
P.O. BOX 700
PHENIX CITY, AL  36868

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.67** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN

KANSAS DEPARTMENT OF REVENUE
KANSAS INCOME TAX
PO BOX 750260
TOPEKA, KS  66699-0260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.68** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN

KENTUCKY DEPARTMENT OF HOUSING,
BUILDINGS
AND CONSTRUCTION
500 MERO STREET
FRANKFORT, KY  40601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Strike, LLC
          (Name)                                    Case number (if known)   21-90054

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.69** | Priority creditor's name and mailing address

KENTUCKY SECRETARY OF STATE
700 CAPITAL AVENUE
SUITE 152
FRANKFORT, KY 40601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.70** | Priority creditor's name and mailing address

KENTUCKY STATE TREASURER
500 MERO STREET
FRANKFORT, KY 40601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.71** | Priority creditor's name and mailing address

KEVIN CECIL SHERIFF OF MARSHALL COUNTY
P.O. BOX 648
MOUNDSVILLE, WV 26041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.72** | Priority creditor's name and mailing address

LA PLATA COUNTY TREASURER
P.O. BOX 912928
DENVER, CO 80291-2928

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.73** | Priority creditor's name and mailing address

LARRY VINCENT, COLE COUNTY COLLECTOR
311 E. HIGH STREET - ROOM 100
JEFFERSON CITY, MO 65101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**Part 1:** | **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.74**

Priority creditor's name and mailing address

LOUISIANA SECRETARY OF STATE
ATTN: R. KYLE ARDOIN
P.O. BOX 94125
BATON ROUGE, LA  70804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.75**

Priority creditor's name and mailing address

LOUISIANA STATE LICENSING
BOARD FOR
CONTRACTORS
600 NORTH STREET
BATON ROUGE, LA  70802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.76**

Priority creditor's name and mailing address

MARYLAND ASSESSMENT & TAXATION DEPT
301 W. PRESTON ST.
BALTIMORE, MD  21201-2395

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.77**

Priority creditor's name and mailing address

MAY L. BENDER NEWTON CO TAX
ASSESSOR
PO BOX 7
DECATUR, MS  39327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.78**

Priority creditor's name and mailing address

MEURER, GARY
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

Debtor   Strike, LLC
         (Name)

Case number (if known)   21-90054

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.79 | **Priority creditor's name and mailing address**<br><br>MICHIGAN DEPARTMENT OF LICENSING<br><br>REGULATORY AFFAIRS<br>611 W. OTTAWA<br>P.O. BOX 30004<br>LANSING, MS  48909<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.80 | **Priority creditor's name and mailing address**<br><br>MIDLAND CENTRAL APPRAISAL DISTRICT<br>PO BOX 908002<br>MIDLAND, TX  79708-0002<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.81 | **Priority creditor's name and mailing address**<br><br>MINNESOTA DEPARTMENT OF REVENUE<br>600 ROBERT ST N<br>ST PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.82 | **Priority creditor's name and mailing address**<br><br>MISSISSIPPI BOARD OF LICENSURE<br>PROFESSIONAL ENGINEERS AND<br>SURVEYORS<br>660 NORTH STREET SUITE 400<br>JACKSON, MS  39202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.83 | **Priority creditor's name and mailing address**<br><br>MISSISSIPPI DEPARTMENT OF REVENUE<br>PO BOX 1033<br>JACKSON, MS  39215-1033<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor    Strike, LLC                                    Case number (if known)    21-90054
         (Name)

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.84 | **Priority creditor's name and mailing address**<br><br>MISSISSIPPI DEPARTMENT OF TRANSPORTATION<br>401 NORTH WEST ST<br>JACKSON, MS  39201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  | UNKNOWN | UNKNOWN |
| 2.85 | **Priority creditor's name and mailing address**<br><br>MISSISSIPPI SECRETARY OF STATE<br>125 S. CONGRESS STREET<br>JACKSON, MS  39201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  | UNKNOWN | UNKNOWN |
| 2.86 | **Priority creditor's name and mailing address**<br><br>MISSISSIPPI STATE BOARD OF CONTRACTORS<br>P.O. BOX 320279<br>JACKSON, MS  39232<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  | UNKNOWN | UNKNOWN |
| 2.87 | **Priority creditor's name and mailing address**<br><br>MISSOURI DEPT OF REVENUE<br>TAXATION DIVISION<br>PO BOX 999<br>JEFFERSON CITY, MO  65108-0999<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  | UNKNOWN | UNKNOWN |
| 2.88 | **Priority creditor's name and mailing address**<br><br>MOBILE COUNTY LICENSE COMMISSION<br>P.O. BOX 161009<br>MOBILE, AL  36616<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  | UNKNOWN | UNKNOWN |

Debtor    Strike, LLC _____    Case number (if known) _21-90054_____

(Name)

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.89**

**Priority creditor's name and mailing address**

MONTANA DEPT OF LABOR IND.
P.O. BOX 8011
HELENA, MT  59604-8011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.90**

**Priority creditor's name and mailing address**

MONTANA SECRETARY OF STATE
MONTANA CAPITOL BUILDING
RM 260
HELENA, MT  59620-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.91**

**Priority creditor's name and mailing address**

MONTGOMERY COUNTY MUD #67
2455 LAKE ROBBINS DRIVE
THE WOODLANDS, TX  77380

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.92**

**Priority creditor's name and mailing address**

MONTGOMERY COUNTY TAX OFFICE
400 N. SAN JACINTO
CONROE, TX  77301-2823

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.93**

**Priority creditor's name and mailing address**

MOTOR CARRIERS KENTUCKY
200 MERO ST
FRANKFORT, KY  40601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

Debtor   Strike, LLC
         (Name)

Case number (if known) 21-90054

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.94** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN

NATRONA COUNTY TREASURER
P.O. BOX 2290
CASPER, WY 82601

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.95** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN

NEVADA SECRETARY OF STATE
101 N CARSON STREET SUITE 3
CARSON CITY, NV 89701

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.96** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN

NEVADA STATE CONTRACTORS BOARD
2310 CORPORATE CIRCLE, SUITE 200
HENDERSON, NV 89074

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.97** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN

NEW HAMPSHIRE SECRETARY OF STATE
STATE HOUSE, ROOM 204
107 N MAIN STREET
CONCORD, NH 03301

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.98** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN

NEW MEXICO SECRETARY OF STATE
325 DON GASPAR, SUITE 300
SANTA FE, NM 87501

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    Strike, LLC _____    Case Number (if known)    21-90054

(Name)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| | | | | |
|---|---|---|---|---|
| 2.99 | **Priority creditor's name and mailing address**<br><br>NEW MEXICO TAXATION & REVENUE<br>ATTN: CALL CENTER BUREAU<br>PO BOX 8485<br>ALBUQUERQUE, NM 87198<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.100 | **Priority creditor's name and mailing address**<br><br>NEW YORK DEPARTMENT OF STATE<br>ONE COMMERCE PLAZA<br>99 WASHINGTON AVE<br>ALBANY, NY 12231<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.101 | **Priority creditor's name and mailing address**<br><br>NEW YORK DEPT OF TAXATION & FINANCE<br>PO BOX 4125<br>BINGHAMTON, NY 13902-4125<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.102 | **Priority creditor's name and mailing address**<br><br>NORTH CAROLINA LICENSING BOARD FOR GENERAL<br>CONTRAC<br>5400 CREEDMOOR RD<br>RALEIGH, NC 27612<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.103 | **Priority creditor's name and mailing address**<br><br>NORTH CAROLINA SECRETARY OF STATE<br>2 SOUTH SALISBURY ST.<br>RALEIGH, NC 27601-2903<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor    Strike, LLC
_____
(Name)

Case number (if known)    21-90054

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.104**

**Priority creditor's name and mailing address**

NORTH DAKOTA SECRETARY OF STATE
600 E BOULEVARD AVENUE
DEPT 108
BISMARCK, ND  58505-0500

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.105**

**Priority creditor's name and mailing address**

NORTH DAKOTA STATE ELECTRICAL
1929 N WASHINGTON ST A-1
BISMARCK, ND  58507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.106**

**Priority creditor's name and mailing address**

NUECES COUNTY TAX
ASSESSOR-COLLECTOR
P. O. BOX 2810
CORPUS CHRISTI, TX  78403-2810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.107**

**Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
TAXPAYER SERVICES DIVISION
PO BOX 182215
COLUMBUS, OH  43218-2215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.108**

**Priority creditor's name and mailing address**

OKC DEVELOPMENT CENTER
420 W MAIN ST
OKLAHOMA CITY, OK  73102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

Debtor   Strike, LLC
        (Name)

Case number (if known)   21-90054

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.109 | **Priority creditor's name and mailing address**<br><br>OKLAHOMA CORPORATION COMMISSION<br>2501 N LINCOLN BLVD<br>OKLAHOMA CITY, OK  73194<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.110 | **Priority creditor's name and mailing address**<br><br>OKLAHOMA TAX COMMISSION<br>2501 N LINCOLN BLVD<br>OKLAHOMA CITY, OK  73194<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.111 | **Priority creditor's name and mailing address**<br><br>OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR  97301-2555<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.112 | **Priority creditor's name and mailing address**<br><br>OREGON SECRETARY OF STATE<br>255 CAPITOL ST. NE<br>SUITE 151<br>SALEM, OR  97310<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.113 | **Priority creditor's name and mailing address**<br><br>PABLO VILLARREAL JR. - HIDALGO COUNTY TX<br>PO BOX 3337<br>EDINBURG, TX  78540-3337<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    Strike, LLC    Case Number (if known) 21-90054

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.114 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**2.114**

**Priority creditor's name and mailing address**

PANOLA COUNTY TAX OFFICE
110 S. SYCAMORE ST. - RM 211
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.115**

**Priority creditor's name and mailing address**

PATE, A COLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.116**

**Priority creditor's name and mailing address**

PATE, KEVIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.117**

**Priority creditor's name and mailing address**

PATE, MEGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.118**

**Priority creditor's name and mailing address**

PATE, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| Part 1: | Additional Page |
| | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.119** Priority creditor's name and mailing address

PATE, STEVE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,650.00
Priority amount: $13,650.00

---

**2.120** Priority creditor's name and mailing address

PAYNE COUNTY TREASURER
315 W. 6TH  SUITE 101
STILLWATER, OK  74074

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.121** Priority creditor's name and mailing address

RAILROAD COMMISSION OF TEXAS
1701 N. CONGRESS
AUSTIN, TX  78701

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.122** Priority creditor's name and mailing address

REEVES COUNTY TAX
ASSESSOR/COLLECTOR
PO BOX 700
PECOS, TX  79772

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.123** Priority creditor's name and mailing address

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI  2908

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| 2.124 | **Priority creditor's name and mailing address**<br><br>RHODE ISLAND SECRETARY OF STATE<br>148 W RIVER ST<br>82 SMITH ST<br>PROVIDENCE, RI  02904<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.125 | **Priority creditor's name and mailing address**<br><br>RIO BLANCO COUNTY TREASURER<br>555 MAIN ST.<br>MEEKER, CO  81641<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.126 | **Priority creditor's name and mailing address**<br><br>RUTHERFORD COUNTY TRUSTEE<br>1 S. PUBLIC SQ., STE 102<br>MURFREESBORO, TN  37130<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.127 | **Priority creditor's name and mailing address**<br><br>SAWYER, JULIE<br>ADDRESS REACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $13,650.00 | $13,650.00 |
| 2.128 | **Priority creditor's name and mailing address**<br><br>SC DEPARTMENT OF REVENUE<br>P.O. BOX 125<br>COLUMBIA, SC  29214-0036<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Strike, LLC | Case number *(if known)* | 21-90054 |

(Name)

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.129**

**Priority creditor's name and mailing address**

SCOTT PORTER, JOHNSON COUNTY TAX A/C
PO BOX 75
CLEBURNE, TX  76033-0075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.130**

**Priority creditor's name and mailing address**

SHERIFF OF MONONGALIA COUNTY
243 HIGH ST. ROOM 300 TAX OFFICE
MORGANTOWN, WV  26505-5492

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.131**

**Priority creditor's name and mailing address**

SIGMAN, RHONDA
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

---

**2.132**

**Priority creditor's name and mailing address**

SOUTH DAKOTA DEPARTMENT OF TRANSPORTATION
5316 W 60TH ST
SIOUX FALLS, SD  57107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.133**

**Priority creditor's name and mailing address**

SOUTH DAKOTA SECRETARY OF STATE
500 EAST CAPITOL AVENUE
STE 204
PIERRE, SD  57501-5070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

Debtor    Strike, LLC

(Name)

Case number (if known)   21-90054

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.134 | **Priority creditor's name and mailing address**<br><br>SOUTHERN UTE INDIAN TRIBE<br>LANDS<br>DIVISION<br>PO BOX 737<br>IGNACIO, CO  81137<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.135 | **Priority creditor's name and mailing address**<br><br>ST. CHARLES PARISH<br>15045 RIVER ROAD (LA 18)<br>PO BOX 302<br>HAHNVILLE, LA  70057<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.136 | **Priority creditor's name and mailing address**<br><br>STATE OF ARKANSAS<br>500 WOODLANE AVE.<br>LITTLE ROCK, AR  72201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.137 | **Priority creditor's name and mailing address**<br><br>STATE OF IDAHO<br>304 N 8TH ST, RM 403<br>BOISE, ID  83702<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.138 | **Priority creditor's name and mailing address**<br><br>STATE OF MARYLAND<br>200 WESTGATE CIRCLE, SUITE 402<br>ANNAPOLIS, MD  21401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor ___ Strike, LLC ___   Case Number (if known) ___ 21-90054 ___
(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.139 | **Priority creditor's name and mailing address**<br>STEPHENS COUNTY TREASURER<br>101 SOUTH 11TH   ROOM 207<br>DUNCAN, OK  73533<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.140 | **Priority creditor's name and mailing address**<br>SWANEMYR, JESSE<br>ADDRESS REACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $13,650.00 | $13,650.00 |
| 2.141 | **Priority creditor's name and mailing address**<br>SWEETWATER COUNTY TREASURER<br>80 WEST FLAMING GORGE WAY, 139<br>GREEN RIVER, WY  82935<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.142 | **Priority creditor's name and mailing address**<br>TARRANT COUNTY MOTOR VEHICLE<br>100 E. WEATHERFORD<br>FORT WORTH, TX  76196<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.143 | **Priority creditor's name and mailing address**<br>TENNESSEE BOARD FOR LICENSING CONTRACTOR<br>500 JAMES ROBERTSON PARKWAY<br>NASHVILLE, TN  37243-1150<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor   Strike, LLC
(Name)

Case Number (if known): 21-90054

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**2.144** Priority creditor's name and mailing address

TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK ST
NASHVILLE, TN 37242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.145** Priority creditor's name and mailing address

TEXAS BOARD OF PROFESSIONAL ENGINEERS
AND
LAND SURVEYOR
1917 S. INTERSTATE 35
AUSTIN, TX 78741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.146** Priority creditor's name and mailing address

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528
CAPITOL STATION
AUSTIN, TX 78711-3528

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.147** Priority creditor's name and mailing address

TEXAS DEPARTMENT OF LICENSING & REG
P.O. BOX 12157
AUSTIN, TX 78711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.148** Priority creditor's name and mailing address

TEXAS DEPARTMENT OF LICENSING AND REG
920 COLORADO ST
AUSTIN, TX 78701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Strike, LLC
          _____          Case number (if known)   21-90054
          (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.149** | **Priority creditor's name and mailing address**

TEXAS DEPARTMENT OF MOTOR VEHICLES
4000 JACKSON AVENUE
AUSTIN, TX 78731

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.150** | **Priority creditor's name and mailing address**

TEXAS DEPARTMENT OF PUBLIC SAFETY
5805 NORTH LAMAR BLVD
AUSTIN, TX 78752

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.151** | **Priority creditor's name and mailing address**

TEXAS SECRETARY OF STATE
1019 BRAZOS ST
AUSTIN, TX 78711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.152** | **Priority creditor's name and mailing address**

TN DEPARTMENT OF COMMERCE
AND INSURANCE
500 JAMES ROBERTSON PARKWAY
DAVY CROCK
NASHVILLE, TN 37243

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.153** | **Priority creditor's name and mailing address**

TOWN OF IGNACIO
540 GODDARD AVENUE
IGNACIO, CO 81137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

Debtor   Strike, LLC
_____
(Name)

Case number (if known)   21-90054

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.154** | **Priority creditor's name and mailing address**

TRAVIS A. HULSEY, DIRECTOR
P.O. BOX 12207
BIRMINGHAM, AL  35202-2207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.155** | **Priority creditor's name and mailing address**

UINTAH COUNTY ASSESSOR
152 E. 100 N.
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.156** | **Priority creditor's name and mailing address**

UTAH DEPARTMENT OF COMMERCE
DIVISION OF OCCUPATIONAL AND
PROFESSIONAL LICENSING
160 EAST 300 SOUTH
SALT LAKE CITY, UT  84111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.157** | **Priority creditor's name and mailing address**

UTAH DEPARTMENT OF TRANSPORTATION
4501 SOUTH 2700 WEST
SALT LAKE CITY, UT  84114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.158** | **Priority creditor's name and mailing address**

UTAH DIVISION OF CORPORATIONS
AND
COMMERCIAL CODE
PO BOX 146705
SALT LAKE CITY, UT  84114-6705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

Debtor   Strike, LLC
_____
(Name)

Case Number (if known)   21-90054

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.159** | **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
210 N 1950 WEST
SALT LAKE CITY, UT  84134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.160** | **Priority creditor's name and mailing address**

UTE INDIAN TRIBE ENERGY & MINERAL DEPT.
988 SOUTH 7500 EAST
FT. DUCHESNE, UT  84026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.161** | **Priority creditor's name and mailing address**

UTE INDIAN TRIBE UTERO COMMISSION
988 SOUTH 7500 EAST
PO BOX 400
FT. DUCHESNE, UT  84026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.162** | **Priority creditor's name and mailing address**

VERMONT SECRETARY OF STATE
128 STATE STREET
MONTPELIER, VT  05633-1101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.163** | **Priority creditor's name and mailing address**

VICTOR-MCCAWLEY, FRANK
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $13,650.00    Priority amount: $13,650.00

Debtor  Strike, LLC
        (Name)

Case Number (if known)   21-90054

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| | | | |
|---|---|---|---|
| 2.164 | **Priority creditor's name and mailing address**<br><br>VIRGINIA DEPARTMENT OF PROFESSIONAL AND<br>OCCUPATIONAL REGULATION<br>9960 MAYLAND DRIVE<br>SUITE 400<br>RICHMOND, VA 23233-1485<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.165 | **Priority creditor's name and mailing address**<br><br>VIRGINIA STATE CORPORATION COMMISSION<br>1300 E MAIN ST<br>RICHMOND, VA 23219<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.166 | **Priority creditor's name and mailing address**<br><br>WASHINGTON SECRETARY OF STATE<br>PO BOX 40220<br>OLYMPIA, WA 98504-0220<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.167 | **Priority creditor's name and mailing address**<br><br>WELD COUNTY TREASURER<br>P.O. BOX 458<br>GREELEY, CO 80632-0458<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.168 | **Priority creditor's name and mailing address**<br><br>WENDY BURGESS, TAX ASSESSOR-COLLECTOR<br>PO BOX 961018<br>FORT WORTH, TX 76161-0018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor   Strike, LLC
_____
(Name)

Case number (if known) 21-90054

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

**2.169**

**Priority creditor's name and mailing address**

WEST VIRGINIA STATE TAX DEPARTMENT
1001 LEE ST E
CHARLESTON, WV  25301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.170**

**Priority creditor's name and mailing address**

WEST VIRGINIA TREASURY
1900 KANAWHA BOULEVARD
CAPITOL COMPLEX
BUILDING #1, ROOM E-145
CHARLESTON, WV  25305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.171**

**Priority creditor's name and mailing address**

WV PE BOARD
300 CAPITOL STREET, SUITE 910
CHARLESTON, WV  25301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.172**

**Priority creditor's name and mailing address**

WYOMING DEPARTMENT OF REVENUE
122 W 25TH ST, 3RD FLOOR EAST
CHEYENNE, WY  82002-0110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.173**

**Priority creditor's name and mailing address**

WYOMING DEPARTMENT OF TRANSPORTATION
5300 BISHOP BLVD.
CHEYENNE, WY  82009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN          UNKNOWN

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|--------|-------------|------------------------|----------|
| | (Name) | | |

| **Part 1:** | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.174** **Priority creditor's name and mailing address**

WYOMING SECRETARY OF STATE
122 WEST 25TH STREET
SUITE 100
CHEYENNE, WY 80002-0020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Total claim: UNKNOWN    Priority amount: UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

24 HR SAFETY LLC
DEPT 1561
PO BOX 4356
HOUSTON, TX 77210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $25,506.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 9462**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

2-C EQUIPMENT LLC
PO BOX 276
JARRELL, TX 76537

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $60,124.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0445**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

3-GIS LLC
350 MARKET ST., SUITE C
DECATUR, AL 35601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $33,345.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 9127**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

3W CONSTRUCTION LLC
8605 BROUSSARD ROAD
BEAUMONT, TX 77713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $78,048.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 3880**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case number *(if known)* | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.5**    **Nonpriority creditor's name and mailing address**

4 WARRIORS HYDRO EXCAVATING
PO BOX 2407
ELK CITY, OK  73648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3893**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$89,750.00

---

**3.6**    **Nonpriority creditor's name and mailing address**

4-STAR HOSE & SUPPLY INC
PO BOX 541356
DALLAS, TX  75354-1356

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1454**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$885.52

---

**3.7**    **Nonpriority creditor's name and mailing address**

90 WEST CONTRACTORS
813 HACKBERRY LANE
DEL RIO, TX  78840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0524**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,382.75

---

**3.8**    **Nonpriority creditor's name and mailing address**

A&D EXPRESS LUBE
510 W. MILLER
DILLEY, TX  78017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0843**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,507.83

---

**3.9**    **Nonpriority creditor's name and mailing address**

A-1 FIRE EQUIPMENT CO INC
PO BOX 9953
HOUSTON, TX  77213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0236**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$267.92

Debtor    Strike, LLC                                    Case number (if known)    21-90054
         _____        _____
         (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $129,741.78 |
|---|---|---|---|

**3.10**

**Nonpriority creditor's name and mailing address**

AAA DISTRIBUTION SERVICES LLC
23537 KINGSLAND BLVD SUITE133
KATY, TX  77494

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6238**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$129,741.78

---

**3.11**

**Nonpriority creditor's name and mailing address**

AARON COLE PATE
6 BROADWATER CT
SHENANDOAH, TX  77381

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1622**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,000.00

---

**3.12**

**Nonpriority creditor's name and mailing address**

ABLE TOOL & RENTALS LLC
PO BOX 679241
DALLAS, TX  75267

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0317**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$963.68

---

**3.13**

**Nonpriority creditor's name and mailing address**

ABSOLUTE TESTING SERVICES
6829 GUHN RD
HOUSTON, TX  77040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3858**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.30

---

**3.14**

**Nonpriority creditor's name and mailing address**

ACCURATE EMPLOYMENT SCREENING LLC
3800 GOLF RD. SUITE 120
ROLLING MEADOWS, IL  60008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$448.78

| Debtor | Strike, LLC | | Case number (if known) | 21-90054 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,640.00 |

**Nonpriority creditor's name and mailing address**
ACCURATE ENVIRONMENTAL LLC
P.O. BOX 613
STILLWATER, OK  74076

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 1020**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,640.00

---

3.16

**Nonpriority creditor's name and mailing address**
ACE HARDWARE/WESTERN AUTO
10605 LEOPARD ST
CORPUS CHRISTI, TX  78410

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$409.93

---

3.17

**Nonpriority creditor's name and mailing address**
ACE SPECIALTIES INC
PO BOX 74321
CLEVELAND, OH  44194-4321

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 2642**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,459.48

---

3.18

**Nonpriority creditor's name and mailing address**
ACME TRUCK LINE INC
MSC-410683
P.O. BOX 415000
NASHVILLE, TN  37241-5000

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,341.50

---

3.19

**Nonpriority creditor's name and mailing address**
ACTIAN CORPORATION
DEPT 3593
PO BOX 123593
DALLAS, TX  95312-3593

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 9973**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,126.66

Debtor    Strike, LLC
          (Name)                                          Case number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------|

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $995.90

**3.20**

**Nonpriority creditor's name and mailing address**

ACTION CALIBRATION & SERVICES
5200 MICTHELLDALE ST SUITE F-28
HOUSTON, TX  77092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4173**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$995.90

---

**3.21**

**Nonpriority creditor's name and mailing address**

ACTION GLASS
3011 N. MAIN
BAYTOWN, TX  77521

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0272**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,290.00

---

**3.22**

**Nonpriority creditor's name and mailing address**

ACTION TRUCKING COMPANY
PO BOX 670506
DALLAS, TX  75267-0506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5931**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,788.77

---

**3.23**

**Nonpriority creditor's name and mailing address**

ACUREN INSPECTION INC
PO BOX 846313
DALLAS, TX  75284-6313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9483**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,659.52

---

**3.24**

**Nonpriority creditor's name and mailing address**

ADDISON GROUP
7076 SOLUTIONS CENTER
CHICAGO, IL  60677-7000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4560**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,000.00

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.25 | **Nonpriority creditor's name and mailing address**<br><br>ADVANCED MIDSTREAM SERVICES LLC<br>3920 UNDERWOOD RD.<br>LA PORTE, TX  77571<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3791** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,009.25 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>AG & OIL 365 ENERGY LLC<br>PO BOX 108835<br>OKLAHOMA CITY, OK  73101-8835<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6418** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,043.32 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>AG CON LLC<br>1101 E. ARDOIN ST<br>EUNICE, LA  70535<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3793** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,242.60 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>AHERN RENTALS INC<br>PO BOX 271390<br>LAS VEGAS, NV  89127-1390<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0332** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,256.95 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>AIR COMPRESSOR SOLUTIONS INC<br>3001 KERMIT HWY<br>ODESSA, TX  79764<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5938** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,063.02 |

Debtor   Strike, LLC                                   Case number (if known)   21-90054
        (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.30** | **Nonpriority creditor's name and mailing address**

AIR SPECIALTY & EQUIPMENT CO
406 S NAVIGATION
CORPUS CHRISTI, TX  78405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0460**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,404.64

---

**3.31** | **Nonpriority creditor's name and mailing address**

AIRGAS NITROGEN SERVICES LLC
3225 SOLUTIONS CENTER
CHICAGO, IL  60677-3002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9485**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$452.47

---

**3.32** | **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
P.O. BOX 734672
DALLAS, TX  75373-4672

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6391**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,425.50

---

**3.33** | **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC-ATLANTA
PO BOX 734672
DALLAS, TX  75373-4672

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0408**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,275.37

---

**3.34** | **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC-CHICAGO
PO BOX 734445
CHICAGO, IL  60673-4445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0407**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$933.82

---

Debtor    Strike, LLC                                      Case number (if known)    21-90054
          (Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.35** | **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC-CHICAGO
PO BOX 734445
CHICAGO, IL  60673-4445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,951.87

---

**3.36** | **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC-DALLAS
PO BOX 734671
DALLAS, TX  75373-4671

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,830.68

---

**3.37** | **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC-DALLAS
PO BOX 734671
DALLAS, TX  75373-4671

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,880.30

---

**3.38** | **Nonpriority creditor's name and mailing address**

AIRTECH SPRAY SYSTEMS
PO BOX 74321
CLEVELAND, OH  44194-4321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,740.89

---

**3.39** | **Nonpriority creditor's name and mailing address**

AIRTOOL EQUIPMENT RENTAL INC
P.O. BOX 266597
HOUSTON, TX  77207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,349.97

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| **Part 2:** | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>AIS INDUSTRIAL & CONSTRUCTION<br>PO BOX 172169<br>DENVER, CO  80217<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2687** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,675.87 |

| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>ALAMO CONCRETE PRODUCTS CO<br>PO BOX 843912<br>DALLAS, TX  75284-3912<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0543** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $974.25 |

| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>ALAMO CRANE SERVICE, INC<br>P.O. BOX 47077<br>SAN ANTONIO, TX  78265<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0792** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,307.50 |

| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>ALAMO LUMBER<br>PO BOX 17258<br>SAN ANTONIO, TX  78217<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0550** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,475.58 |

| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>ALERT SIGNS & EQUIPMENT INC<br>543 SOWER DRIVE<br>BAYFIELD, CO  81122<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1382** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,074.00 |

Debtor    Strike, LLC

(Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.45** **Nonpriority creditor's name and mailing address**

ALL CRANE RENTAL OF LA LLC
37316 HIGHWAY 74
GEISMAR, LA  70734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7300**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,933.80

---

**3.46** **Nonpriority creditor's name and mailing address**

ALL SEASONS FOAM COATINGS & SE
PO BOX 501
SANGER, TX  76266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9504**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,895.00

---

**3.47** **Nonpriority creditor's name and mailing address**

ALL WAYS SAFE, LLC
212 MUSE BISHOP ROAD
MUSE, PA  15350-0102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1522**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$142,251.00

---

**3.48** **Nonpriority creditor's name and mailing address**

ALLEGIANCE CRANE & EQUIPMENT
PO BOX 534687
ATLANTA, GA  30353-4687

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9538**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,380.88

---

**3.49** **Nonpriority creditor's name and mailing address**

ALLEN & KERBER AUTO SUPPLY
518 W MAIN ST
LA PORTE, TX  77571

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0991**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,659.94

Debtor    Strike, LLC    Case number (if known)    21-90054
         (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.50** | **Nonpriority creditor's name and mailing address**

ALLGAYER INC
PO BOX 611
EL CAMPO, TX  77437

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3794**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,799.28

---

**3.51** | **Nonpriority creditor's name and mailing address**

ALLIANCE REPROGRAPHICS LLC
2728 COLUMBIA ST.
HOUSTON, TX  77008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9481**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,482.12

---

**3.52** | **Nonpriority creditor's name and mailing address**

ALLIED INDUSTRIAL SALES INC
PO BOX 925
DEER PARK, TX  77536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2741**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,895.16

---

**3.53** | **Nonpriority creditor's name and mailing address**

ALLREDI LLC
PO BOX 670560
DALLAS, TX  75267-0560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0381**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,368.86

---

**3.54** | **Nonpriority creditor's name and mailing address**

ALLWASTE INDUSTRIAL SVCS LLC
PO BOX 1378
MONT BELVIEU, TX  77580

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5416**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$729,608.64

Debtor     Strike, LLC                                    Case number (if known)   21-90054
           (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $53.38

AMERICAN AUGERS INC
P.O. BOX 95232
CHICAGO, IL  60694-5232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7009**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,178.34

AMERICAN CRANE & EQUIP INC
PO BOX 13293
ODESSA, TX  79768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0696**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $169.79

AMERICAN FILTRATION
11515 N WEIDNER ROAD
SAN ANTONIO, TX  78233

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7487**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OFFICE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $23,751.19

AMERICAN MAT AND TIMBER LLC
PO BOX 1366
DEER PARK, TX  77536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1428**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,000.00

AMERICAN PIPELINE CONTRACTORS ASSOCIATIO
ASSOCIATION
1908 MT VERNON AVE
ALEXANDRIA, VA  22301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1991**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.60**

**Nonpriority creditor's name and mailing address**

AMERICAN PIPING INSPECTION INC
17110 EAST PINE STREET
TULSA, OK  74116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$850.00

---

**3.61**

**Nonpriority creditor's name and mailing address**

AMERICAN POLLUTION CONTROL COR
401 W. ADMIRAL DOYLE DRIVE
NEW IBERIA, LA  70560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,700.00

---

**3.62**

**Nonpriority creditor's name and mailing address**

AMERICAN STEEL & SUPPLY INC
8900 IH 37 ACCESS ROAD A
CORPUS CHRISTI, TX  78409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2368

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$328,057.55

---

**3.63**

**Nonpriority creditor's name and mailing address**

AMERICAN WELDING SUPPLY INC
PO BOX 808
CUSHING, OK  74023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4341

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,239.02

---

**3.64**

**Nonpriority creditor's name and mailing address**

AMERIFLUSH INC
4606 JOHNSON RD
ODESSA, TX  79764

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1457

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,130.00

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.65**

**Nonpriority creditor's name and mailing address**

AMERIPOWER LLC
PO BOX 4977
HOUSTON, TX  77210-4977

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2980**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,005.02

---

**3.66**

**Nonpriority creditor's name and mailing address**

ANAHEIM OFFICE CLEANING SVCS
713 W. DORMARD AVE.
MIDLAND, TX  79705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6712**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OFFICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,273.25

---

**3.67**

**Nonpriority creditor's name and mailing address**

ANCHOR BOLT AND SUPPLY COMPANY
PO BOX 908
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0709**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.00

---

**3.68**

**Nonpriority creditor's name and mailing address**

ANDERSON EQUIPMENT CO
PO BOX 823580
PHILADELPHIA, PA  19182-3580

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0483**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$220.60

---

**3.69**

**Nonpriority creditor's name and mailing address**

ANGELA'S CLEANING SERVICE
631 NEW IRELAND RD
NEWTON, MS  39345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7428**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$360.00

Debtor      Strike, LLC                                    Case number (if known)    21-90054
            (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.70**  **Nonpriority creditor's name and mailing address**

ANIXTER INC
PO BOX 847428
DALLAS, TX 75284-7428

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0686**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,607.60

---

**3.71**  **Nonpriority creditor's name and mailing address**

ANTONIO VITELA
SCHERR & LEGATE, PPLC
109 N. OREGON 12TH FL
EL PASO, TX 79901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.72**  **Nonpriority creditor's name and mailing address**

APEX TRENCH & MAT LLC
10744 HIGHWAY 105
BEAUMONT, TX 77713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3778**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$184,801.21

---

**3.73**  **Nonpriority creditor's name and mailing address**

API PIPE & SUPPLY LLC
15025 N CONWAY
MISSION, TX 78573

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0226**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$367.90

---

**3.74**  **Nonpriority creditor's name and mailing address**

APPLUS RTD USA INC
PO BOX 29254
NEW YORK, NY 10087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2859**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$134,986.05

---

Debtor   Strike, LLC                                    Case number (if known)   21-90054

_(Name)_

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $688.75

ARBOUGH CONSULTING
16749 AMBERSTONE WAY
PARKER, CO  80134

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
IT

**Last 4 digits of account number: 0238**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,870.00

ARC INSPECTION SERVICES
11555 US HWY 380W STE 206
KRUM, TX  76249

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 5710**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39,839.10

ARCH MACHINERY SERVICES
PO BOX 842249
HOUSTON, TX  77284

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3587**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,753.15

ARDENT SERVICES LLC
PO BOX 974759
DALLAS, TX  75397-4759

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 5724**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,862.70

ARMADILLO PORTABLE TOILETS
PO BOX 246
COLUMBUS, TX  78934-0246

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 0891**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Strike, LLC
(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.80**

**Nonpriority creditor's name and mailing address**

ARMSTRONG LUMBER CO
PO BOX 4168
CORPUS CHRISTI, TX 78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,406.54

---

**3.81**

**Nonpriority creditor's name and mailing address**

ARROW DIRECTIONAL DRILLING INC
6025 HWY 77
ODEM, TX 78390

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,760.00

---

**3.82**

**Nonpriority creditor's name and mailing address**

ASTAR INC
5801 N SHARTEL AVE
OKLAHOMA CITY, OK 73118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1800

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,969.64

---

**3.83**

**Nonpriority creditor's name and mailing address**

AT&T LONG DISTANCE
PO BOX 5017
CAROL STREAM, IL 60197-5017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0279

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY PROVIDER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,535.38

---

**3.84**

**Nonpriority creditor's name and mailing address**

AUGUST INDUSTRIES INC
2811 EISENHOWER ST
CARROLLTON, TX 75007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1945

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,775.52

Debtor    Strike, LLC                                    Case number (if known)    21-90054

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.68

AUTOMATION-X CORPORATION
PO BOX 17180
DENVER, CO  80217-0180

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0452**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,524.35

AWC INC
PO BOX 974800
DALLAS, TX  75397-4800

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0987**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,323.76

AWP INC
4244 MT. PLEASANT ST. NW
NORTH CANTON, OH  44720

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 5110**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $391,889.00

AXIS INDUSTRIAL SERVICES LLC
5110 IH 37
CORPUS CHRISTI, TX  78407

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 2648**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,251.75

AZZ GALVANIZING-BEAUMONT
PO BOX 843771
DALLAS, TX  75284-3771

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1054**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.90 | **Nonpriority creditor's name and mailing address**<br><br>B&B ICE<br>9555 RICHARD WYCOFF DR<br>PORT ARTHUR, TX  77640<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1213** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,007.45 |

| 3.91 | **Nonpriority creditor's name and mailing address**<br><br>B&J WELDING SUPPLY<br>PO BOX 3520<br>LUBBOCK, TX  79452-3520<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4686** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,659.49 |

| 3.92 | **Nonpriority creditor's name and mailing address**<br><br>B&M CONCRETE PUMPING LLC<br>7218 PORTER RD.<br>CARLSBAD, NM  88220<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9972** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,013.45 |

| 3.93 | **Nonpriority creditor's name and mailing address**<br><br>B&S EQUIPMENT CO INC<br>3601 PATRIOT ST<br>HARVEY, LA  70058<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4466** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $338,867.75 |

| 3.94 | **Nonpriority creditor's name and mailing address**<br><br>B&W HYDRAULICS INC<br>701 CEDAR BAYOU RD<br>BAYTOWN, TX  77520<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1079** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91.21 |

Debtor    Strike, LLC
          (Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47,000.00**

B2 CONSULTING LLC
25010 STILLHOUSE SPRINGS DR
PORTER, TX  77365

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
IT

**Last 4 digits of account number: 7445**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$155,294.57**

BADGER DAYLIGHTING CORP
75 REMITTANCE DR SUITE 3185
CHICAGO, IL  60675-3185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 2827**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,427.10**

BAMERT SEED COMPANY
1897 CR 1018
MULESHOE, TX  79347

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 2658**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,923.01**

BARNHART BOLT & SPECIAL FASTENERS INC
PO BOX 69085
ODESSA, TX  79769-9085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 2842**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,008.00**

BASE LINE DATA INC
PO BOX 925
PORTLAND, TX  78374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1182**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,628.05 |
| --- | --- | --- | --- |

BASIN CO-OP
PO BOX 2990
DURANGO, CO  81302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 2851**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $35.16 |
| --- | --- | --- | --- |

BASIN DISPOSAL INC
PO BOX 100
AZTEC, NM  87410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 2852**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $33,125.87 |
| --- | --- | --- | --- |

BATTLEGROUND CONCRETE LLC
1606 S. 16TH STREET
LA PORTE, TX  77571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0538**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,621.67 |
| --- | --- | --- | --- |

BAY SPRINGS BODY SHOP &
AUTO SALES LLCPO BOX 966
BAY SPRINGS, MS  39422

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3527**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $9,061.51 |
| --- | --- | --- | --- |

BAY VALVE SERVICE LLC
4385 SOUTH 133RD ST
TUKWILA, WA  98168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 3697**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor     Strike, LLC

(Name)

Case Number (if known)     21-90054

| **Part 2:** | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $679,755.15

BAYOU ELECTRICAL SERVICES
8036 MILLER ROAD 2
HOUSTON, TX  77049

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 0663**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | | $38,566.73

BAYTOWN SAND & CLAY
PO BOX 850
MT BELVIEU, TX  77580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1233**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | | $484,768.35

BC HENDERSON CONSTRUCTION INC
366 VZCR 3605
EDGEWOOD, TX  75117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 9787**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | | $56,327.52

BEASLEY TIRE SERVICE
PO BOX 11556
HOUSTON, TX  77293

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1450**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | | $42,914.00

BECK BROS INC
PO BOX 712
BEEVILLE, TX  78104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1067**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Strike, LLC
           (Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.110**  **Nonpriority creditor's name and mailing address**

BECKER SAFETY AND SUPPLY
128 30TH ST UNIT B
GREELEY, CO  80631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1498

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$126.99

---

**3.111**  **Nonpriority creditor's name and mailing address**

BELL SUPPLY COMPANY
PO BOX 842263
DALLAS, TX  75284-2263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2876

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,705.59

---

**3.112**  **Nonpriority creditor's name and mailing address**

BES SUPPLY STORE
PO BOX 5182
CARLSBAD, NM  88221-5182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2881

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,890.85

---

**3.113**  **Nonpriority creditor's name and mailing address**

B-GRANT CONSTRUCTION INC
69 OLD HWY 70 LOOP
GLENWOOD, AR  71943

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1561

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$155,606.96

---

**3.114**  **Nonpriority creditor's name and mailing address**

BIG B CRANE LLC
PO BOX 1061
BURLESON, TX  76097-1061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3578

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,649.93

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>BIG BEND SERVICES LLC<br>PO BOX 61226<br>MIDLAND, TX  79711-1226<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0526** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,365.36 |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>BIG BROTHERS TRUCKING, LLC<br>727 700 RD<br>NEW OXFORD, PA  17350<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1343** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,995.00 |
| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>BIG HORN SUPPLY<br>3107 ANTELOPE TRAIL UNIT 7<br>MIDLAND, TX  79706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7023** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91,224.74 |
| 3.118 | **Nonpriority creditor's name and mailing address**<br><br>BIGHORN TRANSPORT SERVICES LLC<br>PO BOX 3447<br>HOBBS, NM  88241<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3896** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61,017.24 |
| 3.119 | **Nonpriority creditor's name and mailing address**<br><br>BILLY CLEVELAND AND TAMMY CLEVELAND<br>STERLING KIDD<br>100 VISION DRIVE<br>SUITE 400<br>JACKSON, MS  39211<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

**3.120** | **Nonpriority creditor's name and mailing address**

BISHOP LIFTING PRODUCTS INC
125 MCCARTY ST.
HOUSTON, TX  77029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7062**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$126.33

---

**3.121** | **Nonpriority creditor's name and mailing address**

BJ OILFIELD CONSTRUCTION INC
PO BOX 696
BLANCHARD, OK  73010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7477**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$350,953.76

---

**3.122** | **Nonpriority creditor's name and mailing address**

BJ PORTACAN LLC
PO BOX 1023
HIGHLANDS, TX  77562

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9825**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,936.38

---

**3.123** | **Nonpriority creditor's name and mailing address**

BJ'S SAND BAGGERS
6901 PEORIA AVE
LUBBOCK, TX  79413

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4308**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,600.00

---

**3.124** | **Nonpriority creditor's name and mailing address**

BK CORROSION LLC
P.O. BOX 227
HOUSTON, TX  77001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0218**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$380.84

---

| Debtor | Strike, LLC | | Case number (if known) | 21-90054 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.125**

**Nonpriority creditor's name and mailing address**

BLACK DIAMOND EQUIPMENT RENTAL
PO BOX 6266
HERMITAGE, PA  16148-0923

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,846.60

---

**3.126**

**Nonpriority creditor's name and mailing address**

BLACK GOLD ENERGY SERVICES
P.O. BOX 984
HOBBS, NM  88240-1736

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$156,923.26

---

**3.127**

**Nonpriority creditor's name and mailing address**

BLACK HILLS ENERGY
P.O. BOX 6001
RAPID CITY, SD  57709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4568

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.52

---

**3.128**

**Nonpriority creditor's name and mailing address**

BLACKBEARD DIRECTIONAL, LLC
PO BOX 153
AMBER, OK  73004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$90,384.00

---

**3.129**

**Nonpriority creditor's name and mailing address**

BLACKWELL ENTERPRISES INC
14634 COTTON GIN AVE
WAYNE, OK  73095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,106,684.59

Debtor     Strike, LLC
           (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $667.07

BLAIRTOWN ENERGY CENTER LLC
1993 DEWAR DR. 1-291
ROCK SPRINGS, WY  82901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
REAL ESTATE LEASE

**Last 4 digits of account number: 5899**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,820.00

BLAXTONE ENERGY LLC
904 W 69TH ST
ODESSA, TX  79764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 6255**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,251.00

BLAYLOCK HDD INC
1094 MEADOWRIDGE DR
MONTICELL, MS  39654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 9355**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $979.30

B-LINE FILTER & SUPPLY INC
PO BOX 4598
ODESSA, TX  79760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1382**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $648.80

BLOSSMAN GAS INC
PO BOX 340
NEWTON, MS  39345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 6528**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Strike, LLC
          (Name)

Case Number (if known) 21-90054

| **Part 2:** | Additional Page |

|  | | Amount of claim |
|---|---|---|

**3.135** **Nonpriority creditor's name and mailing address**

BLUE EAGLE OILFIELD SVCS LLC
499 RUSSELL LANE
WEATHERFORD, TX  76087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6908**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$119,334.13

---

**3.136** **Nonpriority creditor's name and mailing address**

BLUE RIVER CLEANING
2400 ANSYS DRIVE, SUITE 102
CANONSBURG, PA  15317

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1241**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,067.00

---

**3.137** **Nonpriority creditor's name and mailing address**

BLUEBEAM INC
PO BOX 84062
LOS ANGELES, CA  90084-0462

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5925**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,501.32

---

**3.138** **Nonpriority creditor's name and mailing address**

BOAR PIPELINE SUPPLY INC
PO BOX 904
CYPRESS, TX  77410

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1474**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,462.20

---

**3.139** **Nonpriority creditor's name and mailing address**

BOB SCULLION & ASSOCIATES INC
9703 GUILDFORD DRIVE
ALLISON PARK, PA  15101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6864**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,401.26

Debtor    Strike, LLC

(Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $365,449.00

BOBCAT ELECT & INSTRUMENTATION LLC
PO BOC 663
HILLSBORO, TX  76645

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $108,728.78

BOBCAT HEAVY CIVIL LLC
P.O. BOX 1357
HEWITT, TX  76643

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3687**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,281.05

BOLLENBACH CONCRETE INC
517 N 3RD
KINGFISHER, OK  73750

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1156**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59,664.66

BOLTON, KEVIN
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44,350.34

BORDER STATES INDUSTRIES INC
P.O. BOX 52516
PHOENIX, AZ  85072-2516

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1384**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Strike, LLC
          (Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114,034.13 |

3.145    **Nonpriority creditor's name and mailing address**

BOTTOM LINE EQUIPMENT LLC
PO BOX 81217
LAFAYETTE, LA 70508

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1581**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$114,034.13

---

3.146    **Nonpriority creditor's name and mailing address**

BOTTOMLINE TECHNOLOGIES INC
PO BOX 412377
BOSTON, MA 02241-2377

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7431**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,114.63

---

3.147    **Nonpriority creditor's name and mailing address**

BPS SUPPLY GROUP
PO BOX 842876
DALLAS, TX 75284-2876

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1142**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$312.63

---

3.148    **Nonpriority creditor's name and mailing address**

BRAND X HYDROVAC SERVICES INC
PO BOX 1199
SILT, CO 81652

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6071**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,500.00

---

3.149    **Nonpriority creditor's name and mailing address**

BRANDON & CLARK, INC
3623 INTERSTATE 27
PO BOX 3159 LUBBOCK, TX 79452
LUBBOCK, TX 79404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1824**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,904.40

Debtor   Strike, LLC
         (Name)

Case Number (if known)   21-90054

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.150** **Nonpriority creditor's name and mailing address**

BRANDSAFWAY LLC
PO BOX 91473
CHICAGO, IL  60693

$12,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1684

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

BRAUN INTERTEC CORP
PO BOX 64384  LOCKBOX 446035
ST. PAUL, MN  55164-0384

$5,750.70

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1853

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152** **Nonpriority creditor's name and mailing address**

BRENDA WOZENCRAFT ET AL
STEWART J. GUSS & ASSOCIATES, PLLC
12777 JONES ROAD
SUITE 297
HOUSTON, TX  SUITE 297

UNKNOWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153** **Nonpriority creditor's name and mailing address**

BRENNAN OIL INC
PO BOX 1068
DURANGO, CO  81302

$3,238.37

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2945

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**

BRIDGESTONE HOSEPOWER LLC
PO BOX 861777
ORLANDO, FL  32886-1777

$170.12

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5728

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.155**

**Nonpriority creditor's name and mailing address**

BROADLEAF GROUP
13100 WORTHAM CENTER DRIVE SUITE 150
HOUSTON, TX  77065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6747**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,865.68

---

**3.156**

**Nonpriority creditor's name and mailing address**

BRONCO EQUIP. RENTAL & SALES
2122 S. EAST AVE
CUSHING, OK  74023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4554**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,893.44

---

**3.157**

**Nonpriority creditor's name and mailing address**

BROWNLEE HARDWARE CO INC
PO BOX 1308
PECOS, TX  79772

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1455**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.98

---

**3.158**

**Nonpriority creditor's name and mailing address**

BRUNDAGE BONE CONCRETE PUMPING
PO BOX 202733
DALLAS, TX  75320-2733

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2652**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$866.02

---

**3.159**

**Nonpriority creditor's name and mailing address**

BTH SERVICES AND RENTAL LLC
PO BOX 669
EUNICE, NM  88231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2965**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,966.18

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.160**

**Nonpriority creditor's name and mailing address**

BUCKEYE WATER SERVICE
P.O. BOX 409
NEW CONCORD, OH  43762-0409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0848

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$262.42

---

**3.161**

**Nonpriority creditor's name and mailing address**

BUCKEYE WELDING SUPPLY CO INC
360 E 8TH STREET
GREELEY, CO  80631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5757

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$732.97

---

**3.162**

**Nonpriority creditor's name and mailing address**

BURDICK MATERIALS
2350 S 1900 W STE 100
OGDEN, UT  84401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1785

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,262.92

---

**3.163**

**Nonpriority creditor's name and mailing address**

BURNETT SPECIALISTS
PO BOX 973940
DALLAS, TX  75397-3940

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,930.00

---

**3.164**

**Nonpriority creditor's name and mailing address**

BUSTER'S PROPANE LLC
5402 AYERS ST
CORPUS CHRISTI, TX  78415

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$438.85

---

Debtor     Strike, LLC
           (Name)

Case number (if known)     21-90054

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.165** | **Nonpriority creditor's name and mailing address**

BUTLER EQUIPMENT RENTAL OPTIONS LLC
322 PERRY HIGHWAY
HARMONY, PA  16037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7117**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,852.59

---

**3.166** | **Nonpriority creditor's name and mailing address**

C & R PREFERRED CONCRETE PUMPING, LLC
4010 GOODMAN LN
LAKE CHARLES, LA  70615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1465**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,523.75

---

**3.167** | **Nonpriority creditor's name and mailing address**

C&J GRAVEL PRODUCTS INC
27661 HWY 160
DURANGO, CO  81301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1767**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$296.27

---

**3.168** | **Nonpriority creditor's name and mailing address**

C&L INSPECTION LLC
8214 WESTCHESTER DRIVE SUITE 730
DALLAS, TX  75225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4803**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.169** | **Nonpriority creditor's name and mailing address**

C.I. ACTUATION
PO BOX 842348
DALLAS, TX  75284-2348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1787**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$524,808.59

Debtor    Strike, LLC

(Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.170** | **Nonpriority creditor's name and mailing address**

CABLE COMMUNICATION SERVICES, INC.
7200 SHADOWLAND CT
BLACK HAWK, SD  57718

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1481

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$168,449.29

---

**3.171** | **Nonpriority creditor's name and mailing address**

CAMCO WHEEL AND AXLE
PO BOX 1685
PHARR, TX  78577

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2881

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$576.54

---

**3.172** | **Nonpriority creditor's name and mailing address**

CANTON MUNICIPAL UTILITIES
PO BOX 114
CANTON, MS  39046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1798

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.10

---

**3.173** | **Nonpriority creditor's name and mailing address**

CARBER HOLDINGS INC
PO BOX 952304
DALLAS, TX  75395-2304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,280.30

---

**3.174** | **Nonpriority creditor's name and mailing address**

CARBOLINE COMPANY
P.O. BOX 931942
CLEVELAND, OH  44193-0004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,256.41

---

Debtor   Strike, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.175**

**Nonpriority creditor's name and mailing address**

CARCARE CENTER OF WASHINGTON
887 HENDERSON AVE
WASHINGTON, PA  15301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4167**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,533.40

---

**3.176**

**Nonpriority creditor's name and mailing address**

CARDINAL HARDWARE & LUMBER
PO BOX 1077
EUNICE, NM  88231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9828**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,643.26

---

**3.177**

**Nonpriority creditor's name and mailing address**

CAROLINE A VANSYCYOC, BLAINE VANSYCOC
GABRIEL MORRIS AND REAGAN BRUNNER
GOLD, KHOUREY & TURAK, L.C.
510 TOMLINSON AVE.
MOUNDSVILLE, WV  26041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.178**

**Nonpriority creditor's name and mailing address**

CAR-TEX TRAILER CO INC
2786 SE LOOP
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.62

---

**3.179**

**Nonpriority creditor's name and mailing address**

CAT FINANCIAL COMMERCIAL ACCT
PO BOX 732005
DALLAS, TX  75373-2005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2034**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$820,583.32

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.180 | **Nonpriority creditor's name and mailing address**<br><br>CB SOLUTIONS LP<br>20811 DAWN DR.  905<br>LAGO VISTA, TX  78645<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6793** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,800.00 |
|---|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address**<br><br>CBK TRANSPORT LLC<br>28310 ASCOT FARMS ROAD<br>MAGNOLIA, TX  77354<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1558** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $189,090.00 |
| 3.182 | **Nonpriority creditor's name and mailing address**<br><br>CC RENTALS<br>PO BOX 10655<br>CORPUS CHRISITI, TX  78460<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1401** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,754.95 |
| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>CDW DIRECT<br>PO BOX 75723<br>CHICAGO, IL  60675<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2082** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $77,125.59 |
| 3.184 | **Nonpriority creditor's name and mailing address**<br><br>CEC GIRLS HOCKEY BOOSTERS<br>1336 21ST STREET<br>CLOQUET, MN  55720<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1979** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CHARITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.00 |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.185 | **Nonpriority creditor's name and mailing address**<br><br>CED INC DBA CAIN ELECT SUPPLY<br>PO BOX 206562<br>DALLAS, TX  75320-6562<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2488** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $155,887.63 |

| 3.186 | **Nonpriority creditor's name and mailing address**<br><br>CENTRAL EAST SERVICES INC<br>4352 N. OLD CARRIAGE RD<br>ROCKY MOUNT, NC  27804<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8254** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100,744.40 |

| 3.187 | **Nonpriority creditor's name and mailing address**<br><br>CHAMBERS COUNTY YOUTH SUPPORT<br>4807 LEGENDS BAY DRIVE<br>BAYTOWN, TX  77523<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1990** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OTHER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,500.00 |

| 3.188 | **Nonpriority creditor's name and mailing address**<br><br>CHARTS LTD<br>2031 TRADE DRIVE<br>MIDLAND, TX  79706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3063** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,057.16 |

| 3.189 | **Nonpriority creditor's name and mailing address**<br><br>CHERWELL SOFTWARE LLC<br>PO BOX 912982<br>DENVER, CO  80291-2982<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1071** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,177.21 |

Debtor    Strike, LLC                                            Case number (if known)    21-90054
          (Name)

| Part 2: | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

**3.190**

**Nonpriority creditor's name and mailing address**

CINTAS CORPORATION #081
PO BOX 630921
CINCINNATI, OH  45263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9306**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,178.19

---

**3.191**

**Nonpriority creditor's name and mailing address**

CINTAS CORPORATION #538
PO BOX 29059
PHOENIX, AZ  85038-9059

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2349**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$955.32

---

**3.192**

**Nonpriority creditor's name and mailing address**

CINTAS CORPORATION #539
PO BOX 630921
CINCINNATI, OH  45263-0921

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2348**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,823.58

---

**3.193**

**Nonpriority creditor's name and mailing address**

CINTAS FIRE PROTECTION
PO BOX 636525
CINCINNATI, OH  45263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2350**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$355.98

---

**3.194**

**Nonpriority creditor's name and mailing address**

CINTAS FIRST AID & SAFETY
PO BOX 631025
CINCINNATI, OH  45263-1025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5124**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$621.29

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,067.37

CISCO EQUIPMENT RENTALS LLC
520 SE LOOP 338
ODESSA, TX  79762

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $127.10

CITY OF CARTHAGE
PO BOX 400
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,202.78

CITY OF CORPUS CHRISTI
PO BOX 659880
SAN ANTONIO, TX  78265-9143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2358**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY PROVIDER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,625.00

CJ CRANE SERVICE & EQUIPMENT
2605 OLD BELDEN CIR.
TUPELO, TX  38801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,982.52

CJ CRANE SERVICE & EQUIPMENT LLC
1833 PETROLEUM DR.
ODESSA, TX  79762

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1408**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.200**

**Nonpriority creditor's name and mailing address**

CLEAN HARBORS ENV. SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2402

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,918.00

---

**3.201**

**Nonpriority creditor's name and mailing address**

CLEAR VU AUTO GLASS
7415 82ND STREET
LUBBOCK, TX 79424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1565

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,188.16

---

**3.202**

**Nonpriority creditor's name and mailing address**

CLEMENTS FENCE CO INC
1007 KATYLAND DR
KATY, TX 77493

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2734

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,270.00

---

**3.203**

**Nonpriority creditor's name and mailing address**

CLEMTEX
PO BOX 15214
HOUSTON, TX 77220-5214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2380

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,136.58

---

**3.204**

**Nonpriority creditor's name and mailing address**

CLINTON ICE LLC
PO BOX 368
CLINTON, OK 73601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5926

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,904.22

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.205 | **Nonpriority creditor's name and mailing address**<br><br>CLM EQUIPMENT COMPANY INC<br>PO BOX 1830<br>COVINGTON, LA  70434<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2494** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,056.09 |

| 3.206 | **Nonpriority creditor's name and mailing address**<br><br>COASTAL DIRECTIONAL DRILLING<br>415 N. VINEYARD ST<br>SINTON, TX  78387<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7442** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,320.00 |

| 3.207 | **Nonpriority creditor's name and mailing address**<br><br>COASTAL ICE INC<br>PO BOX 6809<br>KINGWOOD, TX  77325-6809<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9863** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,499.20 |

| 3.208 | **Nonpriority creditor's name and mailing address**<br><br>COASTAL TOOL SUPPLY<br>4930 IH 37<br>CORPUS CHRISTI, TX  78407<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1446** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,607.98 |

| 3.209 | **Nonpriority creditor's name and mailing address**<br><br>COASTAL WELDING SUPPLY<br>PO BOX 3029<br>BEAUMONT, TX  77704<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2446** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,594.61 |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.210** | **Nonpriority creditor's name and mailing address**

CODE RED SAFETY & RENTAL
PO BOX 4458
HOUSTON, TX  77210-4458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9677**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,265.11

---

**3.211** | **Nonpriority creditor's name and mailing address**

COLBERT COUNTY RURAL WATER SYSTEM
2750 HWY 20
TUSCUMBIA, AL  35674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0907**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$96.58

---

**3.212** | **Nonpriority creditor's name and mailing address**

COMCAST
PO BOX 37601
PHILADELPHIA, PA  19101-0601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2425**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY PROVIDER

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,843.13

---

**3.213** | **Nonpriority creditor's name and mailing address**

COMPLETE PIPELINE SERVICES & SUPPLY LLC
PO BOX 70517
TUSCALOOSA, AL  35407-0517

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2503**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,288.84

---

**3.214** | **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES INC
601 108TH AVENUE NE SUITE 1000
BELLEVUE, WA  98004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3597**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,628.11

---

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71,331.65 |

3.215 | **Nonpriority creditor's name and mailing address**

CONNECT SERVICES
PO BOX 1783
JACKSONVILLE, TX  75766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4881**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,331.65

---

3.216 | **Nonpriority creditor's name and mailing address**

CONSOLIDATED P AND S INC
PO BOX 495
BARKER, TX  77413-0495

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0526**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,654.19

---

3.217 | **Nonpriority creditor's name and mailing address**

CONSTELLATION INDUSTRIES LLC
12300 AMELIA DRIVE STE A
HOUSTON, TX  77045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0660**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,276.24

---

3.218 | **Nonpriority creditor's name and mailing address**

CONTRACTOR'S SAFETY COUNCIL-CC
PO BOX 23066
CORPUS CHRISTI, TX  78403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2507**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,645.00

---

3.219 | **Nonpriority creditor's name and mailing address**

COOPER, JAMES
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,366.00

| Debtor | Strike, LLC | Case number *(if known)* | 21-90054 |
|--------|-------------|--------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,661.29 |
|---|---|---|---|
| | CORPORATE INCENTIVES INC<br>26414 OAK RIDGE DR<br>THE WOODLANDS, TX  77380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OTHER | |
| | **Last 4 digits of account number: 3327** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,645.89 |
|---|---|---|---|
| | CORPUS CHRISTI ELECTRIC CO<br>PO BOX 2884<br>CORPUS CHRISTI, TX  78403 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OPERATIONS SUPPLIER | |
| | **Last 4 digits of account number: 2372** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,071.40 |
|---|---|---|---|
| | CORPUS CHRISTI EQUIPMENT CO<br>PO BOX 4125<br>CORPUS CHRISTI, TX  78469 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OPERATIONS SUPPLIER | |
| | **Last 4 digits of account number: 2566** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49,096.74 |
|---|---|---|---|
| | CORPUS CHRISTI GASKET & FASTENER LTD<br>PO BOX 4074<br>CORPUS CHRISTI, TX  78469 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OPERATIONS SUPPLIER | |
| | **Last 4 digits of account number: 2567** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65,043.31 |
|---|---|---|---|
| | CORRPRO  COMPANIES INC<br>PO BOX 674173<br>DALLAS, TX  75267-4173 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>SUBCONTRACTOR | |
| | **Last 4 digits of account number: 2594** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    Strike, LLC                                   Case number (if known)   21-90054

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,664.39 |

COWBOY'S READY MIX LLC
24015 INTERSTATE 10
WALLISVILLE, TX  77597

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6342**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | | $2,709.21 |

CPA MEASUREMENT DYNAMICS INC
C/O T66019U
PO BOX 311116
DETROIT, MI  48231-1116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | | $47,193.75 |

CR HOLLAND CRANE SERVICE INC
35545 HIGHWAY 69
FOREST CITY, IA  50436

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0668**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | | $2,234.72 |

CRAWFORD ELECTRIC SUPPLY
PO BOX 847160
DALLAS, TX  75284-7160

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2544**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | | $13,493.74 |

CRC EVANS PIPELINE INT'L INC
DEPT. 1214
PO BOX 121214
DALLAS, TX  75312-1214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2699**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Strike, LLC
          _____          Case number (if known) _21-90054_
          (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|
| **3.230** | **Nonpriority creditor's name and mailing address**<br>CREA EXCAVATING, INC.<br>1315 PLEASANT HILL RD.<br>WEXFORD, PA  15090<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 1960** | $340.00 |
|  | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
| **3.231** | **Nonpriority creditor's name and mailing address**<br>CROSS COUNTRY INFRASTRUCTURE SVCS USA<br>PO BOX 843851<br>KANSAS CITY, MO  64184-3851<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 2575** | $314,024.43 |
|  | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
| **3.232** | **Nonpriority creditor's name and mailing address**<br>CROSSFIRE AGGREGATE SVCS LLC<br>PO BOX 352<br>IGNACIO, CO  81137<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 5289** | $9,846.50 |
|  | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
| **3.233** | **Nonpriority creditor's name and mailing address**<br>CSC<br>PO BOX 7410023<br>CHICAGO, IL  60674-5023<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 1934** | $498.00 |
|  | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
| **3.234** | **Nonpriority creditor's name and mailing address**<br>CSC OPERATING COMPANY LLC<br>P.O. BOX 4458, DEPT. 228<br>HOUSTON, TX  77210<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 0565** | $3,611.69 |
|  | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.235**

**Nonpriority creditor's name and mailing address**

CTTV LLC
PO BOX 1100
HILLTOP LAKE, TX  77871

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6810**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,410.54

---

**3.236**

**Nonpriority creditor's name and mailing address**

CUSHING LUMBER
924 E MAIN ST
CUSHING, OK  74023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4290**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.60

---

**3.237**

**Nonpriority creditor's name and mailing address**

CUSTOM TRUCK & EQUIPMENT LLC
PO BOX 773385
CHICAGO, IL  60677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1736**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,493.99

---

**3.238**

**Nonpriority creditor's name and mailing address**

CUSTOM-CRETE
PO BOX 843466
DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1472**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$636.51

---

**3.239**

**Nonpriority creditor's name and mailing address**

CVI SOLUTIONS
4850 WRIGHT RD STE 100
STAFFORD, TX  77477-4116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2630**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$717.62

Debtor      Strike, LLC
            _____        Case number (if known) _____21-90054_____
            (Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $353.58
| | *Check all that apply.* |
| CYCLONE BOLT & GASKET | ☐ Contingent |
| PO BOX 672323 | ☐ Unliquidated |
| HOUSTON, TX 77267 | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | OPERATIONS SUPPLIER |
| **Last 4 digits of account number: 1834** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $186,657.50
| | *Check all that apply.* |
| CYCLONE SERVICES LLC | ☐ Contingent |
| PO BOX 4458 | ☐ Unliquidated |
| HOUSTON, TX 77210-4458 | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | SUBCONTRACTOR |
| **Last 4 digits of account number: 2634** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,086.27
| | *Check all that apply.* |
| CYRUSONE INC | ☐ Contingent |
| LOCKBOX 773581 | ☐ Unliquidated |
| 3581 SOLUTIONS CENTER | ☐ Disputed |
| CHICAGO, IL 60677-3005 | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | IT |
| **Last 4 digits of account number: 2304** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $422.18
| | *Check all that apply.* |
| D&C CLEANING INC | ☐ Contingent |
| 2175 HWY 149 | ☐ Unliquidated |
| CARTHAGE, TX 75633 | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | OFFICE |
| **Last 4 digits of account number: 3190** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,761.52
| | *Check all that apply.* |
| D&C FENCE CO INC | ☐ Contingent |
| PO BOX 4769 | ☐ Unliquidated |
| CORPUS CHRISTI, TX 78469 | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | SUBCONTRACTOR |
| **Last 4 digits of account number: 2813** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.245**

**Nonpriority creditor's name and mailing address**

DAEC INDUSTRIAL PARK LLC
PO BOX 611
EL CAMPO, TX  77437

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2803**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$561.77

---

**3.246**

**Nonpriority creditor's name and mailing address**

DAKOTA LINE CONTRACTORS INC
2729 PAINTBALL WAY
BISMARCK, ND  58504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5732**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,000.00

---

**3.247**

**Nonpriority creditor's name and mailing address**

DAMONE N. EDDY, REP FOR
ESTATE OF STEPHANIE N. EDDY AND ALLISON M. LIPPERT
SHAFFER MADIA LAW, PLLC
1056A MAPLE DRIVE
MORGANTOWN, WV  26505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.248**

**Nonpriority creditor's name and mailing address**

DAN'S TIRE SERVICE
PO BOX 579
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3203**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,283.54

---

**3.249**

**Nonpriority creditor's name and mailing address**

DARBY EQUIPMENT COMPANY
2940 N. TOLEDO AVE.
TULSA, OK  74115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2769**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$130,480.78

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.250**

**Nonpriority creditor's name and mailing address**

DARKHORSE ENERGY SERVICES LLC
10601 W MURPHY ST.
ODESSA, TX 79766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1139**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,516.50

---

**3.251**

**Nonpriority creditor's name and mailing address**

DAVID'S HYDRO VAC, INC.
PO BOX 383
FOREST LAKE, MN 55025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1837**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,715.00

---

**3.252**

**Nonpriority creditor's name and mailing address**

DCS FLUID SOLUTIONS
P.O. BOX 974189
DALLAS, TX 75397-4189

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7040**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,982.00

---

**3.253**

**Nonpriority creditor's name and mailing address**

DEBBIE'S BEST WATER STORE
318 S. SHELBY STREET
CARTHAGE, TX 75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3225**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.75

---

**3.254**

**Nonpriority creditor's name and mailing address**

DELTA DAYLIGHTING LLC
2832 APPELT DR
HOUSTON, TX 77015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3805**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,912.50

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.255 | **Nonpriority creditor's name and mailing address**<br><br>DELTA FUEL COMPANY<br>PO BOX 95540<br>GRAPEVINE, TX  76099-9703<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3072** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,022,444.57 |
| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>DENNIS BERRY<br>RAMIREZ LAW OFFICE, P.C.<br>555 N. CARANCAHUA<br>SUITE 880<br>CORPUS CHRISTI, TX  78401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>DESERT NDT LLC<br>PO BOX 733184<br>DALLAS, TX  75373-3184<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2997** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,253.99 |
| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>DIAMONDHEAD WATER & SEWER DIST<br>4425 PARK TEN DR<br>DIAMONDHEAD, MS  39525<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9102** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.57 |
| 3.259 | **Nonpriority creditor's name and mailing address**<br><br>DILLEY AUTO & TRUCK SUPPLY<br>1074 W HWY 85<br>DILLEY, TX  78017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8794** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,897.26 |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.260**  **Nonpriority creditor's name and mailing address**

DISA INC
DEPT 3731
PO BOX 123731
DALLAS, TX  75312-3731

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9251**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,636.21

---

**3.261**  **Nonpriority creditor's name and mailing address**

DISPATCH SUPPLY GROUP
PO BOX 3371
DAYTON, TX  77535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2019**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,854.60

---

**3.262**  **Nonpriority creditor's name and mailing address**

DISTRIBUTION INTERNATIONAL SOUTHWEST INC
PO BOX 840894
DALLAS, TX  75284-0894

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3346**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$967.40

---

**3.263**  **Nonpriority creditor's name and mailing address**

DI-TROL SYSTEMS INC
PO BOX 1028
KINGSVILLE, TX  78364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6269**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$244,378.26

---

**3.264**  **Nonpriority creditor's name and mailing address**

DIVERSIFIED MATERIALS AND CONSULTING LLC
PO BOX 589
PRAIRIEVILLE, LA  70769

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1254**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,958.12

Debtor   Strike, LLC                                          Case Number (if known)   21-90054
         (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.265 | **Nonpriority creditor's name and mailing address**<br><br>DK HAULING INC<br>650 ANTLER DRIVE<br>CASPER, WY 82601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5909** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
| 3.266 | **Nonpriority creditor's name and mailing address**<br><br>DMI INTERNATIONAL LLC<br>15615 E. PINE ST<br>TULSA, OK 74116<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3052** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,183.13 |
| 3.267 | **Nonpriority creditor's name and mailing address**<br><br>DNOW LP<br>PO BOX 200822<br>DALLAS, TX 75320-0822<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4935** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,989.43 |
| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>DOGGETT HEAVY MACHINERY SVCS<br>10110 DARADALE AVE<br>BATON ROUGE, LA 70816<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7454** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,837.90 |
| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>DOGGETT MACHINERY SERVICES<br>10110 DARADELE AVE<br>BATON ROUGE, LA 70816<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5453** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,324.34 |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.270**

**Nonpriority creditor's name and mailing address**

DON BIHM EQUIPMENT CO INC
PO BOX 2355
ST FRANCISVILLE, LA  70775

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1332**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,542.42

---

**3.271**

**Nonpriority creditor's name and mailing address**

DONNIE MURHPEY
BROOKS, LLP
MANN STREET, SUITE 1001
CORPUS CHRISTI, TX  78401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.272**

**Nonpriority creditor's name and mailing address**

DOUBLE D CONSTRUCTION, INC.
120 S. FORT ZELLERS ROAD
NEWMANSTOWN, PA  17073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1336**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$255,000.00

---

**3.273**

**Nonpriority creditor's name and mailing address**

DPS PLUMBING
5255 FM 1581
PEARSALL, TX  78061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1060**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$189.95

---

**3.274**

**Nonpriority creditor's name and mailing address**

DREAMFLEET INC
12830 N CYPRESS LN
TOMBALL, TX  77377

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,460.00

Debtor    Strike, LLC

_(Name)_                                                    Case number _(if known)_    21-90054

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

3.275 **Nonpriority creditor's name and mailing address**

DRUGTESTINBULK.COM
9333 MELVIN AVE
NORTHRIDGE, CA  91324

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0990**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,558.71

---

3.276 **Nonpriority creditor's name and mailing address**

DT SAFETY TRAINING LLC
121 NORTH HARRISON AVE.
CUSHING, OK  74023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1393**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,837.50

---

3.277 **Nonpriority creditor's name and mailing address**

DUGAN PRODUCTION CORP
PO BOX 420
FARMINGTON, NM  87499

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0983**

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,791.28

---

3.278 **Nonpriority creditor's name and mailing address**

DUKE CONTROLS INC
PO BOX 4669
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2369**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,808.08

---

3.279 **Nonpriority creditor's name and mailing address**

DUNCAN CO
425 HOOVER ST NE
MINNEAPOLIS, MN  55413

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1792**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,425.00

---

Debtor    Strike, LLC
          (Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.280**   **Nonpriority creditor's name and mailing address**

DUNHAM PRICE
P O BOX 760
WESTLAKE, LA  70669

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1062**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,053.97

---

**3.281**   **Nonpriority creditor's name and mailing address**

DURANGO PARTS SOURCE - NAPA
PO BOX 1367
DURANGO, CO  81302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3294**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,036.31

---

**3.282**   **Nonpriority creditor's name and mailing address**

DURFIELD, JOCELYN
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$111,341.82

---

**3.283**   **Nonpriority creditor's name and mailing address**

DUTCHER-PHIPPS CRANE & RIGGING
PO BOX 910
MONAHANS, TX  79756

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2920**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,101.00

---

**3.284**   **Nonpriority creditor's name and mailing address**

DWAIN MCCAIN PLUMBING INC
PO BOX 10096
CORPUS CHRISTI, TX  78460-0096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1612**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,017.00

| Debtor | Strike, LLC | | Case number (if known) | 21-90054 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.285 | **Nonpriority creditor's name and mailing address**<br><br>E.L. FARMER & CO<br>PO BOX 3512<br>ODESSA, TX 79760<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1406** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,142.50 |
|---|---|---|---|
| 3.286 | **Nonpriority creditor's name and mailing address**<br><br>EAGLE WELDING SUPPLY INC<br>PO BOX 1790<br>THREE RIVERS, TX 78071<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3626** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,933.65 |
| 3.287 | **Nonpriority creditor's name and mailing address**<br><br>EAGLES YOUTH BASKETBALL ASSOCIATION INC.<br>7303 JOSEPH LANE<br>BAYTOWN, TX 77523<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1987** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CHARITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.00 |
| 3.288 | **Nonpriority creditor's name and mailing address**<br><br>EARL DUDLEY INC<br>P.O. BOX 320185<br>BIRMINGHAM, AL 35232<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8393** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,070.00 |
| 3.289 | **Nonpriority creditor's name and mailing address**<br><br>EARTH ENGINEERING INCORPORATED<br>115 WEST GERMANTOWN PIKE, SUITE 200<br>EAST NORRITON, PA 19401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1729** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,922.00 |

Debtor    Strike, LLC _____     Case number (if known)   21-90054
          (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.290** | **Nonpriority creditor's name and mailing address**
EASY ICE, LLC
PO BOX 650769
DALLAS, TX  75265-0769

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0843**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$167.80

---

**3.291** | **Nonpriority creditor's name and mailing address**
EDGEN MURRAY CORPORATION
PO BOX 844733
DALLAS, TX  75284-4733

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 4422**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$48.48

---

**3.292** | **Nonpriority creditor's name and mailing address**
EDR PEST CONTROL
8472 FM 3180
MONT BELVIEU, TX  77580

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0528**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$517.74

---

**3.293** | **Nonpriority creditor's name and mailing address**
EL CAMPO ELECTRIC INC
532 CR 351
EL CAMPO, TX  77437

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0427**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$346.40

---

**3.294** | **Nonpriority creditor's name and mailing address**
EL CAMPO PARTS INC
603 N MECHANIC ST
EL CAMPO, TX  77437

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3874**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,447.11

Debtor  Strike, LLC

(Name)

Case number (if known) 21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.295**

**Nonpriority creditor's name and mailing address**

EL CENTRO LANDFILL LP
PO BOX 677839
DALLAS, TX  75267-7839

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1295**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,712.10

---

**3.296**

**Nonpriority creditor's name and mailing address**

ELITE OIL FIELD & CONSTRUCTION SERVICES
PO BOX 2659
EDINBURG, TX  78540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4699**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,161.10

---

**3.297**

**Nonpriority creditor's name and mailing address**

ELITE SUPPLY PARTNERS INC
P.O. BOX 946
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3804**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,092.43

---

**3.298**

**Nonpriority creditor's name and mailing address**

ELLIOTT ELECTRIC SUPPLY
PO BOX 206524
DALLAS, TX  75320-6524

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3975**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,136.26

---

**3.299**

**Nonpriority creditor's name and mailing address**

EMPIRE TORQUE TOOLS LLC
9203 SWEETBRUSH DR
HOUSTON, TX  77064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3674**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,727.92

---

Debtor    Strike, LLC

(Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.300 | **Nonpriority creditor's name and mailing address**<br><br>ENDURO PIPELINE SERVICES INC<br>PO BOX 3489<br>TULSA, OK  74101-3489<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4012** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,544.47 |

| 3.301 | **Nonpriority creditor's name and mailing address**<br><br>ENERGY FIELD EQUIPMENT SERVICES LLC<br>39 S. YORK ROAD<br>DILLSBURG, PA  17019<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3810** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,650.00 |

| 3.302 | **Nonpriority creditor's name and mailing address**<br><br>ENERGY WORLDNET INC<br>PO BOX 2106<br>DECATUR, TX  76234<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0446** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,212.98 |

| 3.303 | **Nonpriority creditor's name and mailing address**<br><br>ENTERPRISE INTRASTATE LLC<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4967** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $595.60 |

| 3.304 | **Nonpriority creditor's name and mailing address**<br><br>ENVIROCAL INC<br>801 FM 1463 STE 200 390<br>KATY, TX  77494<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3665** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52,430.00 |

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.305** **Nonpriority creditor's name and mailing address**
ENVIRODISPOSE LLC
4521 NW 3RD STREET
OKLAHOMA CITY, OK  73127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3631**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,143.50

---

**3.306** **Nonpriority creditor's name and mailing address**
ENVIRONMENTAL EVOLUTIONS NATIONAL
PO BOX 709
ROBSTOWN, TX  78380

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0431**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,773.75

---

**3.307** **Nonpriority creditor's name and mailing address**
EQUIPMENTSHARE.COM
7131 LONGVIEW DR
FULTON, MO  65251

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 7387**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$188,296.72

---

**3.308** **Nonpriority creditor's name and mailing address**
EQUITY TRUST COMPANY FBO JON A. BOX, IRA
780 COX LANE
CARRIZO SPRINGS, TX  78834

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 5794**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

**3.309** **Nonpriority creditor's name and mailing address**
ERNST & YOUNG LLP
PNC BANK C/O ERNST & YOUNG
3712 SOLUTIONS CENTER
CHICAGO, IL  60677-3007

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 5219**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$150,000.00

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.310** **Nonpriority creditor's name and mailing address**

ESTRADA WELDING LLC
14776 S. BONANZA AVE
ODESSA, TX  79766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6167**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,533.59

---

**3.311** **Nonpriority creditor's name and mailing address**

EUBANKS & COMPANY
PO BOX 361
MONT BELVIEU, TX  77580

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4314**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$588.72

---

**3.312** **Nonpriority creditor's name and mailing address**

EVANGELINE CONSTRUCTION LLC
6465 OLD BASILE HWY
EUNICE, LA  70535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9978**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,306.00

---

**3.313** **Nonpriority creditor's name and mailing address**

EVEREST WATER
1401 S.P.I.D.
CORPUS CHRISTI, TX  78416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6898**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.23

---

**3.314** **Nonpriority creditor's name and mailing address**

EVERETT'S WELDING & REPAIR INC
P.O. BOX 143
VICI, OK  73859

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,051.72

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.315 | **Nonpriority creditor's name and mailing address**<br><br>EVINS GLASS SERVICE INC<br>101 N PADRE ISLAND DR<br>CORPUS CHRISTI, TX 78406<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2990** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,351.86 |
| 3.316 | **Nonpriority creditor's name and mailing address**<br><br>EWALD KUBOTA INC<br>PO BOX 1287<br>SEGUIN, TX 78155<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2655** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,992.79 |
| 3.317 | **Nonpriority creditor's name and mailing address**<br><br>EXCEL MULCHING DBA EXCEL MULCHING<br>2228 SE LOOP<br>CARTHAGE, TX 75633<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4405** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $504,637.75 |
| 3.318 | **Nonpriority creditor's name and mailing address**<br><br>EXECUTIVE FLIGHT SERVICES INC<br>PO BOX 870463<br>KANSAS CITY, MO 64187-0463<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4424** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRAVEL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,661.88 |
| 3.319 | **Nonpriority creditor's name and mailing address**<br><br>EXPLORE INFORMATION SVCS LLC<br>PO BOX 203489<br>DALLAS, TX 75320-3489<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5855** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,445.71 |

| Debtor | Strike, LLC | | Case number (if known) | 21-90054 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,178.25 |
|---|---|---|---|

**3.320**

**Nonpriority creditor's name and mailing address**

EXPRESS 4X4 TRUCK RENTAL
555 WEST STREET ROAD
WARMINSTER, PA  18974

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $10,178.25

---

**3.321**

**Nonpriority creditor's name and mailing address**

EXTREME TRAILERS OF TX
PO BOX 1189
BAYTOWN, TX  77522

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $664.79

---

**3.322**

**Nonpriority creditor's name and mailing address**

E-Z LINE PIPE SUPPORT CO  LLC
PO BOX 767
MANVEL, TX  77578

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4447

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $77,898.23

---

**3.323**

**Nonpriority creditor's name and mailing address**

FABWORX INDUSTRIAL, LLC
6940 YOUNG AVE
PORT ALLEN, LA  70767

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0443

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,629.23

---

**3.324**

**Nonpriority creditor's name and mailing address**

FARMERBOY RESTORATION & ENVIRO
238 SUNSET ROAD
CANTON, PA  17724

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4841

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $15,120.00

Debtor    Strike, LLC
          (Name)                                          Case number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------|

**3.325** **Nonpriority creditor's name and mailing address**

FARNER FIRE
1299 ROUTE 18
BURGETTSTOWN, PA  15021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1323**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,189.91

---

**3.326** **Nonpriority creditor's name and mailing address**

FARWEST CORROSION CONTROL CO
12029 REGENTVIEW AVE
DOWNEY, CA  90241-5517

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4494**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,639.06

---

**3.327** **Nonpriority creditor's name and mailing address**

FASTENAL COMPANY
PO BOX 1286
WINONA, MN  55987-1286

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3404**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,443.77

---

**3.328** **Nonpriority creditor's name and mailing address**

FASTSERV SUPPLY
PO BOX 941649
PLANO, TX  75094

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4959**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$553.06

---

**3.329** **Nonpriority creditor's name and mailing address**

FASTWAY AUTO REHAB INC
100 FORDLAND ESTATE DR
DAYTON, TX  77535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3648**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,240.00

Debtor    Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.330** | **Nonpriority creditor's name and mailing address**

FECHNER PUMP & SUPPLY INC
PO BOX 1488
CUSHING, OK  74023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6679**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$607.52

---

**3.331** | **Nonpriority creditor's name and mailing address**

FEDEX
PO BOX 660481
DALLAS, TX  75266-0481

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6273**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,985.26

---

**3.332** | **Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
DEPT CH
PO BOX 10306
PALATINE, IL  60055-0306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5060**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$399.73

---

**3.333** | **Nonpriority creditor's name and mailing address**

FIBER INSTRUMENT SALES INC
161 CLEAR RD
ORISKANY, NY  13424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9188**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,151.13

---

**3.334** | **Nonpriority creditor's name and mailing address**

FIELDCAP INC
230, 30 SPRINGBOROUGH BLVD. SW
CALGARY, ALBERTA  T3H 0N9
CA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1319**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,227.62

Debtor    Strike, LLC
         (Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.335**

**Nonpriority creditor's name and mailing address**

FIRST ADVANTAGE TAX CONSULTING
PO BOX 404537
ATLANTA, GA  30384-4537

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7125**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,544.51

---

**3.336**

**Nonpriority creditor's name and mailing address**

FITZGERALD, DEWAYNE
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,852.14

---

**3.337**

**Nonpriority creditor's name and mailing address**

FLEETPRIDE
PO BOX 847118
DALLAS, TX  75284-7118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4814**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,057.24

---

**3.338**

**Nonpriority creditor's name and mailing address**

FLEXSTEEL USA, LLC
PO BOX 733783
DALLAS, TX  75373-3783

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1084**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$64,250.32

---

**3.339**

**Nonpriority creditor's name and mailing address**

FLORES ENERGY SERVICES LLC
P.O. BOX 4595
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3919**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$305,201.60

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.340 | **Nonpriority creditor's name and mailing address**<br>FLOW-ZONE LLC<br>DEPT. 248<br>PO BOX 4346<br>HOUSTON, TX  77210<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 3435** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $59,362.41 |

| 3.341 | **Nonpriority creditor's name and mailing address**<br>FORD QUALITY FLEET CARE PROG<br>DEPT 121801<br>PO BOX 67000<br>DETROIT, MI  48267-1218<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 3859** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $229,965.00 |

| 3.342 | **Nonpriority creditor's name and mailing address**<br>FORREST BROTHERS TIRE CO<br>400 SOUTH J.B.S. PKWY BUILDING A<br>ODESSA, TX  79761<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 1903** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,894.33 |

| 3.343 | **Nonpriority creditor's name and mailing address**<br>FORZA SAFETY LLC<br>PO BOX 460<br>SHALLOWATER, TX  79363<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 5981** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $54,644.68 |

| 3.344 | **Nonpriority creditor's name and mailing address**<br>FOSTER FENCE LTD<br>PO BOX 96116<br>HOUSTON, TX  77213-6116<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 4889** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $305,134.40 |

Debtor    Strike, LLC

(Name)                                        Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.345** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,961.90

FOUR CORNERS MATERIALS
2350 S1900 W STE. 200
OGDEN, UT  84401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3458**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $214.51

FOUR SEASONS EQUIPMENT INC
DEPT 42089
PO BOX 650823
DALLAS, TX  75265-0823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5070**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,074.13

FOUR STATES TIRE & SERVICE INC
PO BOX 1236
CORTEZ, CO  81321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3469**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $691.59

FRANK'S SUPPLY COMPANY INC
3311 STANFORD DRIVE NE
ALBUQUERQUE, NM  87107

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3453**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNKNOWN

FREDRICK ROBINSON
JENKINS & JENKINS, P.C.
516 WEST MAIN STREET
WAXAHACHIE, TX  75165

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.350 | **Nonpriority creditor's name and mailing address**<br><br>FUZION FIELD SERVICES LLC<br>PO BOX 200638<br>EVANS, CO  80620<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3475** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,874.40 |
|---|---|---|---|
| 3.351 | **Nonpriority creditor's name and mailing address**<br><br>FVL, LTD., ET AL<br>J. MARK MANN<br>300 W MAIN ST.<br>-<br>HENDERSON, TX  75652<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.352 | **Nonpriority creditor's name and mailing address**<br><br>GAJESKE INC<br>DEPT. 10412<br>PO BOX 87618<br>CHICAGO, IL  60680-0618<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3479** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,961.63 |
| 3.353 | **Nonpriority creditor's name and mailing address**<br><br>GARCIA, CAMERON<br>ADDRESS REACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $55,100.00 |
| 3.354 | **Nonpriority creditor's name and mailing address**<br><br>GARY L. BUTCH<br>1815 MERCER GROVE CITY RD.<br>MERCER, PA  16137<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1087** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>REAL ESTATE LEASE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $348.35 |

Debtor   Strike, LLC
         _____
         (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.355** | **Nonpriority creditor's name and mailing address**

GASKET SERVICE INC
2120 KERMIT HWY
ODESSA, TX  79761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6171**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$226.50

---

**3.356** | **Nonpriority creditor's name and mailing address**

GATOR SERVICES & RENTALS, LLC
1376 SWISCO RD
SULPHUR, LA  70665

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1804**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,530.04

---

**3.357** | **Nonpriority creditor's name and mailing address**

GEMINI OFFICE PRODUCTS
202 S OAK ST
PEARSALL, TX  78061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5507**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OFFICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$275.44

---

**3.358** | **Nonpriority creditor's name and mailing address**

GEMINI SAFETY & INDUSTRIAL SUPPLY LLC
1230 CENTER ST
DEER PARK, TX  77536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1576**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,375.50

---

**3.359** | **Nonpriority creditor's name and mailing address**

GEOCORR LLC
13938 CHRISMAN RD
HOUSTON, TX  77039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3494**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,165.72

Debtor      Strike, LLC

(Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|---|

**3.360**

**Nonpriority creditor's name and mailing address**

GEORGE P. BANE INC
PO BOX 4665
TYLER, TX 75712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5702**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$730.70

---

**3.361**

**Nonpriority creditor's name and mailing address**

GERALD A. BEECHER, AND LUCY BEECHER
BEHENNA GOERKE KRAHL & MEYER, PLLC
210 PARK AVE
OKLAHOMA CITY, OK 73102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.362**

**Nonpriority creditor's name and mailing address**

GERALD R. BURNS INC.
2057 RIVERSIDE DRIVE
CINCINNATI, OH 45202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1886**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,237.30

---

**3.363**

**Nonpriority creditor's name and mailing address**

GERNATT ASPHALT PRODUCTS, INC.
13870 TAYLOR HOLLOW RD.
COLLINS, NY 14034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1707**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,964.75

---

**3.364**

**Nonpriority creditor's name and mailing address**

GK TECHSTAR LLC
802 W 13TH ST
DEER PARK, TX 77536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0076**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,594.26

---

Debtor    Strike, LLC                          Case number (if known)    21-90054

(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address**<br><br>G-K-G INC  DBA  J-SYSTEMS<br>PO BOX 4645<br>WICHITA FALLS, TX  76308<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5203** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $491.50 |
| 3.366 | **Nonpriority creditor's name and mailing address**<br><br>GLASS BAGGING ENTERPRISES INC<br>P.O. BOX 120<br>DUNCANSVILLE, PA  16635<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5978** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,978.00 |
| 3.367 | **Nonpriority creditor's name and mailing address**<br><br>GLENN O. HAWBAKER INC<br>PO BOX 64289<br>BALTIMORE, MD  21264-4289<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9700** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $927.02 |
| 3.368 | **Nonpriority creditor's name and mailing address**<br><br>GM OILFIELD & TRUCKING SERVICE<br>PO BOX 3 PMB 286<br>DALLAS, TX  79702<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4256** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $935.00 |
| 3.369 | **Nonpriority creditor's name and mailing address**<br><br>GOETZ ENERGY CORPORATION<br>PO BOX A<br>BUFFALO, NY  14217<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1755** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,879.40 |

Debtor    Strike, LLC
          (Name)                                          Case number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $275,773.08 |
|---|---|---|---|

GOINES, ANGELA
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | | $3,562.32 |
|---|---|---|---|

GOLDEN EQUIPMENT COMPANY
721 CANDELARIA RD NE
ALBUQUERQUE, NM  87107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1392

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | | $16,900.00 |
|---|---|---|---|

GOOD-ONE EXCAVATING
11433 MIDLAND TRAIL RD.
ASHLAND, KY  41102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | | $187.50 |
|---|---|---|---|

GOODTIME GALS INC
115 TRESTLE LANE
DURANGO, CO  81303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | | $685.00 |
|---|---|---|---|

GOREE BACKHOE & EXCAVATING, INC
1125 HANSEN RD
FREMONT, NE  68025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Strike, LLC   Case number (if known)   21-90054
(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.375** **Nonpriority creditor's name and mailing address**

GORMAN UNIFORMS RENTAL INC
9021 KATY FREEWAY
HOUSTON, TX 77024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6746**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$793.21

---

**3.376** **Nonpriority creditor's name and mailing address**

GOSAFE
PO BOX 1025
DEER PARK, TX 77536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1135**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,455.83

---

**3.377** **Nonpriority creditor's name and mailing address**

GOSE FARMS LLC
1340 CR 34420
BROOKSTON, TX 75421

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4168**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,317.50

---

**3.378** **Nonpriority creditor's name and mailing address**

GRAINGER
DEPT 871810248
PO BOX 419267
KANSAS CITY, MO 64141-9267

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3522**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$327.68

---

**3.379** **Nonpriority creditor's name and mailing address**

GRAINGER
DEPT 871810248
PO BOX 419267
KANSAS CITY, MO 64141-9267

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6164**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,709.25

Debtor   Strike, LLC
         _____
         (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.380** **Nonpriority creditor's name and mailing address**

GRANT THORNTON LLP
333 FINLEY RD SUITE 700
DOWNERS GROVE, IL 60515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,155.00

---

**3.381** **Nonpriority creditor's name and mailing address**

GRAYBAR ELECTRIC CO INC
FILE 57072
LOS ANGELES, CA 90074-7072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$799,070.85

---

**3.382** **Nonpriority creditor's name and mailing address**

GREAT WESTERN SERVICES, INC.
241 SOUTH 3RD ST.
ALLENTOWN, PA 18102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1981

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,356.80

---

**3.383** **Nonpriority creditor's name and mailing address**

GRUNWALD PRINTING COMPANY INC
PO BOX 3219
CORPUS CHRISTI, TX 78463-3219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6163

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,108.42

---

**3.384** **Nonpriority creditor's name and mailing address**

GULF COAST CRANE SERVICES LLC
5961 HWY 44
CORPUS CHRISTI, TX 78406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$385,700.14

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $158,834.72 |
|---|---|---|---|

**3.385**

**Nonpriority creditor's name and mailing address**

H&E EQUIPMENT SERVICES INC
PO BOX 849850
DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6300**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$158,834.72

---

**3.386**

**Nonpriority creditor's name and mailing address**

H&H ENGINES AND EQUIPMENT LLC
2462 CR 301
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5377**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,830.02

---

**3.387**

**Nonpriority creditor's name and mailing address**

HALLER-PHILLIPS INC
PO BOX 67
HOBBS, NM  88240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6452**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,027.13

---

**3.388**

**Nonpriority creditor's name and mailing address**

HALO BRANDED SOLUTIONS INC
3182 MOMENTUM PLACE
CHICAGO, IL  60689

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6606**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,018.40

---

**3.389**

**Nonpriority creditor's name and mailing address**

HANES GEO COMPONENTS INC
PO BOX 60984
CHARLOTTE, NC  28260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6530**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$181.15

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.390**

**Nonpriority creditor's name and mailing address**

HARDROCK DIRECTIONAL DRILLING
PO BOX 33371
SAN ANTONIO, TX 78265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6448**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$773,935.00

---

**3.391**

**Nonpriority creditor's name and mailing address**

HARRIS ELECTRICAL & AUTOMATION, INC.
3541 HIGHWAY 13 S
MORTON, MS 39117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1614**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,800.00

---

**3.392**

**Nonpriority creditor's name and mailing address**

HARRIS HANKINS MOTORS INC
PO BOX 1906
BAY SPRINGS, MS 39422

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7084**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$325.10

---

**3.393**

**Nonpriority creditor's name and mailing address**

HARRIS, AMY
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,021.20

---

**3.394**

**Nonpriority creditor's name and mailing address**

HASC INC
PO BOX 621001
DALLAS, TX 75262-1001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6497**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,924.29

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.395** | **Nonpriority creditor's name and mailing address**

HB CONSULTING SERVICES
PO BOX 165134
FORT WORTH, TX  76161

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,680.00

---

**3.396** | **Nonpriority creditor's name and mailing address**

HDDS LLC
1540 MAIN STREET, UNIT 218-235
WINDSOR, CO  80550

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$238,000.00

---

**3.397** | **Nonpriority creditor's name and mailing address**

HEAVYQUIP
PO BOX 741190
ATLANTA, GA  30374-1190

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4563

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,320.85

---

**3.398** | **Nonpriority creditor's name and mailing address**

HENDERSON BOLT CO LLC DBA BOLT COMPANY
5321 1ST ST
MERIDIAN, MS  39307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6876

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,113.00

---

**3.399** | **Nonpriority creditor's name and mailing address**

HERC RENTALS INC
PO BOX 936257
ATLANTA, GA  31193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6499

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,153.38

Debtor    Strike, LLC
          (Name)                                    Case number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------|

**3.400** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $16,977.39

HERITAGE-CRYSTAL CLEAN LLC
13621 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0136

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6498**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address** | $16,146.57

HEXAGON PPM
7088 SOLUTION CENTER
CHICAGO, IL 60677-7000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1833**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | $330.72

HI PERFORMANCE CARWASH LLC
PO BOX 777
IGNACIO, CO 81137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3615**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address** | $6,017.81

HIGH-VIS SAFETY INC
PO BOX 547
MONT BELVIEU, TX 77523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1225**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | $2,327.01

HIGHWAY BARRICADES & SERVICES
PO BOX 9104
CORPUS CHRISTI, TX 78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3059**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.405 | **Nonpriority creditor's name and mailing address**<br><br>HIGHWAY EQUIPMENT CO<br>22035 PERRY HWY<br>ZELIENOPLE, PA 16063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6602** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,586.27 |
| 3.406 | **Nonpriority creditor's name and mailing address**<br><br>HILL LUMBER<br>PO BOX 1139<br>MONT BELVIEU, TX 77580<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6559** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,695.45 |
| 3.407 | **Nonpriority creditor's name and mailing address**<br><br>HOBAS PIPE USA<br>1413 E. RICHEY RD<br>HOUSTON, TX 77073<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1853** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,822.35 |
| 3.408 | **Nonpriority creditor's name and mailing address**<br><br>HORIZON SUPPLY COMPANY<br>311 WHITE ST.<br>NEW CASTLE, PA 16101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6830** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,431.03 |
| 3.409 | **Nonpriority creditor's name and mailing address**<br><br>HORSE HEAD HOLDINGS, LLC<br>FULTZ & FULTZ<br>1400 EAST WASHINGTON AVE.<br>NAVASOTA, TX 77868<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

Debtor     Strike, LLC
           (Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $225,000.00 |
|---|---|---|---|

HORSE HEAD HOLDINGS, LLC
1650 BIRD POND RD
COLLEGE STATION, TX  77845

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PROFESSIONAL SERVICES

**Last 4 digits of account number: 1866**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,142.86 |
|---|---|---|---|

HOSE OF SOUTH TEXAS
PO BOX 9576
CORPUS CHRISTI, TX  78469

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 6841**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,604.91 |
|---|---|---|---|

HOVIS AUTO SUPPLY INC
240 SOUTH MAIN STREET
ZELIENOPLE, PA  16063

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5281**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,567.92 |
|---|---|---|---|

HOWDY ENTERPRISES LLC
3833 SOUTH TEXAS AVE. SUITE 288
BRYAN, TX  77802

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3792**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60,855.51 |
|---|---|---|---|

HSI SERVICES INC
41212 PARK 290 DR., BLDG C
WALLER, TX  77484

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 7063**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Strike, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.415**

**Nonpriority creditor's name and mailing address**

HUB CITY OVERHEAD DOOR CO INC
1626 N LEXINGTON BLVD
CORPUS CHRISTI, TX  78409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6941**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$594.30

---

**3.416**

**Nonpriority creditor's name and mailing address**

HUNTER CONTRACTING LLC
72 WILSON RD. STE E
EIGHTY FOUR, PA  15330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5367**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,950.00

---

**3.417**

**Nonpriority creditor's name and mailing address**

HYDRO BLIND SOLUTIONS
5215 TWIN CITY HWY.
PORT ARTHUR, TX  77642

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5747**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$118,586.46

---

**3.418**

**Nonpriority creditor's name and mailing address**

HYDROMAX LLC
413 HEREFORD ROAD
CORPUS CHRISTI, TX  78408

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3920**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$250,625.00

---

**3.419**

**Nonpriority creditor's name and mailing address**

HYTORC
333 ROUTE 17 N
MAHWAH, NJ  7430

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3656**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,268.01

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,846.75 |
| --- | --- | --- | --- |

**3.420**

**Nonpriority creditor's name and mailing address**

ICONIC SIGN GROUP
POB 271483
CORPUS CHRISTI, TX 78427

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1983**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,846.75

---

**3.421**

**Nonpriority creditor's name and mailing address**

ID WHOLESALER
PO BOX 95265
CHICAGO, IL 60694-5265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3667**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$282.06

---

**3.422**

**Nonpriority creditor's name and mailing address**

IGNITE ENERGY SERVICES
PO BOX 2247
FREDERICKSBURG, TX 78624

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7278**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$478,038.63

---

**3.423**

**Nonpriority creditor's name and mailing address**

ILLINOIS TRUCK & EQUIPMENT
320 BRISCOE DRIVE
MORRIS, IL 60450

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7572**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$138,675.14

---

**3.424**

**Nonpriority creditor's name and mailing address**

IMAC SYSTEMS INC
PO BOX 1605
TULLYTOWN, PA 19007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6049**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$636.05

Debtor      Strike, LLC                                        Case number (if known)     21-90054

(Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

IN RE LONNIE FINKHAUS
LAW OFFICE OF GARY E. GILSON
5525 STAPLES ST.
STE. B3
CORPUS CHRISTI, TX  78411

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
POTENTIAL LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,261.14 |

INDUSTRIAL ELECTRIC SVC INC
388 GTA DRIVE
DICKINSON, ND  58601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3681**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,741.63 |

INDUSTRIAL FABRICS INC
PO BOX 735164
DALLAS, TX  75373-5164

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 7547**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,674.31 |

INDUSTRIAL PIPING & STEEL
333 45TH ST
CORPUS CHRISTI, TX  78405

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 7559**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $166,705.67 |

INDUSTRIAL PIPING SPECIALISTS
PO BOX 581270
TULSA, OK  74158

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 7548**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Strike, LLC                                                  Case Number (if known)   21-90054
         (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | ---: |

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,577.12 |
| | INDUSTRIAL SUPPLY & RENTAL LLC | *Check all that apply.* | |
| | PO BOX 14910 DEPT 147 | ☐ Contingent | |
| | HUMBLE, TX  77347 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | OPERATIONS SUPPLIER | |
| | **Last 4 digits of account number: 7310** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $552.72 |
| | INDUSTRIAL SUPPLY CO INC | *Check all that apply.* | |
| | PO BOX 30600 | ☐ Contingent | |
| | SALT LAKE CITY, UT  84130 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | OPERATIONS SUPPLIER | |
| | **Last 4 digits of account number: 3684** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $175.00 |
| | INDUSTRIAL TRAINING SVCS INC | *Check all that apply.* | |
| | 120 MAX HURT DRIVE | ☐ Contingent | |
| | MURRAY, KY  42071 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PROFESSIONAL SERVICES | |
| | **Last 4 digits of account number: 6186** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,600.00 |
| | INDUSTRIAL TRAINING SVCS INC | *Check all that apply.* | |
| | 120 MAX HURT DRIVE | ☐ Contingent | |
| | MURRAY, KY  42071 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PROFESSIONAL SERVICES | |
| | **Last 4 digits of account number: 7155** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $350.00 |
| | INDUSTRIAL TRAINING SVCS INC | *Check all that apply.* | |
| | 120 MAX HURT DRIVE | ☐ Contingent | |
| | MURRAY, KY  42071 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PROFESSIONAL SERVICES | |
| | **Last 4 digits of account number: 4066** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    Strike, LLC
          (Name)                                      Case Number (if known)    21-90054

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.435**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL WELDING SUPPLY CO OF HARVEY
111 BURAS RD
BELLE CHASSE, LA  70037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1166

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,727.27

---

**3.436**

**Nonpriority creditor's name and mailing address**

INEIGHT INC
9977 N 90TH ST SUITE 250
SCOTTSDALE, AZ  85258

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6527

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,649.77

---

**3.437**

**Nonpriority creditor's name and mailing address**

INFINITY WATER SOLUTIONS LLC
1250 S CAPITAL OF TEXAS HWY STE 1-270
AUSTIN, TX  78746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1867

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,019.81

---

**3.438**

**Nonpriority creditor's name and mailing address**

INGRAM READY MIX INC
3580 FM 482
NEW BRAUNFELS, TX  78132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7573

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$323.67

---

**3.439**

**Nonpriority creditor's name and mailing address**

INLINE FENCE & FABRICATION LLC
PO BOX 486
BOERNE, TX  78006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7519

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,032.43

Debtor    Strike, LLC

(Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.440**   **Nonpriority creditor's name and mailing address**

INSTALLOY
DEPT 659
PO BOX 4346
HOUSTON, TX  77210-4346

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7413**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,592.55

---

**3.441**   **Nonpriority creditor's name and mailing address**

INTEGRATED TECHNOLOGY AND SECURITY, LLC
641 S. MAIN
LUMBERTON, TX  77657

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2982**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,194.39

---

**3.442**   **Nonpriority creditor's name and mailing address**

INTEGRITY SUPPLY COMPANY
PO BOX 4724
EDINBURG, TX  78540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7582**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$448.03

---

**3.443**   **Nonpriority creditor's name and mailing address**

INTEGRITY TESTING & INSPECTION INC
3861 VINCENT STATION DR.
OWENSBORO, KY  42303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1368**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,646.00

---

**3.444**   **Nonpriority creditor's name and mailing address**

INTELISITE LLC
4040 STATE HIGHWAY 121 SUITE 100
CARROLLTON, TX  75010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0617**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,983.89

---

Debtor   Strike, LLC
(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.445**

**Nonpriority creditor's name and mailing address**

INTERO INTEGRITY SERVICES US L.L.C.
9702 GALVESTON ROAD
HOUSTON, TX 77034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1671**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$216,690.00

---

**3.446**

**Nonpriority creditor's name and mailing address**

INTERSTATE BILLING SERVICE INC
PO BOX 2208
DECATUR, AL 35609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8896**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$200,633.50

---

**3.447**

**Nonpriority creditor's name and mailing address**

INTERSTATE PIPE & SUPPLY
152 HINDMAN RD
BUTLER, PA 16001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6248**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,542.84

---

**3.448**

**Nonpriority creditor's name and mailing address**

INTOO LLC
10880 WILSHIRE BOULEVARD, SUITE 1101
LOS ANGELES, CA 90024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1780**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.449**

**Nonpriority creditor's name and mailing address**

INTRALINKS, INC
P.O. BOX 392134
PITTSBURGH, PA 15251-9134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0875**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,411.59

Debtor    Strike, LLC _____    Case number (if known)    21-90054
         (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.450 | **Nonpriority creditor's name and mailing address**<br><br>IQ TOTAL SOURCE LLC<br>DEPT 661<br>PO BOX 4356<br>HOUSTON, TX  77210-4356<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7611** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OFFICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,048.07 |
| 3.451 | **Nonpriority creditor's name and mailing address**<br><br>IRON MOUNTAIN INC<br>PO BOX 915004<br>DALLAS, TX  75391-5004<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7417** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $457.33 |
| 3.452 | **Nonpriority creditor's name and mailing address**<br><br>ISCO INDUSTRIES INC<br>1974 SOLUTIONS CENTER<br>CHICAGO, IL  60677-1009<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3701** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,946.97 |
| 3.453 | **Nonpriority creditor's name and mailing address**<br><br>ISM INDUSTRIES INC<br>16645 IH 10<br>VIDOR, TX  77662<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5678** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,935.27 |
| 3.454 | **Nonpriority creditor's name and mailing address**<br><br>ISTC<br>3749 HWY 69 NORTH<br>BEAUMONT, TX  77705<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7618** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $967.07 |

Debtor     Strike, LLC
           (Name)                                          Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.455** **Nonpriority creditor's name and mailing address**

IWS GAS AND SUPPLY OF TEXAS
125 THRUWAY PARK
BROUSSARD, LA 70518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5329**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,517.05

---

**3.456** **Nonpriority creditor's name and mailing address**

J & J WELDING COMPANY, LLC
12328 COUNTY RD. 330
BIG PRAIRIE, OH 44611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1516**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,560.00

---

**3.457** **Nonpriority creditor's name and mailing address**

J&B PIPELINE SUPPLY CO INC
PO BOX 1814
BAYTOWN, TX 77522-1814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7670**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.50

---

**3.458** **Nonpriority creditor's name and mailing address**

J&G SALES INC
P.O. BOX 547
BELLVILLE, TX 77418

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2739**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,147.52

---

**3.459** **Nonpriority creditor's name and mailing address**

J&J EXCAVATING & MATERIALS
4236 NORTH US HWY 83
CRYSTAL CITY, TX 78839

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7678**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,997.50

---

Debtor    Strike, LLC
          (Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.460** | **Nonpriority creditor's name and mailing address** | $30,200.00

J&J TRUCK EQUIPMENT
PO BOX 951609
CLEVELAND, OH  44193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5423**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | $18,427.07

J.R. SALES AND RENTAL EQUIP
PO BOX 491
GRAYSON, LA  71435

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0170**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | $529,435.86

J2 RESOURCES LLC
945 MCKINNEY DR., 116
HOUSTON, TX  77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0536**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | $653.31

JAMES H. PANKEY
PO BOX 5111
PASO ROBLES, CA  93447

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6348**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | $24,663.26

JAMISON PRODUCTS
DEPT 859
PO BOX 4346
HOUSTON, TX  77210-4346

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7658**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case Number (if known) | 21-90056 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.465** **Nonpriority creditor's name and mailing address**

JANUARY ENVIRONMENTAL SERVICES
2701 S. PROSPECT AVENUE
OKLAHOMA CITY, OK  73129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7146**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,736.79

---

**3.466** **Nonpriority creditor's name and mailing address**

JASON BYNUM
DOBBS LAW FIRM
601 N. WASHINGTON
ODESSA, TX  79761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.467** **Nonpriority creditor's name and mailing address**

JAZZHR
1501 REEDSDALE STREET SUITE 403
PITTSBURGH, PA  15233

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7207**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,638.75

---

**3.468** **Nonpriority creditor's name and mailing address**

JENNIFER PARKER
BARBARA A, PATTERSON LAW FIRM, P.C.
500 N. MAIN
SUITE 802
ROSWELL, NM  88202-4461

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.469** **Nonpriority creditor's name and mailing address**

JEREMY HERSHEY
ROBERT C. HILLIARD, RUDY GONZALES, JR., CATHERINE
D. HILLIARD, J. LINDSEY CORBIN, AND JESSICA J.
PRITCHETT
HILLARD MARTINEZ GONZALES LLP
719 S. SHORELINE BOULEVARD
CORPUS CHRISTI, TX  78401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,507.50 |
| --- | --- | --- | --- |

3.470   **Nonpriority creditor's name and mailing address**

JERRY HOUSE
P.O BOX 452
COTULLA, TX  78014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1038**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,507.50

---

3.471   **Nonpriority creditor's name and mailing address**

JF RALSTON CO., INC.
3200 HIGHWAY 277
CARRIZO SPRINGS, TX  78834

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1751**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,939.91

---

3.472   **Nonpriority creditor's name and mailing address**

JL ICE LLC
PO BOX 478
CRYSTAL CITY, TX  78839

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9400**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$235.44

---

3.473   **Nonpriority creditor's name and mailing address**

JM SUPPLY
PO BOX 9157
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7679**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,093.74

---

3.474   **Nonpriority creditor's name and mailing address**

JM TEST SYSTEMS INC
PO DRAWER 45489
BATON ROUGE, LA  70895

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7768**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,561.19

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|--------|-------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.475** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

JOHN A. STERN AND DEBRA A. STERN
SANDRA HARDY
205 S. MAIN
VICTORIA, TX  77901

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,991.64

JOHN'S TRIM SHOP INC
4722 N MAIN ST
BAYTOWN, TX  77521

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 7852**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.25

JONES LANG LASALLE BROKERAGE INC
4200 BUCKINGHAM ROAD, SUITE 110
FORT WORTH, TX  76155

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 0699**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,100,130.88

JONES TRANSPORT
6184 HWY 98 W, STE 210
JENNIFER HOUSTON
HATTIESBURG, MS  39402

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 7694**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,225.00

JOSE AND SONS LAWN SERVICE
11334 PAT GEORGE BLVD
CONROE, TX  77303

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1988**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case number (if known) | 21-90056 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.480 | **Nonpriority creditor's name and mailing address**<br><br>JOYCE STEEL ERECTION LTD<br>PO BOX 8466<br>LONGVIEW, TX  75607<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5442** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,921.59 |
|---|---|---|---|
| 3.481 | **Nonpriority creditor's name and mailing address**<br><br>JPH HOLDINGS LLC<br>16619 ALDINE WESTFIELD RD<br>HOUSTON, TX  77032<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7790** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,608.00 |
| 3.482 | **Nonpriority creditor's name and mailing address**<br><br>JUAN DE JESUS PEREZ<br>KWOK DANIEL LTD., L.L.P.<br>9805 KATY FREEWAY<br>SUITE 850<br>HOUSTON, TX  77024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.483 | **Nonpriority creditor's name and mailing address**<br><br>JUDY ROBLING<br>10524 COUNTY ROAD 2219<br>SINTON, TX  78387<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1521** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,875.00 |
| 3.484 | **Nonpriority creditor's name and mailing address**<br><br>JUST FOR CONCRETE LLC<br>PO BOX 247<br>ARTESIA, NM  88210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5101** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,305.07 |

| Debtor | Strike, LLC | Case number (if known) | 21-90058 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.485**

**Nonpriority creditor's name and mailing address**

JUST FOR CONCRETE LLC
PO BOX 247
ARTESIA, NM  88210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1887**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$251.11

---

**3.486**

**Nonpriority creditor's name and mailing address**

JUSTICE SAND CO. INC
19216 HIGHWAY 35
SWEENY, TX  77480

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0962**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,797.50

---

**3.487**

**Nonpriority creditor's name and mailing address**

K R TRUCKING, LLC
236 SUMMER ST.
GLEASON, TN  38229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1666**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,550.00

---

**3.488**

**Nonpriority creditor's name and mailing address**

K&S ATV ACCESSORIES & MORE
5041 SPENCER HWY. SUITE 103
PASADENA, TX  77505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3739**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,764.07

---

**3.489**

**Nonpriority creditor's name and mailing address**

KDR SUPPLY INC
PO BOX 10130
LIBERTY, TX  77575-7630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7897**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,564.43

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |

(Name)

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.490** **Nonpriority creditor's name and mailing address**

KENNEDY WIRE ROPE & SLING COMPANY INC
PO BOX 4016
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7928**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.44

---

**3.491** **Nonpriority creditor's name and mailing address**

KEN'S EQUIPMENT
PO BOX 1687
GRAHAM, TX  76450

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3506**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,926.22

---

**3.492** **Nonpriority creditor's name and mailing address**

KILL IT SERVICES LLC
PO BOX
LOVINGTON, NM  88260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1956**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,885.81

---

**3.493** **Nonpriority creditor's name and mailing address**

KIRBY-SMITH MACHINERY INC
PO BOX 270360
OKLAHOMA CITY, OK  73137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7953**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$188,365.42

---

**3.494** **Nonpriority creditor's name and mailing address**

KLAUS, INC.
PO BOX 1193
DRUMRIGHT, OK  74030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0828**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,500.01

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,500.00 |
| | KMS MONZO CONSULTING SERVICES | Check all that apply. | |
| | 272 W 45TH STREET | ☐ Contingent | |
| | HIALEAH, FL  33012 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE | |
| | **Last 4 digits of account number:** 1989 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $313.76 |
| | KNICKERBOCKER RUSSELL CO INC | Check all that apply. | |
| | 4759 CAMPBELLS RUN RD. | ☐ Contingent | |
| | PITTSBURGH, PA  15205 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | OPERATIONS SUPPLIER | |
| | **Last 4 digits of account number:** 4010 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,936.90 |
| | KOMATSU EQUIPMENT CO | Check all that apply. | |
| | PO BOX 842326 | ☒ Contingent | |
| | DALLAS, TX  75284-2326 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | OPERATIONS SUPPLIER | |
| | **Last 4 digits of account number:** 5352 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,280.35 |
| | KONA PRINTING & PROMOTIONS | Check all that apply. | |
| | 119 YMCA DR | ☐ Contingent | |
| | BAYTOWN, TX  77521 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | OFFICE | |
| | **Last 4 digits of account number:** 3445 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,126.42 |
| | KOONS GAS MEASUREMENT | Check all that apply. | |
| | 15332 N 149TH E AVE | ☐ Contingent | |
| | COLLINSVILLE, OK  74021 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | OPERATIONS SUPPLIER | |
| | **Last 4 digits of account number:** 7984 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    Strike, LLC
          _____    Case number (if known)  21-90054
          (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,094.52 |

3.500 **Nonpriority creditor's name and mailing address**

KRONOS INC
PO BOX 744724
ATLANTA, GA  30374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0393**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,094.52

---

3.501 **Nonpriority creditor's name and mailing address**

L&M BAG & SUPPLY CO INC
PO BOX 640
WILACOOCHEE, GA  31650

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4227**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,013.85

---

3.502 **Nonpriority creditor's name and mailing address**

L.G. EVERIST, INC
PO BOX 86
MINNEAPOLIS, MN  55486-2515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1931**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.01

---

3.503 **Nonpriority creditor's name and mailing address**

LA PIPELINE RENTAL & IND
PO BOX 1820
SULPHUR, LA  70664

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9259**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,895.44

---

3.504 **Nonpriority creditor's name and mailing address**

LABELLECO FAB LLC
PO BOX 20516
BEAUMONT, TX  77720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3892**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,764.82

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.505** | **Nonpriority creditor's name and mailing address**

LANCE RENTAL COMPANY LLC
DEPT 497 PO BOX 4346
HOUSTON, TX  77210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0499**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$79,369.08

---

**3.506** | **Nonpriority creditor's name and mailing address**

LAYNE CHRISTENSEN COMPANY
1800 HUGHES LANDING BLVD. STE 800
THE WOODLANDS, TX  77380

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6140**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,532.96

---

**3.507** | **Nonpriority creditor's name and mailing address**

LEE LOPEZ AND SANDRA DIAZ
LAPEZE & JOHNS, P.L.L.C.
601 SAWYER STREET
SUITE 650
HOUSTON, TX  77007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.508** | **Nonpriority creditor's name and mailing address**

LEE SUPPLY CO INC
PO BOX 640335
PITTSBURGH, PA  15264

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5679**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,816.00

---

**3.509** | **Nonpriority creditor's name and mailing address**

LEE TRANSERVICES, INC.
415 S FIRST ST SUITE 200
LUFKIN, TX  75901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1557**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,150.35

---

| Debtor | Strike, LLC | Case number (if known) | 21-90056 |
|--------|-------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.510**

**Nonpriority creditor's name and mailing address**

LEGACY CONSTRUCTION LLC
PO BOX 2424
NATCHITOCHES, LA 71457

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3459**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$256,606.01

---

**3.511**

**Nonpriority creditor's name and mailing address**

LEONIDES GONZALEZ
THE LAW OFFICE OF GILBERTO FALCON, PLLC
320 LINDBER AVE.
MCALLEN, TX 78501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.512**

**Nonpriority creditor's name and mailing address**

LEVEL 3 COMM. 1-EAA3PT
PO BOX 910182
DENVER, CO 80291-0182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0403**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,621.81

---

**3.513**

**Nonpriority creditor's name and mailing address**

LEVEL 3 COMM. 5-KDFRCFFG
PO BOX 910182
DENVER, CO 80291

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1088**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,420.22

---

**3.514**

**Nonpriority creditor's name and mailing address**

LIFTING GEAR HIRE CORP
PO BOX 734381
CHICAGO, IL 60673-4381

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8127**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,541.02

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.515** | **Nonpriority creditor's name and mailing address**

LINDE GAS & EQUIPMENT, INC.
PO BOX 120812
DALLAS, TX  75312-0812

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1911**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,882.16

---

**3.516** | **Nonpriority creditor's name and mailing address**

LINDSAYCA INC
14350 CHRISMAN RD
HOUSTON, TX  77039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3438**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,350.82

---

**3.517** | **Nonpriority creditor's name and mailing address**

LINE QUEST LLC
PO BOX 2658
FRISCO, TX  75034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5349**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,450.00

---

**3.518** | **Nonpriority creditor's name and mailing address**

LINKEDIN CORP
PO BOX 848527
LOS ANGELES, CA  90084-8527

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8279**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,182.97

---

**3.519** | **Nonpriority creditor's name and mailing address**

LISA JOHNSON
10530 SAGETRAIL DRIVE
HOUSTON, TX  77089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1021**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

Debtor    Strike, LLC
          (Name)                                          Case number (if known)    21-90054

| **Part 2:** | Additional Page |

|  | | Amount of claim |
|---|---|---|

**3.520** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,473.39

LLEWELLYN OIL COMPANY LLC
PO BOX 36
COTULLA, TX  78014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3711**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,294.63

LOADED DICE SAFETY
P. O. BOX 13627
ODESSA, TX  79768

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0968**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,775.50

LOBO TRUCKING
PO BOX 2914
HOBBS, NM  88240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3497**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,651.92

LOCAL DUMPSTER RENTAL
6100 LAKE FORREST DRIVE SUITE 505
ATLANTA, GA  30328

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3545**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,760.68

LOGMEIN  USA INC
PO BOX 50264
LOS ANGELES, CA  90074-0264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 2069**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Strike, LLC

(Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.525 | **Nonpriority creditor's name and mailing address**<br><br>LONE STAR MAT LLC<br>133 N FRIENDSWOOD DR STE 216<br>FRIENDSWOOD, TX 77546<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4110** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,946.61 |
| 3.526 | **Nonpriority creditor's name and mailing address**<br><br>LONE STAR SHREDDING & DOCUMENT STORAGE<br>1970 W EXPRESSWAY 83<br>MERCEDES, TX 78570<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8214** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OFFICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.25 |
| 3.527 | **Nonpriority creditor's name and mailing address**<br><br>LONE STAR TRANSPORTATION LLC<br>PO BOX 162809<br>FORT WORTH, TX 76161-2809<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8191** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,150.00 |
| 3.528 | **Nonpriority creditor's name and mailing address**<br><br>LONGHORN CUSTOM COATING<br>PO BOX 4693<br>ODESSA, TX 79760<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3888** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,056.23 |
| 3.529 | **Nonpriority creditor's name and mailing address**<br><br>LONGVIEW TRUCK CENTER<br>3132 HIGHWAY 31 NORTH<br>LONGVIEW, TX 75603<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6236** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,787.50 |

Debtor    Strike, LLC                                    Case number (if known)   21-90054
          (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.530 | **Nonpriority creditor's name and mailing address**<br><br>LONGVIEW TRUCK CENTER<br>3132 HIGHWAY 31 NORTH<br>LONGVIEW, TX 75603<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9872** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,754.70 |
| 3.531 | **Nonpriority creditor's name and mailing address**<br><br>LTS LLC<br>PO BOX 921<br>CROSBY, TX 77532<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6232** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,284.38 |
| 3.532 | **Nonpriority creditor's name and mailing address**<br><br>LYLE MACHINERY<br>PO BOX 967<br>JACKSON, MS 39205-0967<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4284** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,028.37 |
| 3.533 | **Nonpriority creditor's name and mailing address**<br><br>LYNN SMITH CHEVROLET<br>925 N BURLESON BLVD<br>BURLESON, TX 76028<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8156** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,318.22 |
| 3.534 | **Nonpriority creditor's name and mailing address**<br><br>M S BENBOW & ASSOCIATES<br>P.O. BOX 836<br>METAIRIE, LA 70004-0836<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6972** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,600.00 |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.535** | **Nonpriority creditor's name and mailing address**

M&M SANITATION
P.O. BOX 695
SPEARFISH, SD  57783

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1539**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.12

---

**3.536** | **Nonpriority creditor's name and mailing address**

M&M TRUCK CENTER INC
P.O. BOX 872
KERMIT, TX  79745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3904**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

**3.537** | **Nonpriority creditor's name and mailing address**

MAGELLAN PIPELINE COMPANY, L.P. AND V-TEX
LOGISTICS LLC
CHEEK LAW FIRM, PLLC
311 NORTH HARVEY
SUITE 200
OKLAHOMA CITY, OK  73102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.538** | **Nonpriority creditor's name and mailing address**

MANCO RENTALS & SALES,INC
P.O. BOX 1046
EUNICE, LA  70535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1717**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,553.97

---

**3.539** | **Nonpriority creditor's name and mailing address**

MANGUMS TOWING & ROAD SVC INC
PO BOX 7177
WILSON, NC  27895

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0003**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,334.17

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.540**

**Nonpriority creditor's name and mailing address**

MANUEL GARZA, HILDA GARZA, JOSE ARIAS, ET AL.
DANIELS & TREDENNICK, LLP
6363 WOODWAY DR.
SUITE 700
HOUSTON, TX 77057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.541**

**Nonpriority creditor's name and mailing address**

MARTIN MARIETTA MATERIALS INC
PO BOX 677061
DALLAS, TX 75267-7061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8343**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,233.24

---

**3.542**

**Nonpriority creditor's name and mailing address**

MASON CONSTRUCTION LTD
PO BOX 20057
BEAUMONT, TX 77720-0057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8643**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$462,518.98

---

**3.543**

**Nonpriority creditor's name and mailing address**

MATAGORDA CONCRETE LLC
1610 SH 60N
BAY CITY, TX 77414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5372**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,871.02

---

**3.544**

**Nonpriority creditor's name and mailing address**

MATERIAL SOLUTIONS SERVICES, INC.
21 E 10TH ST
NORTHAMPTON, PA 18067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1513**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,880.00

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.545 | **Nonpriority creditor's name and mailing address**<br><br>MAVERICK INTERNATIONAL LTD<br>1605 BROCKMAN<br>BEAUMONT, TX  77725<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 0950 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $484.70 |
| 3.546 | **Nonpriority creditor's name and mailing address**<br><br>MAV-TECH TESTING LABORATORIES LLC<br>PO BOX 260591<br>CORPUS CHRISTI, TX  78426<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 0499 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,865.05 |
| 3.547 | **Nonpriority creditor's name and mailing address**<br><br>MAXIM CRANE WORKS LP<br>4389 SOULTIONS CENTER LOCKBOX 774389<br>CHICAGO, IL  60677-4003<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 8419 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $131,904.61 |
| 3.548 | **Nonpriority creditor's name and mailing address**<br><br>MAY WRECKER SERVICE LLC<br>8770 EASTSIDE DR EXT<br>NEWTON, MS  39345<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 7488 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,040.72 |
| 3.549 | **Nonpriority creditor's name and mailing address**<br><br>MB TECHNICAL SERVICES INC<br>2301-B TERRY RD<br>JACKSON, MS  39204<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 8783 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,512.50 |

Debtor   Strike, LLC
         (Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.550**

**Nonpriority creditor's name and mailing address**

MCCLYMONDS SUPPLY & TRANSIT CO. INC.
PO BOX 536436
PITTSBURGH, PA  15253-5906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3357**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$132,411.51

---

**3.551**

**Nonpriority creditor's name and mailing address**

MCCOY'S BUILDING SUPPLY
PO BOX 1362
SAN MARCOS, TX  78677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3951**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$445.36

---

**3.552**

**Nonpriority creditor's name and mailing address**

MCCOY'S BUILDING SUPPLY
PO BOX 1362
SAN MARCOS, TX  78677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8449**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,971.58

---

**3.553**

**Nonpriority creditor's name and mailing address**

MCCULLOUGH FARMS LLC
63 MCCULLOUGH RD
SHARPSVILLE, PA  16150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7206**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,450.00

---

**3.554**

**Nonpriority creditor's name and mailing address**

MEARS GROUP INC.
5051 WESTHEIMER ROAD SUITE 1650
HOUSTON, TX  77056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0314**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,100,000.00

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.555**

**Nonpriority creditor's name and mailing address**

MEARS GROUP, INC.
VORYS, SATER, SEYMOUR AND PEASE, LLP
909 FANNIN ST
SUITE 2700
HOUSTON, TX  77010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.556**

**Nonpriority creditor's name and mailing address**

MEC SERVICES LLC
522 W MERMOD ST 721
CARLSBAD, NM  88220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1646

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,885.50

---

**3.557**

**Nonpriority creditor's name and mailing address**

MEDEXPRESS URGENT CARE PC WV
PO BOX 7959
BELFAST, ME  4915

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3453

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$219.00

---

**3.558**

**Nonpriority creditor's name and mailing address**

MEDEXPRESS URGENT CARE, PC PEN
PO BOX 7964
BELFAST, ME  49157900

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0186

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$712.00

---

**3.559**

**Nonpriority creditor's name and mailing address**

MEDICAL SCREENING SERVICES INC
3350 FAIRVIEW ST
PASADENA, TX  77504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,581.26

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

**3.560** | **Nonpriority creditor's name and mailing address**

MELANIE DAVIS
2219 E 104TH STREET
PERKINS, OK  74059

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6358**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$175.00

---

**3.561** | **Nonpriority creditor's name and mailing address**

MERCER VALVE CO., INC
PO BOX 270970
OKLAHOMA CITY, OK  73137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0991**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$265.00

---

**3.562** | **Nonpriority creditor's name and mailing address**

MERCURY PERMITS
112 E HOUSTON ST
TYLER, TX  75702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8513**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PERMITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,253.63

---

**3.563** | **Nonpriority creditor's name and mailing address**

MESSNER CONTRACTING GROUP
550 N. 159TH ST., E. - SUITE 309
WICHITA, KS  67230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1098**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$241,398.34

---

**3.564** | **Nonpriority creditor's name and mailing address**

METALS TESTING SERVICES INC
PO BOX 3448
COEUR DALENE, ID  83816

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4251**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,904.14

---

Debtor     Strike, LLC
           (Name)                                    Case Number (if known) 21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.565** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $154,091.60

MEURER, GARY
ADDRESS REACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | $1,588,450.00

MICHELS CORPORATION
PO BOX 95
BROWNSVILLE, WI  53006

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 8348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address** | $73,289.58

MICRO MOTION INC
22737 NETWORK PL
CHICAGO, IL  60673-1227

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 8345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address** | $10,469.91

MICROSOFT CORPORATION
1950 N STEMMONS FWY STE 5010
DALLAS, TX  75207

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 8718

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address** | $48,560.37

MID-COAST ELECTRIC SUPPLY INC
3354 NACOGDOCHES RD
SAN ANTONIO, TX  78217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 8520

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Strike, LLC
         _____          Case number (if known)   21-90054
         (Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |

**3.570** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $100.28
| | MID-SOUTH WELDING SUPPLY INC | *Check all that apply.* |
| | 505 51ST AVE. | ☐ Contingent |
| | MERIDIAN, MS  39307 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | TRADE |
| | **Last 4 digits of account number: 6841** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.571** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,375.61
| | MID-STATE SUPPLY INC | *Check all that apply.* |
| | 322 NORTH MAIN ST | ☐ Contingent |
| | NEWTON, MS  39345 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | TRADE |
| | **Last 4 digits of account number: 6303** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.572** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $11,797.06
| | MIDSTREAM SUPPLY & RENTAL LLC | *Check all that apply.* |
| | PO BOX 1204 | ☐ Contingent |
| | BENTON, LA  71006 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | OPERATIONS SUPPLIER |
| | **Last 4 digits of account number: 6683** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.573** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $59,230.80
| | MIDSTREAM VALVE PARTNERS LLC | *Check all that apply.* |
| | 25349 BOROUGH PARK DR. | ☐ Contingent |
| | SPRING, TX  77380 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | OPERATIONS SUPPLIER |
| | **Last 4 digits of account number: 4148** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.574** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,606.20
| | MIDWAY RENTAL | *Check all that apply.* |
| | PO BOX 5450 | ☒ Contingent |
| | KALISPELL, MT  59903 | ☒ Unliquidated |
| | | ☒ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | TRADE |
| | **Last 4 digits of account number: 0282** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

Debtor  Strike, LLC

(Name)

Case number (if known)  21-90054

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.575**

**Nonpriority creditor's name and mailing address**

MIDWEST HOSE & SPECIALTY INC
PO BOX 96558
OKLAHOMA CITY, OK  73143-6558

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8491**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$84.96

---

**3.576**

**Nonpriority creditor's name and mailing address**

MIKE'S WESTSIDE RENTAL LLC
2928 STATE HWY 16 S
GRAHAM, TX  76450

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5226**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$149.72

---

**3.577**

**Nonpriority creditor's name and mailing address**

MILBAR HYDRO-TEST INC
651 AERO DR
SHREVEPORT, LA  71107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8524**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$325,341.00

---

**3.578**

**Nonpriority creditor's name and mailing address**

MILLER CONCRETE CONSTRUCTION, LLC
P.O. BOX 6
TRANSFER, PA  16154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1253**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,334.65

---

**3.579**

**Nonpriority creditor's name and mailing address**

MILLS CONSTRUCTION & WELDING
PO BOX 989
CUSHING, OK  74023-0989

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6943**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,934.92

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.580 | **Nonpriority creditor's name and mailing address**<br><br>MILTON ROY COMPANY FLOW CONTROL DIVISION<br>MAIL CODE 5137, PO BOX 660367<br>DALLAS, TX  75266-0367<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8554** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $81,432.22 |
| 3.581 | **Nonpriority creditor's name and mailing address**<br><br>MINERALTECH LLC<br>8700 HWY 87 NORTH UNIT 2<br>ORANGE, TX  77632<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4184** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,432.20 |
| 3.582 | **Nonpriority creditor's name and mailing address**<br><br>MINUTEMAN PRESS<br>1626 RAYFORD RD<br>SPRING, TX  77386<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8349** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MARKETING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,351.56 |
| 3.583 | **Nonpriority creditor's name and mailing address**<br><br>MITCHELL HOPPER INFRASTRUCTURE<br>3304 GALESBURG DRIVE<br>AUSTIN, TX  78745<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6008** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,222.60 |
| 3.584 | **Nonpriority creditor's name and mailing address**<br><br>MOBILE AREA WATER & SEWER SYS<br>4725 A MOFFETT RD<br>MOBILE, AL  36618-2236<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4007** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $531.41 |

Debtor    Strike, LLC                                Case number (if known)    21-90054
          (Name)

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $138.61 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MOBILE MINI STORAGE SOLUTIONS
PO BOX 650882
DALLAS, TX  75265-0882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4027**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$138.61

---

3.586   **Nonpriority creditor's name and mailing address**

MOBILE MINI STORAGE SOLUTIONS
PO BOX 650882
DALLAS, TX  75265-0882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8556**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,731.93

---

3.587   **Nonpriority creditor's name and mailing address**

MOBILE MINI TANK & PUMP SOL
PO BOX 650882
DALLAS, TX  75265-0882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4355**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,949.14

---

3.588   **Nonpriority creditor's name and mailing address**

MOBILE MODULAR
PO BOX 45043
SAN FRANCISCO, CA  94145

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4265**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,680.06

---

3.589   **Nonpriority creditor's name and mailing address**

MOBILE SAFETY AND CONSULTATION
PO BOX 1813
CARLSBAD, NM  88220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1537**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.65

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.590 | **Nonpriority creditor's name and mailing address**<br><br>MOHAWK MATERIALS<br>PO BOX 640<br>SAND SPRINGS, OK  74063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3774** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $531.00 |
| 3.591 | **Nonpriority creditor's name and mailing address**<br><br>MOMENTUM RENTAL AND SALES<br>809 S. HWY 35<br>PORT LAVACA, TX  77979-2415<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1473** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,222.19 |
| 3.592 | **Nonpriority creditor's name and mailing address**<br><br>MONCUR<br>20700 CIVIC CENTER DR. SUITE 250<br>SOUTHFIELD, MI  48076<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3389** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MARKETING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,300.00 |
| 3.593 | **Nonpriority creditor's name and mailing address**<br><br>MONTANA TEXAS ENTERPRISES INC<br>1605 N MIDKIFF 249<br>MIDLAND, TX  79706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0591** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,000.00 |
| 3.594 | **Nonpriority creditor's name and mailing address**<br><br>MONTANA-DAKOTA UTILITIES CO<br>400 NORTH 4TH ST<br>BISMARCK, ND  58506<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0359** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,214.36 |

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.595** | **Nonpriority creditor's name and mailing address**

MORAIN SALES AND SERVICE INC
1217 SALT SPRINGS RD
MINERAL RIDGE, OH  44440

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0483

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,803.94

---

**3.596** | **Nonpriority creditor's name and mailing address**

MOTHER EARTH MATERIALS
5949 LA COSTA DR
CORPUS CHRISTI, TX  78414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0283

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,004.60

---

**3.597** | **Nonpriority creditor's name and mailing address**

MOTT MACDONALD
111 WOOD AVENUE SOUTH
ISELIN, NJ  8830

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6678

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,122.78

---

**3.598** | **Nonpriority creditor's name and mailing address**

MO-VAC ENVIRONMENTAL INC
P.O. BOX 4078
MCALLEN, TX  78502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2699

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$731.00

---

**3.599** | **Nonpriority creditor's name and mailing address**

MPS LLC
PO BOX 218844
HOUSTON, TX  77218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$921.70

---

Debtor   Strike, LLC
         (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.600** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,063.58

MR. JOHN TRI-BORO TRAILER
PO BOX 645748
PITTSBURGH, PA  15264-5255

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 5582**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.601** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $161,144.34

MRC GLOBAL
PO BOX 204392
DALLAS, TX  75320-4392

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 4050**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.602** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,415.09

MSC INDUSTRIAL SUPPLY CO
PO BOX 78845
MILWAUKEE, WI  53278-8845

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1247**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.603** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,429.46

MTEST
7677 COPPERMINE
MANASSAS, VA  20109

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 2710**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.604** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,156.21

MULHOLLAND ENERGY SERVICES LLC
PO BOX 4227
ODESSA, TX  79760

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 7114**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Strike, LLC
          (Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.605** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,636.00

MUNOZ FOUNDATION DRILLING INC
PO BOX 446
WESLACO, TX  78599

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 8760**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.606** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $196.38

MY FLEET CENTER
PO BOX 620130
MIDDLETON, WI  53562

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 7744**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.607** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73,272.71

MYOCO PIPELINE SUPPLY
PO BOX 35137
HOUSTON, TX  77235-5137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 8800**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.608** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,101.70

MYOILPATCH.COM LLC
2506 AXMINSTER DR
GRAND PRAIRIE, TX  75050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 8776**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.609** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,853.96

NAPA - CARLSBAD AUTO SUPPLY CO
710 S CANYON ST
CARLSBAD, NM  88220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 1823**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      Strike, LLC                                    Case number (if known)    21-90054

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.610** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,649.48

NAPA AUTO PARTS - BARRON
409 E 2ND STREET
ODESSA, TX  79761

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 9356**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.611** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,151.43

NASH TRUCKING & CONSTRUCTION
PO BOX 219
WOODLAWN, TX  75694

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 4067**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.612** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,211.75

NATIONAL INSPECTION SERVICES
110 HAROLD GAUTHE RD.
SCOTT, LA  70583

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 8840**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $374.28

NATIONAL LUBE EXPRESS
5801 N. GUMWOOD
PHARR, TX  78577

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 8828**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,504.91

NATIONAL TANK & EQUIPMENT LLC
PO BOX 4356 DEPT 2225
HOUSTON, TX  77210-4356

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1168**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Strike, LLC
         (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.615 | **Nonpriority creditor's name and mailing address**<br><br>NATIONWIDE TRAILERS LLC<br>11811 N. FRWY, 210<br>HOUSTON, TX 77060<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7515** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,517.57 |
| 3.616 | **Nonpriority creditor's name and mailing address**<br><br>NAVEX GLOBAL INC<br>PO BOX 60941<br>CHARLOTTE, NC 28260<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0674** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $18,473.87 |
| 3.617 | **Nonpriority creditor's name and mailing address**<br><br>NELSON EQUIPMENT LTD<br>9400 N HWY 146<br>BAYTOWN, TX 77523<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8936** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $33,110.19 |
| 3.618 | **Nonpriority creditor's name and mailing address**<br><br>NEW ENTERPRISE STONE & LIME CO. INC<br>PO BOX 645211<br>PITTSBURGH, PA 15264-5211<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1288** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $38,498.38 |
| 3.619 | **Nonpriority creditor's name and mailing address**<br><br>NEXAIR LLC<br>1350 CONCOURSE AVE STE 103<br>MEMPHIS, TN 38104-2018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0821** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $506.55 |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.620** | **Nonpriority creditor's name and mailing address**

NEXTGEN SECURITY LLC
770 PENNSYLVANIA DRIVE SUITE 120
EXTON, PA 19341

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6724**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$51,864.51

---

**3.621** | **Nonpriority creditor's name and mailing address**

NGL WATER SOLUTIONS PERMIAN
3773 CHERRY CREEK N. DR. 1000
DENVER, CO 80209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0432**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$381.17

---

**3.622** | **Nonpriority creditor's name and mailing address**

NICKEL ROCK LLC
PO BOX 2239
SAN MARCOS, TX 78667

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0096**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,170.55

---

**3.623** | **Nonpriority creditor's name and mailing address**

NITROGEN SERVICES LLC
921 N FAIRGROUNDS RD
MIDLAND, TX 79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4237**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,236.50

---

**3.624** | **Nonpriority creditor's name and mailing address**

NOLDER EXCAVATING, LLC
325 W. MOORESTOWN ROAD
NAZARETH, PA 18064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1811**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$72,282.50

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,351.81 |

NONDESTRUCTIVE & VISUAL INSPECTION
1300 WEST TUNNEL BLVD
HOUMA, LA  70364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3839**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $510.60 |

NORTH SHORE SUPPLY CO INC
PO BOX 9940
HOUSTON, TX  77213-0940

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 8935**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,483.56 |

NORTHEAST GAS ASSOCIATION
75 SECOND AVENUE, SUITE 510
NEEDHAM, MA  2494

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 7139**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,617.01 |

NORTHEAST GAS SERVICES
27 MCDERMOTT PLACE
BERGINFIELD, NJ  7621

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 1637**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,899.49 |

NORTHEND DISPOSAL
PO BOX 679859
DALLAS, TX  75267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 1643**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Strike, LLC                                           Case number (if known)   21-90054
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.630** **Nonpriority creditor's name and mailing address**

NORTHERN A-1 SERVICES
PO BOX 1030
KALKASKA, MI  49646

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,003.57

---

**3.631** **Nonpriority creditor's name and mailing address**

NORTHERN SAFETY COMPANY INC
PO BOX 4250
UTICA, NY  13504-4250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4283

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,770.91

---

**3.632** **Nonpriority creditor's name and mailing address**

NOVA MEDICAL CENTERS
PO BOX 840066
DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$518.79

---

**3.633** **Nonpriority creditor's name and mailing address**

NTS MIKEDON LLC
PO BOX 750963
HOUSTON, TX  77075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8798

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,186.11

---

**3.634** **Nonpriority creditor's name and mailing address**

NUECES OCCUPATIONAL MEDICINE CLINIC
7406 UP RIVER RD
CORPUS CHRISTI, TX  78409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8963

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,850.25

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

|  | | | Amount of claim |
| --- | --- | --- | --- |

| 3.635 | **Nonpriority creditor's name and mailing address**<br><br>NUECES POWER EQUIPMENT<br>PO BOX 4789<br>CORPUS CHRISTI, TX  78469<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8956** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,475.03 |
| 3.636 | **Nonpriority creditor's name and mailing address**<br><br>O.K. TIRE STORE INC<br>2224 MAIN AVE<br>FARGO, ND  58103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5798** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,005.80 |
| 3.637 | **Nonpriority creditor's name and mailing address**<br><br>OCCUCARE INTERNATIONAL<br>321 W  SAN AUGUSTINE<br>DEER PARK, TX  77536-4027<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9039** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MEDICAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,738.75 |
| 3.638 | **Nonpriority creditor's name and mailing address**<br><br>OCCUPATIONAL SAFETY COUNCILS OF AMERICA<br>P.O. BOX 11109<br>CARSON, CA  90749<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5915** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MEDICAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |
| 3.639 | **Nonpriority creditor's name and mailing address**<br><br>ODESSA PUMPS & EQUIPMENT INC<br>PO BOX 207614<br>DALLAS, TX  75320-7614<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8981** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,404.37 |

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.640**  **Nonpriority creditor's name and mailing address**

OFFICE PAVILION-HOUSTON
DEPT 698
PO BOX 4346
HOUSTON, TX  77210-4346

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,550.00

---

**3.641**  **Nonpriority creditor's name and mailing address**

OGBURN'S TRUCK PARTS
PO BOX 4630
FORT WORTH, TX  76164

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6207**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$214.13

---

**3.642**  **Nonpriority creditor's name and mailing address**

OKLAHOMA FLUID SOLUTIONS LLC
1906 N. YELLOW WOOD AVE.
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0561**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,963.67

---

**3.643**  **Nonpriority creditor's name and mailing address**

OKLAHOMA NATURAL GAS CO
PO BOX 219296
KANSAS CITY, MO  64121-9296

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4302**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.16

---

**3.644**  **Nonpriority creditor's name and mailing address**

OMEGA ALLIANCE INC
2257 N. LOOP 336, STE. 140-201
CONROE, TX  77304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3566**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

| Debtor | Strike, LLC | | Case number (if known) | 21-90054 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.645**

**Nonpriority creditor's name and mailing address**
OMNI AIR & NITROGEN LTD
8809 E HWY 80
MIDLAND, TX  79706

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6719**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,185.00

---

**3.646**

**Nonpriority creditor's name and mailing address**
ONE STAR FLAG INDUSTRIES LLC
718 CANTWELL LANE
CORPUS CHRISTI, TX  78408

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0661**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$710.11

---

**3.647**

**Nonpriority creditor's name and mailing address**
ONSITE DIESEL INC
PO BOX 131645
SPRING, TX  77393

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 5347**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,375.96

---

**3.648**

**Nonpriority creditor's name and mailing address**
OPTIMAX SERVICES & SUPPLY LLC
5233 IH 37, STE C9
CORPUS CHRISTI, TX  78408

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 2531**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

**3.649**

**Nonpriority creditor's name and mailing address**
OQ SAFETY & TRAINING, LLC
PO BOX 61283
LAFAYETTE, LA  70596

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 1919**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,540.00

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.650** | **Nonpriority creditor's name and mailing address**

ORACLE AMERICA INC
PO BOX 203448
DALLAS, TX  75320-3448

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4101**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,952.44

---

**3.651** | **Nonpriority creditor's name and mailing address**

O'REILLY AUTO PARTS
PO BOX 9464
SPRINGFIELD, MO  65801-9464

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9041**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,288.21

---

**3.652** | **Nonpriority creditor's name and mailing address**

OSC ENERGY LLC
PO BOX 6012
CORPUS CHRISTI, TX  78466

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9880**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,275.35

---

**3.653** | **Nonpriority creditor's name and mailing address**

OUTLAW TESTING LLC
630 S WASHINGTON
LA GRANGE, TX  78945

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5773**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,125.00

---

**3.654** | **Nonpriority creditor's name and mailing address**

OXYGEN SERVICE COMPANY
1111 PIERCE BUTLER ROUTE
ST. PAUL, MN  55104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0350**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.41

Debtor     Strike, LLC                                          Case number (if known)    21-90054

(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.655** | **Nonpriority creditor's name and mailing address** | $4,991.18

P&L TESTING, LLC
PO BOX 1107
GIDDINGS, TX  78942

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1676

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address** | $1,120.05

PACCAR PARTS SERVICES
PO BOX 731165
DALLAS, TX  75373-1165

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5195

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.657** | **Nonpriority creditor's name and mailing address** | $14,325.00

PAISANO LEASE COMPANY INC
PO BOX 598
FREER, TX  78357

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address** | $350.00

PANOLA COUNTY JP
110 S SYCAMORE, ROOM 105
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address** | $1,420.51

PANTHER CITY INDUSTRIAL SUPPLY LLC
4455 CAMP BOWIE BLVD SUITE 114  158
FT WORTH, TX  76119

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1141

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.660** | **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN FILTRATION (US) INC
118 WASHINGTON AVE
MINERAL WELLS, TX  76067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1836**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,492.59

---

**3.661** | **Nonpriority creditor's name and mailing address**

PATE TRUCKING CO LLC
6510 70TH ST, STE 101
LUBBOCK, TX  79424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,851.53

---

**3.662** | **Nonpriority creditor's name and mailing address**

PATE, AARON
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$569,683.33

---

**3.663** | **Nonpriority creditor's name and mailing address**

PATE, KEVIN
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$211,350.00

---

**3.664** | **Nonpriority creditor's name and mailing address**

PATE, MEGAN
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$130,580.77

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.665** **Nonpriority creditor's name and mailing address**
PATE, RICHARD
ADDRESS REACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$98,850.00

---

**3.666** **Nonpriority creditor's name and mailing address**
PATE, STEVE
ADDRESS REACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$722,516.67

---

**3.667** **Nonpriority creditor's name and mailing address**
PATRIOT CONSTRUCTION & IND LLC
1026 TOBY MOUTON ROAD
DUSON, LA  70529

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 7513**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$152,161.62

---

**3.668** **Nonpriority creditor's name and mailing address**
PEERLESS DYNAMICS LLC
7238 SPANISH GRANT
GALVESTON, TX  77554

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 7481**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,000.00

---

**3.669** **Nonpriority creditor's name and mailing address**
PENN TOOL SALES & SVC INC
PO BOX 5557
POLAND, OH  44514

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3910**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,723.88

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.670**   **Nonpriority creditor's name and mailing address**

PERCO EQUIPMENT RENTAL LLC
PO BOX 201
MADISON, GA  30650

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6939**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,273.35

---

**3.671**   **Nonpriority creditor's name and mailing address**

PERFORMANCE CHEMICAL COMPANY
PO BOX 62450
MIDLAND, TX  79711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3360**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.79

---

**3.672**   **Nonpriority creditor's name and mailing address**

PERMIAN BASIN MATERIALS LLC
PO BOX 14168
ODESSA, TX  79768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2703**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,387.70

---

**3.673**   **Nonpriority creditor's name and mailing address**

PERSPECTIVE TALENT LLC
57 NIGUEL POINTE DR
LAGUNA NIGUEL, CA  92677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3414**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$143,659.00

---

**3.674**   **Nonpriority creditor's name and mailing address**

PETROGLYPH PROJECTS USA
871 CORONADO CENTER DRIVE 200
HENDERSON, NV  89052
CA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2891**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,700.00

---

Debtor      Strike, LLC
            (Name)                                              Case Number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.675** | **Nonpriority creditor's name and mailing address** | | **$46,646.89**

PETROLINK USA, LLC
16014 FOSTER STREET
OVERLAND PARK, KS  66085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1069**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address** | | **$5,227.50**

PHILLIPS BROTHERS CONSTRUCTION
120 INSANITY LANE
VINE GROVE, KY  40175

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4153**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address** | | **$2,518.25**

PINNERGY LTD
111 CONGRESS AVE STE 2020
AUSTIN, TX  78701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5306**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address** | | **$31,236.50**

PIPE FREEZING SERVICES INC
PO BOX 105
PETAL, MS  39465

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0486**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address** | | **$47,516.81**

PIPELINE CONTROLS & SERVICES, INC.
2090 DUNWOODY CLUB DRIVE SUITE 106-269
ATLANTA, GA  30350

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1667**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Strike, LLC
         (Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.680** | **Nonpriority creditor's name and mailing address** | | $15,172.02

PIPELINE MACHINERY INT'L
15434 CYPRESS N HOUSTON
CYPRESS, TX  77429

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9424**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address** | | $3,971.29

PIPELINE PRODUCTS SPECIALTY CO
3890 NORTH FWY STE C
HOUSTON, TX  77022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9110**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | | $667,503.91

PIPELINE SUPPLY & SERVICE
PO BOX 74321
CLEVELAND, OH  44194-4321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9104**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.683** | **Nonpriority creditor's name and mailing address** | | $13,968.75

PLAINS WELDING SUPPLY INC
522 S MAIN ST
CARLSBAD, NM  88220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5499**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address** | | $6,743.21

PLATINUM INDUSTRIAL SUPPLY INC
P.O. BOX 590026
HOUSTON, TX  77259

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3789**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      Strike, LLC
            (Name)                                                Case number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.685** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $239,050.00

PMP DIRECTIONAL LLC
PO BOX 3188
CLAREMORE, OK  74018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

Basis for the claim:
SUBCONTRACTOR

**Last 4 digits of account number: 1473**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | $25,658.74

PORTABULL FUEL LLC
PO BOX 429
PURVIS, MS  39475

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

Basis for the claim:
OPERATIONS SUPPLIER

**Last 4 digits of account number: 2743**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | $557.44

PORT-A-JON INC
PO BOX 6180
SHREVEPORT, LA  71136

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

Basis for the claim:
SUBCONTRACTOR

**Last 4 digits of account number: 9444**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | $4,302.19

POT-O-GOLD RENTALS LLC
15634 WALLISVILLE RD STE 800-336
HOUSTON, TX  77049

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

Basis for the claim:
TRADE

**Last 4 digits of account number: 3884**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address** | $896.46

POWDER AND COATING SOLUTIONS LLC
910 W PIERCE ST 35
CARLSBAD, NM  88220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

Basis for the claim:
TRADE

**Last 4 digits of account number: 5781**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.690** | **Nonpriority creditor's name and mailing address**

POWER MOTIVE CORPORATION
PO BOX 912377
DENVER, CO  80291-2377

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4266**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,649.72

---

**3.691** | **Nonpriority creditor's name and mailing address**

POWER PLAN
21310 NETWORK PL
CHICAGO, IL  60673-1213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5515**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,773.41

---

**3.692** | **Nonpriority creditor's name and mailing address**

POWER PLAN
21310 NETWORK PL
CHICAGO, IL  60673-1213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9450**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$320,567.08

---

**3.693** | **Nonpriority creditor's name and mailing address**

PRAXAIR DISTRIBUTION INC
PO BOX 382000
PITTSBURGH, PA  15250-2000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9464**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,688.74

---

**3.694** | **Nonpriority creditor's name and mailing address**

PRECISION FLOW INC
PO BOX 7137
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3313**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.89

---

Debtor    Strike, LLC
          (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.695** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,466,068.00

PRECISION HDD DRILLING LLC
20197 MAY AVENUE
PURCELL, OK  73080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 8999**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,975.00

PRECISION NDT LLC
1508 W JESIFER
HOBBS, NM  88242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 5936**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.697** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,516.58

PRECISION PIPELINE SVCS. LLC
P.O. BOX 368
WOODWARD, OK  73802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 0360**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.698** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77,558.00

PREFERRED CONTRACTORS LLC
PO BOX 1540
WINNIE, TX  77665

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 0605**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.699** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $652.89

PREMIER SAFETY
PO BOX 33757
DETROIT, MI  48232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1271**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Strike, LLC
    (Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.700** **Nonpriority creditor's name and mailing address**

PRICE SUPPLY INC
109 CASON RD
BROUSSARD, LA  70518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6430**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,267.40

---

**3.701** **Nonpriority creditor's name and mailing address**

PRINCE OIL COMPANY
P.O. BOX 27
PHILADELPHIA, MS  39350

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8109**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,429.55

---

**3.702** **Nonpriority creditor's name and mailing address**

PRO ACCESS RENTALS
8003 S. EASTERN AVE
OKLAHOMA CITY, OK  73149

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9426**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,556.22

---

**3.703** **Nonpriority creditor's name and mailing address**

PRO CUT CONSTRUCTION SERVICES, INC
3939 TRINDLE ROAD
CAMP HILL, PA  17011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1355**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,300.00

---

**3.704** **Nonpriority creditor's name and mailing address**

PRO GRO ENVIRONMENTAL LLC
458 HILLVALE RD
SOMERSET, PA  15501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7095**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$247,107.04

---

Debtor    Strike, LLC
          (Name)                                          Case number (if known)   21-90054

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

---

**3.705**   **Nonpriority creditor's name and mailing address**

PROACTIVE SAFETY SOLUTIONS LLC
PO BOX 87334
BATON ROUGE, LA  70879

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0259**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,600.00

---

**3.706**   **Nonpriority creditor's name and mailing address**

PROFESSIONAL SERVICE IND INC
PO BOX 74008418
CHICAGO, IL  60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9519**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,832.00

---

**3.707**   **Nonpriority creditor's name and mailing address**

PROFESSIONAL SERVICE IND. INC
PO BOX 74008418
CHICAGO, IL  60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6208**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,230.00

---

**3.708**   **Nonpriority creditor's name and mailing address**

PROGAS INC
2314 EVANS CITY ROAD
ZELIENOPLE, PA  16063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4866**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.70

---

**3.709**   **Nonpriority creditor's name and mailing address**

PRO-KOTE ENGINEERING & SUPPLY
590 CIRCLE DR
CASPER, WY  82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5908**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$142.75

---

Debtor  Strike, LLC
       (Name)                                          Case Number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.710**  **Nonpriority creditor's name and mailing address**

PUFFER-SWEIVEN
PO BOX 301124
DALLAS, TX  75303-1124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9538**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,530.53

---

**3.711**  **Nonpriority creditor's name and mailing address**

PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA  15250-7874

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9312**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OFFICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,223.34

---

**3.712**  **Nonpriority creditor's name and mailing address**

PURE WATER PARTNERS LLC
PO BOX 24445
SEATTLE, WA  98124-0444

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OFFICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$538.19

---

**3.713**  **Nonpriority creditor's name and mailing address**

PURGE ENERGY SERVICES LLC
1500 ASHWOOD DRIVE
CANONSBURG, PA  15317

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1830**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$135,750.35

---

**3.714**  **Nonpriority creditor's name and mailing address**

PURVIS BUSINESS MACHINES, INC
4505 HWY 39 NORTH
MERIDIAN, MS  39301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$256.48

Debtor   Strike, LLC
         (Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.715 | **Nonpriority creditor's name and mailing address**<br><br>QP ENERGY SERVICES LLC<br>1221 SOUTH MAIN ST STE 208<br>BOERNE, TX 78006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9545** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $163,794.88 |

| 3.716 | **Nonpriority creditor's name and mailing address**<br><br>QUALITY CONSTRUCTION & PROD.<br>PO BOX 1139<br>YOUNGSVILLE, LA 70592<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3958** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,368.00 |

| 3.717 | **Nonpriority creditor's name and mailing address**<br><br>QUALITY MAT COMPANY<br>6550 TRAM RD<br>BEAUMONT, TX 77713<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9550** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,264.62 |

| 3.718 | **Nonpriority creditor's name and mailing address**<br><br>QUARTER TURN RESOURCES INC<br>714 W 13TH STREET<br>DEER PARK, TX 77536<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1776** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,892.70 |

| 3.719 | **Nonpriority creditor's name and mailing address**<br><br>RAE SECURITY<br>7102 W SAM HOUSTON PKWY N STE 100<br>HOUSTON, TX 77040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9712** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $162.38 |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

---

**3.720**

**Nonpriority creditor's name and mailing address**

RAILPROS FIELD SERVICES INC
1705 W. NW HWY., STE. 150
GRAPEVINE, TX  76051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2599**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,558.00

---

**3.721**

**Nonpriority creditor's name and mailing address**

RAIN FOR RENT
FILE 52541
LOS ANGELES, CA  90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4335**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,840.65

---

**3.722**

**Nonpriority creditor's name and mailing address**

RAM TOOL & SUPPLY CO INC
PO BOX 743487
ATLANTA, GA  30374-3487

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9650**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,481.23

---

**3.723**

**Nonpriority creditor's name and mailing address**

RANGELY TRASH SERVICE
PO BOX 400
RANGELY, CO  81648-0400

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4345**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,856.00

---

**3.724**

**Nonpriority creditor's name and mailing address**

RANGEVIEW METROPOLITAN DISTRICT
34501 EAST QUINCY AVE BLDG 34
WATKINS, CO  80137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1260**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,714.94

---

Debtor  Strike, LLC

(Name)

Case Number (if known)  21-90054

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.725**

**Nonpriority creditor's name and mailing address**

RB EVERETT & CO
PO BOX 7300
PASADENA, TX  77508

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$221.74

---

**3.726**

**Nonpriority creditor's name and mailing address**

RCI ENERGY GROUP
17314 SH 249, SUITE 350
HOUSTON, TX  77064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,809.85

---

**3.727**

**Nonpriority creditor's name and mailing address**

READ ICE INC
PO BOX 2020
KOUNTZE, TX  77625

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$594.29

---

**3.728**

**Nonpriority creditor's name and mailing address**

RED BALL OXYGEN CO INC
PO BOX 46166
HOUSTON, TX  77210-6166

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4357

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,211.15

---

**3.729**

**Nonpriority creditor's name and mailing address**

RED-D-ARC INC
PO BOX 532618
ATLANTA, GA  30353-2618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,490.90

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor     Strike, LLC
           (Name)                                          Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.730** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68,792.94
Check all that apply.

REDI SERVICES LLC
PO BOX 310
LYMAN, WY 82937

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 9633**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.731** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $622.00
Check all that apply.

REEVES COUNTY FEED & SUPPLY
1820 S BALMORHEA HWY
PECOS, TX 79772

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 9629**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.732** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $321,154.17
Check all that apply.

RELEVANT INDUSTRIAL LLC
PO BOX 95605
GRAPEVINE, TX 76099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1252**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $85.00
Check all that apply.

RELIANCE MEDICAL GROUP LLC
3451 N. BUTLER AVE
FARMINGTON, NM 87401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MEDICAL

**Last 4 digits of account number: 4367**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,037.50
Check all that apply.

REN SERVICES
P.O. BOX 459
AGUA DULCE, TX 78330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 2343**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Strike, LLC
         _____
         (Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,843.75 |

RENECK CONSULTING LLC
5407 LANDING VIEW CT
ROSHARON, TX  77583

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3615**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | $3,114.44 |

RENT MART INC
3038 BABCOCK BLVD.
PITTSBURGH, PA  15237

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1366**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | $6,200.00 |

REPUBLIC HELICOPTERS, INC.
8315 FM 2004
SANTE FE, TX  77510

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | $1,659.08 |

REPUBLIC SERVICES #688
PO BOX 78829
PHOENIX, AZ  85062-8829

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9523**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | $9,654.31 |

REPUBLIC SERVICES #847
PO BOX 78829
PHOENIX, AZ  85062-8829

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1298**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.740** **Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES INC #603
PO BOX 840730
DALLAS, TX 75284-0730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0999**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**3.741** **Nonpriority creditor's name and mailing address**

RESOLUTE COMPLIANCE, LLC
115 FM 2453, STE A
ROYSE CITY, TX 75189

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1450**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.742** **Nonpriority creditor's name and mailing address**

RESOURCE PRODUCTION COMPANY
PO BOX 3076
FARMINGTON, NM 87499

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4372**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,849.32

---

**3.743** **Nonpriority creditor's name and mailing address**

RETA HARRIS
12109 BOB WHITE DR.
HOUSTON, TX 77035

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0513**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$950.00

---

**3.744** **Nonpriority creditor's name and mailing address**

REXEL USA INC
PO BOX 840638
DALLAS, TX 75284-0638

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9610**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$196,716.19

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNKNOWN |
| | RIA CUDJOE V. MAURO <br> THE DAVIS BOZEMAN LAW FIRM, P.C. <br> 4153-C FLAT SHOALS PARKWAY <br> SUITE 332 <br> DECATUR, GA  30034 | ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> PENDING LITIGATION | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No <br> ☐ Yes | |

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $6,389.60 |
| | RICHLINE TECHNICAL SERVICES LL <br> PO BOX 1399 <br> CORPUS CHRISTI, TX  78403 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> IT | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** 3685 | ☒ No <br> ☐ Yes | |

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $2,154.75 |
| | RILEY INDUSTRIAL SERVICES INC <br> PO BOX 2014 <br> FARMINGTON, NM  87499 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> SUBCONTRACTOR | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** 5202 | ☒ No <br> ☐ Yes | |

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $480.00 |
| | RIO PLEX SAFETY COUNCIL LLC <br> 900 EAST ESPERANZA AVE <br> MCALLEN, TX  78501 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> PROFESSIONAL SERVICES | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** 9792 | ☒ No <br> ☐ Yes | |

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $3,361.18 |
| | RITTER FOREST PRODUCTS <br> PO BOX 1265 <br> NEDERLAND, TX  77627 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> OPERATIONS SUPPLIER | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** 9799 | ☒ No <br> ☐ Yes | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.750**  **Nonpriority creditor's name and mailing address**

RITZ SAFETY LLC
7725 PARAGON ROAD
DAYTON, OH  45459

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0915

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.88

---

**3.751**  **Nonpriority creditor's name and mailing address**

RIVER CITY EQUIP RENTAL & SALE
649 FINLEY ISLAND RD
DECATUR, AL  35601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3812

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,383.92

---

**3.752**  **Nonpriority creditor's name and mailing address**

RK PAYROLL SOLUTIONS, INC.
8020 ARCO CORPORATE DRIVE SUITE 116
RALEIGH, NC  27617

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1229

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,896.40

---

**3.753**  **Nonpriority creditor's name and mailing address**

RK SUPPLY
11400 WEST COUNTY ROAD 30
MIDLAND, TX  79707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5502

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,542.95

---

**3.754**  **Nonpriority creditor's name and mailing address**

ROBERT PINKERTON SERVICES
7713 LEOPARD ST
CORPUS CHRISTI, TX  78409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1691

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.00

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.755 | **Nonpriority creditor's name and mailing address**<br><br>ROCK ENGINEERING & TESTING LAB.<br>ATTN: ACCOUNTS RECEIVABLE<br>6817 LEOPARD ST<br>CORPUS CHRISTI, TX  78409-1703<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9902** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,707.00 |
|---|---|---|
| 3.756 | **Nonpriority creditor's name and mailing address**<br><br>ROCK ISLAND RAIL<br>J. CHASE BRYAN-SHAREHOLDER<br>141 TOWNSHIP AVE.<br>SUITE 300<br>RIDGELAND, MS  39157<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.757 | **Nonpriority creditor's name and mailing address**<br><br>ROCK-IT NATURAL STONE INC<br>PO BOX 410<br>WISTER, OK  74966<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2886** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $463,263.73 |
| 3.758 | **Nonpriority creditor's name and mailing address**<br><br>ROCKY MOUNTAIN WEED CONTROL<br>P.O. BOX 3241<br>CASPER, WY  82602<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0626** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,400.00 |
| 3.759 | **Nonpriority creditor's name and mailing address**<br><br>RODRIGUEZ CLEANING SERVICES<br>908 GALLANTRY LANE<br>MIDLAND, TX  79706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7483** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OFFICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,753.68 |

Debtor    Strike, LLC    Case Number (if known)   21-90054
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.760**  **Nonpriority creditor's name and mailing address**

ROMCO EQUIPMENT CO
PO BOX 841496
DALLAS, TX  75284-1496

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9909**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,485.11

---

**3.761**  **Nonpriority creditor's name and mailing address**

ROSEMOUNT INC
PO BOX 730156
DALLAS, TX  75373-0156

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9896**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,913.58

---

**3.762**  **Nonpriority creditor's name and mailing address**

RSK TRANSPORT LLC
PO BOX 4266
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9932**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,535.00

---

**3.763**  **Nonpriority creditor's name and mailing address**

RUSSELL INTEGRITY SERVICES LLC
1245 HUDDLESTON STREET
COTULLA, TX  78014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1208**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OFFICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,124.61

---

**3.764**  **Nonpriority creditor's name and mailing address**

RWDY INC
PO BOX 731152
DALLAS, TX  75373-1152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4168**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,914.01

---

Debtor   Strike, LLC
         _____
         (Name)

Case number (if known) __21-90054__

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,810.28 |
|---|---|---|---|

**3.765**    **Nonpriority creditor's name and mailing address**

S&H UNDERGROUND, LLC
PO BOX 755
FLORENCE, MS  39073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0913**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $17,810.28

---

**3.766**    **Nonpriority creditor's name and mailing address**

S&W STEEL SUPPLY LLC
2427 STAFFORD BLVD
PECOS, TX  79772

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9952**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $294.47

---

**3.767**    **Nonpriority creditor's name and mailing address**

S.D. TWOMEY TRUCKING
1450 HILLS LAKE ROAD
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3566**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $11,865.00

---

**3.768**    **Nonpriority creditor's name and mailing address**

S2W CONTRACTING LLC
PO BOX 422
CLARKS SUMMIT, PA  18411

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3944**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $168,045.50

---

**3.769**    **Nonpriority creditor's name and mailing address**

SAFERACK LLC
PO BOX 117366
ATLANTA, GA  30368-7366

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2746**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $64,273.40

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.770**  **Nonpriority creditor's name and mailing address**

SAFETY PLUS LLC
PO BOX 1308
SNYDER, TX  79549

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4706**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,014.62

---

**3.771**  **Nonpriority creditor's name and mailing address**

SAFETY SOLUTIONS LLC
PO BOX 1191
MIDLAND, TX  79702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9966**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,934.75

---

**3.772**  **Nonpriority creditor's name and mailing address**

SAFETY-KLEEN SYSTEMS INC
PO BOX 650509
DALLAS, TX  75265-0509

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8566**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,739.91

---

**3.773**  **Nonpriority creditor's name and mailing address**

SAIA MOTOR FREIGHT LINE INC
P.O. BOX 730532
DALLAS, TX  75373-0532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9971**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,026.65

---

**3.774**  **Nonpriority creditor's name and mailing address**

SANDBAGS LLC
102 CASSIA WAY
HENDERSON, NV  89014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5516**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,684.67

Debtor   Strike, LLC
         _____
         (Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.775 | **Nonpriority creditor's name and mailing address**<br><br>SATELLITE SHELTERS INC<br>PO BOX 860700<br>MINNEAPOLIS, MN  55486-0700<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0024** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,388.16 |
|---|---|---|

| 3.776 | **Nonpriority creditor's name and mailing address**<br><br>SAWYER, JULIE<br>ADDRESS REACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75,196.18 |

| 3.777 | **Nonpriority creditor's name and mailing address**<br><br>SCOT INDUSTRIES INC<br>PO BOX 910018<br>DALLAS, TX  75391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0042** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,235.09 |

| 3.778 | **Nonpriority creditor's name and mailing address**<br><br>SCOTT EQUIPMENT COMPANY LLC<br>PO BOX 1808<br>BAYTOWN, TX  77522<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0284** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,106.70 |

| 3.779 | **Nonpriority creditor's name and mailing address**<br><br>SCOTT-MACON EQUIPMENT RENTAL<br>800 3RD AVE<br>NEW YORK, NY  10022<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0043** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,184.43 |

Debtor    Strike, LLC
_____
(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.780**   **Nonpriority creditor's name and mailing address**

SEALMASTER MFG OF PENNA
PO BOX 282
HILLSVILLE, PA  16132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1759**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$911.60

---

**3.781**   **Nonpriority creditor's name and mailing address**

SEAPORT SUPPLY INC
DEPT 375
PO BOX 4652
HOUSTON, TX  77210-4652

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0016**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,361.34

---

**3.782**   **Nonpriority creditor's name and mailing address**

SECCURO GROUP LLC
543 E 2ND AVE, STE F
DURANGO, CO  81301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4502**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,050.00

---

**3.783**   **Nonpriority creditor's name and mailing address**

SECOR
PO BOX 670770
DALLAS, TX  75267-0770

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4505**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,240.95

---

**3.784**   **Nonpriority creditor's name and mailing address**

SECURADYNE SYSTEMS DBA ALLIED UNIVERSAL
3440 SOJOURN DRIVE, 220
CARROLLTON, TX  75006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1279**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,096.60

Debtor  Strike, LLC
        (Name)                                    Case number (if known)  21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|--|

| 3.785 | **Nonpriority creditor's name and mailing address**<br><br>SECURED DOCUMENT SHREDDING INC<br>26 W. INDUSTRIAL LOOP<br>MIDLAND, TX  79701<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6698** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OFFICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $153.00 |
| 3.786 | **Nonpriority creditor's name and mailing address**<br><br>SELECT ENVIRONMENTAL LLC<br>PO BOX 732711<br>DALLAS, TX  75373-2711<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1487** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,279.60 |
| 3.787 | **Nonpriority creditor's name and mailing address**<br><br>SELECT SAFETY SERVICES LLC<br>PO BOX 9787<br>CORPUS CHRISTI, TX  78469<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0853** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $151.47 |
| 3.788 | **Nonpriority creditor's name and mailing address**<br><br>SENTINEL INTEGRITY SOLUTIONS INC<br>6606 MILLER RD 2<br>HOUSTON, TX  77049<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0153** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,613.50 |
| 3.789 | **Nonpriority creditor's name and mailing address**<br><br>SENTRY ON-SITE SECURITY CORP<br>905 WILDBRIAR DR<br>LUFKIN, TX  75904<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0633** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,143.95 |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.790 | **Nonpriority creditor's name and mailing address**<br><br>SERRANO SERVICES INC<br>79 CROUCH RD<br>VICTORIA, TX  77905<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0154** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,432.00 |

| 3.791 | **Nonpriority creditor's name and mailing address**<br><br>SERVERLESS SOLUTIONS LLC<br>825 TOWN AND COUNTRY LANE 12TH FLOOR<br>HOUSTON, TX  77024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0458** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,610.00 |

| 3.792 | **Nonpriority creditor's name and mailing address**<br><br>SHAMROCK STEEL SALES<br>PO BOX 1492<br>ODESSA, TX  79760<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4062** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,482.83 |

| 3.793 | **Nonpriority creditor's name and mailing address**<br><br>SHAMROCK STEEL SALES<br>PO BOX 1492<br>ODESSA, TX  79760<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4197** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,878.17 |

| 3.794 | **Nonpriority creditor's name and mailing address**<br><br>SHAWCOR INC<br>PO BOX 975369<br>DALLAS, TX  75397<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5518** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,430.41 |

Debtor     Strike, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.795 | **Nonpriority creditor's name and mailing address**<br><br>SHEINBERG TOOL CO INC<br>PO DRAWER 4107<br>CORPUS CHRISTI, TX  78469<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8891** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,257.31 |
|---|---|---|
| 3.796 | **Nonpriority creditor's name and mailing address**<br><br>SHERWIN WILLIAMS CO<br>PO BOX 840943<br>DALLAS, TX  75284<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4526** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72.90 |
| 3.797 | **Nonpriority creditor's name and mailing address**<br><br>SHERWIN WILLIAMS CO - CORPUS<br>PO BOX 840943<br>DALLAS, TX  75284<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0203** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,761.21 |
| 3.798 | **Nonpriority creditor's name and mailing address**<br><br>SHRED-IT USA LLC<br>28883 NETWORK PLACE<br>CHICAGO, IL  60673-1288<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0563** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,968.49 |
| 3.799 | **Nonpriority creditor's name and mailing address**<br><br>SICK INC<br>DEPT CH 16947<br>PALATINE, IL  60055-6047<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0572** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $92,054.85 |

Debtor   Strike, LLC

(Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.800** | **Nonpriority creditor's name and mailing address** | | $756,350.00

SIGMAN, RHONDA
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address** | | $20,944.68

SIMMONS WRECKER SERVICE INC
7610 HWY 45 NORTH
MERIDIAN, MS  39305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6398**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | | $10,757.34

SIMPSON FIBER LLC
507 2ND ST NW
FORT PAYNE, AL  35967

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1320**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | | $7,870.24

SITECH SOUTHEAST TEXAS LLC
PO BOX 1373
HOUSTON, TX  77251-1373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3887**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | | $31,347.90

SITEWATCH
2323 OAK ALLEY
TYLER, TX  75703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0997**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.805**

**Nonpriority creditor's name and mailing address**

SKY BLU SUPPLY LLC
PO BOX 472
NORMANGEE, TX  77871-0472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5879**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,570.56

---

**3.806**

**Nonpriority creditor's name and mailing address**

SLATER CONTROLS
PO BOX 61007
MIDLAND, TX  79711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1569**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,152.17

---

**3.807**

**Nonpriority creditor's name and mailing address**

SMART MATERIALS INC
1404 WALLISVILLE RD
LIBERTY, TX  77575

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0238**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,531.79

---

**3.808**

**Nonpriority creditor's name and mailing address**

SMART OILFIELD SERVICES INC
PO BOX 3002
LIBERTY, TX  77575

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0236**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,365.00

---

**3.809**

**Nonpriority creditor's name and mailing address**

SMARTBRIDGE, LLC
2000 W SAM HOUSTON PARKWAY S STE 200
HOUSTON, TX  77042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1207**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,092.12

---

Debtor    Strike, LLC
          (Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.810**

**Nonpriority creditor's name and mailing address**

SMITH EQUIPMENT SERVICES LLC
201 LAKEWAY DR.
BROOKELAND, TX 75931

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5889**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,844.80

---

**3.811**

**Nonpriority creditor's name and mailing address**

SMP SUPPLY
PO BOX 1675
MONT BELVIEU, TX 77580

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3305**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,398.03

---

**3.812**

**Nonpriority creditor's name and mailing address**

SOILS INC
PO BOX 8606
NEW CASTLE, PA 16107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0347**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,330.77

---

**3.813**

**Nonpriority creditor's name and mailing address**

SOUTH TEXAS CORRUGATED PIPE
1610 SH 60 N
BAY CITY, TX 77414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0365**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,584.00

---

**3.814**

**Nonpriority creditor's name and mailing address**

SOUTHEAST READI-MIX PRODUCTS
PO BOX 1987
CARLSBAD, NM 88221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5136**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,378.56

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|--------|-------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.815** | **Nonpriority creditor's name and mailing address**

SOUTHERN GAS ASSOCIATION
3030 LBJ FREEWAY, SUITE 1500
DALLAS, TX  75234

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0900**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,133.00

---

**3.816** | **Nonpriority creditor's name and mailing address**

SOUTHERN TIRE MART LLC
PO BOX 1000 DEPT 143
MEMPHIS, TN  38148-0143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0290**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,992.42

---

**3.817** | **Nonpriority creditor's name and mailing address**

SOUTHERN TRUCKING
PO BOX 5738
MERIDIAN, MS  39302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0341**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,849.19

---

**3.818** | **Nonpriority creditor's name and mailing address**

SOUTHLAND SAFETY LLC
PO BOX 1435
HENDERSON, TX  75653

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0325**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,047.00

---

**3.819** | **Nonpriority creditor's name and mailing address**

SOUTHWEST AG INC
39927 HWY. 160 GEM VILLAGE
BAYFIELD, CO  81122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4630**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,690.71

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.820**

**Nonpriority creditor's name and mailing address**

SPECIALTY EQUIPMENT CO
PO BOX 7156
ODESSA, TX  79760-7156

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0117**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,881.22

---

**3.821**

**Nonpriority creditor's name and mailing address**

SPECTRA LLC
PO BOX 398
ROOSEVELT, UT  84066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0808**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$515.00

---

**3.822**

**Nonpriority creditor's name and mailing address**

SPECTRUM GRAPHIC DESIGNS
5002 S. LAKE HOUSTON PKWY 5
HOUSTON, TX  77049

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$381.04

---

**3.823**

**Nonpriority creditor's name and mailing address**

SPEED FIELD SERVICES LLC
PO BOX 1167
HUFFMAN, TX  77336

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3811**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,290.33

---

**3.824**

**Nonpriority creditor's name and mailing address**

SPEED TECHNICAL SERVICES LLC
PO BOX 1197
MONT BELVIEU, TX  77580

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0000**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$148,298.20

---

Debtor    Strike, LLC
          _____
          (Name)

          Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.825 | **Nonpriority creditor's name and mailing address**<br><br>SPRAY PUMP SERVICES LLC<br>719 EAST PEARCE STREET<br>BAYTOWN, TX  77520<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5583** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,044.90 |
| 3.826 | **Nonpriority creditor's name and mailing address**<br><br>SPRINT WASTE SERVICES LP<br>PO BOX 732411<br>DALLAS, TX  75373-2411<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0337** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $32,331.93 |
| 3.827 | **Nonpriority creditor's name and mailing address**<br><br>SS COMMUNICATIONS & FIBER OPTI<br>1072 FRANKLIN HILL RD<br>ROCKY FACE, GA  30740<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3846** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $41,812.77 |
| 3.828 | **Nonpriority creditor's name and mailing address**<br><br>STANDARD FREIGHT LLC<br>16814 N ELDRIDGE PKY SUITE B<br>TOMBALL, TX  77377<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6271** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $197,928.00 |
| 3.829 | **Nonpriority creditor's name and mailing address**<br><br>STANDARD RIG SOLUTIONS LLC<br>11263 SOUTH IH35<br>LORENA, TX  76655<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1584** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $50,174.50 |

| Debtor | Strike, LLC | Case number *(if known)* | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.830**

**Nonpriority creditor's name and mailing address**

STARTEX SOFTWARE
840 WEST SAM HOUSTON PKWY N SUITE 250
HOUSTON, TX 77024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2587**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,112.00

---

**3.831**

**Nonpriority creditor's name and mailing address**

STATE OF GOLIAD, TEXAS
LINEBARGER GOGGAN, BLAIR & SAMPSON, LLP
500 N. SHORELINE BLVD
STE. 1111
CORPUS CHRISTI, TX 78403-2991

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.832**

**Nonpriority creditor's name and mailing address**

STATE SERVICE CO INC
919 COUNTY RD 4714
INGLESIDE, TX 78362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7167**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,512.04

---

**3.833**

**Nonpriority creditor's name and mailing address**

STEEL DEPOT
PO BOX 2007
HOBBS, NM 88241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3677**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$242.98

---

**3.834**

**Nonpriority creditor's name and mailing address**

STEEL PAINTERS INC
PO BOX 22738
BEAUMONT, TX 77720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0400**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,824.13

---

Debtor    Strike, LLC

(Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.835 | **Nonpriority creditor's name and mailing address**<br><br>STERLING CRANE LLC<br>9351 GRANT STREET SUITE 250<br>THORNTON, CO  80229<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4596** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,814.00 |
| 3.836 | **Nonpriority creditor's name and mailing address**<br><br>STERLING SITE ACCESS SOLUTIONS<br>PO BOX 83319<br>CHICAGO, IL  60691-3319<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6442** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141,499.67 |
| 3.837 | **Nonpriority creditor's name and mailing address**<br><br>STRANCO RENTAL LLC<br>PO BOX 10158<br>HOUMA, LA  70363<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0131** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,863.20 |
| 3.838 | **Nonpriority creditor's name and mailing address**<br><br>STRATA INNOVATIVE SOLUTIONS<br>12005 STARCREST DR<br>SAN ANTONIO, TX  78247<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1754** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $465,266.20 |
| 3.839 | **Nonpriority creditor's name and mailing address**<br><br>STS INDUSTRIAL, INC.<br>3067 CARBIDE DRIVE<br>SULPHUR, LA  70665<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1567** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $317.64 |

Debtor    Strike, LLC

(Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.840** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,235.00

STUBBS & STUBBS OILFIELD CONSTR. INC
PO BOX 32
VERNAL, UT  84078

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 4611**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,134,718.89

SUMMIT ELECTRIC SUPPLY CO INC
PO BOX 7280
DALLAS, TX  75284-8345

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0446**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,667.12

SUNBELT EQUIPMENT MARKETING
500 DAVENPORT DR
COLLEGE STATION, TX  77845

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0083**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $244,410.38

SUNBELT RENTALS INC
PO BOX 409211
ATLANTA, GA  30384

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0515**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.844** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,753.16

SUNBELT TRACTOR & EQUIPMENT CO
18555 HWY 6 S
COLLEGE STATION, TX  77845

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0513**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor     Strike, LLC
           (Name)                                                    Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.845 | **Nonpriority creditor's name and mailing address**<br><br>SUNSTATE EQUIPMENT CO LLC<br>PO BOX 208439<br>DALLAS, TX  75320-8439<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9285** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $706.73 |
| 3.846 | **Nonpriority creditor's name and mailing address**<br><br>SUPERIOR JANITORIAL SVCS OF CO<br>3610 35TH AVE. 5<br>EVANS, CO  80620<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5853** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OFFICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $544.00 |
| 3.847 | **Nonpriority creditor's name and mailing address**<br><br>SUPERIOR PLANT RENTALS LLC<br>PO BOX 1842<br>MARRERO, LA  70072-1842<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4359** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $674.41 |
| 3.848 | **Nonpriority creditor's name and mailing address**<br><br>SWAGELOK AUSTIN<br>1017 INNOVATION WAY<br>CEDAR PARK, TX  78613<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2371** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71,361.31 |
| 3.849 | **Nonpriority creditor's name and mailing address**<br><br>SWANEMYR, JESSE<br>ADDRESS REACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64,811.56 |

Debtor    Strike, LLC

(Name)

Case number (if known)    21-90056

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.850**   **Nonpriority creditor's name and mailing address**

T&C RENTALS INC
PO BOX 1688
TOMBALL, TX  77377

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0631**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,240.00

---

**3.851**   **Nonpriority creditor's name and mailing address**

TACTICAL AUTOMATION INC
24165 IH-10 WEST STE 217 632
SAN ANTONIO, TX  78257

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5815**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,273.25

---

**3.852**   **Nonpriority creditor's name and mailing address**

TALKDESK INC
DEPT LA 24627
PASADENA, CA  91185-4627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4176**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$641.40

---

**3.853**   **Nonpriority creditor's name and mailing address**

TAM SERVICES SOUTH TEXAS INC
P.O. BOX 1606
LA PORTE, TX  77572

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0582**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,747.00

---

**3.854**   **Nonpriority creditor's name and mailing address**

TANMAR RENTALS LLC
PO BOX 1376
EUNICE, LA  70535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5065**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,960.05

---

Debtor      Strike, LLC                                Case number (if known)    21-90054
            (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | **Amount of claim** |
|--|--|---------------------|

---

**3.855** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

TANNER PRATER AND JONATHAN PRATER
SMOLEN & ROYTMAN
701 SOUTH CINCINNATI AVENUE
TULSA, OK  74119

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.856** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,549.76

TBD

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number:** 4094

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.857** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $646,253.78

TBD

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number:** 9599

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.858** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,926.62

TD RENTALS
PO BOX 1825
CARRIZO SPRINGS, TX  78834

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number:** 1237

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $256,484.76

TECH CON TRENCHING INC
PO BOX 302
JOHNSON CITY, TX  78636

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number:** 4674

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      Strike, LLC
            _____     Case number (if known)  21-90054
            (Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.860** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44,980.69

TECH-QUIP, INC.
PO BOX 890649
HOUSTON, TX  77289-0649

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0969**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.861** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,033.46

TERRACON CONSULTANTS INC
PO BOX 959673
ST. LOUIS, MO  63195-8673

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 9603**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.862** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,930.00

TERRIER SERVICES INC
36 COUNTY RD 513
BLOOMFIELD, MT  59315

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 0397**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.863** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,115.35

TEX TRAIL TRAILER PARTS
2424 W FERGUSON RD
MT PLEASANT, TX  75455

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0728**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.864** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,657.64

TEXAS GOLD HYDRAULICS INC
PO BOX 4107
VICTORIA, TX  77903

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 2756**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Strike, LLC
(Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

---

3.865 **Nonpriority creditor's name and mailing address**

TEXAS PIPE & SUPPLY CO
PO BOX 301052
DALLAS, TX  75303-1052

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0966**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,773.04

---

3.866 **Nonpriority creditor's name and mailing address**

TEXAS REEXCAVATION LLC
5114 RAILROAD ST
DEER PARK, TX  77536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1449**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,333.75

---

3.867 **Nonpriority creditor's name and mailing address**

TEXAS WASTE CONTROL.COM INC
PO BOX 911
BOLING, TX  77420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0717**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,772.08

---

3.868 **Nonpriority creditor's name and mailing address**

THE JK KALB CO INC
PO BOX 4101
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7674**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,284.16

---

3.869 **Nonpriority creditor's name and mailing address**

THE OIL PIT INC
1433 4TH ST
GRAHAM, TX  76450

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5192**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$856.46

---

Debtor  Strike, LLC

(Name)

Case number (if known)  21-90054

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.870**  **Nonpriority creditor's name and mailing address**

THE REYNOLDS COMPANY
PO BOX 896689
CHARLOTTE, NC  28289-6689

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0836**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$74,115.08

---

**3.871**  **Nonpriority creditor's name and mailing address**

THERESA SHAVER
1906 OAKBRIAR LANE
KELLER, TX  76248

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1617**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

**3.872**  **Nonpriority creditor's name and mailing address**

THIRD COAST DISTRIBUTING LLC
PO BOX 60410
CORPUS CHRISTI, TX  78466-0410

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1482**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$957.90

---

**3.873**  **Nonpriority creditor's name and mailing address**

THOMASSON COMPANY
PO BOX 490
PHILADELPHIA, MS  39350

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1157**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,070.40

---

**3.874**  **Nonpriority creditor's name and mailing address**

THOMSON REUTERS
PO BOX 71687
CHICAGO, IL  60694-1687

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0709**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,774.40

Debtor     Strike, LLC
           (Name)

Case Number (if known)    21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.875**

**Nonpriority creditor's name and mailing address**

TIFCO INDUSTRIES INC
P.O. BOX 40277
HOUSTON, TX  77240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0879

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,945.75

---

**3.876**

**Nonpriority creditor's name and mailing address**

TIGER INDUSTRIAL RENTALS
PO BOX 733253
DALLAS, TX  75373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,316.31

---

**3.877**

**Nonpriority creditor's name and mailing address**

TIGER SAFETY
PO BOX 733254
DALLAS, TX  75373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5439

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,273.88

---

**3.878**

**Nonpriority creditor's name and mailing address**

TINDOL CONSTRUCTION
600 FISK AVE
BROWNWOOD, TX  76801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,667.31

---

**3.879**

**Nonpriority creditor's name and mailing address**

TINHORNS R US LLC
PO BOX 672
MUSTANG, OK  73064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0629

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,331.02

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|--------|-------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.880 | **Nonpriority creditor's name and mailing address**<br><br>TIP EXCISE LLC<br>1402 S CUSTER ROAD, 303<br>MCKINNEY, TX 75072<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1010** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,752.69 |
| 3.881 | **Nonpriority creditor's name and mailing address**<br><br>TIRE PROS OF VERNAL<br>1011 W HWY 40<br>VERNAL, UT 84078<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4202** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,543.61 |
| 3.882 | **Nonpriority creditor's name and mailing address**<br><br>TITAN DIRECTIONAL DRILLING CO<br>69 COUNTY ROAD 21<br>LAUREL, MS 39443<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9109** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,480.00 |
| 3.883 | **Nonpriority creditor's name and mailing address**<br><br>TITAN SAFETY SOLUTIONS INC<br>PO BOX 834<br>HUMBLE, TX 77347<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4169** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,938.33 |
| 3.884 | **Nonpriority creditor's name and mailing address**<br><br>TOLUNAY-WONG ENGINEERS<br>10710 S. SAM HOUSTON PKWY W. 100<br>HOUSTON, TX 77031<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1070** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,009.38 |

Debtor  Strike, LLC
(Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.885** **Nonpriority creditor's name and mailing address**

TONGATE FARM & RANCH
4680 COUNTY RD 371
EARLY, TX 76802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3996**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,302.79

---

**3.886** **Nonpriority creditor's name and mailing address**

TOPWATER ENERGY SOLUTIONS LLC
707 MEMORIAL DR.
BAYTOWN, TX 77520

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0545**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$164,256.36

---

**3.887** **Nonpriority creditor's name and mailing address**

TORQUE TOOLS INC
PO BOX 12251
SPRING, TX 77391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8893**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,988.95

---

**3.888** **Nonpriority creditor's name and mailing address**

TORRES READY MIX INC
PO BOX 855
DILLEY, TX 78017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1011**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,600.00

---

**3.889** **Nonpriority creditor's name and mailing address**

TORRES TRUCKING
4402 93RD DR
LUBBOCK, TX 79424-5106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5139**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,393.52

| Debtor | Strike, LLC | Case number *(if known)* | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.890 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL INDUSTRIAL SVCS SPEC INC<br>DEPT 407<br>P.O. BOX 4652<br>HOUSTON, TX  77210-4652<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0953** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,119.72 |
| 3.891 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL RECYCLING CORP.<br>700 SAVAGE ROAD, SUITE 7<br>NORTHAMPTON, PA  18067<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1691** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,740.00 |
| 3.892 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL SAFETY US INC<br>PO BOX 654171<br>DALLAS, TX  75265-4171<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1437** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,880.68 |
| 3.893 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF HICKORY<br>PO BOX 10<br>HICKORY, MS  39352<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0002** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.50 |
| 3.894 | **Nonpriority creditor's name and mailing address**<br><br>TPC INDUSTRIAL, LLC<br>10607-B LANGSTON DR<br>BAYTOWN, TX  77523<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1289** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,416.90 |

Debtor   Strike, LLC

(Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.895** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $13,500.00

TRACKUNIT INC
700 COMMERCE DR. SUITE 500
OAK BROOK, IL  60523

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.896** | **Nonpriority creditor's name and mailing address** | $127.75

TRAILER WHEEL & FRAME CO
8222 I-45 N
HOUSTON, TX  77037

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0984**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.897** | **Nonpriority creditor's name and mailing address** | $14,450.00

TRAIN MEDIA GROUP
3334 W MAIN ST PMB 353
NORMAN, OK  73072

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 1083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.898** | **Nonpriority creditor's name and mailing address** | $527.69

TRANS PECOS INSTRUMENT & SUPPLY
PO DRAWER 71
PECOS, TX  79772

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0965**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.899** | **Nonpriority creditor's name and mailing address** | $18,752.67

TRENCH PLATE RENTAL CO
13217 LAURELDALE AVE
DOWNEY, CA  90242

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0995**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Strike, LLC
(Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.900** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,426.96**

TRENCH SHORE RENTALS
17200 N. PERIMETER DR. STE 103
SCOTTSDALE, AZ  85255

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 1734**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.901** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,374.24**

TRENCHTECH, INC.
PO BOX 3039
MAPLE GLEN, PA  19002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1346**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,669.22**

TRENTON CORPORATION
7700 JACKSON RD
ANN ARBOR, MI  48103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 0997**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,046.25**

TREX HYDRO EXCAVATING INC
PO BOX 1869
CASPER, WY  82602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 6116**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,886.74**

TRIDDER INDUSTRIAL, LLC
BOX 955
PLAINS, TX  79355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1757**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Strike, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

| 3.905 | **Nonpriority creditor's name and mailing address**<br><br>TRINITY ENERGY SERVICES, LLC<br>PO BOX 5129<br>SHREVEPORT, LA 71135<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1864** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,050.00 |
| 3.906 | **Nonpriority creditor's name and mailing address**<br><br>TRIPLE S TRUCKING CO<br>P.O. BOX 100<br>AZTEC, NM 87410<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4760** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,065.00 |
| 3.907 | **Nonpriority creditor's name and mailing address**<br><br>TRI-STATE PORTA POTTY, INC.<br>PO BOX 155<br>HAZEL GREEN, WI 53811<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0392** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $690.00 |
| 3.908 | **Nonpriority creditor's name and mailing address**<br><br>TRIUMPH FABRICATION LLC<br>540 CULEBRA RD<br>SAN ANTONIO, TX 78201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0399** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,340.66 |
| 3.909 | **Nonpriority creditor's name and mailing address**<br><br>TROOP INDUSTRIAL<br>1022 MAGNOLIA AVE<br>PORT NECHES, TX 77651<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0693** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,310.47 |

Debtor   Strike, LLC
_____
(Name)

Case Number (if known): 21-90054

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.910** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $550.19
Check all that apply.

TRUCKERS SUPPLY INC
PO BOX 5164
MERIDIAN, MS  39302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 6683**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.911** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,366.56
Check all that apply.

TRUHORIZON ENVIR. SOLUTIONS
187 COY RD.
WEATHERFORD, TX  76087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3903**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.912** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,160.00
Check all that apply.

TRUMPIA
2544 W. WOODLAND DR.
ANAHEIM, CA  92801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 4794**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.913** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $220,561.30
Check all that apply.

TRU-TEK DRILLING
13116 STATE HWY 18
CONNEAUT LAKE, PA  16316

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 6946**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $116,237.00
Check all that apply.

TS PIPELINE SERVICES LLC
PO BOX 529
DUSON, LA  70529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 7165**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.915 | **Nonpriority creditor's name and mailing address**<br><br>TURN KEY SPECIALISTS<br>KEARNEY, MCWILLIAMS & DAVIS, PLLC<br>55 WAUGH DR<br>STE 150<br>HOUSTON, TX 77079<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.916 | **Nonpriority creditor's name and mailing address**<br><br>TWENTY20 SOLUTIONS<br>8308 STERLING ST<br>IRVING, TX 75063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 7009 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,918.00 |
| 3.917 | **Nonpriority creditor's name and mailing address**<br><br>TWIN TIMBERS LLC<br>102 BELLA DONNA<br>SHENANDOAH, TX 77381<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 0171 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,000.00 |
| 3.918 | **Nonpriority creditor's name and mailing address**<br><br>TWINCO INC<br>5201 S LOOP E<br>HOUSTON, TX 77033<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 1113 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,590.78 |
| 3.919 | **Nonpriority creditor's name and mailing address**<br><br>TXU ENERGY - 100056215775<br>PO BOX 650638<br>DALLAS, TX 75265<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 5626 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITY PROVIDER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,780.20 |

Debtor   Strike, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.920** **Nonpriority creditor's name and mailing address**

TXU ENERGY - 100076192316
340 E HIGHWAY 80
MESQUITE, TX  75149

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1552**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY PROVIDER

**Is the claim subject to offset?**
☒ No
☐ Yes

$378.73

---

**3.921** **Nonpriority creditor's name and mailing address**

U.S. BAGGING LLC
PO BOX 39
GNADENHUTTEN, OH  44629

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2786**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,500.00

---

**3.922** **Nonpriority creditor's name and mailing address**

UNITED RENTALS INC
PO BOX 840514
DALLAS, TX  75284-0514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4795**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,832.21

---

**3.923** **Nonpriority creditor's name and mailing address**

UNITED RENTALS INC
PO BOX 840514
DALLAS, TX  75284-0514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6372**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,496.31

---

**3.924** **Nonpriority creditor's name and mailing address**

UNITED RENTALS INC
PO BOX 840514
DALLAS, TX  75284-0514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1181**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,979,092.61

Debtor    Strike, LLC
          _____
          (Name)

Case number (if known)  21-90054

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.925 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSAL LAND CLEARING<br>PO BOX 162<br>RUSK, TX 75785<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6580** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $67,379.00 |

| 3.926 | **Nonpriority creditor's name and mailing address**<br><br>UPSCO MANUFACTURING & DIST. COMPANY INC.<br>PO BOX 431<br>MORAVIA, NY 13118<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1528** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,192.52 |

| 3.927 | **Nonpriority creditor's name and mailing address**<br><br>UTILITIES- PAID BY CREDIT CARD<br>1800 HUGHES LANDING BLVD SUITE 500<br>THE WOODLANDS, TX 77380<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0319** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,688.35 |

| 3.928 | **Nonpriority creditor's name and mailing address**<br><br>UTILITY TRAILER SALES OF SE TEXAS INC<br>PO BOX 24399<br>HOUSTON, TX 77229<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1240** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,341.24 |

| 3.929 | **Nonpriority creditor's name and mailing address**<br><br>VAC2GO LLC<br>2112 BUTTON LANE<br>LAGRANGE, KY 40031<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1486** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,361.50 |

Debtor   Strike, LLC
         (Name)                                          Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------:|

| 3.930 | **Nonpriority creditor's name and mailing address**<br><br>VACUWORX<br>10105 E 55TH PL<br>TULSA, OK  74146<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1256** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,985.99 |
| 3.931 | **Nonpriority creditor's name and mailing address**<br><br>VALU INDUSTRIAL ER SVCS LLC<br>6914 I-10 EAST<br>BAYTOWN, TX  77521<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4224** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $167,685.11 |
| 3.932 | **Nonpriority creditor's name and mailing address**<br><br>VEGA AMERICAS, INC<br>PO BOX 640162<br>CINCINNATI, OH  45264<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1417** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,713.80 |
| 3.933 | **Nonpriority creditor's name and mailing address**<br><br>VELOX LLC<br>PO BOX 142<br>RYLAND, AL  35767<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0004** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $175,168.08 |
| 3.934 | **Nonpriority creditor's name and mailing address**<br><br>VERIFORCE LLC<br>300 HOLIDAY SQUARE BLVD SUITE 100<br>COVINGTON, LA  70433<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1298** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,867.56 |

| Debtor | Strike, LLC | Case number (if known) | 21-90056 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.935 | **Nonpriority creditor's name and mailing address**<br><br>VERIFORCE LLC<br>300 HOLIDAY SQUARE BLVD SUITE 100<br>COVINGTON, LA  70433<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1758** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,819.12 |
|---|---|---|---|
| 3.936 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON<br>PO BOX 15043<br>ALBANY, NY  12212-5043<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9845** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $961.70 |
| 3.937 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON CONNECT<br>PO BOX 844183<br>LOS ANGELES, CA  90084-4183<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1645** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72,698.03 |
| 3.938 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS, TX  75266-0108<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9887** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $102.38 |
| 3.939 | **Nonpriority creditor's name and mailing address**<br><br>VERMEER EQUIPMENT OF TEXAS LLC<br>PO BOX 650823 DEPT 41351<br>DALLAS, TX  75265-0823<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1293** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,294.57 |

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.940** | **Nonpriority creditor's name and mailing address**

VERMEER MIDSOUTH, INC
PO BOX 1798
MEMPHIS, TN  38101-9715

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6307**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$129,249.97

---

**3.941** | **Nonpriority creditor's name and mailing address**

VERNAL WINNELSON CO.
1483 SOUTH 1500 EAST
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0312**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$435.66

---

**3.942** | **Nonpriority creditor's name and mailing address**

VICTOR-MCCAWLEY, FRANK
ADDRESS REACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$486,350.00

---

**3.943** | **Nonpriority creditor's name and mailing address**

VOSBERG ENTERPRISES INC
1006 350TH ST.
FARNHAMVILLE, IA  50538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1763**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$321.00

---

**3.944** | **Nonpriority creditor's name and mailing address**

W.D. WRIGHT CONTRACTING INC
1200 SHARON ROAD, SUITE 1
BEAVER, PA  15009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7521**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$303,611.26

Debtor      Strike, LLC _____    Case number (if known)    21-90054
            (Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,071.19 |

**3.945**

**Nonpriority creditor's name and mailing address**

WARRIOR SUPPLY INC
PO BOX 4989
VICTORIA, TX  77903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4128**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$1,071.19**

---

**3.946**

**Nonpriority creditor's name and mailing address**

WASTE CONNECTIONS - 5190
PO BOX 162479
FORT WORTH, TX  76161-2479

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7349**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$237.08**

---

**3.947**

**Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF CO
PO BOX 7400
PASADENA, CA  91109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0326**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$38.39**

---

**3.948**

**Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF PA
PO BOX 13648
PHILADELPHIA, PA  19101-3648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5621**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$12,678.56**

---

**3.949**

**Nonpriority creditor's name and mailing address**

WATERS INTERNATIONAL TRUCKS
PO BOX 4199
MERIDIAN, MS  39304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6665**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$192.27**

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.950 | **Nonpriority creditor's name and mailing address**<br><br>WAUKESHA-PEARCE INDUSTRIES LLC<br>P.O. BOX 204116<br>DALLAS, TX  75320-4116<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1503** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,268.46 |
|---|---|---|

| 3.951 | **Nonpriority creditor's name and mailing address**<br><br>WEEKES FOREST PRODUCTS<br>P.O. BOX 14327<br>SAINT PAUL, MN  55114<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1443** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,641.19 |
|---|---|---|

| 3.952 | **Nonpriority creditor's name and mailing address**<br><br>WELDERS EQUIPMENT, INC.<br>1201 WEST PARK AVENUE<br>EUNICE, LA  70535<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1232** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,913.24 |
|---|---|---|

| 3.953 | **Nonpriority creditor's name and mailing address**<br><br>WELDFIT SERVICES<br>4133 SOUTHERLAND RD.<br>HOUSTON, TX  77092<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6181** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,988.90 |
|---|---|---|

| 3.954 | **Nonpriority creditor's name and mailing address**<br><br>WELDING SUPPLY OF PECOS LLC<br>PO BOX 30<br>PECOS, TX  79772<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9097** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,646.95 |
|---|---|---|

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.955**

**Nonpriority creditor's name and mailing address**

WELKER INC
13839 W BELLFORT
SUGAR LAND, TX  77498

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1434**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$195.15

---

**3.956**

**Nonpriority creditor's name and mailing address**

WEST TEXAS BORING COMPANY
1201 OIDC DR
ODESSA, TX  79766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1457**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,100.00

---

**3.957**

**Nonpriority creditor's name and mailing address**

WEST TEXAS DUMPSTERS
6100 LAKE FOREST DRIVE 505
ATLANTA, GA  30328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0796**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,267.83

---

**3.958**

**Nonpriority creditor's name and mailing address**

WESTERN INDUSTRIAL INSULATION
PO BOX 40139
GRAND JUNCTION, CO  81504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5222**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,684.32

---

**3.959**

**Nonpriority creditor's name and mailing address**

WESTERN SUPPLIES INC
PO BOX 551
WICHITA FALLS, TX  76307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1446**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,763.80

---

Debtor    Strike, LLC

(Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.960**

**Nonpriority creditor's name and mailing address**

WHITCO SUPPLY LLC
200 N. MORGAN AVENUE
BROUSSARD, LA  70518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$6,924.69

---

**3.961**

**Nonpriority creditor's name and mailing address**

WHITE CAP
PO BOX 4852
ORLANDO, FL  32802-4852

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$18,321.65

---

**3.962**

**Nonpriority creditor's name and mailing address**

WHOLESALE ELECTRIC SUPPLY
PO BOX 732778
DALLAS, TX  75373-2778

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1465

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$498,380.33

---

**3.963**

**Nonpriority creditor's name and mailing address**

WILLIAMS SCOTSMAN INC
PO BOX 91975
CHICAGO, IL  60693-1975

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8879

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**

☒ No
☐ Yes

$1,159.42

---

**3.964**

**Nonpriority creditor's name and mailing address**

WILLIAMS SCOTSMAN INC
PO BOX 91975
CHICAGO, IL  60693-1975

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$19,054.19

Debtor    Strike, LLC

(Name)                                                                      Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

3.965  **Nonpriority creditor's name and mailing address**

WILLIS TOWERS WATSON INS. SVCS WEST INC
P.O. BOX 731739
DALLAS, TX  75373-1739

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0405**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,500.00

---

3.966  **Nonpriority creditor's name and mailing address**

WKW INDUSTRIAL SERVICES INC
202 W. BRIDGE DRIVE
MORGAN, PA  15064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7335**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,707.30

---

3.967  **Nonpriority creditor's name and mailing address**

WOLSELEY INDUSTRIAL GROUP
PO BOX 847411
DALLAS, TX  75284-7411

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1477**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$548,446.04

---

3.968  **Nonpriority creditor's name and mailing address**

WOLVERINE MAT, LLC
PO BOX 548
CEDAR SPRINGS, MI  49319

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0976**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$151,139.48

---

3.969  **Nonpriority creditor's name and mailing address**

WORLDWIDE MACHINERY
PO BOX 172363
DENVER, CO  80217-2363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1257**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,600.00

---

| Debtor | Strike, LLC | Case number (if known) | 21-90054 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.970**

**Nonpriority creditor's name and mailing address**

WYOMING SAFETY SUPPLY
1330 ALTA VISTA ST
CASPER, WY 82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3836**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,021.90

---

**3.971**

**Nonpriority creditor's name and mailing address**

XP239 COMDATA
PO BOX 845738
DALLAS, TX 75284-5738

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0207**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$300,000.00

---

**3.972**

**Nonpriority creditor's name and mailing address**

XPRESS WELLNESS LLC
PO BOX 412697
KANSAS CITY, MO 64141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2480**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.973**

**Nonpriority creditor's name and mailing address**

YAK MAT LLC
PO BOX 95434
GRAPEVINE, TX 76099-9734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3069**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$553,217.28

---

**3.974**

**Nonpriority creditor's name and mailing address**

ZAVIS, LLC
101 RICE BENT WAY, UNIT 9
COLUMBIA, SC 29229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1900**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$650.00

---

Debtor    Strike, LLC
          _____
          (Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.975 | **Nonpriority creditor's name and mailing address**<br><br>ZTERS INC<br>13878 OFFICE PARK DRIVE<br>HOUSTON, TX 77070<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2318** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $65,860.90 |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $246,337.40 |
| 5b. | Total claims from Part 2 | 5b. + | $57,562,682.30 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $57,809,019.70 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>Strike, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-90054</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|----|----|----|----|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/06/18 | 2BROS RESOURCES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/01/19 | 3 BEAR DELEWARE OPERATING-NM, LLC 1512 LARIMER STREET SUITE 540 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT STAFFING SERVICES AGREEMENT DATED 11/16/17 | 360 INDUSTRIAL SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/01/19 | 3BEAR ENERGY, LLC 1512 LARIMER STREET SUITE 540 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                          Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED 03/04/11 | 3E COMPANY ENVIRONMENTAL, ECOLOGICAL AND ENGINEERING ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/27/20 | 3W CONSTRUCTION, LLC 8605 BROUSSARD ROAD BEAUMONT, TX  77713 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/03/21 | 3W ENERGY SERVICES, INC. PO BOX 1475 LAMESA, TX  79331 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 11/04/20 | 4-STAR TANK RENTAL, L.P. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/09/19 | A1 INDUSTRIAL PAINTING, INC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO MEMBERSHIP INTEREST AND WARRANT PURCHASE AND REDEMPTION AGREEMENT DATED 08/30/13 | AARON COLE PATE 2012 TRUST 6 BROADWATER CT SHENANDOAH, TX  77381 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC                                              Case Number (if known)    21-90054
          _____
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEMBERSHIP INTEREST AND WARRANT PURCHASE AND REDEMPTION AGREEMENT DATED 07/20/13 <br><br> CURRENT | AARON COLE PATE 2012 TRUST 6 BROADWATER CT SHENANDOAH, TX  77381 |
| 2.12 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSULTANT AGREEMENT DATED 07/01/21 <br><br> CURRENT | AARON COLE PATE 6 BROADWATER CT SHENANDOAH, TX  77381 |
| 2.13 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 01/27/15 <br><br> CURRENT | ABADIE WILLIAMS, LLC ADDRESS ON FILE |
| 2.14 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 01/27/15 <br><br> CURRENT | ABADIE-WILLIAMS LLC ADDRESS ON FILE |
| 2.15 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 12/04/20 <br><br> CURRENT | ABOLUTE TESTING SERVICES, INC. 6829 GUHN RD HOUSTON, TX  77040 |
| 2.16 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT DATED 12/07/20 <br><br> CURRENT | ACADIAN GAS PIPELINE SYSTEM ADDRESS ON FILE |

Debtor   Strike, LLC

(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/25/14 | ACCEL FUSION, LLC 387 W. 15TH ST. 278 DICKINSON, ND  58601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/25/14 | ACCEL FUSION, LLC 387 W. 15TH ST. 278 DICKINSON, ND  58601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/08/13 | ACCESS MLP OPERATING, LLC (WILLIAMS) ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 01/14/19 | ACCURATE EMPLOYMENT SCREENING, LLC 3800 GOLF RD. SUITE 120 ROLLING MEADOWS, IL  60008 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/16/18 | ACE SERVICES LLC PO BOX 20399 CHARLESTON, WV  25362 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/03/08 | ACME TRUCKING INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/11/20 | ACP, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/20/20 | ACQUIS CONSULTING GROUP, LLC 299 BROADWAY SUITE 1200 NEW YORK, NY  10007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/03/15 | ACUREN INSPECTION, INC PO BOX 846313 DALLAS, TX  75284-6313 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT-TO-HIRE AGREEMENT DATED 04/02/18 | ADDISON GROUP 7076 SOLUTIONS CENTER CHICAGO, IL  60677-7000 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/06/21 | ADLER TANK RENTALS, LLC PO BOX 45081 SAN FRANCISCO, CA  94145-0081 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DATED 01/01/18 | ADVANCED BUILDERS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE RENTAL AGREEMENT DATED 01/01/18 | ADVANCED BUILDERS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/21/20 | ADVANCED HYDROSTATIC SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/27/18 | ADVANCED WORKZONE SERVICES PO BOX 1569 MUSKOGEE, OK  74402 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 09/12/16 | AEI FIELD SERVICES 8626 TESORO SUITE 400 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/14/18 | AG & OIL 365 ENERGY LLC PO BOX 108835 OKLAHOMA CITY, OK  73101-8835 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PURCHASE AND SUPPORT AGREEMENT DATED 01/28/20 | AGC NETWORKS INC. PO BOX 639958 CINCINNATI, OH  45263-9958 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/28/20 | AG-CON LLC 1101 E. ARDOIN ST EUNICE, LA 70535 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT DATED 01/26/18 | AGES ASSOCIATES, L.P. 4 GRANDVIEW CIRCLE SUITE 100 CANONSBURG, PA 15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/26/18 | AGES ASSOCIATES, L.P. 4 GRANDVIEW CIRCLE SUITE 100 CANONSBURG, PA 15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 03/01/18 | AGES ASSOCIATES, L.P. 4 GRANDVIEW CIRCLE SUITE 100 CANONSBURG, PA 15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/05/20 | AGILE OFIS SOLUTIONS LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/27/09 | AIR LIQUIDE LARGE INDUSTRIES U.C. LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                              Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 03/01/10 | AIR LIQUIDE LARGE INDUSTRIES U.C. LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 10/17/18 | AIR PRODUCTS, LLC 12600 NORTHBOROUGH DR. STE 196 HOUSTON, TX  77067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 01/09/19 | AIR PRODUCTS, LLC 12600 NORTHBOROUGH DR. STE 196 HOUSTON, TX  77067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MSA DATED 01/27/16 | AKA ENERGY GROUP SUITE 250 65 MERCADO STREET DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/02/14 | AKA ENERGY GROUP SUITE 250 65 MERCADO STREET DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA CONTRACT WORK ORDER DATED 11/11/15 | AKA ENERGY GROUP SUITE 250 65 MERCADO STREET DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/28/14 | AKA ENERGY GROUP, LLC SUITE 250 65 MERCADO STREET DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/26/15 | AKA ENERGY GROUP, LLC SUITE 250 65 MERCADO STREET DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/27/20 | ALAMO CRANE SERVICE, INC. P.O. BOX 47077 SAN ANTONIO, TX  78265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/16/08 | ALCOTT, INC. DBA TCH 4040 ELLIS ROAD FRIENDSWOOD, TX  77546 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | BLANKET EQUIPMENT BARE RENTAL AGREEMENT DATED 04/22/21 | ALL CRANE RENTAL OF LOUISIANA, LLC 37316 HIGHWAY 74 GEISMAR, LA  70734 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/21 | ALL WAYS SAFE, LLC 212 MUSE BISHOP ROAD MUSE, PA  15350-0102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/29/16 | ALLAN EDWARDS, INC. 6468 N. YALE AVE TULSA, OK  74117 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/25/19 | ALLEGHENY CRANE RENTAL, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/22/15 | ALLEGIANCE CRANE & EQUIPMENT, LLC PO BOX 534687 ATLANTA, GA  30353-4687 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL TEAMING AGREEMENT DATED 03/30/11 | ALLIANCE WOOD GROUP ENGINEERING, L.P. 330 BARKER CYPRESS HOUSTON, TX  77094 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #0311-0998 DATED 12/01/21 | ALLIED WORLD SURPLUS LINES INSURANCE COMPANY COMPANY 199 WATER STREET 24TH & 29TH FLOORS NEW YORK, NY  10038 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/19/20 | ALLWASTE INDUSTRIAL SERVICES, LLC PO BOX 1378 MONT BELVIEU, TX  77580 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)                                              Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/24/16 | ALPACA ENERGY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/17/15 | ALPHA CRUDE CONNECTOR, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA EXHIBIT DATED 08/17/15 | ALPHA CRUDE CONNECTOR, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA EXHIBIT DATED 08/31/15 | ALPHA CRUDE CONNECTOR, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA EXHIBIT DATED 01/22/15 | ALPHA CRUDE CONNECTOR, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/04/20 | ALPHA LEAK DETECTION SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/09/20 | ALPINE SITE SERVICES INC 10875 DOVER STREET UNIT 1100 WESTMINSTER, CO  80021 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/23/14 | AMEC FOSTER WHEELER PLC 10777 CLAY ROAD HOUSTON, TX  77041 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL AGREEMENT DATED 04/23/14 | AMEC OIL & GAS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/23/14 | AMEC OIL & GAS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS OF PURCHASE DATED 05/15/20 | AMERICAN CAST IRON PIPE COMPANY PO BOX 402659 ATLANTA, GA  30384-2659 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/07/15 | AMERICAN CRANE AND EQUIPMENT ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/23/14 | AMERICAN MIDSTREAM PARTNERS, LP 2103 CITYWEST BLVD. BUILDING #4, SUITE 8 HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/23/14 | AMERICAN MIDSTREAM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 10/23/18 | AMERICAN PETROLEUM PARTNERS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 07/27/18 | AMERICAN PETROLEUM PARTNERS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/27/18 | AMERICAN PETROLEUM PARTNERS, LP 380 SOUTHPOINTE BLVD. PLAZA 2, SUITE 120 CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/03/18 | AMERICAN PIPING INSPECTION INC 17110 EAST PINE STREET TULSA, OK  74116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
            (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/15/20 | AMERICAN POLLUTION CONTROL CORPORATION 401 W. ADMIRAL DOYLE DRIVE NEW IBERIA, LA 70560 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/23/19 | AMERICAN WASTE, INC DBA NORTHER A-1 SERVICES PO BOX 1030 KALKASKA, MI 49646 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 07/25/17 | AMERI-FAB, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/11/21 | AMERIVAX, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 08/06/19 | AN. GATHERING CO. LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 08/26/14 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX 77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC                                    Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 09/18/14 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 10/22/14 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 01/15/15 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 02/17/15 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 04/21/15 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 06/10/15 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)                                                Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 07/16/15 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 08/06/15 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 12/15/15 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 02/17/16 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 07/20/16 | ANADARKO E&P ONSHORE LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 10/27/15 | ANADARKO LONE CREEK GATHERING, LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case Number (if known)  21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 01/07/16 | ANADARKO LONE CREEK GATHERING, LLC 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | BLANKET ORDER DATED 12/21/15 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | BLANKET ORDER DATED 01/04/16 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | BLANKET ORDER AMENDMENT DATED 07/03/16 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/12/04 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/22/15 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | WORK PLAN DATED 12/09/15 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/07/17 | ANDCO TRUCKING, LLC 12680 W LAKE HOUSTON PKWY STE 510 205 HOUSTON, TX  77044 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/19/18 | ANDERSON EXCAVATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/20/21 | ANDERSON I&E SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS AND CONDITIONS DATED 10/17/19 | ANDREA RODRIGUEZ DBA RODRIGUEZ CLEANING SERVICES 908 GALLANTRY LANE MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/26/19 | ANGELLE & DONOHUE ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | STATION AND LAND PIPELINE CONSTRUCTION CONTRACT DATED 08/19/11 | ANR PIPELINE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | STATION AND LAND PIPELINE CONSTRUCTION CONTRACT DATED 10/20/11 | ANR PIPELINE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | STATION AND LAND PIPELINE CONSTRUCTION CONTRACT DATED 10/31/11 | ANR PIPELINE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | STATION AND LAND PIPELINE CONSTRUCTION CONTRACT DATED 05/30/12 | ANR PIPELINE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | STATION AND LAND PIPELINE CONSTRUCTION CONTRACT DATED 11/27/12 | ANR PIPELINE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/20/19 | APACHE CORPORATION 2000 POST OAK BLVD STE 100 HOUSTON, TX  77056-4400 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                      Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES CONTRACT DATED 06/27/13 | APACHE CORPORATION 2000 POST OAK BLVD STE 100 HOUSTON, TX 77056-4400 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES CONTRACT DATED 12/17/15 | APACHE CORPORATION 2000 POST OAK BLVD STE 100 HOUSTON, TX 77056-4400 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/09/18 | APPALACHIA GATHERING COMPANY, LLC 100 1ST CENTER HORSEHEADS, NY 14845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/24/17 | APPLE ELECTRICAL CONTRACTORS, INC. PO BOX 12741 ODESSA, TX 79768 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 07/10/20 | APPLIED CONSTRUCTION SOLUTIONS, INC. PO BOX 430 BRIDGEPORT, WV 26330 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 07/27/20 | APPLIED CONSTRUCTION SOLUTIONS, INC. PO BOX 430 BRIDGEPORT, WV 26330 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC                          Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/10/20 | APPLUS RTD USA, INC. PO BOX 29254 NEW YORK, NY  10087 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT AGREEMENT DATED 09/16/16 | APPLUS RTD USA, INC. PO BOX 29254 NEW YORK, NY  10087 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 12/09/16 | APPSTEK, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/24/18 | AQUA-TECH HYDRO SERVICES, LLC 1048 CARLTON RD BROUSSARD, LA  70518 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/24/00 | AQUILA GAS PIPELINE CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 11/29/18 | ARB MIDSTREAM, LLC 720 S COLORADO BLVD DENVER, CO  80246 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/07/18 | ARBOR MASTERS TREE SERVICE ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/18/18 | ARC INSPECTION SERVICES LLC 11555 US HWY 380W STE 206 KRUM, TX  76249 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 06/13/17 | ARCH AERIAL, LLC 3701 YALE STREET HOUSTON, TX  77018 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/05/07 | ARDENT SERVICES LLC PO BOX 974759 JENNIFER BURCHFIELD DALLAS, TX  75397-4759 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/04/18 | ARDENT SERVICES LLC PO BOX 974759 JENNIFER BURCHFIELD DALLAS, TX  75397-4759 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 04/26/16 | ARGON ASPHALT & EMULSIONS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
         (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/20/19 | ARI FLEET LT ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/29/20 | ARIES FREIGHT SYSTEMS LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/03/18 | ARK ENGINEERING & TECHNICAL SERVICES, INC 639 GRANITE STREET, STE. 200 BRAINTREE, MA  2184 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/18/17 | ARM ENERGY 20329 STATE HIGHWAY 249 SUITE 450 HOUSTON, TX  77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/30/17 | ARMSTRONG HELICOPTERS, LLC 8501 ALTAMIRA DR LAREDO, TX  78045 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/27/21 | ARREDONDO DOZER SERVICES, LLC PO BOX 1053 REFUGIO, TX  78377 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC                                    Case Number (if known)     21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/18/20 | ARROW DIRECTIONAL DRILLING, INC. 6025 HWY 77 ODEM, TX  78390 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/15/17 | ARSENAL RESOURCES LLC 6031 WALLACE ROAD EXTENSION SUITE 300 WEXFORD, PA  10590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/26/17 | ASFI PARTNERS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | REVISION TO SERVICES AGREEMENT DATED 03/07/14 | ASHLAND, INC. 4501 ATTWATER AVE. TEXAS CITY, TX  77590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 09/04/13 | ASHLAND, INC. 4501 ATTWATER AVE. TEXAS CITY, TX  77590 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #IMZ333621 DATED 12/01/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT  6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
_____    Case Number (if known)    21-90054
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND SU30942 DATED 03/12/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT  6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND SU30946 DATED 08/10/20 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT  6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND SU30948 DATED 06/11/20 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT  6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/11/21 | ATHOS GROUP LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT MODIFICATION DATED 07/15/11 | ATKINS NORTH AMERICA, INC. 1250 WOOD BRANCH PARK DRIVE SUITE 300 HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/14/10 | ATKINS NORTH AMERICA, INC. 1250 WOOD BRANCH PARK DRIVE SUITE 300 HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                   Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/09/18 | ATLANTIC NITROGEN AND TESTING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010786 DATED 03/24/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010788 DATED 05/05/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010789 DATED 05/05/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010790 DATED 05/05/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010791 DATED 05/21/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010792 DATED 10/06/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010805 DATED 05/08/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010806 DATED 10/19/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010808 DATED 12/19/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010809 DATED 12/12/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010815 DATED 11/29/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor       Strike, LLC

Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010818 DATED 06/30/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010819 DATED 01/28/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 800010820 DATED 02/06/21 | ATLANTIC SPECIALTY INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT DATED 11/01/19 | ATLANTIS SELF STORAGE, INC 7051 STEUBENVILLE PIKE SUITE 7 OAKDALE, PA  15071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR MASTER SERVICES AGREEMENT DATED 01/14/15 | ATLAS GROWTH OKLAHOMA, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 06/19/12 | ATLAS PIPELINE MID-CONTINENT LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                   Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/14/15 | ATLAS RESOURCE PARTNERS, LP 1000 COMMERCE DRIVE SUITE 410 PITTSBURGH, PA 15275 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR MASTER SERVICES AGREEMENT DATED 01/12/15 | ATLAS RESOURCES, LLC 1000 COMMERCE DRIVE SUITE 410 PITTSBURGH, PA 15275 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SERVICES DATED 03/03/11 | ATMOS ENERGY CORPORATION 5420 LBJ FREEWAY DALLAS, TX 75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SERVICES DATED 03/23/11 | ATMOS ENERGY CORPORATION 5420 LBJ FREEWAY DALLAS, TX 75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SERVICES DATED 08/23/11 | ATMOS ENERGY CORPORATION 5420 LBJ FREEWAY DALLAS, TX 75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/16/11 | ATMOS ENERGY CORPORATION 5420 LBJ FREEWAY DALLAS, TX 75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENT TO CONTRACT SERVICES DATED 09/07/11 | ATMOS ENERGY CORPORATION 5420 LBJ FREEWAY DALLAS, TX  75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/16/19 | ATTAWAY SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/16/19 | ATTAWAY SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 07/22/20 | ATWELL LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/09/21 | AUGUST INDUSTRIES INC 2811 EISENHOWER ST CARROLLTON, TX  75007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/20/19 | AUTOMOTIVE RENTALS, INC. PO BOX 8500-4375 PHILADELPHIA, PA  19178-4375 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                      Case Number (if known)   21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 06/13/17 | AVIATION PARKWAY PARTNERSHIP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATION, NON-DISTURBANCE AND ATTORNMENT AGREEMENT DATED 06/07/17 | AVIATION PARKWAY PARTNERSHIP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/13/15 | AXIOM MEDICAL CONSULTING, LLC 8401 NEW TRAILS DR SUITE 100 THE WOODLANDS, TX  77381 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/09/19 | AXIOS INDUSTRIAL MAINTENANCE CONTRACTORS, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/10/13 | AXIS INDUSTRIAL SERVICES, LLC 5110 IH 37 CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/24/20 | AZTEC BOLTING SERVICES, INC. 520 DALLAS ST LEAGUE CITY, TX  77573 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT ONSHORE FORM DATED 12/11/14 | AZURE MIDSTREAM HOLDINGS, LLC 12377 MERIT DR SUITE 300 DALLAS, TX  75251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/10/20 | B CLEAN LLC PO BOX 1054 LAUREL, MS  39441 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 09/28/20 | B GRANT CONSTRUCTION, INC. 69 OLD HWY 70 LOOP GLENWOOD, AR  71943 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/16/15 | B&R TRUCKING INC. 4311 MONICA LN CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/14/18 | B&R TRUCKING INC. 4311 MONICA LN CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 05/02/18 | B&R TRUCKING INC. 4311 MONICA LN CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/07/15 | B&S EQUIPMENT COMPANY, INC 3601 PATRIOT ST HARVEY, LA 70058 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/14/20 | B.C. HENDERSON CONSTRUCTION, INC. 366 VZCR 3605 MACEY MCKEE EDGEWOOD, TX 75117 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/15/21 | B/CS LEASING, LLC PO BOX 138 KURTEN, TX 77862 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 08/15/18 | B/CS LEASING, LLC PO BOX 138 KURTEN, TX 77862 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SUBCONTRACTOR AGREEMENT DATED 08/01/19 | B2 CONSULTING LLC 25010 STILLHOUSE SPRINGS DR PORTER, TX 77365 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/09/18 | BARR AIR PATROL LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Strike, LLC | | Case Number (if known) | 21-90054 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/23/05 | BASA RESOURCES, INC. 14875 LANDMARK BLVD 4TH FLOOR DALLAS, TX  75254 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/23/05 | BASA RESOURCES, INC. 14875 LANDMARK BLVD 4TH FLOOR DALLAS, TX  75254 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/17/20 | BASE LINE DATA, INC. PO BOX 925 PORTLAND, TX  78374 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/30/20 | BASELINE ENERGY SERVICES, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER FIELD SERVICES CONTRACT DATED 02/17/10 | BASELL USA, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/19/18 | BASIN PATROL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/12/12 | BATTALION OIL CORP. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/14/15 | BAUGHMAN, HOLLYWOOD BLASTING & COATING PO BOX 70455 ODESSA, TX  79769 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/27/18 | BAY AREA FENCE & GATES LLC 7419 N HWY 146 BAYTOWN, TX  77523 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/26/16 | BAY LTD. PO BOX 9908 CORPUS CHRISTI, TX  78469-9908 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/14/20 | BAYOU TECHNICAL SERVICES, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTIAL ASSIGNMENT DATED 09/05/14 | BAYPORT POLYMERS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/16/20 | BBU SERVICES OF WEST VIRGINIA, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 09/30/15 | BBU SERVICES OF WEST VIRGINIA, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING ENGAGEMENT DATED 01/09/15 | BDO, USA LLP PO BOX 677973 DALLAS, TX  75267-7973 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/23/10 | BEAR CREEK SERVICES, LLC PO BOX 2015 BAYFIELD, CO  81122-2015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/23/10 | BEAR CREEK SERVICES, LLC PO BOX 2015 BAYFIELD, CO  81122-2015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/02/20 | BEARD CONSTRUCTION GROUP LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 11/17/20 | BECK BROS, INC. PO BOX 712 BEEVILLE, TX 78104 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | REFERENCE AND TERMS DATED 02/03/20 | BECKER SAFETY AND SUPPLY 128 30TH ST UNIT B GREELEY, CO 80631 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/06/18 | BEEGHLY TREE LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/16/20 | BEITZEL CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/20/19 | BENAMATI WATER SERVICE LLC 1564 E ROY FURMAN HWY CARMICHAELS, PA 15320 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | TERMS AND CONDITIONS DATED 11/01/18 | BEND CONSTRUCTION, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor     Strike, LLC
           (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/09/18 | BENGAL CRANE & RIGGING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #CEX09604322-01 DATED 12/01/21 | BERKLEY NATIONAL INSURANCE COMPANY 11201 DOUGLAS AVENUE URBANDALE, IA  50322 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #ECA 3135907-15 DATED 12/01/21 | BERKLEY NATIONAL INSURANCE COMPANY 11201 DOUGLAS AVENUE URBANDALE, IA  50322 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #EGL001949815 DATED 12/01/21 | BERKLEY NATIONAL INSURANCE COMPANY 11201 DOUGLAS AVENUE URBANDALE, IA  50322 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #EUL001949915 DATED 12/01/21 | BERKLEY NATIONAL INSURANCE COMPANY 11201 DOUGLAS AVENUE URBANDALE, IA  50322 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/22/10 | BERRY OIL COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED 07/01/21 | BETHLEHEM AUTHORITY, COMMONWEALTH OF PENNSYLVANIA 10 EAST CHURCH STREET, ROOM B-311 BETHLEHEM, PA  18018 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/16/10 | BEUSA ENERGY, INC. 1780 HUGHES LANDING BLVD. SUITE 100 THE WOODLANDS, TX  77389 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/15/13 | BHP BILLITON PETROLEUM (FAYETTEVILLE) LLC 1360 POST OAK BLVD #150 HOUSTON, TX  77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/21/19 | BIG B CRANE, LLC PO BOX 1061 BURLESON, TX  76097-1061 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/09/20 | BIG BEND SERVICES LLC PO BOX 61226 MIDLAND, TX  79711-1226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 03/23/21 | BIG BROTHERS TRUCKING, LLC 727 700 RD NEW OXFORD, PA  17350 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/03/16 | BIG LAKE FUELS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/06/19 | BISHOP COMMERCIAL RENTALS LLC 704 W MAIN SUITE A DUNCAN, OK  73533 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/06/19 | BISHOP COMMERICAL RENTALS, LLC 704 W MAIN SUITE A DUNCAN, OK  73533 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 09/30/19 | BJ'S OILFIELD CONSTRUCTION, INC PO BOX 696 BLANCHARD, OK  73010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 02/09/15 | BKEP OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/17/21 | BLACK GOLD ENERGY SERVICES LLC P.O. BOX 984 HOBBS, NM  88240-1736 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
_____
(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/17/21 | BLACKBEARD DIRECTIONAL, LLC PO BOX 153 AMBER, OK  73004 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/24/19 | BLACKBUCK RESOURCES LLC 2601 WESTHEIMER RD. C210 HOUSTON, TX  77098 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/24/19 | BLACKBUCK RESOURCES 2601 WESTHEIMER RD. C210 HOUSTON, TX  77098 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 02/06/20 | BLACKBUCK RESOURCES 2601 WESTHEIMER RD. C210 HOUSTON, TX  77098 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/12/13 | BLACKGOLD SERVICES, INC PO BOX 1526 LIBERTY, TX  77575 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/03/13 | BLACKWELL ENTERPRISES, INC. 14634 COTTON GIN AVE BEN BRAKEFIELD WAYNE, OK  73095 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/17/20 | BLACKWELL ENTERPRISES, INC. 14634 COTTON GIN AVE BEN BRAKEFIELD WAYNE, OK  73095 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/26/20 | BLADE SERVICES LLC P.O. BOX 5723 HOBBS, NM  88240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/06/18 | BLAIRTOWN ENERGY CENTER, LLC 1993 DEWAR DR. 1-291 ROCK SPRINGS, WY  82901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/28/18 | BLAXTONE ENERGY, LLC 904 W 69TH ST ODESSA, TX  79764 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 07/10/06 | BLOCK "T" PETROLEUM, INC. PO BOX 2080 TYLER, TX  75710 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/10/06 | BLOCK T PETROLEUM, INC. PO BOX 2080 TYLER, TX  75710 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

(Name)

Case Number (if known)      21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | BLOOMBERG AGREEMENT DATED 01/16/19 | BLOOMBERG FINANCE L.P. PO BOX 416604 BOSTON, MA  02241-6604 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | STOP LOSS COVERAGE POLICY DATED 01/01/17 | BLUE CROSS AND BLUE SHIELD OF TEXAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/21/06 | BLUE DOLPHIN PIPE LINE COMPANY 801 TRAVIS SUITE 2100 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/20/12 | BLUE FIN SERVICES, LLC PO BOX 1650 BROUSSARD, LA  70518 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/19/20 | BLUE MOUNTAIN MIDSTREAM LLC 14701 HERTZ QUAIL SPRINGS PKWY OKLAHOMA CITY, OK  73134 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/19/19 | BLUE MOUNTAIN MIDSTREAM 14701 HERTZ QUAIL SPRINGS PKWY OKLAHOMA CITY, OK  73134 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/13/18 | BLUE RACER MIDSTREAM 5949 SHERRY LANE STE 645 DALLAS, TX 75225 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/13/18 | BLUE RACER MIDSTREAM, LLC 5949 SHERRY LANE STE 645 DALLAS, TX 75225 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/29/18 | BLUE RIDGE MOUNTAIN RESOURCES 909 LAKE CAROLYN PARKWAY SUITE 600 IRVING, TX 75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/30/11 | BLUEBIRD PIPELINE COMPANY, INC. 5745 WEATHERFORD HIGHWAY GRANBURY, TX 76049 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/01/14 | BLUEBONNET ENERGY & TRANSPORT ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/09/15 | BLUEKNIGHT ENERGY PARTNERS, L.P. 201 NW 10TH, SUITE 200 OKLAHOMA CITY, OK 73103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 04/12/21 | BMA SOLUTIONS INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 10/09/15 | BOARDWALK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION AGREEMENT DATED 06/29/12 | BOARDWALK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/14/11 | BOARDWALK PIPELINES, LP 9 GREENWAY PLAZA STE. 2800 HOUSTON, TX 77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 01/09/18 | BOBCAT HEAVY CIVIL, LLC P.O. BOX 1357 HEWITT, TX 76643 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/23/16 | BOBWHITE ENERGY SERVICES, LLC PO BOX 8 VICTORIA, TX 77902 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                                    Case Number (if known)      21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/22/07 | BOIS D'ARC OFFSHORE LTD. 402 MAIN STREET 7TH FLOOR HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/12/11 | BO-MAC CONTRACTORS, LTD ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/31/19 | BORDWINE DEVELOPMENT, INC PO BOX 327 CHICKASHA, OK 73023 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED 09/27/19 | BOTTOMLINE TECHNOLOGIES, INC. PO BOX 412377 BOSTON, MA 02241-2377 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/22/17 | BOULANGER TREE SERVICE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT FOR PROVISION OF SERVICES DATED 02/05/14 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/20/10 | BP PIPELINES (NORTH AMERICA) INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/20/10 | BP PRODUCTS NORTH AMERICA INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 11/09/21 | BRADLEY ARANT BOULT CUMMINGS LLP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/06/14 | BRAMMER ENGINEERING, INC. 400 TEXAS STREET SUITE 600 SHREVEPORT, TX  71101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/20/18 | BRANDON WELDING & FABRICATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/11/15 | BRANDSAFWAY LLC PO BOX 91473 CHICAGO, IL  60693 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          _____    Case number (if known) 21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/04/15 | BRAUN INTERTEC CORPORATION PO BOX 64384  LOCKBOX 446035 ST. PAUL, MN  55164-0384 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/17/19 | BRAZOS MIDSTREAM OPERATING LLC 3017 WEST 7TH STREET SUITE 300 FORT WORTH, TX  76107 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT DATED 11/27/18 | BREVILOBA, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/21/18 | BRIDGESTONE HOSEPOWER, LLC PO BOX 861777 ORLANDO, FL  32886-1777 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/27/06 | BRIGHAM OIL & GAS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/08/14 | BRIGHT STAR SOLUTIONS INC PO BOX 667 SOUR LAKE, TX  77659 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 02/20/19 | BROADLEAF IT LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF MASTER SERVICES AGREEMENT DATED 04/10/19 | BROADWAY ELECTRIC SERVICE CORPORATION (ASSIGNEE) ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/28/17 | BROWN & ROOT INDUSTRIAL SERVICES, LLC 2600 CITIPLACE DRIVE, SUITE 500 BATON ROUGE, LA  70808 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT DATED 08/23/17 | BROWN & ROOT INDUSTRIAL SERVICES, LLC 2600 CITIPLACE DRIVE, SUITE 500 BATON ROUGE, LA  70808 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT DATED 09/02/08 | BROWN AND CALDWELL 10777 WESTHEIMER RD. SUITE 925 HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 04/03/20 | BROWNLEE TRUCKING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)                                          Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/10/18 | BRUCE CHISLER AND CATHY CHISLER 6427 MASON DIXON HWY BLACKSVILLE, WV  26521 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/05/19 | BRUCE GRADY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/01/20 | BRUCE GRAHAM ROBERTS & BARBARA JOYCE ROBERTS CARLTON ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE DATED 02/01/18 | BRUCE GRAHAM ROBERTS AND BARBARA JOYCE ROBERTS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/01/12 | BRUNDAGE-BONE CONCRETE PUMPING, INC. PO BOX 202733 DALLAS, TX  75320-2733 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/17/18 | BUCKEYE DEVELOPMENT & LOGISTICS I LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.299** **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE EPC CONTRACT DATED 08/29/14 |
| | BUCKEYE DEVELOPMENT & LOGISTICS I LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| **2.300** **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 11/20/09 |
| | BUCKEYE GULF COAST PIPE LINES, L.P. ADDRESS ON FILE |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| **2.301** **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 10/16/18 |
| | BUCKEYE PARTNERS, L.P. ONE GREENWAY PLAZA SUITE 600 HOUSTON, TX 77046 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| **2.302** **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 10/14/20 |
| | BUCKEYE PARTNERS, L.P. ONE GREENWAY PLAZA SUITE 600 HOUSTON, TX 77046 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| **2.303** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/20 |
| | BUCKEYE PARTNERS, L.P. ONE GREENWAY PLAZA SUITE 600 HOUSTON, TX 77046 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| **2.304** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE/CONSTRUCTION CONTRACT ORDER DATED 11/19/20 |
| | BUCKEYE PARTNERS, L.P. ONE GREENWAY PLAZA SUITE 600 HOUSTON, TX 77046 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |

Debtor    Strike, LLC
          (Name)                                                Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS AND CONDITIONS OF PURCHASE DATED 04/04/19 | BUCKEYE PARTNERS, L.P. ONE GREENWAY PLAZA SUITE 600 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/20 | BUCKEYE PARTNERS, LP ONE GREENWAY PLAZA SUITE 600 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/23/18 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - N/A DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217589 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)      21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217590 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217591 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217592 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217593 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217594 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217595 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217596 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217597 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217598 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217599 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217600 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217601 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)                                                    Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217602 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217603 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217604 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217605 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217606 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217607 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor       Strike, LLC                                      Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217608 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217609 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217610 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217611 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217612 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217613 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Strike, LLC
(Name)

Case Number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217614 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217619 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217620 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217621 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217622 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217623 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
           (Name)                                                    Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217624 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217625 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-217626 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219248 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219249 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219250 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219251 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219252 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219253 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219254 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219255 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219256 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)                                                    Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219257 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219258 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219259 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219260 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219261 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219262 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219263 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219264 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219265 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219266 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219267 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219268 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219269 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219336 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219340 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219401 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT - PO C1-219779 DATED 04/21/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AND MAINTENANCE AGREEMENT DATED 04/13/18 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AWARD DATED 03/22/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AWARD DATED 06/22/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AWARD DATED 06/30/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AWARD DATED 04/27/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AWARD TO PICKETT SYSTEMS - PO AGREEMENT DATED 06/10/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 0P-223239 DATED 11/23/21 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE/CONSTRUCTION CONTRACT ORDER DATED 11/05/18 | BUCKEYE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/22/19 | BUCKHORN SPECIALTY SERVICES, LLC DBA BARRACUDA ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 07/25/19 | BUFFALO TERMINAL LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/11/21 | BULLY INDUSTRIAL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECT-HIRE AND TEMP-TO-HIRE AGREEMENT DATED 09/12/17 | BURNETT SPECIALISTS PO BOX 973940 DALLAS, TX  75397-3940 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/11/19 | BURTON OIL SERVICE OPERATIONS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/17/19 | BURY MAPPIG SERVICE ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/16/20 | BUYER'S BARRICADES HOUSTON, LLC 25416 ALDINE WESTFIELD RD SPRING, TX  77373 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/27/18 | BW HOBSON CONSTRUCTION CO, INC. 7290 CHARLIE SHIRLEY RD. NORTHPORT, AL  35473 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/24/18 | BYRD OILFIELD SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/13/21 | C & R PREFERRED CONCRETE PUMPING, LLC 4010 GOODMAN LN LAKE CHARLES, LA  70615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/11/16 | C 3 DIRECTIONAL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
         (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/26/15 | C&G CONSTRUCTION 12410 FORT ISABELLA CT TOMBALL, TX  77375 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/07/15 | C&H CROSSTEX SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/01/18 | C&L INSPECTION, LLC 8214 WESTCHESTER DRIVE SUITE 730 DALLAS, TX  75225 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/28/20 | C.A.P. AIRE FREIGHT, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 01/20/10 | CABOT OIL & GAS CORPORATION 840 GESSNER THREE MEMORAIL CITY PLAZA HOUSTON, TX  77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/12/11 | CAIMAN ENERGY II, LLC 5949 SHERRY LANE SUITE 1300 DALLAS, TX  75225 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/21/11 | CAIMAN ENERGY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/05/17 | CALEDONIA ENERGY PARTNERS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/08/09 | CALLON PETROLEUM COMPANY 200 NORTH CANAL STREET NATCHEZ, MS  39120 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINUING SERVICES AGREEMENT DATED 07/10/14 | CALPINE OPERATING SERVICES COMPANY, INC. 717 TEXAS AVENUE SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PARTS AND SERVICES AGREEMENT DATED 07/10/20 | CALPINE OPERATING SERVICES COMPANY, INC. 717 TEXAS AVENUE SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | PO SP020-2000003139 DATED 08/26/20 | CALPINE OPERATING SERVICES COMPANY, INC. 717 TEXAS AVENUE SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                          Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.401** | | |

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/08/20 | CAMPOS EPC, LLC 1401 BLAKE STREET DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/17/17 | CAPSTONE ENERGY SERVICES, LLC 1 WHEELING PITTSBURGH DRIVE ALLENPORT, PA 15412 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINUING SERVICES AGREEMENT DATED 05/03/21 | CAPSTONE INFRASTRUCTURE SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/30/11 | CAR-BER HOLDINGS, INC. DBA CAR-BER TESTING SERVICES PO BOX 952304 DALLAS, TX 75395-2304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/21/16 | CARDINAL PA MIDSTREAM, LLC 8150 N. CENTRAL EXPRESSWAY SUITE 1725 DALLAS, TX 75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/21/10 | CASTLETON COMMODITIES INTERNATIONAL LLC 811 MAIN STREET SUITE 3500 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTALLMENT SALE CONTRACT DATED 08/12/14 | CATERPILLAR FINANCIAL SERVICES CORPORATION PO BOX 732893 DALLAS, TX  75373-2893 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTALLMENT SALE CONTRACT DATED 08/24/18 | CATERPILLAR FINANCIAL SERVICES CORPORATION PO BOX 732893 DALLAS, TX  75373-2893 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER FINANCE LEASE DATED 03/29/18 | CATERPILLAR FINANCIAL SERVICES CORPORATION PO BOX 732893 DALLAS, TX  75373-2893 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TAX LEASE DATED 11/11/13 | CATERPILLAR FINANCIAL SERVICES CORPORATION PO BOX 732893 DALLAS, TX  75373-2893 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL NATIONAL ACCOUNT AGREEMENT DATED 04/01/18 | CATERPILLAR INC. PO BOX 732893 DALLAS, TX  75373-2893 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/08 | CCB FABRICATORS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/23/20 | CCPS TRANSPORTATION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE DATED 05/01/19 | CDCL HOLDINGS II, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/21/21 | C-DIVE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR CONSTRUCTION SERVICES DATED 05/26/15 | CDM CONSTRUCTORS INC. 3050 POST OAK BOULEVARD #300 HOUSTON, TX  77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/01/20 | CECIL JOE STARK SAWMILL & LOGGING, INC. P.O. BOX 1207 WEST COLUMBIA, TX  77486 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES PURCHASE AGREEMENT DATED 06/22/18 | CELANESE INTERNATIONAL CORPORATION 222 W. LAS COLINAS BLVD. SUITE 900N IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 06/08/20 | CELANESE LTD ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | ETHYLENE PIPELINE CONSTRUCTION DATED 07/26/17 | CELANESE LTD. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE SERVICES AND REMOVAL AGREEMENT DATED 06/09/20 | CELANESE LTD. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR'S AGREEMENT DATED 07/01/07 | CEMEX CEMENT OF TEXAS, L.P. PO BOX 730197 DALLAS, TX  75373-0197 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITIES EXTENSION AGREEMENT DATED 09/11/14 | CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC PO BOX 4583 HOUSTON, TX  77210-4583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 08/20/19 | CENTERPOINT ENERGY RESOURCES CORP. 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 04/11/16 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 04/28/16 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 11/07/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 02/20/18 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 09/24/15 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/01/15 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Strike, LLC | | Case Number (if known) | 21-90054 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/19/16 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 09/21/16 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 12/07/15 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 01/13/16 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 03/01/16 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/10/11 | CENTERPOINT ENERGY, INC. 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/09/19 | CENTRAL STATES UNDERWATER CONTRACTING, INC P.O. BOX 15895 LENEXA, KS  66285 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 01/09/20 | CENTURION PIPELINE COMPANY, LLC 5 GREENWAY PLAZA SUITE 110 HOUSTON, TX 77046 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 01/09/20 | CENTURION PIPELINE L.P. 5 GREENWAY PLAZA SUITE 110 HOUSTON, TX 77046 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/19/10 | CENTURION PIPELINE L.P. 5 GREENWAY PLAZA SUITE 110 HOUSTON, TX 77046 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/08/19 | CERTIFIED CRANE AND RIGGING SERVICES, LLC 5851 SAN FELIPE SUITE 700 HOUSTON, TX 77057 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/30/20 | CESS PARTNERS LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED YEAR 2008 | CHAPARRAL ENERGY, LLC 701 CEDAR LAKE BLVD. OKLAHOMA CITY, OK  73114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS DATED 04/30/20 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 724474 DATED 07/30/20 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 728196 DATED 11/30/20 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 728866 DATED 12/17/20 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 730282 DATED 02/12/21 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                        Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 732753<br>DATED 05/04/21 | CHARBONNEAU INDUSTRIES<br>820 MCBRIDE LANE<br>CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 733918<br>DATED 06/08/21 | CHARBONNEAU INDUSTRIES<br>820 MCBRIDE LANE<br>CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 733921<br>DATED 06/09/21 | CHARBONNEAU INDUSTRIES<br>820 MCBRIDE LANE<br>CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 734171<br>DATED 06/16/21 | CHARBONNEAU INDUSTRIES<br>820 MCBRIDE LANE<br>CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 734413<br>DATED 06/24/21 | CHARBONNEAU INDUSTRIES<br>820 MCBRIDE LANE<br>CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 734504<br>DATED 06/28/21 | CHARBONNEAU INDUSTRIES<br>820 MCBRIDE LANE<br>CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
           _____
           (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | PO 734728 DATED 07/06/21 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX 78408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | PO 735332 DATED 07/28/21 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX 78408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | PO 735481 DATED 08/03/21 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX 78408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | PO 736104 DATED 08/20/21 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX 78408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | PO 736294 DATED 08/26/21 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX 78408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | PO 736775 DATED 09/15/21 | CHARBONNEAU INDUSTRIES 820 MCBRIDE LANE CORPUS CHRISTI, TX 78408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Strike, LLC
(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | PO 737045<br>DATED 09/27/21 | CHARBONNEAU INDUSTRIES<br>820 MCBRIDE LANE<br>CORPUS CHRISTI, TX  78408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | EMAIL COMMUNICATION ENTITLED "BREAKER"<br>DATED 11/08/21 | CHARGE TO STATELINE PROCESSING LLC<br>ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION CONTRACT<br>DATED 12/11/14 | CHEMICAL TRANSPORT, LLC<br>16 SOUTH PENNSYLVANIA AVENUE<br>OKLAHOMA CITY, OK  73107 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT<br>DATED 11/18/20 | CHEMICAL WEED CONTROL, INC.<br>ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION CONTRACT<br>DATED 04/01/16 | CHEMTEX INTERNATIONAL INC.<br>PO BOX 15214<br>HOUSTON, TX  77220-5214 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT<br>DATED 09/18/15 | CHENIERE CORPUS CHRISTI PIPELINE, L.P.<br>ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC                                   Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/27/13 | CHENIERE CREOLE TRAIL PIPELINE, L.P 700 MILAM STREET STE 1900 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/27/13 | CHENIERE ENERGY, INC. 700 MILAM STREET STE 1900 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/06/10 | CHENIERE PIPELINE COMPANY 700 MILAM STREET STE 1900 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER CONFIRMATION DATED 09/06/19 | CHERWELL SOFTWARE PO BOX 912982 DENVER, CO  80291-2982 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 09/09/16 | CHERWELL SOFTWARE, LLC PO BOX 912982 DENVER, CO  80291-2982 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/16/10 | CHESAPEAKE OPERATING, INC. 6100 N. WESTERN AVE. OKLAHOMA CITY, OK  73154 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                           Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE MASTER SERVICES CONTRACT DATED 08/17/12 | CHEVRON PIPE LINE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES CONTRACT DATED 10/21/11 | CHEVRON PIPE LINE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/07/19 | CHISHOLM SERVICES LP 1540 KELLER PARKWAY, 108-245 KELLER, TX  76248 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | REPRESENTATIVE AGREEMENT DATED 11/07/08 | CIMA CONTROLS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/21/16 | CIMAREX ENERGY CO. 1700 LINCOLN STREET SUITE 3700 DENVER, CO  80203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DATED 06/30/15 | CIRCLE K OF ARKANSAS INC. 180 HASSELL WAY PO BOX 296 ROSE BUD, AR  72137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)                                                    Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED 03/30/07 | CITGO PETROLEUM CORPORATION 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT AGREEMENT DATED 04/30/12 | CITGO PETROLEUM CORPORATION 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT AGREEMENT DATED 09/26/17 | CITGO PETROLEUM CORPORATION 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT AGREEMENT DATED 08/17/18 | CITGO PETROLEUM CORPORATION 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT AGREEMENT DATED 10/18/18 | CITGO PETROLEUM CORPORATION 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT AGREEMENT DATED 03/01/18 | CITGO PETROLEUM CORPORATION 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)
                                                    Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT AGREEMENT DATED 11/01/13 | CITGO REFINING AND CHEMICALS COMPANY LP 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT AGREEMENT DATED 10/12/16 | CITGO REFINING AND CHEMICALS COMPANY LP 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT AGREEMENT DATED 09/06/12 | CITGO REFINING AND CHEMICALS COMPANY LP 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT AGREEMENT DATED 11/25/19 | CITGO REFINING AND CHEMICALS COMPANY LP 1802 NUECES BAY BLVD CORPUS CHRISTI, TX  78407 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | ESCROW AGREEMENT DATED 01/01/18 | CITIBANK, N.A. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT AGREEMENT DATED 12/30/14 | CITY OF PORT ARTHUR WATER UTILITIES PO BOX 1089 PORT ARTHUR, TX  77641-1089 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                   Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | SHORT-FORM AGREEMENT DATED 06/30/16 | CITY OF STOCKDALE 700 W. MAIN ST. STOCKDALE, TX  78160 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 08/05/20 | CKJ TRANSPORT-ENERGY SERVICES, LLC 1650 W. VIRGINIA STREET SUITE 200 MCKINNEY, TX  75071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/05/15 | CLEAN HARBORS ENV. SERVICES P.O. BOX 3442 BOSTON, MA  02241-3442 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/05/15 | CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. AND ITS AFFILIATES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/11/19 | CLEAN-CO SYSTEMS, INC 16308 AVENUE C CHANNELVIEW, TX  77530 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/31/15 | CLEER CREEK CONSTRUCTION, LLC 15878 HWY 37 TAYLORSVILLE, MS  39168 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
                                                          Case Number (if known)    21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/02/21 | CLEMENTS FENCE CO, INC. 1007 KATYLAND DR KATY, TX  77493 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/29/19 | CLICK BOARDING LLC PO BOX 856975 MINNEAPOLIS, MN  55402-2274 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/17/17 | CMC STEEL TEXAS 1 STEEL MILL DRIVE SEQUIN, TX  78155 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/04/10 | CML EXPLORATION LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/07/20 | CNC OILFIELD SERVICES, LLC PO BOX 568 FARMINGTON, NM  87499-0568 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | SHOPPING CENTER LEASE DATED 11/05/14 | CNMK TEXAS PROPERTIES, LLC 3900 DALLAS PKWY SUITE 500 PLANO, TX  75093 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          _____          Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/02/18 | CNX INC. 100 CONSOL ENERGY DRIVE CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/02/18 | CNX INC. 100 CONSOL ENERGY DRIVE CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/02/18 | CNX MIDSTREAM PARTNERS LP 100 CONSOL ENERGY DRIVE CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/01/20 | CNX RESOURCES CORPORATION 100 CONSOL ENERGY DRIVE CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/02/18 | CNX RESOURCES CORPORATION 100 CONSOL ENERGY DRIVE CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/10/19 | COAST MATERIALS INC. PO BOX 1509 ARANSAS PASS, TX  78335 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/15/20 | COASTAL CORROSION CONTROL, INC. 10172 MAMMOTH AVE BATON ROUGE, LA 70814 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/19 | COASTAL DIRECTIONAL DRILLING, INC 415 N. VINEYARD ST SINTON, TX 78387 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/24/21 | COASTAL FOUNDATION DRILLING CO. P. O. BOX 111399 HOUSTON, TX 77293 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/23/18 | COASTAL TESTING PO BOX 87653 HOUSTON, TX 77287-7653 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/07/15 | CODE COMPLIANCE INSPECTION LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 07/21/17 | COFFEYVILLE RESOURCES NITROGEN FERTILIZERS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/18/14 | COG OPERATING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/25/20 | COLD CREEK CONSTRUCTION LTD. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED YEAR 2016 | COLONIAL PIPELINE COMPANY 1185 SANCTUARY PARKWAY SUITE 100 ALPHARETTA, GA 30009 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/29/14 | COLONIAL PIPELINE COMPANY 1185 SANCTUARY PARKWAY SUITE 100 ALPHARETTA, GA 30009 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/26/17 | COLTER ENERGY SERVICES 200 PHONEIX DRIVE FINLEYVILLE, PA 15332 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/15/17 | COLUMBIA GULF TRANSMISSION, LLC ATTN: BRANDY EARL 700 LOUISIANA ST., STE. 700 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)                                                Case Number (if known):  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND SETTLEMENT AGREEMENT AND MUTUAL RELEASE DATED 03/25/20 | COLUMBIA GULF TRANSMISSION, LLC ATTN: BRANDY EARL 700 LOUISIANA ST., STE. 700 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED 02/01/19 | COLUMBIA GULF TRANSMISSION, LLC ATTN: BRANDY EARL 700 LOUISIANA ST., STE. 700 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | TENNESSEE CONSTRUCTION AGREEMENT LUMP SUM DATED 08/01/17 | COLUMBIA GULF TRANSMISSION, LLC ATTN: BRANDY EARL 700 LOUISIANA ST., STE. 700 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 07/15/16 | COLUMBIA PIPELINE GROUP SERVICES COMPANY 5151 SAN FELIPE SUITE 2500 HOUSTON, TX  77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 07/31/15 | COMANCHE TRAIL PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 08/10/15 | COMANCHE TRAIL PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE PAYMENT SOLUTION AGREEMENT DATED 09/17/19 | COMDATA INC. SEAN C. KIRK 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT DATED 02/17/17 | COMMERCIAL METALS COMPANY 6565 N. MACARTHUR BLVD. SUITE 800 IRVING, TX 75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT DATED 11/17/14 | COMMERCIAL METALS COMPANY 6565 N. MACARTHUR BLVD. SUITE 800 IRVING, TX 75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR UNATTENDED VENDING SERVICES DATED 03/01/21 | COMPASS GROUP USA, INC. BY AND THROUGH ITS CANTEEN DIVISION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/01/17 | COMPUTEX TECHNOLOGY SOLUTIONS 10446 ALPHARETTA HWY ROSWELL, GA 30075 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/16/10 | COMSTOCK OIL & GAS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/16/10 | COMSTOCK OIL & GAS-LOUISIANA, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/16/10 | COMSTOCK RESOURCES, INC. 5300 TOWN & COUNTRY BLVD. SUITE 500 FRISCO, TX  75034 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 03/27/19 | CONCUR TECHNOLOGIES, INC. 601 108TH AVENUE NE SUITE 1000 BELLEVUE, WA  98004 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/10/15 | CONE MIDSTREAM PARTNERS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/06/07 | CONEX INTERNATIONAL CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 08/24/20 | CONNECT SERVICES, LLC PO BOX 1783 JACKSONVILE, TX  75766 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)   21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | REFERENCE AND TERMS DATED 02/27/20 | CONNECT SERVICES, LLC PO BOX 1783 JACKSONVILE, TX  75766 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/01/15 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | NOVATION AGREEMENT DATED 11/15/19 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/12/08 | CONOCOPHILLIPS PIPE LINE COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/03/21 | CONSOLIDATED FABRICATION & CONSTRUCTORS, INC. 3851 ELLSWORTH STREET GARY, IN  46408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER DATED 08/31/21 | CONSOLIDATED FABRICATION AND CONSTRUCTORS, INC. 3851 ELLSWORTH STREET GARY, IN  46408 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/03/21 | CONSOLIDATED LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/03/21 | CONSOLIDATED OF ARKANSAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/26/18 | CONSTRUCTORS, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/25/18 | CONTINENTAL CARBON COMPANY 1006 EAST OAKLAND AVE PONCA CITY, OK  74601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | ICE AND WATER EQUIPMENT LEASE DATED 08/15/18 | CONTRUCTION ICE, LLC 4007 EAST 118TH PLACE TULSA, OK  74137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/16/18 | CONWED PLASTICS ACQUISITIONS COMPANY V, LLC D/B/A FILTREXX INTERNATIONAL PO BOX 860364 MINNEAPOLIS, MN  55486-0364 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/10/09 | COONROD ELECTRIC CO., INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 04/01/02 | COPANO COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/30/18 | CORRPRO COMPANIES, INC. PO BOX 674173 DALLAS, TX  75267-4173 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 01/31/20 | CPB WATER, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/10/17 | CPI PIPE & STEEL INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT AND CONTRACT FOR TESTING SERVICES DATED 09/24/13 | CPS ENERGY 145 NAVARRO STREET SAN ANTONIO, TX  78205 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                    Case number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR SERVICES AGREEMENT DATED 08/11/15 | CPS ENERGY 145 NAVARRO STREET SAN ANTONIO, TX  78205 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/01/17 | CRC EVANS PIPELINE INTERNATIONAL INC. DEPT. 1214 PO BOX 121214 DALLAS, TX  75312-1214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 07/06/20 | CRC EVANS PIPELINE INTERNATIONAL INC. DEPT. 1214 PO BOX 121214 DALLAS, TX  75312-1214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 07/22/20 | CRC EVANS PIPELINE INTERNATIONAL INC. DEPT. 1214 PO BOX 121214 DALLAS, TX  75312-1214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 09/23/20 | CRC EVANS PIPELINE INTERNATIONAL INC. DEPT. 1214 PO BOX 121214 DALLAS, TX  75312-1214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/01/17 | CRC EVANS PIPELINE INTERNATIONAL, INC. DEPT. 1214 PO BOX 121214 DALLAS, TX  75312-1214 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (If known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING SERVICES AGREEMENT DATED 07/15/16 | CRESTWOOD DELAWARE BASIN LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING, PROCUREMENT, AND CONSTRUCTION AGREEMENT DATED 12/01/16 | CRESTWOOD NEW MEXICO PIPELINE LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | MAJOR CONSTRUCTION AGREEMENT DATED 04/06/18 | CRESTWOOD NEW MEXICO PIPELINE LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/10/18 | CRESTWOOD OPERATIONS LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING, PROCUREMENT, AND CONSTRUCTION AGREEMENT DATED 12/01/16 | CRESTWOOD PERMIAN BASIN LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT AGREEMENT DATED 07/01/19 | CRIMCHECK HOLDINGS, LLC 150 PEARL RD BRUNSWICK, OH  44212 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor          Strike, LLC
                (Name)                                                Case Number (if known)   21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.569 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/14/19 | CRIMSON INSULATION, INC. PO BOX 70786 TUSCALOOSA, AL  35407 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.570 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/14/20 | CRIMSON INSULATION, INC. PO BOX 70786 TUSCALOOSA, AL  35407 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.571 **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 08/01/19 | CROSS COUNTRY INFRASTRUCTURE SERVICES USA INC. PO BOX 843851 ADRIANNE BENNETT KANSAS CITY, MO  64184-3851 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.572 **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 08/01/19 | CROSS COUNTRY INFRASTRUCTURE SERVICES USA, INC. PO BOX 843851 ADRIANNE BENNETT KANSAS CITY, MO  64184-3851 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.573 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/06/18 | CROSSBRIDGE COMPLIANCE, LLC PO BOX 8024 LONGVIEW, TX  75607 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.574 **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE DATED 08/30/13 | CROSSBRIDGE, LLC - KEVIN PATE 15568 FM 1848 BUFFALO, TX  75831 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor   Strike, LLC

(Name)

Case Number (if known): 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE DATED 08/01/18 | CROSSBRIDGE, LLC - PATE LODGE 1800 HUGHES LANDING SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT DATED 07/01/18 | CROSSBRIDGE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/01/10 | CROSSBRIDGE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/30/13 | CROSSBRIDGE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE AGREEMENT DATED 07/01/18 | CROSSBRIDGE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE AGREEMENT DATED 12/03/19 | CROSSBRIDGE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/16/16 | CROSSFIRE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE RENTAL AGREEMENT DATED 02/16/16 | CROSSFIRE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE RENTAL AGREEMENT DATED 01/01/18 | CROSSFIRE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE AGREEMENT DATED 02/16/16 | CROSSFIRE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE AGREEMENT DATED 04/01/18 | CROSSFIRE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/20/05 | CROSSTEX ENERGY SERVICES, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

(Name)

Case Number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/16/18 | CROW PAVING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 07/02/20 | CROWE & DUNLEVY 324 N. ROBINSON, SUITE 100 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/08/20 | CSE W-INDUSTRIES, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/16/21 | CSI ACQUISITION COMPANY, LLC DBA CRANE SERVICE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/23/19 | CSS INTERNATIONAL, INC. 115 RIVER LANDING DRIVE CHARLESTON, SC  29492 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER RENTAL AGREEMENT DATED 03/13/19 | CTTV, LLC DBA TEAM 3 RENTALS AND SERVICES PO BOX 1100 HILLTOP LAKE, TX  77871 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC _____   Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/08/09 | CUDD PRESSURE CONTROL, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/24/19 | CURETON MIDSTREAM, LLC 518 17TH STREET, SUITE 650 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/11/19 | CUSTOM TRENCH, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/26/19 | CUZ EXCAVATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/08/17 | CVR ENERGY, INC 2277 PLAZA DRIVE SUITE 500 SUGAR LAND, TX 77479 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/13/12 | CYCLONE SERVICES LLC PO BOX 4458 HOUSTON, TX 77210-4458 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
           (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/13/21 | CYPRESS BAYOU INDUSTRIAL PAINTING, INC. 7000 HWY 87 N ORANGE, TX  77632 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/28/13 | CYRUSONE, LLC LOCKBOX 773581 3581 SOLUTIONS CENTER CHICAGO, IL  60677-3005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 04/01/18 | CYRUSONE, LLC LOCKBOX 773581 3581 SOLUTIONS CENTER CHICAGO, IL  60677-3005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/01/06 | D & C FENCE COMPANY, INC. PO BOX 4769 CORPUS CHRISTI, TX  78469 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT DATED 03/13/20 | DAEC INDUSTRIAL PARK, LLC PO BOX 611 EL CAMPO, TX  77437 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/01/20 | DAEC INDUSTRIAL PARK, LLC PO BOX 611 EL CAMPO, TX  77437 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/18/21 | DAKOTA UTILITY CONTRACTORS, LLC PO BOX 657 ENNIS, TX  75120 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/14/21 | D-A-M SERVICES, INC. PO BOX 611 EL CAMPO, TX  77437 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/18/08 | DAN A. HUGHES COMPANY L.P. 208 E. HOUSTON ST. BEEVILLE, TX  78102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/11/20 | DANA INDUSTRIAL GROUP, LLC 238 S EGRET BAY BLVD, STE 161 LEAGUE CITY, TX  77573 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 10/16/19 | DANE RENEWABLE ENERGY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | ORIGINAL EQUIPMENT MANUFACTURER AGREEMENT FOR FABRICATION DATED 10/01/11 | DANIEL MEASUREMENT AND CONTROL, INC. PO BOX 730156 DALLAS, TX  75373-0156 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                      Case Number (if known)    21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | ORIGINAL EQUIPMENT MANUFACTURER AGREEMENT FOR FABRICATION DATED 11/01/15 | DANIEL MEASUREMENT AND CONTROL, INC. PO BOX 730156 DALLAS, TX 75373-0156 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | ORIGINAL EQUIPMENT MANUFACTURER AGREEMENT FOR FABRICATORS DATED 10/01/06 | DANIEL MEASUREMENT AND CONTROL, INC. PO BOX 730156 DALLAS, TX 75373-0156 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | ORIGINAL EQUIPMENT MANUFACTURER AGREEMENT FOR FABRICATORS DATED 10/01/08 | DANIEL MEASUREMENT AND CONTROL, INC. PO BOX 730156 DALLAS, TX 75373-0156 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 10/09/08 | DANIEL MEASUREMENT AND CONTROL, INC. PO BOX 730156 DALLAS, TX 75373-0156 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/30/19 | DARBY EQUIPMENT COMPANY 2940 N. TOLEDO AVE. TULSA, OK 74115 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 09/30/19 | DARBY EQUIPMENT COMPANY 2940 N. TOLEDO AVE. TULSA, OK 74115 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 08/24/20 | DARBY EQUIPMENT COMPANY 2940 N. TOLEDO AVE. TULSA, OK  74115 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 09/29/20 | DARBY EQUIPMENT COMPANY 2940 N. TOLEDO AVE. TULSA, OK  74115 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 10/21/20 | DARBY EQUIPMENT COMPANY 2940 N. TOLEDO AVE. TULSA, OK  74115 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL CONTRACT FOR SERVICES DATED 08/01/19 | DARK SKIES, LLC DBA MERCURY PERMITS 112 E HOUSTON ST TYLER, TX  75702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/26/19 | DATACOM, LLC DBA BLACKHAWK DATACOM ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/21 | DAVIDS HYDRO VAC INC PO BOX 383 FOREST LAKE, MN  55025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor          Strike, LLC                                              Case number (if known)    21-90054
                (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 01/30/15 | DAWOOD ENGINEERING 11 GRANDVIEW CIRCLE, SUITE 116 CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/21/03 | DCP MIDSTREAM, LP 370 17TH ST., #2500 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/12/18 | DDS ENGINEERING, PLLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED LIMITED NOTICE TO PROCEED DATED YEAR 2018 | DEAN PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | LIMITED NOTICE TO PROCEED DATED 12/19/18 | DEAN PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 02/11/19 | DEAN PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/18/21 | DEEP SOUTH CRANE & RIGGING, LLC 15324 AIRLINE HIGHWAY BATON ROUGE, LA  70817 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LEASE AGREEMENT DATED 05/18/18 | DEERE CREDIT, INC. ATTN: ACCT. DEPT - ALP PROCESS P.O. BOX 6600 JOHNSON, IA  50131-6600 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO ONSHORE CONSTRUCTION CONTRACT DATED 01/07/15 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 10/27/15 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 10/08/15 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 11/23/15 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)                                                                    Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 08/16/17 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 08/19/15 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 12/03/15 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 04/12/16 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 10/20/16 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 10/16/15 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 04/12/17 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 04/25/17 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 08/24/15 | DELAWARE BASIN JV GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 08/23/17 | DELAWARE BASIN MIDSTREAM OIL SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 12/08/16 | DELAWARE BASIN MIDSTREAM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 02/22/18 | DELEK LOGISTICS OPERATING, LLC 7102 COMMERCE WAY BRENTWOOD, TN  37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)      21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/20/20 | DEL-SHA CONSTRUCTION LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/08/08 | DELTA DIRECTIONAL DRILLING, LLC 9027 EASTSIDE DR. EXT NEWTON, MS  39345 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE RENTAL AGREEMENT DATED 01/01/17 | DELTA DIRECTIONAL DRILLING, LLC 9027 EASTSIDE DR. EXT NEWTON, MS  39345 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS OF PURCHASE DATED 06/17/20 | DELTA FUEL COMPANY, LLC P.O. BOX 1810 CHRISTINA ROBERTS FERRIDAY, LA  71334 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/21/11 | DENBURY ONSHORE, LLC 5320 LEGACY DRIVE PLANO, TX  75024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/24/08 | DESERT INDUSTRIAL X-RAY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC      Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PIPELINE CONSTRUCTION SERVICE AGREEMENT DATED 06/10/13 | DEVON ENERGY PRODUCTION COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT ONSHORE AND MARITIME DATED 07/19/05 | DEVON ENERGY PRODUCTION COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE OF CLAIMS DATED 11/30/20 | DEWAYNE FITZGERALD 5632 OLD LISTER PLACE RD. TRINITY, TX 75862 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AND SEPARATION AGREEMENT DATED 11/30/20 | DEWAYNE FITZGERALD 5632 OLD LISTER PLACE RD. TRINITY, TX 75862 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/14/18 | DIAMOND HYDRAULICS INC 6776 FM 2004 HITCHCOCK, TX 77563 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/06/20 | DIAMOND S RENTALS, LLC PO BOX 405 NEWTON, TX 75966 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | WORK AGREEMENT DATED 04/28/16 | DIAMOND SHAMROCK REFINING COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/15/18 | DIAMOND TECHNICAL SERVICES, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/08/17 | DIAMONDBACK E&P LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT ADDENDUM DATED 06/08/17 | DIAMONDBACK E&P LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRC-MSA-2021 06 07-BLT DATED 06/07/21 | DIRC HOMES, LLC 2100 N DOWNING DENVER, CO  80205 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/26/08 | DIRECTIONAL SERVICE SOUTH 5320 KENNON LN BOSSIER CITY, LA  71112 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/27/19 | DIRT DIVAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/08/17 | DISA GLOBAL SOLUTIONS, INC. DEPT 3731 PO BOX 123731 DALLAS, TX 75312-3731 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/01/07 | DISCOVERY PRODUCER SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/14/18 | DI-TROL SYSTEMS, INC. PO BOX 1028 KINGSVILLE, TX 78364 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/02/18 | DIXIE ELECTRIC, LLC 1155 DAIRY ASHFORD RD SUITE 450 HOUSTON, TX 77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 05/03/18 | DJR OPERATING, LLC 1 ROAD 3263 AZTEC, NM 87410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)                                          Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/03/18 | DK HAULING, INC. 650 ANTLER DRIVE CASPER, WY 82601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/20/20 | DMI INTERNATIONAL, INC. 15615 E. PINE ST TULSA, OK 74116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS DATED 12/18/17 | DNOW LP PO BOX 200822 DALLAS, TX 75320-0822 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/17/20 | DOMINION ENERGY WEST VIRGINIA PO BOX 27031 RICHMOND, VA 23261-7031 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/11/18 | DOMINION EXPLORATION & PRODUCTION, INC. 4 GREENSPOINT PLAZA SUITE 1750 HOUSTON, TX 77060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/24/17 | DOOLING MACHINE PRODUCTS, INC. PO BOX 3487 FREEPORT, TX 77542 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/19/18 | DOROTHY B. KORATICH 483 BRADEN RUN ROAD WAYNESBURG, PA  15370 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 09/25/15 | DOS OILFIELD SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/03/20 | DOUBLE A INDUSTRIAL INSULATION INC. PO BOX 2155 DUMAS, TX  79029 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/12/21 | DOUBLE D CONSTRUCTION, INC 120 S. FORT ZELLERS ROAD NEWMANSTOWN, PA  17073 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/24/12 | DOUBLE M CONSTRUCTION CO., INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/29/12 | DOWN TIME - SOUTH TEXAS, LLC DBA DOWN TIME SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/09/19 | DREAMFLEET INC. 12830 N CYPRESS LN TOMBALL, TX  77377 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 11/03/14 | DRILL PIER CONSTRUCTION, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/10/17 | DRILLTECH, INC PO BOX 1210 CLARKSVILLE, TX  75426 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 08/08/18 | DRIVEN SERVICES, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS AGREEMENT DATED 09/25/18 | DROPBOX, INC. PO BOX 102345 PASADENA, CA  91189-2345 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | TERMS AND CONDITIONS DATED 03/26/18 | DTE PIPELINE COMPANY ONE ENERGY PLAZA ROOM 2084 WCB DETROIT, MI  48226 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/04/18 | DUGGA BOYS, INC. PO DRAWER 1340 SINTON, TX 78387 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/27/03 | DUKE ENERGY FIELD SERVICES, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT SA 2006 - 100 DATED 08/01/06 | DUKE ENERGY GAS TRANSMISSION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/15/18 | DUN TRANSPORTATION AND STRINGING, INC 304 REYNOLDS LN SHERMAN, TX 75092 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/15/21 | DURABILT FENCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/08 | DUTCHER PHIPPS CRANE & RIGGING PO BOX 910 MONAHANS, TX 79756 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
         (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT DATED 08/01/18 | DWIGHT MCHAZLETT ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/01/18 | DWIGHT MCHAZLETT ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/16/16 | DYKON BLASTING CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 04/26/21 | E.L. FARMER & CO PO BOX 3512 ODESSA, TX  79760 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT DATED 07/20/15 | E2 ENERGY SERVICES LLC 8150 N. CENTRAL EXPRESSWAY SUITE 1100 DALLAS, TX  75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/20/11 | EAGLE COMPRESSION, LLC 850 E CHERRY ST SUITE B TROY, MO  63379 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION CONTRACT DATED 08/28/12 | EAGLE FORD MIDSTREAM, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/15/11 | EAGLE ROCK ENERGY G&P, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT SPECIFIC CONSTRUCTION AGREEMENT DATED 08/19/11 | EAGLE ROCK ENERGY G&P, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/07/10 | EAGLE X-RAY OF TEXAS, INC. PO BOX 283 MONT BELVIEU, TX  77580 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/02/18 | EAGLECLAW MIDSTREAM VENTURES, LLC 414 WEST TEXAS AVENUE SUITE 315 MIDLAND, TX  79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 04/12/21 | EARL G. LEHMAN 251 MARTIN RD. MYERSTOWN, PA  17067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 11/12/19 | EASTON ENERGY, LLC 15375 MEMORIAL DR, SUITE 850 HOUSTON, TX 77079 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/11/21 | EBERSOLE EXCAVATING, INC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/03/20 | ECI DRILLING INTERNATIONAL, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/23/15 | ECLIPSE MIDSTREAM LP 500 MAIN STREET SUITE 1200 FORT WORTH, TX 76102 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/30/18 | EDGE E&I SERVICES, LLC PO BOX 1337 WEST MONROE, LA 71294 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED 09/15/16 | EDGE ENGINEERING AND SCIENCE, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor     Strike, LLC                                    Case Number (if known)   21-90054
           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/19/18 | EDGE NDT SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/07/18 | EDGEMARC 1800 MAIN ST. STE. 220 CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | NOVATION AGREEMENT DATED 09/01/20 | EDGEN MURRAY CORPORATION PO BOX 844733 DALLAS, TX  75284-4733 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 12/01/01 | EL PASO CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.717 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/26/07 | EL PASO E&P COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.718 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 09/06/12 | EL PASO ENERGY SERVICE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

(Name)

Case Number (if known)      21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 05/05/05 | EL PASO ENERGY SERVICE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 07/09/14 | EL PASO ENERGY SERVICE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/10/06 | ELAND ENERGY INC; SUNDOWN ENERGY 16400 DALLAS PARKWAY SUITE 100 DALLAS, TX  75248 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/18/21 | ELEVATION FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 06/10/19 | ELITE MIDSTREAM SERVICES, INC. 3 NICHOLSON DRIVE CUDDY, PA  15031 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/04/19 | ELITE OIL FIELD & CONSTRUCTION SERVICES LLC PO BOX 2659 EDINBURG, TX  78540 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS DATED 01/31/20 | ELITE SUPPLY PARTNERS INC. P.O. BOX 946 ODESSA, TX  79760 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/05/17 | ELLINGSON COMPANIES 56113 STATE HWY 56 WEST CONCORD, MN  55985 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/07/18 | EM ENERGY OHIO, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/07/18 | EM ENERGY PENNSYLVANIA, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/04/20 | EMPIRE SERVICES INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | STRIKE, LLC CAFETERIA BENEFIT PLAN (BCBS) DATED 01/01/18 | EMPLOYEES OF STRIKE ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC   Case Number (if known)   21-90054
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | STRIKE, LLC EMPLOYEE WELFARE BENEFIT PLAN (BCBS) DATED 01/01/18 | EMPLOYEES OF STRIKE ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/10/21 | EN ENGINEERING ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/21/19 | EN ENGINEERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO SERVICE AGREEMENT DATED 03/18/20 | ENABLE MIDSTREAM PARTNERS, LP 499 W. SHERIDAN AVE. OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/19/19 | ENABLE MIDSTREAM PARTNERS, LP 499 W. SHERIDAN AVE. OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AND DIGS MASTER SERVICES AGREEMENT DATED 07/15/21 | ENBRIDGE (U.S.) INC. 1100 LOUISIANA SUITE 3300 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/15/21 | ENBRIDGE (U.S.) INC. 1100 LOUISIANA SUITE 3300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTERS SERVICE AGREEMENT DATED 04/01/15 | ENBRIDGE (U.S.) INC. 1100 LOUISIANA SUITE 3300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | REVISED MASTER SERVICES AGREEMENT DATED 04/01/15 | ENBRIDGE (U.S.) INC. 1100 LOUISIANA SUITE 3300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | REVISED MASTER SERVICES AGREEMENT DATED 04/01/15 | ENBRIDGE ENERGY PARTNERS, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/04/21 | ENBRIDGE INC. 1100 LOUISIANA SUITE 3300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/06/17 | ENBRIDGE INC. 1100 LOUISIANA SUITE 3300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | BASIN BYPASS, CUSHING TERMINAL, OK - 2020 PROJECT CONTRACT DATED 03/12/20 | ENBRIDGE STORAGE (CUSHING) LLC 1100 LOUISIANA SUITE 3300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest** | WILDHORSE CONNECTIVITY, CUSHING TERMINAL, CUSHING, OK - 2020 PROJECT CONTRACT DATED 02/21/20 | ENBRIDGE STORAGE (CUSHING) LLC 1100 LOUISIANA SUITE 3300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/02/10 | ENCANA OIL & GAS (USA) INC. 14001 N. DALLAS PARKWAY SUITE 1100 DALLAS, TX 75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT DATED 06/24/15 | ENCORE PIPE & CONSTRUCTION, LLC P.O. BOX 10362 MIDLAND, TX 79702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/05/21 | ENCORP ENGINEERED SOLUTIONS, LLC P.O. BOX 123811, DEPT 3811 DALLAS, TX 75312-3811 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/01/10 | ENDEAVOR ENERGY RESOURCES, L.P. AND AFFILIATES 110 N. MARIENFELD STE 200 MIDLAND, TX 79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Strike, LLC | | Case Number (if known) | 21-90054 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/21/11 | ENDURO PIPELINE SERVICES, INC. PO BOX 3489 TULSA, OK 74101-3489 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | FABRICATION SERVICES DATED 06/01/12 | ENERGIA OCCIDENTE DE MEXICO, S. DE R.L. DE C.V. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/20/20 | ENERGY FIELD EQUIPMENT SERVICES LLC 39 S. YORK ROAD DILLSBURG, PA 17019 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/11/19 | ENERGY LEASE SERVICES, INC DBA ENERGY WASTE P.O. BOX 731152 DALLAS, TX 75373 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/05/04 | ENERGY TRANSFER COMPANY 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/24/00 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          _____          Case Number (if known)  21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.755** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/25/01 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.756** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/30/03 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.757** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/20/05 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.758** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/24/08 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.759** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/20/09 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.760** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/06/09 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/31/15 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/10/15 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/09/15 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/29/21 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/23/20 | ENERVEST 1001 FANNIN STREET SUITE 800 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/27/20 | ENGLISH DIRECTIONAL DRILLING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/22/17 | ENLINK MIDSTREAM OPERATING, LP 1722 ROUTH STREET SUITE 1300 DALLAS, TX 75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 11/14/96 | ENRON OIL & GAS COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/05/17 | ENSTOR GRAMA RIDGE STORAGE AND TRANSPORTATION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/05/17 | ENSTOR KATY STORAGE AND TRANSPORTATION, L.P. 20329 STATE HWY 249 HOUSTON, TX 77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/22/14 | ENTERPRISE COMMERCIAL PAVING 10 STOKES ST HOUSTON, TX 77022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCAVATION PROTOCOL AGREEMENT DATED 06/19/18 | ENTERPRISE CRUDE PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                                    Case Number (if known)        21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 09/06/18 | ENTERPRISE CRUDE PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND RELEASE DATED 01/16/20 | ENTERPRISE CRUDE PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 11/03/15 | ENTERPRISE FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT DATED 11/13/18 | ENTERPRISE FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 09/21/21 | ENTERPRISE FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT DATED 05/21/20 | ENTERPRISE PELICAN PIPELINE, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCAVATION PROTOCOL AGREEMENT DATED 06/19/18 | ENTERPRISE PRODUCTS OPERATING, LLC 1100 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 10/27/20 | ENTERPRISE PRODUCTS OPERATING, LLC 1100 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/30/04 | ENTERPRISE PRODUCTS PARTNERS L.P. 1100 LOUISIANA P.O. BOX 4324 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/24/04 | ENTERPRISE PRODUCTS PARTNERS L.P. 1100 LOUISIANA P.O. BOX 4324 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 11/08/13 | ENTERPRISE REFINED PRODUCTS COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/13/11 | ENTERPRISE TEXAS PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT DATED 02/10/21 | ENTERPRISE TEXAS PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/20/20 | ENVIROCAL, INC. 801 FM 1463 STE 200 390 KATY, TX  77494 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/20/15 | ENVIROCON STSTEMS, INC P.O. BOX 673048 HOUSTON, TX  77267 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/12/19 | ENVIRODISPOSE LLC 4521 NW 3RD STREET OKLAHOMA CITY, OK  73127 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/14/17 | ENVIRONMENTAL ACTION INC PO BOX 1029 JENKS, OK  74037 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/02/18 | ENVIRONMENTAL FIELD SERVICES PO BOX 590 BAY SPRINGS, MS  39422 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
_____
(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.791 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/11/16 | EOG RESOURCES, INC. 333 CLAY STREET STE. 4200 HOUSTON, TX 77001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.792 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 09/23/19 | EOG RESOURCES, INC. 333 CLAY STREET STE. 4200 HOUSTON, TX 77001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.793 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 08/14/03 | EOG RESOURCES, INC. 333 CLAY STREET STE. 4200 HOUSTON, TX 77001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.794 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/23/19 | EOG RESOURCES, INC. 333 CLAY STREET STE. 4200 HOUSTON, TX 77001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 07/09/14 | EPBGP CONTRACTING SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD SERVICES AGREEMENT DATED 09/30/21 | EPIQ CORPORATE RESTRUCTURING ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Strike, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/25/17 | EQT CORPORATION ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 09/14/16 | EQT GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/03/20 | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO 65251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 12/11/20 | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO 65251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER FIELD SERVICES CONTRACT DATED 02/17/10 | EQUISTAR CHEMICALS, LP 1221 MCKINNEY ST. SUITE 700 HOUSTON, TX 77010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 09/14/16 | EQUITRANS, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC              Case number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 08/01/18 | EQUITY TRUST COMPANY, CUSTODIAN FBO JON A. BOX IRA 780 COX LANE CARRIZO SPRINGS, TX  78834 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/13/19 | EQUIX ENERGY SERVICES, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/26/16 | ERGON, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR AUDIT SERVICES DATED 12/31/19 | ERNST & YOUNG LLP PNC BANK C/O ERNST & YOUNG 3712 SOLUTIONS CENTER CHICAGO, IL  60677-3007 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/28/05 | ERSKINE OPERATING, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 10/10/17 | ES4 CORP. 7211 GESSNER ROAD HOUSTON, TX  77040 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC

(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE GOLF CLUB OF HOUSTON BYLAWS DATED 02/16/16 | ESCALANTE GOLF INC. D/B/A GOLF CLUB OF HOUSTON 5860 WILSON ROAD HUMBLE, TX  77396 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | NONREFUNDABLE CORPRATE MEMBERSHIP AGREEMENT DATED 02/15/16 | ESCALANTE GOLF INC. D/B/A GOLF CLUB OF HOUSTON 5860 WILSON ROAD HUMBLE, TX  77396 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.811 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AND SUPPLY AGREEMENT DATED 10/10/12 | ESCONDIDO RESOURCES II, LLC 2002 W. GRAND PARKWAY N., SUITE 205 KATY, TX  77449 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.812 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/12/19 | ESCOT N.D.E. INC., DBA BASIN INDUSTRIAL X-RAY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.813 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/30/16 | ESTRADA WELDING, LLC 14776 S. BONANZA AVE ODESSA, TX  79766 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.814 | State what the contract or lease is for and the nature of the debtor's interest | PO 30109171 DATED 07/12/18 | ETC INTRASTATE PROCUREMENT CO ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor        Strike, LLC
              (Name)

Case Number (if known)        21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.815 **State what the contract or lease is for and the nature of the debtor's interest** | PO 30109655 DATED 07/20/18 | ETC INTRASTATE PROCUREMENT CO ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.816 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 10/24/11 | ETC NGL TRANSPORT, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.817 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 01/08/18 | ETC NORTHEAST PIPELINE, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.818 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 02/06/17 | ETC NORTHEAST PIPELINE, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.819 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 10/19/12 | ETC TEXAS PIPELINE, LTD ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.820 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 07/28/21 | ETC TEXAS PIPELINE, LTD ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.821 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION AGREEMENT DATED 10/10/18 | ETC TEXAS PIPELINE, LTD ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION AGREEMENT DATED 07/01/15 | ETC TEXAS PIPELINE, LTD ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/18/17 | EUREKA MIDSTREAM, LLC 111 LOUISIANA STREET SUITE 4520 HOUSTON, TX  77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/26/18 | EVANGELINE CONSTRUCTION, LLC 6465 OLD BASILE HWY EUNICE, LA  70535 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/31/08 | EVERGREEN TANK SOLUTIONS, INC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED 10/20/21 | EVERSHEDS SUTHERLAND (US) LLP ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          (Name)                                          Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/14/16 | EVX MIDSTREAM PARTNERS, LLC 811 LOUISIANA STREET, SUITE 2500 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/12/11 | EXARO ENERGY II, LLC 1800 BERING DR SUITE 540 HOUSTON, TX 77057 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/12/11 | EXCEL AIRCRAFT, LLC DBA EXCEL MULCHING 2228 SE LOOP CARTHAGE, TX 75633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 10/03/11 | EXCO RESOURCES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT PURCHASE AGREEMENT DATED 12/23/15 | EXECUTIVE AIRSHARE CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | JOINT OWNERSHIP OF AIRCRAFT AGREEMENT DATED 12/23/15 | EXECUTIVE AIRSHARE CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT DRY LEASE AGREEMENT DATED 12/23/15 | EXECUTIVE FLIGHT SERVICES, INC PO BOX 870463 KANSAS CITY, MO  64187-0463 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MANAGEMENT AGREEMENT DATED 06/01/15 | EXECUTIVE FLIGHT SERVICES, INC PO BOX 870463 KANSAS CITY, MO  64187-0463 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGEMENT AGREEMENT DATED 12/23/15 | EXECUTIVE FLIGHT SERVICES, INC PO BOX 870463 KANSAS CITY, MO  64187-0463 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | AIR SHARE AGREEMENT DATED 12/23/20 | EXECUTIVE FLIGHT SERVICES, LLC & EXECUTIVE AIRSHARE, LLC PO BOX 870463 KANSAS CITY, MO  64187-0463 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/03/12 | EXL PETROLEUM, L.P. 6 DESTA DRIVE SUITE 2800 MIDLAND, TX  79705-5554 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/13/21 | EXPERIENX TECHNOLOGY CORPORATION 1462 SHERWOOD PARK CIR HOUSTON, TX  77043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION SERVICE AGREEMENT DATED 10/01/18 | EXPLORE INFORMATION SERVICES, LLC PO BOX 203489 DALLAS, TX 75320-3489 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT AGREEMENT DATED 10/30/09 | EXPLORER PIPELINE COMPANY 6100 SOUTH YALE, SUITE 1100 TULSA, OK 74136 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL PS21-1122 - REV 2 DATED 09/29/21 | EXXONMOBIL 800 BELL STREET HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/15/21 | EZ PIPE PADDLER PADDING MACHINE, INC. P.O. BOX 11456 ODESSA, TX 79760 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/20 | FABRICATED PIPE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 07/22/16 | FAIRWAY ENERGY PARTNERS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC _____    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.845** **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/22/16 | FAIRWAY ENERGY PARTNERS, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.846** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 08/08/19 | FAIRWAY TRANSPORT, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.847** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/17/20 | FALCON CONTROL SYSTEMS LLC PO BOX 55884 HOUSTON, TX  77255 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.848** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/02/18 | FALCON MIDSTREAM SERVICES, LLC PO BOX 1397 CONROE, TX  77305 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.849** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/20/20 | FARMER BOY RESTORATION & ENVIRONMENTAL, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.850** **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 10/29/14 | FARWEST CORROSION CONTROL 12029 REGENTVIEW AVE DOWNEY, CA  90241-5517 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          _____
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.851 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER HAULING AGREEMENT<br>DATED 08/13/20 <br><br> CURRENT | FAST TRAC TRANSPORTATION LLC<br>16220 AIR CENTER BLVD<br>HOUSTON, TX  77032 |
| 2.852 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROFESSIONAL SERVICES<br>AGREEMENT<br>DATED 11/01/20 <br><br> CURRENT | FDH INFRASTRUCTURE SERVICES LLC<br>PO BOX 772526<br>CHICAGO, IL  60677 |
| 2.853 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VOLUME SUBMITTER DEFINED<br>CONTRIBUTION PLAN<br>DATED 02/27/15 <br><br> CURRENT | FIDELITY MANAGEMENT & RESEARCH COMPANY<br>ADDRESS ON FILE |
| 2.854 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT<br>DATED 10/05/18 <br><br> CURRENT | FIDELITY MANAGEMENT TRUST COMPANY<br>ADDRESS ON FILE |
| 2.855 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AND SERVICES AGREEMENT<br>DATED 03/29/21 <br><br> CURRENT | FIELDCAP, INC.<br>230, 30 SPRINGBOROUGH BLVD. SW<br>CALGARY, ALBERTA  T3H 0N9<br>CANADA |
| 2.856 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER HAULING AGREEMENT<br>DATED 04/08/19 <br><br> CURRENT | FINCHER ENTERPRISES, INC.<br>ADDRESS ON FILE |

Debtor      Strike, LLC
            (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION COMPLIANCE SERVICE AGREEMENT DATED 05/31/19 | FIRST ADVANTAGE TAX CONSULTING SERVICES LLC PO BOX 404537 ATLANTA, GA  30384-4537 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/23/20 | FIRST IN RESCUE SAFETY AND TRAINING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/30/18 | FIS OPERATIONS, LLC DBA FRONTIER INTEGRITY SOLUTIONS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/22/20 | FLEX TG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/28/19 | FLEXIM AMERICAS CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/25/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 03/07/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 03/09/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 03/26/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 04/05/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 04/23/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 04/29/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC

(Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 05/23/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 06/03/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 06/06/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 06/12/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 06/28/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 07/29/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/01/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/13/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/17/19 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/18/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 05/18/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/20/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.881 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/22/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.882 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/28/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.883 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/13/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.884 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/30/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.885 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (500-0628641-000) DATED 11/30/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.886 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (500-0628643-000) DATED 11/30/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL  60673 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Strike, LLC                              Case Number (if known)    21-90054
_____
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.887 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (500-0628644-000) DATED 11/30/20 | FLEXTG FINANCIAL SERVICES 21146 NETWORK PLACE CHICAGO, IL 60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERMITTENT SERVICE AGREEMENT DATED 05/21/08 | FLINT HILLS RESOURCES, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/19/20 | FLORES ENERGY SERVICES LLC P.O. BOX 4595 ODESSA, TX 79760 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 10/06/09 | FLORIDA GAS TRANSMISSION COMPANY, LLC 5444 WESTHEIMER ROAD HOUSTON, TX 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 01/29/21 | FLORIDA GAS TRANSMISSION COMPANY, LLC 5444 WESTHEIMER ROAD HOUSTON, TX 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 04/17/18 | FLORIDA GAS TRANSMISSION COMPANY, LLC 5444 WESTHEIMER ROAD HOUSTON, TX 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION AGREEMENT DATED 05/31/18 | FLORIDA GAS TRANSMISSION COMPANY, LLC 5444 WESTHEIMER ROAD HOUSTON, TX 77056 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/08/19 | FM ROAD BORING & DRILLING, INC. 13717 NIGHTINGALE DR. HOUSTON, TX 77050 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.895 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/18/19 | FORCE AMERICAN HYDROVAC, INC DBA AMERICAN HYDROVAC 410 SOUTH EAGLE LN OKLAHOMA CITY, OK 73129 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.896 | State what the contract or lease is for and the nature of the debtor's interest | FIELD SERVICE CONTRACT DATED 01/30/18 | FORMOSA HYDROCARBONS COMPANY, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.897 | State what the contract or lease is for and the nature of the debtor's interest | FIELD SERVICE CONTRACT DATED 01/10/19 | FORMOSA PLASTICS CORPORATION, AMERICA ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED 06/27/19 | FORMOSA PLASTICS CORPORATION, AMERICA ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          _____
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | ETHANE AND ETHYLENE PIPELINE CONSTRUCTION CONTRACT DATED 04/27/17 | FORMOSA PLASTICS CORPORATION, TEXAS 9 PEACH TREE HILL ROAD LIVINGSTON, NJ  7039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICE CONTRACT DATED 01/10/19 | FORMOSA PLASTICS CORPORATION, TEXAS 9 PEACH TREE HILL ROAD LIVINGSTON, NJ  7039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICE CONTRACT DATED 01/10/19 | FORMOSA UTILITY VENTURE, LTD. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/01/06 | FOSTER FENCE LTD PO BOX 96116 HOUSTON, TX  77213-6116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD USE AGREEMENT DATED 12/07/16 | FRANKLIN COUNTY ARKANSAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/05/17 | FREEBIRD GAS STORAGE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | ELECTRICITY SUPPLY AGREEMENT DATED 05/27/21 | FREEPOINT ENERGY SOLUTIONS, LLC PO BOX 733615 DALLAS, TX  75373 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/22/17 | FREEPORT LNG DEVELOPMENT, LP 1500 LAMAR ST. QUINTANA, TX  77541 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/16/13 | FRIO LASALLE PIPELINE, LP 3814 ACUSHNET DRIVE SUITE 204 CORPUS CHRISTI, TX  78413 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/15/19 | FRIZELL GROUP INTERNATIONAL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 05/01/13 | FRONT RANGE PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/26/21 | FRONTERA GENERATION, LP 320 SOUTH GOODWIN ROAD MISSION, TX  78572 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor       Strike, LLC

(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.911** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/17/15 | FRONTIER ENERGY SERVICES, LLC 4200 EAST SKELLY DRIVE SUITE 400 TULSA, OK 74135 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.912** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/26/15 | FRONTIER FIELD SERVICES, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.913** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/20/19 | FRONTIER K2, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.914** **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 10/31/12 | FULBRIGHT & JAWORSKI L.L.P. ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.915** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/09/18 | FUTURE TELECOM, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.916** **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 03/04/11 | G. R. BIRDWELL CONSTRUCTION, L.P. 9721 DERRINGTON HOUSTON, TX 77064 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.917 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT DATED 09/16/14 | G. R. BIRDWELL CONSTRUCTION, L.P. 9721 DERRINGTON HOUSTON, TX  77064 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.918 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/03/16 | G2X ENERGY, INC. 600 TRAVIS STREET SUITE 3680 HOUSTON, TX  77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.919 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/24/19 | GAINCO, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.920 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 08/09/21 | GARRISON INDUSTRIAL SERVICES, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 12/01/18 | GARTNER, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE DATED 09/09/19 | GARY L. BUTCH 1815 MERCER GROVE CITY RD. MERCER, PA  16137 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor      Strike, LLC
            (Name)                                          Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/29/18 | GARY WHITMAN MATERIALS, INC. P.O. BOX 20 SOUR LAKE, TX  77659 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.924 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/02/18 | GATE GUARD SERVICES, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.925 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT DATED 08/29/19 | GATE SOFTWARE INC. 8400 E. PRENTICE AVE. SUITE 1500 GREENWOOD VILLAGE, CO  80111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.926 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/17/19 | GEMINI ARKLATEX, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.927 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/25/20 | GENERAL CRANE SERVICE CO., INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.928 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PRODUCTS AND SERVICES AGREEMENT DATED 03/15/17 | GENERAL DATATECH, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #FA0082195-2021-2 DATED 12/01/21 | GENERAL SECURITY NATIONAL INSURANCE COMPANY COMPANY 199 WATER STREET 21ST FLOOR NEW YORK, NY  10038 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/21/17 | GENESIS ENDEAVORS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/27/11 | GENESIS ENERGY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/01/17 | GEOSTOCK SANDIA, LLC 8860 FALLBROOK DRIVE HOUSTON, TX  77064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/27/17 | GEOSTOCK SANDIA, LLC 8860 FALLBROOK DRIVE HOUSTON, TX  77064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/09/18 | GEOTECHNICAL TESTING LABORATORY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/28/19 | GETKA ENERGY, LLC 117 N HARRISON AVE CUSHING, OK 74023 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/11/21 | GG SECURITY GROUP, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 02/22/19 | GIBSON ENERGY INFRASTRUCTURE, LLC SUITE 600, 3 RIVERWAY AVE HOUSTON, TX 77056 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/31/20 | GK TECHSTAR LLC 802 W 13TH ST DEER PARK, TX 77536 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/24/18 | GLASS FOAMING ENTERPRISES INC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/20/19 | GLASS MOUNTAIN PIPELINE, LLC 2626 COLE AVE SUITE 900 DALLAS, TX 75204 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/16/16 | GLENN O. HAWBAKER, INC PO BOX 64289 BALTIMORE, MD  21264-4289 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/09/16 | GLOBAL INSPECTION SERVICES, LLC PO BOX 312 CHIRENO, TX  75937 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/11/21 | GLOBAL NITROGEN SERVICES LLC 921 N FAIRGROUNDS RD MIDLAND, TX  79706 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT DATED 11/26/19 | GLOBAL SOFTWARE, LLC D/B/A INSIGHTSOFTWARE 8529 SIX FORKS RD. 400 RALEIGH, NC  27615 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/12/20 | GLOBAL WELDING SERVICES, INC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/13/20 | GLOBE LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90056

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD PROCUREMENT AGREEMENT FOR UPSTREAM SERVICES W/ INCIDENTAL GOODS DATED 07/11/13 | GOLDEN PASS PIPELINE, LLC 333 CLAY STREET SUITE 802 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCONNECT CONSTRUCTION AGREEMENT DATED 07/18/16 | GOLDEN TRIANGLE STORAGE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 07/19/16 | GOLDEN TRIANGLE STORAGE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.950 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/24/07 | GOLDSTON OIL CORPORATION 1819 SAINT JAMES ST HOUSTON, TX  77057 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/13/18 | GOODNIGHT MIDSTREAM PERMIAN, LLC 5910 NORTH CENTRAL EXPRESSWAY, SUITE 630 DALLAS, TX  75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/26/18 | GOODNIGHT MIDSTREAM, LLC 5910 NORTH CENTRAL EXPRESSWAY, SUITE 630 DALLAS, TX  75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK FOR STATE/LOCAL TAX REFUND SERVICES DATED 02/10/21 | GRANT THORNTON LLP 333 FINLEY RD SUITE 700 DOWNERS GROVE, IL  60515 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX SERVICES AGREEMENT DATED 02/13/19 | GRANT THORNTON LLP 333 FINLEY RD SUITE 700 DOWNERS GROVE, IL  60515 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.955 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS DATED 05/27/20 | GRAYBAR ELECTRIC COMPANY, INC. 900 RIDGE AVE PITTSBURGH, PA  15212 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.956 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #EXC4137664 DATED 12/01/21 | GREAT AMERICAN ASSURANCE COMPANY 301 EAST FOURTH STREET CINCINNATI, OH  45202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.957 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #CSE 2628934 13 DATED 12/01/21 | GREAT AMERICAN E & S INS. CO ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.958 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/27/05 | GREENE'S ENERGY GROUP, LLC 11757 KATY FREEWAY SUITE 700 HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC       Case Number (if Known)    21-90054

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.959 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/24/19 | GREYLOCK PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.960 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/23/19 | GROUND PENETRATING RADAR SYSTEMS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.961 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/24/19 | GTH INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.962 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 09/01/21 | GUGGENHEIM SECURITIES LLC 330 MADISON AVENUE NEW YORK, NY  10017 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.963 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 05/19/21 | GUICHARD OPERATING COMPANY, LLC PO BOX 2000 CROWLEY, LA  70527 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.964 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/09/19 | GUIDON ENERGY MANAGEMENT 4000 N. BIG SPRING ST., SUITE 403 MIDLAND, TX  79705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.965 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/06/08 | GULF COAST CRANE SERVICES, LLC 5961 HWY 44 CORPUS CHRISTI, TX  78406 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.966 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 01/09/18 | GULF COAST EXPRESS PIPELINE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.967 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/30/17 | GULF COPPER & MANUFACTURING CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.968 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 03/29/18 | GULF SOUTH PIPELINE COMPANY, LP 9 GREENWAY PLAZA SUITE 2800 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.969 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERMITTENT SERVICES AGREEMENT DATED 08/04/03 | GULF SOUTH PIPELINE COMPANY, LP 9 GREENWAY PLAZA SUITE 2800 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.970 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF WORK AGREEMENT DATED 07/25/11 | GULF SOUTH PIPELINE COMPANY, LP 9 GREENWAY PLAZA SUITE 2800 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC
              (Name)

Case Number (if known)        21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.971 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/09/11 | GULFSPAN INDUSTRIAL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.972 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICE AGREEMENT DATED 07/06/09 | GULFSTREAM NATURAL GAS SYSTEM, LLC (WILLIAMS) ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.973 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 11/24/04 | GULFTERRA ENERGY PARTNERS, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.974 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 09/30/04 | GULFTERRA ENERGY PARTNERS, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.975 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 03/12/20 | GULLETT & ASSOCIATES, INC DEPT 199 P.O. BOX 4458 HOUSTON, TX  77210-4458 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.976 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/04/20 | H.M.T. CONSTRUCTION INC. PO BOX 10600 CORPUS CHRISTI, TX  78460 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.977 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 02/03/16 | H.M.T. CONSTRUCTION INC. PO BOX 10600 CORPUS CHRISTI, TX  78460 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.978 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 07/12/12 | HALCON OPERATING CO., INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.979 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT DATED 04/09/20 | HALFF TRITEX, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.980 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/23/20 | HALL TRUCKING INC. 689 30TH AVE SW DICKINSON, ND  58601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMOTIONAL MERCHANDISE AGREEMENT DATED 05/02/14 | HALO BRANDED SOLUTIONS, INC 3182 MOMENTUM PLACE CHICAGO, IL  60689 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/06/15 | HARD ROCK DIRECTIONAL DRILLING, LLC PO BOX 33371 BOBBY HOOVER SAN ANTONIO, TX  78265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                          Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/06/12 | HARLEY GOERLITZ CONTRACTOR 1068 PRIVATE ROAD 5007 GIDDINGS, TX  78942 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL ENGINEERING SERVICES AGREEMENT DATED 04/06/12 | HATCH MOTT MACDONALD, LLC 111 WOOD AVENUE SOUTH ISELIN, NJ  8830 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/20/18 | HAWK BORING SERVICES, INC. PO BOX 280098 HOUSTON, TX  77228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.986 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 02/24/10 | HAWK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 05/05/10 | HAWK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 03/08/10 | HAWK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case Number (if known)    21-90054
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.989 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 03/18/10 | HAWK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.990 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/15/19 | HAWK TECHNICAL SERVICES, LLC 16822 N. ELDRIDGE PKWY SUITE B TOMBALL, TX  77377 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.991 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/03/18 | HAYDEN EXCAVATING, LLC PO BOX 766 WAYNESBURG, PA  15370 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.992 | **State what the contract or lease is for and the nature of the debtor's interest** | PO AFE 20019443_CUSHING TYPE 2 PSVS DATED 10/08/21 | HAYS BROTHERS PAINTING SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.993 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/30/20 | HAZ-MAT RESPONSE, INC 1203C S. PARKER ST. OLATHE, KS  66061 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.994 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/30/20 | HAZ-MAT RESPONSE, INC 1203C S. PARKER ST. OLATHE, KS  66061 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/01/21 | HB CONSULTING SERVICES PO BOX 165134 FORT WORTH, TX  76161 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/29/19 | HB PROPERTIES, LLC PO BOX 1599 CARLSBAD, NM  88221 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/18/20 | HDDS, LLC 1540 MAIN STREET, UNIT 218-235 WINDSOR, CO  80550 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE MASTER AGREEMENT DATED 10/01/19 | HEALTHCARE IMPACT ASSOCIATES, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 12/01/20 | HEARTBREAK TRUCKING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1000 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER RENTAL AGREEMENT DATED 07/26/19 | HEAVY EQUIPMENT RENTALS OF TEXAS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
           (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 12/07/17 | HEAVY IRON OILFIELD SERVICES, L.P. 500 ALPHA DRIVE CANONSBURG, PA  15317 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest | MASTER HAULING AGREEMENT DATED 10/12/19 | HEAVY OVERSIZED EQUIPMENT SERVICES INC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest | REFERENCE AND TERMS DATED 09/16/20 | HEAVYQUIP PO BOX 741190 ATLANTA, GA  30374-1190 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/19/15 | HERITAGE-CRYSTAL CLEAN LLC 13621 COLLECTIONS CENTER DR. CHICAGO, IL  60693-0136 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AND SUPPLY AGREEMENT DATED 04/23/18 | HG ENERGY , LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AND SUPPLY AGREEMENT DATED 03/23/18 | HG ENERGY II APPALACHIA, LLC 5260 DUPONT RD. PARKERSBUR, WV  26101 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/16/09 | HIGDON CONSTRUCTION PO BOX 130879 THE WOODLANDS, TX  77393 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 04/14/05 | HILCORP ENERGY COMPANY PO BOX 61529 HOUSTON, TX  77208-1529 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT DATED 12/30/19 | HILLTOP CONSULTING 677 N FOX HILL ROAD FLAGSTAFF, AZ  86004 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/29/19 | HILLTOP PAVING SEALER DIVISION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** | BELIN 2 - 8" PIPELINE CONSTRUCTION CONTRACT DATED 03/02/11 | HILLTOP RESORT GS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/02/11 | HILLTOP RESORT GS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/12/20 | HINDS QUALITY FENCING INC 5150 HOGABOOM RD PORT ARTHUR, TX 77642 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/17/14 | HI-TECH ELECTRIC, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/17/21 | HOCKRAN EXCAVATING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/14/16 | HOLES, INC. 9911 FRANKLIN RD HOUSTON, TX 77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT BLANKET AGREEMENT DATED 10/09/20 | HOLLOMAN CORPORATION 333 N SAM HOUSTON PKWY E SUITE 600 HOUSTON, TX 77060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/05/18 | HOLLY ENERGY PARTNERS - OPERATING, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                        Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/05/18 | HOLLY ENERGY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT 01604803 S16-DZ111 DATED 10/23/15 | HOLT TEXAS LTD ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1021 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT 01606503 S16-DZ110 DATED 10/23/15 | HOLT TEXAS LTD ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1022 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT 01613203 S16-DZ109 DATED 10/23/15 | HOLT TEXAS LTD ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT 01614103 S16-DZ108 DATED 10/23/15 | HOLT TEXAS LTD ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1024 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT 01614203 S16-DZ112 DATED 10/23/15 | HOLT TEXAS LTD ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1025 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AND SERVICE AGREEMENT DATED 06/16/21 | HONEYWELL INTERNATIONAL INC. 1860 WEST ROSE GARDEN LANE PHOENIX, AZ  85027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/11/18 | HOOVER & KEITH INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/09/17 | HORNET MIDSTREAM, LLC 600 WHITE OAKS BLVD. CLARKSBURG, WV  26330 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1028 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/02/19 | HOT IRON TEXAS, LLC DBA ARMADILLO PORTABLE TOILETS PO BOX 246 COLUMBUS, TX  78934-0246 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1029 | **State what the contract or lease is for and the nature of the debtor's interest** | NRG STADIUM SUITE LICENSE AGREEMENT DATED 09/21/20 | HOUSTON LIVESTOCK SHOW AND RODEO, INC. PO BOX 20070 HOUSTON, TX  77225-0070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1030 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO HOUSTON TEXAS NRG STADIUM SUITE LEASE AGREEMENT DATED 08/16/20 | HOUSTON NFL HOLDINGS L.P. D/B/A HOUSTON TEXANS TWO NRG PARK HOUSTON, TX  77054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1031 **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 07/25/01 | HOUSTON PIPE LINE COMPANY, LP 1300 MAIN STREET, 13TH FLOOR HOUSTON, TX 77002 |

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1031** **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 07/25/01 | HOUSTON PIPE LINE COMPANY, LP 1300 MAIN STREET, 13TH FLOOR HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1032** **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 06/15/03 | HOUSTON PIPE LINE COMPANY, LP 1300 MAIN STREET, 13TH FLOOR HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1033** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 02/17/15 | HOUSTON PIPE LINE COMPANY, LP 1300 MAIN STREET, 13TH FLOOR HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1034** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 03/10/10 | HOUSTON PIPE LINE COMPANY, LP 1300 MAIN STREET, 13TH FLOOR HOUSTON, TX 77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1035** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 10 TO CONTRACT NO. MA-00278-2009 DATED 08/31/19 | HOUSTON REFINING LP ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1036** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER FIELD SERVICES CONTRACT DATED 02/17/10 | HOUSTON REFINING, LP ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1037 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION CONTRACT DATED 07/13/16 | HOUSTONLINK PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1038 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL PS190150 DATED 02/06/19 | HOWARD MIDSTREAM ENERGY PARTNERS, LLC 16211 LA CANTERA PARKWAY SUITE 202 SAN ANTONIO, TX  78256 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1039 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/08/13 | HOWARD MIDSTREAM ENERGY PARTNERS, LLC 16211 LA CANTERA PARKWAY SUITE 202 SAN ANTONIO, TX  78256 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1040 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL PS190436 DATED 09/20/19 | HOWARD MIDSTREAM ENERGY PARTNERS, LLC 16211 LA CANTERA PARKWAY SUITE 202 SAN ANTONIO, TX  78256 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1041 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL PS6086 DATED 09/17/18 | HOWARD MIDSTREAM ENERGY PARTNERS, LLC 16211 LA CANTERA PARKWAY SUITE 202 SAN ANTONIO, TX  78256 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1042 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/27/20 | HOWDY ENTERPRISES LTD 3833 SOUTH TEXAS AVE. SUITE 288 BRYAN, TX  77802 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
(Name)

Case Number (if known)   21-90056

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1043 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 09/14/15 | HRC ENERGY SERVICES, LLC PO BOX 931 PECOS, TX  79772 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1044 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 03/08/21 | HSC PIPELINE PARTNERSHIP, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1045 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDING REPAIR AGREEMENT DATED 09/15/15 | HUB CITY OVERHEAD DORR COMPANY, INC 1626 N LEXINGTON BLVD CORPUS CHRISTI, TX  78409 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1046 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/15/20 | HULCHER SERVICES INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 03/02/18 | HUNTER CONTRACTING 72 WILSON RD. STE E EIGHTY FOUR, PA  15330 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/02/11 | HUNTSMAN CORPORATION 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1049 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 01/01/12 | HUNTSMAN INTERNATIONAL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1050 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/21/14 | HYDRO-CON, LLC 11263 S. IH35 LORENA, TX  76712 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1051 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/01/20 | HYDROGREEN, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1052 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/28/20 | HYDROMAX, LLC 413 HEREFORD ROAD CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1053 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/01/12 | IDV NPID, LP 10375 RICHMOND SUITE 1415 HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1054 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/23/13 | IGNITE ENERGY SERVICES LLC PO BOX 2247 DEBORAH MICHEL FREDERICKSBURG, TX  78624 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1055 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/02/19 | IGO OIL FIELD SERVICE, INC PO BOX 1311 DOUGLAS, WY  82633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1056 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/20/19 | IIA FIELD SERVICES, LLC PO BOX 5088 ABILENE, TX  79608 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1057 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 10/22/19 | ILEARNERP 8000 E PRENTICE AVE, UNIT B-4 GREENWOOD VILLAGE, CO  80111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1058 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 08/22/20 | ILLINOIS TRUCK & EQUIPMENT 320 BRISCOE DRIVE MORRIS, IL  60450 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1059 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 10/27/20 | ILLINOIS TRUCK & EQUIPMENT 320 BRISCOE DRIVE MORRIS, IL  60450 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1060 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/19/20 | ILLINOIS TRUCK & EQUIPMENT 320 BRISCOE DRIVE MORRIS, IL  60450 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1061 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/06/19 | IMPERIAL CRUDE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1062 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINUING SERVICES AGREEMENT DATED 05/03/21 | IMTT-BAYONNE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1063 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/15/21 | INDEPENDENCE TX, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1064 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/26/20 | INDEPENDENT TRUCKING CO INC PO BOX 271 DRUMRIGHT, OK  74030 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1065 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/23/12 | INDIGO MINERALS, LLC 600 TRAVIS, SUITE 4900 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1066 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/13/18 | INDUSTRIAL LUBRICATION SERVICE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1067 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/19/21 | INDUSTRIAL THERMAL SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1068 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT DATED 02/14/19 | INDUSTRIAL TRAINING SERVICES, INC. 120 MAX HURT DRIVE MURRAY, KY  42071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1069 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT DATED 12/22/14 | INEIGHT SAAS PRODUCTS 9977 N 90TH ST SUITE 250 SCOTTSDALE, AZ  85258 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1070 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 04/17/20 | INEIGHT SAAS PRODUCTS 9977 N 90TH ST SUITE 250 SCOTTSDALE, AZ  85258 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1071 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER DATED 09/21/18 | INEIGHT SAAS PRODUCTS 9977 N 90TH ST SUITE 250 SCOTTSDALE, AZ  85258 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1072 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINGENCY-BASED FEE AGREEMENT DATED 05/12/18 | INFORMATION TECHNOLOGY DIVISION OF LUCAS GROUP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1073 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT FOR STAFFING SERVICES DATED 01/09/17 | INSIGHT GLOBAL, LLC PO BOX 198226 ATLANTA, GA  30384-8226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/11/21 | INSIGHT NDE, INC. 9977 N 90TH ST SUITE 250 SCOTTSDALE, AZ  85258 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT DATED 11/26/19 | INSIGHT SOFTWARE 8529 SIX FORKS RD. 400 RALEIGH, NC  27615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/17/19 | INSPECTION ASSOCIATES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1077 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/27/17 | INTEGRATED TECHNOLOGY AND SECURITY, LLC 641 S. MAIN LUMBERTON, TX  77657 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1078 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/19/21 | INTEGRITY TESTING & INSPECTION, INC. 3861 VINCENT STATION DR. OWENSBORO, KY  42303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Strike, LLC | | Case Number (if known) | 21-90054 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1079 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD COMMERCIAL MOBILE SURVEILLANCE LEASE DATED 12/02/20 | INTELISITE 4040 STATE HIGHWAY 121 SUITE 100 CARROLLTON, TX 75010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1080 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/20 | INTELLISITE, LLC 4040 STATE HIGHWAY 121 SUITE 100 CARROLLTON, TX 75010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1081 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE MAINTENANCE SUPPORT AGREEMENT DATED 12/05/18 | INTERGRAPH CORPORATION, DBA HEXAGON PPM 7088 SOLUTION CENTER CHICAGO, IL 60677-7000 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1082 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/27/11 | INTERNATIONAL PAPER COMPANY 6400 POPLAR AVE MEMPHIS, TN 38119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1083 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/03/21 | INTERNATIONAL-MATEX TANK TERMINAL 400 POYDRAS STREET, SUITE 3000 NEW ORLEANS, LA 70130 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1084 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/30/21 | INTERO INTEGRITY SERVICES US L.L.C. 9702 GALVESTON ROAD HOUSTON, TX 77034 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                    Case Number (if known)    21-90054

            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1085 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/16/18 | INTERSTATE HELICOPTERS INC. 5809 PHILIP J. RHOADS HANGAR 4 BETHANY, OK  73008 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1086 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/18/19 | INVACOR PIPELINE AND PROCESS SERVICES, LLC DBA PIPELOGIC SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1087 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/12/19 | ION PRO SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1088 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/08/19 | IPC SERVICES LLC 232 E. LANCASTER ROAD HARMONY, PA  16037 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1089 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER AGREEMENT DATED 08/23/19 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC PO BOX 915004 DALLAS, TX  75391-5004 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1090 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/08/20 | ISAACKS CONTRACTING INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/13/18 | ISM INDUSTRIES, INC. 16645 IH 10 VIDOR, TX  77662 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest** | TIME AND MATERIAL CONSTRUCTION CONTRACT DATED 08/28/12 | ISP ELASTOMERS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/26/18 | J AND R FARMS, LLC 6501 MARTIN LUTHER KING JR TUSCALOOSA, AL  35401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/31/21 | J CARROLL WEAVER, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1095 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/02/19 | J&J EXCAVATING & MATERIALS CO. 4236 NORTH US HWY 83 CRYSTAL CITY, TX  78839 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1096 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/12/15 | J&M BAGGING AND SALES INC PO BOX 1310 STARKVILLE, MS  39760 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
           (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1097 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/01/20 | J&S UNDERGROUND NETWORKS INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1098 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 09/16/21 | J. FRANK ASSOCIATES, LLC DBA JOELE FRANK, WILKINSON BRIMMER KATCHER ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1099 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/26/21 | J. ROLLINS CONSTRUCTION, INC. PO BOX 14887 HUMBLE, TX  77347-4887 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1100 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/18/20 | J.B. MYERS ENTERPRISES, INC. 2019 ROUTE 217 HWY S. BLAIRSVILLE, PA  15717 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1101 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 09/06/19 | JACKALOPE GAS GATHERING SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1102 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES SUBCONTRACT DATED 08/02/10 | JACOBS FIELD SERVICES NORTH AMERICA, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case number (if known)  21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1103 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 06/08/18 | JAGWIRE GROUP LLC 1202 WINTECREST CIRCLE MILFORD, OH  45150 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1104 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 12/15/18 | JAMES H PANKEY SEPARATE PROPERTY TRUST PO BOX 5111 PASO ROBLES, CA  93447 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1105 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/02/11 | JAN X-RAY SERVICES INC PO BOX 29253 NEW YORK, NY  10087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1106 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 06/08/19 | JANUARY ENVIRONMENTAL SERVICES, INC 2701 S. PROSPECT AVENUE OKLAHOMA CITY, OK  73129 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1107 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/06/19 | JAQUELINE LOPEZ, ANAHEIM OFFICE CLEANING SERVICE 713 W. DORMARD AVE. MIDLAND, TX  79705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1108 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/24/20 | JAY D ENTERPRISES, LLC 253 EAST FIRST STREET WAYNESBURG, PA  15370 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Strike, LLC
(Name)

Case Number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1109 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE DATED 08/30/13 | JBD PROPERTIES ONE, LLC PO BOX 52870 LAFAYETTE, LA  70505 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1110 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 12/01/12 | JBD PROPERTIES ONE, LLC PO BOX 52870 LAFAYETTE, LA  70505 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1111 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/01/21 | JIMMY R. CRANFORD & ANN A. CRANFORD PO BOX 812 CUSHING, OK  74023 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1112 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/09/19 | JOHN SHURTLEFF COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1113 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 03/01/18 | JOHNNY DACHSUND, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1114 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE AGREEMENT DATED 08/01/18 | JON A. BOX 780 COX LANE CARRIZO SPRINGS, TX  78834 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1115 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/09/20 | JONES PIPELINE SERVICES, LLC 16 OFFICE PARK DRIVE, STE. 5 HATTIESBURG, MS 39402 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1116 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 04/24/20 | JONES TRANSPORT LLC 6184 HWY 98 W, STE 210 HATTIESBURG, MS 39402 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1117 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 04/24/20 | JONES TRANSPORT, LLC 6184 HWY 98 W, STE 210 HATTIESBURG, MS 39402 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1118 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 11/10/21 | JONES WALKER LLP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1119 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/14/12 | JP HYDRO LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1120 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DATED 06/14/12 | JP HYDRO, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
(Name)                                                     Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1121 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DATED 08/27/20 | JPH HOLDINGS, LLC 16619 ALDINE WESTFIELD RD HOUSTON, TX  77032 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1122 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 09/16/15 | JUDY ROBLING 10524 COUNTY ROAD 2219 SINTON, TX  78387 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1123 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/07/15 | JW RENTALS DBA ENVIRONMENTAL EVOLUTIONS NATIONAL PO BOX 709 ROBSTOWN, TX  78380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1124 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/21/18 | JWD DIRECTIONAL INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1125 | **State what the contract or lease is for and the nature of the debtor's interest** | AD VALOREM TAX SERVICES LETTER AGREEMENT DATED 01/01/20 | K.E. ANDREWS 1900 DALROCK ROAD ROWLETT, TX  75088 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1126 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 01/25/06 | KANEB PIPELINE OPERATING PARTNERSHIP, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)                                          Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1127 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/15/16 | KANTEX INDUSTRIES, INC. PO BOX 2161 OLATHE, KS 66051 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1128 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO MEMBERSHIP INTEREST AND WARRANT PURCHASE AND REDEMPTION AGREEMENT DATED 08/30/13 | KAYNE ANDERSON ENTITIES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1129 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMBERSHIP INTEREST AND WARRANT PURCHASE AND REDEMPTION AGREEMENT DATED 07/20/13 | KAYNE ANDERSON ENTITIES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1130 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/25/18 | KCL CONSTRUCTION LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1131 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/25/09 | KEBO OIL & GAS INC. 607 RAILROAD AVENUE PORTLAND, TX 78371 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1132 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL COMMERCIAL AGREEMENT DATED 12/11/19 | KENTUCKY UTILITIES COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1133 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE CONTRACT DATED 06/30/10 | KEVIN PATE 15568 FM 1848 BUFFALO, TX  75831 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1134 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/02/09 | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX  77210-4649 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1135 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER GOODS AND SERVICES AGREEMENT DATED 10/22/18 | KEYERA ENERGY INC. 1605 W 131 ST. S GLENPOOL, OK  74033 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1136 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT DATED 04/16/20 | KHY CONSULTING SERVICES, LLC 7023 HABERSHAM AVE SUGAR LAND, TX  77479 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/21/17 | KINDER DOZER, INC. PO BOX 249 CARNEY, OK  74832 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 02/01/10 | KINDER MORGAN CO2 COMPANY, L.P. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC

(Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 09/15/08 | KINDER MORGAN CO2 COMPANY, L.P. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1140 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 12/03/19 | KINDER MORGAN CO2 COMPANY, L.P. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1141 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 07/09/19 | KINDER MORGAN CONTRACTING SERVICES, LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1142 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 07/09/19 | KINDER MORGAN CONTRACTING SERVICES, LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1143 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/18/19 | KINDER MORGAN CONTRACTING SERVICES, LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1144 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 10/17/10 | KINDER MORGAN INTERSTATE GAS TRANSMISSION LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1145 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 02/15/12 | KINDER MORGAN NATGAS O&M LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1146 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 02/15/12 | KINDER MORGAN NATGAS OPERATOR LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1147 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-CALL AGREEMENT FOR CONSTRUCTION SERVICES DATED 03/01/07 | KINDER MORGAN OPERATING L.P. "A" 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1148 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 02/01/13 | KINDER MORGAN PETCOKE, L.P. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1149 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 12/28/11 | KINDER MORGAN TEJAS PIPELINE LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1150 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 09/23/13 | KINDER MORGAN TEJAS PIPELINE LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1151 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 01/15/20 | KINDER MORGAN TEJAS PIPELINE LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 03/22/11 | KINDER MORGAN TEXAS PIPELINE LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 08/08/11 | KINDER MORGAN TEXAS PIPELINE LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1154 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO GENERAL SERVICES AGREEMENT DATED 03/18/15 | KINDER MORGAN, INC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1155 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/01/02 | KINDER MORGAN, INC. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1156 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/17/05 | KINDER MORGAN, INC. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1157 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/26/07 | KINDER MORGAN, INC. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/21/08 | KINDER MORGAN, INC. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/19/14 | KINDER MORGAN, INC. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/16/17 | KINDER MORGAN, INC. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/05/17 | KINDER MORGAN, INC. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest** | PO GCGV DATED 11/29/21 | KINDER MORGAN, INC. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 09/24/10 | KINDERHAWK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 01/26/11 | KINDERHAWK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1165 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 11/29/11 | KINDERHAWK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1166 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/11/11 | KINDERHAWK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1167 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/03/11 | KINDERHAWK FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1168 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/22/18 | KINETIC ENERGY SERVICES, LLC AND ITS AFFILIATES AND SUBSIDIARIES PO BOX 530 MILLIKEN, CO  80543 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
         (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1169 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LEASE AGREEMENT DATED 04/17/18 | KINETIC LEASING, INC. PO BOX 9785 FARGO, ND  58106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1170 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT DATED 10/14/20 | KIRBY SMITH MACHINERY, INC. PO BOX 270360 OKLAHOMA CITY, OK  73137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1171 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 03/14/17 | KIRBY-SMITH MACHINERY, INC. PO BOX 270360 OKLAHOMA CITY, OK  73137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1172 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/18/20 | KLAUS, INC. PO BOX 1193 DRUMRIGHT, OK  74030 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1173 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 10/11/10 | KM LIQUIDS TERMINALS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1174 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 07/09/14 | KMGP CONTRACTING SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/17/20 | KNIGHT INDUSTRIAL SERVICES INC PO BOX 1650 MONT BELVIEU, TX  77580 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERMITTENT SERVICE AGREEMENT DATED 05/21/08 | KOCH PIPELINE COMPANY, L.P. PO BOX 2913 WICHITA, KS  67201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/21 | KOEPPER WELDING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER EQUIPMENT LEASE DATED 12/04/15 | KOMATSU FINANCIAL LIMITED PARTNERSHIP PO BOX 99303 CHICAGO, IL  60693 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1179 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 12/19/19 | KPMG LLP DEPT 0754 PO BOX 120754 DALLAS, TX  75312-0754 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1180 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 07/06/21 | KPMG LLP DEPT 0754 PO BOX 120754 DALLAS, TX  75312-0754 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1181 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/10/20 | KV POWER, LLC P.O. BOX 1607 ANDREWS, TX  79714 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1182 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 12/04/13 | KW EXPRESS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1183 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/23/19 | L&C SAFETY, INC DBA STANDARD SAFETY & SUPPLY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1184 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DATED 01/01/18 | L&D RENTALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1185 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE RENTAL AGREEMENT DATED 01/01/18 | L&D RENTALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1186 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 08/03/16 | LA GRANGE ACQUISITION, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
_____
(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1187 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 08/03/16 | LA GRANGE ACQUISITION, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1188 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 10/21/15 | LA GRANGE ACQUISITION, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1189 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE DATED 03/01/20 | LA PUERTA AZUL RENTALS LLC 8900 IH 37 ACCESS ROAD A CORPUS CHRISTI, TX  78409 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1190 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/06/18 | LABELLECO FAB LLC PO BOX 20516 BEAUMONT, TX  77720 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1191 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/17/11 | LAKE RONEL OIL COMPANY 115 E ELM ST. TYLER, TX  75702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1192 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/01 | LAMAY CORPORATION 2116 THOMPSON RD RICHMOND, TX  77469 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)                                          Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1193 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 12/02/20 | LANCE RENTAL COMPANY DEPT 497 PO BOX 4346 HOUSTON, TX  77210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1194 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/20/16 | LANDSHARK HYDRO-EXCAVATION SERVICES, LLC 3405 ALMEDA GENOA RD. HOUSTON, TX  77047 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1195 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/19/07 | LANEY DIRECTIONAL DRILLING COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1196 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 10/10/12 | LAREDO ENERGY IV, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1197 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/14/19 | LAUREL MOUNTAIN PRODUCTION, LLC 61 MCMURRAY ROAD SUITE 300 PITTSBURGH, PA  15241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1198 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 10/13/14 | LAUREN ENGINEERS & CONSTRUCTORS, INC. 901 SOUTH FIRST STREET ABILENE, TX  79602 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1199 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/18/19 | LAUREN SCHMIDT DBA ALLOY DESTRUCTIVE TESTING ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1200 | State what the contract or lease is for and the nature of the debtor's interest | FIELD SERVICE CONTRACT DATED 01/30/18 | LAVACA PIPE LINE COMPANY 103 FANNIN ST POINT COMFORT, TX  77978 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1201 | State what the contract or lease is for and the nature of the debtor's interest | CONSENT TO SUBLEASE DATED 09/27/18 | LAYNE CHRISTENSEN COMPANY AND HH ONE HUGHES LANDING, LLC 1800 HUGHES LANDING BLVD. STE 800 THE WOODLANDS, TX  77380 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1202 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/21/10 | LDH ENERGY RESOURCES LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1203 | State what the contract or lease is for and the nature of the debtor's interest | ROAD USE AGREEMENT DATED 10/14/16 | LE FLORE COUNTY OKLAHOMA ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1204 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/02/14 | LEAK SEALERS ENVIRONMENTAL, INC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1205 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/14/18 | LEE SUPPLY CO, INC. PO BOX 640335 PITTSBURGH, PA  15264 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1206 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICE AGREEMENT DATED 06/07/21 | LEETRANSERVICES, INC. 415 S FIRST ST SUITE 200 LUFKIN, TX  75901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1207 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/24/17 | LEGEND DIRECTIONAL SERVICES, LLC PO BOX 2575 WEATHERFORD, TX  76087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1208 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS AND CONDITIONS DATED 04/11/18 | LENOX SERVICES 883 US HWY 59 N CARTHAGE, TX  75633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1209 | **State what the contract or lease is for and the nature of the debtor's interest** | LEWIS ENERGY-PO TERMS-2021 10 29-STR DATED 10/29/21 | LEWIS ENERGY GROUP 10101 REUNION PLAZA, SUITE 1000 SAN ANTONIO, TX  78216 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1210 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 11/01/21 | LEWIS ENERGY GROUP 10101 REUNION PLAZA, SUITE 1000 SAN ANTONIO, TX  78216 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1211 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL COMMERCIAL AGREEMENT DATED 12/11/19 | LG&E AND KU SERVICES COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1212 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP MARKETPLACE AGREEMENT DATED 04/08/19 | LIAZON CORPORATION (WILLIS TOWERS WATSON) PO BOX 8000 DEPT 428 BUFFALO, NY  14267 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1213 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/01/17 | LIBERTY LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1214 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/16/14 | LILLY CONSTRUCTION, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1215 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 08/08/14 | LINDE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1216 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/19/18 | LINEQUEST, LLC PO BOX 2658 FRISCO, TX  75034 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                                              Case Number (if known)    21-90054

           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1217 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/06/14 | LINN OPERATING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1218 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/18/15 | LINN OPERATING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1219 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/28/18 | LION INDUSTRIALS RESOURCES PO BOX 131774 SPRING, TX  77393 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1220 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/20/18 | LITMAN ENTERPRISES, LLC 39653 SR 7 SARDIS, OH  43946 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1221 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/15/18 | LITMAN EXCAVATING, INC. 836 1ST STREET NEW MARTINSVILLE, WV  26155 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1222 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCAHSE ORDER NUMBER LOMP-NGL-01 DATED 07/07/21 | LIVE OAK MIDSTREAM PARTNERS, LLC (LOMP) ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1223 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/08/13 | LIVE OAK RAIL OPERATIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1224 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/20/18 | LJA ENGINEERING, INC. 2929 BRIARPARK DR. SUITE 600 HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1225 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 04/07/15 | LJA ENGINEERING, INC. 2929 BRIARPARK DR. SUITE 600 HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1226 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/14/03 | LLOG PIPELINE EXPLORATION CO 443 METARIE ROAD STE. 600 METARIE, LA  70005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1227 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/02/18 | LML SERVICES LLC DBA LML CIVIL CONSTRUCTION LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1228 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/20/18 | LOC INTERNATIONAL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            _____
            (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1229 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/08/13 | LOLC, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1230 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/15/20 | LONE STAR DIRECTIONAL DRILLING LP PO BOX 615 CLARKSVILLE, TX  75426 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1231 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/28/07 | LONE STAR GATHERING, L.P. 300 EAST JOHN CARPENTAR FREEWAY STE. 800 IRVING, TX  75062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1232 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 07/25/14 | LONE STAR MONT BELVIEU LP 8020 PARK LANE DALLAS, TX  75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1233 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 10/08/15 | LONE STAR NGL PIPELINE LP 8020 PARK LANE DALLAS, TX  75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1234 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 03/01/16 | LONE STAR NGL PIPELINE LP 8020 PARK LANE DALLAS, TX  75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1235 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 02/26/18 | LONE STAR NGL PIPELINE LP 8020 PARK LANE DALLAS, TX 75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1236 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 02/17/20 | LONE STAR NGL PIPELINE LP 8020 PARK LANE DALLAS, TX 75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1237 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT (MONT BELVIEU) DATED 02/17/16 | LONE STAR NGL PIPELINE LP 8020 PARK LANE DALLAS, TX 75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1238 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT (TARGA BUFFALO) DATED 02/17/16 | LONE STAR NGL PIPELINE LP 8020 PARK LANE DALLAS, TX 75231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1239 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/20 | LONE STAR PUMP AND VALVE COMPANY, LLC PO BOX 730 KILGORE, TX 75663 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1240 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/09/09 | LONE STAR TRANSPORTATION LLC PO BOX 162809 FORT WORTH, TX 76161-2809 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1241 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/19/20 | LONE WOLF WELDING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1242 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/01/19 | LONESTAR PIPELINE COMPANY, LLC 500 ALEXANDER PARK DRIVE, SUITE 300 C/O KINDLE ENERGY LLC PRINCETON, NJ  8540 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1243 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/12/16 | LONG LEGACY ENTERPRISE, LLC DBA TIMBER WOLF LAND CLEARING & FIELD SERVICES 45828 US HWY 69 N JACKSONVILLE, TX  75766 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1244 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/20/13 | LONGHORN MULCHING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/16/19 | LONGHORN MULCHING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1246 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/08/08 | LONGHORN PARTNERS PIPELINE, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1247 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL COMMERCIAL AGREEMENT DATED 12/11/19 | LOUISVILLE GAS AND ELECTRIC COMPANY 820 WEST BROADWAY LOUISVILLE, KY  40202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1248 | **State what the contract or lease is for and the nature of the debtor's interest** | LG&E EAST END REINFORCEMENT PROJECT CONTRACT DATED 04/01/21 | LOUISVILLE GAS AND ELECTRIC COMPANY 820 WEST BROADWAY LOUISVILLE, KY  40202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1249 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/14/17 | LRC ENERGY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1250 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/13/19 | LUCID ARTESIA COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1251 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/13/19 | LUCID ENERGY DELAWARE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1252 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 08/21/19 | LUCID ENERGY DELAWARE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                         Case Number (if known)    21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1253 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 07/11/19 | LUCID ENERGY DELAWARE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1254 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 11/26/19 | LUCID ENERGY DELAWARE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1255 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 11/22/19 | LUCID ENERGY DELAWARE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1256 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 02/05/20 | LUCID ENERGY DELAWARE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1257 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE MECHANICAL AGREEMENT DATED 04/01/12 | LUCITE INTERNATIONAL, INC. 7275 GOODLETT FARMS PARKWAY CORDOVA, TN  38016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1258 | **State what the contract or lease is for and the nature of the debtor's interest** | MODIFICATION NO. 1 TO AGREEMENT MEC040112 DATED 11/01/12 | LUCITE INTERNATIONAL, INC. 7275 GOODLETT FARMS PARKWAY CORDOVA, TN  38016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
         (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1259 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/23/21 | LUNDA CONSTRUCTION COMPANY PO BOX 669 BLACK RIVER FALLS, WI  54615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1260 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/15/19 | LW SURVEY CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1261 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 10 TO CONTRACT NO. MA-00278-2009 DATED 08/31/19 | LYONDELL CHEMICAL COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1262 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER FIELD SERVICES CONTRACT DATED 02/17/10 | LYONDELL CHEMICAL COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1263 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER FIELD SERVICES CONTRACT DATED 07/01/20 | LYONDELL CHEMICAL COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1264 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER FIELD SERVICES CONTRACT DATED 02/17/10 | LYONDELLBASELL ACETYLS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                                      Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1265 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/20 | LYONDELLBASELL/EQUISTAR CHEMICAL 1221 MCKINNEY ST. SUITE 700 HOUSTON, TX  77010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1266 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/14/19 | M S BENDBOW AND ASSOCIATES PROFESSIONAL ENGINEERING CORPORATION P.O. BOX 836 METAIRIE, LA  70004-0836 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1267 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/03/20 | M&E HYDROVAC AND OILFIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1268 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/17/15 | M&H ENTERPRISES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1269 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/20/17 | M&M PIPELINE ACQUISITION, LLC DBA M&M PIPELINE SERVICES 274 MOUNT MORIAH ROAD EUROPA, MS  39744 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1270 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT DATED 11/19/18 | M.G. DYESS, INC. 7159 HIGHWAY 35 P.O. BOX 520 BASSFIELD, MS  39421 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1271 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/21/18 | M.R. DIRT, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1272 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS WORK AGREEMENT DATED 01/15/09 | M2 LOUISIANA GAS SERVICE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1273 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/02/19 | MAGELLAN MIDSTREAM PARTNERS, LP ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1274 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER 1 TO MAJOR CONSTRUCTION CONTRACT #17605 DATED 01/15/19 | MAGELLAN PIPELINE COMPANY, L.P. CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1275 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 07/01/10 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1276 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 08/06/14 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
         (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1277 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION CONTRACT DATED 09/20/18 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1278 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION CONTRACT DATED 02/25/20 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1279 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION CONTRACT DATED 06/24/16 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1280 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION CONTRACT DATED 08/01/16 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1281 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION CONTRACT DATED 09/27/18 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1282 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION CONTRACT DATED 12/21/18 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1283 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/01/05 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1284 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTERS SERVICES AGREEMENT DATED 05/01/05 | MAGELLAN PIPELINE COMPANY, LP CHEEK LAW FIRM, PLLC 311 NORTH HARVEY SUITE 200 OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1285 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER DATED 08/17/16 | MAGELLAN PIPELINES HOLDINGS, L.P. ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1286 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER 1 TO MAJOR CONSTRUCTION CONTRACT #44445 DATED 11/24/20 | MAGELLAN PROCESSING, L.P. ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1287 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER 2 TO MAJOR CONSTRUCTION CONTRACT #44445 DATED 01/25/21 | MAGELLAN PROCESSING, L.P. ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1288 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER 3 TO MAJOR CONSTRUCTION CONTRACT #44445 DATED 03/18/21 | MAGELLAN PROCESSING, L.P. ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1289 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER 4 TO MAJOR CONSTRUCTION CONTRACT #44445 DATED 09/10/21 | MAGELLAN PROCESSING, L.P. ONE WILLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1290 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 11/30/20 | MAGELLAN PROCESSING, LP ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1291 | **State what the contract or lease is for and the nature of the debtor's interest** | OSBL FINAL CIVIL, MECHANICAL, & CONSTRUCTION CONTRACT DATED 04/24/15 | MAGELLAN PROCESSING, LP ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1292 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCESS AGREEMENT DATED 10/15/18 | MAGELLAN TERMINALS HOLDINGS, LP ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1293 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/01/19 | MAGNUM TRENCHING SERVICES INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1294 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/07/18 | MAINE DRILLING & BLASTING, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC
              (Name)                                                    Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1295** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 04/19/16 | MANCERA, S.C. ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1296** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/16/11 | MANTI OPERATING COMPANY AND MANTI EXPLORATION OPERATING, LLC 21245 SMITH ROAD COVINGTON, LA 70435 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1297** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/25/19 | MARATHON PETROLEUM CORPORATION 539 S. MAIN STREET FINDLAY, OH 45840 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1298** **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 07/02/18 | MARATHON PIPE LINE COMPANY ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1299** **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 07/02/18 | MARATHON PIPE LINE LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.1300** **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SUBCONTRACTOR AGREEMENT DATED 11/01/19 | MARK WIZZ, INC. 20407 DEER RUN RD. DAMON, TX 77430 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1301 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/06/08 | MARKWEST ENERGY PARTNERS, L.P. 1515 ARAPAHOE ST. TOWER 2 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1302 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/02/12 | MARKWEST ENERGY PARTNERS, LP 1515 ARAPAHOE ST. TOWER 2 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1303 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/06/08 | MARKWEST JAVELINA COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1304 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/17/14 | MARKWEST LIBERTY MIDSTREAM & RESOURCES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1305 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/17/14 | MARKWEST UTICA EMG LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1306 | **State what the contract or lease is for and the nature of the debtor's interest** | PREMIUM FINANCE AGREEMENT DATED 12/01/21 | MARSH USA INC PO BOX 846015 DALLAS, TX 75284-6015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1307 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/10/10 | MARTIN RIGHT OF WAY, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1308 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/08/20 | MASON CONSTRUCTION LLC PO BOX 20057 BRITNI MILAM BEAUMONT, TX  77720-0057 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1309 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/22/18 | MASS MACHINE & FABRICATING CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1310 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/10/15 | MATADOR PRODUCTION COMPANY 5400 LBJ FREEWAY SUITE 1500 DALLAS, TX  75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1311 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/10/15 | MATCOR, INC. PO BOX 91473 CHICAGO, IL  60693 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1312 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/11/21 | MATTIOLA SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1313 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/02/13 | MAXIM CRANE WORKS, L.P. 4389 SOULTIONS CENTER LOCKBOX 774389 CHICAGO, IL  60677-4003 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1314 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/31/19 | MAXX HDD, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1315 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/29/15 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1316 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 03/17/17 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1317 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 12/05/17 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1318 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 12/19/17 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

(Name)

Case Number (if known)      21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1319 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/02/18 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 03/23/18 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 03/28/18 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1322 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 07/23/18 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1323 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/01/18 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1324 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/09/18 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX  77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor          Strike, LLC                                                    Case Number (if known)    21-90054
                (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1325 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/02/18 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX 77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1326 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/13/18 | MBM FINANCIAL INTERESTS LP PO BOX 40666 HOUSTON, TX 77240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1327 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/15/20 | MCG EQUIPMENT, LLC PO BOX 2030 WEATHERFORD, OK 73096 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1328 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/10/14 | MCNORTON DEWATERING, INC 1390 FM 1010 RD CLEVELAND, TX 77327 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1329 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/27/15 | MCR ACQUISITION COMPANY LLC DBA MARKS CRANE & RIGGING ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1330 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/09/19 | MD ENERGY SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                    Case Number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1331 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/19/19 | MD LANDSCAPING ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1332 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/26/20 | MDS BORING & DRILLING, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1333 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 10/01/11 | MEADWESTVACO TEXAS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1334 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/17/20 | MEARLON A. GREEN, JR AND REBECCA GREEN 335 27TH STREET SAN LEON, TX  77539 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1335 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 05/29/14 | MEDALLION MIDSTREAM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1336 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/04/15 | MEISTER INDUSTRIES, INC. DBA LONGHORN CUSTOM COATING CO. PO BOX 4693 ODESSA, TX  79760 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1337 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/07/10 | MEITEC, INC. 2800 VETERANS BLVD SUITE 260 METAIRIE, LA 70002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1338 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/12/20 | MENDFORD TRUCKING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1339 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER AGREEMENT DATED 01/22/18 | MERCER INC. PO BOX 270970 OKLAHOMA CITY, OK 73137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1340 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER EQUIPMENT LEASE AGREEMENT DATED 05/12/17 | MERCHANTS AUTOMOTIVE GROUP, INC. PO BOX 414438 BOSTON, MA 02241-4438 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1341 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/01/06 | MERIT ENERGY COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1342 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/15/02 | MERRELL LEASE SERVICE, INC. 610 AVE D GREGORY, TX 78359 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1343 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/12/21 | MESSNER CONTRACTING GROUP, LLC 550 N. 159TH ST., E. - SUITE 309 WICHITA, KS  67230 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1344 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/24/20 | METALS TESTING SERVICES, INC. PO BOX 3448 COEUR DALENE, ID  83816 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1345 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP TERM LIFE AND ACCIDENT AND HEALTH INSURANCE POLICY DATED 01/01/20 | METROPOLITAN LIFE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1346 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/01/15 | MEYER ENERGY SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1347 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 09/22/21 | MICHAEL SERAFINI, INC. 3529 BROADWAY CHEEKTOWAGA, NY  14227 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1348 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/09/14 | MICHELS CORPORATION PO BOX 95 AUBRIE CONRAD BROWNSVILLE, WI  53006 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                          Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1349 | **State what the contract or lease is for and the nature of the debtor's interest** | VOLUME LICENSING DATED 12/18/18 | MICROSOFT 1950 N STEMMONS FWY STE 5010 DALLAS, TX 75207 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1350 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS DATED 07/02/15 | MID-COAST ELECTRIC SUPPLY, INC 3354 NACOGDOCHES RD SAN ANTONIO, TX 78217 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1351 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTERS SERVICE AGREEMENT DATED 04/01/15 | MIDCOAST ENERGY PARTNERS, L.P. 1501 MCKINNEY STREET, SUITE 600 HOUSTON, TX 77010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1352 | **State what the contract or lease is for and the nature of the debtor's interest** | REVISED MASTER SERVICES AGREEMENT DATED 04/01/15 | MIDCOAST ENERGY PARTNERS, L.P. 1501 MCKINNEY STREET, SUITE 600 HOUSTON, TX 77010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1353 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 07/23/09 | MID-CONTINENT EXPRESS PIPELINE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1354 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 11/21/14 | MIDLOTHIAN LNG, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1355 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 03/19/18 | MIDSHIP PIPELINE COMPANY, LLC 700 MILAM STREET STE 1900 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1356 | **State what the contract or lease is for and the nature of the debtor's interest** | LUMP SUM CONSTRUCTION AGREEMENT DATED 03/19/18 | MIDSHIP PIPELINE COMPANY, LLC 700 MILAM STREET STE 1900 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1357 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 05/29/19 | MIDSTREAM PIPELINE & FABRICATION, LLC 1132 CHERRY RUN RD FORD CITY, PA  16201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1358 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 08/12/08 | MILAGRO EXPLORATION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1359 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 04/21/15 | MILAM CONSTRUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1360 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/24/16 | MILAN ENERGY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1361 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/27/17 | MILBAR HYDRO-TEST, INC. 651 AERO DR SHREVEPORT, LA  71107 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1362 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AGREEMENT DATED 02/12/21 | MILL POINT CAPITAL, LLC 1177 AVENUE OF THE AMERICAS 45TH FLOOR NEW YORK, NY  10036 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1363 | State what the contract or lease is for and the nature of the debtor's interest | MASTER FIELD SERVICES CONTRACT DATED 02/17/10 | MILLENNIUM PETROCHEMICALS, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1364 | State what the contract or lease is for and the nature of the debtor's interest | MASTER FIELD SERVICES CONTRACT DATED 07/01/20 | MILLENNIUM PETROCHEMICALS, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1365 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/11/18 | MILLENNIUM TORQUE AND TENSIONING PO BOX 13 EIGHT FOUR, PA  15330 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1366 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/15/21 | MILLER CONCRETE CONSTRUCTION, LLC P.O. BOX 6 TRANSFER, PA  16154 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor      Strike, LLC                                          Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1367 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/19/11 | MISTRAS GROUP, INC PO BOX 405694 ATLANTA, GA  30384-5694 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1368 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/11/18 | MJ PAINTING CONTRACTOR CORP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1369 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/16/17 | MK CONSTRUCTORS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1370 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/15/18 | ML CONSTRUCTION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1371 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER WPO000317 DATED 07/09/21 | MOCKINGBIRD MIDSTREAM GAS SERVICES, LLC 8200 IH-10 W SUITE 440 SAN ANTONIO, TX  78230 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1372 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR SERVICE DATED 01/11/21 | MOCKINGBIRD MIDSTREAM GAS SERVICES, LLC 8200 IH-10 W SUITE 440 SAN ANTONIO, TX  78230 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                     Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1373 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/21/14 | MOORE CONTROL SYSTEMS INC. 1435 KATY FLEWELLEN KATY, TX  77494 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1374 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/05/18 | MORGANTOWN SEPTIC SERVICES PORTABLE TOILET RENTALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1375 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/20/21 | MOSO SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1376 | **State what the contract or lease is for and the nature of the debtor's interest** | FORM CONSTRUCTION AGREEMENT DATED 04/26/13 | MOSS BLUFF HUB, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1377 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 11/08/19 | MOTT MACDONALD, LLC 111 WOOD AVENUE SOUTH ISELIN, NJ  8830 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1378 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/12/15 | MO-VAC ENVIRONMENTAL P.O. BOX 4078 MCALLEN, TX  78502 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1379 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/01/08 | MO-VAC SERVICE CO. INC P.O. BOX 2237 SAN ANTONIO, TX  78298-2237 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1380 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/08 | MO-VAC SERVICE CO. INC P.O. BOX 2237 SAN ANTONIO, TX  78298-2237 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1381 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 07/02/18 | MPLX TERMINALS LLC 200 EAST HARDIN STREET FINDLAY, OH  45840 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1382 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS OF PURCHASE DATED 06/04/20 | MRC GLOBAL (US), INC. PO BOX 204392 DALLAS, TX  75320-4392 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1383 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/12/12 | MTI LOGISTICS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1384 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT DATED 12/22/14 | MULESOFT, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1385 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/13/19 | MULHOLLAND ENERGY SERVICES, LLC PO BOX 4227 ODESSA, TX 79760 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1386 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/30/11 | MURPHY EXPLORATION & PRODUCTION COMPANY - USA ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1387 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS AND CONDITIONS DATED 09/13/13 | MUSKET CORPORATION 1111 BAGBY STREET HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1388 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/02/19 | MVP TERMINALING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1389 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/02/16 | N2 SOLUTIONS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1390 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC                                Case Number (if known)    21-90054
           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1391 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT I TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 11/23/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1392 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 09/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1393 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYEE AGREEMENT [CONFIDENTIAL] DATED 08/03/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1394 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/17/20 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1395 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/03/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1396 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 05/14/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                        Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1397 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 04/05/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1398 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 11/17/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1399 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 03/12/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1400 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 12/04/19 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1401 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 05/14/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1402 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 03/12/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
                (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1403 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/17/20 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1404 | **State what the contract or lease is for and the nature of the debtor's interest** | BONUS LETTER [CONFIDENTIAL] DATED 06/30/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1405 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1406 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1407 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/13/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1408 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/24/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1409 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 07/23/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1410 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 08/16/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1411 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/17/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1412 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 08/06/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1413 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1414 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 08/16/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                            Case Number (if known)    21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1415 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 08/25/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1416 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/17/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1417 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1418 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1419 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1420 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 11/05/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1421 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1422 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1423 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1424 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1425 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1426 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                Case Number (if known)  21-90054
           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1427 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1428 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1429 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1430 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1431 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1432 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1433 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1434 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1435 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1436 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1437 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1438 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)   21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1439 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1440 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 08/06/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1441 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1442 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1443 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1444 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1445 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1446 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1447 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1448 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1449 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/22/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1450 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1451 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1452 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1453 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1454 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1455 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/11/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1456 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 01/25/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1457 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1458 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1459 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 09/15/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1460 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1461 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1462 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 12/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC     Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1463 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 10/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1464 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 11/15/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1465 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 11/05/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1466 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE RETENTION AGREEMENT [CONFIDENTIAL] DATED 11/19/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1467 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/30/13 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1468 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 06/30/14 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
_____    Case Number (if known) _21-90054__
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1469 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/12/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1470 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1471 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 09/15/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1472 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 01/01/18 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1473 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 01/01/20 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1474 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 01/01/18 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1475 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 11/17/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1476 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/30/13 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1477 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/03/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1478 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/30/13 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1479 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/30/13 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1480 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/30/13 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1481 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 01/01/18 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1482 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 01/01/20 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1483 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 01/01/19 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1484 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 07/14/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1485 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 03/15/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1486 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 03/15/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)    21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1487 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 01/01/20 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1488 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 01/01/19 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1489 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/30/13 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1490 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 03/15/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1491 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/30/13 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1492 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 06/07/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC                                    Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1493 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT MANAGER AGREEMENT [CONFIDENTIAL] DATED 09/19/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1494 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT MANAGER AGREEMENT [CONFIDENTIAL] DATED 09/19/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1495 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF TERMINATION OF EMPLOYEE AGREEMENT [CONFIDENTIAL] DATED 05/16/16 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1496 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF TERMINATION OF EMPLOYEE AGREEMENT [CONFIDENTIAL] DATED 01/01/19 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1497 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF TERMINATION OF EMPLOYEE AGREEMENT [CONFIDENTIAL] DATED 12/04/19 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1498 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF TERMINATION OF EMPLOYEE AGREEMENT [CONFIDENTIAL] DATED 01/06/20 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                            Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1499 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE OF CLAIMS [CONFIDENTIAL] DATED 03/12/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1500 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 06/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1501 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 11/20/20 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1502 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 09/30/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1503 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 06/30/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1504 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 08/25/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)    21-90054

           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1505 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO EMPLOYMENT AGREEMENT [CONFIDENTIAL] DATED 06/30/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1506 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE AGREEMENT [CONFIDENTIAL] DATED 10/31/19 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1507 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE AGREEMENT [CONFIDENTIAL] DATED 03/18/20 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1508 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AGREEMENT AND RELEASE [CONFIDENTIAL] DATED 03/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1509 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AGREEMENT AND RELEASE [CONFIDENTIAL] DATED 03/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1510 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 09/15/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC                          Case Number (if known)   21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1511 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 11/20/20 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1512 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 09/07/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1513 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/22/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1514 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/29/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1515 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 07/07/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1516 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 09/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                          Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1517 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 11/30/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1518 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/13/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1519 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/15/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1520 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 09/16/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1521 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/29/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1522 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 11/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1523** | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 09/20/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1524** | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/28/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1525** | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/29/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1526** | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 09/23/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1527** | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 07/07/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1528** | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/22/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          _____
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1529 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/29/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1530 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 06/29/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1531 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 09/17/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1532 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 10/29/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1533 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 11/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1534 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 06/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1535 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 08/20/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1536 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 04/20/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1537 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 06/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1538 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 06/09/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1539 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 08/06/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1540 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 08/20/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                Case Number (if known)      21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1541 | **State what the contract or lease is for and the nature of the debtor's interest** | STRIKE MANAGEMENT INCENTIVE PLAN LLC CLASS B COMMON UNIT GRANT AGREEMENT [CONFIDENTIAL] DATED 09/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1542 | **State what the contract or lease is for and the nature of the debtor's interest** | STRIKE MANAGEMENT INCENTIVE PLAN LLC CLASS B COMMON UNIT GRANT AGREEMENT [CONFIDENTIAL] DATED 06/07/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1543 | **State what the contract or lease is for and the nature of the debtor's interest** | STRIKE MANAGEMENT INCENTIVE PLAN LLC CLASS B COMMON UNIT GRANT AGREEMENT [CONFIDENTIAL] DATED 07/14/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1544 | **State what the contract or lease is for and the nature of the debtor's interest** | SUCCESS PAYMENT  [CONFIDENTIAL] DATED 08/27/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1545 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AND SEPARATION AGREEMENT [CONFIDENTIAL] DATED 03/14/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1546 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AND SEPARATION AGREEMENT [CONFIDENTIAL] DATED 03/12/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                    Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1547 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AND SEPARATION AGREEMENT [CONFIDENTIAL] DATED 06/01/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1548 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AND SEPARATION AGREEMENT [CONFIDENTIAL] DATED 05/14/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1549 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICES AND SEPARATION AGREEMENT [CONFIDENTIAL] DATED 05/14/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1550 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 07/19/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1551 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 09/30/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1552 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 06/30/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1553 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 11/30/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1554 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 06/14/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1555 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 06/08/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1556 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 06/15/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1557 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER AND RELEASE OF CLAIMS AGREEMENT [CONFIDENTIAL] DATED 07/23/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1558 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICE CONTRACT DATED 01/10/19 | NAN YA PLASTICS CORPORATION, AMERICA ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC                                                    Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1559 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/02/17 | NATGASOLINE, LLC 2366 SULPHUR PLANT ROAD BEAUMONT, TX  77705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1560 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/08/15 | NATION ENVIRONMENTAL CONTRACTING, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1561 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/30/09 | NATIONAL INSPECTION SERVICES, LLC 110 HAROLD GAUTHE RD. SCOTT, LA  70583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1562 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/06/18 | NATIONAL TANK AND EQUIPMENT, LLC PO BOX 4356 DEPT 2225 HOUSTON, TX  77210-4356 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1563 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY # SIHL1K086 DATED 12/01/21 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA(AIG) 175 WATER STREET 18TH FLOOR NEW YORK, NY  10038 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1564 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 08/31/09 | NATURAL GAS PIPELINE COMPANY OF AMERICA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1565 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 12/06/10 | NATURAL GAS PIPELINE COMPANY OF AMERICA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1566 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES DATED 08/08/11 | NATURAL GAS PIPELINE COMPANY OF AMERICA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1567 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 02/16/17 | NATURAL GAS PIPELINE COMPANY OF AMERICA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1568 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 02/15/12 | NATURAL GAS PIPELINE COMPANY OF AMERICA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1569 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-CALL AGREEMENT FOR CONSTRUCTION SERVICES DATED 03/01/07 | NATURAL GAS PIPELINE COMPANY OF AMERICA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1570 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 07/11/20 | NAVIGATOR PH CROSSING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
_____   Case Number (if known)   21-90054
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1571 | State what the contract or lease is for and the nature of the debtor's interest | FORM OF CONSENT AND AGREEMENT DATED 07/10/20 | NAVIGATOR PH CROSSING, LLC AND MUFG UNION BANK ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1572 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 07/18/16 | NAVITAS MIDSTREAM PARTNERS, LLC 9303 NEW TRAILS DRIVE SUITE 300 THE WOODLANDS, TX  77381 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1573 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 11/11/16 | NDE SOLUTIONS, LLC PO BOX 3923 BRYAN, TX  77805 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1574 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/01/08 | NEPTUNE HEAT TREATING ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1575 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/04/18 | NES GLOBAL LLC 800 GESSNER ROAD SUITE 310 HOUSTON, TX  77024 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1576 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION AGREEMENT DATED 07/07/14 | NET MEXICO PIPELINE PARTNERS, LLC 601 TRAVIS, SUITE 1900 HOUSTON, TX  77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1577 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/17/18 | NEW ORLEANS COPPER, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1578 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/11/20 | NEW SOUTH ACCESS & ENVIRONMENTAL SOLUTIONS, LLC PO BOX 11407 BIRMINGHAM, AL  35246-6375 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1579 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/14/20 | NEXGEN WATER SOLUTIONS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1580 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE AGREEMENT DATED 12/15/20 | NEXTERA ENERGY CONSTRUCTORS, LLC 700 UNIVERSE BLVD. JUNO BEACH, FL  33408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1581 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE AGREEMENT DATED 05/22/17 | NEXTERA US GAS ASSETS, LLC 700 UNIVERSE BLVD. JUNO BEACH, FL  33408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1582 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE AGREEMENT DATED 01/03/17 | NEXTERA US GAS ASSETS, LLC 700 UNIVERSE BLVD. JUNO BEACH, FL  33408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1583 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/16/19 | NEXTGEN SECURITY 770 PENNSYLVANIA DRIVE SUITE 120 EXTON, PA  19341 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1584 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/26/19 | NGL CRUDE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1585 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/27/20 | NICK THOMAS INC 10612 US HIGHWAY 60 CANADIAN, TX  79014 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1586 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 07/30/20 | NIECE EQUIPMENT, LP PO BOX 277 BUDA, TX  78610 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1587 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 07/31/20 | NIECE EQUIPMENT, LP PO BOX 277 BUDA, TX  78610 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1588 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/18/20 | NIECE EQUIPMENT, LP PO BOX 277 BUDA, TX  78610 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                              Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1589 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL SERVICES AGREEMENT FOR PROFESSIONAL, CONSTRUCTION, AND MAINTENANCE SERVICES AND MATERIALS DATED 05/15/11 | NISOURCE CORPORATE SERVICES COMPANY AND ITS ETITIES / AFFILIATES 801 E. 86TH AVENUE MERRILLVILLE, IN  46410 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1590 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL SERVICES AGREEMENT FOR PROFESSIONAL, CONSTRUCTION, AND MAINTENANCE SERVICES AND MATERIALS DATED 11/15/19 | NISOURCE CORPORATE SERVICES COMPANY AND ITS ETITIES / AFFILIATES 801 E. 86TH AVENUE MERRILLVILLE, IN  46410 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1591 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO GENERAL SERVICES AGREEMENT FOR CONSTRUCTION, MAINTENANCE, SERVICES, AND MATERIALS DATED 09/25/13 | NISOURCE CORPORATE SERVICES COMPANY 801 E. 86TH AVENUE MERRILLVILLE, IN  46410 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1592 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 11/21/17 | NITROGEN SERVICES LLC 921 N FAIRGROUNDS RD MIDLAND, TX  79706 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1593 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/20/19 | NITRO-LIFT TECHNOLOGIES, LLC 8980 HWY 1 SOUTH MILL CREEK, OK  74856 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1594 | State what the contract or lease is for and the nature of the debtor's interest | MASTER ENGINEERING SERVICES AGREEMENT DATED 10/16/20 | NJR SERVICE CORPORATION 109 NORTH POST OAK LANE, SUITE 440 HOUSTON, TX  77024 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1595 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/30/13 | NOBLE ENERGY, INC. 1001 NOBLE ENERGY WAY HOUSTON, TX 77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1596 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK OR SERVICE CONTRACT DATED 03/31/04 | NOBLE ENERGY, INC. 1001 NOBLE ENERGY WAY HOUSTON, TX 77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1597 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 09/27/21 | NOLDER EXCAVATING, LLC 325 W. MOORESTOWN ROAD NAZARETH, PA 18064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1598 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/04/19 | NON-DESTRUCTIVE INSPECTION CORPORATION 617 SOUTH LAZY LANE CLUTE, TX 77531 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1599 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/05/19 | NORFLEET LAND SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1600 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/05/19 | NORMAN AND VIRGINIA RASH ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1601 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/22/16 | NORTEX MIDSTREAM PARTNERS, LLC 1201 LOUISIANA ST. SUITE 700 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1602 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 04/30/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE 68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1603 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 06/20/17 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE 68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1604 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 06/25/18 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE 68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1605 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 07/05/18 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE 68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1606 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 09/01/17 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE 68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          _____          Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1607 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 09/06/17 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1608 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 08/01/16 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1609 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICE CONTRACT DATED 01/30/18 | NOUMIN PRODUCTION COMPANY 103 FANNIN STREET PO BOX 769 POINT COMFORT, TX  77978 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1610 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/13/20 | NST TRANSLOADING, LLC 10077 GROGANS MILL RD SUITE 530 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1611 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 01/15/21 | NTB ASSOCIATES INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1612 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE DATED 07/15/21 | NU WAY REAL ESTATE, LLC 10335 GULF BEACH HIGHWAY - UNIT 205 PENSACOLA, FL  32507 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1613 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/10/19 | NUSTAR ENERGY L.P. 2330 NORTH LOOP 1604 W SAN ANTONIO, TX  78248 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1614 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 06/10/19 | NUSTAR LOGISTICS, L.P. 2330 NORTH LOOP 1604 W SAN ANTONIO, TX  78248 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1615 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/24/14 | OASIS PETROLEUM NORTH AMERICA LLC 1001 FANNIN STREET SUITE 1500 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1616 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 05/01/03 | OASIS PILE LINE COMPANY TEXAS L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1617 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO CONTRACT 21000033138 DATED 05/01/14 | OCCIDENTAL OIL & GAS CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1618 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 07/31/11 | OCCIDENTAL OIL AND GAS CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                                    Case Number (if known)     21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1619 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/16/11 | OCCIDENTAL PETROLEUM CORPORATION 5 GREENWAY PLAZA SUITE 110 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1620 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/01/14 | OCCIDENTAL PETROLEUM CORPORATION 5 GREENWAY PLAZA SUITE 110 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1621 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/09/16 | OCCIDENTAL PETROLEUM CORPORATION 5 GREENWAY PLAZA SUITE 110 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1622 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR MEDICAL SERVICES DATED 10/17/18 | OCCUCARE INTERNATIONAL 321 W  SAN AUGUSTINE DEER PARK, TX  77536-4027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1623 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/28/18 | OCEAN EDGE SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1624 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/29/14 | ODESSA FENCE, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
         (Name)
                                                                    Case Number (if known)   21-90054

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1625 | **State what the contract or lease is for and the nature of the debtor's interest** | ODESSA PUMPS AND EQUIPMENT, INC |
| | MASTER SERVICES AGREEMENT DATED 06/08/21 | PO BOX 207614 |
| | | DALLAS, TX  75320-7614 |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.1626 | **State what the contract or lease is for and the nature of the debtor's interest** | OEP STRIKE LLC |
| | AMENDMENT NO. 1 TO MEMBERSHIP INTEREST AND WARRANT PURCHASE AND REDEMPTION AGREEMENT DATED 08/30/13 | ADDRESS ON FILE |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.1627 | **State what the contract or lease is for and the nature of the debtor's interest** | OEP STRIKE LLC |
| | MEMBERSHIP INTEREST AND WARRANT PURCHASE AND REDEMPTION AGREEMENT DATED 07/20/13 | ADDRESS ON FILE |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.1628 | **State what the contract or lease is for and the nature of the debtor's interest** | OEP STRIKE, LLC |
| | REGULATIONS (OF COMPANY) DATED 10/28/19 | ADDRESS ON FILE |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.1629 | **State what the contract or lease is for and the nature of the debtor's interest** | OFF DUTY SERVICES, INC. |
| | MASTER SERVICE AGREEMENT DATED 12/22/14 | ADDRESS ON FILE |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |
| 2.1630 | **State what the contract or lease is for and the nature of the debtor's interest** | OGT LLC |
| | MASTER SERVICE AGREEMENT DATED 08/12/20 | 4200 MAPLE AVENUE |
| | | ODESSA, TX  79762 |
| | **State the term remaining** CURRENT | |
| | **List the contract number of any government contract** | |

Debtor      Strike, LLC
            (Name)                                              Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1631 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/03/18 | OIL INDUSTRY COATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1632 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 07/19/20 | OILTANKING HOUSTON, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1633 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/20/12 | OILTANKING HOUSTON, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1634 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER MAINTENANCE SERVICES CONTRACT DATED 01/15/20 | OLIN CORPORATION 190 CARONDELET PLAZA SUITE 1530 CLAYTON, MO  63105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1635 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 05/15/17 | OMEGA ALLIANCE, INC. 2257 N. LOOP 336, STE. 140-201 CONROE, TX  77304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1636 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO OFFICE LEASE DATED 09/04/13 | ONE HUGHES LANDING, LLC 1790 HUGHES LANDING STE 425 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1637 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO OFFICE LEASE DATED 04/18/17 | ONE HUGHES LANDING, LLC 1790 HUGHES LANDING STE 425 THE WOODLANDS, TX 77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1638 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 07/16/13 | ONE HUGHES LANDING, LLC 1790 HUGHES LANDING STE 425 THE WOODLANDS, TX 77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1639 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE LEASE DATED 07/16/13 | ONE HUGHES LANDING, LLC 1790 HUGHES LANDING STE 425 THE WOODLANDS, TX 77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1640 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO OFFICE LEASE DATED 02/03/14 | ONE HUGHES LANDING, LLC 1790 HUGHES LANDING STE 425 THE WOODLANDS, TX 77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1641 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO OFFICE LEASE DATED 05/06/14 | ONE HUGHES LANDING, LLC 1790 HUGHES LANDING STE 425 THE WOODLANDS, TX 77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1642 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/10/16 | ONE STOP ENVIRONMENTAL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                            Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1643 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 11/17/16 | ONEOK NGL PIPELINE, L.L.C. 100 WEST FIFTH STREET TULSA, OK 74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1644 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO MASTER SERVICE AGREEMENT ENTMSA-226-2008-6063 DATED 01/19/12 | ONEOK PARTNERS INTERMEDIATE LIMITED PARNERSHIP 100 WEST FIFTH STREET TULSA, OK 74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1645 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/15/08 | ONEOK PARTNERS INTERMEDIATE LIMITED PARTNERSHIP 100 WEST FIFTH STREET TULSA, OK 74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1646 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/18/08 | ONEOK PARTNERS INTERMEDIATE LIMITED PARTNERSHIP 100 WEST FIFTH STREET TULSA, OK 74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1647 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/06/18 | ONLY 1 RENTALS, LLC PO BOX 1389 NAVASOTA, TX 77868 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1648 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 11/19/15 | ONTARIO SPECIALTY CONTRACTING INC. 333 GANSON STREET BUFFALO, NY 14203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1649 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 09/13/21 | OPPORTUNE LLP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1650 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 11/06/21 | OPPORTUNE PARTNERS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1651 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/12/19 | OPTIMAX SERVICES & SUPPLY, LLC 5233 IH 37, STE C9 CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1652 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/05/18 | OPTIMIZED PROCESS DESIGNS, LLC 25610 CLAY ROAD KATY, TX  77493 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1653 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 10/28/14 | OPTIMIZED PROCESS DESIGNS, LLC 25610 CLAY ROAD KATY, TX  77493 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1654 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/18/19 | OPTIMUM HYDROSEEDING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)                                                    Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1655 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 05/14/19 | ORACLE AMERICA, INC. PO BOX 203448 DALLAS, TX  75320-3448 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1656 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDERING DOCUMENT DATED 05/09/19 | ORACLE AMERICA, INC. PO BOX 203448 DALLAS, TX  75320-3448 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1657 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 03/23/17 | ORASCOM E&C USA, INC. 9 GREENWAY PLAZA, SUITE 800 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1658 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/16/18 | ORYX DELAWARE OIL TRANSPORT LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1659 | **State what the contract or lease is for and the nature of the debtor's interest** | TASK ORDER NOTIFICATION DATED 03/03/21 | ORYX DELAWARE OIL TRANSPORT LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1660 | **State what the contract or lease is for and the nature of the debtor's interest** | TASK ORDER NOTIFICATION DATED 08/10/21 | ORYX DELAWARE OIL TRANSPORT LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor          Strike, LLC                                    Case Number (if known)   21-90054
                (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1661** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/01/16 | ORYX SOUTHERN DELAWARE OIL GATHERING AND TRANSPORT LLC ADDRESS ON FILE |

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1661** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/01/16 | ORYX SOUTHERN DELAWARE OIL GATHERING AND TRANSPORT LLC ADDRESS ON FILE |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |
| **2.1662** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/24/20 | ORYX WINK OIL PIPELINE LLC ADDRESS ON FILE |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |
| **2.1663** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/02/15 | OSC ENERGY, LLC PO BOX 6012 CORPUS CHRISTI, TX  78466 |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |
| **2.1664** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 11/19/19 | OSSIDIANA ENERGY ADDRESS ON FILE |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |
| **2.1665** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 11/18/19 | OSSIDIANA OPERATING LLC ADDRESS ON FILE |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |
| **2.1666** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/20/18 | OUTLAW TESTING, LLC 630 S WASHINGTON LA GRANGE, TX  78945 |
| State the term remaining | CURRENT | |
| List the contract number of any government contract | | |

Debtor    Strike, LLC                         Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1667 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/13/18 | OVAL CONSTRUCTION MANAGEMENT, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1668 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/28/18 | OVERWATCH ENTERPRISES 138 OLD SAN ANTONIO RD, 305 BOERNE, TX  78006 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1669 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/01/14 | OXY MIDSTREAM STRATEGIC DEVELOPMENT, LLC 5 GREENWAY PLAZA STE 110 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1670 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO COMMERCIAL TERMS (CONTRACT NO. 30000005890) DATED 05/30/18 | OXY SENM GATHERING LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1671 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 04/27/20 | OXY USA INC. 5 GREENWAY PLAZA, SUITE 110 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1672 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/06/16 | OXY USA INC. 5 GREENWAY PLAZA, SUITE 110 HOUSTON, TX  77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1673 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/16/11 | OXY USA INC. 5 GREENWAY PLAZA, SUITE 110 HOUSTON, TX 77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1674 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/27/20 | OXY USA INC. 5 GREENWAY PLAZA, SUITE 110 HOUSTON, TX 77046 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1675 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/05/18 | P AND J ELECTRIC CO. PO BOX 981 SAN DIEGO, TX 78384 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1676 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/13/19 | PAISANO LEASE COMPANY, INC. PO BOX 598 FREER, TX 78357 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1677 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY CONSTRUCTION AGREEMENT DATED 04/11/14 | PANDA TEMPLE POWER II, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1678 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY CONSTRUCTION AGREEMENT DATED 06/06/14 | PANDA TEMPLE POWER II, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
         (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1679 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY CONSTRUCTION AGREEMENT DATED 07/29/13 | PANDA TEMPLE POWER, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1680 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 10/06/08 | PANHANDLE EASTERN PIPE LINE COMPANY, LP 5051 WESTHEIMER RD SUITE 1428 HOUSTON, TX 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1681 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 01/29/21 | PANHANDLE EASTERN PIPE LINE COMPANY, LP 5051 WESTHEIMER RD SUITE 1428 HOUSTON, TX 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1682 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/29/21 | PANHANDLE ENERGY 5051 WESTHEIMER RD SUITE 1428 HOUSTON, TX 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1683 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/10/21 | PAN-OP NDT, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1684 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/21/14 | PARADIGM ENERGY PARTNERS, LLC 545 E. JOHN CARPENTER FREEWAY, ST. 800 IRVING, TX 75062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
           (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1685 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/01/20 | PARADIGM MIDSTREAM SERVICES - CM, LLC 545 E. JOHN CARPENTER FREEWAY SUITE 800 IRVING, TX 75062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1686 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/21/14 | PARADIGM MIDSTREAM SERVICES - DC, LLC 545 E. JOHN CARPENTER FREEWAY SUITE 800 IRVING, TX 75062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1687 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/01/20 | PARADIGM MIDSTREAM SERVICES - ND, LLC 545 E. JOHN CARPENTER FREEWAY SUITE 800 IRVING, TX 75062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1688 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/21/14 | PARADIGM MIDSTREAM SERVICES - ND, LLC 545 E. JOHN CARPENTER FREEWAY SUITE 800 IRVING, TX 75062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1689 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/01/20 | PARADIGM MIDSTREAM SERVICES - ST, LLC 545 E. JOHN CARPENTER FREEWAY SUITE 800 IRVING, TX 75062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1690 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/21/14 | PARADIGM MIDSTREAM SERVICES - ST, LLC 545 E. JOHN CARPENTER FREEWAY SUITE 800 IRVING, TX 75062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1691 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 02/15/17 | PARFAB MECHANICAL SERVICES, INC. 8727 FREEDOM LANE, BAYTOWN, TX. 77523 PO BOX 1199, MONT BELVIEU, TX. 77580-119 BAYTOWN, TX  77523 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1692 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/21/20 | PARK DEROCHIE (COUTINGS & LININGS) LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1693 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/07/19 | PARTECH WORLDWIDE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1694 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES DATED 11/30/11 | PASADENA REFINING SYSTEM, INC. 111 RED BLUFF ROAD PASADENA, TX  77506 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1695 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO MEMBERSHIP INTEREST AND WARRANT PURCHASE AND REDEMPTION AGREEMENT DATED 08/30/13 | PATE HOLDING COMPANY, L.L.P. 1800 HUGHES LANDING BLVD, SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1696 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMBERSHIP INTEREST AND WARRANT PURCHASE AND REDEMPTION AGREEMENT DATED 07/20/13 | PATE HOLDING COMPANY, L.L.P. 1800 HUGHES LANDING BLVD, SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1697 | **State what the contract or lease is for and the nature of the debtor's interest** | REGULATIONS (OF COMPANY) DATED 10/28/19 | PATE HOLDING COMPANY, LP 1800 HUGHES LANDING BLVD, SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1698 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE DATED 08/01/18 | PATE LODGE, LLC 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1699 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/01/19 | PATRIOT CONSTRUCTION AND INDUSTRIAL LLC 1026 TOBY MOUTON ROAD DUSON, LA  70529 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1700 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/01/19 | PATT ENTERPRISES, INC DBA 405 HDD SERVICES 15 EAST 15TH EDMOND, OK  73013 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1701 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT DATED 12/13/19 | PAYSCALE, INC. 75 REMITTANCE DR DEPT 1343 CHICAGO, IL  60675-1343 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1702 | **State what the contract or lease is for and the nature of the debtor's interest** | SHORT FORM CONTRACT DATED 08/09/11 | PB ENERGY STORAGE SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
         (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1703 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/08/18 | PE BEN USA, INC. 13738 FM 529 ROAD HOUSTON, TX 77041 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1704 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 10/10/12 | PEAK ROOFING, INC. 451 ANTOINE DRIVE HOUSTON, TX 77092 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1705 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/28/20 | PEDERO PIPE SUPPORT SYSTEMS USA, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1706 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/10/19 | PEERLESS DYNAMICS LLC 7238 SPANISH GRANT GALVESTON, TX 77554 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1707 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/24/14 | PENN VIRGINIA MC ENERGY L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1708 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/24/14 | PENN VIRGINIA OIL & GAS CORPORATION 16285 PARK TEN PLACE, SUITE 500 HOUSTON, TX 77084 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1709 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/24/14 | PENN VIRGINIA OIL & GAS, L.P. 16285 PARK TEN PLACE, SUITE 500 HOUSTON, TX 77084 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1710 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/17/18 | PERCHERON PROFESSIONAL SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1711 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL CONTRACT FOR STEEL GATHERING LINE CONSTRUCTION DATED 08/19/10 | PEREGRINE PIPELINE CO., L.P. 5745 WEATHERFORD HIGHWAY GRANBURY, TX 76049 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1712 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 08/25/16 | PERENNIAL ENVIRONMENTAL SERVICES, LLC 13100 NORTHWEST FREEWAY STE 150 HOUSTON, TX 77040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1713 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/25/13 | PERMIAN ANCHORS, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1714 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINGENCY RECRUITMENT SERVICE AND FEE AGREEMENT DATED 12/19/16 | PERSPECTIVE TALENT LLC 57 NIGUEL POINTE DR LAGUNA NIGUEL, CA 92677 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1715 | **State what the contract or lease is for and the nature of the debtor's interest** | STAFFING SERVICES AGREEMENT DATED 03/10/17 | PERSPECTIVE TALENT, LLC 57 NIGUEL POINTE DR LAGUNA NIGUEL, CA  92677 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1716 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION ORDER FORM DATED 02/02/15 | PERVASIVE SOFTWARE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1717 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AUTOMATED MONITORING SERVICES AGREEMENT DATED 04/16/19 | PETROCLOUD, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1718 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL AGREEMENT DATED 07/01/13 | PETROHAWK ENERGY CORPORATION, INC. 1908 N LAURENT STREET SUITE 330 VICTORIA, TX  77901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1719 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 02/11/10 | PETROHAWK ENERGY CORPORATION, INC. 1908 N LAURENT STREET SUITE 330 VICTORIA, TX  77901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1720 | **State what the contract or lease is for and the nature of the debtor's interest** | PO PFC FPBM0922 DATED 09/22/21 | PETROLEUM FUELS COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC   Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1721 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/04/21 | PETROLINK USA, LLC 16014 FOSTER STREET OVERLAND PARK, KS  66085 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1722 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/17/06 | PETROMAX OPERATING CO., INC. 603 MAIN STREET SUITE 201 GARLAND, TX  75040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1723 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/17/06 | PETROMAX OPERATING COMPANY, INC. 603 MAIN STREET SUITE 201 GARLAND, TX  75040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1724 | **State what the contract or lease is for and the nature of the debtor's interest** | USA DOWNSTREAM MASTER SERVICE AGREEMENT DATED 05/12/14 | PHILLIPS 66 COMPANY 2331 CITY WEST BLVD. HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1725 | **State what the contract or lease is for and the nature of the debtor's interest** | USA MASTER SERVICES AGREEMENT DATED 04/18/19 | PHILLIPS 66 COMPANY 2331 CITY WEST BLVD. HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1726 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/05/18 | PIN OAK 2209 NORTH PADRE ISLAND DR., SUITE AC CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC   Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1727 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/29/18 | PIN OAK 2209 NORTH PADRE ISLAND DR., SUITE AC CORPUS CHRISTI, TX  78408 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1728 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/19/16 | PIONEER NATURAL RESOURCES COMPANY 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1729 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PIONEER NATURAL RESOURCES PUMPING SERVICES, LLC 5205 N. O'CONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1730 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/19/16 | PIONEER NATURAL RESOURCES PUMPING SERVICES, LLC 5205 N. O'CONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1731 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PIONEER NATURAL RESOURCES PUMPING SERVICES, LLC 5205 N. O'CONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1732 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PIONEER NATURAL RESOURCES USA, INC. 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1733 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/19/16 | PIONEER NATURAL RESOURCES USA, INC. 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1734 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PIONEER NATURAL RESOURCES USA, INC. 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1735 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE/SALES AGREEMENT DATED 11/15/11 | PIONEER NATURAL RESOURCES USA, INC. 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1736 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/19/16 | PIONEER NATURAL RESOURCES WATER MANAGEMENT, LLC MSC #200 PO BOX 4437 HOUSTON, TX  77210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1737 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PIONEER NATURAL RESOURCES WELL SERVICES, LLC 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1738 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/19/16 | PIONEER NATURAL RESOURCES WELL SERVICES, LLC 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1739 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PIONEER NATURAL RESOURCES WELL SERVICES, LLC 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1740 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER DATED 03/17/21 | PIONEER NATURAL RESOURCES 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1741 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/19/16 | PIONEER SANDS, LLC 9137 S. RIDGELINE BLVD. HIGHLANDS RANCH, CO  80129 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1742 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PIONEER WATER MANAGEMENT LLC MSC #200 PO BOX 4437 HOUSTON, TX  77210 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1743 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PIONEER WATER MANAGEMENT LLC MSC #200 PO BOX 4437 HOUSTON, TX  77210 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1744 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/03/20 | PIPE FREEZING SERVICES, INC PO BOX 105 PETAL, MS  39465 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor      Strike, LLC                                    Case Number (if known)      21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1745 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/30/21 | PIPELINE CONTROLS & SERVICE, INC. 2090 DUNWOODY CLUB DRIVE SUITE 106-269 ATLANTA, GA  30350 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1746 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 08/18/20 | PIPELINE MACHINERY INTL., LP 15434 CYPRESS N HOUSTON CYPRESS, TX  77429 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1747 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 09/15/20 | PIPELINE MACHINERY INTL., LP 15434 CYPRESS N HOUSTON CYPRESS, TX  77429 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1748 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/18/20 | PIPELINE MACHINERY INTL., LP 15434 CYPRESS N HOUSTON CYPRESS, TX  77429 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1749 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 03/17/14 | PLAINS MARKETING, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1750 | **State what the contract or lease is for and the nature of the debtor's interest** | WORK ORDER LUMP SUM DATED 12/21/20 | PLAINS MARKETING, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1751 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/13/19 | PLATINUM PETROLEUM SERVICES, LLC PO BOX 70040 ODESSA, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1752 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/10/19 | PLAYER AND COMPANY, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1753 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/03/21 | PLS CONSTRUCTION INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1754 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/13/21 | PMP DIRECTIONAL LLC PO BOX 3188 CLAREMORE, OK  74018 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1755 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/25/19 | POLARIS SERVICES, LLC 3611 N FM 51 WEATHERFORD, TX  76085 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1756 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/05/20 | POND & COMPANY 3500 PARKWAY LANE, SUITE 500 PEACHTREE CORNERS, GA  30092 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Strike, LLC
        (Name)

Case number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1757 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT DATED 05/30/20 | PORT ARTHUR TERMINAL LLC ("TRANSFEROR") ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1758 | **State what the contract or lease is for and the nature of the debtor's interest** | NOVATION AGREEMENT DATED 09/01/20 | PORT ARTHUR TERMINAL LLC ("TRANSFEROR") ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1759 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECT AGREEMENT DATED 06/23/20 | PORT ARTHUR TERMINAL LLC, AND COLLECTIVE LENDERS (MUFG BANK, LTD. AS ADMINISTRATIVE AGENT) ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1760 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR'S RIGHT OF ENTRY DATED 06/20/16 | PORT TERMINAL RAILROAD ASSOCIATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1761 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/13/17 | PORT-A-JOHN, INC. PO BOX 6180 SHREVEPORT, LA  71136 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1762 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/01/06 | PORTA-LATHE, INC PO BOX 74321 CLEVELAND, OH  44194-1321 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC                                        Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1763 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE DATED 03/01/20 | POST OAK HOLDINGS LLC 1147 BRITTMOORE SUITE 4 HOUSTON, TX 77043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1764 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/29/09 | POSTROCK ENERGY CORPORATION 210 PARK AVE SUITE 2750 OKLAHOMA CITY, OK 73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1765 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 08/29/18 | POTAC, LLC 6600 UP RIVER ROAD CORPUS CHRISTI, TX 78409 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1766 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT EXTENDING TERM DATED 08/20/19 | POTAC, LLC 6600 UP RIVER ROAD CORPUS CHRISTI, TX 78409 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1767 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT EXTENDING TERM DATED 11/27/19 | POTAC, LLC 6600 UP RIVER ROAD CORPUS CHRISTI, TX 78409 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1768 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/05/18 | POTAC, LLC 6600 UP RIVER ROAD CORPUS CHRISTI, TX 78409 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                     Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1769 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS AND CONDITIONS DATED 04/22/21 | POWER MOTIVE CORPORATION PO BOX 912377 DENVER, CO 80291-2377 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1770 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/14/18 | PPI SECURITY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1771 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE END USER LICENSE AGREEMENT DATED 06/29/18 | PRAGMATIC WORKS SOFTWARE, INC. 75 REMITTANCE DRIVE DEPT. 6633 CHICAGO, IL 60675-6633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1772 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/09/19 | PRARIE INDUSTRIAL GROUP LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1773 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/05/21 | PRECISION DRILLING SERVICES, LLC P.O. BOX 2972 WEST MONROE, LA 71294 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1774 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/16/16 | PRECISION HDD, LLC 20197 MAY AVENUE PURCELL, OK 73080 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
         (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1775 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/25/20 | PREFERRED CONTRACTORS, LLC PO BOX 1540 WINNIE, TX  77665 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1776 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PREMIER SILICA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1777 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE/SALES AGREEMENT DATED 09/17/15 | PREMIER SILICA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1778 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 09/18/15 | PRIME ENERGY SERVICES, LLC 654 N SAM HOUSTON PKWY E STE 300 HOUSTON, TX  77060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1779 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 10/07/15 | PRIME ENERGY SERVICES, LLC 654 N SAM HOUSTON PKWY E STE 300 HOUSTON, TX  77060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1780 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/19/20 | PRIME NDT SERVICES, INC. 4345 INDEPENDENCE DRIVE SCHNECKSVILLE, PA  18078 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)
                                                        Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1781 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/08/09 | PRIORITY ENERGY SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1782 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/24/19 | PRO GRO ENVIRONMENTAL, LLC 458 HILLVALE RD SOMERSET, PA  15501 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1783 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/07/20 | PROACTIVE SAFETY SOLUTIONS, LLC PO BOX 87334 BATON ROUGE, LA  70879 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1784 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000872 DATED 05/19/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1785 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000878 DATED 06/01/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1786 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000889 DATED 06/16/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1787 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000891 DATED 06/21/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1788 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000899 DATED 06/24/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1789 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000926 DATED 08/04/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1790 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000950 DATED 09/07/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1791 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000956 DATED 09/15/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1792 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000980 DATED 10/07/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)    21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1793 | **State what the contract or lease is for and the nature of the debtor's interest** | PO J10000995 DATED 10/18/21 | PROCONEX 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1794 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER NO J10001017 DATED 11/30/21 | PROCONEX, INC. 103 ENTERPRISE DRIVE ROYERSFORD, PA  19468 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1795 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 02/12/18 | PROCORE TECHNOLOGIES, INC. DEPT CH 10757 PALATINE, IL  60055-0757 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1796 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/08/21 | PRO-CUT CONSTRUCTION SERVICES, INC. 3939 TRINDLE ROAD CAMP HILL, PA  17011 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1797 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/06/19 | PROFAB CONSTRUCTION & SUPPLY INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1798 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/09/08 | PROFESSIONAL SERVICE INDUSTRIES, INC. PO BOX 74008418 CHICAGO, IL  60674-8418 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
           (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1799 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/19/20 | PROFICIENT FABRICATION & CONSULTING COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1800 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/16/19 | PROFIRE ENERGY, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1801 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES AGREEMENT DATED 12/05/17 | PROJECT PARTNERS, LLC 520 PURISSIMA STREET HALF MOON BAY, CA  94019 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1802 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/01/18 | PRO-SURVE TECHNICAL SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1803 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/08/19 | PROTEK PARTNERS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1804 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/12/19 | PSNC ENERGY 800 GASTON ROAD GASTONIA, NC  28056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)                                      Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1805 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/17/21 | PURGE ENERGY SERVICES LLC 1500 ASHWOOD DRIVE CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1806 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 08/16/17 | PURSUIT OIL & GAS, LLC 840 GESSNER, SUITE 850 HOUSTON, TX  77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1807 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL AGREEMENT DATED 03/09/12 | QEP ENERGY COMPANY 1050 17TH STREET SUITE 500 DENVER, CO  80265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1808 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/07/20 | QP ENERGY SERVICES, LLC 1221 SOUTH MAIN ST STE 208 BOERNE, TX  78006 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1809 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 12/21/06 | QUAIL CREEK COMPANIES 13831 QUAIL POINTE DRIVE OKLAHOMA CITY, OK  73134 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1810 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/21/06 | QUAIL CREEK COMPANIES 13831 QUAIL POINTE DRIVE OKLAHOMA CITY, OK  73134 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1811 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/13/20 | QUALITY CONSTRUCTION AND PRODUCTION LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1812 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/01/18 | QUALITY GATE & CONTROLS, LLC PO BOX 60593 MIDLAND, TX  79711 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1813 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/10/11 | QUALITY INSPECTION & TESTING, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1814 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/20/17 | QUALITY RIGHT OF WAY MAINTENANCE 9234 E. 72ND ST. REED CITY, MI  49677 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1815 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/23/17 | QUELL PETROLEUM SERVICES, INC DBA MONAHANS NIPPLE-UP SERVICE ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1816 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 05/18/20 | QUENTELLE, LLC 1715 HWY 35 N., 206 MIDDLETOWN, NJ  7748 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC                                    Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1817 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/29/09 | QUEST MIDSTREAM PARTNERS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1818 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 09/30/19 | QUICK WATER SERVICES, LLC DBA QUIK TRANSPORTS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1819 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/19/19 | R&D WATTERS SEPTIC SERVICE ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1820 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 09/01/16 | R&R CONTRACTING, INC. 5201 NORTH WASHINGTON STREET GRAND FORKS, ND  58203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1821 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/03/18 | R&T ELLIS EXCAVATING, INC. 3000 SOUTH 349 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1822 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 03/19/12 | R. LACY SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC
            (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1823 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/15/15 | R.E. GAS DEVELOPMENT, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1824 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/12/18 | R.J. WILLIAMS ENTERPRISE DBA DIVERSIFIED PETROLEUM SOLUTIONS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1825 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 04/25/17 | R.J. WILLIAMS ENTERPRISE DBA DIVERSIFIED PETROLEUM SOLUTIONS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1826 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/20/20 | R.W. SHELTON SERVICES, INC P.O. BOX 306 MCLEOD, TX  75565 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1827 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 06/06/16 | RAILPROS FIELD SERVICES, INC. 1705 W. NW HWY., STE. 150 GRAPEVINE, TX  76051 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1828 | **State what the contract or lease is for and the nature of the debtor's interest** | WATER RELEASE AGREEMENT DATED 01/04/19 | RALPH H. FITE ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1829 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS DATED 04/17/20 | RAM TOOL & SUPPLY CO., INC. PO BOX 743487 ATLANTA, GA  30374-3487 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1830 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/12/20 | RAPID TRANSPORT, LTD ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1831 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/04/19 | RAVAN INC, DBA TRU-TEK DRILLING 13116 STATE HWY 18 CONNEAUT LAKE, PA  16316 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1832 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/13/21 | RCI CONSULTANTS, INC. DBA RCI ENERGY GROUP 17314 SH 249, SUITE 350 HOUSTON, TX  77064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1833 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 11/15/17 | RCO FABRICATION LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1834 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/07/20 | RECOIL OILFIELD SERVICES, LLC 8177 SKYLINE DRIVE BLANCHARD, OK  73010 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                          Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1835 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/28/16 | RED WILLOW PRODUCTION COMPANY 14933 HIGHWAY 172 PO BOX 369 IGNACIO, CO  81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1836 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS WORK OR SERVICE AGREEMENT DATED 01/31/14 | RED WILLOW PRODUCTION, LLC 14933 HIGHWAY 172 PO BOX 369 IGNACIO, CO  81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1837 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/02/18 | REDHAWK INDUSTRIAL SERVICES, LLC 1376 SWISCO RD SULPHUR, LA  70665 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1838 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/05/13 | REDI SERVICES LLC PO BOX 310 LYMAN, WY  82937 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1839 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/24/08 | REGENCY GAS SERVICES LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1840 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 06/09/20 | REGENCY MARCELLUS GAS GATHERING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1841 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/26/07 | RELIANCE ENERGY, INC. 1501 N PLANO ROAD RICHARDSON, TX  75081 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1842 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/26/07 | RELIANCE HOLDING USA, INC. 2000 WEST SAM HOUSTON PARKWAY SOUTH SUIT E 700 HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1843 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/13/00 | REMINGTON OIL AND GAS CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1844 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 03/29/17 | REMOTE MEDICINE, INC. DBA REMOTE MEDICAL INTERNATIONAL 4259 23RD AVE WEST SUITE 200 SEATTLE, WA  98199 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1845 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/16/20 | REN SERVICES, INC. P.O. BOX 459 AGUA DULCE, TX  78330 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1846 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT DATED 11/15/19 | RENECK CONSULTING, LLC 5407 LANDING VIEW CT ROSHARON, TX  77583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)                                                    Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1847 | State what the contract or lease is for and the nature of the debtor's interest | PREFERRED SERVICE AGREEMENT DATED 03/01/18 | REPUBLIC SERVICES NATIONAL ACCOUNTS ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1848 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/08/20 | REPUBLIC TESTING LABRATORIES, LLC 3670 UNDERWOOD RD LA PORTE, TX  77571 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1849 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR SERVICES DATED 12/07/16 | RES (CONSTRUCTION), LP ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1850 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 05/06/21 | RESOLUTE COMPLIANCE, LLC 115 FM 2453, STE A ROYSE CITY, TX  75189 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1851 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/08/20 | RESOLUTE ENVIRONMENTAL & RESPONSE SERVICES LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1852 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/01/17 | REX ENERGY CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor        Strike, LLC

(Name)

Case Number (if known)        21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1853 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/15/15 | REX ENERGY I, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1854 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/25/17 | RICE DRILLING B, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1855 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/25/17 | RICE DRILLING D, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1856 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT DATED 09/24/19 | RICHARD FENNER PO BOX 97 FREER, TX  78357 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1857 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/24/18 | RICHARD FENNER PO BOX 97 FREER, TX  78357 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1858 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/19/18 | RICHARD FENNER PO BOX 97 FREER, TX  78357 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1859 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/24/19 | RICHARD FENNER PO BOX 97 FREER, TX  78357 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1860 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/31/20 | RICHARD FENNER PO BOX 97 FREER, TX  78357 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1861 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/17 | RICHLINE TECHNICAL SERVICES, LLC PO BOX 1399 CORPUS CHRISTI, TX  78403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1862 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/25/14 | RILEY INDUSTRIAL SERVICES, INC. PO BOX 2014 FARMINGTON, NM  87499 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1863 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/27/05 | RINCON PETROLEUM CORP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1864 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/27/05 | RINCON PETROLEUM CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1865 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/07/18 | RIVER & ROADS DIRECTIONAL DRILLING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1866 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 10/30/20 | RIVER CITY EQUIPMENT RENTAL & SALES, INC. 649 FINLEY ISLAND RD DECATUR, AL  35601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1867 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 10/30/20 | RIVER CITY EQUIPMENT RENTAL & SALES, INC. 649 FINLEY ISLAND RD DECATUR, AL  35601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1868 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER AGREEMENT FOR TEMPORARY SERVICES DATED 10/31/17 | ROBERT HALF INTERNATIONAL INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1869 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 04/27/20 | ROBERT WIGGINS 5903 W PORT ARTHUR RD PORT ARTHUR, TX  77640 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1870 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/20/20 | ROBINSON PIPE CLEANING COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
                                                          Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1871 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/01/08 | ROCK ENGINEERING & TESTING ATTN: ACCOUNTS RECEIVABLE 6817 LEOPARD ST CORPUS CHRISTI, TX  78409-1703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1872 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 01/19/15 | ROCKIES EXPRESS PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1873 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 02/27/19 | ROCK-IT NATURAL STONE PO BOX 410 LINDA LANE WISTER, OK  74966 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1874 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 12/13/18 | ROCK'N SEVENTY SEVEN TRUCKING LLC 70 COUNTY ROAD 5245 BLOOMFIELD, NM  87413 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1875 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/15/20 | ROOD ENTERPRISES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1876 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE TO PURCHASE ORDER 4500572966 DATED 05/07/21 | ROSEN USA ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC

Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1877 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/30/13 | ROSETTA RESOURCES OPERATING LP 717 TEXAS SUITE 2800 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1878 | **State what the contract or lease is for and the nature of the debtor's interest** | WORK ORDER DATED 08/16/21 | ROWC ENERGY SERVICES 4761 S LOOP 464 RD MONAHANS, LA  79756 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1879 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 08/13/21 | ROWC ENERGY SERVICES, LLC 4761 S LOOP 464 RD MONAHANS, LA  79756 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1880 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/22/19 | RPM SERVICES, LLC PO BOX 747 ROSHARON, TX  77583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1881 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/05/20 | RSK TRANSPORT, LLC PO BOX 4266 CORPUS CHRISTI, TX  78469 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1882 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/05/20 | RSK TRANSPORT, LLC PO BOX 4266 CORPUS CHRISTI, TX  78469 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)                                                    Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1883 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/24/19 | R-SQUARED GLOBAL LLC 1309 LOUISVILLE AVENUE MONROE, LA  71201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1884 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 04/28/20 | RT ELLIS PIPELINE SERVICES 3000 SOUTH 349 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1885 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/12/20 | RTD ENTERPRISES, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1886 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/03/20 | RUSTY'S OILFIED SERVICE COMPANY, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1887 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/24/04 | RUWCO OIL AND GAS CORP 802 RIO GRANDE AUSTIN, TX  78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1888 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 01/11/17 | RWDY, INC. PO BOX 731152 DALLAS, TX  75373-1152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1889 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/09/12 | S&N FENCE, LP DBA FENCE CO ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1890 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/18/16 | S&P CLEARING 392 SWEET HOME ROAD BROKEN BOW, OK  74728 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1891 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/08/19 | S&S SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1892 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/05/17 | S2W CONTRACTING, LLC PO BOX 422 CLARKS SUMMIT, PA  18411 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1893 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDING AGREEMENT DATED 06/06/17 | SABAL TRAIL TRANSMISSION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1894 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/01/15 | SABINE PASS LIQUIFICATION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1895 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 01/10/18 | SABINE PASS LIQUIFICATION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1896 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/01/19 | SACRAMENTO LAND INVESTMENTS, LLC 4616 N CONWAY MISSION, TX  78573 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1897 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/01/19 | SACREMENTO LAND INVESTMENTS, LLC 4616 N CONWAY MISSION, TX  78573 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1898 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/13/19 | SADDLEHORN PIPELINE COMPANY LLC ONE WILLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1899 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/16/19 | SADDLEHORN PIPELINE COMPANY, LLC ONE WILLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1900 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/24/20 | SAECO ELECTRIC & UTILITY, LTD PO BOX 841 HELOTES, TX  78023 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC                                          Case Number (if known)   21-90054

(Name)

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1901 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/12/15 | SAENZ CONSTRUCTION, LLC PO BOX 1348 GEORGE WEST, TX  78022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1902 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/12/20 | SAFE HANDS EHS CONSULTING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1903 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/05/18 | SAFEFRACK LLC PO BOX 117366 ATLANTA, GA  30368-7366 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1904 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/17/14 | SAGA PETROLEUM LLC 600 17TH STREET SUITE 1700N DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1905 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/29/18 | SAGEBRUSH PIPELINE EQUIPMENT CO., INC. PO BOX 9947 TULSA, OK  74157 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1906 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/18/17 | SALT CREEK MIDSTREAM, LLC 20329 STATE HIGHWAY 249 4TH FLOOR HOUSTON, TX  77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1907 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/06/19 | SALT CREEK MIDSTREAM, LLC 20329 STATE HIGHWAY 249 4TH FLOOR HOUSTON, TX 77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1908 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/01/20 | SAMSON FABRICATORS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1909 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/01/09 | SAMSON RESOURCES COMPANY 2 WEST 2ND STREET TULSA, OK 74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1910 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/03/14 | SANCHEZ OIL AND GAS CORPORATION 1000 MAIN ST SUITE 3000 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1911 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/22/10 | SANDRIDGE ENERGY, INC. 123 ROBERT S. KERR AVE. OKLAHOMA CITY, OK 73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1912 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/03/03 | SANTOS USA CORP. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1913 | State what the contract or lease is for and the nature of the debtor's interest | REFERENCE AND TERMS DATED 09/30/20 | SATELITTE SHELTERS PO BOX 860700 MINNEAPOLIS, MN  55486-0700 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1914 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT DATED 07/22/15 | SAULSBURY INDUSTRIES 2951 E INTERSTATE 20 ODESSA, TX  79766 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1915 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 11/13/19 | SCADA SYSTEMS, LLC 2451 SE 3701 ANDREWS, TX  79714 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1916 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS DATED 05/11/18 | SCANA CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1917 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 02/14/20 | SCHROCK FENCE COMPANY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1918 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 12/06/19 | SCM ALPINE, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor        Strike, LLC

(Name)

Case Number (if known)        21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1919 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/06/19 | SCM CRUDE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1920 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/06/19 | SCM WATER, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1921 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/29/19 | SCOTT ANDREWS, INC DBA S&J CONTRACTORS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1922 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/26/20 | SCOTT ELECTRIC COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1923 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/15/17 | SEALEVEL CONSTRUCTION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1924 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 09/18/13 | SEAWAY CRUDE PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1925 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/16/21 | SECURADYNE SYSTEMS INTERMEDIATE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1926 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL OILFIELD SERVICES AGREEMENT DATED 01/01/11 | SEECO, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1927 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/01/19 | SEFTON STEEL, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1928 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/19/20 | SELECT ENVIRONMENTAL, INC PO BOX 732711 DALLAS, TX  75373-2711 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1929 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/06/20 | SELECT SAFETY SERVICES LLC PO BOX 9787 CORPUS CHRISTI, TX  78469 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1930 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/10/19 | SEMGAS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC   Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1931 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/10/07 | SEMGROUP 6120 SOUTH YALE AVENUE SUITE 1500 TULSA, OK  74136-4216 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1932 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERMITTENT SERVICES AGREEMENT DATED 09/10/07 | SEMMATERIALS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1933 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/27/17 | SENTINEL INTEGRITY SOLUTIONS INC 6606 MILLER RD 2 HOUSTON, TX  77049 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1934 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/13/20 | SENTRY ON-SITE SECURITY CORPORATION 905 WILDBRIAR DR LUFKIN, TX  75904 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1935 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/20/20 | SERVERLESS SOLUTIONS, LLC 825 TOWN AND COUNTRY LANE 12TH FLOOR HOUSTON, TX  77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1936 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/14/07 | SHAMROCK VACUUM SERVICE INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1937 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/22/20 | SHEET PILING SERVICES, LLC 6872 STATE HWY 66 CUSTER, WI  54423 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1938 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 06/01/21 | SHIPP ENGINEERING SERVICES, LLC 4862 HIGHTECH DR. TYLER, TX  75703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1939 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER 4700640369 DATED 03/02/21 | SICK PCA DEPT CH 16947 PALATINE, IL  60055-6047 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1940 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER 4700806002 DATED 08/09/21 | SICK PCA DEPT CH 16947 PALATINE, IL  60055-6047 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1941 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER 4700858197 DATED 09/30/21 | SICK PCA DEPT CH 16947 PALATINE, IL  60055-6047 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1942 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER 4700870927 DATED 10/13/21 | SICK PCA DEPT CH 16947 PALATINE, IL  60055-6047 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC
              (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1943 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/28/05 | SIERRA RESOURCES, LLC 333 CLAY STREET SUITE 3600 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1944 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/18/18 | SIGMA EQUIPMENT, LLC 321 S. BOSTON SUITE 200 TULSA, OK  74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1945 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LEASE AGREEMENT DATED 02/04/19 | SIGNATURE FINANCIAL LLC P.O. BOX 5524 HICKSVILLE, NY  11802-5524 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1946 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/05/20 | SIMPSON EXCAVATING, INC PO BOX 204 CORSICA, PA  15829 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1947 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/30/20 | SIP SERVICES LLC 3049 GULFWAY DRIVE PORT ARTHUR, TX  77642 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1948 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/30/20 | SITEWATCH ONE 2323 OAK ALLEY TYLER, TX  75703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor       Strike, LLC                                    Case Number (if known)     21-90054
             (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1949 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/13/17 | SKID-O-KAN PO BOX 1126 CORPUS CHRISTI, TX  78403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1950 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/11/14 | SM ENERGY 1775 SHERMAN STREET SUITE 1200 DENVER, CO  80203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1951 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 08/26/15 | SMART MATERIALS INC 1404 WALLISVILLE RD LIBERTY, TX  77575 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1952 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 07/15/15 | SMART OILFIELD SERVICES PO BOX 3002 LIBERTY, TX  77575 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1953 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/01/21 | SMARTBRIDGE, LLC 2000 W SAM HOUSTON PARKWAY S STE 200 HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1954 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/15/18 | SMITH CONSTRUCTORS, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1955 | **State what the contract or lease is for and the nature of the debtor's interest** | HAUL ROUTE AGREEMENT DATED 02/08/16 | SMITH COUNTY, TEXAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1956 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/30/17 | SMITH ENERGY SERVICES, INC. PO BOX 4896, DEPT. 999235 HOUSTON, TX  77210-4896 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1957 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/05/18 | SMITH EQUIPMENT SERVICES, LLC 201 LAKEWAY DR. BROOKELAND, TX  75931 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1958 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/17/18 | SMITH INDUSTRIES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1959 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/16/20 | SMITH PAVING & CONSTRUCTION CO INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1960 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 02/27/12 | SMITHERS MERCHANT BUILDERS, LP 6009 GREEN ACRES LANE FORT CALHOUN, NE  68023 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1961** **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE ENGAGEMENT STATEMENT OF WORK DATED 06/01/19 | SOGETI USA, LLC 28309 NETWORK PLACE CHICAGO, IL 60673-1283 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1961** | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE ENGAGEMENT STATEMENT OF WORK DATED 06/01/19 | SOGETI USA, LLC 28309 NETWORK PLACE CHICAGO, IL 60673-1283 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1962** | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 06/06/16 | SOGETI USA, LLC 28309 NETWORK PLACE CHICAGO, IL 60673-1283 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1963** | **State what the contract or lease is for and the nature of the debtor's interest** | END USER LICENSE AND TECHNICAL SUPPORT AND MAINTENANCE AGREEMENT DATED 12/22/20 | SOURCECODE NORTH AMERICA, INC. 3003 TASMAN DRIVE SANTA CLARA, CA 95054 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1964** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/25/17 | SOUTH TEXAS CRANE SERVICE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1965** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/15/18 | SOUTH TEXAS DUMPSTERS & RENTAL ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.1966** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS DATED 02/26/18 | SOUTH TEXAS ELECTRIC COOPERATIVE, INC. 23601 W FM 490 EDINBURG, TX 78541 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)   21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1967 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS DATED 04/26/18 | SOUTH TEXAS ELECTRIC COOPERATIVE, INC. 23601 W FM 490 EDINBURG, TX  78541 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1968 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 03/19/20 | SOUTH TEXAS GATEWAY TERMINAL LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1969 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 03/13/20 | SOUTH TEXAS GATEWAY TERMINAL LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1970 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/10/10 | SOUTHCROSS ENERGY GP, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1971 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/16/13 | SOUTHCROSS ENERGY PARTNERS, LP 1717 MAIN STREET SUITE 5200 DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1972 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/18/20 | SOUTHEAST DIRECTIONAL DRILLING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1973 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDING AGREEMENT DATED 07/29/09 | SOUTHEAST SUPPLY HEADER, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1974 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 03/07/19 | SOUTHERN PIPE & SUPPLY CO., INC. DBA SOUTHERN TRUCKING PO BOX 5738 MERIDIAN, MS  39302 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1975 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/07/18 | SOUTHERN PIPELINE CONSTRUCTION COMPANY, INC. DEPT 144 PO BOX 1000 MEMPHIS, TN  38103-0144 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1976 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/16/19 | SOUTHERN SECURITY & SAFETY SOLUTIONS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1977 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/22/19 | SOUTHERN SERVICES INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1978 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/09/15 | SOUTHERN STAR CENTRAL GAS PIPELINE, INC. P.O. BOX 20010 OWENSBORO, KY  42304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)                                                    Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1979** **State what the contract or lease is for and the nature of the debtor's interest** MISCELLANEOUS WORK OR SERVICE AGREEMENT DATED 04/28/16 **State the term remaining** CURRENT **List the contract number of any government contract** | SOUTHERN UTE INDIAN TRIBE D/B/A RED WILLOW PRODUCTION COMPANY 356 OURAY DRIVE IGNACIO, CO 81137 |
| **2.1980** **State what the contract or lease is for and the nature of the debtor's interest** REFERENCE AND TERMS DATED 09/16/20 **State the term remaining** CURRENT **List the contract number of any government contract** | SOUTHWEST AG INC 39927 HWY. 160 GEM VILLAGE BAYFIELD, CO 81122 |
| **2.1981** **State what the contract or lease is for and the nature of the debtor's interest** INDUSTRIAL LEASE AGREEMENT DATED 08/01/18 **State the term remaining** CURRENT **List the contract number of any government contract** | SOUTHWEST LIVESTOCK & TRUCKING CO., INC. PO BOX 1187 DEL RIO, TX 78841 |
| **2.1982** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICES AGREEMENT DATED 01/01/11 **State the term remaining** CURRENT **List the contract number of any government contract** | SOUTHWESTERN ENERGY COMPANY 10000 ENERGY DRIVE SPRING, TX 77389 |
| **2.1983** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT NO. 559388-001-SA01 DATED 09/14/11 **State the term remaining** CURRENT **List the contract number of any government contract** | SOUTHWESTERN ENERGY PRODUCTION COMPANY AND SEECO, INC 10000 ENERGY DRIVE SPRING, TX 77389 |
| **2.1984** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL OILFIELD SERVICES AGREEMENT DATED 01/01/11 **State the term remaining** CURRENT **List the contract number of any government contract** | SOUTHWESTERN ENERGY PRODUCTION COMPANY 10000 ENERGY DRIVE SPRING, TX 77389 |

Debtor    Strike, LLC

(Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1985 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/09/19 | SOUTHWESTERN TESTING LABRATORIES, LLC DBA STL ENGINEERS 1341 W. MOCKINGBIRD LANE 1200W DALLAS, TX  75247 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1986 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/17/17 | SPARTAN DIRECTIONAL, L.L.C. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1987 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/12/11 | SPARTAN ENERGY SERVICES, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1988 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/28/20 | SPECIALTY INDUSTRIAL, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1989 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION AGREEMENT DATED 06/30/16 | SPECTRA ENERGY TRANSMISSION II, LLC PO BOX 398 ROOSEVELT, UT  84066 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.1990 | State what the contract or lease is for and the nature of the debtor's interest | STANDING AGREEMENT DATED 10/28/15 | SPECTRA ENERGY TRANSMISSION II, LLC PO BOX 398 ROOSEVELT, UT  84066 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor      Strike, LLC                                    Case Number (if known)      21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1991 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO STANDING AGREEMENT DATED 02/17/14 | SPECTRA ENERGY TRANSMISSION, LLC PO BOX 398 ROOSEVELT, UT  84066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1992 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/28/21 | SPEED FIELD SERVICES, LLC PO BOX 1167 HUFFMAN, TX  77336 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1993 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/21/15 | SPEED TECHNICAL SERVICES LLC PO BOX 1197 MONT BELVIEU, TX  77580 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1994 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/11/18 | SPRINGFIELD CONTRACTORS INC 290 SEAKS RUN ROAD GLEN ROCK, PA  17327 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1995 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 05/02/14 | SPRINGFIELD PIPELINE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1996 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 01/15/15 | SPRINGFIELD PIPELINE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                          Case Number (if known)    21-90054

         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1997 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 06/18/14 | SPRINGFIELD PIPELINE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1998 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION CONTRACT DATED 03/04/15 | SPRINGFIELD PIPELINE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.1999 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 03/04/15 | SPRINGFIELD PIPELINE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2000 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/07/18 | SPRINT ENERGY SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2001 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/07/11 | SPRINT WASTE SERVICES LP PO BOX 732411 DALLAS, TX  75373-2411 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2002 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/30/18 | STANDARD FREIGHT, LLC 16814 N ELDRIDGE PKY SUITE B TOMBALL, TX  77377 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)      21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2003 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/07/21 | STANDARD RIG SOLUTIONS, LLC 11263 SOUTH IH35 LORENA, TX 76655 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2004 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/17/17 | STANLEY INSPECTION LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2005 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/22/16 | STANLEY PIPELINE INSPECTION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2006 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #1000031218211 DATED 12/01/21 | STARR INDEMNITY & LIABILITY COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2007 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE MAINTENANCE AGREEMENT DATED 06/27/13 | STARTEX SOFTWARE LLC 840 WEST SAM HOUSTON PKWY N SUITE 250 HOUSTON, TX 77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2008 | **State what the contract or lease is for and the nature of the debtor's interest** | MISCELLANEOUS WORK AGREEMENT DATED 03/17/09 | STATE LINE GATHERING SYSTEM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)    21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2009 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/20/19 | STATE SERVICE CO., INC. 919 COUNTY RD 4714 INGLESIDE, TX  78362 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2010 | **State what the contract or lease is for and the nature of the debtor's interest** | PO 6102-01 DATED 10/01/21 | STATELINE PROCESSING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2011 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/27/06 | STATOIL ASA ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2012 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/27/12 | STATOIL TEXAS ONSHORE PROPERTIES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2013 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/08/17 | STEEL NATION BUILDINGS, INC. 100 SOUTHPOINTE SQUARE LANE CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2014 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/08/11 | STEEL PAINTERS, INC. PO BOX 22738 BEAUMONT, TX  77720 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2015 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 12/10/12 | STELLAR ENERGY AMERICAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2016 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT MODIFICATION DATED 12/14/12 | STELLAR ENERGY AMERICAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2017 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT MODIFICATION DATED 01/03/13 | STELLAR ENERGY AMERICAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2018 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT MODIFICATION DATED 02/07/13 | STELLAR ENERGY AMERICAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2019 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT MODIFICATION DATED 02/13/13 | STELLAR ENERGY AMERICAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2020 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT MODIFICATION DATED 10/28/13 | STELLAR ENERGY AMERICAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                              Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2021 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT MODIFICATION DATED 10/31/13 | STELLAR ENERGY AMERICAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2022 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/16/17 | STERLING CRANE, LLC 9351 GRANT STREET SUITE 250 THORNTON, CO  80229 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2023 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE DATED 09/14/20 | STEVE DUPUIS EQUIPMENT INC. P.O. BOX 388 PORT NECHES, TX  77651 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2024 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/14/20 | STEVE DUPUIS EQUIPMENT INC. P.O. BOX 388 PORT NECHES, TX  77651 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2025 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/01/20 | STORAGE SOLUTIONS 1807 VALLEY HI ROAD JEFFERSON CITY, MO  65109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2026 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 04/01/19 | STRAITLINE WELL SERVICES LLC 13750 SAN PEDRO AVE STE 560 SAN ANTONIO, TX  78232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            _____
            (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2027 | **State what the contract or lease is for and the nature of the debtor's interest** | LIMITED LIABILITY COMPANY AGREEMENT<br>DATED 02/12/21 | STRIKE HOLDCO, LLC<br>ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2028 | **State what the contract or lease is for and the nature of the debtor's interest** | JOINT WRITTEN CONSENT<br>DATED 09/08/21 | STRIKE INVESTMENT, LLC - STRIKE HOLDCO LLC - STRIKE, LLC<br>ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2029 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT<br>DATED UNKNOWN | STRIKE LLC<br>1800 HUGHES LANDING BOULEVARD, SUITE 500<br>THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2030 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT<br>DATED 09/29/20 | SUAREZ BROS. CRANE AND HEAVY HEAUL, LLC<br>ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2031 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT<br>DATED 01/11/19 | SUBSEA 7 (US), LLC<br>17220 KATY FREEWAY SUITE 100<br>HOUSTON, TX  77094 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2032 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT<br>DATED 10/26/10 | SUBSURFACE TECHNOLOGY, INC.<br>#110<br>6925 PORTWEST DRIVE<br>HOUSTON, TX  77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2033 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/17/20 | SUMMIT MIDSTREAM PERMIAN, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2034 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/17/20 | SUMMIT PERMIAN TRANSMISSION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2035 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 05/22/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2036 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 07/22/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2037 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 09/23/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2038 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 10/13/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                                    Case Number (if known)    21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2039 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 10/14/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2040 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/21/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2041 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 12/01/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2042 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 12/03/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2043 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 12/08/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2044 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 12/10/20 | SUNBELT EQUIPMENT MARKETING, INC. 500 DAVENPORT DR COLLEGE STATION, TX  77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
            (Name)
                                                              Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2045 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS DATED 04/15/21 | SUNBELT RENTALS INC PO BOX 409211 ATLANTA, GA 30384 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2046 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS DATED 04/15/21 | SUNBELT RENTALS INC. PO BOX 409211 ATLANTA, GA 30384 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2047 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 03/27/20 | SUNBELT TRACTOR & EQUIPMENT COMPANY 18555 HWY 6 S COLLEGE STATION, TX 77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2048 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 03/27/20 | SUNBELT TRACTOR & EQUIPMENT COMPANY 18555 HWY 6 S COLLEGE STATION, TX 77845 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2049 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/16/17 | SUNLAND CAPITAL, LLC DBA DELTA DAYLIGHTING, LLC 2832 APPELT DR HOUSTON, TX 77015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2050 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 07/17/14 | SUNLAND CONSTRUCTION, INC. C/O JPMORGAN CHASE BANK PO BOX 972824 DALLAS, TX 75397-2824 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                        Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2051 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 11/19/15 | SUNOCO PARTNERS MARKETING & TERMINALS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2052 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 09/19/11 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2053 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 09/22/11 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2054 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 09/26/11 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2055 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 04/20/12 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2056 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 08/31/12 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2057 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 09/10/12 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2058 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 10/15/12 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2059 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 11/20/12 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2060 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 12/18/12 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2061 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 01/17/13 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2062 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 03/22/13 | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2063** **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 04/04/13 |
|  | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** |  |
| **2.2064** **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 05/01/13 |
|  | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** |  |
| **2.2065** **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 07/22/13 |
|  | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** |  |
| **2.2066** **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 08/12/13 |
|  | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** |  |
| **2.2067** **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES CONTRACT DATED 10/03/13 |
|  | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** |  |
| **2.2068** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER FIELD SERVICES CONTRACT DATED 09/27/13 |
|  | SUNOCO PIPELINE L.P. BUILDING A, LEVEL 3 ONE FLUOR DANIEL DRIVE SUGAR LAND, TX  77478 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** |  |

Debtor    Strike, LLC
          (Name)                                                    Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2069 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/26/12 | SUPERIOR COMMERCIAL CONCRETE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2070 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/14/15 | SUPERIOR HYDROVAC SOLUTIONS, LLC PO BOX 1645 HOBBS, NM  88241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2071 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/12/18 | SUPERIOR INDUSTRIAL INSULATION COMPANY 120 W EXCHANGE ST SUITE LL101 OWOSSO, MI  48867 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2072 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/13/19 | SUPREME INDUSTRIES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2073 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 03/09/21 | SURETY SYSTEMS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2074 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/04/18 | SURVEYING AND MAPPING INC PO BIX 732449 DALLAS, TX  75373-2449 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2075 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR CONSTRUCTION SERVICES DATED 03/21/12 | SWEPI LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2076 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE CONTRACT DATED 08/15/13 | SWEPI LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2077 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/17/10 | SWIFT ENERGY OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2078 | **State what the contract or lease is for and the nature of the debtor's interest** | ESSENTIAL STUDIO SOFTWARE LICENSE AGREEMENT DATED UNKNOWN | SYNCFUSION, INC. 2501 AERIAL CENTER PARKWAY SUITE 200 MORRISVILLE, NC 27560 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2079 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SOFTWARE LICENSE AGREEMENT DATED 06/08/20 | SYNCFUSION, INC. 2501 AERIAL CENTER PARKWAY SUITE 200 MORRISVILLE, NC 27560 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2080 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED 06/08/20 | SYNCFUSION, INC. 2501 AERIAL CENTER PARKWAY SUITE 200 MORRISVILLE, NC 27560 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2081 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/05/19 | SYNDEO LLC DBA BROADVOICE 9221 CORBIN AVENUE SUITE 260 NORTHRIDGE, CA  91324 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2082 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/22/99 | SYNERGY OIL & GAS, INC. 9821 KATY FREEWAY SUITE 850 HOUSTON, TX  77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2083 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 07/28/15 | SYSTEM SERVICES BROADBAND. INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2084 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/01/19 | T DIAMOND BAR ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2085 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/17/08 | T&R PIPELINE CONSTRUCTION, INC 15110 HOOPER ROAD HOUSTON, TX  77047 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2086 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/24/19 | T. BAKER SMITH, LLC PO BOX 2266 HOUMA, LA  70361 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2087 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 11/13/15 | T. BAKER SMITH, LLC PO BOX 2266 HOUMA, LA 70361 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2088 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/16/20 | T. G. MERCER CONSULTING SERVICES, INC. PO BOX 1870 ALEDO, TX 76008-9998 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2089 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/12/11 | TALISMAN ENERGY USA INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2090 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT DATED 06/02/20 | TALKDESK, INC. DEPT LA 24627 PASADENA, CA 91185-4627 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2091 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/07/18 | TALL OAK MIDSTREAM, LLC 2575 KELLEY POINTE PARKWAY SUITE 340 EDMOND, OK 73013 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2092 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/01/13 | TALLGRASS INTERSTATE GAS TRANSMISSION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2093 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES AGREEMENT DATED 06/02/16 | TALLGRASS OPERATIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2094 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 02/05/14 | TALLGRASS PONY EXPRESS PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2095 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 04/07/14 | TALLGRASS PONY EXPRESS PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2096 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 04/14/14 | TALLGRASS PONY EXPRESS PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2097 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/18/20 | TAM SERVICES SOUTH TEXAS, INC. P.O. BOX 1606 LA PORTE, TX  77572 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2098 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/01/17 | TAPPING SOLUTIONS LLC PO BOX 575 GUYMON, OK  73942 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
         (Name)                                              Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2099 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION AGREEMENT DATED 03/23/20 | TARGA NGL PIPELINE COMPANY LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2100 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION AGREEMENT DATED 03/28/18 | TARGA NGL PIPELINE COMPANY LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2101 | State what the contract or lease is for and the nature of the debtor's interest | MASTER ENGINEERING, PROCUREMENT AND CONSTRUCTION AGREEMENT DATED 07/03/19 | TARGA RESOURCES LLC 1000 LOUISIANA STE. 4300 HOUSTON, TX 77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2102 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/08/08 | TARGA RESOURCES LLC 1000 LOUISIANA STE. 4300 HOUSTON, TX 77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2103 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/19/12 | TARGA RESOURCES PARTNERS, LP 1000 LOUISIANA STE. 4300 HOUSTON, TX 77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2104 | State what the contract or lease is for and the nature of the debtor's interest | TGP INTERCONNECT AGREEMENT DATED UNKNOWN | TAUBER OIL COMPANY 55 WAUGH DRIVE SUITE 700 HOUSTON, TX 77007 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Strike, LLC                                    Case Number (if known)   21-90054
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2105** **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES AGREEMENT DATED 09/25/15 | TC TERMINALS LLC ADDRESS ON FILE |

2.2105

**State what the contract or lease is for and the nature of the debtor's interest** — CONSTRUCTION SERVICES AGREEMENT DATED 09/25/15 — TC TERMINALS LLC / ADDRESS ON FILE

**State the term remaining** — CURRENT

**List the contract number of any government contract**

2.2106

**State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICES AGREEMENT DATED 11/17/11 — TDW SERVICES, INC. / PO BOX 974611 / DALLAS, TX  75397-4611

**State the term remaining** — CURRENT

**List the contract number of any government contract**

2.2107

**State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICE CONTRACT DATED 07/09/12 — TEAK TEXANA PROCESSING COMPANY LP / ADDRESS ON FILE

**State the term remaining** — CURRENT

**List the contract number of any government contract**

2.2108

**State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICES AGREEMENT DATED 10/16/20 — TEAM INDUSTRIAL SERVICES, INC. / PO BOX 660367 / DALLAS, TX  75266-0367

**State the term remaining** — CURRENT

**List the contract number of any government contract**

2.2109

**State what the contract or lease is for and the nature of the debtor's interest** — PROFESSIONAL SERVICES AGREEMENT DATED 03/19/21 — TECH TRANSFER INC / 12141 WICKCHESTER LANE; SUITE 700 / HOUSTON, TX  77079

**State the term remaining** — CURRENT

**List the contract number of any government contract**

2.2110

**State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICES AGREEMENT DATED 07/10/08 — TECHCORR USA, LLC / DRAWER 2592  PO BOX 5935 / TROY, MI  48007-5935

**State the term remaining** — CURRENT

**List the contract number of any government contract**

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2111 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/04/19 | TEK PILES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2112 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD SERVICES AGREEMENT DATED 04/17/19 | TELE-COMMUNICATION, INC., DBA UNIFIEDCOMMUNICATIONS.COM 2075 E GOVERNORS CIRCLE HOUSTON, TX  77092 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2113 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/25/20 | TELLA FIRMA, LLC 1701 N. COLLINS BLVD. SUITE 100 RICHARDSON, TX  75080 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2114 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/17/13 | TELLUS OPERATING GROUP, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2115 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE TECHNOLOGY AND SOFTWARE SERVICES AGREEMENT DATED 11/19/15 | TELOGIS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2116 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLIANCE AGREEMENT DATED 05/17/05 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC
              (Name)

Case Number (if known)        21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2117 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 01/31/11 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2118 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 09/19/06 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2119 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/20/07 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2120 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/01/07 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2121 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 05/29/09 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2122 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 09/26/07 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                                    Case Number (if known)        21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2123 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/11/08 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2124 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/24/09 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2125 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 06/07/10 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2126 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION DATED 12/01/16 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2127 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 09/05/17 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2128 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 03/09/15 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                          Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2129 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 04/20/15 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2130 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 02/01/16 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2131 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 03/01/16 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2132 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR CONSTRUCTION AGREEMENT DATED 01/26/17 | TENNESSEE GAS PIPELINE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2133 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO: MAJOR CONSTRUCTION AGREEMENT 99812 DATED 11/01/17 | TENNESSEE GAS PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2134 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF FORCE MAJEURE EVENT DATED 09/14/18 | TENNESSEE GAS PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor       Strike, LLC                              Case Number (if known)    21-90054
             (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2135 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/16/04 | TEPEE PETROLEUM COMPANY, INC. 3700 BUFFALO SPEEDWAY #1010 HOUSTON, TX  77098 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2136 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 11/26/19 | TESORO LOGISTICS OPERATIONS LLC 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2137 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/21/14 | TESTAMERICA LABORATORIES INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2138 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 04/18/12 | TEXANA GAS UTILITY PIPELINE, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2139 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/14/05 | TEXAS AMERICAN RESOURCES COMPANY 201 WEST 5TH STREET SUITE #1300 AUSTIN, TX  78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2140 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/14/05 | TEXAS AMERICAN RESOURCES, LLC 201 WEST 5TH STREET SUITE #1300 AUSTIN, TX  78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2141 | **State what the contract or lease is for and the nature of the debtor's interest** | PREFERRED SUPPLIER AGREEMENT DATED 05/06/11 | TEXAS BRINE COMPANY 4800 SAN FELIPE HOUSTON, TX 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2142 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/25/20 | TEXAS COMMERCIAL BUILDING CONTRACTORS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2143 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 12/04/17 | TEXAS COMMERCIAL FIRE & SAFETY, LLC PO BOX 238 BAY CITY, TX 77404 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2144 | **State what the contract or lease is for and the nature of the debtor's interest** | FORM CONSTRUCTION AGREEMENT DATED 03/31/14 | TEXAS EASTERN TRANSMISSION, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2145 | **State what the contract or lease is for and the nature of the debtor's interest** | FORM CONSTRUCTION AGREEMENT DATED 01/11/16 | TEXAS EASTERN TRANSMISSION, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2146 | **State what the contract or lease is for and the nature of the debtor's interest** | LUMP SUM CONSTRUCTION AGREEMENT DATED 11/18/20 | TEXAS EASTERN TRANSMISSION, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2147 | **State what the contract or lease is for and the nature of the debtor's interest** | UNIT PRICE CONSTRUCTION AGREEMENT DATED 07/14/21 | TEXAS EASTERN TRANSMISSION, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2148 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 12/12/12 | TEXAS EXPRESS PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2149 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/26/17 | TEXAS FIBER OPTIC, LLC PO BOX 3323 SAN ANGELO, TX  76902 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2150 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/16/20 | TEXAS GAMMA RAY, INC. 8777 TALLYHO ROAD BUILDING 1 HOUSTON, TX  77061 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2151 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/01/09 | TEXAS GAS SERVICE COMPANY 1301 S. MOPAC EXPRESSWAY SUITE 400 AUSTIN, TX  78746 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2152 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER SERVICES AGREEMENT DATED 07/01/11 | TEXAS GAS SERVICE, A DIVISION OF ONEOK, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2153 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/11/18 | TEXAS OUTHOUSE, INC. PO BOX 4509-1 HOUSTON, TX 77210-4509 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2154 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/08/13 | TEXAS PIPELINE LLC, TEXAS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2155 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/08/13 | TEXAS PIPELINE PROCESSING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2156 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/08/13 | TEXAS PIPELINE WEBB COUNTY LEAN SYSTEM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2157 | **State what the contract or lease is for and the nature of the debtor's interest** | PO ESCON-03 DATED 08/24/21 | TEXAS PIPELINE WEBB COUNTY LEAN SYSTEM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2158 | **State what the contract or lease is for and the nature of the debtor's interest** | PO LUNA-001 DATED 11/18/21 | TEXAS PIPELINE WEBB COUNTY LEAN SYSTEM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2159 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER NUMBER AGERON-005 DATED 11/18/21 | TEXAS PIPELINE WEBB COUNTY LEAN SYSTEM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2160 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER NUMBER P10-001 DATED 10/26/21 | TEXAS PIPELINE WEBB COUNTY LEAN SYSTEM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2161 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/08/13 | TEXAS PIPELINE WEBB COUNTY RICH SYSTEM, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2162 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/22/21 | TEXAS REEXCAVATION, LC 5114 RAILROAD ST DEER PARK, TX  77536 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2163 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/13/18 | TEXAS THRONE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2164 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/20/20 | TEXAS WASTER CONTROL.COM INC PO BOX 911 BOLING, TX  77420 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                    Case Number (if known)   21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2165 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/05/13 | TEX-DIRECT DRILLING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2166 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/24/17 | TEXLA DIRECTIONAL DRILLING, LLC PO BOX 1263 MAURICEVILLE, TX  77626 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2167 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/08/16 | TEXSTAR MIDSTREAM LOGISTICS, L.P. 18615 TUSCANY STONE SUITE 275 SAN ANTONIO, TX  78258 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2168 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/23/21 | TGW INDUSTRIES, INC. 1409 E AVE H ALPINE, TX  79830 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2169 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE DESIGNEE MEMBERSHIP AGREEMENT DATED 06/24/11 | THE CLUB AT CARLTON WOODS ONE CARLTON WOODS DR THE WOODLANDS, TX  77382 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2170 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE DESIGNEE MEMBERSHIP AGREEMENT DATED 01/07/14 | THE CLUB AT CARLTON WOODS ONE CARLTON WOODS DR THE WOODLANDS, TX  77382 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC

(Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2171 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE DESIGNEE MEMBERSHIP AGREEMENT DATED 04/01/17 | THE CLUB AT CARLTON WOODS ONE CARLTON WOODS DR THE WOODLANDS, TX 77382 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2172 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/08/19 | THE FIERO GROUP LTD CO DBA FENCEMASTER OF HOUSTON ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2173 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 07/01/19 | THE PARK AT 1788 SOUTH, LLC 10497 TOWN AND COUNTRY WAY SUITE 930 HOUSTON, TX 77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2174 | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY ROAD ACCESS AGREEMENT DATED 08/23/18 | THE SCOPEL FAMILY REVOCABLE LIVING TRUST ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2175 | **State what the contract or lease is for and the nature of the debtor's interest** | FEE AGREEMENT DATED 02/03/18 | THE TALANCE GROUP, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2176 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 02/02/17 | THE THRASHER GROUP, INC. 600 WHITE OAKS BLVD. BRIDGEPORT, WV 26330 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2177 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/18/19 | THE TRENTON CORPORATION 7700 JACKSON RD ANN ARBOR, MI  48103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2178 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER WPO000317 DATED 07/09/21 | THE WILLIAMS COMPANIES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2179 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/30/19 | THERMON, INC. PO BOX 910225 DALLAS, TX  75391-0225 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2180 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/07/15 | TIDAL POWER SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2181 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/02/16 | TIMBERLAND CONSTRUCTION, INC. 135 TECHNOLOGY DRIVE STE. 106 CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2182 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/26/17 | TIMCO BLASTING & COATINGS INC 2513 94TH AVENUE NORTH BROOKLYN PARK, MN  55444 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2183 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/02/18 | TIMEKEEPERS, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2184 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SUBCONTRACTOR AGREEMENT DATED 06/29/20 | TIMOTHY A. ARBOUGH DBA ARBOUGH CONSULTING 16749 AMBERSTONE WAY PARKER, CO  80134 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2185 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE OF SERVICES CONTRACT DATED 07/27/11 | TIN INC. D/B/A TEMPLE-INLAND ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2186 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 12/21/20 | TIP EXCISE, LLC 1402 S CUSTER ROAD, 303 MCKINNEY, TX  75072 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2187 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/24/16 | TIPON ELECTRIC, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2188 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/16/18 | TITAN INSPECTION PO BOX 3665 WILLIAMSPORT, PA  17701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                    Case Number (if known)   21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2189 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/04/19 | TKE ENGINEERING & DESIGN, INC 20329 STATE HIGHWAY 249 SUITE 220 HOUSTON, TX  77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2190 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/08/20 | TNT CRANE & RIGGING INC. PO BOX 847561 DALLAS, TX  75284 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2191 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/14/20 | TOLUNAY-WONG ENGINEERS, INC 10710 S. SAM HOUSTON PKWY W. 100 HOUSTON, TX  77031 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2192 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/02/20 | TOMMASI BROTHERS INC 7124 CORBINA ROAD LAKE CHARLES, LA  70607 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2193 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/14/17 | TONGATE FARM & RANCH 4680 COUNTY RD 371 EARLY, TX  76802 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2194 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/02/20 | TOPOGRAPHIC LAND SURVEYORS CO 1400 EVERMAN PARKWAY, STE 146 FORT WORTH, TX  76140 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2195 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/04/20 | TOPWATER ENERGY SOLUTIONS, LLC 707 MEMORIAL DR. BAYTOWN, TX 77520 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2196 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/11/20 | TORCSILL FOUNDATIONS INC. 12000 AEROSPACE AVE 115 HOUSTON, TX 77034 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2197 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 08/27/18 | TORO ROJO, INC. DBA ACTION TRUCKING COMPANY PO BOX 670506 DALLAS, TX 75267-0506 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2198 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/01/13 | TOTAL INDUSTRIAL SERVICE SPECIALTIES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2199 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTI-STATE BLANKET CONTRACT DATED 09/05/14 | TOTAL PETROCHEMICALS & REFINING USA, INC. 1201 LOUISIANA STREET SUITE 1800 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2200 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR CONTRACTOR SERVICES DATED 09/19/14 | TOTAL SPECIALTIES USA, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                      Case number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2201 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/01/18 | TRACE MIDSTREAM PARTNERS, LLC 945 BUNKER HILL STE. 950 HOUSTON, TX 77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2202 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/12/19 | TRADE CONSTRUCTION COMPANY, LLC 17043 JOOR ROAD, SUITE A ZACHARY, LA 70791 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2203 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER STAFFING SERVICES AGREEMENT DATED 05/11/18 | TRADESMEN SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2204 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES AGREEMENT DATED 11/15/17 | TRANSCAMERON PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2205 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES AGREEMENT DATED 07/16/14 | TRANSCANADA KEYSTONE PIPELINE, LP 700 LOUISIANA ST SUITE 700 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2206 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PIPELINE MAINTENANCE AND CONSTRUCTION SERVICES AGREEMENT DATED 05/20/20 | TRANSCANADA USA OPERATIONS INC. 700 LOUISIANA ST SUITE 700 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
            (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2207 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PIPELINE MAINTENANCE AND CONSTRUCTION SERVICES AGREEMENT DATED 05/20/20 | TRANSCANADA USA OPERATIONS INC. 700 LOUISIANA ST SUITE 700 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2208 | **State what the contract or lease is for and the nature of the debtor's interest** | PREFERRED MASTER CONSTRUCTION SERVICES AGREEMENT DATED 06/30/16 | TRANSCANADA USA OPERATIONS INC. 700 LOUISIANA ST SUITE 700 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2209 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICE AGREEMENT AMENDMENT 004 DATED 05/01/13 | TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2210 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 09/04/19 | TRANSCONTINENTAL GAS PIPE LINE CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2211 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICE AGREEMENT DATED 04/04/08 | TRANSCONTINENTAL GAS PIPE LINE CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2212 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 09/09/15 | TRANS-PECOS PIPELINE, LLC PO DRAWER 71 PECOS, TX  79772 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC
          _____
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2213 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/27/17 | TRANSPERFECT GLOBAL, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2214 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 03/20/09 | TRANSWESTERN PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2215 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 01/29/21 | TRANSWESTERN PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2216 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 01/08/18 | TRANSWESTERN PIPELINE COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2217 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/16/18 | TRAVIS TURNER COMPANIES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2218 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/16/19 | TRC ENVIRONMENTAL CORPORATION 21 GRIFFIIN ROAD WINDSOR, CT  6095 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2219 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/24/17 | TRC PIPELINE SERVICES, LLC 2087 E. 71ST STREET TULSA, OK  74136 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2220 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/29/18 | TRIAD HUNTER, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2221 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/04/18 | TRIAD MOBILE SOLUTIONS LLC 1672 INDEPENDENCE DR. SUITE 105 NEW BRAUNFELS, TX  78132 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2222 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 08/26/21 | TRIDDER INDUSTRIAL, LLC BOX 955 PLAINS, TX  79355 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2223 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 06/01/21 | TRINITY CONSULTANTS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2224 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/25/20 | TRINITY OPERATING (USG), LLC P.O. BOX 1188 HOUSTON, TX  77251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2225 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/10/20 | TRIPLE H DRILLING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2226 | **State what the contract or lease is for and the nature of the debtor's interest** | ONE TIME SERVICE AGREEMENT DATED 04/29/10 | TRI-STATES NGL PIPELINE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2227 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/17/20 | TRIUMPH FABRICATION LLC 540 CULEBRA RD SAN ANTONIO, TX  78201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2228 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 07/19/18 | TROY CONSTRUCTION, LLC P.O. BOX 450862 HOUSTON, TX  77245 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2229 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 02/14/20 | TROY CONSTRUCTION, LLC P.O. BOX 450862 HOUSTON, TX  77245 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2230 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT DATED 04/25/13 | TRUE LINE CONSTRUCTION PO BOX 460822 SAN ANTONIO, TX  78246 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                           Case Number (if known)  21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2231 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 02/23/17 | TRUNKLINE GAS COMPANY, LLC 612 VETERANS AIRPARK LN #52707 MIDLAND, TX  79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2232 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 02/06/18 | TRUNKLINE GAS COMPANY, LLC 612 VETERANS AIRPARK LN #52707 MIDLAND, TX  79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2233 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/10/19 | TS PIPELINE SERVICES, LLC PO BOX 529 DUSON, LA  70529 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2234 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/14/18 | TSGC, INC DBA INDUSTRIAL FABRICATORS OF CORPUS CHRISTI PO BOX 5446 CORPUS CHRISTI, TX  78465 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2235 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/28/18 | TTL, INC. 17215 JONES MALTSBERGER RD. SUITE 101 SAN ANTONIO, TX  78247 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2236 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/12/19 | TUCKER ENERGY SOLUTIONS, LLC PO BOX 207089 DALLAS, TX  75320-7089 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2237 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/30/16 | TUG HILL OPERATING, LLC 550 BAILEY AVE SUITE 550 FORT WORTH, TX  76107 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2238 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/16/20 | TULSA GAMMA RAY, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2239 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/17/18 | TURBO FILTRATION, LLC PO BOX 958806 ST LOUIS, MO  63195-8806 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2240 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED 12/05/14 | TURN-KEY SPECIALISTS, INC. KEARNEY, MCWILLIAMS & DAVIS, PLLC 55 WAUGH DR STE 150 HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2241 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 06/05/15 | TURN-KEY SPECIALISTS, INC. KEARNEY, MCWILLIAMS & DAVIS, PLLC 55 WAUGH DR STE 150 HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2242 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/05/21 | TURN-TECH FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case Number (if known)    21-90054
            (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2243** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TRANSPORTATION AGREEMENT DATED 04/27/20 | TWIN TIMBERS, LLC 102 BELLA DONNA SHENANDOAH, TX  77381 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.2244** **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE MAINTENANCE AGREEMENT DATED 07/08/20 | TWIN TIMBERS, LLC 102 BELLA DONNA SHENANDOAH, TX  77381 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.2245** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/16/04 | U.S. OPERATING, INC #100 17210 CAMPBELL ROAD DALLAS, TX  78252 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.2246** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/19/20 | UGOTEM, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.2247** **State what the contract or lease is for and the nature of the debtor's interest** | OILFIELD SERVICES TERM AGREEMENT DATED 12/14/01 | UNITED OIL & MINERALS LIMITED PARTNERSHIP 1001 WESTBANK DR AUSTIN, TX  78746 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.2248** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/23/20 | UNITED PRODUCTION PARTNERS RESOURCES, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor      Strike, LLC
            (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2249 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/27/17 | UNITED PROFESSIONAL SERVICES, LTD. P.O.BOX 162504 FORT WORTH, TX  76161 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2250 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL ACCOUNT AGREEMENT DATED 01/01/09 | UNITED RENTALS NATIONAL ACOUNTS PO BOX 840514 BRANDON LANDRENEAU DALLAS, TX  75284-0514 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2251 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408265 DATED 05/14/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2252 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408563 DATED 08/15/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2253 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408571 DATED 10/08/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2254 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408572 DATED 03/09/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Strike, LLC
           (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2255 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND 612408573 DATED 09/16/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2256 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND 612408575 DATED 10/16/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2257 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND 612408579 DATED 04/12/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2258 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND 612408580 DATED 01/22/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2259 | State what the contract or lease is for and the nature of the debtor's interest | PIPELINE CONSTRUCTION SUBCONTRACT DATED 06/27/19 | UNIVERSAL ENSCO, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2260 | State what the contract or lease is for and the nature of the debtor's interest | PO 16473 DATED 11/24/04 | UNIVERSAL ENSCO, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          (Name)
                                                              Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2261** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE ORDER DATED 08/06/19 <br><br><br> CURRENT | UNIVERSAL ENSCO, INC. ADDRESS ON FILE |
| **2.2262** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUBCONTRACT DATED 03/11/19 <br><br><br> CURRENT | UNIVERSAL ENSCO, INC. ADDRESS ON FILE |
| **2.2263** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUBCONTRACT DATED 02/13/20 <br><br><br> CURRENT | UNIVERSAL ENSCO, INC. ADDRESS ON FILE |
| **2.2264** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 05/03/21 <br><br><br> CURRENT | UNIVERSAL LAND CLEARING, LLC PO BOX 162 RUSK, TX  75785 |
| **2.2265** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 06/05/19 <br><br><br> CURRENT | UNIVERSAL SURVEYING & MAPPING, LLC P.O. BOX 35666 TULSA, OK  74135-0666 |
| **2.2266** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 09/25/18 <br><br><br> CURRENT | UNIVERSAL VALVE COMPAY, INC ADDRESS ON FILE |

Debtor    Strike, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2267 | **State what the contract or lease is for and the nature of the debtor's interest** | NGL CORIOLIS DELIVERY METER SKID / UPTON ASSETS LLC, PO-03232021 – PICKETT-02 DATED 03/23/21 | UPTON ASSETS, LLC 111 2ND ST. LUFKIN, TX  75901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2268 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE AGREEMENT DATED 05/22/17 | US GAS ASSETS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2269 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/22/20 | US HELICALS LLC 202 SOUTH DIXON ST. GAINESVILLE, TX  76240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2270 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/16/04 | US OPERATING, INC. #100 17210 CAMPBELL ROAD DALLAS, TX  78252 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2271 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/23/16 | USA ENVIRONMENT, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2272 | **State what the contract or lease is for and the nature of the debtor's interest** | USD GROUP-SPC PORT ARTHUR TERMINAL-STR-05.30.20 DATED 05/30/20 | USD GROUP 811 MAIN SUITE 2800 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2273 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/18/18 | UTILITY ENERGY SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2274 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/06/20 | UTILITY SERVICES GROUP, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2275 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DATED 09/22/17 | VAC ONE ACQUISITION, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2276 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 11/11/20 | VACUWORX GLOBAL, LLC 10105 E 55TH PL TULSA, OK  74146 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2277 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 11/11/20 | VACUWORX GLOBAL, LLC 10105 E 55TH PL TULSA, OK  74146 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2278 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 04/11/19 | VAKERO TRANSPORTATION LLC P.O. BOX 30317 AUSTIN, TX  78755 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90056

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2279 | **State what the contract or lease is for and the nature of the debtor's interest** | WORK AGREEMENT DATED 06/14/10 | VALERO CORPORATION ONE VALERO WAY SAN ANTONIO, TX  78249 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2280 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/25/06 | VALERO ENERGY CORPORATION ONE VALERO WAY SAN ANTONIO, TX  78249 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2281 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/15/07 | VALERO ENERGY CORPORATION ONE VALERO WAY SAN ANTONIO, TX  78249 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2282 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 01/25/06 | VALERO LOGISTICS OPERATIONS, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2283 | **State what the contract or lease is for and the nature of the debtor's interest** | WORK AGREEMENT DATED 06/14/10 | VALERO REFINING - TEXAS, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2284 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 06/15/07 | VALERO TERMINALLING AND DISTRIBUTION COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                    Case number (if known)    21-90054

       (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2285 | State what the contract or lease is for and the nature of the debtor's interest | MASTER WORK AGREEMENT DATED 03/31/08 | VALERO TERMINALLING AND DISTRIBUTION COMPANY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2286 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT DATED 11/30/15 | VALERUS FIELD SOLUTIONS LP ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2287 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION AGREEMENT DATED 03/11/20 | VALLEY CROSSING PIPELINE, LLC 5400 WESTHEIMER CT HOUSTON, TX  77056 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2288 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION AGREEMENT DATED 09/27/16 | VALLEY CROSSING PIPELINE, LLC 5400 WESTHEIMER CT HOUSTON, TX  77056 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2289 | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING AND CONSTRUCTION AGREEMENT DATED 06/04/20 | VALLEY CROSSING PIPELINE, LLC 5400 WESTHEIMER CT HOUSTON, TX  77056 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2290 | State what the contract or lease is for and the nature of the debtor's interest | LUMP SUM CONSTRUCTION AGREEMENT DATED 03/11/20 | VALLEY CROSSING PIPELINE, LLC 5400 WESTHEIMER CT HOUSTON, TX  77056 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2291 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> VCP-STRIKE SETTLEMENT AGREEMENT DATED 03/11/20 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | VALLEY CROSSING PIPELINE, LLC 5400 WESTHEIMER CT HOUSTON, TX  77056 |
| 2.2292 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MASTER SERVICES AGREEMENT DATED 10/05/17 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | VALUE INDUSTRIAL ER SERVICES, LLC 6914 I-10 EAST BAYTOWN, TX  77521 |
| 2.2293 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MASTER SERVICE AGREEMENT DATED 01/01/20 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | VAN HOOK GATHERING SERVICES, LLC ADDRESS ON FILE |
| 2.2294 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MASTER SERVICE AGREEMENT DATED 09/04/15 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | VAQUERO MIDSTREAM, LLC 1790 HUGHES LANDING BLVD. SUITE 475 THE WOODLANDS, TX  77380 |
| 2.2295 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> PS211182, T&M METER REPAIR DATED 11/17/21 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | VAQUERO OPERATING ADDRESS ON FILE |
| 2.2296 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MASTER SERVICE AGREEMENT DATED 10/15/20 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | VAST CONSTRUCTION, LLC ADDRESS ON FILE |

Debtor      Strike, LLC
            (Name)                                          Case Number (if known)      21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2297 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/18/19 | VAVCO, LLC 3 PENN CTR W STE 201 STE 201 PITTSBURGH, PA  15276 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2298 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/02/18 | VECTA ENVIRONMENTAL SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2299 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/18/20 | VELOCITY CONSTRUCTION & INDUSTRIAL SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2300 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES AGREEMENT DATED 04/09/19 | VENTURE GLOBAL DELTA EXPRESS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2301 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/15/16 | VERDUN OIL & GAS, LLC SUITE 400 55 WAUGH DRIVE HOUSTON, TX  77007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2302 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR ACCOUNT AGREEMENT DATED 07/16/19 | VERIZON WIRELESS PO BOX 660108 DALLAS, TX  75266-0108 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2303 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/19/20 | VERSA INTEGRITY GROUP, INC. PO BOX 143 SULPHUR, LA 70664-0143 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2304 | **State what the contract or lease is for and the nature of the debtor's interest** | VERTEX MASTER AGREEMENT DATED 06/26/19 | VERTEX, INC. 25528 NETWORK PL CHICAGO, IL 60673-1255 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2305 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/28/17 | VEXEF GATHERING, LLC 2445 TECHNOLOGY FOREST BLVD, SUITE 1100 THE WOODLANDS, TX 77381 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2306 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION LEASE AGREEMENT (MASTER) DATED 04/06/18 | VFS LEASING CO. PO BOX 26131 GREENSBORO, NC 27402 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2307 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/29/20 | VIPER SUPPORT SYSTEMS LLC 5493 LONESOME DOVE ROBSTOWN, TX 78380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2308 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/18/20 | VIRTEX OPERATING COMPANY, INC. 615 UPPER NORTH BROADWAY SUITE 525, WF-168 CORPUS CHRISTI, TX 78477 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2309 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/12/17 | VITRUVIAN EXPLORATION IV, LLC 4 WATERWAY SQUARE PLACE SUITE 400 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2310 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/28/17 | VITRUVIAN EXPLORATION 4 WATERWAY SQUARE PLACE SUITE 400 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2311 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/20 | VNEXT SYSTEMS, INC. 9442 N CAPITAL OF TEXAS HWY SUITE 500 AUSTIN, TX  78759 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2312 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 03/09/09 | VOPAK TERMINAL GALENA PARK INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2313 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/01/19 | W.D. WRIGHT CONTRACTING, INC. 1200 SHARON ROAD, SUITE 1 BEAVER, PA  15009 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2314 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/12/18 | WACO OIL & GAS CO., INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor       Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2315** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/18/18 | WAGNER CONSTRUCTION ADDRESS ON FILE |

| 2.2315 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/18/18 | WAGNER CONSTRUCTION ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2316 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 01/29/02 | WALTER OIL AND GAS CORPORATION 1100 LOUISIANA ST SUITE 200 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2317 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 05/01/19 | WALTON MANAGEMENT SERVICES, INC. 151 INDUSTRIAL WAY EAST BLDG. C SUITE 1 EATONTOWN, NJ 7724 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2318 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/29/21 | WARRIOR CRANE SERVICE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2319 | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL WASTE & DISPOSAL SERVICES AGREEMENT DATED 05/01/18 | WASTE MANAGEMENT NATIONAL SERVICES, INC. (NM) 800 CAPITOL STREET, STE 300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2320 | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL WASTE & DISPOSAL SERVICES AGREEMENT DATED 05/01/18 | WASTE MANAGEMENT NATIONAL SERVICES, INC. (PA) 800 CAPITOL STREET, STE 300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                                      Case Number (known) 21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2321 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 08/19/20 | WASTE MANAGEMENT OF PENNSYLTVANIA, INC. 800 CAPITOL STREET, STE 300 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2322 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/11/18 | WATERBRIDGE TEXAS OPERATING LLC 820 GESSNER SUITE 650 HOUSTON, TX 77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2323 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 06/17/19 | WBT EMPIRE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2324 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/29/19 | WELDFIT CORPORATION DBA WELDFIT SERVICES 4133 SOUTHERLAND RD. HOUSTON, TX 77092 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2325 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LEASE DATED 05/25/11 | WELLS FARGO EQUIPMENT FINANCE NW - 8178  PO BOX 1450 MINNEAPOLIS, MN 55485-8178 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2326 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/23/20 | WESCOME INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC

(Name)

Case Number (if known): 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2327 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/28/14 | WEST TEXAS ROCK RESOURCE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2328 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G28248076001 DATED 04/07/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2329 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G28248155001 DATED 05/05/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2330 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G28248234001 DATED 04/21/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2331 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G28314279001 DATED 06/01/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2332 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G28316823001 DATED 12/15/20 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                        Case number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2333 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G28398621001 DATED 02/12/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2334 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G71206038004 DATED 12/01/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2335 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G73562600001 DATED 07/12/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2336 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G7357268A001 DATED 08/21/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2337 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #G73599246001 DATED 08/15/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2338 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND K15370919 DATED 09/24/19 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2339 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND K15371006 DATED 05/11/19 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2340 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND K15371018 DATED 05/11/19 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2341 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND K1537102A DATED 05/11/19 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2342 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/02/14 | WESTERN INDUSTRIAL, INC PO BOX 40139 GRAND JUNCTION, CO  81504 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2343 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/06/20 | WESTERN MIDSTREAM OPERATING, LP 9950 WOODLOCH FOREST DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2344 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/12/20 | WESTERN OILFIELDS SUPPLY COMPANY DBA RAIN FOR RENT FILE 52541 LOS ANGELES, CA  90074 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Strike, LLC                                    Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2345 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 11/26/19 | WESTERN REFINING LOGISTICS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2346 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SERVICES DATED 01/16/15 | WESTERN REFINING SOUTHWEST, INC. 123 W. MILLS AVENUE EL PASO, TX  79901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2347 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SERVICES DATED 10/20/14 | WESTERN REFINING TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2348 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 08/06/20 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2349 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE CONSTRUCTION AGREEMENT DATED 02/07/20 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2350 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 08/13/21 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2351 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 07/21/21 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2352 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 06/02/21 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2353 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 04/01/21 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2354 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 09/27/21 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2355 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 04/29/21 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2356 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 04/23/21 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                Case Number (if known)   21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2357 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONTRACT DATED 04/19/21 | WGR OPERATING, LP 1201 LAKE ROBBINS DR. THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2358 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AND SUPPORT AGREEMENT DATED 01/03/19 | WHERESCAPE USA INC. OF PORTLAND, OREGON 10801 NORTH MOPAC EXP. BLDG 1, STE 100 AUSTIN, TX  78759 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2359 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING AND PROCUREMENT CONTRACT DATED 09/27/19 | WHISTLER PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2360 | **State what the contract or lease is for and the nature of the debtor's interest** | REFERENCE AND TERMS DATED 03/10/21 | WHITECAP PO BOX 4852 ORLANDO, FL  32802-4852 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2361 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/02/19 | WHITENTON GROUP, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2362 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION SERVICES CONTRACT DATED 02/16/17 | WHITEWATER MIDSTREAM, LLC 106 E. 6TH STREET SUITE 750 AUSTIN, TX  78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Strike, LLC                                    Case number (if known)   21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2363 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE CONTRACT DATED 08/04/14 | WHITING OIL AND GAS CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2364 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/10/15 | WILDCAT SERVICES LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2365 | State what the contract or lease is for and the nature of the debtor's interest | MASTER HAULING AGREEMENT DATED 04/24/19 | WILEY ENERGY SERVICES ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2366 | State what the contract or lease is for and the nature of the debtor's interest | NET LAND AND LEASE AGREEMENT DATED 10/01/18 | WILLIAMS FAMILY INVESTMENTS, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2367 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 08/01/07 | WILLIAMS FIELD SERVICES - GULF COAST COMPANY, L.P. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2368 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/26/00 | WILLIAMS FIELD SERVICES , INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2369 | State what the contract or lease is for and the nature of the debtor's interest | REFERENCE AND TERMS DATED 09/29/20 | WILLIAMS MEDICAL GROUP PRACTICE, LLC DBA EXPRESS WELLNESS URGENT CARE PO BOX 57888 SALT LAKE CITY, UT  84157-0888 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2370 | State what the contract or lease is for and the nature of the debtor's interest | ONSHORE PIPELINE CONSTRUCTION CONTRACT DATED 12/14/21 | WILLIAMS OHIO VALLEY MIDSTREAM, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2371 | State what the contract or lease is for and the nature of the debtor's interest | ONSHORE PIPELINE CONSTRUCTION CONTRACT DATED 12/04/21 | WILLIAMS OHIO VALLEY MIDSTREAM, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2372 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/08/13 | WILLIAMS PARTNERS L.P. ONE WILLIAMS CENTER TULSA, OK  74172 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2373 | State what the contract or lease is for and the nature of the debtor's interest | ONSHORE PIPELINE CONSTRUCTION CONTRACT DATED 04/15/13 | WILLIAMS PURITY PIPELINES, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2374 | State what the contract or lease is for and the nature of the debtor's interest | ONSHORE PIPELINE CONSTRUCTION CONTRACT DATED 05/06/13 | WILLIAMS PURITY PIPELINES, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Strike, LLC                                    Case Number (if know)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2375 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE PIPELINE CONSTRUCTION CONTRACT DATED 07/18/13 | WILLIAMS PURITY PIPELINES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2376 | **State what the contract or lease is for and the nature of the debtor's interest** | ONSHORE PIPELINE CONSTRUCTION CONTRACT DATED 03/13/13 | WILLIAMS PURITY PIPELINES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2377 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT TERMS AND CONDITIONS AGREEMENT AMENDMENT DATED 09/25/15 | WILLIAMS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2378 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT DATED 05/08/18 | WILLIS OF TEXAS, INC. (WILLIS TOWERS WATSON) PO BOX 731739 DALLAS, TX  75373-1739 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2379 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE PROCUREMENT AGREEMENT DATED 06/01/18 | WILLIS OF TEXAS, INC. PO BOX 731739 DALLAS, TX  75373-1739 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2380 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANE PROCUREMENT AGREEMENT DATED 06/01/18 | WILLIS TOWERS WATSON P.O. BOX 731739 DALLAS, TX  75373-1739 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC                    Case Number (if known)    21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2381 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/13/19 | WILSON & WILSON MANAGEMENT, LLC DBA W&W TRUCKING ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2382 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/24/18 | WINN-MARION COMPANIES ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2383 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE AGREEMENT DATED 07/24/18 | WINTRUST COMMERICAL FINANCIAL P. O. BOX 6179 CAROL STREAM, IL  60197-6179 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2384 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/09/19 | WOLFENSON ELECTRIC, INC. PO BOX 15173 HOUSTON, TX  77220 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2385 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/09/19 | WOLFENSON ELECTRIC, INC. PO BOX 15173 HOUSTON, TX  77220 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2386 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/07/15 | WOOD GROUP MUSTANG, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor        Strike, LLC                                          Case Number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2387 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/01/20 | WOODLANDS-SAROFIM #1, LTD PO BOX 5050 THE WOODLANDS, TX  77387-5050 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2388 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 08/18/20 | WORLDWIDE MACHINERY, INC. PO BOX 172363 DENVER, CO  80217-2363 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2389 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 10/19/20 | WORLDWIDE MACHINERY, INC. PO BOX 172363 DENVER, CO  80217-2363 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2390 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 05/07/18 | WOROBEY TRANSPORT, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2391 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/22/16 | WORSHAM-STEED GAS STORAGE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2392 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER NUMBER FS55618 DATED 09/23/21 | WPS INDUSTRIES GROUP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Strike, LLC
_____
(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2393 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/11/15 | WTB, LLC DBA WEST TEXAS BORING COMPANY 1201 OIDC DR ODESSA, TX  79766 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2394 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AND INSTALLATION CONTRACT DATED 08/05/19 | WWM OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2395 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/18/19 | XCAM, LLC DBA CAM LOGISTICS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2396 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/29/17 | XCL MIDSTREAM 380 SOUTHPOINTE BLVD PLAZA II, SUITE 215 CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2397 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/29/17 | XCL MIDSTREAM, LLC 380 SOUTHPOINTE BLVD PLAZA II, SUITE 215 CANONSBURG, PA  15317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2398 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 09/06/05 | XTO ENERGY INC. 810 HOUSTON STREET FORT WORTH, TX  76102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Strike, LLC      Case number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2399** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE CONTRACT DATED 02/05/09 <br><br><br> CURRENT | XTO ENERGY INC. <br> 810 HOUSTON STREET <br> FORT WORTH, TX  76102 |
| **2.2400** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE CONTRACT DATED 04/22/20 <br><br><br> CURRENT | XTO ENERGY INC. <br> 810 HOUSTON STREET <br> FORT WORTH, TX  76102 |
| **2.2401** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/05/09 <br><br><br> CURRENT | XTO ENERGY, INC. <br> 810 HOUSTON STREET <br> FORT WORTH, TX  76102 |
| **2.2402** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 03/11/20 <br><br><br> CURRENT | YAK MAT, LLC <br> PO BOX 95434 <br> GRAPEVINE, TX  76099-9734 |
| **2.2403** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUBCONTRACT AGREEMENT DATED 11/27/07 <br><br><br> CURRENT | ZACHRY CONSTRUCTION CORPORATION <br> 2330 N. LOOP 1604 W <br> SAN ANTONIO, TX  78248 |
| **2.2404** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 05/28/20 <br><br><br> CURRENT | ZH SERVICES, INC. <br> ADDRESS ON FILE |

Debtor      Strike, LLC                                    Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2405 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/22/18 | ZTERS, INC. 13878 OFFICE PARK DRIVE HOUSTON, TX  77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2406 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY #GTU 5466466 DATED 12/01/21 | ZURICH AMERICAN INS. CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Strike, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90054 |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | Does the debtor have any codebtors? |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes. |

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 CAPSTONE INFRASTRUCTURE SERVICES, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 CAPSTONE INFRASTRUCTURE SERVICES, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 CROSSFIRE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 CROSSFIRE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 DELTA DIRECTIONAL DRILLING, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 DELTA DIRECTIONAL DRILLING, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 STRIKE GLOBAL HOLDINGS, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 STRIKE GLOBAL HOLDINGS, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 STRIKE HOLDCO, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 STRIKE HOLDCO, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Strike, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90054 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/20/2021
             MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Sean Gore
Printed name

Executive Vice President and Chief Financial Officer of Strike, LLC
Position or relationship to debtor