# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STRIKE, LLC, *et al.*[1] | ) Case No. 21-90054 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## SCHEDULE OF ASSETS AND LIABILITIES
## FOR CAPSTONE INFRASTRUCTURE SERVICES, LLC CASE NO. 21-90055 (DRJ)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business find the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

**Fill in this information to identify the case:**

Debtor: Capstone Infrastructure Services, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 21-90055

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    NOT APPLICABLE

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    NOT APPLICABLE

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    UNDETERMINED

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . .    $347,330,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .    NOT APPLICABLE

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .    + NOT APPLICABLE

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $347,330,000.00
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Capstone Infrastructure Services, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90055 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: CASH AND CASH EQUIVALENTS

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. CASH ON HAND** | |
| **3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)* | |
| **4. OTHER CASH EQUIVALENTS** | |
| **5. Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | NOT APPLICABLE |

## Part 2: DEPOSITS AND PREPAYMENTS

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |

| 9 | Total of Part 2. <br> ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | NOT APPLICABLE |
|---|---|---|

| Part 3: | ACCOUNTS RECEIVABLE |
|---|---|

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **11. ACCOUNTS RECEIVABLE** | |

| 12 | Total of Part 3. <br> CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |
|---|---|---|

| Part 4: | INVESTMENTS |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**
☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** <br> NAME OF FUND OR STOCK: | | |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** <br> DESCRIBE: | | |

| 17 | Total of Part 4. <br> ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | NOT APPLICABLE |
|---|---|---|

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | RAW MATERIALS | | | | |
| **20.** | WORK IN PROGRESS | | | | |
| **21.** | FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE | | | | |
| **22.** | OTHER INVENTORY OR SUPPLIES | | | | |

| 23 | Total of Part 5. <br> ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | NOT APPLICABLE |
|---|---|---|

| Debtor | Capstone Infrastructure Services, LLC | Case number (if known) | 21-90055 |
|---|---|---|---|
| | (Name) | | |

| | | |
|---|---|---|
| 24. | Is any of the property listed in Part 5 perishable? <br> ☒ No <br> ☐ Yes | |
| 25. | Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed? <br> ☒ No <br> ☐ Yes    Book value _____    Valuation method _____    Current value _____ | |
| 26. | Has any of the property listed in Part 5 been appraised by a professional within the last year? <br> ☒ No <br> ☐ Yes | |

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

| 27. | DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)? |
|---|---|
| | ☒ No. Go to Part 7. |
| | ☐ Yes. Fill in the information below. |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | CROPS—EITHER PLANTED OR HARVESTED | | | |
| 29. | FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH  EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| 30. | FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| 31. | FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | |
| 32. | OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | |

| 33 | Total of Part 6. <br> ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

| 34. | Is the debtor a member of an agricultural cooperative? |
|---|---|
| | ☒ No |
| | ☐ Yes.  Is any of the debtor's property stored at the cooperative ? |
| | ☐ No |
| | ☐ Yes |
| 35. | Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed? <br> ☒ No <br> ☐ Yes |
| 36. | Is a depreciation schedule available for any of the property listed in Part 6? <br> ☒ No <br> ☐ Yes |
| 37. | Has any of the property listed in Part 6 been appraised by a professional within the last year? <br> ☒ No <br> ☐ Yes |

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

| 38. | DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES? |
|---|---|
| | ☒ No. Go to Part 8. |
| | ☐ Yes. Fill in the information below. |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | OFFICE FURNITURE | | | |
| 40. | OFFICE FIXTURES | | | |

| Debtor | Capstone Infrastructure Services, LLC | Case number (if known) | 21-90055 |
|---|---|---|---|
| | (Name) | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 41. | OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE | | | |
| 42. | COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

| 43 | Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | NOT APPLICABLE |
|---|---|---|

| 44. | Is a depreciation schedule available for any of the property listed in Part 7? ☒ No ☐ Yes |
|---|---|
| 45. | Has any of the property listed in Part 7 been appraised by a professional within the last year? ☒ No ☐ Yes |

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

| 46. | DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES? ☒ No. Go to Part 9. ☐ Yes. Fill in the information below. |
|---|---|

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES | | | |
| 48. | WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| 49. | AIRCRAFT AND ACCESSORIES | | | |
| 50. | OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT) | | | |

| 51 | Total of Part 8. ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | NOT APPLICABLE |
|---|---|---|

| 52. | Is a depreciation schedule available for any of the property listed in Part 8? ☒ No ☐ Yes |
|---|---|
| 53. | Has any of the property listed in Part 8 been appraised by a professional within the last year? ☒ No ☐ Yes |

| Part 9: | REAL PROPERTY |
|---|---|

| 54. | DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY? ☒ No. Go to Part 10. ☐ Yes. Fill in the information below. |
|---|---|
| 55. | ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST |

| Debtor | Capstone Infrastructure Services, LLC | Case number (if known) | 21-90055 |
|---|---|---|---|
| | (Name) | | |

| 55. | ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST | | | | |
|---|---|---|---|---|---|
| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |

| 56 | Total of Part 9. ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | NOT APPLICABLE |
|---|---|---|

| 57. | Is a depreciation schedule available for any of the property listed in Part 9? ☒ No ☐ Yes |
|---|---|
| 58. | Has any of the property listed in Part 9 been appraised by a professional within the last year? ☒ No ☐ Yes |

| **Part 10:** | **INTANGIBLES AND INTELLECTUAL PROPERTY** |
|---|---|

| 59. | DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY? ☒ No. Go to Part 11. ☐ Yes. Fill in the information below. |
|---|---|

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS | | | |
| 61. | INTERNET DOMAIN NAMES AND WEBSITES | | | |
| 62. | LICENSES, FRANCHISES, AND ROYALTIES | | | |
| 63. | CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS | | | |
| 64. | OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY | | | |
| 65. | GOODWILL | | | |

| 66 | Total of Part 10. ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | NOT APPLICABLE |
|---|---|---|

| 67. | Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)? ☒ No ☐ Yes |
|---|---|
| 68. | Is there an amortization or other similar schedule available for any of the property listed in Part 10? ☒ No ☐ Yes |
| 69. | Has any of the property listed in Part 10 been appraised by a professional within the last year? ☒ No ☐ Yes |

| **Part 11:** | **ALL OTHER ASSETS** |
|---|---|

| 70. | DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM? INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM. ☒ No. Go to Part 12. ☐ Yes. Fill in the information below. |
|---|---|

| | | **Current value of debtor's interest** |
|---|---|---|

| Debtor | Capstone Infrastructure Services, LLC | Case number (if known) | 21-90055 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **NOTES RECEIVABLE** | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| 72. | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| 73. | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 74. | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| 75. | **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| 76. | **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| 77. | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 78 | **Total of Part 11.**  ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | NOT APPLICABLE |
| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year?  ☒ No  ☐ Yes | |

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | N/A |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |

| | | | | |
|---|---|---|---|---|
| Debtor | Capstone Infrastructure Services, LLC | | Case number (if known) | 21-90055 |
| | (Name) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 90. | **All other assets.** *Copy line 78, Part 11.* | | + | | |
| 91. | **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $0.00 | + 91b. | N/A | |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | $0.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Capstone Infrastructure Services, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90055 |

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Creditors with Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>*Do not deduct the value of collateral.* | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT - ON BEHALF OF ITSELF AND THE LENDERS UNDER THE ABL CREDIT AGREEMENT

**Creditor's mailing address**
450 LEXINGTON AVENUE, 40TH FLOOR
NEW YORK, NY  10017

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    1.   LIGHTSHIP CAPITAL II LLC, AS ADMIN AGT
    2.   WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMIN AGT

**Describe debtor's property that is subject to a lien**
11/30/2016; SENIOR LOAN FACILITY; SUBSTANTIALLY ALL ASSETS OF THE DEBTOR, EXCLUDING CERTAIN EXCLUDED ASSETS (AS DEFINED IN THE PREPETITION SENIOR LOAN AGREEMENT)

**Describe the lien**
SENIOR PRIORITY - ABL CREDIT AGREEMENT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

    $86,600,000.00      UNDETERMINED

| Debtor | Capstone Infrastructure Services, LLC | Case number (if known) | 21-90055 |
|---|---|---|---|
| | (Name) | | |

## Part 1: Additional Page

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.2 | **Creditor's name**<br>WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT - ON BEHALF OF ITSELF AND THE LENDERS UNDER THE TERM LOAN AGREEMENT<br><br>**Creditor's mailing address**<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    1.    LIGHTSHIP CAPITAL II LLC, AS ADMIN AGT<br>    2.    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMIN AGT | **Describe debtor's property that is subject to a lien**<br>11/30/2016; JUNIOR LOAN FACILITY; SUBSTANTIALLY ALL ASSETS OF THE DEBTOR, OTHER THAN CERTAIN EXCLUDED ASSETS (AS DEFINED IN THE PREPETITION JUNIOR LOAN AGREEMENT)<br><br>**Describe the lien**<br>JUNIOR PRIORITY - TERM LOAN AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $260,730,000.00 | UNDETERMINED |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $347,330,000.00 | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| LIGHTSHIP CAPITAL II LLC<br>STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK, NY  10038 | Line 2.1 | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY  10019 | Line 2.2 | |

**Fill in this information to identify the case:**

Debtor: Capstone Infrastructure Services, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 21-90055

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   Amount of claim

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

   Total of claim amounts

   5a. Total claims from Part 1        5a.   NOT APPLICABLE

   5b. Total claims from Part 2        5b. + NOT APPLICABLE

   5c. **Total of Parts 1 and 2**        5c.   NOT APPLICABLE
       Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor: Capstone Infrastructure Services, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 21-90055

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | ONSHORE PIPELINE CONSTRUCTION CONTRACT DATED 01/29/18 | APPALACHIA MIDSTREAM SERVICES, LLC 100 1ST CENTER HORSEHEADS, NY 14845 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | ONSHORE PIPELINE CONSTRUCTION CONTRACT DATED 05/15/17 | APPALACHIA MIDSTREAM SERVICES, LLC 100 1ST CENTER HORSEHEADS, NY 14845 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND SU30965 DATED 08/03/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT 6067 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND SU30967 DATED 03/24/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT 6067 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Capstone Infrastructure Services, LLC | | Case number (if known) | 21-90055 |
|---|---|---|---|---|
| | (Name) | | | |

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER NUMBER 70390262 DATED 10/11/21 | CAROLINA GAS TRANSMISSION, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/22/15 | CONE MIDSTREAM PARTNERS LP ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | COMPATIBLE UNIT BLANKET CONTRACT DATED 08/03/20 | DOMINION ENERGY WEST VIRGINIA PO BOX 27031 RICHMOND, VA  23261-7031 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | TERMS AND CONDITIONS DATED 01/01/18 | DTE PIPELINE COMPANY ONE ENERGY PLAZA ROOM 2084 WCB DETROIT, MI  48226 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT CONTRACT NO. 12017-2020-01 DATED 03/31/21 | ECONOMIC PROGRESS ALLIANCE OF CRAWFORD COUNTY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT CONTRACT NO. 12017-2020-01; CHANGE ORDER NO. 2 DATED 03/31/21 | ECONOMIC PROGRESS ALLIANCE OF CRAWFORD COUNTY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Capstone Infrastructure Services, LLC | | Case number (if known) | 21-90055 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/14/18 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX  77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUING SERVICES AGREEMENT DATED 05/03/21 | IMTT-BAYONNE LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/03/21 | INTERNATIONAL-MATEX TANK TERMINAL 400 POYDRAS STREET, SUITE 3000 NEW ORLEANS, LA  70130 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL SERVICES AGREEMENT DATED 07/05/17 | KINDER MORGAN CONTRACTING SERVICES LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 06/14/18 | LA GRANGE ACQUISITION, L.P. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 11/03/20 | NATIONAL FUEL GAS COMPANY 6363 MAIN STREET WILLIAMSVILLE, NY  14221 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Capstone Infrastructure Services, LLC | | Case number (if known) | 21-90055 |
|---|---|---|---|---|
| | (Name) | | | |

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | BID #20-503 MAPLE AVE DATED 02/25/20 | NATIONAL FUEL GAS DISTRIBUTION CORPORATION 6363 MAIN STREET WILLIAMSVILLE, NY  14221 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | BID #20-513 RIVERSIDE DR. DATED 07/16/20 | NATIONAL FUEL GAS DISTRIBUTION CORPORATION 6363 MAIN STREET WILLIAMSVILLE, NY  14221 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR CONSTRUCTION DATED 08/18/21 | NATIONAL FUEL GAS SUPPLY CORPORATION 6363 MAIN STREET WILLIAMSVILLE, NY  14221 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR CONSTRUCTION DATED 11/12/20 | NFG MIDSTREAM CLERMONT, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/01/17 | R.E. GAS DEVELOPMENT, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/01/17 | REX ENERGY I, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Capstone Infrastructure Services, LLC | | Case number (if known) | 21-90055 |
|---|---|---|---|---|
| | (Name) | | | |

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | COMPANY AGREEMENT<br>DATED 01/30/18 | STRIKE, LLC<br>1800 HUGHES LANDING BOULEVARD, SUITE 500<br>THE WOODLANDS, TX  77380 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | LIMITED LIABILITY COMPANY AGREEMENT<br>DATED 08/12/21 | STRIKE, LLC<br>1800 HUGHES LANDING BOULEVARD, SUITE 500<br>THE WOODLANDS, TX  77380 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION CONTRACT<br>DATED 06/20/17 | SUSQUEHANNA GATHERING COMPANY I, LLC<br>1299 OLIVER ROAD<br>NEW MILFORD, PA  18834 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT<br>DATED 04/16/18 | UGI ENERGY SERVICES, LLC<br>ONE MERIDIAN BOULEVARD SUITE 2C01<br>WYOMISSING, PA  19610 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT<br>DATED 04/16/21 | UGI UTILITIES, INC.<br>1 UGI DRIVE<br>DENVER, PA  17517 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND 612408561<br>DATED 07/19/21 | UNITED STATES FIRE INSURANCE COMPANY<br>ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | Capstone Infrastructure Services, LLC | | Case number (if known) | 21-90055 |
|---|---|---|---|---|
| | (Name) | | | |

| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND 612408564 DATED 08/19/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND 612408569 DATED 03/08/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND 612408577 DATED 09/11/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor: Capstone Infrastructure Services, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 21-90055

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes.

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | CROSSFIRE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.2 | CROSSFIRE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.3 | DELTA DIRECTIONAL DRILLING, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.4 | DELTA DIRECTIONAL DRILLING, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.5 | STRIKE GLOBAL HOLDINGS, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.6 | STRIKE GLOBAL HOLDINGS, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.7 | STRIKE HOLDCO, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.8 | STRIKE HOLDCO, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.9 | STRIKE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.10 | STRIKE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX 77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor: Capstone Infrastructure Services, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 21-90055

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/20/2021
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Sean Gore
Printed name

Executive Vice President and Chief Financial Officer of Strike, LLC
Position or relationship to debtor