# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STRIKE, LLC, *et al.*[1] | ) Case No. 21-90054 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

# SCHEDULE OF ASSETS AND LIABILITIES
## FOR CROSSFIRE, LLC CASE NO. 21-90056 (DRJ)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   
   $23,460.54

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   
   $130,759,212.66

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   
   $130,782,673.20

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .
   
   $347,330,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .
   
   UNDETERMINED

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .
   
   **+** $17,349,752.24

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b
   
   $364,679,752.24

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.   CASH ON HAND** | | | |
| NONE | | | |

**3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA | CONTROLLED DISBURSEMENT PAYABLES | 0403 | $0.00 |
| 3.2. | BANK OF AMERICA | DEPOSITORY | 7846 | $0.00 |
| 3.3. | BANK OF AMERICA | OPERATING | 7833 | $0.00 |
| 3.4. | BANK OF AMERICA | PAYROLL | 7859 | $0.00 |

**4.   OTHER CASH EQUIVALENTS**

NONE

**5   Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$0.00

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

Debtor   Crossfire, LLC
(Name)

Case number (if known)   21-90054

| | Current value of debtor's interest |
|---|---|
| **7.** **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| **NONE** | |
| **8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.   VARIOUS REAL-ESTATE & IT PREPAYMENTS | $113,374.86 |
| **9** **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $113,374.86 |

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10.** **DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **11.** **ACCOUNTS RECEIVABLE** | | | |
| 90 DAYS OLD OR LESS - OPEN A/R | $30,904,307.35 _face amount_ - $0.00 _doubtful or uncollectable accounts_ = → | | $30,904,307.35 |
| OVER 90 DAYS OLD - OPEN A/R | $89,496,864.07 _face amount_ - $602,370.96 _doubtful or uncollectable accounts_ = → | | $88,894,493.11 |
| **12** **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | | | $119,798,800.46 |

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13.** **DOES THE DEBTOR OWN ANY INVESTMENTS?**
☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15.** **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16.** **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |
| **17** **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | NOT APPLICABLE |

Debtor    Crossfire, LLC _____    Case number (if known) 21-90054 ___
         (Name)

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  RAW MATERIALS** | | | | |
| NONE | | | | |
| **20.  WORK IN PROGRESS** | | | | |
| 20.1.    CONTRACT ASSETS | N/A | $10,339,605.10 | NET BOOK VALUE | $10,339,605.10 |
| **21.  FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| NONE | | | | |
| **22.  OTHER INVENTORY OR SUPPLIES** | | | | |
| NONE | | | | |

| 23 | Total of Part 5. ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $10,339,605.10 |
|---|---|---|

**24.  Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27.  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.  FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

Debtor    Crossfire, LLC
            _____    Case number (if known) ___21-90054___
            (Name)

**34.    Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
    ☐ No
    ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.    DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    OFFICE FURNITURE** | | | |
| **40.    OFFICE FIXTURES** | | | |
| **41.    OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| **42.    COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| **43    Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | NOT APPLICABLE |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.    DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.    C14-F1011 2014 FORD - 2014: ASSET # 4936 | $1,543.00 | NET BOOK VALUE | $1,543.00 |

Debtor    Crossfire, LLC                                    Case number (if known)    21-90054
          (Name)

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | |
| 47.2. | C14-F1012 2014 FORD - 2014: ASSET # 4937 | $1,500.00 | NET BOOK VALUE | $1,500.00 |
| 47.3. | C15-F1307 2015 FORD - 2015: ASSET # 4938 | $2,516.00 | NET BOOK VALUE | $2,516.00 |
| 47.4. | C15-F1308 FORD F550 - ASSET # 4939 | $2,517.00 | NET BOOK VALUE | $2,517.00 |
| 47.5. | CHALLENGER MT46 - 2004: ASSET # 1714321 | $1,196.44 | NET BOOK VALUE | $1,196.44 |
| 47.6. | DODGE RAM 5500 - 2014: ASSET # 1717396 | $2,351.00 | NET BOOK VALUE | $2,351.00 |
| 47.7. | DODGE RAM 5500 - 2014: ASSET # 1717409 | $2,445.00 | NET BOOK VALUE | $2,445.00 |
| 47.8. | DODGE RAM 5500 - 2015: ASSET # 1718305 | $2,284.00 | NET BOOK VALUE | $2,284.00 |
| 47.9. | FORD EXPLORER L - 2015: ASSET # 1719279 | $2,084.00 | NET BOOK VALUE | $2,084.00 |
| 47.10. | FORD F150 XL CR - 2014: ASSET # 1717441 | $2,610.51 | NET BOOK VALUE | $2,610.51 |
| 47.11. | FORD F150 XL CR - 2015: ASSET # 1718321 | $1,623.00 | NET BOOK VALUE | $1,623.00 |
| 47.12. | FORD F150 XL CR - 2015: ASSET # 1718330 | $1,623.00 | NET BOOK VALUE | $1,623.00 |
| 47.13. | FORD F150 XL CR - 2015: ASSET # 1718364 | $1,723.00 | NET BOOK VALUE | $1,723.00 |
| 47.14. | FORD F150 XL CR - 2015: ASSET # 1718381 | $1,738.00 | NET BOOK VALUE | $1,738.00 |
| 47.15. | FORD F150 XLT C - 2014: ASSET # 1717521 | $1,637.00 | NET BOOK VALUE | $1,637.00 |
| 47.16. | FORD F150 XLT C - 2014: ASSET # 1717530 | $1,637.00 | NET BOOK VALUE | $1,637.00 |
| 47.17. | FORD F250 XL SD - 2015: ASSET # 1718399 | $2,578.88 | NET BOOK VALUE | $2,578.88 |
| 47.18. | FORD F250 XL SD - 2015: ASSET # 1718436 | $2,603.20 | NET BOOK VALUE | $2,603.20 |
| 47.19. | FORD F250 XL SD - 2015: ASSET # 1718444 | $2,895.46 | NET BOOK VALUE | $2,895.46 |
| 47.20. | FORD F250 XL SD - 2015: ASSET # 1718495 | $2,610.00 | NET BOOK VALUE | $2,610.00 |
| 47.21. | FORD F250 XL SD - 2015: ASSET # 1718508 | $2,680.95 | NET BOOK VALUE | $2,680.95 |
| 47.22. | FORD F250 XL SD - 2015: ASSET # 1718541 | $862.66 | NET BOOK VALUE | $862.66 |
| 47.23. | FORD F250 XL SD - 2015: ASSET # 1718567 | $1,664.00 | NET BOOK VALUE | $1,664.00 |
| 47.24. | FORD F250 XL SD - 2015: ASSET # 1718575 | $1,664.00 | NET BOOK VALUE | $1,664.00 |
| 47.25. | FORD F250 XL SD - 2015: ASSET # 1718583 | $1,669.00 | NET BOOK VALUE | $1,669.00 |
| 47.26. | FORD F250 XL SD - 2015: ASSET # 1718612 | $1,634.00 | NET BOOK VALUE | $1,634.00 |
| 47.27. | FORD F250 XL SD - 2015: ASSET # 1718655 | $1,655.00 | NET BOOK VALUE | $1,655.00 |
| 47.28. | FORD F250 XL SD - 2015: ASSET # 1718671 | $1,725.00 | NET BOOK VALUE | $1,725.00 |
| 47.29. | FORD F350 LARIA - 2015: ASSET # 1718840 | $2,736.00 | NET BOOK VALUE | $2,736.00 |
| 47.30. | FORD F350 LARIA - 2016: ASSET # 1719826 | $1,315.31 | NET BOOK VALUE | $1,315.31 |
| 47.31. | FORD F350 XL SD - 2015: ASSET # 1718760 | $1,042.55 | NET BOOK VALUE | $1,042.55 |
| 47.32. | FORD F350 XL SD - 2015: ASSET # 1718794 | $1,525.00 | NET BOOK VALUE | $1,525.00 |
| 47.33. | FORD F350 XL SD - 2015: ASSET # 1718815 | $1,616.00 | NET BOOK VALUE | $1,616.00 |
| 47.34. | FORD F350 XL SD - 2015: ASSET # 1718823 | $1,550.00 | NET BOOK VALUE | $1,550.00 |
| 47.35. | FORD F350 XL SD - 2015: ASSET # 1718831 | $1,550.00 | NET BOOK VALUE | $1,550.00 |
| 47.36. | FORD F350 XL SD - 2015: ASSET # 1718858 | $1,619.00 | NET BOOK VALUE | $1,619.00 |
| 47.37. | FORD F350 XL SD - 2015: ASSET # 1718920 | $1,656.00 | NET BOOK VALUE | $1,656.00 |
| 47.38. | FORD F350 XL SD - 2015: ASSET # 1718971 | $1,729.00 | NET BOOK VALUE | $1,729.00 |
| 47.39. | FORD F350 XL SD - 2015: ASSET # 1718997 | $1,638.00 | NET BOOK VALUE | $1,638.00 |
| 47.40. | FORD F350 XL SD - 2015: ASSET # 1719009 | $1,735.00 | NET BOOK VALUE | $1,735.00 |
| 47.41. | FORD F350 XL SD - 2015: ASSET # 1719041 | $1,729.00 | NET BOOK VALUE | $1,729.00 |
| 47.42. | FORD F350 XL SD - 2015: ASSET # 1719092 | $1,788.00 | NET BOOK VALUE | $1,788.00 |

| Debtor | Crossfire, LLC | | Case number (if known) | 21-90054 |
|---|---|---|---|---|
| | (Name) | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

| | | | | |
|---|---|---|---|---|
| 47.43. | FORD F350 XL SD - 2015: ASSET # 1719113 | $1,710.00 | NET BOOK VALUE | $1,710.00 |
| 47.44. | FORD F350 XL SD - 2015: ASSET # 1719130 | $2,196.00 | NET BOOK VALUE | $2,196.00 |
| 47.45. | FORD F350 XL SD - 2016: ASSET # 1719640 | $1,682.00 | NET BOOK VALUE | $1,682.00 |
| 47.46. | FORD F350 XL SD - 2016: ASSET # 1719658 | $1,682.00 | NET BOOK VALUE | $1,682.00 |
| 47.47. | FORD F350 XL SD - 2016: ASSET # 1719703 | $1,682.00 | NET BOOK VALUE | $1,682.00 |
| 47.48. | FORD F350 XL SD - 2016: ASSET # 1719720 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.49. | FORD F350 XL SD - 2016: ASSET # 1719738 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.50. | FORD F350 XL SD - 2016: ASSET # 1719746 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.51. | FORD F350 XL SD - 2016: ASSET # 1719754 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.52. | FORD F350 XL SD - 2016: ASSET # 1719762 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.53. | FORD F350 XL SD - 2016: ASSET # 1719797 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.54. | FORD F450 XL SD - 2015: ASSET # 1719201 | $3,200.00 | NET BOOK VALUE | $3,200.00 |
| 47.55. | FORD F550 XL SD - 2015: ASSET # 1719834 | $1,588.00 | NET BOOK VALUE | $1,588.00 |
| 47.56. | FORD F550 XL SD - 2016: ASSET # 1719842 | $2,417.00 | NET BOOK VALUE | $2,417.00 |
| 47.57. | FORD F550 XL SD - 2016: ASSET # 1719851 | $2,417.00 | NET BOOK VALUE | $2,417.00 |
| 47.58. | FORD F650 SD DR - 2015: ASSET # 1719261 | $3,011.00 | NET BOOK VALUE | $3,011.00 |
| 47.59. | FREIGHTLINER M2 - 2007: ASSET # 1714638 | $3,642.66 | NET BOOK VALUE | $3,642.66 |
| 47.60. | PETERBILT 367 T - 2013: ASSET # 1717097 | $15,375.00 | NET BOOK VALUE | $15,375.00 |
| 47.61. | PETERBILT 367 T - 2013: ASSET # 1717100 | $15,358.00 | NET BOOK VALUE | $15,358.00 |
| 47.62. | TRAIL KING 55 T - 2010: ASSET # 1715340 | $2,776.00 | NET BOOK VALUE | $2,776.00 |
| 47.63. | TRAIL KING TK11 - 2012: ASSET # 1716271 | $3,200.00 | NET BOOK VALUE | $3,200.00 |
| 47.64. | TRANSCRAFT DTL- - 2014: ASSET # 4024 | $1,173.57 | NET BOOK VALUE | $1,173.57 |
| 47.65. | TRANSCRAFT DTL- - 2015: ASSET # 1719404 | $1,394.00 | NET BOOK VALUE | $1,394.00 |
| 47.66. | TRANSCRAFT DTL- - 2015: ASSET # 1719412 | $1,394.00 | NET BOOK VALUE | $1,394.00 |
| 47.67. | WESTERN STAR 49 - 2007: ASSET # 1714726 | $1,794.69 | NET BOOK VALUE | $1,794.69 |
| 47.68. | WESTERN STAR 49 - 2007: ASSET # 1714734 | $3,841.00 | NET BOOK VALUE | $3,841.00 |

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

NONE

**49. AIRCRAFT AND ACCESSORIES**

NONE

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | | |
|---|---|---|---|---|
| 50.1. | MATS | $45,900.85 | NET BOOK VALUE | $45,900.85 |
| 50.2. | OTHER MACHINERY, FIXTURES, AND EQUIPMENT | $300,722.51 | NET BOOK VALUE | $300,722.51 |

| 51 | Total of Part 8.<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | $507,432.24 |
|---|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

Debtor   Crossfire, LLC
         (Name)
Case number (if known)   21-90054

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    REAL PROPERTY**

54.  **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55.  **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  LEASEHOLD IMPROVEMENTS | OWNED | $23,460.54 | NET BOOK VALUE | $23,460.54 |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $23,460.54 |
|---|---|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY**

59.  **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.  "CROSSFIRE" REGISTERED FEBRUARY 26, 2019 [RN: 5,685,567] | UNDETERMINED | | UNDETERMINED |
| 60.2.  CROSSFIRE "CS" LOGO WITH "CROSSFIRE" REGISTERED FEBRUARY 26, 2019 [RN: 5,685,577] | UNDETERMINED | | UNDETERMINED |
| 61.  **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 62.  **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 63.  **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1.    CUSTOMER RELATIONS | UNDETERMINED | | UNDETERMINED |
| 64.  **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| 65.  **GOODWILL** | | | |
| 65.1.    GOODWILL | UNDETERMINED | | UNDETERMINED |

| 66 | Total of Part 10.<br>ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | UNDETERMINED |
|---|---|---|

Debtor    Crossfire, LLC

(Name)

Case Number (if known) 21-90054

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☑ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** NOTES RECEIVABLE<br>DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)<br>DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.** INTERESTS IN INSURANCE POLICIES OR ANNUITIES | |
| **74.** CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED) | |
| 74.1.   BIG GUNS PETROLEUM, INC., JAMES MANN, AND BELINDA JUAREZ | UNDETERMINED |
| **Nature of claim**   BREACH OF CONTRACT | |
| **Amount requested**   $384,849.55 | |
| 74.2.   EZRA LEE | UNDETERMINED |
| **Nature of claim**   BREACH OF CONTRACT | |
| **Amount requested**   IN EXCESS OF $1M | |
| **75.** OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS | |
| 75.1.   OTHER CONTINGENT & UNLIQUIDATED CLAIMS | UNKNOWN |
| **Nature of claim**   UNKNOWN | |
| **Amount requested**   UNKNOWN | |
| **76.** TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY | |
| **77.** OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |

| **78** | Total of Part 11.<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | UNDETERMINED |
|---|---|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   Crossfire, LLC

(Name)

Case Number (if known) 21-90054

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $113,374.86 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $119,798,800.46 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $10,339,605.10 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $507,432.24 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | $23,460.54 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+** UNDETERMINED | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $130,759,212.66 | **+** 91b. $23,460.54 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $130,782,673.20 |
| | . | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor</td><td>Crossfire, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-90056</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1.  1.  **Do any creditors have claims secured by debtor's property?**
    - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
    - ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Creditor's name**<br>ALTEC CAPITAL SERVICES, LLC<br><br>**Creditor's mailing address**<br>33 INVERNESS CENTER PARKWAY<br>BIRMINGHAM, AL  35242<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

| 2.2 | **Creditor's name**<br>CATERPILLAR FINANCIAL SERVICES CORPORATION<br><br>**Creditor's mailing address**<br>2120 WEST END AVE<br>NASHVILLE, TN  37203-0986<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

Debtor    Crossfire, LLC

(Name)    Case number (if known) 21-90054

| Part 1: | Additional Page |
| --- | --- |

|  | | | Column A | Column B |
| --- | --- | --- | --- | --- |
|  | | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | | *Do not deduct the value of collateral.* | |
| 2.3 | **Creditor's name**<br>CATERPILLAR FINANCIAL SERVICES CORPORATION<br><br>**Creditor's mailing address**<br>2120 WEST END AVENUE<br>NASHVILLE, TN  37203<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |
| 2.4 | **Creditor's name**<br>DAIMLER<br><br>**Creditor's mailing address**<br>13650 HERITAGE PARKWAY<br>FT. WORTH, TX  76177<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |
| 2.5 | **Creditor's name**<br>DE LAGE LANDEN FINANCIAL SERVICES, INC.<br><br>**Creditor's mailing address**<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|--------|----------------|------------------------|----------|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|-------------|---------------------|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.6 | **Creditor's name**<br>GENERAL ELECTRICCAPITAL CORPORATION<br><br>**Creditor's mailing address**<br>PO BOX 35701<br>BILLINGS, MT  59107-5701<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |
| 2.7 | **Creditor's name**<br>LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT - ON BEHALF OF ITSELF AND THE LENDERS UNDER THE ABL CREDIT AGREEMENT<br><br>**Creditor's mailing address**<br>450 LEXINGTON AVENUE, 40TH FLOOR<br>NEW YORK, NY  10017<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　　Specify each creditor, including this creditor, and its relative priority.<br>　　1.　LIGHTSHIP CAPITAL II LLC, AS ADMIN AGT<br>　　2.　WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMIN AGT | **Describe debtor's property that is subject to a lien**<br>11/30/2016; SENIOR LOAN FACILITY; SUBSTANTIALLY ALL ASSETS OF THE DEBTOR, EXCLUDING CERTAIN EXCLUDED ASSETS (AS DEFINED IN THE PREPETITION SENIOR LOAN AGREEMENT)<br><br>**Describe the lien**<br>SENIOR PRIORITY - ABL CREDIT AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86,600,000.00 | UNDETERMINED |

Debtor   Crossfire, LLC
_____   Case number (if known) _21-90054_
(Name)

| **Part 1:** | **Additional Page** |

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.8 | **Creditor's name**<br>MB EQUIPMENT FINANCE, LLC<br><br>**Creditor's mailing address**<br>230 SCHILLING CIRCLE<br>SUITE 340<br>HUNT VALLEY, MD  21031<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |
| 2.9 | **Creditor's name**<br>MBM FINANCIAL INTERESTS, LP<br><br>**Creditor's mailing address**<br>7300 GESSNER RD<br>HOUSTON, TX  77040<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |
| 2.10 | **Creditor's name**<br>MERCEDES-BENZ FINANCIAL SERVICES USA LLC<br><br>**Creditor's mailing address**<br>13650 HERITAGE PARKWAY<br>FORT WORTH, TX  76177<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

| Debtor | Crossfire, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.11 | **Creditor's name** <br> MUSTAND MACHINERY CO, LTD DBA MUSTANG CAT <br><br> **Creditor's mailing address** <br> P.O. BOX 1373 <br> HOUSTON, TX 77251 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** N/A <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ASSETS LISTED IN UCC FILING <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNDETERMINED | UNDETERMINED |
| 2.12 | **Creditor's name** <br> WAGNER EQUIPMENT CO <br><br> **Creditor's mailing address** <br> 18000 SMITH ROAD <br> AURORA, CO 80011 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** N/A <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ASSETS LISTED IN UCC FILING <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNDETERMINED | UNDETERMINED |

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.13 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $260,730,000.00 | UNDETERMINED |
|---|---|---|---|---|

**Creditor's name**
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT - ON BEHALF OF ITSELF AND THE LENDERS UNDER THE TERM LOAN AGREEMENT

**Creditor's mailing address**
1100 NORTH MARKET STREET
WILMINGTON, DE  19890

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    1.    LIGHTSHIP CAPITAL II LLC, AS ADMIN AGT
    2.    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMIN AGT

**Describe debtor's property that is subject to a lien**
11/30/2016; JUNIOR LOAN FACILITY; SUBSTANTIALLY ALL ASSETS OF THE DEBTOR, OTHER THAN CERTAIN EXCLUDED ASSETS (AS DEFINED IN THE PREPETITION JUNIOR LOAN AGREEMENT)

**Describe the lien**
JUNIOR PRIORITY - TERM LOAN AGREEMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $347,330,000.00 |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| LIGHTSHIP CAPITAL II LLC<br>STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK, NY  10038 | Line 2.7 | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY  10019 | Line 2.13 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Crossfire, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-90056</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ADAMS COUNTY TREASURER<br>4430 S ADAMS COUNTY PKWY, STE W1000<br>BRIGHTON, CO  80601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>AL-DEPARTMENT OF REVENUE<br>615 FORREST AVE A<br>EAST BREWTON, AL  36426<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>BARBERS HILL ISD<br>PO BOX 1108<br>MONT BELVIEU, TX  77580<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor  Crossfire, LLC
(Name)

Case number (if known) 21-90054

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.4** Priority creditor's name and mailing address

CA EMPLOYMENT DEVELOPMENT DEPT
ATTN LEGAL OFFICE
800 CAPITAL MALL, MIC 53
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.5** Priority creditor's name and mailing address

CANADIAN COUNTY TREASURER
201 N. CHOCTAW
EL RENO, OK 73036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.6** Priority creditor's name and mailing address

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST
DENVER, CO 80261

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.7** Priority creditor's name and mailing address

DENISE HUTTER, TAX
ASSESSOR/COLLECTOR
CHAMBERS COUNTY TAX OFFICE
PO BOX 519
ANAHUAC, TX 77514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.8** Priority creditor's name and mailing address

EDDY COUNTY TREASURER
101 W. GREENE, SUITE 117
CARLSBAD, NM 88220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Crossfire, LLC | | Case number (if known) | 21-90054 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.9 | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | FRIO COUNTY APPRAISAL DISTRICT | | |
| | PO BOX 1129 | | |
| | PEARSALL, TX  78061 | | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.10 | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| --- | --- | --- | --- |
| | FRIO COUNTY TAX OFFICE | | |
| | 500 E. SAN ANTONIO ST. BOX 20 | | |
| | PEARSALL, TX  78061 | | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.11 | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| --- | --- | --- | --- |
| | ILLINOIS SECRETARY OF STATE | | |
| | 501 S. SECOND ST., RM. 351 | | |
| | SPRINGFIELD, IL  62756 | | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.12 | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| --- | --- | --- | --- |
| | INDIANA SECRETARY OF STATE | | |
| | 200 W WASHINGTON ST 210 | | |
| | INDIANAPOLIS, IN  46204 | | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.13 | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| --- | --- | --- | --- |
| | INTERNAL REVENUE SERVICE | | |
| | 550 MAIN ST # 10 | | |
| | CINCINNATI, OH  45202 | | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Crossfire, LLC

(Name)

Case number (if known)   21-90054

---

| **Part 1:** | **Additional Page** | | | | |
|---|---|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.14** **Priority creditor's name and mailing address**

KANSAS DEPARTMENT OF REVENUE
KANSAS INCOME TAX
PO BOX 750260
TOPEKA, KS 66699-0260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.15** **Priority creditor's name and mailing address**

LA PLATA COUNTY TREASURER
P.O. BOX 912928
DENVER, CO 80291-2928

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.16** **Priority creditor's name and mailing address**

MAY L. BENDER NEWTON CO TAX ASSESSOR
PO BOX 7
DECATUR, MS 39327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.17** **Priority creditor's name and mailing address**

MIDLAND CENTRAL APPRAISAL DISTRICT
PO BOX 908002
MIDLAND, TX 79708-0002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.18** **Priority creditor's name and mailing address**

MINNESOTA DEPARTMENT OF REVENUE
600 ROBERT ST N
ST PAUL, MN 55101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

Debtor     Crossfire, LLC                                     Case number (if known)    21-90054
           (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.19** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

MISSISSIPPI BOARD OF LICENSURE
PROFESSIONAL ENGINEERS AND
SURVEYORS
660 NORTH STREET SUITE 400
JACKSON, MS  39202

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.20** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

MONTANA DEPT OF LABOR IND.
P.O. BOX 8011
HELENA, MT  59604-8011

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.21** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

NATRONA COUNTY TREASURER
P.O. BOX 2290
CASPER, WY  82602

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.22** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

NEW MEXICO TAXATION & REVENUE
ATTN: CALL CENTER BUREAU
PO BOX 8485
ALBUQUERQUE, NM  87198

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.23** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

NEW YORK DEPT OF TAXATION & FINANCE
PO BOX 4125
BINGHAMTON, NY  13902-4125

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXES/FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    Crossfire, LLC

(Name)

Case number *(if known)*    21-90054

| Part 1: | Additional Page |
|---|---|

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.24**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |
|---|---|---|---|

Priority creditor's name and mailing address

OHIO DEPARTMENT OF TAXATION
TAXPAYER SERVICES DIVISION
PO BOX 182215
COLUMBUS, OH 43218-2215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.26**

Priority creditor's name and mailing address

PANOLA COUNTY TAX OFFICE
110 S. SYCAMORE ST. - RM 211
CARTHAGE, TX 75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.27**

Priority creditor's name and mailing address

REEVES COUNTY TAX
ASSESSOR/COLLECTOR
PO BOX 700
PECOS, TX 79772

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.28**

Priority creditor's name and mailing address

SWEETWATER COUNTY TREASURER
80 WEST FLAMING GORGE WAY, 139
GREEN RIVER, WY 82935

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

Debtor ___ Crossfire, LLC _____    Case number (if known) ___21-90054___
         (Name)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.29 | **Priority creditor's name and mailing address**<br><br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 13528<br>CAPITOL STATION<br>AUSTIN, TX  78711-3528<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.30 | **Priority creditor's name and mailing address**<br><br>UINTAH COUNTY ASSESSOR<br>152 E. 100 N.<br>VERNAL, UT  84078<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.31 | **Priority creditor's name and mailing address**<br><br>WELD COUNTY TREASURER<br>P.O. BOX 458<br>GREELEY, CO  80632-0458<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.32 | **Priority creditor's name and mailing address**<br><br>WYOMING DEPARTMENT OF REVENUE<br>122 W 25TH ST, 3RD FLOOR EAST<br>CHEYENNE, WY  82002-0110<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

Debtor   Crossfire, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $39,820.51

2-C EQUIPMENT LLC
PO BOX 276
JARRELL, TX  76537

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0445**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,552.00

3RD ROCK ENERGY SERVICES
PO BOX 15500
SARASOTA, FL  34277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3456**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,800.00

4 WARRIORS HYDRO EXCAVATING
PO BOX 2407
ELK CITY, OK  73648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3893**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $180.00

4M SAFETY & COMPLIANCE LLC
202 E. 16TH ST
ODESSA, TX  79761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PROFESSIONAL SERVICES

**Last 4 digits of account number: 6030**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $961.00

4-STAR HOSE & SUPPLY INC
PO BOX 541356
DALLAS, TX  75354-1356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1454**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Crossfire, LLC

(Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.6**

**Nonpriority creditor's name and mailing address**

7H SERVICES, LLC
2119 S COUNTY RD 1063
MIDLAND, TX  79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1849**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,650.00

---

**3.7**

**Nonpriority creditor's name and mailing address**

ACE SPECIALTIES INC
PO BOX 74321
CLEVELAND, OH  44194-4321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2642**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,410.10

---

**3.8**

**Nonpriority creditor's name and mailing address**

ADVANCED INDUSTRIAL SVCS MIDCON REGION
34933 IMPERIAL STREET
BAKERSFIELD, CA  93308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6073**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,165.00

---

**3.9**

**Nonpriority creditor's name and mailing address**

AHERN RENTALS INC
PO BOX 271390
LAS VEGAS, NV  89127-1390

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0332**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,813.25

---

**3.10**

**Nonpriority creditor's name and mailing address**

AIRGAS USA LLC-CHICAGO
PO BOX 734445
CHICAGO, IL  60673-4445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1613**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,323.92

Debtor    Crossfire, LLC
          (Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

**3.11**  **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC-DALLAS
PO BOX 734671
DALLAS, TX  75373-4671

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2686**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,075.21

---

**3.12**  **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC-DALLAS
PO BOX 734671
DALLAS, TX  75373-4671

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0713**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.41

---

**3.13**  **Nonpriority creditor's name and mailing address**

ALAMO LUMBER
PO BOX 17258
SAN ANTONIO, TX  78217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0550**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,601.82

---

**3.14**  **Nonpriority creditor's name and mailing address**

ALL SEASONS FOAM COATINGS & SE
PO BOX 501
SANGER, TX  76266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9504**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,155.00

---

**3.15**  **Nonpriority creditor's name and mailing address**

AMERICAN FENCE CO - WI
3210 MECCA DR
PLOVER, WI  54467

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6076**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,155.00

---

Debtor   Crossfire, LLC
_____
(Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,497.22
Check all that apply.

AMERICAN PIPE & SUPPLY CO
27 NORTH CENTRAL AVE.
CUT BANK, MT  59427

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1765**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,440.00
Check all that apply.

AMERICAN PIPING INSPECTION INC
17110 EAST PINE STREET
TULSA, OK  74116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1860**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,420.00
Check all that apply.

APACHE INDUSTRIAL SERVICES
15423 VANTAGE PKWY EAST
HOUSTON, TX  77032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1959**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,298.83
Check all that apply.

API DISTRIBUTION
1100 OLD HIGHWAY 8 NW
NEW BRIGHTON, MN  55112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5378**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $79,785.05
Check all that apply.

ARCOSA AGGREGATES
PO BOX 268946
OKLAHOMA CITY, OK  73126-8946

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1520**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|--------|----------------|------------------------|----------|
| | (Name) | | |

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

**3.21** | **Nonpriority creditor's name and mailing address**

ARDENT SERVICES LLC
PO BOX 974759
DALLAS, TX  75397-4759

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5724**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,683,988.35

---

**3.22** | **Nonpriority creditor's name and mailing address**

ARMADILLO PORTABLE TOILETS
PO BOX 246
COLUMBUS, TX  78934-0246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0891**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,566.96

---

**3.23** | **Nonpriority creditor's name and mailing address**

ARROW DIRECTIONAL DRILLING INC
6025 HWY 77
ODEM, TX  78390

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0941**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,050.00

---

**3.24** | **Nonpriority creditor's name and mailing address**

ASSOCIATED SUPPLY CO INC
PO BOX 3888
LUBBOCK, TX  79452

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0715**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,037.96

---

**3.25** | **Nonpriority creditor's name and mailing address**

ATLAS ENERGY SERVICES, LLC
3050 67TH AVE SUITE 100
GREELEY, CO  80634

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1468**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,150.00

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.26**

**Nonpriority creditor's name and mailing address**

AWP INC
4244 MT. PLEASANT ST. NW
NORTH CANTON, OH  44720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5110**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,526.58

---

**3.27**

**Nonpriority creditor's name and mailing address**

AXIOM MEDICAL CONSULTING LLC
8401 NEW TRAILS DR SUITE 100
THE WOODLANDS, TX  77381

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2810**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,351.00

---

**3.28**

**Nonpriority creditor's name and mailing address**

B&J WELDING SUPPLY
PO BOX 3520
LUBBOCK, TX  79452-3520

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4686**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,311.29

---

**3.29**

**Nonpriority creditor's name and mailing address**

B&M CONCRETE PUMPING LLC
7218 PORTER RD.
CARLSBAD, NM  88220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9972**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,399.78

---

**3.30**

**Nonpriority creditor's name and mailing address**

BADGER DAYLIGHTING CORP
75 REMITTANCE DR SUITE 3185
CHICAGO, IL  60675-3185

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2827**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$180,254.62

---

Debtor    Crossfire, LLC _____    Case number (if known) _____21-90054_____
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,170.00

BADLANDS POWER FUELS LLC
PO BOX 1369
MINOT, ND  58702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | | $7,905.14

BARNCO INC
1507 WEST 2ND ST
ODESSA, TX  79763

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | | $21,859.33

BARNHART BOLT & SPECIAL FASTENERS INC
PO BOX 69085
ODESSA, TX  79769-9085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2842**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | | $1,742.52

BARRICADES UNLIMITED
PO BOX 11001
LUBBOCK, TX  79408

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3519**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | | $1,938.01

BASIN CO-OP
PO BOX 2990
DURANGO, CO  81302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2851**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Crossfire, LLC                                    Case number (if known)    21-90054
          (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.36**

**Nonpriority creditor's name and mailing address**

BASIN IRON INC
2561 EAST 1500 SOUTH
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5091**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$5,809.61

---

**3.37**

**Nonpriority creditor's name and mailing address**

BEARD EQUIPMENT CO INC
PO BOX 80147
MIDLAND, TX  79708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5185**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**

☒ No
☐ Yes

$4,647.24

---

**3.38**

**Nonpriority creditor's name and mailing address**

BEASLEY TIRE SERVICE
PO BOX 11556
HOUSTON, TX  77293

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1450**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$13,623.73

---

**3.39**

**Nonpriority creditor's name and mailing address**

BELL SUPPLY COMPANY
PO BOX 842263
DALLAS, TX  75284-2263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2876**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$43,063.80

---

**3.40**

**Nonpriority creditor's name and mailing address**

BES SUPPLY STORE
PO BOX 5182
CARLSBAD, NM  88221-5182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2881**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$33,411.50

| Debtor | Crossfire, LLC | | Case number (if known) | 21-90054 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>BIG BEND SERVICES LLC<br>PO BOX 61226<br>MIDLAND, TX  79711-1226<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0526** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,165.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>BIG D'S PUMPING INC<br>PO BOX 356<br>RANGELY, CO  81648<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5943** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,092.50 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>BIG HORN SUPPLY<br>3107 ANTELOPE TRAIL UNIT 7<br>MIDLAND, TX  79706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7023** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,200.84 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>BIGHORN TRANSPORT SERVICES LLC<br>PO BOX 3447<br>HOBBS, NM  88241<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3896** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $291,311.29 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>BISHOP LIFTING PRODUCTS INC<br>125 MCCARTY ST.<br>HOUSTON, TX  77029<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7062** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $216.50 |

Debtor  Crossfire, LLC
(Name)

Case number (if known)  21-90054

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: <br> *Check all that apply.* | $42,276.36 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

BLACK GOLD ENERGY SERVICES
P.O. BOX 984
HOBBS, NM  88240-1736

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1210

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $42,276.36

---

**3.47 Nonpriority creditor's name and mailing address**

B-LINE FILTER & SUPPLY INC
PO BOX 4598
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1382

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$290.65

---

**3.48 Nonpriority creditor's name and mailing address**

BLUE SKY DUMPSTERS LLC
387 15TH ST W 235
DICKINSON, ND  58601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5017

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,122.13

---

**3.49 Nonpriority creditor's name and mailing address**

BOOT BARN INC
15345 BARRANCA PARKWAY
IRVINE, CA  92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5573

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$688.46

---

**3.50 Nonpriority creditor's name and mailing address**

BORDER STATES INDUSTRIES INC
P.O. BOX 52516
PHOENIX, AZ  85072-2516

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1384

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$161.62

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | | Amount of claim |
|---|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address**

BORSHEIM CRANE SERVICE, LLC
PO BOX 678
WEST FARGO, ND  58078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1872**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,330.20

---

**3.52** | **Nonpriority creditor's name and mailing address**

BRAND X HYDROVAC SERVICES INC
PO BOX 1199
SILT, CO  81652

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6071**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$247,435.00

---

**3.53** | **Nonpriority creditor's name and mailing address**

BRAUN INTERTEC CORP
PO BOX 64384  LOCKBOX 446035
ST. PAUL, MN  55164-0384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1853**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.54** | **Nonpriority creditor's name and mailing address**

BREKKE STORAGE
105 3RD AVENUE
LONGMONT, CO  80501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2944**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$231.54

---

**3.55** | **Nonpriority creditor's name and mailing address**

BRENNAN OIL INC
PO BOX 1068
DURANGO, CO  81302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2945**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,948.94

---

| Debtor | Crossfire, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.56**

**Nonpriority creditor's name and mailing address**

BROCK SERVICES LLC
PO BOX 679312
DALLAS, TX  75267-9313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2951**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$909.08

---

**3.57**

**Nonpriority creditor's name and mailing address**

BRONCO EQUIP. RENTAL & SALES
2122 S. EAST AVE
CUSHING, OK  74023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4554**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,698.29

---

**3.58**

**Nonpriority creditor's name and mailing address**

BRONTIDE DIESEL LLC
10044 COUNTY ROAD 25.5
KARVAL, CO  80823

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5316**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,960.00

---

**3.59**

**Nonpriority creditor's name and mailing address**

B-SAFE LLC
1575 S 1500 W
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5407**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY PROVIDER

**Is the claim subject to offset?**
☑ No
☐ Yes

$108.00

---

**3.60**

**Nonpriority creditor's name and mailing address**

BTH SERVICES AND RENTAL LLC
PO BOX 669
EUNICE, NM  88231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2965**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,813.99

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.61**

**Nonpriority creditor's name and mailing address**

BUCKEYE WELDING SUPPLY CO INC
360 E 8TH STREET
GREELEY, CO  80631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5757**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,663.27

---

**3.62**

**Nonpriority creditor's name and mailing address**

BURDICK MATERIALS
2350 S 1900 W STE 100
OGDEN, UT  84401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1785**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,409.84

---

**3.63**

**Nonpriority creditor's name and mailing address**

C&J GRAVEL PRODUCTS INC
27661 HWY 160
DURANGO, CO  81301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1767**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,083.51

---

**3.64**

**Nonpriority creditor's name and mailing address**

CABLE COMMUNICATION SERVICES, INC.
7200 SHADOWLAND CT
BLACK HAWK, SD  57718

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1481**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$267,314.77

---

**3.65**

**Nonpriority creditor's name and mailing address**

CARDINAL HARDWARE & LUMBER
PO BOX 1077
EUNICE, NM  88231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9828**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,233.38

Debtor  Crossfire, LLC

(Name)

Case number (if known)  21-90054

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.66**

**Nonpriority creditor's name and mailing address**

CAR-TEX TRAILER CO INC
2786 SE LOOP
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$358.06

---

**3.67**

**Nonpriority creditor's name and mailing address**

CASCADE WATER & COFFEE SERVICE
214 SOUTH FAIRVIEW
FARMINGTON, NM  87401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$222.59

---

**3.68**

**Nonpriority creditor's name and mailing address**

CAT FINANCIAL COMMERCIAL ACCT
PO BOX 732005
DALLAS, TX  75373-2005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$276,948.42

---

**3.69**

**Nonpriority creditor's name and mailing address**

CBK TRANSPORT LLC
28310 ASCOT FARMS ROAD
MAGNOLIA, TX  77354

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$418,357.50

---

**3.70**

**Nonpriority creditor's name and mailing address**

CENTURY FENCE COMPANY
PO BOX 727
PEWAUKEE, WI  53072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1664

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$92,235.00

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.71** | **Nonpriority creditor's name and mailing address**

CHAPARRAL INDUSTRIES INC
2320 OREGON ST.
ODESSA, TX  79764-1841

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5133**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,258.16

---

**3.72** | **Nonpriority creditor's name and mailing address**

CHARLSON EXCAVATING CO, INC.
4111 7TH AVENUE NORTH
CLEAR LAKE, IA  80620

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1720**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,975.50

---

**3.73** | **Nonpriority creditor's name and mailing address**

CHARTS LTD
2031 TRADE DRIVE
MIDLAND, TX  79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3063**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,594.24

---

**3.74** | **Nonpriority creditor's name and mailing address**

CISCO EQUIPMENT RENTALS LLC
520 SE LOOP 338
ODESSA, TX  79762

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6756**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,572.43

---

**3.75** | **Nonpriority creditor's name and mailing address**

CJ CRANE SERVICE & EQUIPMENT
2605 OLD BELDEN CIR.
TUPELO, TX  38801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6097**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,365.95

---

| Debtor | Crossfire, LLC | Case Number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.76**

**Nonpriority creditor's name and mailing address**

CJ CRANE SERVICE & EQUIPMENT LLC
1833 PETROLEUM DR.
ODESSA, TX  79762

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,395.52

---

**3.77**

**Nonpriority creditor's name and mailing address**

CLEAR VU AUTO GLASS
7415 82ND STREET
LUBBOCK, TX  79424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,830.66

---

**3.78**

**Nonpriority creditor's name and mailing address**

CLEMENTS FENCE CO INC
1007 KATYLAND DR
KATY, TX  77493

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2734

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**3.79**

**Nonpriority creditor's name and mailing address**

CMC CONSTRUCTION SERVICES
PO BOX 844573
DALLAS, TX  75284-4579

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2388

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$670.23

---

**3.80**

**Nonpriority creditor's name and mailing address**

CMC REBAR
PO BOX 844579 ATTN 1439
DALLAS, TX  75284-4579

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1176

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.41

---

Debtor   Crossfire, LLC

Case number (if known)   21-90054

(Name)

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

**3.81** | **Nonpriority creditor's name and mailing address**

CONNECT SERVICES
PO BOX 1783
JACKSONVILLE, TX  75766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4881

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,067.50

---

**3.82** | **Nonpriority creditor's name and mailing address**

CORTEC LLC
208 EQUITY BOULEVARD
HOUMA, LA  70360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,554.67

---

**3.83** | **Nonpriority creditor's name and mailing address**

CROSS COUNTRY INFRASTRUCTURE SVCS USA
PO BOX 843851
KANSAS CITY, MO  64184-3851

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2575

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$849,101.26

---

**3.84** | **Nonpriority creditor's name and mailing address**

CROSSFIRE AGGREGATE SVCS LLC
PO BOX 352
IGNACIO, CO  81137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5289

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,860.60

---

**3.85** | **Nonpriority creditor's name and mailing address**

CTE LLC
PO BOX 775543
CHICAGO, IL  60677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2640

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,659.04

---

Debtor   Crossfire, LLC _____   Case number (if known) ___21-90054___
(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.86**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,467.40 |
|---|---|---|
| CUSTOM TRUCK & EQUIPMENT LLC | *Check all that apply.* | |
| PO BOX 773385 | ☐ Contingent | |
| CHICAGO, IL 60677 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | OPERATIONS SUPPLIER | |
| **Last 4 digits of account number: 1736** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

**3.87**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $268,412.50 |
|---|---|---|
| CYCLONE SERVICES LLC | *Check all that apply.* | |
| PO BOX 4458 | ☐ Contingent | |
| HOUSTON, TX 77210-4458 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | SUBCONTRACTOR | |
| **Last 4 digits of account number: 2634** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

**3.88**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $675.48 |
|---|---|---|
| D&C CLEANING INC | *Check all that apply.* | |
| 2175 HWY 149 | ☐ Contingent | |
| CARTHAGE, TX 75633 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | OFFICE | |
| **Last 4 digits of account number: 3190** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

**3.89**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,475,608.00 |
|---|---|---|
| DAKOTA LINE CONTRACTORS INC | *Check all that apply.* | |
| 2729 PAINTBALL WAY | ☐ Contingent | |
| BISMARCK, ND 58504 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | SUBCONTRACTOR | |
| **Last 4 digits of account number: 5732** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

**3.90**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,116.83 |
|---|---|---|
| DANCO ENTERPRISE INC | *Check all that apply.* | |
| 215 W. BROADWAY STE 2 | ☐ Contingent | |
| HOBBS, NM 88240 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | SUBCONTRACTOR | |
| **Last 4 digits of account number: 6022** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Part 2:** | Additional Page |
| | |

| | | | Amount of claim |
|---|---|---|---|

**3.91**

**Nonpriority creditor's name and mailing address**

DAN'S TIRE SERVICE
PO BOX 579
VERNAL, UT 84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3203**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,109.28

---

**3.92**

**Nonpriority creditor's name and mailing address**

DARBY EQUIPMENT COMPANY
2940 N. TOLEDO AVE.
TULSA, OK 74115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2769**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,923.55

---

**3.93**

**Nonpriority creditor's name and mailing address**

DARKHORSE ENERGY SERVICES LLC
10601 W MURPHY ST.
ODESSA, TX 79766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1139**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,845.00

---

**3.94**

**Nonpriority creditor's name and mailing address**

DAVID'S HYDRO VAC, INC.
PO BOX 383
FOREST LAKE, MN 55025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1837**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,683.69

---

**3.95**

**Nonpriority creditor's name and mailing address**

DEBBIE'S BEST WATER STORE
318 S. SHELBY STREET
CARTHAGE, TX 75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3225**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.75

Debtor   Crossfire, LLC   Case number (if known)   21-90054
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|
| | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $131,937.31 |
|------|-----------------------------------------------------|-----------------------------------------------|-------------|

**Nonpriority creditor's name and mailing address**

DELTA FUEL COMPANY
PO BOX 95540
GRAPEVINE, TX  76099-9703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3072**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$131,937.31

---

**Nonpriority creditor's name and mailing address**

3.97  DIAMOND G INSPECTION INC
11050 W. LITTLE YORK BLDG. G
HOUSTON, TX  77041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3246**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,291.50

---

**Nonpriority creditor's name and mailing address**

3.98  DISTRIBUTION INTERNATIONAL SOUTHWEST INC
PO BOX 840894
DALLAS, TX  75284-0894

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3346**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,283.77

---

**Nonpriority creditor's name and mailing address**

3.99  DI-TROL SYSTEMS INC
PO BOX 1028
KINGSVILLE, TX  78364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6269**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,276.29

---

**Nonpriority creditor's name and mailing address**

3.100  DK HAULING INC
650 ANTLER DRIVE
CASPER, WY  82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5909**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

| Debtor | Crossfire, LLC | Case number (if known) 21-90054 |
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address**<br><br>DMD FABRICATION & SERVICES INC<br>360 O STREET<br>GREELEY, CO 80631<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3264** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $132,950.00 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br><br>DMI INTERNATIONAL LLC<br>15615 E. PINE ST<br>TULSA, OK 74116<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3052** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,339.37 |
| 3.103 | **Nonpriority creditor's name and mailing address**<br><br>DNOW LP<br>PO BOX 200822<br>DALLAS, TX 75320-0822<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4935** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,359.52 |
| 3.104 | **Nonpriority creditor's name and mailing address**<br><br>DODSON TRUCKING INC<br>18543 CR 2213D<br>TATUM, TX 75691<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3268** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,616.23 |
| 3.105 | **Nonpriority creditor's name and mailing address**<br><br>DOGGETT MACHINERY SERVICES<br>10110 DARADELE AVE<br>BATON ROUGE, LA 70816<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5453** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,543.81 |

Debtor  Crossfire, LLC
         (Name)

| **Part 2:** | Additional Page |

|  | **Amount of claim** |
|---|---|

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,263.14 |

**Nonpriority creditor's name and mailing address**

DOLESE BROS CO
PO BOX 960144
OKLAHOMA CITY, OK  73196-0144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3211**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,263.14

---

**Nonpriority creditor's name and mailing address**  3.107

DOMINION ENERGY
PO BOX 27031
RICHMOND, VA  23261-7031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4329**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY PROVIDER

**Is the claim subject to offset?**
☒ No
☐ Yes

$429.51

---

**Nonpriority creditor's name and mailing address**  3.108

DUTCHER-PHIPPS CRANE & RIGGING
PO BOX 910
MONAHANS, TX  79756

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2920**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,912.00

---

**Nonpriority creditor's name and mailing address**  3.109

E.L. FARMER & CO
PO BOX 3512
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1406**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,905.00

---

**Nonpriority creditor's name and mailing address**  3.110

EAGLE COMPRESSION LLC
850 E CHERRY ST SUITE B
TROY, MO  63379

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3625**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,900.00

Debtor    Crossfire, LLC
          (Name)

Case Number (if known) 21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | **Amount of claim** |
|--|--|---------------------|

**3.111** **Nonpriority creditor's name and mailing address**

EAGLE WELDING SUPPLY INC
PO BOX 1790
THREE RIVERS, TX  78071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3626**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,551.27

---

**3.112** **Nonpriority creditor's name and mailing address**

EAST TEXAS CONSOLIDATED SUPPLY
1275 W. MAIN ST., 567
RIPON, CA  95366

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3325**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,046.18

---

**3.113** **Nonpriority creditor's name and mailing address**

EH WACHS
PO BOX 71598
CHICAGO, IL  60694-1598

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5667**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,553.23

---

**3.114** **Nonpriority creditor's name and mailing address**

ELITE SUPPLY PARTNERS INC
P.O. BOX 946
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3804**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$579,211.15

---

**3.115** **Nonpriority creditor's name and mailing address**

EMPIRE MAT INC
6521 COUNTY LINE RD
SUMMIT, MS  39666

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9984**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,369.32

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.116** | **Nonpriority creditor's name and mailing address**

ENERCORP ENGINEERED SOLUTIONS LLC
P.O. BOX 123811, DEPT 3811
DALLAS, TX  75312-3811

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1330**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,963.85

---

**3.117** | **Nonpriority creditor's name and mailing address**

ENVIROCAL INC
801 FM 1463 STE 200 390
KATY, TX  77494

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3665**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,200.00

---

**3.118** | **Nonpriority creditor's name and mailing address**

EQUIPMENTSHARE.COM
7131 LONGVIEW DR
FULTON, MO  65251

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7387**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,877.17

---

**3.119** | **Nonpriority creditor's name and mailing address**

EXCEL MULCHING DBA EXCEL MULCHING
2228 SE LOOP
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4405**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,732.00

---

**3.120** | **Nonpriority creditor's name and mailing address**

E-Z LINE PIPE SUPPORT CO  LLC
PO BOX 767
MANVEL, TX  77578

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4447**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,267.29

---

Debtor    Crossfire, LLC                       Case number *(if known)*   21-90054

(Name)

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.121**

**Nonpriority creditor's name and mailing address**

FASTENAL COMPANY
PO BOX 1286
WINONA, MN  55987-1286

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,616.08

---

**3.122**

**Nonpriority creditor's name and mailing address**

FIRE & SAFETY EQUIPMENT
1087 CR 3031
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,875.65

---

**3.123**

**Nonpriority creditor's name and mailing address**

FLATIRONS DRILLING INC
26493 COUNTY ROAD 76
EATON, CO  80615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$222,362.00

---

**3.124**

**Nonpriority creditor's name and mailing address**

FLORES ENERGY SERVICES LLC
P.O. BOX 4595
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$106,491.25

---

**3.125**

**Nonpriority creditor's name and mailing address**

FLOW-ZONE LLC
DEPT. 248
PO BOX 4346
HOUSTON, TX  77210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$145,449.03

---

Debtor    Crossfire, LLC                                         Case number (if known)  21-90054
                 (Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,635.63 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FORD QUALITY FLEET CARE PROG
DEPT 121801
PO BOX 67000
DETROIT, MI  48267-1218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3859**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,635.63

---

3.127

**Nonpriority creditor's name and mailing address**

FORZA SAFETY LLC
PO BOX 460
SHALLOWATER, TX  79363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5981**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,600.40

---

3.128

**Nonpriority creditor's name and mailing address**

FOUR CORNERS MATERIALS
2350 S1900 W STE. 200
OGDEN, UT  84401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3458**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$931.21

---

3.129

**Nonpriority creditor's name and mailing address**

FOUR STATES TIRE & SERVICE INC
PO BOX 1236
CORTEZ, CO  81321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3469**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$284.61

---

3.130

**Nonpriority creditor's name and mailing address**

FRANK'S SUPPLY COMPANY INC
3311 STANFORD DRIVE NE
ALBUQUERQUE, NM  87107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3453**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,572.85

Debtor     Crossfire, LLC
           (Name)                                        Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,148.34

FUZION FIELD SERVICES LLC
PO BOX 200638
EVANS, CO  80620

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3475**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,148.34

---

**3.132** | **Nonpriority creditor's name and mailing address**

GAJESKE INC
DEPT. 10412
PO BOX 87618
CHICAGO, IL  60680-0618

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3479**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,727.32

---

**3.133** | **Nonpriority creditor's name and mailing address**

GARRHS INC
721 TURNER DRIVE
DURANGO, CO  81303

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3485**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,575.00

---

**3.134** | **Nonpriority creditor's name and mailing address**

GASKET SERVICE INC
2120 KERMIT HWY
ODESSA, TX  79761

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6171**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,032.73

---

**3.135** | **Nonpriority creditor's name and mailing address**

GEMINI SAFETY & INDUSTRIAL SUPPLY LLC
1230 CENTER ST
DEER PARK, TX  77536

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 1576**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,379.00

Debtor   Crossfire, LLC    Case Number (if known)   21-90054

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.136**  **Nonpriority creditor's name and mailing address**

GEOCORR LLC
13938 CHRISMAN RD
HOUSTON, TX 77039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3494**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,707.19

---

**3.137**  **Nonpriority creditor's name and mailing address**

GEOCYCLE LLC
1170 TRANSIT DRIVE
COLORADO SPRINGS, CO 80903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1188**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$900.00

---

**3.138**  **Nonpriority creditor's name and mailing address**

GEORGE P. BANE INC
PO BOX 4665
TYLER, TX 75712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5702**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,316.44

---

**3.139**  **Nonpriority creditor's name and mailing address**

GOSAFE
PO BOX 1025
DEER PARK, TX 77536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1135**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,150.01

---

**3.140**  **Nonpriority creditor's name and mailing address**

GRAINGER
DEPT 871810248
PO BOX 419267
KANSAS CITY, MO 64141-9267

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3522**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,917.40

---

Debtor  Crossfire, LLC
_____
(Name)

Case number (if known)  21-90054

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $61,716.79 |

**Nonpriority creditor's name and mailing address**

GREENLEE & SONS SEPTIC SERVICE
321 S. GOINGS ST.
HOBBS, NM 88240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6010**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,716.79

---

3.142 **Nonpriority creditor's name and mailing address**

GREENWOOD 950, LLC
8575 FERN AVE, STE 105
SHREVEPORT, LA 71105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1620**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,646.02

---

3.143 **Nonpriority creditor's name and mailing address**

GRUNWALD PRINTING COMPANY INC
PO BOX 3219
CORPUS CHRISTI, TX 78463-3219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6163**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,374.48

---

3.144 **Nonpriority creditor's name and mailing address**

H&E EQUIPMENT SERVICES INC
PO BOX 849850
DALLAS, TX 75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6300**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$158,205.50

---

3.145 **Nonpriority creditor's name and mailing address**

H&H ENGINES AND EQUIPMENT LLC
2462 CR 301
CARTHAGE, TX 75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5377**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,219.24

Debtor   Crossfire, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>H-2 ENTERPRISES LLC<br>4626 WELD COUNTY ROAD 65<br>KEENESBURG, CO  80643<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0352** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $109,954.00 |

| 3.147 | **Nonpriority creditor's name and mailing address**<br><br>HALLER-PHILLIPS INC<br>PO BOX 67<br>HOBBS, NM  88240<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6452** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,089.99 |

| 3.148 | **Nonpriority creditor's name and mailing address**<br><br>HARDROCK DIRECTIONAL DRILLING<br>PO BOX 33371<br>SAN ANTONIO, TX  78265<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6448** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $99,160.00 |

| 3.149 | **Nonpriority creditor's name and mailing address**<br><br>HDDS LLC<br>1540 MAIN STREET, UNIT 218-235<br>WINDSOR, CO  80550<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4027** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,820.00 |

| 3.150 | **Nonpriority creditor's name and mailing address**<br><br>HEALTHCARE EXPRESS LLP<br>PO BOX 5637<br>TEXARKANA, TX  75503<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5164** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MEDICAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,424.00 |

Debtor    Crossfire, LLC
          _____
          (Name)

Case Number (if known)
21-90054

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $26,338.46
| | HEAVY EQUIPMENT RENTALS OF TX | *Check all that apply.* |
| | PO BOX 897 | ☐ Contingent |
| | BUDA, TX  78610 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | OPERATIONS SUPPLIER |
| | **Last 4 digits of account number: 6189** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,363.00
| | HERC RENTALS INC | *Check all that apply.* |
| | PO BOX 936257 | ☐ Contingent |
| | ATLANTA, GA  31193 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | OPERATIONS SUPPLIER |
| | **Last 4 digits of account number: 6499** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $393.75
| | HIGH COUNTRY FUSION | *Check all that apply.* |
| | 20 N. POLY FUSION PLACE | ☐ Contingent |
| | FAIRFIELD, ID  83327 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | OPERATIONS SUPPLIER |
| | **Last 4 digits of account number: 3610** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $418.00
| | HIGH MOUNTAIN INSPECTION SVCS | *Check all that apply.* |
| | PO BOX 1508 | ☐ Contingent |
| | MILLS, WY  82644 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | SUBCONTRACTOR |
| | **Last 4 digits of account number: 3612** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $14,938.00
| | HILBURN BUILDERS INC | *Check all that apply.* |
| | 2107 E KENWOOD ST. | ☐ Contingent |
| | SILOAM SPRINGS, AR  72761 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | SUBCONTRACTOR |
| | **Last 4 digits of account number: 1972** | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,105.43 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**3.156**
HOBBS RENTAL LLC
P O BOX 1085
HOBBS, NM 88240

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 5773**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,105.43

**3.157**
HOPPE'S CONSTRUCTION LLC
PO BOX 654
ADA, OK 74821

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 5946**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$956.25

**3.158**
HOWDY ENTERPRISES LLC
3833 SOUTH TEXAS AVE. SUITE 288
BRYAN, TX 77802

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3792**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,731.69

**3.159**
HURLEY OIL FIELD SERVICES
PO BOX 385
FAIRVIEW, MT 59221

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 4257**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,626.00

**3.160**
HYDROMAX LLC
413 HEREFORD ROAD
CORPUS CHRISTI, TX 78408

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3920**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,039.88

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address**<br><br>HYTORC<br>333 ROUTE 17 N<br>MAHWAH, NJ  7430<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3656** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $24,644.29 |
| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>IGNITE ENERGY SERVICES<br>PO BOX 2247<br>FREDERICKSBURG, TX  78624<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7278** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $81,161.64 |
| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>IIA FIELD SERVICES LLC<br>PO BOX 5088<br>ABILENE, TX  79608<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6888** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $9,300.00 |
| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>ILLINOIS TRUCK & EQUIPMENT<br>320 BRISCOE DRIVE<br>MORRIS, IL  60450<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7572** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $56,491.03 |
| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>INDEPTH UTILITY SOLUTIONS<br>PO BOX 2304<br>STAFFORD, TX  77497-2304<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7628** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $115.00 |

Debtor   Crossfire, LLC
         (Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.166**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL ELECTRIC SVC INC
388 GTA DRIVE
DICKINSON, ND  58601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3681**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$229,606.03

---

**3.167**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL SUPPLY CO INC
PO BOX 30600
SALT LAKE CITY, UT  84130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3684**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,127.37

---

**3.168**

**Nonpriority creditor's name and mailing address**

INGRAM CONCRETE LLC
PO BOX 844486
DALLAS, TX  75284-4486

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6234**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

**3.169**

**Nonpriority creditor's name and mailing address**

INSULATIONS INC
PO BOX 231039
HARAHAN, LA  70183-1039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5334**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,875.00

---

**3.170**

**Nonpriority creditor's name and mailing address**

INTERMOUNTAIN PROCESSING & FAB. INC
PO BOX 3206
FARMINGTON, NM  87499

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3692**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,263.00

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $412.55 |

INTERSTATE BILLING SERVICE INC
PO BOX 2208
DECATUR, AL  35609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 8896**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,041.06 |

ISCO INDUSTRIES INC
1974 SOLUTIONS CENTER
CHICAGO, IL  60677-1009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3701**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $135,275.00 |

IV KINGS RIG TECHNICIANS
PO BOX 69570
ODESSA, TX  79769

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3820**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,125.50 |

J CUSTOM ELECTRIC LLC
PO BOX 756
WATFORD CITY, ND  58854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1369**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36,875.00 |

J.A.L. CONTRACTORS INC
PO BOX 3857
BIG SPRING, TX  79721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3715**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Crossfire, LLC    Case Number (if known) 21-90054
          (Name)

| **Part 2:** | Additional Page |
| --- | --- |

Amount of claim

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,173.04 |
| --- | --- | --- | --- |

3.176 **Nonpriority creditor's name and mailing address**

J.R. SALES AND RENTAL EQUIP
PO BOX 491
GRAYSON, LA  71435

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0170**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,173.04

---

3.177 **Nonpriority creditor's name and mailing address**

J2 RESOURCES LLC
945 MCKINNEY DR., 116
HOUSTON, TX  77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0536**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,629.18

---

3.178 **Nonpriority creditor's name and mailing address**

JACOB PARGIN
11485 COUNTY ROAD 2 W
CENTER, CO  81125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1752**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,385.20

---

3.179 **Nonpriority creditor's name and mailing address**

JM SUPPLY
PO BOX 9157
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7679**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,209.12

---

3.180 **Nonpriority creditor's name and mailing address**

JM TEST SYSTEMS INC
PO DRAWER 45489
BATON ROUGE, LA  70895

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7768**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,359.42

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.181** **Nonpriority creditor's name and mailing address**
JML MANAGEMENT INC
748 STATE HWY 7 WEST
CENTER, TX 75935

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 5096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,890.00

**3.182** **Nonpriority creditor's name and mailing address**
JN TRUCKING INC
4091 W 3000 S
ROOSEVELT, UT 84066

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 6009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,940.95

**3.183** **Nonpriority creditor's name and mailing address**
JOHNNY ON THE SPOT
1410 SHADOW LANE
DODGE CITY, KS 67801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 1311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,112.63

**3.184** **Nonpriority creditor's name and mailing address**
JONES TRANSPORT
6184 HWY 98 W, STE 210
JENNIFER HOUSTON
HATTIESBURG, MS 39402

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 7694**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,820.00

**3.185** **Nonpriority creditor's name and mailing address**
JOSEPH MONTIE
LEIZERMAN & ASSOCIATES
3450 W. CENTRAL AVENUE
SUITE 328
TOLEDO, OH 43606

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.186 | **Nonpriority creditor's name and mailing address**<br>JPH HOLDINGS LLC<br>16619 ALDINE WESTFIELD RD<br>HOUSTON, TX  77032<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 7790** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $457,777.24 |
| 3.187 | **Nonpriority creditor's name and mailing address**<br>JUST FOR CONCRETE LLC<br>PO BOX 247<br>ARTESIA, NM  88210<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 5101** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $209,581.77 |
| 3.188 | **Nonpriority creditor's name and mailing address**<br>K&K, INC<br>PO BOX 53<br>WHITE DEER, TX  79097<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 1978** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,034.00 |
| 3.189 | **Nonpriority creditor's name and mailing address**<br>KG TRUCKING, LLC<br>158 KIRBY LANE<br>DURANGO, CO  81303<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 1730** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,625.00 |
| 3.190 | **Nonpriority creditor's name and mailing address**<br>KIRBY-SMITH MACHINERY INC<br>PO BOX 270360<br>OKLAHOMA CITY, OK  73137<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 7953** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,196.37 |

Debtor   Crossfire, LLC
_____
(Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,421.27 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KOMATSU EQUIPMENT CO
PO BOX 842326
DALLAS, TX  75284-2326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5352**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,421.27

---

3.192 **Nonpriority creditor's name and mailing address**

LENOX SERVICES
883 US HWY 59 N
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1482**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,520.00

---

3.193 **Nonpriority creditor's name and mailing address**

LOADED DICE SAFETY
P. O. BOX 13627
ODESSA, TX  79768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0968**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,652.12

---

3.194 **Nonpriority creditor's name and mailing address**

LONE STAR MAT LLC
133 N FRIENDSWOOD DR STE 216
FRIENDSWOOD, TX  77546

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,742.50

---

3.195 **Nonpriority creditor's name and mailing address**

LONE TREE SERVICES LLC
PO BOX 1716
GREELEY, CO  80632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6063**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,577.16

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.196** **Nonpriority creditor's name and mailing address**

LONGHORN CUSTOM COATING
PO BOX 4693
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3888**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$350,660.11

---

**3.197** **Nonpriority creditor's name and mailing address**

LOVELADY DIRECTIONAL DRILLING LLC
PO BOX 150707
LUFKIN, TX  75915

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5298**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,370.00

---

**3.198** **Nonpriority creditor's name and mailing address**

M&M SANITATION
P.O. BOX 695
SPEARFISH, SD  57783

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1539**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,135.66

---

**3.199** **Nonpriority creditor's name and mailing address**

MARCO INSPECTION SERVICES LLC
PO BOX 1941
KILGORE, TX  75663

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5824**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,367.50

---

**3.200** **Nonpriority creditor's name and mailing address**

MARTIN MARIETTA MATERIALS INC
PO BOX 677061
DALLAS, TX  75267-7061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8343**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,088.28

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

---

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $893.81

MATHESON TRI-GAS INC
DEPT 3028
PO BOX 123028
DALLAS, TX  75312-3028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3939**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,673.00

MAX PAPAY LLC
PO BOX 1060
MEADE, KS  67864

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1878**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,430.46

MCCOY'S BUILDING SUPPLY
PO BOX 1362
SAN MARCOS, TX  78677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3951**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,560.56

MG CLEANERS LLC
DRAWER 2234
PO BOX 5935
TROY, MI  48007-5935

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3985**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,530.00

MICHAELS FENCE & SUPPLY, INC
1500 EAST YELLOWSTONE HWY
CASPER, WY  82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Crossfire, LLC
(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|----------------|

**3.206**

**Nonpriority creditor's name and mailing address**

MIDSTREAM SUPPLY & RENTAL LLC
PO BOX 1204
BENTON, LA  71006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6683**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,115.60

---

**3.207**

**Nonpriority creditor's name and mailing address**

MIDWEST HOSE & SPECIALTY INC
PO BOX 96558
OKLAHOMA CITY, OK  73143-6558

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8491**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$211.83

---

**3.208**

**Nonpriority creditor's name and mailing address**

MID-WEST ROOFING COMPANY
225 18TH STREET SE, PO BOX 710
MASON CITY, IA  50402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1937**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$110,533.00

---

**3.209**

**Nonpriority creditor's name and mailing address**

MILLS CONSTRUCTION & WELDING
PO BOX 989
CUSHING, OK  74023-0989

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6943**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$519.89

---

**3.210**

**Nonpriority creditor's name and mailing address**

MITCHELL HOPPER INFRASTRUCTURE
3304 GALESBURG DRIVE
AUSTIN, TX  78745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6008**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,500.00

---

Debtor    Crossfire, LLC    Case number (if known)    21-90054
_____
(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.211**    **Nonpriority creditor's name and mailing address**

MOBILE MINI STORAGE SOLUTIONS
PO BOX 650882
DALLAS, TX  75265-0882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4027**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,275.76

---

**3.212**    **Nonpriority creditor's name and mailing address**

MOBILE MINI STORAGE SOLUTIONS
PO BOX 650882
DALLAS, TX  75265-0882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8556**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,421.24

---

**3.213**    **Nonpriority creditor's name and mailing address**

MOBILE MINI TANK & PUMP SOL
PO BOX 650882
DALLAS, TX  75265-0882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4355**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,946.86

---

**3.214**    **Nonpriority creditor's name and mailing address**

MPS ENTERPRISES INC
7607 W INDUSTRIAL AVE
MIDLAND, TX  79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4713**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$638.68

---

**3.215**    **Nonpriority creditor's name and mailing address**

MRC GLOBAL
PO BOX 204392
DALLAS, TX  75320-4392

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4050**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$78,816.97

---

Debtor  Crossfire, LLC

(Name)

Case Number (if known) 21-90054

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.216**

**Nonpriority creditor's name and mailing address**

MULHOLLAND ENERGY SERVICES LLC
PO BOX 4227
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$161,889.29

---

**3.217**

**Nonpriority creditor's name and mailing address**

NAPA AUTO PARTS - BARRON
409 E 2ND STREET
ODESSA, TX  79761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9356**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$157.49

---

**3.218**

**Nonpriority creditor's name and mailing address**

NASH TRUCKING & CONSTRUCTION
PO BOX 219
WOODLAWN, TX  75694

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4067**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200.00

---

**3.219**

**Nonpriority creditor's name and mailing address**

NATIONWIDE TRAILERS LLC
11811 N. FRWY, 210
HOUSTON, TX  77060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7515**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$236.09

---

**3.220**

**Nonpriority creditor's name and mailing address**

NICKEL ROCK LLC
PO BOX 2239
SAN MARCOS, TX  78667

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0096**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,655.60

---

Debtor    Crossfire, LLC
          (Name)

Case Number (if known) 21-90054

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.221**  **Nonpriority creditor's name and mailing address**

NORTHWEST CONTRACTORS SUPPLY
664 CIRCLE DRIVE
CASPER, WY 82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6100**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$484.05

---

**3.222**  **Nonpriority creditor's name and mailing address**

NOVA MEDICAL CENTERS
PO BOX 840066
DALLAS, TX 75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1565**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**

☒ No
☐ Yes

$838.72

---

**3.223**  **Nonpriority creditor's name and mailing address**

OMNI AIR & NITROGEN LTD
8809 E HWY 80
MIDLAND, TX 79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6719**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$15,996.72

---

**3.224**  **Nonpriority creditor's name and mailing address**

OUTBACK RENTALS & LANDSCAPE SUP.
1442 EAST HWY 40
VERNAL, UT 84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4178**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$5,896.66

---

**3.225**  **Nonpriority creditor's name and mailing address**

OXYGEN SERVICE COMPANY
1111 PIERCE BUTLER ROUTE
ST. PAUL, MN 55104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0350**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$1,126.36

---

Debtor  Crossfire, LLC

(Name)

Case number (if known)  21-90054

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.226**

**Nonpriority creditor's name and mailing address**

PATE TRUCKING CO LLC
6510 70TH ST, STE 101
LUBBOCK, TX  79424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$27,265.37

---

**3.227**

**Nonpriority creditor's name and mailing address**

PATRIOT CONSTRUCTION & IND LLC
1026 TOBY MOUTON ROAD
DUSON, LA  70529

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7513**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$81,172.49

---

**3.228**

**Nonpriority creditor's name and mailing address**

PEAK PERFORMANCE FIRE & SAFETY SOLUTIONS
PO BOX 226
PAGOSA SPRINGS, CO  81147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0650**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**

☒ No
☐ Yes

$1,078.41

---

**3.229**

**Nonpriority creditor's name and mailing address**

PERMIAN BASIN MATERIALS LLC
PO BOX 14168
ODESSA, TX  79768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2703**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$34,449.69

---

**3.230**

**Nonpriority creditor's name and mailing address**

PIPELINE SUPPLY & SERVICE
PO BOX 74321
CLEVELAND, OH  44194-4321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$96,887.49

Debtor   Crossfire, LLC                                      Case number (if known)   21-90054

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.231 | **Nonpriority creditor's name and mailing address**<br><br>PLAINS WELDING SUPPLY INC<br>522 S MAIN ST<br>CARLSBAD, NM  88220<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5499** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,007.82 |
| 3.232 | **Nonpriority creditor's name and mailing address**<br><br>POWER MOTIVE CORPORATION<br>PO BOX 912377<br>DENVER, CO  80291-2377<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4266** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,803.23 |
| 3.233 | **Nonpriority creditor's name and mailing address**<br><br>POWER PLAN<br>21310 NETWORK PL<br>CHICAGO, IL  60673-1213<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5515** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41,333.45 |
| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>POWER PLAN<br>21310 NETWORK PL<br>CHICAGO, IL  60673-1213<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9450** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,354.40 |
| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>PRECISION CRANE & TRANSPORT LLC<br>P.O. 3264<br>ODESSA, TX  79762<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1888** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,485.00 |

Debtor    Crossfire, LLC
          (Name)

Case Number (if known) 21-90054

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.236**

**Nonpriority creditor's name and mailing address**

PRECISION NDT LLC
1508 W JESIFER
HOBBS, NM  88242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5936**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,100.00

---

**3.237**

**Nonpriority creditor's name and mailing address**

PRESTIGE EQUIPMENT RENTALS LLC
PO BOX 1745
ARTESIA, NM  88211-1745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5898**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,356.56

---

**3.238**

**Nonpriority creditor's name and mailing address**

PRICE SUPPLY INC
109 CASON RD
BROUSSARD, LA  70518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6430**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,499.35

---

**3.239**

**Nonpriority creditor's name and mailing address**

PRO-KOTE ENGINEERING & SUPPLY
590 CIRCLE DR
CASPER, WY  82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5908**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,211.49

---

**3.240**

**Nonpriority creditor's name and mailing address**

PURE WATER PARTNERS LLC
PO BOX 24445
SEATTLE, WA  98124-0444

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OFFICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$128.19

Debtor  Crossfire, LLC
(Name)

Case number (if known) 21-90054

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.241** **Nonpriority creditor's name and mailing address**

QP ENERGY SERVICES LLC
1221 SOUTH MAIN ST STE 208
BOERNE, TX 78006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9545**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,134.42

---

**3.242** **Nonpriority creditor's name and mailing address**

QUADCO LLC
PO BOX 200293
ANCHORAGE, AK 99520

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4319**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$378.70

---

**3.243** **Nonpriority creditor's name and mailing address**

QUALITY GATE & CONTROLS
PO BOX 60593
MIDLAND, TX 79711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4324**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,484.51

---

**3.244** **Nonpriority creditor's name and mailing address**

QUALITY IRRIGATION SOLUTIONS
23400 ROAD N
CORTEZ, CO 81321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1014**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,097.86

---

**3.245** **Nonpriority creditor's name and mailing address**

R&R REST STOPS
1835 SKYVIEW DR.
CASPER, WY 82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3898**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$138.92

---

Debtor   Crossfire, LLC
         (Name)

Case Number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.246**   **Nonpriority creditor's name and mailing address**

R.O. POMROY EQUIP RENTAL INC
PO BOX 1683
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,767.44

---

**3.247**   **Nonpriority creditor's name and mailing address**

RAIN FOR RENT
FILE 52541
LOS ANGELES, CA  90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$92,693.25

---

**3.248**   **Nonpriority creditor's name and mailing address**

RANGELY TRUE VALUE
105 W. MAIN STREET
RANGELY, CO  81648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4444

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$219.75

---

**3.249**   **Nonpriority creditor's name and mailing address**

RANGEVIEW METROPOLITAN DISTRICT
34501 EAST QUINCY AVE BLDG 34
WATKINS, CO  80137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,397.72

---

**3.250**   **Nonpriority creditor's name and mailing address**

RAYMOND CONSTRUCTION
PO BOX 1954
CENTER, TX  75935

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$143,752.00

---

Debtor   Crossfire, LLC
         (Name)

Case Number (if known) 21-90054

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.251**

**Nonpriority creditor's name and mailing address**

RECLA METALS
136 SOUTH MAPLE
MONTROSE, CO  81401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4356**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,232.96

---

**3.252**

**Nonpriority creditor's name and mailing address**

RED BALL OXYGEN CO INC
PO BOX 46166
HOUSTON, TX  77210-6166

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4357**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,897.18

---

**3.253**

**Nonpriority creditor's name and mailing address**

REDI SERVICES LLC
PO BOX 310
LYMAN, WY  82937

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9633**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,254.84

---

**3.254**

**Nonpriority creditor's name and mailing address**

RENTAL KING LLC
3705-B SOUTH CR 1210
MIDLAND, TX  79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6033**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$165,649.14

---

**3.255**

**Nonpriority creditor's name and mailing address**

RK SUPPLY
11400 WEST COUNTY ROAD 30
MIDLAND, TX  79707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5502**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$304.46

---

| Debtor | Crossfire, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>RKT OPERATING, LLC<br>2201 EAST LOOP 281<br>LONGVIEW, TX 75605<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1407** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,998.77 |

| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>RMS CRANES LLC<br>1900 E 66TH AVE<br>DENVER, CO 80229<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4403** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,263.14 |

| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>ROADRUNNER CAR AND TRUCK WASH INC<br>PO BOX 5910<br>FARMINGTON, NM 87499<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0470** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OTHER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $299.71 |

| 3.259 | **Nonpriority creditor's name and mailing address**<br><br>ROCKIN' B ENVIRONMENTAL SVCS INC<br>PO BOX 1167<br>KINGSVILLE, TX 78364<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9295** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $605.00 |

| 3.260 | **Nonpriority creditor's name and mailing address**<br><br>ROCK'N SEVENTY SEVEN TRUCKING<br>70 COUNTY ROAD 5245<br>BLOOMFIELD, NM 87413<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5878** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,500.00 |

Debtor   Crossfire, LLC
(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.261**

**Nonpriority creditor's name and mailing address**

ROCKY MOUNTAIN POWER
PO BOX 26000
PORTLAND, OR  97256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7432**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY PROVIDER

**Is the claim subject to offset?**

☒ No
☐ Yes

$53.89

---

**3.262**

**Nonpriority creditor's name and mailing address**

ROSENBAUM CONSTRUCTION CO INC
PO BOX 2308
FARMINGTON, NM  87499

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4433**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$24,067.50

---

**3.263**

**Nonpriority creditor's name and mailing address**

ROY BAILEY CONSTRUCTION INC
255 BENOIT ROAD
BELL CITY, LA  70630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9903**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**

☒ No
☐ Yes

$1,854.66

---

**3.264**

**Nonpriority creditor's name and mailing address**

RSK TRANSPORT LLC
PO BOX 4266
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9932**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$22,931.00

---

**3.265**

**Nonpriority creditor's name and mailing address**

S & S ROCK CRUSHING, INC
PO BOX 931
SUBLETTE, KS  67877

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1492**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$56,959.71

Debtor    Crossfire, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|----------------|

| 3.266 | **Nonpriority creditor's name and mailing address**<br><br>S.D. TWOMEY TRUCKING<br>1450 HILLS LAKE ROAD<br>CARTHAGE, TX  75633<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3566** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64,385.00 |

| 3.267 | **Nonpriority creditor's name and mailing address**<br><br>SAFERACK LLC<br>PO BOX 117366<br>ATLANTA, GA  30368-7366<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2746** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,368.27 |

| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>SAFETY SOLUTIONS LLC<br>PO BOX 1191<br>MIDLAND, TX  79702<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5745** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $624.40 |

| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>SAFETY SOLUTIONS LLC<br>PO BOX 1191<br>MIDLAND, TX  79702<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9966** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,494.70 |

| 3.270 | **Nonpriority creditor's name and mailing address**<br><br>SAFETY-KLEEN SYSTEMS INC<br>PO BOX 650509<br>DALLAS, TX  75265-0509<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8566** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,071.72 |

Debtor    Crossfire, LLC
          (Name)

Case number (if known)  21-90054

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.271 | **Nonpriority creditor's name and mailing address**<br><br>SANDBAGS LLC<br>102 CASSIA WAY<br>HENDERSON, NV  89014<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5516** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,844.91 |
| 3.272 | **Nonpriority creditor's name and mailing address**<br><br>SATELLITE SHELTERS INC<br>PO BOX 860700<br>MINNEAPOLIS, MN  55486-0700<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0024** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,094.96 |
| 3.273 | **Nonpriority creditor's name and mailing address**<br><br>SCC INSPECTION SERVICES INC<br>PO BOX 2467<br>GREAT FALLS, MT  59403<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6162** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,810.00 |
| 3.274 | **Nonpriority creditor's name and mailing address**<br><br>SECOR<br>PO BOX 670770<br>DALLAS, TX  75267-0770<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4505** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,854.17 |
| 3.275 | **Nonpriority creditor's name and mailing address**<br><br>SERRANO'S INC<br>PO BOX 126<br>BLOOMFIELD, NM  87413<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4512** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,892.96 |

Debtor  Crossfire, LLC _____  Case number (if known) 21-90054

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.276 | **Nonpriority creditor's name and mailing address**<br><br>SHAMROCK STEEL SALES<br>PO BOX 1492<br>ODESSA, TX  79760<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4062** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,128.26 |
| 3.277 | **Nonpriority creditor's name and mailing address**<br><br>SHAWCOR INC<br>PO BOX 975369<br>DALLAS, TX  75397<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5518** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,260.33 |
| 3.278 | **Nonpriority creditor's name and mailing address**<br><br>SHERWIN WILLIAMS CO<br>PO BOX 840943<br>DALLAS, TX  75284<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4526** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,909.00 |
| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>SHERWIN WILLIAMS CO - CORPUS<br>PO BOX 840943<br>DALLAS, TX  75284<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0203** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,576.61 |
| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>SIMON CONTRACTORS OF SOUTH DAKOTA, INC<br>PO BOX 2720<br>RAPID CITY, SD  57709<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1562** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,003.84 |

Debtor   Crossfire, LLC
         (Name)

Case Number (if known): 21-90054

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,204.03 |

**Nonpriority creditor's name and mailing address**

SITECH TEXOMA INC
PO BOX 61828
MIDLAND, TX  79711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4538**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,204.03

---

3.282  **Nonpriority creditor's name and mailing address**

SMITH ENERGY SERVICES INC
PO BOX 4896, DEPT. 999235
HOUSTON, TX  77210-4896

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3676**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,586.00

---

3.283  **Nonpriority creditor's name and mailing address**

SOUTHEAST READI-MIX PRODUCTS
PO BOX 1987
CARLSBAD, NM  88221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4573**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,629.36

---

3.284  **Nonpriority creditor's name and mailing address**

SOUTHERN TIRE MART LLC
PO BOX 1000 DEPT 143
MEMPHIS, TN  38148-0143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0290**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,319.07

---

3.285  **Nonpriority creditor's name and mailing address**

SOUTHLAND SAFETY LLC
PO BOX 1435
HENDERSON, TX  75653

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0325**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,075.50

---

| Debtor | Crossfire, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.286 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHWEST AG INC<br>39927 HWY. 160 GEM VILLAGE<br>BAYFIELD, CO  81122<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 4630 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,353.50 |

| 3.287 | **Nonpriority creditor's name and mailing address**<br><br>SPECIALTY EQUIPMENT CO<br>PO BOX 7156<br>ODESSA, TX  79760-7156<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 0117 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $427.65 |

| 3.288 | **Nonpriority creditor's name and mailing address**<br><br>SPEED TECHNICAL SERVICES LLC<br>PO BOX 1197<br>MONT BELVIEU, TX  77580<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 0000 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41,648.49 |

| 3.289 | **Nonpriority creditor's name and mailing address**<br><br>SPLIT MOUNTAIN PIPE & SUPPLY<br>1120 EAST HWY 40<br>VERNAL, UT  84078<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 4186 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,185.03 |

| 3.290 | **Nonpriority creditor's name and mailing address**<br><br>STANDARD FREIGHT LLC<br>16814 N ELDRIDGE PKY SUITE B<br>TOMBALL, TX  77377<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 6271 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,950.00 |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.291 | **Nonpriority creditor's name and mailing address**<br><br>STEEL DEPOT<br>PO BOX 2007<br>HOBBS, NM  88241<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3677** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,448.79 |
| 3.292 | **Nonpriority creditor's name and mailing address**<br><br>STERLING CRANE LLC<br>9351 GRANT STREET SUITE 250<br>THORNTON, CO  80229<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4596** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $421,413.00 |
| 3.293 | **Nonpriority creditor's name and mailing address**<br><br>STERLING SITE ACCESS SOLUTIONS<br>PO BOX 83319<br>CHICAGO, IL  60691-3319<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6442** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,113.72 |
| 3.294 | **Nonpriority creditor's name and mailing address**<br><br>STRATA INNOVATIVE SOLUTIONS<br>12005 STARCREST DR<br>SAN ANTONIO, TX  78247<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1754** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $558,167.11 |
| 3.295 | **Nonpriority creditor's name and mailing address**<br><br>STRIKE, LLC<br>1800 HUGHES LANDING BOULEVARD, SUITE 500<br>THE WOODLANDS, TX  77380<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.296 | **Nonpriority creditor's name and mailing address**<br>STUBBS & STUBBS OILFIELD CONSTR. INC<br>PO BOX 32<br>VERNAL, UT 84078<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 4611 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72,555.25 |

| 3.297 | **Nonpriority creditor's name and mailing address**<br>SUNBELT RENTALS INC<br>PO BOX 409211<br>ATLANTA, GA 30384<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 4618 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,809.94 |

| 3.298 | **Nonpriority creditor's name and mailing address**<br>SUNBELT RENTALS INC<br>PO BOX 409211<br>ATLANTA, GA 30384<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 0515 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41,230.62 |

| 3.299 | **Nonpriority creditor's name and mailing address**<br>SUNSTATE EQUIPMENT CO LLC<br>PO BOX 208439<br>DALLAS, TX 75320-8439<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 4623 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,110.16 |

| 3.300 | **Nonpriority creditor's name and mailing address**<br>SUPERIOR HYDROVAC SOLUTIONS<br>PO BOX 1645<br>HOBBS, NM 88241<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 1550 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,952.82 |

Debtor   Crossfire, LLC

(Name)

Case number (if known) 21-90054

| | |
|---|---|
| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,088.00 |
| | SUPERIOR JANITORIAL SVCS OF CO 3610 35TH AVE. 5 EVANS, CO  80620 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** OFFICE | |
| | **Last 4 digits of account number: 5853** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $126,953.99 |
| | TECHCORR USA MANAGEMENT LLC DRAWER 2592  PO BOX 5935 TROY, MI  48007-5935 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** SUBCONTRACTOR | |
| | **Last 4 digits of account number: 0732** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,601.60 |
| | TERRACON CONSULTANTS INC PO BOX 959673 ST. LOUIS, MO  63195-8673 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** SUBCONTRACTOR | |
| | **Last 4 digits of account number: 9603** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,090.00 |
| | TERRIER SERVICES INC 36 COUNTY RD 513 BLOOMFIELD, MT  59315 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** SUBCONTRACTOR | |
| | **Last 4 digits of account number: 0397** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,230.00 |
| | TEXAS GAMMA RAY 8777 TALLYHO ROAD BUILDING 1 HOUSTON, TX  77061 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** SUBCONTRACTOR | |
| | **Last 4 digits of account number: 0233** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor    Crossfire, LLC
          _____
          (Name)

Case number (if known) ___21-90054___

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.306**

**Nonpriority creditor's name and mailing address**

THE JK KALB CO INC
PO BOX 4101
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,110.00

---

**3.307**

**Nonpriority creditor's name and mailing address**

THE MCCRELESS COMPANY
1318 N GRANT AVE
ODESSA, TX  79761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3416

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$568.31

---

**3.308**

**Nonpriority creditor's name and mailing address**

TIGER SAFETY
PO BOX 733254
DALLAS, TX  75373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5439

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,649.97

---

**3.309**

**Nonpriority creditor's name and mailing address**

TIRE PROS OF VERNAL
1011 W HWY 40
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$188.22

---

**3.310**

**Nonpriority creditor's name and mailing address**

TNT CRANE & RIGGING INC
PO BOX 847561
DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7991

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,198.11

---

| Debtor | Crossfire, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.311 | **Nonpriority creditor's name and mailing address**<br><br>TOP LINE RENTAL LLC<br>PO BOX 2290<br>HENDERSON, TX 75653<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4721** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,752.67 |
|---|---|---|---|
| 3.312 | **Nonpriority creditor's name and mailing address**<br><br>TORCSILL FOUNDATIONS LLC<br>12000 AEROSPACE AVE 115<br>HOUSTON, TX 77034<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9772** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,919.88 |
| 3.313 | **Nonpriority creditor's name and mailing address**<br><br>TORO COMPLETE SERVICES INC<br>1411 W. 2ND<br>ODESSA, TX 79763<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5674** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93,380.82 |
| 3.314 | **Nonpriority creditor's name and mailing address**<br><br>TORRES TRUCKING<br>4402 93RD DR<br>LUBBOCK, TX 79424-5106<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5139** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,060.14 |
| 3.315 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL SAFETY US INC<br>PO BOX 654171<br>DALLAS, TX 75265-4171<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1437** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,390.30 |

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.316** | **Nonpriority creditor's name and mailing address** | | $2,991.28

TOTAL TORQUE LLC
124 SOUTH WARD DR.
LONGVIEW, TX 75604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5714**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | | $321.10

TRANS PECOS INSTRUMENT & SUPPLY
PO DRAWER 71
PECOS, TX 79772

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0965**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | | $4,319.81

TRENCH PLATE RENTAL CO
13217 LAURELDALE AVE
DOWNEY, CA 90242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0995**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | | $4,860.97

TRENTON CORPORATION
7700 JACKSON RD
ANN ARBOR, MI 48103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0997**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | | $690.63

TRIPLE J WELL SERVICE INC
PO BOX 443
DE BERRY, TX 75639

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5023**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Crossfire, LLC
          (Name)

Case number (if known)  21-90054

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.321** | **Nonpriority creditor's name and mailing address** | | $4,413.23

TRIPLE S TRUCKING CO
P.O. BOX 100
AZTEC, NM  87410

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4760**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | | $5,337.65

TRIPLE T'S LININGS
PO BOX 477
CARLSBED, NM  88221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5000**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | | $3,735.57

TRI-STATE VACUUM AND RENTAL, LLC
12267 US HWY 84 E
JOAQUIN, TX  75954

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0851**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | | $49,839.40

TROTTER CONSTRUCTION INC
PO BOX 206
GRASSY BUTTE, ND  58634

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | | $33,598.80

TRUHORIZON ENVIR. SOLUTIONS
187 COY RD.
WEATHERFORD, TX  76087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3903**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.326 | **Nonpriority creditor's name and mailing address**<br><br>TT TECHNOLOGIES INC<br>2020 E. NEW YORK ST<br>AURORA, IL  60502<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9299** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,684.50 |

| 3.327 | **Nonpriority creditor's name and mailing address**<br><br>TWENTY20 SOLUTIONS<br>8308 STERLING ST<br>IRVING, TX  75063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7009** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,779.63 |

| 3.328 | **Nonpriority creditor's name and mailing address**<br><br>TWINCO INC<br>5201 S LOOP E<br>HOUSTON, TX  77033<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1113** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,092.24 |

| 3.329 | **Nonpriority creditor's name and mailing address**<br><br>ULTRASONIC GUIDED WAVE LLC<br>17502 HWY 34<br>FORT MORGAN, CO  80701<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5100** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,028.14 |

| 3.330 | **Nonpriority creditor's name and mailing address**<br><br>UNITED PIPELINE SYSTEMS INC.<br>135 TURNER DRIVE<br>DURANGO, CO  81303<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1904** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $81,519.50 |

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.331** | **Nonpriority creditor's name and mailing address**

UNITED RENTALS INC
PO BOX 840514
DALLAS, TX  75284-0514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4795**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$214,953.50

---

**3.332** | **Nonpriority creditor's name and mailing address**

UNITED RENTALS INC
PO BOX 840514
DALLAS, TX  75284-0514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1181**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,445.32

---

**3.333** | **Nonpriority creditor's name and mailing address**

UNITED STEEL STRUCTURES INC
1330 ENCLAVE PKWY SUITE 400
HOUSTON, TX  77077

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5847**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,477.70

---

**3.334** | **Nonpriority creditor's name and mailing address**

UNITED WESTERN DENVER LLC
6201 E 42ND AVE
DENVER, CO  80216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5999**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,196.80

---

**3.335** | **Nonpriority creditor's name and mailing address**

VERMEER MIDSOUTH, INC
PO BOX 1798
MEMPHIS, TN  38101-9715

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6307**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$471.17

---

| Debtor | Crossfire, LLC | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.336** | **Nonpriority creditor's name and mailing address**

VIC'S CRANE & HEAVY HAUL, INC
3000 145TH STREET EAST
ROSEMOUNT, MN  55068

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1753**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,420.01

---

**3.337** | **Nonpriority creditor's name and mailing address**

VOSBERG ENTERPRISES INC
1006 350TH ST.
FARNHAMVILLE, IA  50538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1763**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,966.57

---

**3.338** | **Nonpriority creditor's name and mailing address**

WARRIOR TECHNOLOGIES LLC
400 W ILLINOIS, STE 1120
MIDLAND, TX  79701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6039**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,629.46

---

**3.339** | **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF DENVER CO
PO BOX 7400
PASADENA, CA  91109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4872**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.34

---

**3.340** | **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF NEW MEXICO
PO BOX 7400
PASADENA, CA  91109-7400

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1663**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

---

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $309,503.78 |
|---|---|---|---|

| 3.341 | **Nonpriority creditor's name and mailing address**<br><br>WELDFIT SERVICES<br>4133 SOUTHERLAND RD.<br>HOUSTON, TX  77092<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6181** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $309,503.78 |
| 3.342 | **Nonpriority creditor's name and mailing address**<br><br>WELDING SUPPLY OF PECOS LLC<br>PO BOX 30<br>PECOS, TX  79772<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9097** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,342.03 |
| 3.343 | **Nonpriority creditor's name and mailing address**<br><br>WEST TEXAS DUMPSTERS<br>6100 LAKE FOREST DRIVE 505<br>ATLANTA, GA  30328<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0796** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,254.27 |
| 3.344 | **Nonpriority creditor's name and mailing address**<br><br>WHITCO SUPPLY LLC<br>200 N. MORGAN AVENUE<br>BROUSSARD, LA  70518<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5461** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $528,308.46 |
| 3.345 | **Nonpriority creditor's name and mailing address**<br><br>WHITE CAP<br>PO BOX 4852<br>ORLANDO, FL  32802-4852<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1533** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,580.35 |

Debtor    Crossfire, LLC
          _____          Case number (if known) 21-90054
          (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,675.00
Check all that apply.

WHITE RIVER SAFETY INC
PO BOX 282
RANGELY, CO  81648

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 4919**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,930.18
Check all that apply.

WILLIAMS SCOTSMAN INC
PO BOX 91975
CHICAGO, IL  60693-1975

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 4933**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,038.20
Check all that apply.

WILLIAMS SCOTSMAN INC
PO BOX 91975
CHICAGO, IL  60693-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1526**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,077.50
Check all that apply.

WOLF PACK RENTALS LLC
PO BOX 247
ALTAIR, TX  77412

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3791**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $223,390.58
Check all that apply.

WOLVERINE MAT, LLC
PO BOX 548
CEDAR SPRINGS, MI  49319

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0976**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Crossfire, LLC

(Name)

Case number (if known)  21-90054

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.351**  **Nonpriority creditor's name and mailing address**

WORLDWIDE MACHINERY
PO BOX 172363
DENVER, CO  80217-2363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1257**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,508.84

**3.352**  **Nonpriority creditor's name and mailing address**

XCEL NDT LLC
PO BOX 146
CLIFTON, KS  66937

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5896**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,920.80

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.  Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
| --- | --- |

5a.  Total claims from Part 1

5a.  **UNDETERMINED**

5b.  Total claims from Part 2

5b.  +  $17,349,752.24

5c.  **Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $17,349,752.24

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Crossfire, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-90056</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/10/19 | 1804 LTD., LLC SUITE 150 6385 OLD SHADY OAK ROAD EDEN PRAIRIE, MN  55344 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/07/20 | 3E, INC. 7724 N SAWTOOTH COVE RD VERNAL, UT  84078 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 05/21/19 | 4 HORSE CONSTRUCTION, LLC 15033 NACOGDOCHES RD SUITE 208 SAN ANTONIO, TX  78247 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/28/20 | 4 WARRIORS HYDRO EXCAVATION, LLC PO BOX 2407 ELK CITY, OK  73648 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC _____    Case Number (if known) _21-90054_

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/07/17 | A TO Z ELECTRIC OF BAYFIELD ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT DATED 08/22/14 | ABRAMS KEIWIT 3125 W. PAISANO DR. EL PASO, TX 79922 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT CHANGE ORDER DATED 12/19/16 | ABRAMS KEIWIT 3125 W. PAISANO DR. EL PASO, TX 79922 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT CHANGE ORDER DATED 06/14/17 | ABRAMS KEIWIT 3125 W. PAISANO DR. EL PASO, TX 79922 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MASTER SERVICE AND SUPPLY AGREEMENT ONSHORE AND MARITIME DATED 10/05/10 | ACACIA NATURAL GAS COPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AND SUPPLY AGREEMENT DATED 03/10/08 | ACADIA NATURAL GAS CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC
          (Name)

Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/24/19 | ACCURATE PUMPING & CONTRACTING, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/05/19 | ADVANCED INDUSTRIAL SERVICES MIDCON REGION, INC. 34933 IMPERIAL STREET BAKERSFIELD, CA  93308 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/20/21 | ADVANCED PUMPING, LLC PO BOX 10423 CORPUS CHRISTI, TX  78460 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/07/20 | ADVANCED TECHNOLOGIES INDUSTRUAL INSULATION, INC. PO BOX 1788 GRAND JUNCTION, CO  81502 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER 21-056 DATED 11/04/21 | ADVANTEK SHELBY COUNTY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/14/17 | AETHON ENERGY OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 07/15/20 | AHERN RENTALS PO BOX 271390 LAS VEGAS, NV  89127-1390 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | STRATEGIC ACCOUNTS SALES AGREEMENT DATED 01/28/16 | AIRGAS, INC AND AFFILIATES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES SUBCONTRACT AGREEMENT DATED 10/08/13 | AMEC ENVIRONMENT & INFRASTRUCTURE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/23/16 | AMPLIFY ENERGY CORPORATION FKA MEMORIAL PRODUCTION OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MSC DATED 06/12/14 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MSC DATED 04/08/15 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.23** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> AMENDMENT TO MSC DATED 12/09/15 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| **2.24** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> BLANKET ORDER AMENDMENT DATED 08/01/17 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| **2.25** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MASTER SERVICE CONTRACT DATED 09/24/12 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| **2.26** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MASTER SERVICE CONTRACT DATED 01/22/15 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| **2.27** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MAJOR SERVICE CONTRACT DATED 09/09/20 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | ANDEAVOR FIELD SERVICES LLC 19100 RIDGEWOOD PARKWAY SAN ANTONIO, TX  78259 |
| **2.28** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MASTER SERVICE AGREEMENT DATED 03/08/16 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | ANDEAVOR FIELD SERVICES LLC 19100 RIDGEWOOD PARKWAY SAN ANTONIO, TX  78259 |

Debtor        Crossfire, LLC                                        Case Number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/18/13 | ANGUS NATURAL RESOURCES, LLC 1323 EAST 71ST STREET, SUITE 400 TULSA, OK  74136 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/23/18 | ANSCHUTZ EXPLORATION CORPORATION 555 17TH STREET, SUITE 2400 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/23/18 | ANSCHUTZ OIL COMPANY LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/09/19 | ANYTIME HYDROEXCAVATION INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/11/19 | AQUA TERRA WATER MANAGEMENT 10940 WEST SAM HOUSTON PKWY N SUITE 350 HOUSTON, TX  77064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/08/19 | ARB MIDSTREAM, LLC 720 S COLORADO BLVD DENVER, CO  80246 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/19/19 | ARC ABATEMENT INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MODIFICATION DATED 07/06/18 | ARCHER WESTERN CONTRUCTION 105 S. CAMINO DEL RIO DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MODIFICATION DATED 10/18/18 | ARCHER WESTERN CONTRUCTION 105 S. CAMINO DEL RIO DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/04/18 | ARDENT SERVICES LLC PO BOX 974759 JENNIFER BURCHFIELD DALLAS, TX  75397-4759 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/25/21 | ARKOMA OPERATIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/09/19 | ASBESTOS REMOVAL, INC. PO BOX 13508 ODESSA, TX  79768 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)                                          Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | BID BOND, NOTICE OF AWARD DATED 02/09/17 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT 6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408301 DATED 07/25/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT 6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND SU04576 DATED 09/15/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT 6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND SU04582 DATED 01/13/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT 6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/09/19 | ASSET GUARD PRODUCTS INC. DBA FALCON TECHNOLOGIES AND SERVICES, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/25/19 | ASTAR, INC 5801 N SHARTEL AVE OKLAHOMA CITY, OK 73118 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/28/20 | ASTRO PAK CORPORATION 270 BAKER ST EAST SUITE 100 COSTA MESA, CA  92626 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/06/21 | ATLAS ENERGY SERVICES, LLC 3050 67TH AVE SUITE 100 GREELEY, CO  80634 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/01/17 | ATMOS ENERGY CORPORATION 5420 LBJ FREEWAY DALLAS, TX  75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/31/18 | ATMOS ENERGY CORPORATION 5420 LBJ FREEWAY DALLAS, TX  75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/17/17 | AUTOMATIONS & ELECTRONICS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/13/17 | AWP, INC 4244 MT. PLEASANT ST. NW NORTH CANTON, OH  44720 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC

(Name)

Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/17/19 | B & M CONCRETE PUMPING, LLC 7218 PORTER RD. CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/02/17 | BADGER DAYLIGHTING CORP 75 REMITTANCE DR SUITE 3185 CHICAGO, IL  60675-3185 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/29/19 | BADLANDS HYDROVAC SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/18/20 | BADLANDS POWER FUELS, LLC PO BOX 1369 MINOT, ND  58702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/28/20 | BAGWELL ENERGY SERVICES, INC. PO BOX 248 DELCAMBRE, LA  70528 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/21/20 | BARBER BROTHERS CONTRACTING COMPANY LLC P.O. BOX 66296 BATON ROUGE, LA  70896 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.59** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>REQUEST FOR SERVICE<br>DATED 08/26/20 | BARGATH LLC<br>ADDRESS ON FILE |
| | **State the term remaining**   CURRENT | |
| | **List the contract number of any government contract** | |
| **2.60** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>MASTER SERVICE AGREEMENT<br>DATED 07/08/21 | BASA RESOURCES, INC.<br>14875 LANDMARK BLVD 4TH FLOOR<br>DALLAS, TX  75254 |
| | **State the term remaining**   CURRENT | |
| | **List the contract number of any government contract** | |
| **2.61** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>MASTER SERVICE AGREEMENT<br>DATED 10/17/16 | BASA RESOURCES, INC.<br>14875 LANDMARK BLVD 4TH FLOOR<br>DALLAS, TX  75254 |
| | **State the term remaining**   CURRENT | |
| | **List the contract number of any government contract** | |
| **2.62** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>MASTER SERVICE AGREEMENT<br>DATED 03/07/17 | BASIN DISPOSAL, INC.<br>PO BOX 100<br>AZTEC, NM  87410 |
| | **State the term remaining**   CURRENT | |
| | **List the contract number of any government contract** | |
| **2.63** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>MASTER SERVICES AGREEMENT<br>DATED 04/30/20 | BASIN SAFETY CONSULTING CORP<br>P.O. BOX 4752<br>WILLISTON, ND  58802 |
| | **State the term remaining**   CURRENT | |
| | **List the contract number of any government contract** | |
| **2.64** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>MASTER SERVICES AGREEMENT<br>DATED 01/21/20 | BAY VALVE SERVICE, LLC<br>4385 SOUTH 133RD ST<br>TUKWILA, WA  98168 |
| | **State the term remaining**   CURRENT | |
| | **List the contract number of any government contract** | |

Debtor  Crossfire, Ltd.
(Name)

Case Number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 02/03/21 | BCR COMPANIES 555 17TH STREET, SUITE 1725 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/13/20 | BENNETT ON-SITE SERVICES, LLC DBA BOSS CRANE & RIGGING ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 06/03/21 | BERKSHIRE HATHAWAY ENERGY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/24/19 | BIG D'S PUMPING, INC. PO BOX 356 RANGELY, CO 81648 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/05/18 | BIGFOOT ENERGY SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 03/11/20 | BIGHORN TRANSPORT SERVICES LLC PO BOX 3447 HOBBS, NM 88241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                                    Case number (if known)        21-90058
              (Name)

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/17/19 | BIGHORN VAC INC. 3107 ANTELOPE TRAIL UNIT 7 MIDLAND, TX 79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/12/20 | BIOSEAL, LLC PO BOX 1125 LIVINGSTON, MT 59047 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/18/18 | BIRD ELECTRIC, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/22/17 | BISON OIL & GAS II, LLC 999 18TH STREET SUITE 3370 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 08/26/16 | BLACK HILLS GAS DISTRIBUTION, LLC 625 9TH STREET RAPID CITY, SD 57701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/01/14 | BLACK HILLS PLATEAU PRODUCTION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.
(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/22/20 | BLACK RIVER PORTABLES LLC PO BOX 292 BLACK RIVER FALLS, WI  54615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/06/18 | BLACK ROCK CRUDE OIL SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/08/19 | BLACKBEARD OPERATING, LLC 200 N. LORAINE, SUITE 300 MIDLAND, TX  79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 01/31/17 | BLAZER SERVICES, LLC 1537 NE LOOP CARTHAGE, TX  75633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/25/17 | BLOCK "T" PETROLEUM, INC. PO BOX 2080 TYLER, TX  75710 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/01/18 | BLUE EAGLE OILFIELD SERVICES 499 RUSSELL LANE WEATHERFORD, TX  76087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor       Crossfire, LLC                                          Case Number (if known)    21-90056
             (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED 01/27/20 | BLUE MOUNTAIN ENERGY, INC. 14701 HERTZ QUAIL SPRINGS PKWY OKLAHOMA CITY, OK  73134 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/01/19 | BLUE SKY DUMPSTERS, LLC 387 15TH ST W 235 DICKINSON, ND  58601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/31/20 | BOBCAT ELECTRICAL & INSTRUMENTATION, LLC PO BOC 663 HILLSBORO, TX  76645 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/02/20 | BONANZA CREEK ENERGY OPERATING COMPANY, LLC 410 17TH STREET SUITE 1400 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/12/12 | BONANZA CREEK ENERGY, INC. 410 17TH STREET SUITE 1400 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/29/21 | BORSHEIM CRANE SERVICE, LLC PO BOX 678 WEST FARGO, ND  58078 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/22/19 | BOWMAN SPECIALIZED SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | CALL OFF AGAINST MASTER AGREEMENT FOR PROVISION OF CONSTRUCTION SERVICES DATED 02/05/14 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | CALL OFF AGAINST MASTER AGREEMENT FOR PROVISION OF CONSTRUCTION SERVICES DATED 09/24/18 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT FOR PROVISION OF CONSTRUCTION SERVICES DATED 02/05/14 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | SUB-AGREEMENT DATED 04/24/15 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | SUB-AGREEMENT DATED 05/01/15 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                      Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/05/17 | BP EXPLORATION & PRODUCTION, INC. 501 WESTLAKE PARK BOULEVARD HOUSTON, TX 77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES AGREEMENT DATED 12/13/19 | BPX MIDSTREAM LLC 1700 PLATTE ST., SUITE 150 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/25/13 | BRAMMER ENGINEERING, INC. 400 TEXAS STREET SUITE 600 SHREVEPORT, TX 71101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/10/19 | BRAND X HYDROVAC SERVICES, INC PO BOX 1199 SILT, CO 81652 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 01/19/17 | BREITBURN OPERATING LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/09/19 | BTH SERVICES AND RENTAL LLC PO BOX 669 EUNICE, NM 88231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Crossfire, LLC                                    Case number (if known)   21-90058
            (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 05/21/21 | CABLE COMMUNICATION SERVICES, INC. 7200 SHADOWLAND CT BLACK HAWK, SD  57718 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/17/19 | CAERUS PICEANCE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/26/20 | CALIBER MIDSTREAM FRESH WATER PARTNERS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/28/15 | CALIBER MIDSTREAM PARTNERS LP 1200 17TH ST. SUITE 2100 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/30/15 | CALLON PETROLEUM COMPANY 200 NORTH CANAL STREET NATCHEZ, MS  39120 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/26/21 | CAMPOS EPC, LLC 1401 BLAKE STREET DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                                    Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/01/16 | CARSON, LLC PO BOX 9 GREELEY, CO 80632-0009 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/03/20 | CASTLE ROCK SANITATION, LLC N4257 25TH AVE MAUSTON, WI 53948 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/13/16 | CASTLETON COMMODITIES INTERNATIONAL LLC 811 MAIN STREET SUITE 3500 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | T&M CALL OUT DATED 03/14/20 | CASTLETON COMMODITIES INTERNATIONAL LLC 811 MAIN STREET SUITE 3500 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/18/18 | CATAMOUNT ENERGY PARTNERS LLC 1801 BROADWAY SUITE 1000 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 05/13/21 | CBK TRANSPORT LLC 28310 ASCOT FARMS ROAD BEN FLEMING MAGNOLIA, TX 77354 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT AMENDMENT DATED 10/13/16 | CCI EAST TEXAS UPSTREAM LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/13/16 | CCI GULF COAST UPSTREAM LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | WATER PURCHASE AGREEMENT DATED 07/25/19 | CENTENNIAL WATER PIPELINES LLC 1200 17TH STREET SUITE 2850 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/10/11 | CENTERPOINT ENERGY FIELD SERVICES, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/03/18 | CENTERPOINT ENERGY RESOURCES CORP. 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 01/01/19 | CENTERPOINT ENERGY RESOURCES CORP. 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.119 **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 06/20/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.120 **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 11/07/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.121 **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 09/08/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.122 **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/06/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.123 **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 04/02/18 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.124 **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/05/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Crossfire, LTD                                   Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 06/19/18 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 02/20/18 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/22/18 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE CONTRACT DATED 11/11/14 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE CONTRACT DATED 11/16/15 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/19/21 | CENTURY FENCE COMPANY PO BOX 727 PEWAUKEE, WI 53072 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC
         (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/05/21 | CERTARUS PO BOX 10685 MIDLAND, TX  79702-7685 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/20/12 | CHAMA OIL & MINERALS, LLC P.O. BOX 50203 MIDLAND, TX  79710 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 01/29/15 | CHAPARRAL ENERGY, LLC 701 CEDAR LAKE BLVD. OKLAHOMA CITY, OK  73114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/21/20 | CHAPARRAL INDUSTRIES INC 2320 OREGON ST. ODESSA, TX  79764-1841 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/02/08 | CHESAPEAKE OPERATING, INC. 6100 N. WESTERN AVE. OKLAHOMA CITY, OK  73154 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT NO. CW1450924 DATED 04/01/16 | CHEVRON U.S.A. INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                          Case Number (if known)    21-90058
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO. CW1775231 DATED 12/15/19 | CHEVRON U.S.A. INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | MASTER ENGINEERING, PROCUREMENT, CONSTRUCTION, AND INSTALLATION CONTRACT DATED 04/30/20 | CHEVRON U.S.A. INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/01/16 | CHEVRON USA, INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 12/15/19 | CHEVRON USA, INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 08/17/18 | CIMAREX ENERGY CO. 1700 LINCOLN STREET SUITE 3700 DENVER, CO  80203 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/06/20 | CIRCLE 8 CRANE SERVICES, LLC PO BOX 260370 CORPUS CHRISTI, TX  78426 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, Ltd.
          (Name)

                                                      Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/28/15 | CITATION OIL & GAS CORP 14077 CUTTEN ROAD HOUSTON, TX 77069 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 06/17/19 | CITY OF DURANGO 949 EAST 2ND AVENUE DURANGO, CO 81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/31/18 | CLARKE & CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/03/20 | CLASSIC CRANE & TRANSPORT, LP PO BOX 1545 STEPHENVILLE, TX 76401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/22/19 | CNJ OILFIELD SERVICES, LLC PO BOX 568 FARMINGTON, NM 87499-0568 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 01/31/17 | CNJ OILFIELD SERVICES, LLC PO BOX 568 FARMINGTON, NM 87499-0568 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                          Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT AGREEMENT DATED 03/18/21 | COASTAL & HIGHWAY EROSION CONTROL LLC PO BOX 877 SIMMESPORT, LA  71369 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION CONTRACT DATED 05/28/20 | COLORADO NATURAL GAS, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | SNOW REMOVAL AGREEMENT DATED 08/17/19 | COMMUNITY BANKS OF COLORADO 7800 EAST ORCHARD RD CENTENNIAL, CO  80111 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/31/16 | COMSTOCK OIL & GAS, LP ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/31/16 | COMSTOCK OIL & GAS-LOUISIANA, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/31/16 | COMSTOCK RESOURCES, INC. 5300 TOWN & COUNTRY BLVD. SUITE 500 FRISCO, TX  75034 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Crossfire, Ltd.
         (Name)

Case Number (if known)   21-90059

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT - CONSTRUCTION DATED 05/01/15 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT - WELL SERVICES DATED 12/01/14 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT NO. 305445 DATED 10/01/15 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/14/11 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/01/15 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | NOVATION AGREEMENT DATED 11/15/19 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                    Case Number (if known)    21-90054
                (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF WORK AND OLA AGREEMENT DATED 07/12/21 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX 77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 04/01/19 | CONTINENTAL RESOURCES, INC. 20 N. BROADWAY OKLAHOMA CITY, OK 73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/24/21 | COPPER TIP ENERGY SERVICES USA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/26/20 | COPPER TIP ENERGY SERVICES USA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/02/21 | CORTEC, LLC 208 EQUITY BOULEVARD HOUMA, LA 70360 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AND SUPPLY AGREEMENT DATED 11/15/16 | COVEY PARK ENERGY LLC AND COVEY PARK II LLC 8401 N. CENTRAL EXPRESSWAY SUITE 700 DALLAS, TX 75225 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 10/24/14 | CR MCB INVESTMENTS, LLC 13336 SOUTH SUN RIVER DRIVE RIVERTON, UT 84065 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/06/18 | CRESCENT POINT ENERGY U.S. CORPORATION 555 17TH STREET SUITE 1800 DENVER, CO 80202 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | MASTER HAULING AGREEMENT DATED 06/07/19 | CRESTED BUTTE TRUCKING, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONSTRUCTION AGREEMENT DATED 02/04/20 | CRESTONE PEAK RESOURCES MIDSTREAM, LLC 1801 CALIFORNIA STREET, SUITE 2500 DENVER, CO 80202 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/16/18 | CRESTWOOD OPERATIONS LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | MASTER HAULING AGREEMENT DATED 11/01/19 | CRG PRESSURE WASHER COMPANY 5704 WATER TOWER RD CARLSBAD, NM 88220 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 07/11/17 | CROSSFIRE AGGREGATE SERVICES, LLC PO BOX 352 IGNACIO, CO  81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/10/19 | CROWHEART ENERGY, LLC 1225 17TH STREET DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/26/19 | CRUZ ENERGY SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/10/17 | CVR ENERGY, INC 2277 PLAZA DRIVE SUITE 500 SUGAR LAND, TX  77479 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/12/20 | D&C LAND MANAGEMENT LLC 400 GEOGHAGAN RD. MANY, LA  71449 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/10/18 | DAKOTA LINE CONTRACTORS, INC 2729 PAINTBALL WAY BISMARCK, ND  58504 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, LLC                                          Case Number (if known)    21-90059

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/29/19 | DANCO ENTERPRISES INC. 215 W. BROADWAY STE 2 HOBBS, NM  88240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 08/12/20 | DARBY EQUIPMENT COMPANY 2940 N. TOLEDO AVE. TULSA, OK  74115 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/19/21 | DARKHORSE ENERGY SERVICES, LLC 10601 W MURPHY ST. ODESSA, TX  79766 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/22/17 | DBI, INC. 15440 W 109TH ST. LENEXA, KS  66219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/20/10 | DCP MIDSTREAM, LP 370 17TH ST., #2500 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/21/16 | DELAWARE G&P LLC 2501 CEDAR SPRINGS ROAD SUITE 100 DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)                                                    Case Number (if known)    21-90053

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/24/17 | DELTA DIRECTIONAL DRILLING, LLC 9027 EASTSIDE DR. EXT NEWTON, MS  39345 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER GOODS AND SERVICES AGREEMENT DATED 07/23/19 | DENBURY ONSHORE, LLC 5320 LEGACY DRIVE PLANO, TX  75024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PIPELINE CONSTRUCTION SERVICE AGREEMENT DATED 02/29/12 | DEVON ENERGY PRODUCTION COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 03/10/08 | DEVON ENERGY PRODUCTION COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT ONSHORE AND MARITIME DATED 03/10/08 | DEVON ENERGY PRODUCTION COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 03/10/08 | DEVON GAS SERVICES, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                      Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/24/17 | DH UNDERGROUND INC PO BOX 91958 ALBUQUERQUE, NM  87199 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/25/19 | DIAMOND D INSPECTION, INC. 11050 W. LITTLE YORK BLDG. G HOUSTON, TX  77041 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/19/16 | DISCOVERY DJ SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/07/17 | DIXIE ELECTRIC, LLC 1155 DAIRY ASHFORD RD SUITE 450 HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/15/18 | DJR OPERATING, LLC 1 ROAD 3263 AZTEC, NM  87410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 07/11/18 | DKM CONTRACTING LLC 15552 COUNTRY ROAD 496 LINDALE, TX  75771 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                         Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/07/17 | DMD FABRICATION & SERVICES, INC. 360  O STREET GREELEY, CO  80631 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/15/19 | DODSON TRUCKING INC. 18543 CR 2213D TATUM, TX  75691 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 02/02/17 | DODSON TRUCKING INC. 18543 CR 2213D TATUM, TX  75691 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/13/20 | DOUBLE J RENTALS 4180 FM 1970 CARTHAGE, TX  75633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/25/19 | DRIVER DIRECTIONAL, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT CAMERON LETERAL DATED 04/07/20 | DTE LEADP GAS GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Crossfire, Ltd.                                              Case Number (if known)    21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT PELICAN RESIDUE PL DATED 04/07/20 | DTE LEADP GAS GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 04/08/20 | DTE LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 12/19/19 | DTE PIPELINE COMPANY ONE ENERGY PLAZA ROOM 2084 WCB DETROIT, MI  48226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT DATED 12/19/19 | DTE PIPELINE COMPANY ONE ENERGY PLAZA ROOM 2084 WCB DETROIT, MI  48226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 09/27/21 | DTM LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 08/23/21 | DTM LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.             Case number (if known)    21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/05/20 | ECNCOMPASS SERVICES, LLC P.O. BOX 207664 DALLAS, TX 75320 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/13/20 | ECO VACUUM SERVICES LLC 147 FM 3191 FALLS CITY, TX 78113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 08/23/19 | EDGERTON SERVICE & EQUIPMENT LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 09/18/14 | EL PASO ENERGY SERVICE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 01/14/21 | EL TORO RESOURCES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 03/08/19 | ELAVATE MIDSTREAM PARTNERS, LLC 1415 LOUISIANA STREET SUITE 3400 HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC

(Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/08/19 | ELEVATE MIDSTREAM 1415 LOUISIANA STREET SUITE 3400 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | MINOR SERVICES AGREEMENT DATED 03/09/18 | ELITE COMPRESSION SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/02/19 | ELK OPERATING SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/17/16 | EMPRESA ENERGY IV, LLC 9821 KATY FREEWAY SUITE 910 HOUSTON, TX  77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/20/19 | EMPRESA ENERGY LLC 9821 KATY FREEWAY SUITE 910 HOUSTON, TX  77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/13/20 | ENABLE MIDSTREAM PARTNERS, LP 499 W. SHERIDAN AVE. OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, Ltd.

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/27/06 | ENCANA OIL & GAS (USA) INC. 14001 N. DALLAS PARKWAY SUITE 1100 DALLAS, TX  75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 08/01/17 | ENDURING RESOURCES, LLC 511 16TH STREET SUITE 700 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/24/19 | ENERGY INSPECTION SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/09/14 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/13/07 | ENERVEST OPERATING, L.L.C. 1001 FANNIN STREET SUITE 800 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR SERVICES AGREEMENT DATED 02/15/16 | ENGLOBAL U.S., INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC                                              Case number (if known)   21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/27/15 | ENLINK MIDSTREAM OPERATING, LP 1722 ROUTH STREET SUITE 1300 DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/21/16 | ENLINK MIDSTREAM PARTNERS, LP 1722 ROUTH STREET SUITE 1300 DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT NO. 6922 DATED 06/27/13 | ENTERPRISE PRODUCTS OPERATING LLC 1100 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO SERVICE AGREEMENT #6922 DATED 03/12/19 | ENTERPRISE PRODUCTS OPERATING, LLC 1100 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/31/20 | ENYWHEY SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/17/15 | EOG RESOURCES, INC. 333 CLAY STREET STE. 4200 HOUSTON, TX  77001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                                    Case number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.233** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/16/21 | EOG RESOURCES, INC. 333 CLAY STREET STE. 4200 HOUSTON, TX 77001 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.234** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ONSHORE CONSTRUCTION AGREEMENT DATED 05/06/19 | EP ENERGY E&P COMPANY, L.P. ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.235** **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 09/18/14 | EPBGP CONTRACTING SERVICES LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.236** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 03/22/11 | EPCO HOLDINGS, INC. ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.237** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 12/02/14 | EQT GATHERING, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.238** **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 07/28/20 | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO 65251 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                Case Number (if known)   21-90059
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 09/14/20 | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO  65251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 10/16/20 | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO  65251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/10/20 | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO  65251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 10/20/21 | EVERSHEDS SUTHERLAND (US) LLP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/15/14 | EXTRACTION OIL AND GAS 370 17TH STREET, SUITE 5300 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 08/10/17 | F&S TRUCKING INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90059

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL FLEET ACCOUNT SERVICE BILLING AGREEMENT DATED 05/18/18 | FCA US LLC 1000 CHRYSLER DR CIMS 485-12-30 AUBURN HILLS, MI  48326 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/15/15 | FDL OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/20/20 | FLATIRONS DRILLING, INC. 26493 COUNTY ROAD 76 EATON, CO  80615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 06/21/16 | FLATIRONS DRILLING, INC. 26493 COUNTY ROAD 76 EATON, CO  80615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/10/19 | FLATIRONS MIDSTREAM LLC 4029 SOUTH CAPITAL OF TEXAS HIGHWAY SUIT E 215 AUSTIN, TX  78704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/10/19 | FLATIRONS MIDSTREAM, LLC 4029 SOUTH CAPITAL OF TEXAS HIGHWAY SUIT E 215 AUSTIN, TX  78704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC                                    Case Number (if known)   21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/15/15 | FLEUR DE LIS ENERGY, LLC 909 LAKE CAROLYN PARKWAY SUITE 500 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/13/19 | FLOW-ZONE LLC DEPT. 248 PO BOX 4346 HOUSTON, TX  77210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/05/15 | FOUNDATION ENERGY MANAGEMENT, LLC 5057 KELLER SPRINGS ROAD SUITE 650 ADDISON, TX  75001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 11/03/17 | FOUR CORNERS MATERIALS 2350 S1900 W STE. 200 OGDEN, UT  84401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 10/15/18 | FREEMAN & CURIEL ENGINEERS, LLC 13101 NORTHWEST FREEWAY, SUITE 320 HOUSTON, TX  77040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 12/12/19 | FRONTIER HEAVY HAUL AND SUPPORT INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                          Case Number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/15/17 | FUZION FIELD SERVICES, LLC PO BOX 200638 EVANS, CO  80620 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/18/18 | G&C CONTRACTING COMPANY, INC. HIGHWAY 5 NORTH LOT 4 INDUSTRIAL PARK CLEARBROOK, MN  56634 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/03/17 | GAJESKE INC. DEPT. 10412 PO BOX 87618 CHICAGO, IL  60680-0618 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/17/19 | GEMINI ARKLATEX, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/18/20 | GEMINI ARKLATEX, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE AND RELATED FACILITIES CONSTRUCTION AGREEMENT DATED 06/30/21 | GEMINI CARTHAGE PIPELINE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.
              (Name)

Case Number (if known)        21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/08/19 | GEMSTAR, INC 6501 TRUNK STREET ODESSA, TX  79762 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/11/19 | GEOCORR LLC 13938 CHRISMAN RD HOUSTON, TX  77039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/17 | GEOSTOCK SANDIA, LLC 8860 FALLBROOK DRIVE HOUSTON, TX  77064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 07/27/20 | GILES BROWN 1120 GAYTINE RD. RAGLEY, LA  70657 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/11/20 | GM OILFIELD & TRUCKING SERVICES LLC PO BOX 3 PMB 286 DALLAS, TX  79702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/18/16 | GOODNIGHT MIDSTREAM BAKKEN, LLC 5910 NORTH CENTRAL EXPRESSWAY, SUITE 630 DALLAS, TX  75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/13/18 | GOODNIGHT MIDSTREAM PERMIAN, LLC 5910 NORTH CENTRAL EXPRESSWAY, SUITE 630 DALLAS, TX  75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/14/14 | GRAND RIVER GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED 01/02/18 | GRAWARD OPERATING, INC. 227 SOUTH COLLEGE AVE TYLER, TX  75702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 08/25/21 | GRAYSON MILL ENERGY 1160 DAIRY ASHFORD, SUITE 140 HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/29/15 | GREAT WESTERN OPERATING COMPANY, LLC 700 W LOUISIANA AVE PO BOX 1659 MIDLAND, TX  79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/04/19 | GREENLEE AND SONS SEPTIC SERVICE LLC 321 S. GOINGS ST. HOBBS, NM  88240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)                                              Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/02/17 | GUADALUPE MOUNTAIN FENCING, LLC 2023 HEPLER RD CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/23/19 | GUIDON ENERGY MANAGEMENT 4000 N. BIG SPRING ST., SUITE 403 MIDLAND, TX  79705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/24/19 | GUNNELS AND SONS RESTROOM SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 08/04/21 | H&W BUILDERS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/22/20 | H-2 ENTERPRISES, LLC 4626 WELD COUNTY ROAD 65 KEENESBURG, CO  80643 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/22/21 | HAMMOND LAND DEVELOPMENT LLC 3202 MIORI LANE SUITE 100 VICTORIA, TX  77901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LTD
         (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/20/17 | HARVEST PIPELINE COMPANY 3746 COUNTY ROAD 307 DURANGO, CO  81303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/12/18 | HCJ INVESTMENTS, LLC 2785 OLD JACKSON RD HENDERSON, TN  38340 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/01/18 | HCJ INVESTMENTS, LLC 2785 OLD JACKSON RD HENDERSON, TN  38340 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/19/20 | HCJ INVESTMENTS, LLC 2785 OLD JACKSON RD HENDERSON, TN  38340 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/28/16 | HENRY RESOURCES LLC 3525 ANDREWS HIGHWAY MIDLAND, TX  79703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/18/17 | HIGH COUNTRY EQUIPMENT, LLC 36356 HWY 92 HOTCHKISS, CO  81419 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                          Case Number (if known)   21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/25/19 | HIGH MOUNTAIN INSPECTION SERVICE, INC PO BOX 1508 MILLS, WY  82644 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/05/18 | HIGHLANDS NATURAL RESOURCES, CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/01/17 | HILCORP ENERGY COMPANY PO BOX 61529 HOUSTON, TX  77208-1529 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/20/17 | HILCORP ENERGY COMPANY PO BOX 61529 HOUSTON, TX  77208-1529 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/21/18 | HOBBS RENTAL, LLC P O BOX 1085 HOBBS, NM  88240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/10/11 | HOLLY ENERGY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.
(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/10/19 | HOPPE'S CONSTRUCTION, LLC PO BOX 654 ADA, OK  74821 |

| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/10/19 | HOPPE'S CONSTRUCTION, LLC PO BOX 654 ADA, OK  74821 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 05/10/18 | HRL COMPLIANCE SOLUTIONS, INC. 2385 F1/2 RD. GRAND JUNCTION, CO  81505 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/15/14 | HUNT OIL COMPANY 1900 NORTH AKARD STREET DALLAS, TX  75201-2300 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/15/15 | HUNT OIL COMPANY 1900 NORTH AKARD STREET DALLAS, TX  75201-2300 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/25/20 | HURLEY ENTERPRISES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/25/19 | I&W OILFIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
(Name)                                                    Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/10/20 | IKAV ENERGY INC. 1199 MAIN AVE. STE 101 DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 04/23/15 | IMAGENET CONSULTING, LLC PO BOX 744020 ATLANTA, GA  30374 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/16/15 | IMAGENET CONSULTING, LLC PO BOX 744020 ATLANTA, GA  30374 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINUING SERVICES AGREEMENT DATED 05/03/21 | IMTT-BAYONNE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/25/19 | INBERG-MILLER ENGINEERS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/09/17 | INDIGO MINERALS, LLC 600 TRAVIS, SUITE 4900 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/28/17 | INDUSTRIAL ECOSYSTEMS INC. #49 CR 3150 AZTEC, NM  87410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 03/21/17 | INDUSTRIAL ELECTRIC SERVICE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/24/17 | INDUSTRIAL ELECTRIC SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT DATED 05/10/19 | INDUSTRIAL TRAINING SERVICES, INC. 120 MAX HURT DRIVE MURRAY, KY  42071 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/03/21 | INTERNATIONAL-MATEX TANK TERMINAL 400 POYDRAS STREET, SUITE 3000 NEW ORLEANS, LA  70130 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/08/21 | IRISNDT INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)

Case Number (if Known)    21-90059

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 11/04/21 | IRONWOOD MIDSTREAM ENERGY PARTNERS, LLC 17304 PRESTON ROAD, SUITE 1075 DALLAS, TX 75252 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE AGREEMENT DATED 06/19/13 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 02/27/12 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 06/19/13 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 08/18/14 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 01/01/15 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.317** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/20 | IV KINGS RIG TECHNICIANS, LLC PO BOX 69570 ODESSA, TX  79769 |

| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/20 | IV KINGS RIG TECHNICIANS, LLC PO BOX 69570 ODESSA, TX  79769 |
|---|---|---|---|
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/13/21 | J CUSTOM ELECTRIC LLC PO BOX 756 WATFORD CITY, ND  58854 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/26/20 | J&C ENTERPRISES, INC. PO BOX 1096 VERNAL, UT  84078 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/01/19 | J&J RAYMOND CONSTRUCTION, LLC PO BOX 1954 CENTER, TX  75935 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 05/07/18 | J&J RAYMOND CONSTRUCTION, LLC PO BOX 1954 CENTER, TX  75935 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/01/19 | J&J TRANSPORT SERVICES LLC 593 COUNTY RD 415 PECOS, TX  79772 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |

Debtor      Crossfire, LLC                                                    Case number (if known)   21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 09/13/16 | JAGGED PEAKE ENERGY, LLC 1125 17TH STREET SUITE 2400 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/29/20 | JAN'S CONSTRUCTION COMPANY, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/06/21 | JEFF KIPPES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/04/20 | JENNCHEM, LLC 1525 WEST W.T. HARRIS BLVD CHARLOTTE, NC  28262 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/26/19 | JERRY'S WELDING SERVICE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL FLEET BILLING AGREEMENT DATED 10/03/17 | JIFFY LUBE INTERNATIONAL, INC. PO BOX 7247-6248 PHILADELPHIA, PA  19170-6248 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/20 | JMF UNDERGROUND INC. 7894 TALL PINES CT  B GLEN BURNIE, MD  21061 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/08/17 | JML MANAGEMENT, INC 748 STATE HWY 7 WEST CENTER, TX  75935 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/27/20 | JMN SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/19/19 | JN TRUCKING, INC 4091 W 3000 S ROOSEVELT, UT  84066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 10/29/20 | JO MILL OIL COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/20/20 | JOYCE STEEL ERECTION LTD PO BOX 8466 LONGVIEW, TX  75607 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC                                    Case Number (if known)   21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL DATED 12/02/20 | JP HOLDINGS, LLC DBA JP SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/10/20 | JPH HOLDINGS, LLC DBA JP SERVICES 16619 ALDINE WESTFIELD RD HOUSTON, TX 77032 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/28/13 | J-W POWER COMPANY 15505 WRIGHT BROTHERS DRIVE ADDISON, TX 75001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT DATED 09/01/19 | KARST HOLDINGS, LLC PO BOX 566 MILLS, WY 82644 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/12/17 | KELLY CABLE OF NEW MEXICO, INC. 6901 READING DRIVE SE ALBUQUERQUE, NM 87105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/17/17 | KENNY ELECTRIC SERVICE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)                                              Case number (if known)    21-90058

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/03/20 | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX  77210-4649 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD PROCUREMENT AGREEMENT DATED 08/03/20 | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX  77210-4649 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD PROCUREMENT AGREEMENT DATED 08/03/20 | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX  77210-4649 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD PROCUREMENT AGREEMENT DATED 08/28/19 | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX  77210-4649 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD PROCUREMENT AGREEMENT DATED 08/28/19 | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX  77210-4649 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/01/15 | KGH OPERATING COMPANY P.O. BOX 2235 BILLINGS, MT  59103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Crossfire, Ltd.
           (Name)                                                    Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 05/14/19 | KINDER MORGAN CO2 COMPANY, L.P. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 08/27/12 | KINDER MORGAN CO2 COMPANY, L.P. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/18/19 | KINDER MORGAN CONTRACTING SERVICES, LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT DATED 10/05/20 | KIRBY SMITH MACHINERY, INC. PO BOX 270360 OKLAHOMA CITY, OK  73137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/14/20 | KIT CARSON INTERNET 116 CRUZ ALTA RD TAOS, NM  87571 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 09/18/14 | KMGP CONTRACTING SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                              Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/20/19 | KODIAK INSPECTIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/07/19 | KW TRUCKING, INC. PO BOX 1021 VERNAL, UT  84078 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 09/09/14 | LA GRANGE ACQUISITION, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/20/21 | LAND & SEA INDUSTRIES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/15/19 | LEGACY CONSTRUCTION, LLC PO BOX 2424 NATCHITOCHES, LA  71457 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/10/17 | LIBERTY MIDSTREAM SOLUTIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/23/17 | LIBERTY RESOURCES MANAGEMENT COMPANY, LLC 1200 17TH STREET SUITE 2200 DENVER, CO 80202 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/02/16 | LINN OPERATING, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/07/17 | LONE STAR INSTRUMENTATION & ELECTRIC CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | MASTER HAULING AGREEMENT DATED 06/12/19 | LONE TREE SERVICES, LLC PO BOX 1716 GREELEY, CO 80632 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/16/17 | LONGHORN INSULATION INC PO BOX 14048 ODESSA, TX 79768 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/19/21 | LOUISIANA MACHINERY COMPANY, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC          Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/03/17 | LOVELADY DIRECTIONAL DRILLING LLC PO BOX 150707 LUFKIN, TX 75915 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 01/16/18 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 03/07/18 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 04/10/18 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 04/09/19 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 09/24/19 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, LLC                                    Case Number (if known)  21-90054
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 01/30/19 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 11/20/18 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 05/26/17 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 03/10/17 | M5 MIDSTREAM LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 02/23/17 | M5 MIDSTREAM LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTERS SERVICES AGREEMENT DATED 10/22/15 | MAGELLAN MIDSTREAM PARTNERS, LP ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/03/19 | MAGNOLIA MIDSTREAM GAS SERVICES, LLC 900 NW 63RD STREET OKLAHOMA CITY, OK 73154 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/17/18 | MANTI TARKA PERMIAN OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 11/12/10 | MARALEX RESOURCES, INC. 775 GODDARD RD IGNACIO, CO 81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORLDWIDE MAJOR SERVICE CONTRACT DATED 12/02/11 | MARATHON OIL COMPANY 5555 SAN FELIPE STREET HOUSTON, TX 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/28/18 | MARCO INSPECTION SERVICES, LLC PO BOX 1941 KILGORE, TX 75663 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/01/13 | MARKWEST ENERGY PARTNERS, LP 1515 ARAPAHOE ST. TOWER 2 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.                                    Case Number (if known)   21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACTS DATED 09/21/21 | MARKWEST ENERGY PARTNERS, LP 1515 ARAPAHOE ST. TOWER 2 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/04/13 | MARKWEST LIBERTY MIDSTREAM & RESOURCES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/29/13 | MARKWEST UTICA EMG LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/07/20 | MAVERICK FIELD SERVICES LOGISTICS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/28/20 | MEC SERVICES LLC 522 W MERMOD ST 721 CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/23/16 | MEMORIAL RESOURCE DEVELOPMENT CORP. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Crossfire, LLC                                    Case number (if known)   21-90054
           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/05/14 | MEMORIAL RESOURCE DEVELOPMENT CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/17/19 | MENDOZA SERVICES, LLC P. O. BOX 2764 HOBBS, NM  88241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/05/20 | MERIT ENERGY COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/07/18 | MERITAGE OPERATING COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/01/18 | METCALF ARCHAEOLOGICAL CONSULTANTS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/15/20 | MICHAELS FENCE & SUPPLY, INC 1500 EAST YELLOWSTONE HWY CASPER, WY  82601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                    Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.395** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | WORK ORDER CONTRACT DATED 12/05/18 <br><br><br> CURRENT | MIDCOAST PIPELINES (EAST TEXAS) LP ADDRESS ON FILE |
| **2.396** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/17/20 <br><br><br> CURRENT | MILLER ENVIRONMENTAL SERVICES, LLC PO BOX 5233 CORPUS CHRISTI, TX  78465 |
| **2.397** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 03/07/17 <br><br><br> CURRENT | MILLER INSULATION, CO., INC. ADDRESS ON FILE |
| **2.398** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 05/06/14 <br><br><br> CURRENT | MINERAL RESOURCES, INC. 5200 W 20TH STREET GREELEY, CO  80634 |
| **2.399** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 04/04/19 <br><br><br> CURRENT | MITCHELL HOPPER INFRASTRUCTURE LLC 3304 GALESBURG DRIVE AUSTIN, TX  78745 |
| **2.400** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL CONTRACT DATED 09/21/20 <br><br><br> CURRENT | MOBILE MINI SOLUTIONS PO BOX 650882 DALLAS, TX  75265-0882 |

Debtor    Crossfire, LLC                                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/20/21 | MONTANA-DAKOTA UTILITIES CO. 400 NORTH 4TH ST BISMARCK, ND  58506 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/20/21 | MONTANA-DAKOTA UTILITIES CO. 400 NORTH 4TH ST BISMARCK, ND  58506 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT DATED 09/21/20 | MOUNTAIN STATE RENTAL PO BOX 3272 DURANGO, CO  81302 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT DATED 12/07/20 | MOUNTAIN STATE RENTAL PO BOX 3272 DURANGO, CO  81302 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/18/20 | MPS ENTERPRISES, INC. DBA MILFORD 7607 W INDUSTRIAL AVE MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/27/19 | MTX SURVEYING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
         (Name)                                                              Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/10/17 | MUNOZ FOUNDATION DRILLING, INC. PO BOX 446 WESLACO, TX  78599 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/13/17 | MUSTANG ENERGY SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/27/20 | MUSTANG EXTREME ENVIRONMENTAL SERVICES, LLC 5049 EDWARDS RANCH RD. SUITE 200 FORT WORTH, TX  76109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTANT AGREEMENT [CONFIDENTIAL] DATED 06/24/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT DATED 07/01/18 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/01/08 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, LLC

(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE AGREEMENT [CONFIDENTIAL] DATED 07/01/18 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 05/07/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 05/07/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 07/02/18 | NASH TRUCKING AND CONSTRUCTION, LTD. PO BOX 219 WOODLAWN, TX  75694 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/01/12 | NEW CENTURY EXPLORATION, INC 20008 CHAMPION FOREST DRIVE SPRING, TX  77379 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 06/06/17 | NEW MEXICO GAS COMPANY, INC. 4625 EDITH BLVD NE ALBUQUERQUE, NM  87107 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC                     Case Number (if known)   21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF WORK, SANTA FE ML LOOPING PROJECT 2020 DATED 04/27/20 | NEW MEXICO GAS COMPANY, INC. 4625 EDITH BLVD NE ALBUQUERQUE, NM 87107 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK OR SERVICE CONTRACT DATED 09/04/14 | NEWFIELD EXPLORATION COMPANY 363 NORTH SAM HOUSTON PARKWAY EAST SUITE 100 HOUSTON, TX 77060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/15/19 | NEXT GENERATION CONSTRUCTION & ENVIRONMENTAL, LLC 14115 MEAD ST. UNIT C LONGMONT, CO 80504 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/25/17 | NGL CRUDE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/18/17 | NICKLE ROCK, LLC PO BOX 2239 SAN MARCOS, TX 78667 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK OR SERVICE AGREEMENT DATED 07/10/09 | NOBLE ENERGY, INC. 1001 NOBLE ENERGY WAY HOUSTON, TX 77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                          Case Number (if known)   21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/30/18 | NORTH PARK ADVANTAGE WALDEN, LLC 8150 N CENTRAL EXPRESSWAY SUITE 1875 DALLAS, TX  75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 05/03/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 04/24/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 05/09/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 09/18/18 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 09/14/18 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 04/24/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 06/05/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 06/12/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 07/20/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 07/27/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 05/20/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case number (if known)    21-90058
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 04/19/19 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 07/28/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT NO. NNGCCA-2021-06666-NNGOPS DATED 06/02/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT: PO 79363317 DATED 05/31/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT: PO 79364811 DATED 06/16/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 08/06/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, LLC
        (Name)

Case Number (if known)    21-90059

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICE AGREEMENT DATED 07/15/11 | NORTHWEST PIPELINE GP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT AGREEMENT 003 DATED 01/15/16 | NORTHWEST PIPELINE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/13/20 | NVI LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/10/17 | O'BRIEN RESOURCES, LLC 425 ASHLEY RIDGE BLVD., SUITE 300 SHREVEPORT, LA 71106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/31/11 | OCCIDENTAL OIL AND GAS CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTE PURCHASE AGREEMENT DATED 05/16/16 | OEP CROSSFIRE, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/21 | OLD WEST ENERGY SERVICES, LLC 145 16TH STREET GREELEY, CO  80631 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 05/01/17 | OLDCASTLE SW GROUP, INC. DBA UNITED COMPANIES OF MESA COUNTY 6699 CR 521 BAYFIELD, 0  81122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/23/17 | OMNI COMPRESSED AIR, LTD. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/02/15 | ONE GAS, INC. 100 W. FIFTH STREET TULSA, OK  74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/12/18 | ONEOK PARTNERS, L.P. 100 WEST FIFTH STREET TULSA, OK  74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/03/16 | ORYX SOUTHERN DELAWARE OIL GATHERING AND TRANSPORT LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.455 **State what the contract or lease is for and the nature of the debtor's interest** | REFERENCE AND TERMS DATED 07/31/20 | OXYGEN SERVICE COMPANY 1111 PIERCE BUTLER ROUTE ST. PAUL, MN  55104 |

| | | |
|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | REFERENCE AND TERMS DATED 07/31/20 | OXYGEN SERVICE COMPANY 1111 PIERCE BUTLER ROUTE ST. PAUL, MN  55104 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES CONTRACT DATED 07/25/16 | PACIFICORP 1407 WEST NORTH TEMPLE SUITE 310 SALT LAKE CITY, UT  84116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER GENERAL SERVICES CONTRACT DATED 12/12/19 | PACIFICORP 1407 WEST NORTH TEMPLE SUITE 310 SALT LAKE CITY, UT  84116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE DATED 11/04/20 | PAC-VAN 75 REMITTANCE DRIVE SUITE 3300 CHICAGO, IL  60675-3300 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/26/20 | PANTHER PRESSURE TESTERS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE/SALES AGREEMENT DATED 03/23/17 | PARSLEY ENERGY OPERATIONS, LLC PO BOX 11090 MIDLAND, TX  79702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)                                                    Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/16/19 | PATE TRUCKING CO., LLC 6510 70TH ST, STE 101 LUBBOCK, TX  79424 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/20/17 | PATRIOT ENVIRONMENTAL, LLC 220 W. CARL HUBBEL BLVD.  671 MEEKER, OK  74855 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/19/17 | PDC ENERGY, INC. 1775 SHERMAN ST SUITE 3000 DENVER, 0  80203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/20/18 | PE FUSION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/07/17 | PEDERNALES PETROLEUM OP, LLC 1001 WEST LOOP SOUTH, SUITE 800 HOUSTON, TX  77027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/20/18 | PERMIAN ANCHORS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, LLC                                          Case number (if known)   21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/26/17 | PETE MARTIN DRILLING, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/01/19 | PETROHAWK ENERGY CORPORATION, INC. 1908 N LAURENT STREET SUITE 330 VICTORIA, TX  77901 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | MASTER HAULING AGREEMENT DATED 11/07/19 | PILOT WATER SOLUTIONS LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/31/21 | PINE WAVE ENERGY PARTNERS OPERATING, LLC 329 S MAIN ST SUITE 201 FORT WORTH, TX  76104 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/12/19 | PINNERGY, LTD. 111 CONGRESS AVE STE 2020 AUSTIN, TX  78701 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/12/18 | PIONEER ENERGY , INC. 220 S. TAFT ST. LAKEWOOD, CO  80228 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE/SALES AGREEMENT DATED 08/23/11 | PIONEER NATURAL RESOURCES USA, INC. 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/20/20 | PLAINS ALL AMERICAN PIPELINE, L.P. 333 CLAY ST. STE 1600 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 06/20/14 | PLAINS MARKETING, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/13/18 | POWDER AND COATING SOLUTIONS 910 W PIERCE ST 35 CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/17/20 | POZZI ENTERPRISES, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/25/19 | PRAIRIE WINDS SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, LLC

(Name)

Case Number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/08/21 | PRECISION CRANE & TRANSPORT LLC P.O. 3264 ODESSA, TX 79762 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/18/19 | PRECISION VALVE SERVICES LLC 3109 CONIFER TRAIL STURGIS, SD 57785 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/26/19 | PREMIER NDT SERVICES, INC. PO BOX 480 FARMINGTON, NM 87499 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/06/17 | PREMIER WIRE FENCE LTD. PO BOX 4902 MIDLAND, TX 79704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WELL SERVICING CONTRACT DATED 07/29/20 | PRIMA EXPLORATION, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/18/20 | PRINCIPAL ENVIRONMENTAL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                                      Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 05/13/14 | PRISM MIDSTREAM L.L.C. 1600 AIRPORT FREEWAY, SUITE 505 BEDFORD, TX  76022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/14/20 | PROCESS EQUIPMENT AND SERVICES COMPANY, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 11/11/16 | PROLINE ENERGY RESOURCES INCORPORATED 4645 SWEETWATER BLVD SUITE 500 SUGARLAND, TX  77479 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 03/06/20 | PROTÉGÉ ENERGY III LLC 2200 SOUTH UTICA PL SUITE 400 TULSA, OK  74114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 10/01/20 | PROTÉGÉ ENERGY III LLC 2200 SOUTH UTICA PL SUITE 400 TULSA, OK  74114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/03/17 | PTW ENERGY SERVICES INC. 1400 WOODLOCH FOREST DR. STE. 410 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                        Case Number (if known) 21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.491** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 06/07/19<br><br><br>CURRENT | Q3 CONTRACTING, INC.<br>3066 SPRUCE ST<br>LITTLE CANADA, 0  55117 |
| **2.492** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL AGREEMENT DATED 04/11/11<br><br><br>CURRENT | QEP ENERGY COMPANY<br>1050 17TH STREET SUITE 500<br>DENVER, CO  80265 |
| **2.493** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL AGREEMENT DATED 03/09/11<br><br><br>CURRENT | QEP FIELD SERVICES COMPANY<br>1050 17TH STREET SUITE 500<br>DENVER, CO  80265 |
| **2.494** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 05/09/11<br><br><br>CURRENT | QEP RESOURCES, INC.<br>1050 17TH STREET SUITE 500<br>DENVER, CO  80265 |
| **2.495** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER HAULING AGREEMENT DATED 09/25/19<br><br><br>CURRENT | QUICK WATER SERVICES, LLC DBA QUIK TRANSPORTS<br>ADDRESS ON FILE |
| **2.496** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/10/13<br><br><br>CURRENT | QUICKSILVER RESOURCES, INC.<br>801 CHERRY STREET, SUITE 3700<br>FORT WORTH, TX  76102 |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/16/20 | R&S CONSTRUCTION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 02/01/17 | R&S CONSTRUCTION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/01/17 | R2Q OPERATING, LLC 3320 OAK GROVE AVENUE DALLAS, TX 81303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/13/21 | RAFTER THREE BARS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/10/18 | RANGELY TRASH SERVICE, INC. PO BOX 400 RANGELY, CO 81648-0400 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/14/20 | RANGER 40 WATER SOLUTIONS, LLC 244 FM 306 SUITE 120/363 NEW BRAUNFELS, TX 78130 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Crossfire, Ltd.
(Name)

Case number (if known)   21-90059

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/01/18 | RED CEDAR GATHERING COMPANY 125 MERCADO STREET  SUITE 201 DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/22/12 | RED ROCK GATHERING COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 07/06/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 08/21/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 08/28/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 09/28/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)                                              Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 10/13/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 10/21/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 11/11/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 12/07/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/06/18 | REP PROCESSING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/11/20 | RESERVE COMPRESSION CORP 13310 HEMPSTEAD RD HOUSTON, TX  77040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.515 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/18/14 | RESOLUTE NATURAL RESOURCES COMPANY 1700 LINCOLN STREET DENVER, CO 80203 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.516 **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 10/09/13 | RESOURCE PRODUCTION CO., INC. PO BOX 3076 FARMINGTON, NM 87499 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.517 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/06/18 | RIMROCK ENERGY PARTNERS, LLC. 1675 BROADWAY SUITE 2075 DENVER, CO 80202 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.518 **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 03/17/17 | RMS CRANES, LLC 1900 E 66TH AVE DENVER, CO 80229 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.519 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/19/20 | ROOTER SEWER SERVICE INC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.520 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 02/13/20 | ROSE ROCK MIDSTREAM CRUDE, L.P. 3030 NW EXPRESSWAY SUITE 1100 OKLAHOMA CITY, OK 73112 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)                                              Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 12/20/19 | ROSENBAUM CONSTRUCTION CO., INC. PO BOX 2308 FARMINGTON, NM  87499 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 02/20/17 | ROSENBAUM CONSTRUCTION CO., INC. PO BOX 2308 FARMINGTON, NM  87499 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/20 | ROSSCO CRANE & RIGGING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/16/20 | RUNNERS INC. P.O. BOX 176 MYTON, UT  84052 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/16/17 | S & B DRILLING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | REFERENCE AND TERMS DATED 06/23/21 | S & S ROCK CRUSHING, INC PO BOX 931 SUBLETTE, KS  67877 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.               Case Number (if known)   21-90054
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/14/18 | S.D. TWOMEY TRUCKING 1450 HILLS LAKE ROAD CARTHAGE, TX 75633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/10/14 | SADDLE BUTTE PIPELINE II 858 MAIN AVENUE SUITE 301 DURANGO, CO 81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/28/15 | SADDLEHORN PIPELINE COMPANY, LLC ONE WILLIAMS CENTER TULSA, OK 74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/01/05 | SAMSON RESOURCES COMPANY 2 WEST 2ND STREET TULSA, OK 74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/03/18 | SAN MARCO PETROLEUM, INC. 240 MILWAUKEE STREET, SUITE 200 DENVER, CO 80206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/29/16 | SANDRIDGE ENERGY, INC. 123 ROBERT S. KERR AVE. OKLAHOMA CITY, OK 73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC
              (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO CONSTRUCTION AGREEMENT SFM00145.1.1CC DATED 04/09/18 | SANTA FE MIDSTREAM PERMIAN LLC 5700 GRANITE PARKWAY PLANO, TX  75024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY CONSTRUCTOR CONTRACT DATED 03/15/18 | SANTA FE MIDSTREAM PERMIAN, LLC 5700 GRANITE PARKWAY PLANO, TX  75024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/07/18 | SANTA FE MIDSTREAM, LLC 5700 GRANITE PARKWAY PLANO, TX  75024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/16/19 | SCC INSPECTION SERVICES INC PO BOX 2467 GREAT FALLS, MT  59403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/02/21 | SCOUT ENERGY PARTNERS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/06/19 | SELECT ENERGY SERVICES, LLC 1400 POST OAK BLVD. SUITE 400 HOUSTON, TX  77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/17/19 | SERRANO'S INC PO BOX 126 BLOOMFIELD, NM  87413 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/22/19 | SHALE OILFIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/01/16 | SHIPROCK SAN JUAN, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/11/19 | SIERRA CHEMICALS, LC 135 BURNETT DRIVE, UNIT 4 DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/30/18 | SILVER CREEK MIDSTREAM HOLDINGS, LLC 909 LAKE CAROLYN PARKWAY IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/14/17 | SILVER CREEK OIL & GAS, LLC 5525 N MACARTHUR BLVD SUITE 775 IRVING, TX  75038 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.
         (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/07/19 | SIMPLEX CONSULTING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/14/19 | SINCLAR TRANSPORTATION COMPANY 5615 CHAPMAN PL. CASPER, WY  82604 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/24/15 | SKLAR EXPLORATION COMPANY 401 EDWARDS STREET, STE. 1601 SHREVEPORT, LA  71101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/30/15 | SOUTHLAND ROYALTY COMPANY, LLC 400 WEST 7TH STREET FORT WORTH, TX  76102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 03/10/08 | SOUTHWESTERN GAS PIPELINE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER PIPELINE CONSTRUCTION SERVICE AGREEMENT DATED 08/11/15 | SOUTHWESTERN GAS SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.                                    Case Number (if known)   21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER SERVICE AND SUPPLY AGREEMENT ONSHORE AND MARITIME DATED 10/05/10 | SOUTHWESTERN GAS SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO STATEMENT OF WORK DATED 01/14/20 | SPIRE STORAGE WEST LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES AGREEMENT DATED 12/16/19 | SPIRE STORAGE WEST, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/09/19 | SQS NDT LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ENGINEERING SERVICES AGREEMENT DATED 09/25/14 | STATOIL USA ONSHORE PROPERTIES INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 02/29/20 | STATS INTERNATIONAL, INC. 10950 BRITMOORE PARK DRIVE HOUSTON, TX  77041 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/27/15 | STERLING ENERGY INVESTMENTS, LLC 1200 17TH STREET SUITE 2050 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 05/07/19 | STONE OILFIELD SERVICE, INC. PO BOX 10 LOVINGTON, NM 88260 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/11/18 | STRAIGHT LINE ENTERPRISES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/20/19 | STRAIGHT SHOT OILFIELD SERVICES, INC PO BOX 392 NEOLA, UT 84053 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/16/21 | STRATA INNOVATIVE SOLUTIONS 12005 STARCREST DR ASHLEY SCHULTZ SAN ANTONIO, TX 78247 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/16/17 | STRIKE LLC 1800 HUGHES LANDING BOULEVARD, SUITE 500 THE WOODLANDS, TX 77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Crossfire, LLC                                              Case Number (if known)     21-90054
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | LIMITED LIABILITY COMPANY AGREEMENT DATED 02/12/21 | STRIKE, LLC 1800 HUGHES LANDING BOULEVARD, SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/03/17 | STRIKE, LLC 1800 HUGHES LANDING BOULEVARD, SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/08/17 | STRONG SERVICES LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/22/12 | SUMMIT MIDSTREAM PARTNERS, LP 1790 HUGHES LANDING BLVD. SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/14/14 | SUMMIT MIDSTREAM PARTNERS, LP 1790 HUGHES LANDING BLVD. SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/17/19 | SUN ELECTRIC INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)                                                    Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO MASTER CONSTRUCTION AGREEMENT DATED 06/24/20 | SUNOCO PARTNERS MARKETING & TERMINALS L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES AGREEMENT DATED 03/07/19 | TALLGRASS MLP OPERATIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES AGREEMENT DATED 04/21/14 | TALLGRASS OPERATIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/24/18 | TAPROOT ROCKIES MIDSTREAM LLC 518 17TH ST  SUITE 1800 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/01/15 | TARGA RESOURCES LLC 1000 LOUISIANA STE. 4300 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/03/18 | TEAM INDUSTRIAL SERVICES, INC. PO BOX 660367 DALLAS, TX  75266-0367 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
                 (Name)
                                                          Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/13/20 | TECH CON TRENCHING INC. PO BOX 302 JOHNSON CITY, TX  78636 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/13/20 | TECH CON TRENCHING, INC. PO BOX 302 JOHNSON CITY, TX  78636 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/03/21 | TELLURIAN OPERATING LLC 1201 LOUISIANA SUITE 3100 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/13/18 | TERRA ENEERGY PARTNERS MANAGEMENT LLC 4828 LOOP CENTRAL DRIVE SUITE 900 HOUSTON, TX  77081 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/18/19 | TERRACON CONSULTANTS, INC. PO BOX 959673 ST. LOUIS, MO  63195-8673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/28/20 | TERRIOR SERVICES, INC. 36 COUNTY RD 513 BLOOMFIELD, MT  59315 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | MAJOR SERVICE CONTRACT DATED 12/02/19 | TESORO LOGISTICS OPERATIONS LLC 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/06/19 | TESORO LOGISTICS OPERATIONS LLC 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT-SPECIFIC SUPPLEMENTAL AGREEMENT DATED 07/25/18 | TESORO LOGISTICS OPERATIONS LLC 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT-SPECIFIC SUPPLEMENTAL AGREEMENT DATED 10/12/18 | TESORO LOGISTICS OPERATIONS LLC 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 12/02/19 | TESORO LOGISTICS 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT FOR SUBCONTRACT SERVICES DATED 06/03/15 | TETRA TECH, INC. 3475 EAST FOOTHILL BOULEVARD PASADENA, CA  91107 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/04/15 | TETRA TECH, INC. 3475 EAST FOOTHILL BOULEVARD PASADENA, CA  91107 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/22/10 | TEXAS AMERICAN RESOURCES COMPANY 201 WEST 5TH STREET SUITE #1300 AUSTIN, TX  78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/21/16 | TEXAS ENERGY OPERATIONS, LC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/02/17 | TEXAS GAS SERVICE 1301 S. MOPAC EXPRESSWAY SUITE 400 AUSTIN, TX  78746 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/10/20 | TEXAS LOBO TRUCKING LLC PO BOX 2914 HOBBS, NM  88240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT DATED UNKNOWN | TG NATURAL RESOURCES, LLC 811 MAIN STREET, SUITE 1500 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                              Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/15/17 | THREE STAR RENTALS, LLC PO BOX 152 WAMSUTTER, WY  82336 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/05/17 | TIGER RENTALS DBS TIGER SAFETY PO BOX 733254 DALLAS, TX  75373 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/15/17 | TIMBER WOLF LAND CLEARING 45828 US HWY 69 N JACKSONVILLE, TX  75766 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/11/19 | TIPCO ENT.,LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/01/15 | TITAN TOWERS PO BOX 6972 ABILENE, TX  79608 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/08/19 | TORO COMPLETE SERVICES, INC. 1411 W. 2ND ODESSA, TX  79763 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, Ltd.                                        Case Number (if known)  21-90054
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 01/31/17 | TORRES TRUCKING, LLC 4402 93RD DR LUBBOCK, TX 79424-5106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/15/21 | TOTAL NDT, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 03/28/11 | TPF II EAST TEXAS GATHERING, LLC 1044 N. 115TH ST. SUITE 400 OMAHA, NE 68154 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 12/06/19 | TRANSPRO, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 02/10/17 | TRANSPRO, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/14/19 | TREX HYDRO EXCAVATING, INC. PO BOX 1869 CASPER, WY 82602 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                                    Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/05/17 | TRINITY UTILITIES AND BORING 501 AIRFIELD RD AURORA, TX  76078 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/12/19 | TRIPLE J WELL SERVICE, INC PO BOX 443 DE BERRY, TX  75639 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/11/20 | TRIPLE S TRUCKING CO., INC. P.O. BOX 100 AZTEC, NM  87410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/07/17 | TRIPLE T'S LININGS, LLC PO BOX 477 CARLSBED, NM  88221 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/30/20 | TRI-STATE VACUUM AND RENTAL, LLC 12267 US HWY 84 E JOAQUIN, TX  75954 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/07/17 | TROTTER CONSTRUCTION, INC. PO BOX 206 GRASSY BUTTE, ND  58634 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.                                                          Case Number (if known)   21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 03/08/17 | TROTTER CONSTRUCTION, INC. PO BOX 206 GRASSY BUTTE, ND  58634 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 10/29/18 | TRUE COMPANIES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/18/19 | TSHCHUDY CORPORATION D/B/A AMERICAN FENCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/26/19 | TWIN EAGLE MIDSTREAM ASSETS, LLC 8847 W SAM HOUSTON PARKWAY N HOUSTON, TX  77040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/06/15 | ULTRA RESOURCES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/21/17 | ULTRASONIC GUIDED WAVE, LLC 17502 HWY 34 FORT MORGAN, CO  80701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT DATED 06/04/15 | UNIFIRST CORPORATION PO BOX 911526 DALLAS, TX  75391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT DATED 10/10/16 | UNIFIRST CORPORATION PO BOX 911526 DALLAS, TX  75391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/10/17 | UNIT LINER COMPANY DRAWER 2387 PO BOX 5935 TROY, MI  48007-5935 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 03/03/17 | UNIT LINER COMPANY DRAWER 2387 PO BOX 5935 TROY, MI  48007-5935 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 10/20/21 | UNITED PIPELINE SYSTEMS, INC 135 TURNER DRIVE DURANGO, CO  81303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408302 DATED 08/07/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____   Crossfire, Ltd. _____   Case Number (if known) ___ 21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408323 DATED 02/08/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408329 DATED 09/15/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408372 DATED 02/10/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408549 DATED 05/03/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408555 DATED 05/19/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408556 DATED 05/29/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor ____Crossfire, Ltd____   Case number (if known) ___21-90054___
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408557 DATED 01/06/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408562 DATED 06/14/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408566 DATED 08/28/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | REFERENCE AND TERMS DATED 04/04/19 | UNITED WESTERN DENVER LLC 6201 E 42ND AVE DENVER, CO 80216 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/23/18 | URIE TRUCKING INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 04/19/17 | URIE TRUCKING INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                          Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SERVICES OF INDEPENDENT CONTRACTOR DATED 12/02/14 | USA COMPRESSION PARTNERS, LLC 100 CONGRESS AVENUE SUITE 450 AUSTIN, TX  78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/15/18 | UTAH GAS CORP. 1125 ESCALANTE DR. RANGELY, CO  81648 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/05/17 | UTAH GAS CORP. 1125 ESCALANTE DR. RANGELY, CO  81648 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/08/17 | UTILITEC, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 09/06/17 | UTILITEC, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DATED 09/22/17 | VAC ONE ACQUISITION, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                              Case Number (if known)    21-90058
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/28/19 | VAC-TEC SEPTIC & WATER LLC PO BOX 73583 PUYALLUP, WA 98373 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 10/22/15 | VALERUS FIELD SOLUTIONS LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/08/17 | VANGUARD OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/01/20 | VERDUN OIL & GAS, LLC SUITE 400 55 WAUGH DRIVE HOUSTON, TX 77007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/19/11 | VERNON E. FAULCONER, INC. 1001 EAST SOUTH EAST LOOP 323 SUITE 160 TYLER, TX 75703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/13/21 | VIC'S CRANE & HEAVY HAUL, INC. 3000 145TH STREET EAST ROSEMOUNT, MN 55068 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                          Case Number (if known)   21-90059
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/30/17 | VINE MANAGEMENT SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/18/20 | WARRIOR FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/01/19 | WARRIOR TECHNOLOGIES LLC 400 W ILLINOIS, STE 1120 MIDLAND, TX  79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/08/19 | WBI ENERGY TRANSMISSION 1250 WEST CENTURY AVENUE BISMARCK, ND  58503 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/30/19 | WBI ENERGY TRANSMISSION 1250 WEST CENTURY AVENUE BISMARCK, ND  58503 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/21 | WENDT & SONS OILFIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                              Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/13/17 | WESCO OPERATING, INC. 120 SOUTH DURBIN STREET CASPER, WY 82602 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/27/19 | WEST SUN TEX, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 03/22/19 | WEST TEXAS DUMPSTERS 6100 LAKE FOREST DRIVE 505 ATLANTA, GA 30328 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND K13488514 DATED 01/29/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND K15370191 DATED 05/03/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 03/08/21 | WESTERN EMULSIONS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                          Case number (if known)        21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/23/20 | WESTERN MIDSTREAM OPERATING, LP 9950 WOODLOCH FOREST DRIVE THE WOODLANDS, TX  77380 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/24/12 | WESTERN REFINING INC. 123 W. MILLS AVENUE EL PASO, TX  79901 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | MAJOR SERVICE CONTRACT DATED 12/02/19 | WESTERN REFINING LOGISTICS, LP ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/10/19 | WESTERN REFINING LOGISTICS, LP ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SERVICES DATED 05/16/14 | WESTERN REFINING PIPELINE, LLC AND WESTERN REFINING TERMINALS, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SERVICES DATED 11/03/15 | WESTERN REFINING SOUTHWEST, INC. 123 W. MILLS AVENUE EL PASO, TX  79901 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, Ltd.    Case Number (if known)   21-90059
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 12/06/17 | WESTERN STATES RECLAMATION, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 08/01/19 | WESTERN STREAM WORKS, LLC PO BOX 301 RIDGWAY, CO  81432 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 07/07/21 | WESTERN TRENCHLESS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/01/16 | WHIPTAIL MIDSTREAM, LLC 15 W. 6TH STREET SUITE 2901 TULSA, OK  74119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/24/14 | WHITING OIL AND GAS CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/24/14 | WHITING OIL AND GAS CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.            Case number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/07 | WILLIAMS FOUR CORNERS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/15/11 | WILLIAMS PARTNERS L.P. ONE WILLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/29/11 | WILLIAMS PRODUCTION COMPANY LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 08/04/20 | WILLIAMS SCOTSMAN, INC. PO BOX 91975 CHICAGO, IL  60693-1975 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/19/20 | WILLIAMS SCOTSMAN, INC. PO BOX 91975 CHICAGO, IL  60693-1975 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER SERVICES AGREEMENT DATED 04/08/16 | WILLIAMS STRATEGIC SOURCING COMPANY LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/09/20 | WISE SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/23/19 | WOLF PACK RENTALS, LLC PO BOX 247 ALTAIR, TX  77412 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/04/18 | WOODSON INCORPORATED ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/07/19 | WORLD STAR DEVELOPMENT INC. DBA WORLD STAR TRANSPORT PO BOX 127 AZTEC, NM  87410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 08/21/20 | WORLDWIDE RENTAL SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/07/18 | WWS, LLC 307 E CENTER ST DOUGLAS, WY  82633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/28/19 | XCEL NDT LLC PO BOX 146 CLIFTON, KS  66937 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/23/12 | XTO ENERGY INC. 810 HOUSTON STREET FORT WORTH, TX  76102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/22/20 | XTO ENERGY INC. 810 HOUSTON STREET FORT WORTH, TX  76102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 01/23/12 | XTO ENERGY INC. 810 HOUSTON STREET FORT WORTH, TX  76102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/07/19 | ZAVANNA, LLC 1200 17TH STREET, SUITE 1100 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.   Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | CAPSTONE INFRASTRUCTURE SERVICES, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.2 | CAPSTONE INFRASTRUCTURE SERVICES, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.3 | DELTA DIRECTIONAL DRILLING, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.4 | DELTA DIRECTIONAL DRILLING, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.5 | STRIKE GLOBAL HOLDINGS, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.6 | STRIKE GLOBAL HOLDINGS, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.7 | STRIKE HOLDCO, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.8 | STRIKE HOLDCO, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.9 | STRIKE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.10 | STRIKE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Delcaration and signature |
|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/20/2021
MM / DD / YYYY

X _Sean M. Gore_
Signature of individual signing on behalf of debtor

Sean Gore
Printed name

Executive Vice President and Chief Financial Officer of Strike, LLC
Position or relationship to debtor