# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STRIKE, LLC, *et al.*[1] | ) Case No. 21-90054 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## SCHEDULE OF ASSETS AND LIABILITIES
## FOR CROSSFIRE, LLC CASE NO. 21-90056 (DRJ)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STRIKE, LLC, *et al.*[1] | ) | Case No. 21-90054 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## INTRODUCTION

Strike, LLC ("**Strike**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") with the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflects the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. The Schedules and Statements and

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performances of the Debtors.

Although the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Notwithstanding any subsequent information or discovery, the Debtors and their agents, attorneys, and financial advisors do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re- categorized. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or unforeseeable and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Sean Gore, Executive Vice President and Chief Financial Officer of Strike, has signed each of the Schedules and Statements. Mr. Gore is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Gore necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and the Debtors' proposed advisors. Mr. Gore has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

In the event that the Schedules or Statements differ from any of the Global Notes, the Global Notes shall control.

## <u>GLOBAL NOTES AND OVERVIEW OF METHODOLOGY</u>

1. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to: (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim (each, a "**Claim**")[2] is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount

---

[2]   For the purposes of these Global Notes, the term "Claim" shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2.   **Description of Cases and "As Of" Information Date**.   On December 6, 2021 (the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 15, 2021, the United States Trustee for the Southern District of Texas appointed an official committee of unsecured creditors. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

On the Petition Date, the Court entered the *Order (I) Directing Joint Administration of Cases and (II) Waiving Requirements of Bankruptcy Code Section 345(c)(1) and Bankruptcy Rules 1005 and 2002(n)* [Docket No. 7] (the "**Joint Administration Order**"). The Joint Administration Order authorized the joint administration of the Debtors chapter 11 cases under lead case number 21-90054 for procedural purposes only. Accordingly, each Debtor has filed its own Schedules and Statements.

The asset and liability information provided herein represents asset and liability data of the Debtors as of October 31, 2021, except as otherwise noted. As noted below, the amounts of the Debtors' funded debt obligations and certain amounts related to the Debtors' requests for "first day" relief are represented as of the Petition Date.

3.   **Net Book Value of Assets**.   Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of October 31, 2021.   The book values of certain assets may materially differ from their fair market values or other measures of value. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value or the amount a third party might be willing to pay in connection with any asset disposition.

For financial reporting purposes, Strike prepares consolidated financial statements. Unlike Strike's consolidated financial statements, these Schedules and Statements, except as indicated herein, reflect the assets and liabilities of each Debtor and do not include the assets and liabilities of certain of Strike's non-Debtor affiliates. Accordingly, combining the assets and Claims set forth in the Schedules and Statements of the Debtors would result in amounts that would be substantially different from financial information for Strike and its respective consolidated subsidiaries.

Book values of assets generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets. Additionally, because the book values of assets may materially differ from their fair market values, a number of assets have undetermined values as of October 31, 2021, and are listed accordingly. Furthermore, assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, have no net book value and are therefore not included in the Schedules and Statements.

4.     **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and the reported amounts of revenues and expenses. Actual results could differ materially from these estimates. Further, certain immaterial assets and liabilities may have been excluded from the Schedules and Statements. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

5.     **Recharacterization**. The Debtors have made reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate.

6.     **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

Only the administrative agents under the Debtors' Prepetition Senior Loan Facility (defined below) and Prepetition Junior Loan Facility (defined below) have been listed on the Schedules and Statements on behalf of the lenders thereunder, which are not separately listed.

The liabilities listed on the Schedules do not reflect a complete analysis of Claims rights to be treated as an administrative claim under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted administrative Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim. Similarly, although the Debtors listed certain amounts owed to employees as priority up to the cap provided under section 507(a)(4) and 507(a)(5) of the Bankruptcy Code, the Debtors reserve all rights to dispute or challenge the validity

and priority of any claims and with respect to the Debtors ability to ultimately pay such claims in light of other provisions of the Bankruptcy Code, including the requirements of Section 503(c) of the Bankruptcy Code.

7. **Excluded Assets and Liabilities**. The Debtors have excluded book values for certain categories of assets and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, tax accruals, asset retirement obligations, and assets with a net book value of zero. For confidentiality reasons, the Debtors have not listed individual customer accounts receivable information or individual retention agreements for participants in the Debtors' prepetition employee retention programs. However, any payments made to "insiders," as such term is defined in section 101(31) of the Bankruptcy Code, on account of prepetition retention programs are listed in the Schedules and Statements subject to the reservations regarding insider designations below. In addition, certain immaterial assets and liabilities may have been excluded.

8. **Insiders**. For purposes of the Schedules and Statements, the Debtors defined "insiders" as such term is defined in section 101(31) of the Bankruptcy Code. However, parties referenced as "insiders" have been included for informational purposes only and the designation of a party as an "insider" in the Schedules and Statements shall not constitute an admission that such parties are insiders for purposes of section 101(31) of the Bankruptcy Code or that such parties were insiders at the time the applicable payment or transfer listed on the Schedules and Statements was made or incurred. The Debtors have attempted to identify parties who could properly be considered "insiders" at any point during the applicable periods identified in the Schedules and Statements. The Debtors were inclusive in their interpretation of what may constitute an "insider." However, the Debtors do not take any position with respect to: (a) any referenced insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any referenced insider; (c) the decision making or corporate authority of any referenced insider; or (d) whether the Debtors or any referenced insider could successfully argue that such party is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

9. **Intellectual Property Rights**. Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10. **Umbrella/Master Agreements**. Certain contracts and/or leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements of the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate. None of these umbrella or master agreement listed in the Schedules and

5

Statements reflect any decision by the Debtors as to whether or not such agreements are executory in nature.

11. **Executory Contracts**.   Although efforts have been made to accurately reflect each Debtor's executory contracts in the Schedules and Statements, inadvertent errors or omission may have occurred.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using reasonable efforts.  Listing a contract or agreement in the Schedules and Statements does not constitute an admission that such contract or agreement (a) is an executory contract, (b) was in effect on the Petition Date, or (c) is valid or enforceable.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.

Although the Debtors made diligent attempts to attribute each executory contract to the correct Debtor, the Debtors may have inadvertently failed to do so.   Certain confidentiality and non-compete agreements may not be listed on Schedule G.   The contracts and agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments and other documents that may not be listed despite the Debtors' use of reasonable efforts to identify such documents. Certain of the contracts and agreements listed on Schedule G may also consist of several parts, including purchase orders, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.   Unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, purchase orders, statements of work, requests for service, or other agreements made directly or indirectly.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single or integrated contract or agreement, multiple contracts or agreements, or severable or separate contracts or agreements.

The Debtors expressly reserve their rights, Claims, and causes of actions with respect to the executory contracts, including the right to dispute or challenge the characterization of any agreement on Schedule G as executory.

12. **Guarantees and Other Secondary Liability Claims**.   The Debtors have made reasonable efforts to locate and identify guarantees and other secondary liability Claims (collectively, the "**Guarantees**") in the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any Debtor is a party.  Where Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guarantees.   The Debtors have placed the Guarantees on Schedule H for both the primary obligor and the guarantor of the relevant obligation.  It is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  Additionally, failure to list any Guarantees in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guarantees not listed.

6

13.     **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

14.     **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such claim is entitled to priority treatment, including under sections 503 and/or 507 of the Bankruptcy Code or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff such Claims.  For the avoidance of doubt, the Debtors reserve all rights to dispute the amount and/or the priority status of any claim on any basis at any time.

15.     **Claims Description**.   Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.

16.     **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

17.     **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

•       Underdetermined Amounts.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

- <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- <u>Paid Claims</u>. The Debtors were authorized to pay certain outstanding prepetition Claims pursuant to various orders entered by the Court. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities, including seeking satisfaction of such claims without further amendment to the Schedules and Statements.

- <u>Liens</u>. Property and equipment listed in the Schedules and Statements is presented without consideration of any liens that may attach (or have attached) to such property and equipment.

18. **<u>Currency</u>**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

19. **<u>Intercompany Payables and Receivables</u>**. The Debtors engage in certain intercompany transactions with other Debtor and non-Debtor affiliates. Intercompany receivable account balances are shown in Schedule A/B and intercompany liabilities are shown in Schedule E/F. Further, the Debtors operate their business on a consolidated level and do not cash settle intercompany payable or receivable amounts.

20. **<u>Inventories, Property, and Equipment</u>**. Inventories consist of materials and supplies. These inventories are listed at net book value. Inventories, property, and equipment are recorded at cost or at fair value at the date of acquisition in the case of certain previously acquired businesses. All inventories, property, and equipment, are presented without consideration of any statutory or consensual liens.

21. **<u>Other Leases</u>**. The Debtors lease equipment and facilities under certain lease agreements. These equipment and facilities leases are reported on Schedule G of each applicable Debtor, and to the extent that there was an amount outstanding under any of these leases as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F of each applicable Debtor.

22. **<u>Effect of "First Day" Orders</u>**. The Court has authorized the Debtors to pay various outstanding prepetition Claims including certain payments to employees, critical vendors, potential lien holders, and taxing authorities. Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any postpetition payments made on account of such Claims pursuant to the authority granted to the Debtors by the Court as of December 6, 2021. To the extent any further adjustments are necessary to account for any additional Court-authorized postpetition payments, such adjustments

have not been included in the Schedules and Statements unless otherwise noted on the applicable Schedule or Statement. Estimates of Claims set forth in the Schedules and Statements may not reflect assertions by the Debtors' creditors of a right to have such Claims paid or reclassified under the Bankruptcy Code or orders of the Court.

23.     **Setoffs**.  The Debtors periodically setoff certain obligations in the ordinary course of business.  Such ordinary course setoffs can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

24.     **Confidentiality**.  There are instances within the Schedules and Statements where names, addresses, or amounts have been left blank.  Due to the nature of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

**Schedules Summary**.  The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the Debtors' financial statements.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.   Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor's Schedules or Statements show more assets than liabilities, it shall not constitute an admission that such applicable Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor's Schedules and Statements show more liabilities than assets, it shall not constitute an admission that such applicable Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Claims of Third-Party Related Entities**.  Although the Debtors have made every effort to properly classify each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates.  Therefore, to the extent that the Debtors have classified their estimate of Claims of a creditor as disputed, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

**Schedule A/B, Parts 1– Cash and Cash Equivalents**.  The amounts represented in Schedule A/B, Part 1, Question 1 are as of the Petition Date.

**Schedule A/B, Part 2 – Deposits and Prepayments**.  In the ordinary course of the Debtors' business, the Company prepays various items to include insurance, bonuses, software licenses, prepaid cards, etc.  The various prepayments have been listed by party holding the prepaid deposit or have been grouped to represent similar prepaid amounts.  The prepaid balance generally represents the unamortized or remaining balance related to a contract or asset.

**Schedule A/B, Part 3 – Accounts Receivable**.  The Debtors' accounts receivable balance includes trade receivables, intercompany receivables, related party receivables, accrued receivables, retainage and other miscellaneous receivables all generated in the ordinary course of the Debtors' business. For presentation purposes, all accrued receivables, retainage, and a majority of trade receivables are listed as less than 90 days outstanding while intercompany receivables, related party receivables, other receivables, and a portion of trade receivables are listed as greater than 90 days outstanding. The Debtors operate their business at a consolidated level and do not true-up intercompany balances with cash settlements. The Debtors appropriately account for all intercompany asset or liability amounts and transactions on each individual Debtor's books and records but prepare consolidated financial statements which eliminate the intercompany amounts.

**Schedule A/B, Part 4 – Non-Publicly Traded Stock Interests**.  For purposes of the Schedules, the Debtors have listed the value of such ownership interests as undetermined because the fair market value of such stock or interests is dependent on numerous variables and factors and may differ significantly from the net book value.  Bond values in Part 4, Question 16 are listed as of the Petition Date.

**Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets**.  The Debtors' inventories consist of materials and supplies.  These inventories are listed at net book value.  Work in progress includes work in progress and contract assets. The Debtors have not performed a recent physical inventory count.

**Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**.  The Debtors do not designate or account for office furniture and fixtures on an individual bases and instead group these items into a singular account.  The balance included in Question 39 represents both office furniture and fixtures. Further, collectibles are grouped into a single line-item containing the various sculptures and artwork owned by the Debtors.

**Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**.  The Debtors own and lease various types of machinery, equipment, and vehicles that have been labeled as such.  Both owned machinery, equipment, and vehicles as well as leased machinery, equipment, and vehicles accounted for as capital leases are included in the Schedules. Each owned or leased item is listed individually with identifying information, including internally generated asset identification number, description, and year (where applicable).  Other machinery and equipment and tools/supplies have been grouped as "Other Machinery, Fixtures, and Equipment" and mats are grouped as a separate item as designated in the Debtors' accounting system.

The Debtors lease equipment and facilities under various capital and operating lease agreements. These equipment leases are reported on Schedule A/B and Schedule G of each applicable Debtor. To the extent that there was an amount outstanding under any of these leases as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F of each applicable Debtor.

**Schedule A/B, Part 9 – Real Property**.  For any Debtors that own real property or buildings and leasehold improvements, they are reported, except where otherwise noted, at net book value.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all of their rights to recategorize and/or recharacterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.  Buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property.

In addition, certain of the instruments reflected on Schedule A/B, Part 9 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B, Part 9.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B, Part 9 is an executory contract within the meaning of section 365 of the Bankruptcy Code.

**Schedule A/B, Part 10 – Intangibles and Intellectual Property**.  Customer relations includes customer lists, mailing lists, and other compilations.  Trade names include patents, copyrights, trademarks, and trade secrets.  The Debtors do not have a recent available valuation of such intangibles and intellectual property and accordingly have listed the value of these items as undetermined in the Schedules.

**Schedule A/B, Part 11 – All Other Assets**.   In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, Claims as a plaintiff or counter-claims and/or cross-claims as defendant.

Certain Debtors have accumulated tax attributes that can potentially be carried forward to offset income or reduce tax liabilities in future years for United States federal and state tax purposes.  The amount of tax attributes for the relevant tax years are shown on Schedule A/B.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or other order entered by the Court, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  In certain circumstances, a Debtor may be a co-obligor or guarantor with respect to the scheduled Claims of other Debtors, and no Claim set forth on Schedule D of any Debtor is

11

intended to acknowledge Claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in Schedule D and/or the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, parties that may hold security deposits have not been listed on Schedule D.  The Debtors reserve all of their rights, Claims and Causes of Action with respect to Claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's Claim.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

The Debtors have not included parties that may assert such Claims are secured through setoff rights or inchoate statutory lien rights on Schedule D.

Strike, Delta Directional Drilling, LLC, Capstone Infrastructure Services, LLC, Crossfire, LLC and Strike Global Holdings, LLC, as borrowers, Strike Holdco, LLC ("**Strike Holdco**"), as guarantor, certain financial institutions, as Lenders, and Lightship Capital II LLC (as successor in interest to Bank of America, N.A.), as administrative agent and collateral agent, are parties to that certain *ABL Loan and Security Agreement*, dated as of November 30, 2016 (as amended, amended and restated, supplemented or otherwise modified, the "**Prepetition Senior Loan Agreement**"), which provided for a revolving asset-backed loan facility (the "**Prepetition ABL Facility**"), which was subsequently amended to provide for incremental delayed draw loans (the "**Prepetition Bridge Facility**," and together with the Prepetition ABL Facility, the "**Prepetition Senior Loan Facility**").  The Claim amount drawn for the Prepetition Senior Loan Facility listed in Schedule D is equal to the outstanding principal amount, plus all interest and fees, as of the Petition Date.

Strike, as borrower, Strike Holdco and certain of Strike's subsidiaries, as subsidiary guarantors, certain financial institutions, as lenders, and Wilmington Trust, National Association, as administrative agent and collateral agent, are parties to that certain *Term Loan and LC Loan and Security Agreement*, dated as of November 30, 2016 (as amended, amended and restated, supplemented or otherwise modified, the "**Prepetition Junior Loan Agreement**"), which provided for a term loan facility (the "**Prepetition Junior Loan Facility**").  The Claim amount for the Prepetition Junior Loan Facility listed in Schedule D is equal to the outstanding principal amount, plus all interest and fees, as of the Petition Date.

**Schedule E/F, Part 1 – Creditors with Priority Unsecured Claims**.  Pursuant to the *Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 53] (the "**Taxes Order**"), the Debtors have been granted the authority to pay certain tax liabilities that accrued prepetition.  Accordingly, any priority unsecured Claim based upon prepetition tax accruals that have been paid pursuant to the Taxes Order are not listed on Schedule E/F.  Certain of the tax Claims may be subject to on-going audits, and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax Claims listed on Schedule E/F.  Therefore, the Debtors have listed all such Claims as undetermined in amount,

pending final resolution of on-going audits or outstanding issues. In addition, there may be other numerous contingent, unliquidated Claims from state taxing authorities, not all of which are listed.

The listing of a Claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such Claim or any portion thereof is entitled to priority status.

**Schedule E/F, Part 2 – Creditors with Non-Priority Unsecured Claims**. The Debtors have made reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' existing books and records. The Claims of individual creditors for other things, products, goods, or services are listed as either the lower of the amounts invoiced by the creditor or the amounts entered on the Debtors' books and records, and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all rights with respect to any such credits and allowances including the right to assert Claims, objections and/or setoffs. The Claims listed on Schedule E/F, Part 2, arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. While reasonable efforts have been made, determining the date upon which each Claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for every Claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is subject of the litigation is uncertain or undetermined. Where the named defendant is "Strike, LLC" plus "et al.," the Debtors have listed such Claim on Schedule E/F of Strike. However, to the extent that litigation involving a particular Debtor has been identified, information regarding that litigation is contained in Schedule E/F for that Debtor. The amounts for these potential Claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

**Schedule G – Executory Contracts and Unexpired Leases**. The businesses of the Debtors are complex. Although the Debtors' existing books, records, financial systems, and contracts management systems have been relied upon to identify and schedule executory contracts for each of the Debtors and commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

The Debtors have included only contracts and agreements to which a Debtor is a party.    Contracts that were entered into with a prior Strike entity, but inherited by a Debtor entity are listed on the Schedule of the current Debtor party.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements.  Such documents may not be set forth on Schedule G.  Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors.  Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance.  In such cases, the Debtors made their best efforts to determine the correct Debtors' Schedule G on which to list such executory contract or unexpired lease.  Certain of the executory contracts may not have been memorialized and could be subject to dispute.  Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases.

**Schedule H – Co-Debtors**.  In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and Claims arising out of certain ordinary business transactions.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross Claims and counter-claims against other parties.  Due to the volume of such Claims, and because all such Claims are contingent, unliquidated, and disputed, and listed elsewhere in the Schedules and Statements, such Claims have not been set forth individually on Schedule H.

Schedule H reflects Guarantees, if any, by various Debtors of obligations of related affiliates, or co-borrowings by various Debtors.  The Debtors may not have identified certain Guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  Certain of the Guarantees reflected on Schedule H, if any, may have expired or no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional Guarantees are identified or such Guarantees are discovered to have expired or are unenforceable, or to contest the validity or enforceability of the Guarantees in another filing.

<u>**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS**</u>

**Statements, Part 1, Question 1 – Gross Revenue From Business**.  The amount shown for year-to-date 2021 includes revenue from business for the period of January 1, 2021 to December 6, 2021.

**Statements, Part 1, Question 2 – Non-Business Revenue**.  The amount shown for year-to-date 2021 includes non-business revenue for the period of January 1, 2021 to December 5, 2021, which consists primarily of interest revenue from now-closed bank accounts.

**Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors Within 90 Days**.  The dates set forth in the "Dates" column relate to one of the following:  (a) the date  of a

wire transfer; (b) the date of an "ACH" payment; or (c) the check date.  Disbursements made on account of multiple invoices may be reflected as a single payment.

**Statements, Part 2, Question 4 – Payments to Insiders**.  The Debtors' listing of individuals as "insiders" is subject to the methodology and reservations of rights described in paragraph 8 hereof. In the interest of disclosure, the Debtors have listed all payments during the applicable period to parties that may have qualified as an insider at any point during such period.  Disclosed payments include payments to parties that may not have been an "insider" at the time of the payment because such party was subsequently terminated or otherwise ceased to be an insider, and, accordingly may not be considered an "insider" at the time certain of the listed payments were made.

**Statements, Part 2, Question 5 – Repossessions, Foreclosures and Returns**.  The Debtors routinely return damaged, unsatisfactory or out-of-specification raw materials and other goods to vendors in the ordinary course of business.  These ordinary course returns have not been listed in Statements Part 2, Question 5.

**Statements, Part 2, Question 6 – Setoffs**.  For a discussion of setoffs incurred by the Debtors, refer to paragraph 22 of these Global Notes.

**Statements, Part 3, Question 7 – Legal Actions or Assignments**.  The Debtors are party to certain pending litigation matters that the Debtors believed may have potential recoveries.  The actual value of such litigation matters is contingent on their outcome.   The Debtors routinely participate in administrative actions and appeals with state agencies in the ordinary course of their business and have identified those administrative actions that were pending within one year of the Petition Date.

**Statements, Part 11, Question 21 – Property Held for Another**.   The Debtors withhold or retain certain funds from employees for payment to certain governmental authorities.  These funds are held in trust for turnover to the applicable governmental authority.  Given that the Debtors do not retain control of such funds and such funds are not considered property of the Debtors' estate, amounts of such funds have not been listed under Part 11 of the Statements.

**Statements, Part 12, Questions 22-24 – Details about Environmental Information**.   The Debtors historically have operated over a substantial period of time in several locations across the United States.  At some locations, the Debtors no longer have any active operations and may no longer have relevant records or their records may no longer be complete or reasonably accessible or reviewable.  In some cases, statutory document retention periods have passed.  Further, some individuals who once possessed responsive information are no longer employed by the Debtors. The Debtors have devoted substantial internal and external resources to identifying and providing the requested information that is responsive for as many sites and proceedings as reasonably possible.  But, for all these reasons, it may not be possible to fully identify and supply the requested information that is responsive to Statements, Part 12, Questions 22-24.

The Debtors are legally required to make routine reports and submissions to regulatory agencies concerning discharges resulting from normal operations consistent with regulatory requirements, such as discharge monitoring reports, toxic release inventory submissions and submissions

concerning air emissions. The Debtors did not include such reports in their response, nor have the Debtors identified any instances in which governmental agencies have alleged in writing that particular operations of the Debtors are in violation of environmental laws or proceedings that have resulted from alleged violations of environmental laws that have not been resolved.

**Statements, Part 13, Question 26 – Books, Records and Financial Statements**. Although the Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors with certain financial reporting, the Debtors do not maintain records of the parties that requested or obtained copies of any of financial reporting or complete lists to track such disclosures. As such, the Debtors are unable to and have not provided lists of these parties in response to Part 13, Question 26 of the Statements.

**Statements, Part 13, Question 28 – Debtors' Officers and Directors**. The individuals listed as "Director" on Strike's Statement, Part 13, Question 28, are directors of Strike Investment, LLC (the indirect corporate parent of Strike, LLC).

**Statements, Part 13, Question 30 – Payments, Distributions or Withdrawals to Insiders**. The response to Part 13, Question 30 of the Statements incorporates by reference items listed in the responses to Part 2, Question 4 of the Statements.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $23,460.54 |
|---|

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $130,759,212.66 |
|---|

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $130,782,673.20 |
|---|

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $347,330,000.00 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |
|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| + | $17,349,752.24 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $364,679,752.24 |
|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property       12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **CASH AND CASH EQUIVALENTS** |
|---|---|

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.   CASH ON HAND**

NONE

**3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA | CONTROLLED DISBURSEMENT PAYABLES | 0403 | $0.00 |
| 3.2. | BANK OF AMERICA | DEPOSITORY | 7846 | $0.00 |
| 3.3. | BANK OF AMERICA | OPERATING | 7833 | $0.00 |
| 3.4. | BANK OF AMERICA | PAYROLL | 7859 | $0.00 |

**4.   OTHER CASH EQUIVALENTS**

NONE

**5   Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.                                                          $0.00

| **Part 2:** | **DEPOSITS AND PREPAYMENTS** |
|---|---|

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    Crossfire, LLC                                          Case number (if known)   21-90054
          (Name)

| | Current value of debtor's interest |
|---|---|
| **7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| **NONE** | |
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.   VARIOUS REAL-ESTATE & IT PREPAYMENTS | $113,374.86 |
| **9   Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $113,374.86 |

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **11.   ACCOUNTS RECEIVABLE** | | | | |
| 90 DAYS OLD OR LESS - OPEN A/R | $30,904,307.35 face amount | − $0.00 doubtful or uncollectable accounts | = → | $30,904,307.35 |
| OVER 90 DAYS OLD - OPEN A/R | $89,496,864.07 face amount | − $602,370.96 doubtful or uncollectable accounts | = → | $88,894,493.11 |

| **12   Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $119,798,800.46 |
|---|---|

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.   MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15.   NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16.   GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |

| **17   Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | NOT APPLICABLE |
|---|---|

Debtor    Crossfire, LLC                                    Case Number (if known)  21-90054
          (Name)

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18.   DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   RAW MATERIALS** | | | | |
| **NONE** | | | | |
| **20.   WORK IN PROGRESS** | | | | |
| 20.1.    CONTRACT ASSETS | N/A | $10,339,605.10 | NET BOOK VALUE | $10,339,605.10 |
| **21.   FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **NONE** | | | | |
| **22.   OTHER INVENTORY OR SUPPLIES** | | | | |
| **NONE** | | | | |

| 23 | **Total of Part 5.**  ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $10,339,605.10 |
|---|---|---|

**24.   Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____   Valuation method _____   Current value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27.   DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.   CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.   FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.   FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.   FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.   OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | **Total of Part 6.**  ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

Debtor   Crossfire, LLC
               (Name)

Case Number (if known) 21-90054

**34.   Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.   DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   OFFICE FURNITURE** | | | |
| **40.   OFFICE FIXTURES** | | | |
| **41.   OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| **42.   COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

| 43 | Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | NOT APPLICABLE |
|---|---|---|---|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.   DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.     C14-F1011 2014 FORD - 2014: ASSET # 4936 | $1,543.00 | NET BOOK VALUE | $1,543.00 |

Debtor   Crossfire, LLC
         (Name)

Case Number (if known)   21-90054

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.2. | C14-F1012 2014 FORD - 2014: ASSET # 4937 | $1,500.00 | NET BOOK VALUE | $1,500.00 |
| 47.3. | C15-F1307 2015 FORD - 2015: ASSET # 4938 | $2,516.00 | NET BOOK VALUE | $2,516.00 |
| 47.4. | C15-F1308 FORD F550 - ASSET # 4939 | $2,517.00 | NET BOOK VALUE | $2,517.00 |
| 47.5. | CHALLENGER MT46 - 2004: ASSET # 1714321 | $1,196.44 | NET BOOK VALUE | $1,196.44 |
| 47.6. | DODGE RAM 5500 - 2014: ASSET # 1717396 | $2,351.00 | NET BOOK VALUE | $2,351.00 |
| 47.7. | DODGE RAM 5500 - 2014: ASSET # 1717409 | $2,445.00 | NET BOOK VALUE | $2,445.00 |
| 47.8. | DODGE RAM 5500 - 2015: ASSET # 1718305 | $2,284.00 | NET BOOK VALUE | $2,284.00 |
| 47.9. | FORD EXPLORER L - 2015: ASSET # 1719279 | $2,084.00 | NET BOOK VALUE | $2,084.00 |
| 47.10. | FORD F150 XL CR - 2014: ASSET # 1717441 | $2,610.51 | NET BOOK VALUE | $2,610.51 |
| 47.11. | FORD F150 XL CR - 2015: ASSET # 1718321 | $1,623.00 | NET BOOK VALUE | $1,623.00 |
| 47.12. | FORD F150 XL CR - 2015: ASSET # 1718330 | $1,623.00 | NET BOOK VALUE | $1,623.00 |
| 47.13. | FORD F150 XL CR - 2015: ASSET # 1718364 | $1,723.00 | NET BOOK VALUE | $1,723.00 |
| 47.14. | FORD F150 XL CR - 2015: ASSET # 1718381 | $1,738.00 | NET BOOK VALUE | $1,738.00 |
| 47.15. | FORD F150 XLT C - 2014: ASSET # 1717521 | $1,637.00 | NET BOOK VALUE | $1,637.00 |
| 47.16. | FORD F150 XLT C - 2014: ASSET # 1717530 | $1,637.00 | NET BOOK VALUE | $1,637.00 |
| 47.17. | FORD F250 XL SD - 2015: ASSET # 1718399 | $2,578.88 | NET BOOK VALUE | $2,578.88 |
| 47.18. | FORD F250 XL SD - 2015: ASSET # 1718436 | $2,603.20 | NET BOOK VALUE | $2,603.20 |
| 47.19. | FORD F250 XL SD - 2015: ASSET # 1718444 | $2,895.46 | NET BOOK VALUE | $2,895.46 |
| 47.20. | FORD F250 XL SD - 2015: ASSET # 1718495 | $2,610.00 | NET BOOK VALUE | $2,610.00 |
| 47.21. | FORD F250 XL SD - 2015: ASSET # 1718508 | $2,680.95 | NET BOOK VALUE | $2,680.95 |
| 47.22. | FORD F250 XL SD - 2015: ASSET # 1718541 | $862.66 | NET BOOK VALUE | $862.66 |
| 47.23. | FORD F250 XL SD - 2015: ASSET # 1718567 | $1,664.00 | NET BOOK VALUE | $1,664.00 |
| 47.24. | FORD F250 XL SD - 2015: ASSET # 1718575 | $1,664.00 | NET BOOK VALUE | $1,664.00 |
| 47.25. | FORD F250 XL SD - 2015: ASSET # 1718583 | $1,669.00 | NET BOOK VALUE | $1,669.00 |
| 47.26. | FORD F250 XL SD - 2015: ASSET # 1718612 | $1,634.00 | NET BOOK VALUE | $1,634.00 |
| 47.27. | FORD F250 XL SD - 2015: ASSET # 1718655 | $1,655.00 | NET BOOK VALUE | $1,655.00 |
| 47.28. | FORD F250 XL SD - 2015: ASSET # 1718671 | $1,725.00 | NET BOOK VALUE | $1,725.00 |
| 47.29. | FORD F350 LARIA - 2015: ASSET # 1718840 | $2,736.00 | NET BOOK VALUE | $2,736.00 |
| 47.30. | FORD F350 LARIA - 2016: ASSET # 1719826 | $1,315.31 | NET BOOK VALUE | $1,315.31 |
| 47.31. | FORD F350 XL SD - 2015: ASSET # 1718760 | $1,042.55 | NET BOOK VALUE | $1,042.55 |
| 47.32. | FORD F350 XL SD - 2015: ASSET # 1718794 | $1,525.00 | NET BOOK VALUE | $1,525.00 |
| 47.33. | FORD F350 XL SD - 2015: ASSET # 1718815 | $1,616.00 | NET BOOK VALUE | $1,616.00 |
| 47.34. | FORD F350 XL SD - 2015: ASSET # 1718823 | $1,550.00 | NET BOOK VALUE | $1,550.00 |
| 47.35. | FORD F350 XL SD - 2015: ASSET # 1718831 | $1,550.00 | NET BOOK VALUE | $1,550.00 |
| 47.36. | FORD F350 XL SD - 2015: ASSET # 1718858 | $1,619.00 | NET BOOK VALUE | $1,619.00 |
| 47.37. | FORD F350 XL SD - 2015: ASSET # 1718920 | $1,656.00 | NET BOOK VALUE | $1,656.00 |
| 47.38. | FORD F350 XL SD - 2015: ASSET # 1718971 | $1,729.00 | NET BOOK VALUE | $1,729.00 |
| 47.39. | FORD F350 XL SD - 2015: ASSET # 1718997 | $1,638.00 | NET BOOK VALUE | $1,638.00 |
| 47.40. | FORD F350 XL SD - 2015: ASSET # 1719009 | $1,735.00 | NET BOOK VALUE | $1,735.00 |
| 47.41. | FORD F350 XL SD - 2015: ASSET # 1719041 | $1,729.00 | NET BOOK VALUE | $1,729.00 |
| 47.42. | FORD F350 XL SD - 2015: ASSET # 1719092 | $1,788.00 | NET BOOK VALUE | $1,788.00 |

Debtor    Crossfire, LLC                                    Case number (if known)    21-90054
         (Name)

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.43. | FORD F350 XL SD - 2015: ASSET # 1719113 | $1,710.00 | NET BOOK VALUE | $1,710.00 |
| 47.44. | FORD F350 XL SD - 2015: ASSET # 1719130 | $2,196.00 | NET BOOK VALUE | $2,196.00 |
| 47.45. | FORD F350 XL SD - 2016: ASSET # 1719640 | $1,682.00 | NET BOOK VALUE | $1,682.00 |
| 47.46. | FORD F350 XL SD - 2016: ASSET # 1719658 | $1,682.00 | NET BOOK VALUE | $1,682.00 |
| 47.47. | FORD F350 XL SD - 2016: ASSET # 1719703 | $1,682.00 | NET BOOK VALUE | $1,682.00 |
| 47.48. | FORD F350 XL SD - 2016: ASSET # 1719720 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.49. | FORD F350 XL SD - 2016: ASSET # 1719738 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.50. | FORD F350 XL SD - 2016: ASSET # 1719746 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.51. | FORD F350 XL SD - 2016: ASSET # 1719754 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.52. | FORD F350 XL SD - 2016: ASSET # 1719762 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.53. | FORD F350 XL SD - 2016: ASSET # 1719797 | $1,796.00 | NET BOOK VALUE | $1,796.00 |
| 47.54. | FORD F450 XL SD - 2015: ASSET # 1719201 | $3,200.00 | NET BOOK VALUE | $3,200.00 |
| 47.55. | FORD F550 XL SD - 2015: ASSET # 1719834 | $1,588.00 | NET BOOK VALUE | $1,588.00 |
| 47.56. | FORD F550 XL SD - 2016: ASSET # 1719842 | $2,417.00 | NET BOOK VALUE | $2,417.00 |
| 47.57. | FORD F550 XL SD - 2016: ASSET # 1719851 | $2,417.00 | NET BOOK VALUE | $2,417.00 |
| 47.58. | FORD F650 SD DR - 2015: ASSET # 1719261 | $3,011.00 | NET BOOK VALUE | $3,011.00 |
| 47.59. | FREIGHTLINER M2 - 2007: ASSET # 1714638 | $3,642.66 | NET BOOK VALUE | $3,642.66 |
| 47.60. | PETERBILT 367 T - 2013: ASSET # 1717097 | $15,375.00 | NET BOOK VALUE | $15,375.00 |
| 47.61. | PETERBILT 367 T - 2013: ASSET # 1717100 | $15,358.00 | NET BOOK VALUE | $15,358.00 |
| 47.62. | TRAIL KING 55 T - 2010: ASSET # 1715340 | $2,776.00 | NET BOOK VALUE | $2,776.00 |
| 47.63. | TRAIL KING TK11 - 2012: ASSET # 1716271 | $3,200.00 | NET BOOK VALUE | $3,200.00 |
| 47.64. | TRANSCRAFT DTL- - 2014: ASSET # 4024 | $1,173.57 | NET BOOK VALUE | $1,173.57 |
| 47.65. | TRANSCRAFT DTL- - 2015: ASSET # 1719404 | $1,394.00 | NET BOOK VALUE | $1,394.00 |
| 47.66. | TRANSCRAFT DTL- - 2015: ASSET # 1719412 | $1,394.00 | NET BOOK VALUE | $1,394.00 |
| 47.67. | WESTERN STAR 49 - 2007: ASSET # 1714726 | $1,794.69 | NET BOOK VALUE | $1,794.69 |
| 47.68. | WESTERN STAR 49 - 2007: ASSET # 1714734 | $3,841.00 | NET BOOK VALUE | $3,841.00 |
| **48.** | **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| | NONE | | | |
| **49.** | **AIRCRAFT AND ACCESSORIES** | | | |
| | NONE | | | |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. | MATS | $45,900.85 | NET BOOK VALUE | $45,900.85 |
| 50.2. | OTHER MACHINERY, FIXTURES, AND EQUIPMENT | $300,722.51 | NET BOOK VALUE | $300,722.51 |
| **51** | **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $507,432.24 |

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
☒ Yes

Debtor   Crossfire, LLC                                      Case number (if known)   21-90054
         (Name)

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.   DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.   ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  LEASEHOLD IMPROVEMENTS | OWNED | $23,460.54 | NET BOOK VALUE | $23,460.54 |

| 56 | Total of Part 9. ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $23,460.54 |
|---|---|---|

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.   DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.  "CROSSFIRE" REGISTERED FEBRUARY 26, 2019 [RN: 5,685,567] | UNDETERMINED | | UNDETERMINED |
| 60.2.  CROSSFIRE "CS" LOGO WITH "CROSSFIRE" REGISTERED FEBRUARY 26, 2019 [RN: 5,685,577] | UNDETERMINED | | UNDETERMINED |
| **61.   INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62.   LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.   CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1.  CUSTOMER RELATIONS | UNDETERMINED | | UNDETERMINED |
| **64.   OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.   GOODWILL** | | | |
| 65.1.  GOODWILL | UNDETERMINED | | UNDETERMINED |
| **66**   Total of Part 10. ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

Debtor   Crossfire, LLC _____   Case number (if known) _21-90054_
                    (Name)

| 67. | Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)? |
| --- | --- |
| | ☐ No |
| | ☒ Yes |

| 68. | Is there an amortization or other similar schedule available for any of the property listed in Part 10? |
| --- | --- |
| | ☐ No |
| | ☒ Yes |

| 69. | Has any of the property listed in Part 10 been appraised by a professional within the last year? |
| --- | --- |
| | ☒ No |
| | ☐ Yes |

## Part 11:   ALL OTHER ASSETS

| 70. | DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM? |
| --- | --- |
| | INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM. |
| | ☐ No. Go to Part 12. |
| | ☒ Yes. Fill in the information below. |

|  | Current value of debtor's interest |
| --- | --- |
| **71.** NOTES RECEIVABLE | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS) | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.** INTERESTS IN INSURANCE POLICIES OR ANNUITIES | |
| **74.** CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED) | |
| 74.1.   BIG GUNS PETROLEUM, INC., JAMES MANN, AND BELINDA JUAREZ | UNDETERMINED |
| **Nature of claim**     BREACH OF CONTRACT | |
| **Amount requested**    $384,849.55 | |
| 74.2.   EZRA LEE | UNDETERMINED |
| **Nature of claim**     BREACH OF CONTRACT | |
| **Amount requested**    IN EXCESS OF $1M | |
| **75.** OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS | |
| 75.1.   OTHER CONTINGENT & UNLIQUIDATED CLAIMS | UNKNOWN |
| **Nature of claim**     UNKNOWN | |
| **Amount requested**    UNKNOWN | |
| **76.** TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY | |
| **77.** OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **78** Total of Part 11. ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | UNDETERMINED |

| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year? |
| --- | --- |
| | ☒ No |
| | ☐ Yes |

Debtor    Crossfire, LLC
          _____          Case Number (if known) ___21-90054___

          (Name)

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $113,374.86 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $119,798,800.46 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,339,605.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $507,432.24 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | $23,460.54 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ＋   UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $130,759,212.66 | ＋ 91b.   $23,460.54 |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $130,782,673.20 |

| Fill in this information to identify the case: |
|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **1.   Do any creditors have claims secured by debtor's property?**
     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
     ☒ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1**

**Creditor's name**
ALTEC CAPITAL SERVICES, LLC

**Creditor's mailing address**
33 INVERNESS CENTER PARKWAY
BIRMINGHAM, AL  35242

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNDETERMINED — Column B: UNDETERMINED

**2.2**

**Creditor's name**
CATERPILLAR FINANCIAL SERVICES CORPORATION

**Creditor's mailing address**
2120 WEST END AVE
NASHVILLE, TN  37203-0986

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNDETERMINED — Column B: UNDETERMINED

Debtor Crossfire, LLC

(Name)

Case number (if known) 21-90054

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.3 | **Creditor's name** CATERPILLAR FINANCIAL SERVICES CORPORATION | **Describe debtor's property that is subject to a lien** ASSETS LISTED IN UCC FILING | UNDETERMINED | UNDETERMINED |

**Creditor's mailing address**
2120 WEST END AVENUE
NASHVILLE, TN 37203

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.4 | **Creditor's name** DAIMLER | **Describe debtor's property that is subject to a lien** ASSETS LISTED IN UCC FILING | UNDETERMINED | UNDETERMINED |

**Creditor's mailing address**
13650 HERITAGE PARKWAY
FT. WORTH, TX 76177

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.5 | **Creditor's name** DE LAGE LANDEN FINANCIAL SERVICES, INC. | **Describe debtor's property that is subject to a lien** ASSETS LISTED IN UCC FILING | UNDETERMINED | UNDETERMINED |

**Creditor's mailing address**
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that** |
| | | *Do not deduct the value of collateral.* | **supports this claim** |

| 2.6 | **Creditor's name**<br>GENERAL ELECTRICCAPITAL CORPORATION<br><br>**Creditor's mailing address**<br>PO BOX 35701<br>BILLINGS, MT  59107-5701<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ASSETS LISTED IN UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| 2.7 | **Creditor's name**<br>LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT - ON BEHALF OF ITSELF AND THE LENDERS UNDER THE ABL CREDIT AGREEMENT<br><br>**Creditor's mailing address**<br>450 LEXINGTON AVENUE, 40TH FLOOR<br>NEW YORK, NY  10017<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N/A<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    1.   LIGHTSHIP CAPITAL II LLC, AS ADMIN AGT<br>    2.   WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMIN AGT | **Describe debtor's property that is subject to a lien**<br>11/30/2016; SENIOR LOAN FACILITY; SUBSTANTIALLY ALL ASSETS OF THE DEBTOR, EXCLUDING CERTAIN EXCLUDED ASSETS (AS DEFINED IN THE PREPETITION SENIOR LOAN AGREEMENT)<br><br>**Describe the lien**<br>SENIOR PRIORITY - ABL CREDIT AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86,600,000.00 | UNDETERMINED |

Debtor   Crossfire, LLC
        _____          Case number (if known) ___21-90054___
        (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.8**

**Creditor's name**
MB EQUIPMENT FINANCE, LLC

**Creditor's mailing address**
230 SCHILLING CIRCLE
SUITE 340
HUNT VALLEY, MD  21031

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED          UNDETERMINED

**2.9**

**Creditor's name**
MBM FINANCIAL INTERESTS, LP

**Creditor's mailing address**
7300 GESSNER RD
HOUSTON, TX  77040

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED          UNDETERMINED

**2.10**

**Creditor's name**
MERCEDES-BENZ FINANCIAL SERVICES USA LLC

**Creditor's mailing address**
13650 HERITAGE PARKWAY
FORT WORTH, TX  76177

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED          UNDETERMINED

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.11**

**Creditor's name**
MUSTAND MACHINERY CO, LTD DBA MUSTANG CAT

**Creditor's mailing address**
P.O. BOX 1373
HOUSTON, TX 77251

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNDETERMINED   Column B: UNDETERMINED

**2.12**

**Creditor's name**
WAGNER EQUIPMENT CO

**Creditor's mailing address**
18000 SMITH ROAD
AURORA, CO 80011

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ASSETS LISTED IN UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNDETERMINED   Column B: UNDETERMINED

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.13 | **Creditor's name**<br>WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT - ON BEHALF OF ITSELF AND THE LENDERS UNDER THE TERM LOAN AGREEMENT | **Describe debtor's property that is subject to a lien**<br>11/30/2016; JUNIOR LOAN FACILITY; SUBSTANTIALLY ALL ASSETS OF THE DEBTOR, OTHER THAN CERTAIN EXCLUDED ASSETS (AS DEFINED IN THE PREPETITION JUNIOR LOAN AGREEMENT) | $260,730,000.00 | UNDETERMINED |
|---|---|---|---|---|

**Creditor's mailing address**
1100 NORTH MARKET STREET
WILMINGTON, DE  19890

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N/A

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  1.  LIGHTSHIP CAPITAL II LLC, AS ADMIN AGT
  2.  WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMIN AGT

**Describe the lien**
JUNIOR PRIORITY - TERM LOAN AGREEMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $347,330,000.00 |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| LIGHTSHIP CAPITAL II LLC<br>STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK, NY  10038 | Line 2.7 | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY  10019 | Line 2.13 | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** <br><br> ADAMS COUNTY TREASURER <br> 4430 S ADAMS COUNTY PKWY, STE W1000 <br> BRIGHTON, CO  80601 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TAXES/FEES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address** <br><br> AL-DEPARTMENT OF REVENUE <br> 615 FORREST AVE A <br> EAST BREWTON, AL  36426 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TAXES/FEES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address** <br><br> BARBERS HILL ISD <br> PO BOX 1108 <br> MONT BELVIEU, TX  77580 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TAXES/FEES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |

Debtor    Crossfire, LLC
          (Name)

Case number (if known)    21-90054

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.4** | **Priority creditor's name and mailing address**<br><br>CA EMPLOYMENT DEVELOPMENT DEPT<br>ATTN LEGAL OFFICE<br>800 CAPITAL MALL, MIC 53<br>SACRAMENTO, CA  95814<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.5** | **Priority creditor's name and mailing address**<br><br>CANADIAN COUNTY TREASURER<br>201 N. CHOCTAW<br>EL RENO, OK  73036<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.6** | **Priority creditor's name and mailing address**<br><br>COLORADO DEPARTMENT OF REVENUE<br>1375 SHERMAN ST<br>DENVER, CO  80261<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.7** | **Priority creditor's name and mailing address**<br><br>DENISE HUTTER, TAX ASSESSOR/COLLECTOR<br>CHAMBERS COUNTY TAX OFFICE<br>PO BOX 519<br>ANAHUAC, TX  77514<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.8** | **Priority creditor's name and mailing address**<br><br>EDDY COUNTY TREASURER<br>101 W. GREENE, SUITE 117<br>CARLSBAD, NM  88220<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |
| 2.9 | **Priority creditor's name and mailing address**<br><br>FRIO COUNTY APPRAISAL DISTRICT<br>PO BOX 1129<br>PEARSALL, TX 78061<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.10 | **Priority creditor's name and mailing address**<br><br>FRIO COUNTY TAX OFFICE<br>500 E. SAN ANTONIO ST. BOX 20<br>PEARSALL, TX 78061<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.11 | **Priority creditor's name and mailing address**<br><br>ILLINOIS SECRETARY OF STATE<br>501 S. SECOND ST., RM. 351<br>SPRINGFIELD, IL 62756<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.12 | **Priority creditor's name and mailing address**<br><br>INDIANA SECRETARY OF STATE<br>200 W WASHINGTON ST 210<br>INDIANAPOLIS, IN 46204<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.13 | **Priority creditor's name and mailing address**<br><br>INTERNAL REVENUE SERVICE<br>550 MAIN ST # 10<br>CINCINNATI, OH 45202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.14** | **Priority creditor's name and mailing address**<br><br>KANSAS DEPARTMENT OF REVENUE<br>KANSAS INCOME TAX<br>PO BOX 750260<br>TOPEKA, KS  66699-0260<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.15** | **Priority creditor's name and mailing address**<br><br>LA PLATA COUNTY TREASURER<br>P.O. BOX 912928<br>DENVER, CO  80291-2928<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.16** | **Priority creditor's name and mailing address**<br><br>MAY L. BENDER NEWTON CO TAX<br>ASSESSOR<br>PO BOX 7<br>DECATUR, MS  39327<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.17** | **Priority creditor's name and mailing address**<br><br>MIDLAND CENTRAL APPRAISAL DISTRICT<br>PO BOX 908002<br>MIDLAND, TX  79708-0002<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.18** | **Priority creditor's name and mailing address**<br><br>MINNESOTA DEPARTMENT OF REVENUE<br>600 ROBERT ST N<br>ST PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor      Crossfire, LLC

(Name)

Case number (if known) 21-90054

| Part 1: | Additional Page |
| | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.19 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
| | MISSISSIPPI BOARD OF LICENSURE PROFESSIONAL ENGINEERS AND SURVEYORS | *Check all that apply.* | | |
| | 660 NORTH STREET SUITE 400 | ☐ Contingent | | |
| | JACKSON, MS  39202 | ☑ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | TAXES/FEES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY** | ☑ No | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.20 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
| | MONTANA DEPT OF LABOR IND. | *Check all that apply.* | | |
| | P.O. BOX 8011 | ☐ Contingent | | |
| | HELENA, MT  59604-8011 | ☑ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | VARIOUS | **Basis for the claim:** | | |
| | **Last 4 digits of account number:** | TAXES/FEES | | |
| | **Specify Code subsection of PRIORITY** | **Is the claim subject to offset?** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | | ☐ Yes | | |

| 2.21 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
| | NATRONA COUNTY TREASURER | *Check all that apply.* | | |
| | P.O. BOX 2290 | ☐ Contingent | | |
| | CASPER, WY  82602 | ☑ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | VARIOUS | **Basis for the claim:** | | |
| | **Last 4 digits of account number:** | TAXES/FEES | | |
| | **Specify Code subsection of PRIORITY** | **Is the claim subject to offset?** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | | ☐ Yes | | |

| 2.22 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
| | NEW MEXICO TAXATION & REVENUE | *Check all that apply.* | | |
| | ATTN: CALL CENTER BUREAU | ☐ Contingent | | |
| | PO BOX 8485 | ☑ Unliquidated | | |
| | ALBUQUERQUE, NM  87198 | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | TAXES/FEES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY** | ☑ No | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.23 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
| | NEW YORK DEPT OF TAXATION & FINANCE | *Check all that apply.* | | |
| | PO BOX 4125 | ☐ Contingent | | |
| | BINGHAMTON, NY  13902-4125 | ☑ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | VARIOUS | **Basis for the claim:** | | |
| | **Last 4 digits of account number:** | TAXES/FEES | | |
| | **Specify Code subsection of PRIORITY** | **Is the claim subject to offset?** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | | ☐ Yes | | |

Debtor   Crossfire, LLC
(Name)

Case number (if known)   21-90054

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.24** **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
TAXPAYER SERVICES DIVISION
PO BOX 182215
COLUMBUS, OH  43218-2215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.25** **Priority creditor's name and mailing address**

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR  97301-2555

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.26** **Priority creditor's name and mailing address**

PANOLA COUNTY TAX OFFICE
110 S. SYCAMORE ST. - RM 211
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.27** **Priority creditor's name and mailing address**

REEVES COUNTY TAX
ASSESSOR/COLLECTOR
PO BOX 700
PECOS, TX  79772

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.28** **Priority creditor's name and mailing address**

SWEETWATER COUNTY TREASURER
80 WEST FLAMING GORGE WAY, 139
GREEN RIVER, WY  82935

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES/FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

Debtor  Crossfire, LLC
(Name)

Case number (if known)  21-90054

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| | | | |
|---|---|---|---|
| 2.29 | **Priority creditor's name and mailing address**<br><br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 13528<br>CAPITOL STATION<br>AUSTIN, TX  78711-3528<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.30 | **Priority creditor's name and mailing address**<br><br>UINTAH COUNTY ASSESSOR<br>152 E. 100 N.<br>VERNAL, UT  84078<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.31 | **Priority creditor's name and mailing address**<br><br>WELD COUNTY TREASURER<br>P.O. BOX 458<br>GREELEY, CO  80632-0458<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.32 | **Priority creditor's name and mailing address**<br><br>WYOMING DEPARTMENT OF REVENUE<br>122 W 25TH ST, 3RD FLOOR EAST<br>CHEYENNE, WY  82002-0110<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES/FEES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    Crossfire, LLC
(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

2-C EQUIPMENT LLC
PO BOX 276
JARRELL, TX  76537

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0445**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,820.51

---

**3.2** **Nonpriority creditor's name and mailing address**

3RD ROCK ENERGY SERVICES
PO BOX 15500
SARASOTA, FL  34277

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3456**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,552.00

---

**3.3** **Nonpriority creditor's name and mailing address**

4 WARRIORS HYDRO EXCAVATING
PO BOX 2407
ELK CITY, OK  73648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3893**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,800.00

---

**3.4** **Nonpriority creditor's name and mailing address**

4M SAFETY & COMPLIANCE LLC
202 E. 16TH ST
ODESSA, TX  79761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.00

---

**3.5** **Nonpriority creditor's name and mailing address**

4-STAR HOSE & SUPPLY INC
PO BOX 541356
DALLAS, TX  75354-1356

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1454**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$961.00

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>7H SERVICES, LLC<br>2119 S COUNTY RD 1063<br>MIDLAND, TX  79706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1849** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,650.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>ACE SPECIALTIES INC<br>PO BOX 74321<br>CLEVELAND, OH  44194-4321<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2642** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,410.10 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>ADVANCED INDUSTRIAL SVCS MIDCON REGION<br>34933 IMPERIAL STREET<br>BAKERSFIELD, CA  93308<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6073** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,165.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>AHERN RENTALS INC<br>PO BOX 271390<br>LAS VEGAS, NV  89121-1390<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0332** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,813.25 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS USA LLC-CHICAGO<br>PO BOX 734445<br>CHICAGO, IL  60673-4445<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1613** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,323.92 |

Debtor     Crossfire, LLC                                                    Case number (if known)   21-90054
           (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,075.21
| | *Check all that apply.* |
| AIRGAS USA LLC-DALLAS | ☒ Contingent
| PO BOX 734671 | ☒ Unliquidated
| DALLAS, TX  75373-4671 | ☒ Disputed
| **Date or dates debt was incurred** | **Basis for the claim:**
| VARIOUS | OPERATIONS SUPPLIER
| **Last 4 digits of account number: 2686** | **Is the claim subject to offset?**
| | ☒ No
| | ☐ Yes

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $135.41
| | *Check all that apply.*
| AIRGAS USA LLC-DALLAS | ☐ Contingent
| PO BOX 734671 | ☐ Unliquidated
| DALLAS, TX  75373-4671 | ☐ Disputed
| **Date or dates debt was incurred** | **Basis for the claim:**
| VARIOUS | TRADE
| **Last 4 digits of account number: 0713** | **Is the claim subject to offset?**
| | ☒ No
| | ☐ Yes

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,601.82
| | *Check all that apply.*
| ALAMO LUMBER | ☐ Contingent
| PO BOX 17258 | ☐ Unliquidated
| SAN ANTONIO, TX  78217 | ☐ Disputed
| **Date or dates debt was incurred** | **Basis for the claim:**
| VARIOUS | OPERATIONS SUPPLIER
| **Last 4 digits of account number: 0550** | **Is the claim subject to offset?**
| | ☒ No
| | ☐ Yes

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,155.00
| | *Check all that apply.*
| ALL SEASONS FOAM COATINGS & SE | ☐ Contingent
| PO BOX 501 | ☐ Unliquidated
| SANGER, TX  76266 | ☐ Disputed
| **Date or dates debt was incurred** | **Basis for the claim:**
| VARIOUS | SUBCONTRACTOR
| **Last 4 digits of account number: 9504** | **Is the claim subject to offset?**
| | ☒ No
| | ☐ Yes

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,155.00
| | *Check all that apply.*
| AMERICAN FENCE CO - WI | ☐ Contingent
| 3210 MECCA DR | ☐ Unliquidated
| PLOVER, WI  54467 | ☐ Disputed
| **Date or dates debt was incurred** | **Basis for the claim:**
| VARIOUS | SUBCONTRACTOR
| **Last 4 digits of account number: 6076** | **Is the claim subject to offset?**
| | ☒ No
| | ☐ Yes

Debtor    Crossfire, LLC          Case number (if known)   21-90054
          (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,497.22

AMERICAN PIPE & SUPPLY CO
27 NORTH CENTRAL AVE.
CUT BANK, MT  59427

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1765**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,440.00

AMERICAN PIPING INSPECTION INC
17110 EAST PINE STREET
TULSA, OK  74116

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1860**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,420.00

APACHE INDUSTRIAL SERVICES
15423 VANTAGE PKWY EAST
HOUSTON, TX  77032

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1959**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,298.83

API DISTRIBUTION
1100 OLD HIGHWAY 8 NW
NEW BRIGHTON, MN  55112

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5378**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $79,785.05

ARCOSA AGGREGATES
PO BOX 268946
OKLAHOMA CITY, OK  73126-8946

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1520**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Crossfire, LLC _____    Case number (if known) __21-90054__
(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,683,988.35
| | *Check all that apply.* |
| ARDENT SERVICES LLC | ☐ Contingent |
| PO BOX 974759 | ☐ Unliquidated |
| DALLAS, TX 75397-4759 | ☐ Disputed |
| | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | SUBCONTRACTOR |
| | |
| **Last 4 digits of account number: 5724** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,566.96
| | *Check all that apply.* |
| ARMADILLO PORTABLE TOILETS | ☐ Contingent |
| PO BOX 246 | ☐ Unliquidated |
| COLUMBUS, TX 78934-0246 | ☐ Disputed |
| | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | SUBCONTRACTOR |
| | |
| **Last 4 digits of account number: 0891** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $32,050.00
| | *Check all that apply.* |
| ARROW DIRECTIONAL DRILLING INC | ☐ Contingent |
| 6025 HWY 77 | ☐ Unliquidated |
| ODEM, TX 78390 | ☐ Disputed |
| | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | SUBCONTRACTOR |
| | |
| **Last 4 digits of account number: 0941** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $18,037.96
| | *Check all that apply.* |
| ASSOCIATED SUPPLY CO INC | ☐ Contingent |
| PO BOX 3888 | ☐ Unliquidated |
| LUBBOCK, TX 79452 | ☐ Disputed |
| | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | OPERATIONS SUPPLIER |
| | |
| **Last 4 digits of account number: 0715** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $69,150.00
| | *Check all that apply.* |
| ATLAS ENERGY SERVICES, LLC | ☐ Contingent |
| 3050 67TH AVE SUITE 100 | ☐ Unliquidated |
| GREELEY, CO 80634 | ☐ Disputed |
| | |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | SUBCONTRACTOR |
| | |
| **Last 4 digits of account number: 1468** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

Debtor    Crossfire, LLC
          (Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>AWP INC<br>4244 MT. PLEASANT ST. NW<br>NORTH CANTON, OH  44720<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5110** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,526.58 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>AXIOM MEDICAL CONSULTING LLC<br>8401 NEW TRAILS DR SUITE 100<br>THE WOODLANDS, TX  77381<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2810** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,351.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>B&J WELDING SUPPLY<br>PO BOX 3520<br>LUBBOCK, TX  79452-3520<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4686** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,311.29 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>B&M CONCRETE PUMPING LLC<br>7218 PORTER RD.<br>CARLSBAD, NM  88220<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9972** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,399.78 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>BADGER DAYLIGHTING CORP<br>75 REMITTANCE DR SUITE 3185<br>CHICAGO, IL  60675-3185<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2827** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $180,254.62 |

| Debtor | Crossfire, LLC | Case Number (if known) | 21-90054 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
| --- | --- | --- |

| 3.31 | **Nonpriority creditor's name and mailing address**<br><br>BADLANDS POWER FUELS LLC<br>PO BOX 1369<br>MINOT, ND  58702<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0648** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,170.00 |

| 3.32 | **Nonpriority creditor's name and mailing address**<br><br>BARNCO INC<br>1507 WEST 2ND ST<br>ODESSA, TX  79763<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1179** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,905.14 |

| 3.33 | **Nonpriority creditor's name and mailing address**<br><br>BARNHART BOLT & SPECIAL FASTENERS INC<br>PO BOX 69085<br>ODESSA, TX  79769-9085<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2842** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,859.33 |

| 3.34 | **Nonpriority creditor's name and mailing address**<br><br>BARRICADES UNLIMITED<br>PO BOX 11001<br>LUBBOCK, TX  79408<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3519** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,742.52 |

| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>BASIN CO-OP<br>PO BOX 2990<br>DURANGO, CO  81302<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2851** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,938.01 |

Debtor   Crossfire, LLC
         (Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

**3.36**

**Nonpriority creditor's name and mailing address**

BASIN IRON INC
2561 EAST 1500 SOUTH
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5091**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,809.61

---

**3.37**

**Nonpriority creditor's name and mailing address**

BEARD EQUIPMENT CO INC
PO BOX 80147
MIDLAND, TX  79708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5185**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,647.24

---

**3.38**

**Nonpriority creditor's name and mailing address**

BEASLEY TIRE SERVICE
PO BOX 11556
HOUSTON, TX  77293

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1450**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,623.73

---

**3.39**

**Nonpriority creditor's name and mailing address**

BELL SUPPLY COMPANY
PO BOX 842263
DALLAS, TX  75284-2263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2876**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,063.80

---

**3.40**

**Nonpriority creditor's name and mailing address**

BES SUPPLY STORE
PO BOX 5182
CARLSBAD, NM  88221-5182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2881**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,411.50

Debtor  Crossfire, LLC

(Name)

Case number (if known)  21-90054

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.41**

**Nonpriority creditor's name and mailing address**

BIG BEND SERVICES LLC
PO BOX 61226
MIDLAND, TX  79711-1226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0526**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,165.00

---

**3.42**

**Nonpriority creditor's name and mailing address**

BIG D'S PUMPING INC
PO BOX 356
RANGELY, CO  81648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5943**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,092.50

---

**3.43**

**Nonpriority creditor's name and mailing address**

BIG HORN SUPPLY
3107 ANTELOPE TRAIL UNIT 7
MIDLAND, TX  79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7023**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,200.84

---

**3.44**

**Nonpriority creditor's name and mailing address**

BIGHORN TRANSPORT SERVICES LLC
PO BOX 3447
HOBBS, NM  88241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3896**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$291,311.29

---

**3.45**

**Nonpriority creditor's name and mailing address**

BISHOP LIFTING PRODUCTS INC
125 MCCARTY ST.
HOUSTON, TX  77029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7062**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$216.50

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address**<br><br>BLACK GOLD ENERGY SERVICES<br>P.O. BOX 984<br>HOBBS, NM  88240-1736<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1210** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,276.36 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br><br>B-LINE FILTER & SUPPLY INC<br>PO BOX 4598<br>ODESSA, TX  79760<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1382** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $290.65 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br><br>BLUE SKY DUMPSTERS LLC<br>387 15TH ST W 235<br>DICKINSON, ND  58601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5017** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,122.13 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br><br>BOOT BARN INC<br>15345 BARRANCA PARKWAY<br>IRVINE, CA  92618<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5573** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $688.46 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br><br>BORDER STATES INDUSTRIES INC<br>P.O. BOX 52516<br>PHOENIX, AZ  85072-2516<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1384** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $161.62 |

Debtor    Crossfire, LLC

Case Number (if known)    21-90054

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,330.20

BORSHEIM CRANE SERVICE, LLC
PO BOX 678
WEST FARGO, ND  58078

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1872**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $247,435.00

BRAND X HYDROVAC SERVICES INC
PO BOX 1199
SILT, CO  81652

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 6071**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00

BRAUN INTERTEC CORP
PO BOX 64384  LOCKBOX 446035
ST. PAUL, MN  55164-0384

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1853**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $231.54

BREKKE STORAGE
105 3RD AVENUE
LONGMONT, CO  80501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 2944**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,948.94

BRENNAN OIL INC
PO BOX 1068
DURANGO, CO  81302

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 2945**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Crossfire, LLC
         (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $909.08 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

BROCK SERVICES LLC
PO BOX 679312
DALLAS, TX  75267-9313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2951

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$909.08

---

3.57

**Nonpriority creditor's name and mailing address**

BRONCO EQUIP. RENTAL & SALES
2122 S. EAST AVE
CUSHING, OK  74023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4554

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,698.29

---

3.58

**Nonpriority creditor's name and mailing address**

BRONTIDE DIESEL LLC
10044 COUNTY ROAD 25.5
KARVAL, CO  80823

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5316

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,960.00

---

3.59

**Nonpriority creditor's name and mailing address**

B-SAFE LLC
1575 S 1500 W
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY PROVIDER

**Is the claim subject to offset?**
☒ No
☐ Yes

$108.00

---

3.60

**Nonpriority creditor's name and mailing address**

BTH SERVICES AND RENTAL LLC
PO BOX 669
EUNICE, NM  88231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2965

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,813.99

Debtor    Crossfire, LLC    Case Number (if known)    21-90054

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,663.27
Check all that apply.

BUCKEYE WELDING SUPPLY CO INC
360 E 8TH STREET
GREELEY, CO  80631

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5757**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,409.84
Check all that apply.

BURDICK MATERIALS
2350 S 1900 W STE 100
OGDEN, UT  84401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1785**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,083.51
Check all that apply.

C&J GRAVEL PRODUCTS INC
27661 HWY 160
DURANGO, CO  81301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1767**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $267,314.77
Check all that apply.

CABLE COMMUNICATION SERVICES, INC.
7200 SHADOWLAND CT
BLACK HAWK, SD  57718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1481**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68,233.38
Check all that apply.

CARDINAL HARDWARE & LUMBER
PO BOX 1077
EUNICE, NM  88231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 9828**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.66** | **Nonpriority creditor's name and mailing address** | | $358.06

CAR-TEX TRAILER CO INC
2786 SE LOOP
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | | $222.59

CASCADE WATER & COFFEE SERVICE
214 SOUTH FAIRVIEW
FARMINGTON, NM  87401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3014**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | | $276,948.42

CAT FINANCIAL COMMERCIAL ACCT
PO BOX 732005
DALLAS, TX  75373-2005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2034**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | | $418,357.50

CBK TRANSPORT LLC
28310 ASCOT FARMS ROAD
MAGNOLIA, TX  77354

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1558**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | | $92,235.00

CENTURY FENCE COMPANY
PO BOX 727
PEWAUKEE, WI  53072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1664**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Crossfire, LLC
          (Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.71**

**Nonpriority creditor's name and mailing address**

CHAPARRAL INDUSTRIES INC
2320 OREGON ST.
ODESSA, TX  79764-1841

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,258.16

---

**3.72**

**Nonpriority creditor's name and mailing address**

CHARLSON EXCAVATING CO, INC.
4111 7TH AVENUE NORTH
CLEAR LAKE, IA  80620

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1720**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,975.50

---

**3.73**

**Nonpriority creditor's name and mailing address**

CHARTS LTD
2031 TRADE DRIVE
MIDLAND, TX  79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3063**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,594.24

---

**3.74**

**Nonpriority creditor's name and mailing address**

CISCO EQUIPMENT RENTALS LLC
520 SE LOOP 338
ODESSA, TX  79762

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6756**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,572.43

---

**3.75**

**Nonpriority creditor's name and mailing address**

CJ CRANE SERVICE & EQUIPMENT
2605 OLD BELDEN CIR.
TUPELO, TX  38801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6097**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,365.95

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,395.52 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

CJ CRANE SERVICE & EQUIPMENT LLC
1833 PETROLEUM DR.
ODESSA, TX  79762

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1408**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,395.52

---

3.77 **Nonpriority creditor's name and mailing address**

CLEAR VU AUTO GLASS
7415 82ND STREET
LUBBOCK, TX  79424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1565**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,830.66

---

3.78 **Nonpriority creditor's name and mailing address**

CLEMENTS FENCE CO INC
1007 KATYLAND DR
KATY, TX  77493

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2734**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

3.79 **Nonpriority creditor's name and mailing address**

CMC CONSTRUCTION SERVICES
PO BOX 844573
DALLAS, TX  75284-4579

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2388**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$670.23

---

3.80 **Nonpriority creditor's name and mailing address**

CMC REBAR
PO BOX 844579 ATTN 1439
DALLAS, TX  75284-4579

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1176**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.41

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.81**

**Nonpriority creditor's name and mailing address**

CONNECT SERVICES
PO BOX 1783
JACKSONVILLE, TX  75766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4881**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,067.50

---

**3.82**

**Nonpriority creditor's name and mailing address**

CORTEC LLC
208 EQUITY BOULEVARD
HOUMA, LA  70360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1518**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,554.67

---

**3.83**

**Nonpriority creditor's name and mailing address**

CROSS COUNTRY INFRASTRUCTURE SVCS USA
PO BOX 843851
KANSAS CITY, MO  64184-3851

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2575**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$849,101.26

---

**3.84**

**Nonpriority creditor's name and mailing address**

CROSSFIRE AGGREGATE SVCS LLC
PO BOX 352
IGNACIO, CO  81137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5289**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,860.60

---

**3.85**

**Nonpriority creditor's name and mailing address**

CTE LLC
PO BOX 775543
CHICAGO, IL  60677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2640**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,659.04

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.86**

**Nonpriority creditor's name and mailing address**

CUSTOM TRUCK & EQUIPMENT LLC
PO BOX 773385
CHICAGO, IL  60677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1736**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,467.40

---

**3.87**

**Nonpriority creditor's name and mailing address**

CYCLONE SERVICES LLC
PO BOX 4458
HOUSTON, TX  77210-4458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2634**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$268,412.50

---

**3.88**

**Nonpriority creditor's name and mailing address**

D&C CLEANING INC
2175 HWY 149
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3190**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OFFICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$675.48

---

**3.89**

**Nonpriority creditor's name and mailing address**

DAKOTA LINE CONTRACTORS INC
2729 PAINTBALL WAY
BISMARCK, ND  58504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5732**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,475,608.00

---

**3.90**

**Nonpriority creditor's name and mailing address**

DANCO ENTERPRISE INC
215 W. BROADWAY STE 2
HOBBS, NM  88240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6022**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,116.83

---

Debtor    Crossfire, LLC
          (Name)

Case number (if known) 21-90054

| **Part 2:** | Additional Page |
|---|---|

Amount of claim

---

**3.91**  **Nonpriority creditor's name and mailing address**

DAN'S TIRE SERVICE
PO BOX 579
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3203**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,109.28

---

**3.92**  **Nonpriority creditor's name and mailing address**

DARBY EQUIPMENT COMPANY
2940 N. TOLEDO AVE.
TULSA, OK  74115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2769**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,923.55

---

**3.93**  **Nonpriority creditor's name and mailing address**

DARKHORSE ENERGY SERVICES LLC
10601 W MURPHY ST.
ODESSA, TX  79766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1139**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,845.00

---

**3.94**  **Nonpriority creditor's name and mailing address**

DAVID'S HYDRO VAC, INC.
PO BOX 383
FOREST LAKE, MN  55025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1837**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,683.69

---

**3.95**  **Nonpriority creditor's name and mailing address**

DEBBIE'S BEST WATER STORE
318 S. SHELBY STREET
CARTHAGE, TX  75633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3225**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.75

---

Debtor   Crossfire, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.96**

**Nonpriority creditor's name and mailing address**

DELTA FUEL COMPANY
PO BOX 95540
GRAPEVINE, TX  76099-9703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3072**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$131,937.31

---

**3.97**

**Nonpriority creditor's name and mailing address**

DIAMOND G INSPECTION INC
11050 W. LITTLE YORK BLDG. G
HOUSTON, TX  77041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$7,291.50

---

**3.98**

**Nonpriority creditor's name and mailing address**

DISTRIBUTION INTERNATIONAL SOUTHWEST INC
PO BOX 840894
DALLAS, TX  75284-0894

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3346**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$2,283.77

---

**3.99**

**Nonpriority creditor's name and mailing address**

DI-TROL SYSTEMS INC
PO BOX 1028
KINGSVILLE, TX  78364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6269**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$45,276.29

---

**3.100**

**Nonpriority creditor's name and mailing address**

DK HAULING INC
650 ANTLER DRIVE
CASPER, WY  82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5909**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$300.00

---

Debtor   Crossfire, LLC
          (Name)

Case number (if known)  21-90054

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.101**   **Nonpriority creditor's name and mailing address**

DMD FABRICATION & SERVICES INC
360  O STREET
GREELEY, CO  80631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3264**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$132,950.00

---

**3.102**   **Nonpriority creditor's name and mailing address**

DMI INTERNATIONAL LLC
15615 E. PINE ST
TULSA, OK  74116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3052**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,339.37

---

**3.103**   **Nonpriority creditor's name and mailing address**

DNOW LP
PO BOX 200822
DALLAS, TX  75320-0822

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4935**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,359.52

---

**3.104**   **Nonpriority creditor's name and mailing address**

DODSON TRUCKING INC
18543 CR 2213D
TATUM, TX  75691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3268**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,616.23

---

**3.105**   **Nonpriority creditor's name and mailing address**

DOGGETT MACHINERY SERVICES
10110 DARADELE AVE
BATON ROUGE, LA  70816

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5453**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,543.81

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,263.14 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

DOLESE BROS CO
PO BOX 960144
OKLAHOMA CITY, OK  73196-0144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3211**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,263.14

---

3.107 **Nonpriority creditor's name and mailing address**

DOMINION ENERGY
PO BOX 27031
RICHMOND, VA  23261-7031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4329**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY PROVIDER

**Is the claim subject to offset?**
☒ No
☐ Yes

$429.51

---

3.108 **Nonpriority creditor's name and mailing address**

DUTCHER-PHIPPS CRANE & RIGGING
PO BOX 910
MONAHANS, TX  79756

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2920**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,912.00

---

3.109 **Nonpriority creditor's name and mailing address**

E.L. FARMER & CO
PO BOX 3512
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1406**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,905.00

---

3.110 **Nonpriority creditor's name and mailing address**

EAGLE COMPRESSION LLC
850 E CHERRY ST SUITE B
TROY, MO  63379

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3625**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,900.00

Debtor   Crossfire, LLC
(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,551.27

EAGLE WELDING SUPPLY INC
PO BOX 1790
THREE RIVERS, TX  78071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3626**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,046.18

EAST TEXAS CONSOLIDATED SUPPLY
1275 W. MAIN ST., 567
RIPON, CA  95366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3325**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,553.23

EH WACHS
PO BOX 71598
CHICAGO, IL  60694-1598

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5667**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $579,211.15

ELITE SUPPLY PARTNERS INC
P.O. BOX 946
ODESSA, TX  79760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3804**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,369.32

EMPIRE MAT INC
6521 COUNTY LINE RD
SUMMIT, MS  39666

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 9984**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Crossfire, LLC
(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>ENERCORP ENGINEERED SOLUTIONS LLC<br>P.O. BOX 123811, DEPT 3811<br>DALLAS, TX  75312-3811<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1330** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,963.85 |
| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>ENVIROCAL INC<br>801 FM 1463 STE 200 390<br>KATY, TX  77494<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3665** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,200.00 |
| 3.118 | **Nonpriority creditor's name and mailing address**<br><br>EQUIPMENTSHARE.COM<br>7131 LONGVIEW DR<br>FULTON, MO  65251<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7387** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69,877.17 |
| 3.119 | **Nonpriority creditor's name and mailing address**<br><br>EXCEL MULCHING DBA EXCEL MULCHING<br>2228 SE LOOP<br>CARTHAGE, TX  75633<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4405** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,732.00 |
| 3.120 | **Nonpriority creditor's name and mailing address**<br><br>E-Z LINE PIPE SUPPORT CO  LLC<br>PO BOX 767<br>MANVEL, TX  77578<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4447** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,267.29 |

Debtor    Crossfire, LLC                          Case number (if known)    21-90054

(Name)

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,616.08 |

**Nonpriority creditor's name and mailing address**
FASTENAL COMPANY
PO BOX 1286
WINONA, MN  55987-1286

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3404**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,616.08

---

3.122
**Nonpriority creditor's name and mailing address**
FIRE & SAFETY EQUIPMENT
1087 CR 3031
CARTHAGE, TX  75633

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,875.65

---

3.123
**Nonpriority creditor's name and mailing address**
FLATIRONS DRILLING INC
26493 COUNTY ROAD 76
EATON, CO  80615

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $222,362.00

---

3.124
**Nonpriority creditor's name and mailing address**
FLORES ENERGY SERVICES LLC
P.O. BOX 4595
ODESSA, TX  79760

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $106,491.25

---

3.125
**Nonpriority creditor's name and mailing address**
FLOW-ZONE LLC
DEPT. 248
PO BOX 4346
HOUSTON, TX  77210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $145,449.03

Debtor     Crossfire, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.126**   **Nonpriority creditor's name and mailing address**

FORD QUALITY FLEET CARE PROG
DEPT 121801
PO BOX 67000
DETROIT, MI  48267-1218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3859**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,635.63

---

**3.127**   **Nonpriority creditor's name and mailing address**

FORZA SAFETY LLC
PO BOX 460
SHALLOWATER, TX  79363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5981**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,600.40

---

**3.128**   **Nonpriority creditor's name and mailing address**

FOUR CORNERS MATERIALS
2350 S1900 W STE. 200
OGDEN, UT  84401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3458**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$931.21

---

**3.129**   **Nonpriority creditor's name and mailing address**

FOUR STATES TIRE & SERVICE INC
PO BOX 1236
CORTEZ, CO  81321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3469**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$284.61

---

**3.130**   **Nonpriority creditor's name and mailing address**

FRANK'S SUPPLY COMPANY INC
3311 STANFORD DRIVE NE
ALBUQUERQUE, NM  87107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3453**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,572.85

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.131** | **Nonpriority creditor's name and mailing address**

FUZION FIELD SERVICES LLC
PO BOX 200638
EVANS, CO  80620

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3475**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,148.34

---

**3.132** | **Nonpriority creditor's name and mailing address**

GAJESKE INC
DEPT. 10412
PO BOX 87618
CHICAGO, IL  60680-0618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3479**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,727.32

---

**3.133** | **Nonpriority creditor's name and mailing address**

GARRHS INC
721 TURNER DRIVE
DURANGO, CO  81303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3485**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,575.00

---

**3.134** | **Nonpriority creditor's name and mailing address**

GASKET SERVICE INC
2120 KERMIT HWY
ODESSA, TX  79761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6171**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,032.73

---

**3.135** | **Nonpriority creditor's name and mailing address**

GEMINI SAFETY & INDUSTRIAL SUPPLY LLC
1230 CENTER ST
DEER PARK, TX  77536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1576**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,379.00

---

Debtor    Crossfire, LLC
          (Name)                                    Case number (if known)    21-90054

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address**<br><br>GEOCORR LLC<br>13938 CHRISMAN RD<br>HOUSTON, TX  77039<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3494** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $28,707.19 |
| 3.137 | **Nonpriority creditor's name and mailing address**<br><br>GEOCYCLE LLC<br>1170 TRANSIT DRIVE<br>COLORADO SPRINGS, CO  80903<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1188** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $900.00 |
| 3.138 | **Nonpriority creditor's name and mailing address**<br><br>GEORGE P. BANE INC<br>PO BOX 4665<br>TYLER, TX  75712<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5702** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $19,316.44 |
| 3.139 | **Nonpriority creditor's name and mailing address**<br><br>GOSAFE<br>PO BOX 1025<br>DEER PARK, TX  77536<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1135** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,150.01 |
| 3.140 | **Nonpriority creditor's name and mailing address**<br><br>GRAINGER<br>DEPT 871810248<br>PO BOX 419267<br>KANSAS CITY, MO  64141-9267<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3522** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,917.40 |

Debtor    Crossfire, LLC    Case Number (if known)    21-90054
(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.141** | **Nonpriority creditor's name and mailing address** | | $61,716.79

GREENLEE & SONS SEPTIC SERVICE
321 S. GOINGS ST.
HOBBS, NM  88240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

Basis for the claim:
SUBCONTRACTOR

**Last 4 digits of account number: 6010**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | | $2,646.02

GREENWOOD 950, LLC
8575 FERN AVE, STE 105
SHREVEPORT, LA  71105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

Basis for the claim:
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1620**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | | $1,374.48

GRUNWALD PRINTING COMPANY INC
PO BOX 3219
CORPUS CHRISTI, TX  78463-3219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

Basis for the claim:
OPERATIONS SUPPLIER

**Last 4 digits of account number: 6163**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | | $158,205.50

H&E EQUIPMENT SERVICES INC
PO BOX 849850
DALLAS, TX  75284

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

Basis for the claim:
OPERATIONS SUPPLIER

**Last 4 digits of account number: 6300**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | | $2,219.24

H&H ENGINES AND EQUIPMENT LLC
2462 CR 301
CARTHAGE, TX  75633

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

Basis for the claim:
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5377**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Crossfire, LLC
          (Name)                                        Case number (if known)    21-90054

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $109,954.00 |
|  |  | Check all that apply. |  |
|  | H-2 ENTERPRISES LLC | ☐ Contingent |  |
|  | 4626 WELD COUNTY ROAD 65 | ☐ Unliquidated |  |
|  | KEENESBURG, CO  80643 | ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | VARIOUS | SUBCONTRACTOR |  |
|  | **Last 4 digits of account number: 0352** | **Is the claim subject to offset?** |  |
|  |  | ☒ No |  |
|  |  | ☐ Yes |  |

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,089.99 |
|  |  | Check all that apply. |  |
|  | HALLER-PHILLIPS INC | ☐ Contingent |  |
|  | PO BOX 67 | ☐ Unliquidated |  |
|  | HOBBS, NM  88240 | ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | VARIOUS | OPERATIONS SUPPLIER |  |
|  | **Last 4 digits of account number: 6452** | **Is the claim subject to offset?** |  |
|  |  | ☒ No |  |
|  |  | ☐ Yes |  |

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99,160.00 |
|  |  | Check all that apply. |  |
|  | HARDROCK DIRECTIONAL DRILLING | ☐ Contingent |  |
|  | PO BOX 33371 | ☐ Unliquidated |  |
|  | SAN ANTONIO, TX  78265 | ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | VARIOUS | SUBCONTRACTOR |  |
|  | **Last 4 digits of account number: 6448** | **Is the claim subject to offset?** |  |
|  |  | ☒ No |  |
|  |  | ☐ Yes |  |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,820.00 |
|  |  | Check all that apply. |  |
|  | HDDS LLC | ☐ Contingent |  |
|  | 1540 MAIN STREET, UNIT 218-235 | ☐ Unliquidated |  |
|  | WINDSOR, CO  80550 | ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | VARIOUS | SUBCONTRACTOR |  |
|  | **Last 4 digits of account number: 4027** | **Is the claim subject to offset?** |  |
|  |  | ☒ No |  |
|  |  | ☐ Yes |  |

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,424.00 |
|  |  | Check all that apply. |  |
|  | HEALTHCARE EXPRESS LLP | ☐ Contingent |  |
|  | PO BOX 5637 | ☐ Unliquidated |  |
|  | TEXARKANA, TX  75503 | ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | VARIOUS | MEDICAL |  |
|  | **Last 4 digits of account number: 5164** | **Is the claim subject to offset?** |  |
|  |  | ☒ No |  |
|  |  | ☐ Yes |  |

Debtor  Crossfire, LLC
_____
(Name)

Case number (if known) 21-90054

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

**3.151**

**Nonpriority creditor's name and mailing address**

HEAVY EQUIPMENT RENTALS OF TX
PO BOX 897
BUDA, TX  78610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6189**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$26,338.46

---

**3.152**

**Nonpriority creditor's name and mailing address**

HERC RENTALS INC
PO BOX 936257
ATLANTA, GA  31193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6499**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$2,363.00

---

**3.153**

**Nonpriority creditor's name and mailing address**

HIGH COUNTRY FUSION
20 N. POLY FUSION PLACE
FAIRFIELD, ID  83327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3610**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**

☒ No
☐ Yes

$393.75

---

**3.154**

**Nonpriority creditor's name and mailing address**

HIGH MOUNTAIN INSPECTION SVCS
PO BOX 1508
MILLS, WY  82644

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3612**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$418.00

---

**3.155**

**Nonpriority creditor's name and mailing address**

HILBURN BUILDERS INC
2107 E KENWOOD ST.
SILOAM SPRINGS, AR  72761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1972**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**

☒ No
☐ Yes

$14,938.00

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.156** **Nonpriority creditor's name and mailing address**

HOBBS RENTAL LLC
P O BOX 1085
HOBBS, NM  88240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5773**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,105.43

---

**3.157** **Nonpriority creditor's name and mailing address**

HOPPE'S CONSTRUCTION LLC
PO BOX 654
ADA, OK  74821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5946**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$956.25

---

**3.158** **Nonpriority creditor's name and mailing address**

HOWDY ENTERPRISES LLC
3833 SOUTH TEXAS AVE. SUITE 288
BRYAN, TX  77802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3792**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,731.69

---

**3.159** **Nonpriority creditor's name and mailing address**

HURLEY OIL FIELD SERVICES
PO BOX 385
FAIRVIEW, MT  59221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4257**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,626.00

---

**3.160** **Nonpriority creditor's name and mailing address**

HYDROMAX LLC
413 HEREFORD ROAD
CORPUS CHRISTI, TX  78408

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3920**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,039.88

---

Debtor   Crossfire, LLC                                    Case number (if known)   21-90054
         (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,644.29 |

**Nonpriority creditor's name and mailing address**

HYTORC
333 ROUTE 17 N
MAHWAH, NJ  7430

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3656**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,644.29

---

3.162

**Nonpriority creditor's name and mailing address**

IGNITE ENERGY SERVICES
PO BOX 2247
FREDERICKSBURG, TX  78624

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7278**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,161.64

---

3.163

**Nonpriority creditor's name and mailing address**

IIA FIELD SERVICES LLC
PO BOX 5088
ABILENE, TX  79608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6888**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,300.00

---

3.164

**Nonpriority creditor's name and mailing address**

ILLINOIS TRUCK & EQUIPMENT
320 BRISCOE DRIVE
MORRIS, IL  60450

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7572**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,491.03

---

3.165

**Nonpriority creditor's name and mailing address**

INDEPTH UTILITY SOLUTIONS
PO BOX 2304
STAFFORD, TX  77497-2304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7628**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$115.00

---

| Debtor | Crossfire, LLC | | Case number (if known) | 21-90054 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |
| --- | --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $229,606.03 |
| --- | --- | --- | --- |

INDUSTRIAL ELECTRIC SVC INC
388 GTA DRIVE
DICKINSON, ND  58601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3681**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,127.37 |
| --- | --- | --- | --- |

INDUSTRIAL SUPPLY CO INC
PO BOX 30600
SALT LAKE CITY, UT  84130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3684**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00 |
| --- | --- | --- | --- |

INGRAM CONCRETE LLC
PO BOX 844486
DALLAS, TX  75284-4486

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 6234**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,875.00 |
| --- | --- | --- | --- |

INSULATIONS INC
PO BOX 231039
HARAHAN, LA  70183-1039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 5334**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,263.00 |
| --- | --- | --- | --- |

INTERMOUNTAIN PROCESSING & FAB. INC
PO BOX 3206
FARMINGTON, NM  87499

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3692**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Crossfire, LLC
            (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.171** **Nonpriority creditor's name and mailing address**

INTERSTATE BILLING SERVICE INC
PO BOX 2208
DECATUR, AL  35609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8896**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$412.55

---

**3.172** **Nonpriority creditor's name and mailing address**

ISCO INDUSTRIES INC
1974 SOLUTIONS CENTER
CHICAGO, IL  60677-1009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3701**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,041.06

---

**3.173** **Nonpriority creditor's name and mailing address**

IV KINGS RIG TECHNICIANS
PO BOX 69570
ODESSA, TX  79769

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3820**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$135,275.00

---

**3.174** **Nonpriority creditor's name and mailing address**

J CUSTOM ELECTRIC LLC
PO BOX 756
WATFORD CITY, ND  58854

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1369**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,125.50

---

**3.175** **Nonpriority creditor's name and mailing address**

J.A.L. CONTRACTORS INC
PO BOX 3857
BIG SPRING, TX  79721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3715**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,875.00

---

Debtor    Crossfire, LLC                                    Case number (if known)   21-90054
          (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

3.176 | **Nonpriority creditor's name and mailing address**

J.R. SALES AND RENTAL EQUIP
PO BOX 491
GRAYSON, LA  71435

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0170**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,173.04

---

3.177 | **Nonpriority creditor's name and mailing address**

J2 RESOURCES LLC
945 MCKINNEY DR., 116
HOUSTON, TX  77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0536**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,629.18

---

3.178 | **Nonpriority creditor's name and mailing address**

JACOB PARGIN
11485 COUNTY ROAD 2 W
CENTER, CO  81125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1752**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,385.20

---

3.179 | **Nonpriority creditor's name and mailing address**

JM SUPPLY
PO BOX 9157
CORPUS CHRISTI, TX  78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7679**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,209.12

---

3.180 | **Nonpriority creditor's name and mailing address**

JM TEST SYSTEMS INC
PO DRAWER 45489
BATON ROUGE, LA  70895

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7768**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,359.42

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.181 | **Nonpriority creditor's name and mailing address**<br><br>JML MANAGEMENT INC<br>748 STATE HWY 7 WEST<br>CENTER, TX  75935<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5096** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $104,890.00 |
|---|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address**<br><br>JN TRUCKING INC<br>4091 W 3000 S<br>ROOSEVELT, UT  84066<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6009** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,940.95 |
| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>JOHNNY ON THE SPOT<br>1410 SHADOW LANE<br>DODGE CITY, KS  67801<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1311** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,112.63 |
| 3.184 | **Nonpriority creditor's name and mailing address**<br><br>JONES TRANSPORT<br>6184 HWY 98 W, STE 210<br>JENNIFER HOUSTON<br>HATTIESBURG, MS  39402<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7694** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $25,820.00 |
| 3.185 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPH MONTIE<br>LEIZERMAN & ASSOCIATES<br>3450 W. CENTRAL AVENUE<br>SUITE 328<br>TOLEDO, OH  43606<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

Debtor  Crossfire, LLC

(Name)

Case number (if known) 21-90054

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.186** **Nonpriority creditor's name and mailing address**

JPH HOLDINGS LLC
16619 ALDINE WESTFIELD RD
HOUSTON, TX  77032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7790**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$457,777.24

---

**3.187** **Nonpriority creditor's name and mailing address**

JUST FOR CONCRETE LLC
PO BOX 247
ARTESIA, NM  88210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5101**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$209,581.77

---

**3.188** **Nonpriority creditor's name and mailing address**

K&K, INC
PO BOX 53
WHITE DEER, TX  79097

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1978**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,034.00

---

**3.189** **Nonpriority creditor's name and mailing address**

KG TRUCKING, LLC
158 KIRBY LANE
DURANGO, CO  81303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1730**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,625.00

---

**3.190** **Nonpriority creditor's name and mailing address**

KIRBY-SMITH MACHINERY INC
PO BOX 270360
OKLAHOMA CITY, OK  73137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7953**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,196.37

Debtor  Crossfire, LLC
        (Name)

Case number (if known)  21-90054

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|
| | | |

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,421.27 |
|---|---|---|---|

KOMATSU EQUIPMENT CO
PO BOX 842326
DALLAS, TX  75284-2326

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5352**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,520.00 |
|---|---|---|---|

LENOX SERVICES
883 US HWY 59 N
CARTHAGE, TX  75633

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1482**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,652.12 |
|---|---|---|---|

LOADED DICE SAFETY
P. O. BOX 13627
ODESSA, TX  79768

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0968**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,742.50 |
|---|---|---|---|

LONE STAR MAT LLC
133 N FRIENDSWOOD DR STE 216
FRIENDSWOOD, TX  77546

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 4110**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,577.16 |
|---|---|---|---|

LONE TREE SERVICES LLC
PO BOX 1716
GREELEY, CO  80632

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 6063**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Crossfire, LLC
         (Name)

Case Number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350,660.11
---|---|---|---

LONGHORN CUSTOM COATING
PO BOX 4693
ODESSA, TX  79760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3888**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58,370.00

LOVELADY DIRECTIONAL DRILLING LLC
PO BOX 150707
LUFKIN, TX  75915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 5298**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,135.66

M&M SANITATION
P.O. BOX 695
SPEARFISH, SD  57783

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1539**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,367.50

MARCO INSPECTION SERVICES LLC
PO BOX 1941
KILGORE, TX  75663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 5824**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,088.28

MARTIN MARIETTA MATERIALS INC
PO BOX 677061
DALLAS, TX  75267-7061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 8343**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Crossfire, LLC

(Name)

Case Number (if known)  21-90054

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $893.81 |
| --- | --- | --- | --- |

MATHESON TRI-GAS INC
DEPT 3028
PO BOX 123028
DALLAS, TX  75312-3028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3939**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,673.00 |
| --- | --- | --- | --- |

MAX PAPAY LLC
PO BOX 1060
MEADE, KS  67864

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1878**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,430.46 |
| --- | --- | --- | --- |

MCCOY'S BUILDING SUPPLY
PO BOX 1362
SAN MARCOS, TX  78677

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3951**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,560.56 |
| --- | --- | --- | --- |

MG CLEANERS LLC
DRAWER 2234
PO BOX 5935
TROY, MI  48007-5935

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 3985**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,530.00 |
| --- | --- | --- | --- |

MICHAELS FENCE & SUPPLY, INC
1500 EAST YELLOWSTONE HWY
CASPER, WY  82601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1435**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Crossfire, LLC
          _____
          (Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.206 | **Nonpriority creditor's name and mailing address**<br><br>MIDSTREAM SUPPLY & RENTAL LLC<br>PO BOX 1204<br>BENTON, LA  71006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6683** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,115.60 |
| 3.207 | **Nonpriority creditor's name and mailing address**<br><br>MIDWEST HOSE & SPECIALTY INC<br>PO BOX 96558<br>OKLAHOMA CITY, OK  73143-6558<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8491** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $211.83 |
| 3.208 | **Nonpriority creditor's name and mailing address**<br><br>MID-WEST ROOFING COMPANY<br>225 18TH STREET SE, PO BOX 710<br>MASON CITY, IA  50402<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1937** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110,533.00 |
| 3.209 | **Nonpriority creditor's name and mailing address**<br><br>MILLS CONSTRUCTION & WELDING<br>PO BOX 989<br>CUSHING, OK  74023-0989<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6943** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $519.89 |
| 3.210 | **Nonpriority creditor's name and mailing address**<br><br>MITCHELL HOPPER INFRASTRUCTURE<br>3304 GALESBURG DRIVE<br>AUSTIN, TX  78745<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 6008** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,500.00 |

Debtor    Crossfire, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.211**

**Nonpriority creditor's name and mailing address**

MOBILE MINI STORAGE SOLUTIONS
PO BOX 650882
DALLAS, TX  75265-0882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4027**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,275.76

---

**3.212**

**Nonpriority creditor's name and mailing address**

MOBILE MINI STORAGE SOLUTIONS
PO BOX 650882
DALLAS, TX  75265-0882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8556**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,421.24

---

**3.213**

**Nonpriority creditor's name and mailing address**

MOBILE MINI TANK & PUMP SOL
PO BOX 650882
DALLAS, TX  75265-0882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4355**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,946.86

---

**3.214**

**Nonpriority creditor's name and mailing address**

MPS ENTERPRISES INC
7607 W INDUSTRIAL AVE
MIDLAND, TX  79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4713**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$638.68

---

**3.215**

**Nonpriority creditor's name and mailing address**

MRC GLOBAL
PO BOX 204392
DALLAS, TX  75320-4392

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,816.97

---

Debtor    Crossfire, LLC    Case number (if known)    21-90054
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|----------------|

**3.216**

**Nonpriority creditor's name and mailing address**

MULHOLLAND ENERGY SERVICES LLC
PO BOX 4227
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$161,889.29

---

**3.217**

**Nonpriority creditor's name and mailing address**

NAPA AUTO PARTS - BARRON
409 E 2ND STREET
ODESSA, TX  79761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9356**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$157.49

---

**3.218**

**Nonpriority creditor's name and mailing address**

NASH TRUCKING & CONSTRUCTION
PO BOX 219
WOODLAWN, TX  75694

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4067**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200.00

---

**3.219**

**Nonpriority creditor's name and mailing address**

NATIONWIDE TRAILERS LLC
11811 N. FRWY, 210
HOUSTON, TX  77060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7515**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$236.09

---

**3.220**

**Nonpriority creditor's name and mailing address**

NICKEL ROCK LLC
PO BOX 2239
SAN MARCOS, TX  78667

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0096**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,655.60

---

Debtor  Crossfire, LLC
_____
(Name)

Case number (if known) 21-90054

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.221** | **Nonpriority creditor's name and mailing address**

NORTHWEST CONTRACTORS SUPPLY
664 CIRCLE DRIVE
CASPER, WY  82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6100**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$484.05

---

**3.222** | **Nonpriority creditor's name and mailing address**

NOVA MEDICAL CENTERS
PO BOX 840066
DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1565**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$838.72

---

**3.223** | **Nonpriority creditor's name and mailing address**

OMNI AIR & NITROGEN LTD
8809 E HWY 80
MIDLAND, TX  79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6719**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,996.72

---

**3.224** | **Nonpriority creditor's name and mailing address**

OUTBACK RENTALS & LANDSCAPE SUP.
1442 EAST HWY 40
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4178**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,896.66

---

**3.225** | **Nonpriority creditor's name and mailing address**

OXYGEN SERVICE COMPANY
1111 PIERCE BUTLER ROUTE
ST. PAUL, MN  55104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0350**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,126.36

---

Debtor    Crossfire, LLC

(Name)

Case number (if known)    21-90054

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.226** | **Nonpriority creditor's name and mailing address**

PATE TRUCKING CO LLC
6510 70TH ST, STE 101
LUBBOCK, TX  79424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,265.37

---

**3.227** | **Nonpriority creditor's name and mailing address**

PATRIOT CONSTRUCTION & IND LLC
1026 TOBY MOUTON ROAD
DUSON, LA  70529

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7513**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,172.49

---

**3.228** | **Nonpriority creditor's name and mailing address**

PEAK PERFORMANCE FIRE & SAFETY SOLUTIONS
PO BOX 226
PAGOSA SPRINGS, CO  81147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0650**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,078.41

---

**3.229** | **Nonpriority creditor's name and mailing address**

PERMIAN BASIN MATERIALS LLC
PO BOX 14168
ODESSA, TX  79768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2703**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,449.69

---

**3.230** | **Nonpriority creditor's name and mailing address**

PIPELINE SUPPLY & SERVICE
PO BOX 74321
CLEVELAND, OH  44194-4321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$96,887.49

Debtor    Crossfire, LLC

(Name)

Case number (if known)    21-90054

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,007.82

PLAINS WELDING SUPPLY INC
522 S MAIN ST
CARLSBAD, NM  88220

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5499**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,803.23

POWER MOTIVE CORPORATION
PO BOX 912377
DENVER, CO  80291-2377

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 4266**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41,333.45

POWER PLAN
21310 NETWORK PL
CHICAGO, IL  60673-1213

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5515**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,354.40

POWER PLAN
21310 NETWORK PL
CHICAGO, IL  60673-1213

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 9450**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,485.00

PRECISION CRANE & TRANSPORT LLC
P.O. 3264
ODESSA, TX  79762

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 1888**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Crossfire, LLC                                      Case number (if known)   21-90054
         (Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.236** **Nonpriority creditor's name and mailing address**

PRECISION NDT LLC
1508 W JESIFER
HOBBS, NM  88242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5936**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,100.00

---

**3.237** **Nonpriority creditor's name and mailing address**

PRESTIGE EQUIPMENT RENTALS LLC
PO BOX 1745
ARTESIA, NM  88211-1745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5898**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,356.56

---

**3.238** **Nonpriority creditor's name and mailing address**

PRICE SUPPLY INC
109 CASON RD
BROUSSARD, LA  70518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6430**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,499.35

---

**3.239** **Nonpriority creditor's name and mailing address**

PRO-KOTE ENGINEERING & SUPPLY
590 CIRCLE DR
CASPER, WY  82601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5908**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,211.49

---

**3.240** **Nonpriority creditor's name and mailing address**

PURE WATER PARTNERS LLC
PO BOX 24445
SEATTLE, WA  98124-0444

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OFFICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$128.19

| Debtor | Crossfire, LLC | | Case number (if known) | 21-90054 |
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.241 | **Nonpriority creditor's name and mailing address**<br><br>QP ENERGY SERVICES LLC<br>1221 SOUTH MAIN ST STE 208<br>BOERNE, TX 78006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9545** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,134.42 |

| 3.242 | **Nonpriority creditor's name and mailing address**<br><br>QUADCO LLC<br>PO BOX 200293<br>ANCHORAGE, AK 99520<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4319** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $378.70 |

| 3.243 | **Nonpriority creditor's name and mailing address**<br><br>QUALITY GATE & CONTROLS<br>PO BOX 60593<br>MIDLAND, TX 79711<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4324** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,484.51 |

| 3.244 | **Nonpriority creditor's name and mailing address**<br><br>QUALITY IRRIGATION SOLUTIONS<br>23400 ROAD N<br>CORTEZ, CO 81321<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1014** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,097.86 |

| 3.245 | **Nonpriority creditor's name and mailing address**<br><br>R&R REST STOPS<br>1835 SKYVIEW DR.<br>CASPER, WY 82601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3898** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $138.92 |

Debtor    Crossfire, LLC                                   Case number (if known)    21-90054
          (Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.246** **Nonpriority creditor's name and mailing address**

R.O. POMROY EQUIP RENTAL INC
PO BOX 1683
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4431**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,767.44

---

**3.247** **Nonpriority creditor's name and mailing address**

RAIN FOR RENT
FILE 52541
LOS ANGELES, CA  90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4335**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$92,693.25

---

**3.248** **Nonpriority creditor's name and mailing address**

RANGELY TRUE VALUE
105 W. MAIN STREET
RANGELY, CO  81648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4444**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$219.75

---

**3.249** **Nonpriority creditor's name and mailing address**

RANGEVIEW METROPOLITAN DISTRICT
34501 EAST QUINCY AVE BLDG 34
WATKINS, CO  80137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1260**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,397.72

---

**3.250** **Nonpriority creditor's name and mailing address**

RAYMOND CONSTRUCTION
PO BOX 1954
CENTER, TX  75935

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3708**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$143,752.00

---

Debtor    Crossfire, LLC
          (Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.251** **Nonpriority creditor's name and mailing address**

RECLA METALS
136 SOUTH MAPLE
MONTROSE, CO  81401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4356**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,232.96

---

**3.252** **Nonpriority creditor's name and mailing address**

RED BALL OXYGEN CO INC
PO BOX 46166
HOUSTON, TX  77210-6166

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4357**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,897.18

---

**3.253** **Nonpriority creditor's name and mailing address**

REDI SERVICES LLC
PO BOX 310
LYMAN, WY  82937

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9633**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,254.84

---

**3.254** **Nonpriority creditor's name and mailing address**

RENTAL KING LLC
3705-B SOUTH CR 1210
MIDLAND, TX  79706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6033**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$165,649.14

---

**3.255** **Nonpriority creditor's name and mailing address**

RK SUPPLY
11400 WEST COUNTY ROAD 30
MIDLAND, TX  79707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5502**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$304.46

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.256** | **Nonpriority creditor's name and mailing address**
RKT OPERATING, LLC
2201 EAST LOOP 281
LONGVIEW, TX 75605

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 1407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,998.77

---

**3.257** | **Nonpriority creditor's name and mailing address**
RMS CRANES LLC
1900 E 66TH AVE
DENVER, CO 80229

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 4403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,263.14

---

**3.258** | **Nonpriority creditor's name and mailing address**
ROADRUNNER CAR AND TRUCK WASH INC
PO BOX 5910
FARMINGTON, NM 87499

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 0470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER

**Is the claim subject to offset?**
☒ No
☐ Yes

$299.71

---

**3.259** | **Nonpriority creditor's name and mailing address**
ROCKIN' B ENVIRONMENTAL SVCS INC
PO BOX 1167
KINGSVILLE, TX 78364

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 9295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$605.00

---

**3.260** | **Nonpriority creditor's name and mailing address**
ROCK'N SEVENTY SEVEN TRUCKING
70 COUNTY ROAD 5245
BLOOMFIELD, NM 87413

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,500.00

Debtor    Crossfire, LLC

(Name)

Case number (if known) 21-90054

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **3.261** | **Nonpriority creditor's name and mailing address**<br><br>ROCKY MOUNTAIN POWER<br>PO BOX 26000<br>PORTLAND, OR  97256<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7432** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITY PROVIDER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53.89 |
| **3.262** | **Nonpriority creditor's name and mailing address**<br><br>ROSENBAUM CONSTRUCTION CO INC<br>PO BOX 2308<br>FARMINGTON, NM  87499<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4433** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,067.50 |
| **3.263** | **Nonpriority creditor's name and mailing address**<br><br>ROY BAILEY CONSTRUCTION INC<br>255 BENOIT ROAD<br>BELL CITY, LA  70630<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9903** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,854.66 |
| **3.264** | **Nonpriority creditor's name and mailing address**<br><br>RSK TRANSPORT LLC<br>PO BOX 4266<br>CORPUS CHRISTI, TX  78469<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9932** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,931.00 |
| **3.265** | **Nonpriority creditor's name and mailing address**<br><br>S & S ROCK CRUSHING, INC<br>PO BOX 931<br>SUBLETTE, KS  67877<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1492** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,959.71 |

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64,385.00 |

S.D. TWOMEY TRUCKING
1450 HILLS LAKE ROAD
CARTHAGE, TX  75633

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 3566**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46,368.27 |

SAFERACK LLC
PO BOX 117366
ATLANTA, GA  30368-7366

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 2746**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $624.40 |

SAFETY SOLUTIONS LLC
PO BOX 1191
MIDLAND, TX  79702

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE

**Last 4 digits of account number: 5745**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,494.70 |

SAFETY SOLUTIONS LLC
PO BOX 1191
MIDLAND, TX  79702

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 9966**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,071.72 |

SAFETY-KLEEN SYSTEMS INC
PO BOX 650509
DALLAS, TX  75265-0509

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 8566**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Crossfire, LLC                                      Case number (if known)  21-90054
          (Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,844.91

SANDBAGS LLC
102 CASSIA WAY
HENDERSON, NV 89014

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5516**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,094.96

SATELLITE SHELTERS INC
PO BOX 860700
MINNEAPOLIS, MN 55486-0700

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 0024**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $42,810.00

SCC INSPECTION SERVICES INC
PO BOX 2467
GREAT FALLS, MT 59403

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 6162**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $11,854.17

SECOR
PO BOX 670770
DALLAS, TX 75267-0770

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 4505**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,892.96

SERRANO'S INC
PO BOX 126
BLOOMFIELD, NM 87413

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 4512**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Crossfire, LLC

(Name)

Case number (if known)   21-90054

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.276** | **Nonpriority creditor's name and mailing address**

SHAMROCK STEEL SALES
PO BOX 1492
ODESSA, TX  79760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4062**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,128.26

---

**3.277** | **Nonpriority creditor's name and mailing address**

SHAWCOR INC
PO BOX 975369
DALLAS, TX  75397

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5518**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,260.33

---

**3.278** | **Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS CO
PO BOX 840943
DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4526**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,909.00

---

**3.279** | **Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS CO - CORPUS
PO BOX 840943
DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0203**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,576.61

---

**3.280** | **Nonpriority creditor's name and mailing address**

SIMON CONTRACTORS OF SOUTH DAKOTA, INC
PO BOX 2720
RAPID CITY, SD  57709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1562**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,003.84

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.281** | **Nonpriority creditor's name and mailing address**

SITECH TEXOMA INC
PO BOX 61828
MIDLAND, TX  79711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4538**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,204.03

---

**3.282** | **Nonpriority creditor's name and mailing address**

SMITH ENERGY SERVICES INC
PO BOX 4896, DEPT. 999235
HOUSTON, TX  77210-4896

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3676**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,586.00

---

**3.283** | **Nonpriority creditor's name and mailing address**

SOUTHEAST READI-MIX PRODUCTS
PO BOX 1987
CARLSBAD, NM  88221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4573**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,629.36

---

**3.284** | **Nonpriority creditor's name and mailing address**

SOUTHERN TIRE MART LLC
PO BOX 1000 DEPT 143
MEMPHIS, TN  38148-0143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0290**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,319.07

---

**3.285** | **Nonpriority creditor's name and mailing address**

SOUTHLAND SAFETY LLC
PO BOX 1435
HENDERSON, TX  75653

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0325**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,075.50

---

| Debtor | Crossfire, LLC | Case number (if known) | 21-90054 |
| | (Name) | | |

| **Part 2:** | Additional Page |

| | | | Amount of claim |
| --- | --- | --- | --- |

3.286 **Nonpriority creditor's name and mailing address**

SOUTHWEST AG INC
39927 HWY. 160 GEM VILLAGE
BAYFIELD, CO  81122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4630**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,353.50

---

3.287 **Nonpriority creditor's name and mailing address**

SPECIALTY EQUIPMENT CO
PO BOX 7156
ODESSA, TX  79760-7156

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0117**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$427.65

---

3.288 **Nonpriority creditor's name and mailing address**

SPEED TECHNICAL SERVICES LLC
PO BOX 1197
MONT BELVIEU, TX  77580

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0000**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,648.49

---

3.289 **Nonpriority creditor's name and mailing address**

SPLIT MOUNTAIN PIPE & SUPPLY
1120 EAST HWY 40
VERNAL, UT  84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4186**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,185.03

---

3.290 **Nonpriority creditor's name and mailing address**

STANDARD FREIGHT LLC
16814 N ELDRIDGE PKY SUITE B
TOMBALL, TX  77377

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6271**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,950.00

---

Debtor    Crossfire, LLC
          (Name)

Case Number (if known)    21-90054

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.291**

**Nonpriority creditor's name and mailing address**

STEEL DEPOT
PO BOX 2007
HOBBS, NM  88241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3677**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,448.79

---

**3.292**

**Nonpriority creditor's name and mailing address**

STERLING CRANE LLC
9351 GRANT STREET SUITE 250
THORNTON, CO  80229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4596**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$421,413.00

---

**3.293**

**Nonpriority creditor's name and mailing address**

STERLING SITE ACCESS SOLUTIONS
PO BOX 83319
CHICAGO, IL  60691-3319

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6442**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,113.72

---

**3.294**

**Nonpriority creditor's name and mailing address**

STRATA INNOVATIVE SOLUTIONS
12005 STARCREST DR
SAN ANTONIO, TX  78247

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1754**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$558,167.11

---

**3.295**

**Nonpriority creditor's name and mailing address**

STRIKE, LLC
1800 HUGHES LANDING BOULEVARD, SUITE 500
THE WOODLANDS, TX  77380

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

Debtor    Crossfire, LLC        Case number *(if known)*   21-90054

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72,555.25 |
|---|---|---|---|

**3.296**

**Nonpriority creditor's name and mailing address**

STUBBS & STUBBS OILFIELD CONSTR. INC
PO BOX 32
VERNAL, UT 84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $72,555.25

---

**3.297**

**Nonpriority creditor's name and mailing address**

SUNBELT RENTALS INC
PO BOX 409211
ATLANTA, GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,809.94

---

**3.298**

**Nonpriority creditor's name and mailing address**

SUNBELT RENTALS INC
PO BOX 409211
ATLANTA, GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $41,230.62

---

**3.299**

**Nonpriority creditor's name and mailing address**

SUNSTATE EQUIPMENT CO LLC
PO BOX 208439
DALLAS, TX 75320-8439

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4623

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $18,110.16

---

**3.300**

**Nonpriority creditor's name and mailing address**

SUPERIOR HYDROVAC SOLUTIONS
PO BOX 1645
HOBBS, NM 88241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $16,952.82

Debtor  Crossfire, LLC

(Name)

Case number (if known)  21-90054

| Part 2: | Additional Page |
|---------|-----------------|

| | | | Amount of claim |
|---|---|---|---|
| | | | |

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,088.00**

SUPERIOR JANITORIAL SVCS OF CO
3610 35TH AVE. 5
EVANS, CO  80620

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
OFFICE

**Last 4 digits of account number: 5853**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$126,953.99**

TECHCORR USA MANAGEMENT LLC
DRAWER 2592  PO BOX 5935
TROY, MI  48007-5935

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 0732**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$29,601.60**

TERRACON CONSULTANTS INC
PO BOX 959673
ST. LOUIS, MO  63195-8673

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 9603**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,090.00**

TERRIER SERVICES INC
36 COUNTY RD 513
BLOOMFIELD, MT  59315

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 0397**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,230.00**

TEXAS GAMMA RAY
8777 TALLYHO ROAD BUILDING 1
HOUSTON, TX  77061

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 0233**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Crossfire, LLC
         (Name)

Case Number (if known) 21-90054

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

**3.306** | **Nonpriority creditor's name and mailing address**

THE JK KALB CO INC
PO BOX 4101
CORPUS CHRISTI, TX 78469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,110.00

---

**3.307** | **Nonpriority creditor's name and mailing address**

THE MCCRELESS COMPANY
1318 N GRANT AVE
ODESSA, TX 79761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3416

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MARKETING

**Is the claim subject to offset?**
☒ No
☐ Yes

$568.31

---

**3.308** | **Nonpriority creditor's name and mailing address**

TIGER SAFETY
PO BOX 733254
DALLAS, TX 75373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5439

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,649.97

---

**3.309** | **Nonpriority creditor's name and mailing address**

TIRE PROS OF VERNAL
1011 W HWY 40
VERNAL, UT 84078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$188.22

---

**3.310** | **Nonpriority creditor's name and mailing address**

TNT CRANE & RIGGING INC
PO BOX 847561
DALLAS, TX 75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7991

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,198.11

---

Debtor   Crossfire, LLC
         (Name)

Case Number (if known)   21-90054

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.311** **Nonpriority creditor's name and mailing address**

TOP LINE RENTAL LLC
PO BOX 2290
HENDERSON, TX  75653

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4721**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,752.67

---

**3.312** **Nonpriority creditor's name and mailing address**

TORCSILL FOUNDATIONS LLC
12000 AEROSPACE AVE 115
HOUSTON, TX  77034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9772**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,919.88

---

**3.313** **Nonpriority creditor's name and mailing address**

TORO COMPLETE SERVICES INC
1411 W. 2ND
ODESSA, TX  79763

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5674**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,380.82

---

**3.314** **Nonpriority creditor's name and mailing address**

TORRES TRUCKING
4402 93RD DR
LUBBOCK, TX  79424-5106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5139**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,060.14

---

**3.315** **Nonpriority creditor's name and mailing address**

TOTAL SAFETY US INC
PO BOX 654171
DALLAS, TX  75265-4171

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1437**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,390.30

| Debtor | Crossfire, LLC | Case Number (if known) | 21-90054 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.316 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL TORQUE LLC<br>124 SOUTH WARD DR.<br>LONGVIEW, TX  75604<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5714** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,991.28 |
| 3.317 | **Nonpriority creditor's name and mailing address**<br><br>TRANS PECOS INSTRUMENT & SUPPLY<br>PO DRAWER 71<br>PECOS, TX  79772<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0965** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $321.10 |
| 3.318 | **Nonpriority creditor's name and mailing address**<br><br>TRENCH PLATE RENTAL CO<br>13217 LAURELDALE AVE<br>DOWNEY, CA  90242<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0995** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OPERATIONS SUPPLIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,319.81 |
| 3.319 | **Nonpriority creditor's name and mailing address**<br><br>TRENTON CORPORATION<br>7700 JACKSON RD<br>ANN ARBOR, MI  48103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0997** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,860.97 |
| 3.320 | **Nonpriority creditor's name and mailing address**<br><br>TRIPLE J WELL SERVICE INC<br>PO BOX 443<br>DE BERRY, TX  75639<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5023** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SUBCONTRACTOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $690.63 |

Debtor   Crossfire, LLC

(Name)

Case number (if known)   21-90054

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.321 | **Nonpriority creditor's name and mailing address** | | $4,413.23 |
|---|---|---|---|

TRIPLE S TRUCKING CO
P.O. BOX 100
AZTEC, NM  87410

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4760**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | | $5,337.65 |
|---|---|---|---|

TRIPLE T'S LININGS
PO BOX 477
CARLSBED, NM  88221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5000**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | | $3,735.57 |
|---|---|---|---|

TRI-STATE VACUUM AND RENTAL, LLC
12267 US HWY 84 E
JOAQUIN, TX  75954

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0851**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | | $49,839.40 |
|---|---|---|---|

TROTTER CONSTRUCTION INC
PO BOX 206
GRASSY BUTTE, ND  58634

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | | $33,598.80 |
|---|---|---|---|

TRUHORIZON ENVIR. SOLUTIONS
187 COY RD.
WEATHERFORD, TX  76087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3903**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Crossfire, LLC                                                              Case Number (if known)  21-90054
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | **Amount of claim** |
|--|--|--------------------|

**3.326**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $35,684.50
          TT TECHNOLOGIES INC                                    *Check all that apply.*
          2020 E. NEW YORK ST                                    ☐ Contingent
          AURORA, IL  60502                                      ☐ Unliquidated
                                                                 ☐ Disputed
          **Date or dates debt was incurred**
                                                                 **Basis for the claim:**
          VARIOUS                                                OPERATIONS SUPPLIER

          **Last 4 digits of account number: 9299**              **Is the claim subject to offset?**
                                                                 ☒ No
                                                                 ☐ Yes

---

**3.327**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,779.63
          TWENTY20 SOLUTIONS                                     *Check all that apply.*
          8308 STERLING ST                                       ☐ Contingent
          IRVING, TX  75063                                      ☐ Unliquidated
                                                                 ☐ Disputed
          **Date or dates debt was incurred**
                                                                 **Basis for the claim:**
          VARIOUS                                                PROFESSIONAL SERVICES

          **Last 4 digits of account number: 7009**              **Is the claim subject to offset?**
                                                                 ☒ No
                                                                 ☐ Yes

---

**3.328**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,092.24
          TWINCO INC                                             *Check all that apply.*
          5201 S LOOP E                                          ☐ Contingent
          HOUSTON, TX  77033                                     ☐ Unliquidated
                                                                 ☐ Disputed
          **Date or dates debt was incurred**
                                                                 **Basis for the claim:**
          VARIOUS                                                OPERATIONS SUPPLIER

          **Last 4 digits of account number: 1113**              **Is the claim subject to offset?**
                                                                 ☒ No
                                                                 ☐ Yes

---

**3.329**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $9,028.14
          ULTRASONIC GUIDED WAVE LLC                             *Check all that apply.*
          17502 HWY 34                                           ☐ Contingent
          FORT MORGAN, CO  80701                                 ☐ Unliquidated
                                                                 ☐ Disputed
          **Date or dates debt was incurred**
                                                                 **Basis for the claim:**
          VARIOUS                                                SUBCONTRACTOR

          **Last 4 digits of account number: 5100**              **Is the claim subject to offset?**
                                                                 ☒ No
                                                                 ☐ Yes

---

**3.330**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $81,519.50
          UNITED PIPELINE SYSTEMS INC.                           *Check all that apply.*
          135 TURNER DRIVE                                       ☐ Contingent
          DURANGO, CO  81303                                     ☐ Unliquidated
                                                                 ☐ Disputed
          **Date or dates debt was incurred**
                                                                 **Basis for the claim:**
          VARIOUS                                                SUBCONTRACTOR

          **Last 4 digits of account number: 1904**              **Is the claim subject to offset?**
                                                                 ☒ No
                                                                 ☐ Yes

---

Debtor   Crossfire, LLC                                    Case number (if known)   21-90054
         (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.331 | **Nonpriority creditor's name and mailing address** | $214,953.50 |
|---|---|---|

UNITED RENTALS INC
PO BOX 840514
DALLAS, TX  75284-0514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4795**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | $35,445.32 |
|---|---|---|

UNITED RENTALS INC
PO BOX 840514
DALLAS, TX  75284-0514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1181**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | $35,477.70 |
|---|---|---|

UNITED STEEL STRUCTURES INC
1330 ENCLAVE PKWY SUITE 400
HOUSTON, TX  77077

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5847**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | $5,196.80 |
|---|---|---|

UNITED WESTERN DENVER LLC
6201 E 42ND AVE
DENVER, CO  80216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5999**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | $471.17 |
|---|---|---|

VERMEER MIDSOUTH, INC
PO BOX 1798
MEMPHIS, TN  38101-9715

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6307**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Crossfire, LLC
          (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.336**

**Nonpriority creditor's name and mailing address**

VIC'S CRANE & HEAVY HAUL, INC
3000 145TH STREET EAST
ROSEMOUNT, MN  55068

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1753**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,420.01

---

**3.337**

**Nonpriority creditor's name and mailing address**

VOSBERG ENTERPRISES INC
1006 350TH ST.
FARNHAMVILLE, IA  50538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1763**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,966.57

---

**3.338**

**Nonpriority creditor's name and mailing address**

WARRIOR TECHNOLOGIES LLC
400 W ILLINOIS, STE 1120
MIDLAND, TX  79701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6039**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,629.46

---

**3.339**

**Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF DENVER CO
PO BOX 7400
PASADENA, CA  91109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4872**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.34

---

**3.340**

**Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF NEW MEXICO
PO BOX 7400
PASADENA, CA  91109-7400

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1663**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

---

Debtor    Crossfire, LLC
                (Name)                                          Case number (if known)   21-90054

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.341** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $309,503.78
Check all that apply.

WELDFIT SERVICES
4133 SOUTHERLAND RD.
HOUSTON, TX  77092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 6181**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,342.03
Check all that apply.

WELDING SUPPLY OF PECOS LLC
PO BOX 30
PECOS, TX  79772

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 9097**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,254.27
Check all that apply.

WEST TEXAS DUMPSTERS
6100 LAKE FOREST DRIVE 505
ATLANTA, GA  30328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SUBCONTRACTOR

**Last 4 digits of account number: 0796**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $528,308.46
Check all that apply.

WHITCO SUPPLY LLC
200 N. MORGAN AVENUE
BROUSSARD, LA  70518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 5461**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,580.35
Check all that apply.

WHITE CAP
PO BOX 4852
ORLANDO, FL  32802-4852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OPERATIONS SUPPLIER

**Last 4 digits of account number: 1533**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Crossfire, LLC _____   Case number (if known) 21-90054
         (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.346 | **Nonpriority creditor's name and mailing address** | | $9,675.00 |
|---|---|---|---|

WHITE RIVER SAFETY INC
PO BOX 282
RANGELY, CO  81648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4919**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.347 | **Nonpriority creditor's name and mailing address** | | $12,930.18 |
|---|---|---|---|

WILLIAMS SCOTSMAN INC
PO BOX 91975
CHICAGO, IL  60693-1975

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4933**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.348 | **Nonpriority creditor's name and mailing address** | | $4,038.20 |
|---|---|---|---|

WILLIAMS SCOTSMAN INC
PO BOX 91975
CHICAGO, IL  60693-1975

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1526**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.349 | **Nonpriority creditor's name and mailing address** | | $14,077.50 |
|---|---|---|---|

WOLF PACK RENTALS LLC
PO BOX 247
ALTAIR, TX  77412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3791**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.350 | **Nonpriority creditor's name and mailing address** | | $223,390.58 |
|---|---|---|---|

WOLVERINE MAT, LLC
PO BOX 548
CEDAR SPRINGS, MI  49319

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0976**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Crossfire, LLC
         (Name)

Case number (if known)   21-90054

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.351**  **Nonpriority creditor's name and mailing address**

WORLDWIDE MACHINERY
PO BOX 172363
DENVER, CO  80217-2363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1257**

**As of the petition filing date, the claim is:**   $34,508.84
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
OPERATIONS SUPPLIER

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.352**  **Nonpriority creditor's name and mailing address**

XCEL NDT LLC
PO BOX 146
CLIFTON, KS  66937

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5896**

**As of the petition filing date, the claim is:**   $26,920.80
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBCONTRACTOR

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |

| 5a. | Total claims from Part 1 | 5a. | | **UNDETERMINED** |
| --- | --- | --- | --- | --- |
| 5b. | Total claims from Part 2 | 5b. | + | **$17,349,752.24** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$17,349,752.24** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/10/19 | 1804 LTD., LLC SUITE 150 6385 OLD SHADY OAK ROAD EDEN PRAIRIE, MN  55334 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/07/20 | 3E, INC. 7724 N SAWTOOTH COVE RD VERNAL, UT  84078 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED 05/21/19 | 4 HORSE CONSTRUCTION, LLC 15033 NACOGDOCHES RD SUITE 208 SAN ANTONIO, TX  78247 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/28/20 | 4 WARRIORS HYDRO EXCAVATION, LLC PO BOX 2407 ELK CITY, OK  73648 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Crossfire, Ltd.                                    Case Number (if known)   21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/07/17 | A TO Z ELECTRIC OF BAYFIELD ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT DATED 08/22/14 | ABRAMS KEIWIT 3125 W. PAISANO DR. EL PASO, TX  79922 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT CHANGE ORDER DATED 12/19/16 | ABRAMS KEIWIT 3125 W. PAISANO DR. EL PASO, TX  79922 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT CHANGE ORDER DATED 06/14/17 | ABRAMS KEIWIT 3125 W. PAISANO DR. EL PASO, TX  79922 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MASTER SERVICE AND SUPPLY AGREEMENT ONSHORE AND MARITIME DATED 10/05/10 | ACACIA NATURAL GAS COPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AND SUPPLY AGREEMENT DATED 03/10/08 | ACADIA NATURAL GAS CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor        Crossfire, Ltd.                                    Case Number (if known)   21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/24/19 | ACCURATE PUMPING & CONTRACTING, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/05/19 | ADVANCED INDUSTRIAL SERVICES MIDCON REGION, INC. 34933 IMPERIAL STREET BAKERSFIELD, CA  93308 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/20/21 | ADVANCED PUMPING, LLC PO BOX 10423 CORPUS CHRISTI, TX  78460 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/07/20 | ADVANCED TECHNOLOGIES INDUSTRUAL INSULATION, INC. PO BOX 1788 GRAND JUNCTION, CO  81502 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER 21-056 DATED 11/04/21 | ADVANTEK SHELBY COUNTY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/14/17 | AETHON ENERGY OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                              Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 07/15/20 | AHERN RENTALS PO BOX 271390 LAS VEGAS, NV  89127-1390 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | STRATEGIC ACCOUNTS SALES AGREEMENT DATED 01/28/16 | AIRGAS, INC AND AFFILIATES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES SUBCONTRACT AGREEMENT DATED 10/08/13 | AMEC ENVIRONMENT & INFRASTRUCTURE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/23/16 | AMPLIFY ENERGY CORPORATION FKA MEMORIAL PRODUCTION OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MSC DATED 06/12/14 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MSC DATED 04/08/15 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                        Case number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MSC DATED 12/09/15 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX 77380 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | BLANKET ORDER AMENDMENT DATED 08/01/17 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX 77380 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE CONTRACT DATED 09/24/12 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX 77380 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE CONTRACT DATED 01/22/15 | ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX 77380 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | MAJOR SERVICE CONTRACT DATED 09/09/20 | ANDEAVOR FIELD SERVICES LLC 19100 RIDGEWOOD PARKWAY SAN ANTONIO, TX 78259 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/08/16 | ANDEAVOR FIELD SERVICES LLC 19100 RIDGEWOOD PARKWAY SAN ANTONIO, TX 78259 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Crossfire, LLC
         (Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/18/13 | ANGUS NATURAL RESOURCES, LLC 1323 EAST 71ST STREET, SUITE 400 TULSA, OK  74136 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/23/18 | ANSCHUTZ EXPLORATION CORPORATION 555 17TH STREET, SUITE 2400 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/23/18 | ANSCHUTZ OIL COMPANY LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/09/19 | ANYTIME HYDROEXCAVATION INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/11/19 | AQUA TERRA WATER MANAGEMENT 10940 WEST SAM HOUSTON PKWY N SUITE 350 HOUSTON, TX  77064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/08/19 | ARB MIDSTREAM, LLC 720 S COLORADO BLVD DENVER, CO  80246 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Crossfire, Ltd.                                                    Case Number (if known)    21-90054
           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/19/19 | ARC ABATEMENT INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MODIFICATION DATED 07/06/18 | ARCHER WESTERN CONTRUCTION 105 S. CAMINO DEL RIO DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MODIFICATION DATED 10/18/18 | ARCHER WESTERN CONTRUCTION 105 S. CAMINO DEL RIO DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/04/18 | ARDENT SERVICES LLC PO BOX 974759 JENNIFER BURCHFIELD DALLAS, TX  75397-4759 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/25/21 | ARKOMA OPERATIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/09/19 | ASBESTOS REMOVAL, INC. PO BOX 13508 ODESSA, TX  79768 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                          Case Number (if known)   21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | BID BOND, NOTICE OF AWARD DATED 02/09/17 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT  6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408301 DATED 07/25/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT  6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND SU04576 DATED 09/15/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT  6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND SU04582 DATED 01/13/21 | ASPEN AMERICAN INSURANCE COMPANY 175 CAPITAL BOULEVARD SUITE 100 ROCKY HILL, CT  6067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/09/19 | ASSET GUARD PRODUCTS INC. DBA FALCON TECHNOLOGIES AND SERVICES, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/25/19 | ASTAR, INC 5801 N SHARTEL AVE OKLAHOMA CITY, OK  73118 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)                                                    Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/28/20 | ASTRO PAK CORPORATION 270 BAKER ST EAST SUITE 100 COSTA MESA, CA  92626 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/06/21 | ATLAS ENERGY SERVICES, LLC 3050 67TH AVE SUITE 100 GREELEY, CO  80634 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/01/17 | ATMOS ENERGY CORPORATION 5420 LBJ FREEWAY DALLAS, TX  75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/31/18 | ATMOS ENERGY CORPORATION 5420 LBJ FREEWAY DALLAS, TX  75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/17/17 | AUTOMATIONS & ELECTRONICS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/13/17 | AWP, INC 4244 MT. PLEASANT ST. NW NORTH CANTON, OH  44720 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC
             (Name)                                                    Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/17/19 | B & M CONCRETE PUMPING, LLC 7218 PORTER RD. CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/02/17 | BADGER DAYLIGHTING CORP 75 REMITTANCE DR SUITE 3185 CHICAGO, IL  60675-3185 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/29/19 | BADLANDS HYDROVAC SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/18/20 | BADLANDS POWER FUELS, LLC PO BOX 1369 MINOT, ND  58702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/28/20 | BAGWELL ENERGY SERVICES, INC. PO BOX 248 DELCAMBRE, LA  70528 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/21/20 | BARBER BROTHERS CONTRACTING COMPANY LLC P.O. BOX 66296 BATON ROUGE, LA  70896 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                              Case Number (if known):    21-90059
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR SERVICE DATED 08/26/20 | BARGATH LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/08/21 | BASA RESOURCES, INC. 14875 LANDMARK BLVD 4TH FLOOR DALLAS, TX  75254 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/17/16 | BASA RESOURCES, INC. 14875 LANDMARK BLVD 4TH FLOOR DALLAS, TX  75254 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/07/17 | BASIN DISPOSAL, INC. PO BOX 100 AZTEC, NM  87410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/30/20 | BASIN SAFETY CONSULTING CORP P.O. BOX 4752 WILLISTON, ND  58802 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/21/20 | BAY VALVE SERVICE, LLC 4385 SOUTH 133RD ST TUKWILA, WA  98168 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                    Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 02/03/21 | BCR COMPANIES 555 17TH STREET, SUITE 1725 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/13/20 | BENNETT ON-SITE SERVICES, LLC DBA BOSS CRANE & RIGGING ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 06/03/21 | BERKSHIRE HATHAWAY ENERGY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/24/19 | BIG D'S PUMPING, INC. PO BOX 356 RANGELY, CO 81648 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/05/18 | BIGFOOT ENERGY SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 03/11/20 | BIGHORN TRANSPORT SERVICES LLC PO BOX 3447 HOBBS, NM 88241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC
         (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/17/19 | BIGHORN VAC INC. 3107 ANTELOPE TRAIL UNIT 7 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/12/20 | BIOSEAL, LLC PO BOX 1125 LIVINGSTON, MT  59047 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/18/18 | BIRD ELECTRIC, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/22/17 | BISON OIL & GAS II, LLC 999 18TH STREET SUITE 3370 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 08/26/16 | BLACK HILLS GAS DISTRIBUTION, LLC 625 9TH STREET RAPID CITY, SD  57701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/01/14 | BLACK HILLS PLATEAU PRODUCTION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, Ltd.

(Name)

Case Number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/22/20 | BLACK RIVER PORTABLES LLC PO BOX 292 BLACK RIVER FALLS, WI  54615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/06/18 | BLACK ROCK CRUDE OIL SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/08/19 | BLACKBEARD OPERATING, LLC 200 N. LORAINE, SUITE 300 MIDLAND, TX  79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 01/31/17 | BLAZER SERVICES, LLC 1537 NE LOOP CARTHAGE, TX  75633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/25/17 | BLOCK "T" PETROLEUM, INC. PO BOX 2080 TYLER, TX  75710 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/01/18 | BLUE EAGLE OILFIELD SERVICES 499 RUSSELL LANE WEATHERFORD, TX  76087 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                    Case Number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.83 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED 01/27/20 | BLUE MOUNTAIN ENERGY, INC. 14701 HERTZ QUAIL SPRINGS PKWY OKLAHOMA CITY, OK 73134 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.84 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/01/19 | BLUE SKY DUMPSTERS, LLC 387 15TH ST W 235 DICKINSON, ND 58601 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.85 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/31/20 | BOBCAT ELECTRICAL & INSTRUMENTATION, LLC PO BOC 663 HILLSBORO, TX 76645 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.86 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/02/20 | BONANZA CREEK ENERGY OPERATING COMPANY, LLC 410 17TH STREET SUITE 1400 DENVER, CO 80202 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.87 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/12/12 | BONANZA CREEK ENERGY, INC. 410 17TH STREET SUITE 1400 DENVER, CO 80202 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.88 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/29/21 | BORSHEIM CRANE SERVICE, LLC PO BOX 678 WEST FARGO, ND 58078 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.
         (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/22/19 | BOWMAN SPECIALIZED SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | CALL OFF AGAINST MASTER AGREEMENT FOR PROVISION OF CONSTRUCTION SERVICES DATED 02/05/14 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | CALL OFF AGAINST MASTER AGREEMENT FOR PROVISION OF CONSTRUCTION SERVICES DATED 09/24/18 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT FOR PROVISION OF CONSTRUCTION SERVICES DATED 02/05/14 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | SUB-AGREEMENT DATED 04/24/15 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | SUB-AGREEMENT DATED 05/01/15 | BP AMERICA PRODUCTION CO. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                              Case Number (if known)   21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/05/17 | BP EXPLORATION & PRODUCTION, INC. 501 WESTLAKE PARK BOULEVARD HOUSTON, TX 77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICES AGREEMENT DATED 12/13/19 | BPX MIDSTREAM LLC 1700 PLATTE ST., SUITE 150 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/25/13 | BRAMMER ENGINEERING, INC. 400 TEXAS STREET SUITE 600 SHREVEPORT, TX 71101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/10/19 | BRAND X HYDROVAC SERVICES, INC PO BOX 1199 SILT, CO 81652 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 01/19/17 | BREITBURN OPERATING LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/09/19 | BTH SERVICES AND RENTAL LLC PO BOX 669 EUNICE, NM 88231 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.
(Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 05/21/21 | CABLE COMMUNICATION SERVICES, INC. 7200 SHADOWLAND CT BLACK HAWK, SD  57718 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/17/19 | CAERUS PICEANCE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/26/20 | CALIBER MIDSTREAM FRESH WATER PARTNERS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/28/15 | CALIBER MIDSTREAM PARTNERS LP 1200 17TH ST. SUITE 2100 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/30/15 | CALLON PETROLEUM COMPANY 200 NORTH CANAL STREET NATCHEZ, MS  39120 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/26/21 | CAMPOS EPC, LLC 1401 BLAKE STREET DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.                                                Case Number (if known)   21-90053
_____
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/01/16 | CARSON, LLC PO BOX 9 GREELEY, CO  80632-0009 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/03/20 | CASTLE ROCK SANITATION, LLC N4257 25TH AVE MAUSTON, WI  53948 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/13/16 | CASTLETON COMMODITIES INTERNATIONAL LLC 811 MAIN STREET SUITE 3500 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | T&M CALL OUT DATED 03/14/20 | CASTLETON COMMODITIES INTERNATIONAL LLC 811 MAIN STREET SUITE 3500 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/18/18 | CATAMOUNT ENERGY PARTNERS LLC 1801 BROADWAY SUITE 1000 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 05/13/21 | CBK TRANSPORT LLC 28310 ASCOT FARMS ROAD BEN FLEMING MAGNOLIA, TX  77354 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.                                    Case number (if known)   21-90058

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT AMENDMENT DATED 10/13/16 | CCI EAST TEXAS UPSTREAM LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/13/16 | CCI GULF COAST UPSTREAM LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | WATER PURCHASE AGREEMENT DATED 07/25/19 | CENTENNIAL WATER PIPELINES LLC 1200 17TH STREET SUITE 2850 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/10/11 | CENTERPOINT ENERGY FIELD SERVICES, LLC 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/03/18 | CENTERPOINT ENERGY RESOURCES CORP. 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 01/01/19 | CENTERPOINT ENERGY RESOURCES CORP. 1111 LOUISIANA ST HOUSTON, TX 77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 06/20/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 11/07/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 09/08/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/06/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 04/02/18 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/05/17 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | Crossfire, Ltd. | Case Number (if known) | 21-90054 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 06/19/18 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 02/20/18 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 10/22/18 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE CONTRACT DATED 11/11/14 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE CONTRACT DATED 11/16/15 | CENTERPOINT ENERGY SERVICE COMPANY, LLC 1111 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/19/21 | CENTURY FENCE COMPANY PO BOX 727 PEWAUKEE, WI  53072 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, LLC  Case Number (if known)  21-90054
      (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/05/21 | CERTARUS PO BOX 10685 MIDLAND, TX  79702-7685 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/20/12 | CHAMA OIL & MINERALS, LLC P.O. BOX 50203 MIDLAND, TX  79710 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 01/29/15 | CHAPARRAL ENERGY, LLC 701 CEDAR LAKE BLVD. OKLAHOMA CITY, OK  73114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/21/20 | CHAPARRAL INDUSTRIES INC 2320 OREGON ST. ODESSA, TX  79764-1841 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/02/08 | CHESAPEAKE OPERATING, INC. 6100 N. WESTERN AVE. OKLAHOMA CITY, OK  73154 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT NO. CW1450924 DATED 04/01/16 | CHEVRON U.S.A. INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                      Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT NO. CW1775231 DATED 12/15/19 | CHEVRON U.S.A. INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ENGINEERING, PROCUREMENT, CONSTRUCTION, AND INSTALLATION CONTRACT DATED 04/30/20 | CHEVRON U.S.A. INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/01/16 | CHEVRON USA, INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/15/19 | CHEVRON USA, INC. 6001 BOLLINGER CANYON RD SAN RAMON, CA  94583 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 08/17/18 | CIMAREX ENERGY CO. 1700 LINCOLN STREET SUITE 3700 DENVER, CO  80203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/06/20 | CIRCLE 8 CRANE SERVICES, LLC PO BOX 260370 CORPUS CHRISTI, TX  78426 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
(Name)                                                     Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.143 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/28/15 | CITATION OIL & GAS CORP 14077 CUTTEN ROAD HOUSTON, TX  77069 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.144 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 06/17/19 | CITY OF DURANGO 949 EAST 2ND AVENUE DURANGO, CO  81301 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.145 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/31/18 | CLARKE & CO. ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.146 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/03/20 | CLASSIC CRANE & TRANSPORT, LP PO BOX 1545 STEPHENVILLE, TX  76401 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.147 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/22/19 | CNJ OILFIELD SERVICES, LLC PO BOX 568 FARMINGTON, NM  87499-0568 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.148 **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 01/31/17 | CNJ OILFIELD SERVICES, LLC PO BOX 568 FARMINGTON, NM  87499-0568 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor     Crossfire, LLC                                          Case Number (if known)    21-90054
            (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.149** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROJECT AGREEMENT DATED 03/18/21 <br><br><br> CURRENT | COASTAL & HIGHWAY EROSION CONTROL LLC PO BOX 877 SIMMESPORT, LA  71369 |
| **2.150** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSTRUCTION CONTRACT DATED 05/28/20 <br><br><br> CURRENT | COLORADO NATURAL GAS, INC. ADDRESS ON FILE |
| **2.151** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SNOW REMOVAL AGREEMENT DATED 08/17/19 <br><br><br> CURRENT | COMMUNITY BANKS OF COLORADO 7800 EAST ORCHARD RD CENTENNIAL, CO  80111 |
| **2.152** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 10/31/16 <br><br><br> CURRENT | COMSTOCK OIL & GAS, LP ADDRESS ON FILE |
| **2.153** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 10/31/16 <br><br><br> CURRENT | COMSTOCK OIL & GAS-LOUISIANA, LLC ADDRESS ON FILE |
| **2.154** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 10/31/16 <br><br><br> CURRENT | COMSTOCK RESOURCES, INC. 5300 TOWN & COUNTRY BLVD. SUITE 500 FRISCO, TX  75034 |

Debtor     Crossfire, LLC                                          Case Number (if known)    21-90059
                (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.155** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER AGREEMENT - CONSTRUCTION DATED 05/01/15 <br><br><br> CURRENT | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| **2.156** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER AGREEMENT - WELL SERVICES DATED 12/01/14 <br><br><br> CURRENT | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| **2.157** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER AGREEMENT NO. 305445 DATED 10/01/15 <br><br><br> CURRENT | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| **2.158** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 01/14/11 <br><br><br> CURRENT | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| **2.159** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 05/01/15 <br><br><br> CURRENT | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |
| **2.160** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NOVATION AGREEMENT DATED 11/15/19 <br><br><br> CURRENT | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX  77079 |

Debtor    Crossfire, LLC                                    Case Number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF WORK AND OLA AGREEMENT DATED 07/12/21 | CONOCOPHILLIPS COMPANY 600 NORTH DAIRY ASHFORD HOUSTON, TX 77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 04/01/19 | CONTINENTAL RESOURCES, INC. 20 N. BROADWAY OKLAHOMA CITY, OK 73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/24/21 | COPPER TIP ENERGY SERVICES USA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/26/20 | COPPER TIP ENERGY SERVICES USA LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/02/21 | CORTEC, LLC 208 EQUITY BOULEVARD HOUMA, LA 70360 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AND SUPPLY AGREEMENT DATED 11/15/16 | COVEY PARK ENERGY LLC AND COVEY PARK II LLC 8401 N. CENTRAL EXPRESSWAY SUITE 700 DALLAS, TX 75225 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC

(Name)

Case number (if known)   21-90059

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/24/14 | CR MCB INVESTMENTS, LLC 13336 SOUTH SUN RIVER DRIVE RIVERTON, UT  84065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/06/18 | CRESCENT POINT ENERGY U.S. CORPORATION 555 17TH STREET SUITE 1800 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/07/19 | CRESTED BUTTE TRUCKING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 02/04/20 | CRESTONE PEAK RESOURCES MIDSTREAM, LLC 1801 CALIFORNIA STREET, SUITE 2500 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/16/18 | CRESTWOOD OPERATIONS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/01/19 | CRG PRESSURE WASHER COMPANY 5704 WATER TOWER RD CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)                                                Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 07/11/17 | CROSSFIRE AGGREGATE SERVICES, LLC PO BOX 352 IGNACIO, CO  81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/10/19 | CROWHEART ENERGY, LLC 1225 17TH STREET DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/26/19 | CRUZ ENERGY SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/10/17 | CVR ENERGY, INC 2277 PLAZA DRIVE SUITE 500 SUGAR LAND, TX  77479 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/12/20 | D&C LAND MANAGEMENT LLC 400 GEOGHAGAN RD. MANY, LA  71449 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/10/18 | DAKOTA LINE CONTRACTORS, INC 2729 PAINTBALL WAY BISMARCK, ND  58504 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC
(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/29/19 | DANCO ENTERPRISES INC. 215 W. BROADWAY STE 2 HOBBS, NM  88240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 08/12/20 | DARBY EQUIPMENT COMPANY 2940 N. TOLEDO AVE. TULSA, OK  74115 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/19/21 | DARKHORSE ENERGY SERVICES, LLC 10601 W MURPHY ST. ODESSA, TX  79766 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/22/17 | DBI, INC. 15440 W 109TH ST. LENEXA, KS  66219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/20/10 | DCP MIDSTREAM, LP 370 17TH ST., #2500 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/21/16 | DELAWARE G&P LLC 2501 CEDAR SPRINGS ROAD SUITE 100 DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)

Case Number (if known): 21-90053

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/24/17 | DELTA DIRECTIONAL DRILLING, LLC 9027 EASTSIDE DR. EXT NEWTON, MS  39345 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER GOODS AND SERVICES AGREEMENT DATED 07/23/19 | DENBURY ONSHORE, LLC 5320 LEGACY DRIVE PLANO, TX  75024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PIPELINE CONSTRUCTION SERVICE AGREEMENT DATED 02/29/12 | DEVON ENERGY PRODUCTION COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 03/10/08 | DEVON ENERGY PRODUCTION COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT ONSHORE AND MARITIME DATED 03/10/08 | DEVON ENERGY PRODUCTION COMPANY, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 03/10/08 | DEVON GAS SERVICES, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/24/17 | DH UNDERGROUND INC PO BOX 91958 ALBUQUERQUE, NM  87199 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/25/19 | DIAMOND D INSPECTION, INC. 11050 W. LITTLE YORK BLDG. G HOUSTON, TX  77041 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/19/16 | DISCOVERY DJ SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/07/17 | DIXIE ELECTRIC, LLC 1155 DAIRY ASHFORD RD SUITE 450 HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/15/18 | DJR OPERATING, LLC 1 ROAD 3263 AZTEC, NM  87410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 07/11/18 | DKM CONTRACTING LLC 15552 COUNTRY ROAD 496 LINDALE, TX  75771 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LTD                                                        Case Number (if known)    21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/07/17 | DMD FABRICATION & SERVICES, INC. 360  O STREET GREELEY, CO  80631 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/15/19 | DODSON TRUCKING INC. 18543 CR 2213D TATUM, TX  75691 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 02/02/17 | DODSON TRUCKING INC. 18543 CR 2213D TATUM, TX  75691 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/13/20 | DOUBLE J RENTALS 4180 FM 1970 CARTHAGE, TX  75633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/25/19 | DRIVER DIRECTIONAL, INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT CAMERON LETERAL DATED 04/07/20 | DTE LEADP GAS GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                   Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT PELICAN RESIDUE PL DATED 04/07/20 | DTE LEADP GAS GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 04/08/20 | DTE LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 12/19/19 | DTE PIPELINE COMPANY ONE ENERGY PLAZA ROOM 2084 WCB DETROIT, MI  48226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT DATED 12/19/19 | DTE PIPELINE COMPANY ONE ENERGY PLAZA ROOM 2084 WCB DETROIT, MI  48226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 09/27/21 | DTM LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | PIPELINE CONSTRUCTION CONTRACT DATED 08/23/21 | DTM LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                                    Case Number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/05/20 | ECNCOMPASS SERVICES, LLC P.O. BOX 207664 DALLAS, TX  75320 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/13/20 | ECO VACUUM SERVICES LLC 147 FM 3191 FALLS CITY, TX  78113 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 08/23/19 | EDGERTON SERVICE & EQUIPMENT LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 09/18/14 | EL PASO ENERGY SERVICE COMPANY, L.L.C. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 01/14/21 | EL TORO RESOURCES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 03/08/19 | ELAVATE MIDSTREAM PARTNERS, LLC 1415 LOUISIANA STREET SUITE 3400 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC
         (Name)

Case Number (if known)   21-90053

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/08/19 | ELEVATE MIDSTREAM 1415 LOUISIANA STREET SUITE 3400 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | MINOR SERVICES AGREEMENT DATED 03/09/18 | ELITE COMPRESSION SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/02/19 | ELK OPERATING SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/17/16 | EMPRESA ENERGY IV, LLC 9821 KATY FREEWAY SUITE 910 HOUSTON, TX  77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/20/19 | EMPRESA ENERGY LLC 9821 KATY FREEWAY SUITE 910 HOUSTON, TX  77024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/13/20 | ENABLE MIDSTREAM PARTNERS, LP 499 W. SHERIDAN AVE. OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/27/06 | ENCANA OIL & GAS (USA) INC. 14001 N. DALLAS PARKWAY SUITE 1100 DALLAS, TX  75240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 08/01/17 | ENDURING RESOURCES, LLC 511 16TH STREET SUITE 700 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/24/19 | ENERGY INSPECTION SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/09/14 | ENERGY TRANSFER PARTNERS, LP 1300 MAIN ST. SUITE 14 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/13/07 | ENERVEST OPERATING, L.L.C. 1001 FANNIN STREET SUITE 800 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR SERVICES AGREEMENT DATED 02/15/16 | ENGLOBAL U.S., INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd                                    Case number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/27/15 | ENLINK MIDSTREAM OPERATING, LP 1722 ROUTH STREET SUITE 1300 DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/21/16 | ENLINK MIDSTREAM PARTNERS, LP 1722 ROUTH STREET SUITE 1300 DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT NO. 6922 DATED 06/27/13 | ENTERPRISE PRODUCTS OPERATING LLC 1100 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO SERVICE AGREEMENT #6922 DATED 03/12/19 | ENTERPRISE PRODUCTS OPERATING, LLC 1100 LOUISIANA ST HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/31/20 | ENYWHEY SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/17/15 | EOG RESOURCES, INC. 333 CLAY STREET STE. 4200 HOUSTON, TX  77001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)    21-90058
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.233** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 07/16/21 <br><br> CURRENT | EOG RESOURCES, INC. 333 CLAY STREET STE. 4200 HOUSTON, TX  77001 |
| **2.234** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER ONSHORE CONSTRUCTION AGREEMENT DATED 05/06/19 <br><br> CURRENT | EP ENERGY E&P COMPANY, L.P. ADDRESS ON FILE |
| **2.235** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | GENERAL SERVICES AGREEMENT DATED 09/18/14 <br><br> CURRENT | EPBGP CONTRACTING SERVICES LLC ADDRESS ON FILE |
| **2.236** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED 03/22/11 <br><br> CURRENT | EPCO HOLDINGS, INC. ADDRESS ON FILE |
| **2.237** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER CONSTRUCTION SERVICES AGREEMENT DATED 12/02/14 <br><br> CURRENT | EQT GATHERING, LLC ADDRESS ON FILE |
| **2.238** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | EQUIPMENT RENTAL AGREEMENT DATED 07/28/20 <br><br> CURRENT | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO  65251 |

Debtor    Crossfire, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 09/14/20 | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO  65251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 10/16/20 | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO  65251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/10/20 | EQUIPMENTSHARE.COM, INC. 7131 LONGVIEW DR FULTON, MO  65251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DATED 10/20/21 | EVERSHEDS SUTHERLAND (US) LLP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/15/14 | EXTRACTION OIL AND GAS 370 17TH STREET, SUITE 5300 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 08/10/17 | F&S TRUCKING INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC

(Name)

Case Number (if known) 21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL FLEET ACCOUNT SERVICE BILLING AGREEMENT DATED 05/18/18 | FCA US LLC 1000 CHRYSLER DR CIMS 485-12-30 AUBURN HILLS, MI  48326 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/15/15 | FDL OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/20/20 | FLATIRONS DRILLING, INC. 26493 COUNTY ROAD 76 EATON, CO  80615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 06/21/16 | FLATIRONS DRILLING, INC. 26493 COUNTY ROAD 76 EATON, CO  80615 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/10/19 | FLATIRONS MIDSTREAM LLC 4029 SOUTH CAPITAL OF TEXAS HIGHWAY SUIT E 215 AUSTIN, TX  78704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/10/19 | FLATIRONS MIDSTREAM, LLC 4029 SOUTH CAPITAL OF TEXAS HIGHWAY SUIT E 215 AUSTIN, TX  78704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)    21-90059
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/15/15 | FLEUR DE LIS ENERGY, LLC 909 LAKE CAROLYN PARKWAY SUITE 500 IRVING, TX 75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/13/19 | FLOW-ZONE LLC DEPT. 248 PO BOX 4346 HOUSTON, TX 77210 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/05/15 | FOUNDATION ENERGY MANAGEMENT, LLC 5057 KELLER SPRINGS ROAD SUITE 650 ADDISON, TX 75001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 11/03/17 | FOUR CORNERS MATERIALS 2350 S1900 W STE. 200 OGDEN, UT 84401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 10/15/18 | FREEMAN & CURIEL ENGINEERS, LLC 13101 NORTHWEST FREEWAY, SUITE 320 HOUSTON, TX 77040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 12/12/19 | FRONTIER HEAVY HAUL AND SUPPORT INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/15/17 | FUZION FIELD SERVICES, LLC PO BOX 200638 EVANS, CO  80620 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 06/18/18 | G&C CONTRACTING COMPANY, INC. HIGHWAY 5 NORTH LOT 4 INDUSTRIAL PARK CLEARBROOK, MN  56634 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/03/17 | GAJESKE INC. DEPT. 10412 PO BOX 87618 CHICAGO, IL  60680-0618 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/17/19 | GEMINI ARKLATEX, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/18/20 | GEMINI ARKLATEX, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | PIPELINE AND RELATED FACILITIES CONSTRUCTION AGREEMENT DATED 06/30/21 | GEMINI CARTHAGE PIPELINE, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/08/19 | GEMSTAR, INC 6501 TRUNK STREET ODESSA, TX  79762 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/11/19 | GEOCORR LLC 13938 CHRISMAN RD HOUSTON, TX  77039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/17 | GEOSTOCK SANDIA, LLC 8860 FALLBROOK DRIVE HOUSTON, TX  77064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 07/27/20 | GILES BROWN 1120 GAYTINE RD. RAGLEY, LA  70657 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/11/20 | GM OILFIELD & TRUCKING SERVICES LLC PO BOX 3 PMB 286 DALLAS, TX  79702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/18/16 | GOODNIGHT MIDSTREAM BAKKEN, LLC 5910 NORTH CENTRAL EXPRESSWAY, SUITE 630 DALLAS, TX  75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Crossfire, Ltd.                                    Case Number (if known)    21-90053
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/13/18 | GOODNIGHT MIDSTREAM PERMIAN, LLC 5910 NORTH CENTRAL EXPRESSWAY, SUITE 630 DALLAS, TX  75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/14/14 | GRAND RIVER GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED 01/02/18 | GRAWARD OPERATING, INC. 227 SOUTH COLLEGE AVE TYLER, TX  75702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 08/25/21 | GRAYSON MILL ENERGY 1160 DAIRY ASHFORD, SUITE 140 HOUSTON, TX  77079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/29/15 | GREAT WESTERN OPERATING COMPANY, LLC 700 W LOUISIANA AVE PO BOX 1659 MIDLAND, TX  79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/04/19 | GREENLEE AND SONS SEPTIC SERVICE LLC 321 S. GOINGS ST. HOBBS, NM  88240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/02/17 | GUADALUPE MOUNTAIN FENCING, LLC 2023 HEPLER RD CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/23/19 | GUIDON ENERGY MANAGEMENT 4000 N. BIG SPRING ST., SUITE 403 MIDLAND, TX  79705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/24/19 | GUNNELS AND SONS RESTROOM SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 08/04/21 | H&W BUILDERS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/22/20 | H-2 ENTERPRISES, LLC 4626 WELD COUNTY ROAD 65 KEENESBURG, CO  80643 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/22/21 | HAMMOND LAND DEVELOPMENT LLC 3202 MIORI LANE SUITE 100 VICTORIA, TX  77901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor       Crossfire, Ltd.                                                          Case Number (if known)   21-90054
             (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/20/17 | HARVEST PIPELINE COMPANY 3746 COUNTY ROAD 307 DURANGO, CO  81303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/12/18 | HCJ INVESTMENTS, LLC 2785 OLD JACKSON RD HENDERSON, TN  38340 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 11/01/18 | HCJ INVESTMENTS, LLC 2785 OLD JACKSON RD HENDERSON, TN  38340 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/19/20 | HCJ INVESTMENTS, LLC 2785 OLD JACKSON RD HENDERSON, TN  38340 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/28/16 | HENRY RESOURCES LLC 3525 ANDREWS HIGHWAY MIDLAND, TX  79703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/18/17 | HIGH COUNTRY EQUIPMENT, LLC 36356 HWY 92 HOTCHKISS, CO  81419 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, LLC
        (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/25/19 | HIGH MOUNTAIN INSPECTION SERVICE, INC PO BOX 1508 MILLS, WY 82644 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/05/18 | HIGHLANDS NATURAL RESOURCES, CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/01/17 | HILCORP ENERGY COMPANY PO BOX 61529 HOUSTON, TX 77208-1529 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/20/17 | HILCORP ENERGY COMPANY PO BOX 61529 HOUSTON, TX 77208-1529 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/21/18 | HOBBS RENTAL, LLC P O BOX 1085 HOBBS, NM 88240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/10/11 | HOLLY ENERGY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.
(Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/10/19 | HOPPE'S CONSTRUCTION, LLC PO BOX 654 ADA, OK 74821 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 05/10/18 | HRL COMPLIANCE SOLUTIONS, INC. 2385 F 1/2 RD. GRAND JUNCTION, CO 81505 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/15/14 | HUNT OIL COMPANY 1900 NORTH AKARD STREET DALLAS, TX 75201-2300 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/15/15 | HUNT OIL COMPANY 1900 NORTH AKARD STREET DALLAS, TX 75201-2300 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/25/20 | HURLEY ENTERPRISES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/25/19 | I&W OILFIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Crossfire, LLC                        Case Number (if known)    21-90059
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/10/20 | IKAV ENERGY INC. 1199 MAIN AVE. STE 101 DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 04/23/15 | IMAGENET CONSULTING, LLC PO BOX 744020 ATLANTA, GA  30374 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 09/16/15 | IMAGENET CONSULTING, LLC PO BOX 744020 ATLANTA, GA  30374 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINUING SERVICES AGREEMENT DATED 05/03/21 | IMTT-BAYONNE LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/25/19 | INBERG-MILLER ENGINEERS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/09/17 | INDIGO MINERALS, LLC 600 TRAVIS, SUITE 4900 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LTD                                    Case number (if known)    21-90054
         (Name)

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 12/28/17 | INDUSTRIAL ECOSYSTEMS INC. #49 CR 3150 AZTEC, NM  87410 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACTOR CONTRACT DATED 03/21/17 | INDUSTRIAL ELECTRIC SERVICE, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/24/17 | INDUSTRIAL ELECTRIC SERVICES, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT AGREEMENT DATED 05/10/19 | INDUSTRIAL TRAINING SERVICES, INC. 120 MAX HURT DRIVE MURRAY, KY  42071 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/03/21 | INTERNATIONAL-MATEX TANK TERMINAL 400 POYDRAS STREET, SUITE 3000 NEW ORLEANS, LA  70130 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 10/08/21 | IRISNDT INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/04/21 | IRONWOOD MIDSTREAM ENERGY PARTNERS, LLC 17304 PRESTON ROAD, SUITE 1075 DALLAS, TX 75252 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT DATED 06/19/13 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/27/12 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 06/19/13 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 08/18/14 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/01/15 | IRRIGO, LLC PO BOX 1635 IGNACIO, CO 81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                                                Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/20 | IV KINGS RIG TECHNICIANS, LLC PO BOX 69570 ODESSA, TX  79769 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/13/21 | J CUSTOM ELECTRIC LLC PO BOX 756 WATFORD CITY, ND  58854 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/26/20 | J&C ENTERPRISES, INC. PO BOX 1096 VERNAL, UT  84078 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/01/19 | J&J RAYMOND CONSTRUCTION, LLC PO BOX 1954 CENTER, TX  75935 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 05/07/18 | J&J RAYMOND CONSTRUCTION, LLC PO BOX 1954 CENTER, TX  75935 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 10/01/19 | J&J TRANSPORT SERVICES LLC 593 COUNTY RD 415 PECOS, TX  79772 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE CONTRACT DATED 09/13/16 | JAGGED PEAKE ENERGY, LLC 1125 17TH STREET SUITE 2400 DENVER, CO  80202 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/29/20 | JAN'S CONSTRUCTION COMPANY, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/06/21 | JEFF KIPPES, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 12/04/20 | JENNCHEM, LLC 1525 WEST W.T. HARRIS BLVD CHARLOTTE, NC  28262 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/26/19 | JERRY'S WELDING SERVICE, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | NATIONAL FLEET BILLING AGREEMENT DATED 10/03/17 | JIFFY LUBE INTERNATIONAL, INC. PO BOX 7247-6248 PHILADELPHIA, PA  19170-6248 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, Ltd                                                    Case Number (if known)    21-90054
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/20 | JMF UNDERGROUND INC. 7894 TALL PINES CT  B GLEN BURNIE, MD  21061 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/08/17 | JML MANAGEMENT, INC 748 STATE HWY 7 WEST CENTER, TX  75935 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/27/20 | JMN SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/19/19 | JN TRUCKING, INC 4091 W 3000 S ROOSEVELT, UT  84066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 10/29/20 | JO MILL OIL COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/20/20 | JOYCE STEEL ERECTION LTD PO BOX 8466 LONGVIEW, TX  75607 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL DATED 12/02/20 | JP HOLDINGS, LLC DBA JP SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/10/20 | JPH HOLDINGS, LLC DBA JP SERVICES 16619 ALDINE WESTFIELD RD HOUSTON, TX  77032 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/28/13 | J-W POWER COMPANY 15505 WRIGHT BROTHERS DRIVE ADDISON, TX  75001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT DATED 09/01/19 | KARST HOLDINGS, LLC PO BOX 566 MILLS, WY  82644 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/12/17 | KELLY CABLE OF NEW MEXICO, INC. 6901 READING DRIVE SE ALBUQUERQUE, NM  87105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/17/17 | KENNY ELECTRIC SERVICE, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.   Case Number (if known)   21-90058
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.341 **State what the contract or lease is for and the nature of the debtor's interest** <br> MASTER SERVICE AGREEMENT DATED 08/03/20 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX 77210-4649 |
| 2.342 **State what the contract or lease is for and the nature of the debtor's interest** <br> STANDARD PROCUREMENT AGREEMENT DATED 08/03/20 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX 77210-4649 |
| 2.343 **State what the contract or lease is for and the nature of the debtor's interest** <br> STANDARD PROCUREMENT AGREEMENT DATED 08/03/20 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX 77210-4649 |
| 2.344 **State what the contract or lease is for and the nature of the debtor's interest** <br> STANDARD PROCUREMENT AGREEMENT DATED 08/28/19 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX 77210-4649 |
| 2.345 **State what the contract or lease is for and the nature of the debtor's interest** <br> STANDARD PROCUREMENT AGREEMENT DATED 08/28/19 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | KEY ENERGY SERVICES, LLC PO BOX 4649 HOUSTON, TX 77210-4649 |
| 2.346 **State what the contract or lease is for and the nature of the debtor's interest** <br> MASTER SERVICE AGREEMENT DATED 07/01/15 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | KGH OPERATING COMPANY P.O. BOX 2235 BILLINGS, MT 59103 |

Debtor    Crossfire, LLC
          (Name)                                                    Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 05/14/19 | KINDER MORGAN CO2 COMPANY, L.P. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 08/27/12 | KINDER MORGAN CO2 COMPANY, L.P. 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/18/19 | KINDER MORGAN CONTRACTING SERVICES, LLC 1001 LOUISIANA STREET SUITE 1000 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT DATED 10/05/20 | KIRBY SMITH MACHINERY, INC. PO BOX 270360 OKLAHOMA CITY, OK  73137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/14/20 | KIT CARSON INTERNET 116 CRUZ ALTA RD TAOS, NM  87571 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AGREEMENT DATED 09/18/14 | KMGP CONTRACTING SERVICES LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                        Case Number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/20/19 | KODIAK INSPECTIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/07/19 | KW TRUCKING, INC. PO BOX 1021 VERNAL, UT  84078 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES AND MAINTENANCE AGREEMENT DATED 09/09/14 | LA GRANGE ACQUISITION, L.P. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/20/21 | LAND & SEA INDUSTRIES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/15/19 | LEGACY CONSTRUCTION, LLC PO BOX 2424 NATCHITOCHES, LA  71457 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/10/17 | LIBERTY MIDSTREAM SOLUTIONS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor          Crossfire, LLC                                    Case Number (if known)      21-90054
                (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/23/17 | LIBERTY RESOURCES MANAGEMENT COMPANY, LLC 1200 17TH STREET SUITE 2200 DENVER, CO  80202 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/02/16 | LINN OPERATING, INC. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 03/07/17 | LONE STAR INSTRUMENTATION & ELECTRIC CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | MASTER HAULING AGREEMENT DATED 06/12/19 | LONE TREE SERVICES, LLC PO BOX 1716 GREELEY, CO  80632 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/16/17 | LONGHORN INSULATION INC PO BOX 14048 ODESSA, TX  79768 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/19/21 | LOUISIANA MACHINERY COMPANY, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/03/17 | LOVELADY DIRECTIONAL DRILLING LLC PO BOX 150707 LUFKIN, TX  75915 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 01/16/18 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 03/07/18 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 04/10/18 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 04/09/19 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 09/24/19 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 01/30/19 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 11/20/18 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 05/26/17 | M5 LOUISIANA GATHERING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 03/10/17 | M5 MIDSTREAM LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION SERVICE AGREEMENT DATED 02/23/17 | M5 MIDSTREAM LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTERS SERVICES AGREEMENT DATED 10/22/15 | MAGELLAN MIDSTREAM PARTNERS, LP ONE WILLLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Crossfire, Ltd.                                             Case number (if known)    21-90054
           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT DATED 07/03/19 | MAGNOLIA MIDSTREAM GAS SERVICES, LLC 900 NW 63RD STREET OKLAHOMA CITY, OK 73154 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/17/18 | MANTI TARKA PERMIAN OPERATING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK AGREEMENT DATED 11/12/10 | MARALEX RESOURCES, INC. 775 GODDARD RD IGNACIO, CO 81137 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORLDWIDE MAJOR SERVICE CONTRACT DATED 12/02/11 | MARATHON OIL COMPANY 5555 SAN FELIPE STREET HOUSTON, TX 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/28/18 | MARCO INSPECTION SERVICES, LLC PO BOX 1941 KILGORE, TX 75663 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/01/13 | MARKWEST ENERGY PARTNERS, LP 1515 ARAPAHOE ST. TOWER 2 DENVER, CO 80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE CONTRACTS DATED 09/21/21 | MARKWEST ENERGY PARTNERS, LP 1515 ARAPAHOE ST. TOWER 2 DENVER, CO 80202 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 11/04/13 | MARKWEST LIBERTY MIDSTREAM & RESOURCES LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/29/13 | MARKWEST UTICA EMG LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/07/20 | MAVERICK FIELD SERVICES LOGISTICS LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | MASTER HAULING AGREEMENT DATED 10/28/20 | MEC SERVICES LLC 522 W MERMOD ST 721 CARLSBAD, NM 88220 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/23/16 | MEMORIAL RESOURCE DEVELOPMENT CORP. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC                                          Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/05/14 | MEMORIAL RESOURCE DEVELOPMENT CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/17/19 | MENDOZA SERVICES, LLC P. O. BOX 2764 HOBBS, NM  88241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/05/20 | MERIT ENERGY COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/07/18 | MERITAGE OPERATING COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/01/18 | METCALF ARCHAEOLOGICAL CONSULTANTS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/15/20 | MICHAELS FENCE & SUPPLY, INC 1500 EAST YELLOWSTONE HWY CASPER, WY  82601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Crossfire, Ltd.                                                          Case Number (if known)   21-90054
                (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | WORK ORDER CONTRACT DATED 12/05/18 | MIDCOAST PIPELINES (EAST TEXAS) LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/17/20 | MILLER ENVIRONMENTAL SERVICES, LLC PO BOX 5233 CORPUS CHRISTI, TX  78465 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/07/17 | MILLER INSULATION, CO., INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/06/14 | MINERAL RESOURCES, INC. 5200 W 20TH STREET GREELEY, CO  80634 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/04/19 | MITCHELL HOPPER INFRASTRUCTURE LLC 3304 GALESBURG DRIVE AUSTIN, TX  78745 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 09/21/20 | MOBILE MINI SOLUTIONS PO BOX 650882 DALLAS, TX  75265-0882 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, Ltd.                                              Case Number (if known)   21-90054

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/20/21 | MONTANA-DAKOTA UTILITIES CO. 400 NORTH 4TH ST BISMARCK, ND  58506 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/20/21 | MONTANA-DAKOTA UTILITIES CO. 400 NORTH 4TH ST BISMARCK, ND  58506 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT DATED 09/21/20 | MOUNTAIN STATE RENTAL PO BOX 3272 DURANGO, CO  81302 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT DATED 12/07/20 | MOUNTAIN STATE RENTAL PO BOX 3272 DURANGO, CO  81302 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/18/20 | MPS ENTERPRISES, INC. DBA MILFORD 7607 W INDUSTRIAL AVE MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/27/19 | MTX SURVEYING LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, LLC

(Name)

Case number (if known)  21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/10/17 | MUNOZ FOUNDATION DRILLING, INC. PO BOX 446 WESLACO, TX  78599 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/13/17 | MUSTANG ENERGY SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/27/20 | MUSTANG EXTREME ENVIRONMENTAL SERVICES, LLC 5049 EDWARDS RANCH RD. SUITE 200 FORT WORTH, TX  76109 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTANT AGREEMENT [CONFIDENTIAL] DATED 06/24/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT DATED 07/01/18 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/01/08 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE AGREEMENT [CONFIDENTIAL] DATED 07/01/18 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 05/07/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT [CONFIDENTIAL] DATED 05/07/21 | NAME AND ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 07/02/18 | NASH TRUCKING AND CONSTRUCTION, LTD. PO BOX 219 WOODLAWN, TX  75694 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 01/01/12 | NEW CENTURY EXPLORATION, INC 20008 CHAMPION FOREST DRIVE SPRING, TX  77379 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 06/06/17 | NEW MEXICO GAS COMPANY, INC. 4625 EDITH BLVD NE ALBUQUERQUE, NM  87107 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                             Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF WORK, SANTA FE ML LOOPING PROJECT 2020 DATED 04/27/20 | NEW MEXICO GAS COMPANY, INC. 4625 EDITH BLVD NE ALBUQUERQUE, NM  87107 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK OR SERVICE CONTRACT DATED 09/04/14 | NEWFIELD EXPLORATION COMPANY 363 NORTH SAM HOUSTON PARKWAY EAST SUITE 100 HOUSTON, TX  77060 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/15/19 | NEXT GENERATION CONSTRUCTION & ENVIRONMENTAL, LLC 14115 MEAD ST. UNIT C LONGMONT, CO  80504 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/25/17 | NGL CRUDE TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/18/17 | NICKLE ROCK, LLC PO BOX 2239 SAN MARCOS, TX  78667 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WORK OR SERVICE AGREEMENT DATED 07/10/09 | NOBLE ENERGY, INC. 1001 NOBLE ENERGY WAY HOUSTON, TX  77070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)
          Case Number (if known)   21-90059

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/30/18 | NORTH PARK ADVANTAGE WALDEN, LLC 8150 N CENTRAL EXPRESSWAY SUITE 1875 DALLAS, TX  75206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 05/03/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 04/24/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 05/09/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 09/18/18 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 09/14/18 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 04/24/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 06/05/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 06/12/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 07/20/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 07/27/20 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 05/20/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 04/19/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT DATED 07/28/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT NO. NNGCCA-2021-06666-NNGOPS DATED 06/02/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT: PO 79363317 DATED 05/31/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPITAL CONSTRUCTION AGREEMENT: PO 79364811 DATED 06/16/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 08/06/21 | NORTHERN NATURAL GAS COMPANY 1111 SOUTH 103RD STREET OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                                  Case Number (if known)    21-90059
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL SERVICE AGREEMENT DATED 07/15/11 | NORTHWEST PIPELINE GP ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT 003 DATED 01/15/16 | NORTHWEST PIPELINE LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 02/13/20 | NVI LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/10/17 | O'BRIEN RESOURCES, LLC 425 ASHLEY RIDGE BLVD., SUITE 300 SHREVEPORT, LA  71106 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/31/11 | OCCIDENTAL OIL AND GAS CORPORATION ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | NOTE PURCHASE AGREEMENT DATED 05/16/16 | OEP CROSSFIRE, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/21 | OLD WEST ENERGY SERVICES, LLC 145 16TH STREET GREELEY, CO  80631 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACT AGREEMENT DATED 05/01/17 | OLDCASTLE SW GROUP, INC. DBA UNITED COMPANIES OF MESA COUNTY 6699 CR 521 BAYFIELD, 0  81122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/23/17 | OMNI COMPRESSED AIR, LTD. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/02/15 | ONE GAS, INC. 100 W. FIFTH STREET TULSA, OK  74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/12/18 | ONEOK PARTNERS, L.P. 100 WEST FIFTH STREET TULSA, OK  74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/03/16 | ORYX SOUTHERN DELAWARE OIL GATHERING AND TRANSPORT LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, LLC
         (Name)                                                          Case number (if known)   21-90058

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.455 **State what the contract or lease is for and the nature of the debtor's interest** | REFERENCE AND TERMS DATED 07/31/20 | OXYGEN SERVICE COMPANY 1111 PIERCE BUTLER ROUTE ST. PAUL, MN  55104 |

| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | REFERENCE AND TERMS DATED 07/31/20 | OXYGEN SERVICE COMPANY 1111 PIERCE BUTLER ROUTE ST. PAUL, MN  55104 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL SERVICES CONTRACT DATED 07/25/16 | PACIFICORP 1407 WEST NORTH TEMPLE SUITE 310 SALT LAKE CITY, UT  84116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER GENERAL SERVICES CONTRACT DATED 12/12/19 | PACIFICORP 1407 WEST NORTH TEMPLE SUITE 310 SALT LAKE CITY, UT  84116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE DATED 11/04/20 | PAC-VAN 75 REMITTANCE DRIVE SUITE 3300 CHICAGO, IL  60675-3300 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/26/20 | PANTHER PRESSURE TESTERS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE/SALES AGREEMENT DATED 03/23/17 | PARSLEY ENERGY OPERATIONS, LLC PO BOX 11090 MIDLAND, TX  79702 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                           Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/16/19 | PATE TRUCKING CO., LLC 6510 70TH ST, STE 101 LUBBOCK, TX  79424 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/20/17 | PATRIOT ENVIRONMENTAL, LLC 220 W. CARL HUBBEL BLVD.  671 MEEKER, OK  74855 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/19/17 | PDC ENERGY, INC. 1775 SHERMAN ST SUITE 3000 DENVER, 0  80203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/20/18 | PE FUSION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/07/17 | PEDERNALES PETROLEUM OP, LLC 1001 WEST LOOP SOUTH, SUITE 800 HOUSTON, TX  77027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/20/18 | PERMIAN ANCHORS ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor       Crossfire, LLC
             (Name)                                                    Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/26/17 | PETE MARTIN DRILLING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/01/19 | PETROHAWK ENERGY CORPORATION, INC. 1908 N LAURENT STREET SUITE 330 VICTORIA, TX  77901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 11/07/19 | PILOT WATER SOLUTIONS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/31/21 | PINE WAVE ENERGY PARTNERS OPERATING, LLC 329 S MAIN ST SUITE 201 FORT WORTH, TX  76104 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/12/19 | PINNERGY, LTD. 111 CONGRESS AVE STE 2020 AUSTIN, TX  78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/12/18 | PIONEER ENERGY , INC. 220 S. TAFT ST. LAKEWOOD, CO  80228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC                                         Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE/SALES AGREEMENT DATED 08/23/11 | PIONEER NATURAL RESOURCES USA, INC. 5205 N. OCONNOR BLVD. SUITE 200 IRVING, TX 75039 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/20/20 | PLAINS ALL AMERICAN PIPELINE, L.P. 333 CLAY ST. STE 1600 HOUSTON, TX 77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | MAJOR SERVICE CONTRACT DATED 06/20/14 | PLAINS MARKETING, L.P. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/13/18 | POWDER AND COATING SOLUTIONS 910 W PIERCE ST 35 CARLSBAD, NM 88220 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 03/17/20 | POZZI ENTERPRISES, INC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 07/25/19 | PRAIRIE WINDS SERVICES, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LTD                          Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/08/21 | PRECISION CRANE & TRANSPORT LLC P.O. 3264 ODESSA, TX  79762 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/18/19 | PRECISION VALVE SERVICES LLC 3109 CONIFER TRAIL STURGIS, SD  57785 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/26/19 | PREMIER NDT SERVICES, INC. PO BOX 480 FARMINGTON, NM  87499 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/06/17 | PREMIER WIRE FENCE LTD. PO BOX 4902 MIDLAND, TX  79704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER WELL SERVICING CONTRACT DATED 07/29/20 | PRIMA EXPLORATION, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/18/20 | PRINCIPAL ENVIRONMENTAL, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.
(Name)

Case Number (If known)   21-90059

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 05/13/14 | PRISM MIDSTREAM L.L.C. 1600 AIRPORT FREEWAY, SUITE 505 BEDFORD, TX  76022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/14/20 | PROCESS EQUIPMENT AND SERVICES COMPANY, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 11/11/16 | PROLINE ENERGY RESOURCES INCORPORATED 4645 SWEETWATER BLVD SUITE 500 SUGARLAND, TX  77479 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 03/06/20 | PROTÉGÉ ENERGY III LLC 2200 SOUTH UTICA PL SUITE 400 TULSA, OK  74114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 10/01/20 | PROTÉGÉ ENERGY III LLC 2200 SOUTH UTICA PL SUITE 400 TULSA, OK  74114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/03/17 | PTW ENERGY SERVICES INC. 1400 WOODLOCH FOREST DR. STE. 410 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Crossfire, LLC                                              Case Number (if known)    21-90054
           (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.491** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/07/19 | Q3 CONTRACTING, INC. 3066 SPRUCE ST LITTLE CANADA, 0  55117 |

**2.491**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/07/19 | Q3 CONTRACTING, INC. 3066 SPRUCE ST LITTLE CANADA, 0  55117 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.492**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL AGREEMENT DATED 04/11/11 | QEP ENERGY COMPANY 1050 17TH STREET SUITE 500 DENVER, CO  80265 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.493**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL AGREEMENT DATED 03/09/11 | QEP FIELD SERVICES COMPANY 1050 17TH STREET SUITE 500 DENVER, CO  80265 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.494**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/09/11 | QEP RESOURCES, INC. 1050 17TH STREET SUITE 500 DENVER, CO  80265 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.495**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 09/25/19 | QUICK WATER SERVICES, LLC DBA QUIK TRANSPORTS ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

**2.496**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/10/13 | QUICKSILVER RESOURCES, INC. 801 CHERRY STREET, SUITE 3700 FORT WORTH, TX  76102 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90059

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/16/20 | R&S CONSTRUCTION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 02/01/17 | R&S CONSTRUCTION, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/01/17 | R2Q OPERATING, LLC 3320 OAK GROVE AVENUE DALLAS, TX  81303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/13/21 | RAFTER THREE BARS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/10/18 | RANGELY TRASH SERVICE, INC. PO BOX 400 RANGELY, CO  81648-0400 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/14/20 | RANGER 40 WATER SOLUTIONS, LLC 244 FM 306 SUITE 120/363 NEW BRAUNFELS, TX  78130 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)                                    Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/01/18 | RED CEDAR GATHERING COMPANY 125 MERCADO STREET  SUITE 201 DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/22/12 | RED ROCK GATHERING COMPANY, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 07/06/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 08/21/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 08/28/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 09/28/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX  79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 10/13/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX 79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 10/21/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX 79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 11/11/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX 79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL CONTRACT DATED 12/07/20 | RENTAL KING, LLC 3705-B SOUTH CR 1210 MIDLAND, TX 79706 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/06/18 | REP PROCESSING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/11/20 | RESERVE COMPRESSION CORP 13310 HEMPSTEAD RD HOUSTON, TX 77040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                          Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/18/14 | RESOLUTE NATURAL RESOURCES COMPANY 1700 LINCOLN STREET DENVER, CO  80203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 10/09/13 | RESOURCE PRODUCTION CO., INC. PO BOX 3076 FARMINGTON, NM  87499 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/06/18 | RIMROCK ENERGY PARTNERS, LLC. 1675 BROADWAY SUITE 2075 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 03/17/17 | RMS CRANES, LLC 1900 E 66TH AVE DENVER, CO  80229 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/19/20 | ROOTER SEWER SERVICE INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT DATED 02/13/20 | ROSE ROCK MIDSTREAM CRUDE, L.P. 3030 NW EXPRESSWAY SUITE 1100 OKLAHOMA CITY, OK  73112 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, LLC

(Name)                                                    Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 12/20/19 | ROSENBAUM CONSTRUCTION CO., INC. PO BOX 2308 FARMINGTON, NM  87499 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 02/20/17 | ROSENBAUM CONSTRUCTION CO., INC. PO BOX 2308 FARMINGTON, NM  87499 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/24/20 | ROSSCO CRANE & RIGGING, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/16/20 | RUNNERS INC. P.O. BOX 176 MYTON, UT  84052 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/16/17 | S & B DRILLING, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | REFERENCE AND TERMS DATED 06/23/21 | S & S ROCK CRUSHING, INC PO BOX 931 SUBLETTE, KS  67877 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.
         (Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/14/18 | S.D. TWOMEY TRUCKING 1450 HILLS LAKE ROAD CARTHAGE, TX  75633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/10/14 | SADDLE BUTTE PIPELINE II 858 MAIN AVENUE SUITE 301 DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/28/15 | SADDLEHORN PIPELINE COMPANY, LLC ONE WILLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/01/05 | SAMSON RESOURCES COMPANY 2 WEST 2ND STREET TULSA, OK  74103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/03/18 | SAN MARCO PETROLEUM, INC. 240 MILWAUKEE STREET, SUITE 200 DENVER, CO  80206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/29/16 | SANDRIDGE ENERGY, INC. 123 ROBERT S. KERR AVE. OKLAHOMA CITY, OK  73102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                    Case Number (if known)   21-90059
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.533 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO CONSTRUCTION AGREEMENT SFM00145.1.1CC DATED 04/09/18<br><br><br>CURRENT | SANTA FE MIDSTREAM PERMIAN LLC 5700 GRANITE PARKWAY PLANO, TX  75024 |
| 2.534 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY CONSTRUCTOR CONTRACT DATED 03/15/18<br><br><br>CURRENT | SANTA FE MIDSTREAM PERMIAN, LLC 5700 GRANITE PARKWAY PLANO, TX  75024 |
| 2.535 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 02/07/18<br><br><br>CURRENT | SANTA FE MIDSTREAM, LLC 5700 GRANITE PARKWAY PLANO, TX  75024 |
| 2.536 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 10/16/19<br><br><br>CURRENT | SCC INSPECTION SERVICES INC PO BOX 2467 GREAT FALLS, MT  59403 |
| 2.537 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 11/02/21<br><br><br>CURRENT | SCOUT ENERGY PARTNERS ADDRESS ON FILE |
| 2.538 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT DATED 02/06/19<br><br><br>CURRENT | SELECT ENERGY SERVICES, LLC 1400 POST OAK BLVD. SUITE 400 HOUSTON, TX  77056 |

Debtor    Crossfire, LLC    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/17/19 | SERRANO'S INC PO BOX 126 BLOOMFIELD, NM  87413 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/22/19 | SHALE OILFIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/01/16 | SHIPROCK SAN JUAN, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/11/19 | SIERRA CHEMICALS, LC 135 BURNETT DRIVE, UNIT 4 DURANGO, CO  81301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/30/18 | SILVER CREEK MIDSTREAM HOLDINGS, LLC 909 LAKE CAROLYN PARKWAY IRVING, TX  75039 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/14/17 | SILVER CREEK OIL & GAS, LLC 5525 N MACARTHUR BLVD SUITE 775 IRVING, TX  75038 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.545 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/07/19 | SIMPLEX CONSULTING LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.546 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/14/19 | SINCLAR TRANSPORTATION COMPANY 5615 CHAPMAN PL. CASPER, WY 82604 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.547 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/24/15 | SKLAR EXPLORATION COMPANY 401 EDWARDS STREET, STE. 1601 SHREVEPORT, LA 71101 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.548 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/30/15 | SOUTHLAND ROYALTY COMPANY, LLC 400 WEST 7TH STREET FORT WORTH, TX 76102 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.549 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AND SUPPLY AGREEMENT DATED 03/10/08 | SOUTHWESTERN GAS PIPELINE, INC. ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.550 **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER PIPELINE CONSTRUCTION SERVICE AGREEMENT DATED 08/11/15 | SOUTHWESTERN GAS SERVICES, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor      Crossfire, Ltd.
            (Name)                                      Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER SERVICE AND SUPPLY AGREEMENT ONSHORE AND MARITIME DATED 10/05/10 | SOUTHWESTERN GAS SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO STATEMENT OF WORK DATED 01/14/20 | SPIRE STORAGE WEST LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | FIELD SERVICES AGREEMENT DATED 12/16/19 | SPIRE STORAGE WEST, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/09/19 | SQS NDT LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ENGINEERING SERVICES AGREEMENT DATED 09/25/14 | STATOIL USA ONSHORE PROPERTIES INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 02/29/20 | STATS INTERNATIONAL, INC. 10950 BRITMOORE PARK DRIVE HOUSTON, TX  77041 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Crossfire, LLC
           (Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/27/15 | STERLING ENERGY INVESTMENTS, LLC 1200 17TH STREET SUITE 2050 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 05/07/19 | STONE OILFIELD SERVICE, INC. PO BOX 10 LOVINGTON, NM  88260 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/11/18 | STRAIGHT LINE ENTERPRISES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/20/19 | STRAIGHT SHOT OILFIELD SERVICES, INC PO BOX 392 NEOLA, UT  84053 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/16/21 | STRATA INNOVATIVE SOLUTIONS 12005 STARCREST DR ASHLEY SCHULTZ SAN ANTONIO, TX  78247 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/16/17 | STRIKE LLC 1800 HUGHES LANDING BOULEVARD, SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                          Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | LIMITED LIABILITY COMPANY AGREEMENT DATED 02/12/21 | STRIKE, LLC 1800 HUGHES LANDING BOULEVARD, SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/03/17 | STRIKE, LLC 1800 HUGHES LANDING BOULEVARD, SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/08/17 | STRONG SERVICES LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/22/12 | SUMMIT MIDSTREAM PARTNERS, LP 1790 HUGHES LANDING BLVD. SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/14/14 | SUMMIT MIDSTREAM PARTNERS, LP 1790 HUGHES LANDING BLVD. SUITE 500 THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/17/19 | SUN ELECTRIC INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)                                                    Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MASTER CONSTRUCTION AGREEMENT DATED 06/24/20 | SUNOCO PARTNERS MARKETING & TERMINALS L.P. ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION SERVICES AGREEMENT DATED 03/07/19 | TALLGRASS MLP OPERATIONS, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | CONSTRUCTION SERVICES AGREEMENT DATED 04/21/14 | TALLGRASS OPERATIONS, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 08/24/18 | TAPROOT ROCKIES MIDSTREAM LLC 518 17TH ST  SUITE 1800 DENVER, CO  80202 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/01/15 | TARGA RESOURCES LLC 1000 LOUISIANA STE. 4300 HOUSTON, TX  77002 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 04/03/18 | TEAM INDUSTRIAL SERVICES, INC. PO BOX 660367 DALLAS, TX  75266-0367 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, LLC

(Name)

Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/13/20 | TECH CON TRENCHING INC. PO BOX 302 JOHNSON CITY, TX  78636 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 12/13/20 | TECH CON TRENCHING, INC. PO BOX 302 JOHNSON CITY, TX  78636 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/03/21 | TELLURIAN OPERATING LLC 1201 LOUISIANA SUITE 3100 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/13/18 | TERRA ENEERGY PARTNERS MANAGEMENT LLC 4828 LOOP CENTRAL DRIVE SUITE 900 HOUSTON, TX  77081 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/18/19 | TERRACON CONSULTANTS, INC. PO BOX 959673 ST. LOUIS, MO  63195-8673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/28/20 | TERRIOR SERVICES, INC. 36 COUNTY RD 513 BLOOMFIELD, MT  59315 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.
        (Name)

Case Number (if known)   21-90059

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 12/02/19 | TESORO LOGISTICS OPERATIONS LLC 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/06/19 | TESORO LOGISTICS OPERATIONS LLC 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT-SPECIFIC SUPPLEMENTAL AGREEMENT DATED 07/25/18 | TESORO LOGISTICS OPERATIONS LLC 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT-SPECIFIC SUPPLEMENTAL AGREEMENT DATED 10/12/18 | TESORO LOGISTICS OPERATIONS LLC 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/02/19 | TESORO LOGISTICS 1050 17TH, SUITE 1700 DENVER, CO  80265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT FOR SUBCONTRACT SERVICES DATED 06/03/15 | TETRA TECH, INC. 3475 EAST FOOTHILL BOULEVARD PASADENA, CA  91107 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
          (Name)                                                    Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/04/15 | TETRA TECH, INC. 3475 EAST FOOTHILL BOULEVARD PASADENA, CA  91107 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/22/10 | TEXAS AMERICAN RESOURCES COMPANY 201 WEST 5TH STREET SUITE #1300 AUSTIN, TX  78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/21/16 | TEXAS ENERGY OPERATIONS, LC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/02/17 | TEXAS GAS SERVICE 1301 S. MOPAC EXPRESSWAY SUITE 400 AUSTIN, TX  78746 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 01/10/20 | TEXAS LOBO TRUCKING LLC PO BOX 2914 HOBBS, NM  88240 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT DATED UNKNOWN | TG NATURAL RESOURCES, LLC 811 MAIN STREET, SUITE 1500 HOUSTON, TX  77002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC

(Name)

Case Number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 02/15/17 | THREE STAR RENTALS, LLC PO BOX 152 WAMSUTTER, WY  82336 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/05/17 | TIGER RENTALS DBS TIGER SAFETY PO BOX 733254 DALLAS, TX  75373 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/15/17 | TIMBER WOLF LAND CLEARING 45828 US HWY 69 N JACKSONVILLE, TX  75766 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/11/19 | TIPCO ENT.,LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 01/01/15 | TITAN TOWERS PO BOX 6972 ABILENE, TX  79608 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 02/08/19 | TORO COMPLETE SERVICES, INC. 1411 W. 2ND ODESSA, TX  79763 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                          Case Number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.599** **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 01/31/17 | TORRES TRUCKING, LLC 4402 93RD DR LUBBOCK, TX 79424-5106 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.600** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/15/21 | TOTAL NDT, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.601** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 03/28/11 | TPF II EAST TEXAS GATHERING, LLC 1044 N. 115TH ST. SUITE 400 OMAHA, NE 68154 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.602** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 12/06/19 | TRANSPRO, INC. ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.603** **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 02/10/17 | TRANSPRO, INC. ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.604** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 08/14/19 | TREX HYDRO EXCAVATING, INC. PO BOX 1869 CASPER, WY 82602 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor   Crossfire, Ltd.

(Name)

Case Number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/05/17 | TRINITY UTILITIES AND BORING 501 AIRFIELD RD AURORA, TX  76078 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/12/19 | TRIPLE J WELL SERVICE, INC PO BOX 443 DE BERRY, TX  75639 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 06/11/20 | TRIPLE S TRUCKING CO., INC. P.O. BOX 100 AZTEC, NM  87410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/07/17 | TRIPLE T'S LININGS, LLC PO BOX 477 CARLSBED, NM  88221 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/30/20 | TRI-STATE VACUUM AND RENTAL, LLC 12267 US HWY 84 E JOAQUIN, TX  75954 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/07/17 | TROTTER CONSTRUCTION, INC. PO BOX 206 GRASSY BUTTE, ND  58634 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor      Crossfire, Ltd.                                          Case Number (if known)   21-90059

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 03/08/17 | TROTTER CONSTRUCTION, INC. PO BOX 206 GRASSY BUTTE, ND  58634 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 10/29/18 | TRUE COMPANIES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/18/19 | TSHCHUDY CORPORATION D/B/A AMERICAN FENCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/26/19 | TWIN EAGLE MIDSTREAM ASSETS, LLC 8847 W SAM HOUSTON PARKWAY N HOUSTON, TX  77040 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 11/06/15 | ULTRA RESOURCES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/21/17 | ULTRASONIC GUIDED WAVE, LLC 17502 HWY 34 FORT MORGAN, CO  80701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                                  Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT DATED 06/04/15 | UNIFIRST CORPORATION PO BOX 911526 DALLAS, TX  75391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT DATED 10/10/16 | UNIFIRST CORPORATION PO BOX 911526 DALLAS, TX  75391 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/10/17 | UNIT LINER COMPANY DRAWER 2387 PO BOX 5935 TROY, MI  48007-5935 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 03/03/17 | UNIT LINER COMPANY DRAWER 2387 PO BOX 5935 TROY, MI  48007-5935 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 10/20/21 | UNITED PIPELINE SYSTEMS, INC 135 TURNER DRIVE DURANGO, CO  81303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408302 DATED 08/07/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)

Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408323 DATED 02/08/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408329 DATED 09/15/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408372 DATED 02/10/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408549 DATED 05/03/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408555 DATED 05/19/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408556 DATED 05/29/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.    Case Number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408557 DATED 01/06/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408562 DATED 06/14/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND 612408566 DATED 08/28/21 | UNITED STATES FIRE INSURANCE COMPANY ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | REFERENCE AND TERMS DATED 04/04/19 | UNITED WESTERN DENVER LLC 6201 E 42ND AVE DENVER, CO 80216 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/23/18 | URIE TRUCKING INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR CONTRACT DATED 04/19/17 | URIE TRUCKING INC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor          Crossfire, Ltd.                                                        Case Number (if known)   21-90054
                (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SERVICES OF INDEPENDENT CONTRACTOR DATED 12/02/14 | USA COMPRESSION PARTNERS, LLC 100 CONGRESS AVENUE SUITE 450 AUSTIN, TX  78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 10/15/18 | UTAH GAS CORP. 1125 ESCALANTE DR. RANGELY, CO  81648 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/05/17 | UTAH GAS CORP. 1125 ESCALANTE DR. RANGELY, CO  81648 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/08/17 | UTILITEC, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 09/06/17 | UTILITEC, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT DATED 09/22/17 | VAC ONE ACQUISITION, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.
          (Name)                                           Case number (if known)   21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 05/28/19 | VAC-TEC SEPTIC & WATER LLC PO BOX 73583 PUYALLUP, WA  98373 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT DATED 10/22/15 | VALERUS FIELD SOLUTIONS LP ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 05/08/17 | VANGUARD OPERATING, LLC ADDRESS ON FILE |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 10/01/20 | VERDUN OIL & GAS, LLC SUITE 400 55 WAUGH DRIVE HOUSTON, TX  77007 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 09/19/11 | VERNON E. FAULCONER, INC. 1001 EAST SOUTH EAST LOOP 323 SUITE 160 TYLER, TX  75703 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 08/13/21 | VIC'S CRANE & HEAVY HAUL, INC. 3000 145TH STREET EAST ROSEMOUNT, MN  55068 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Crossfire, Ltd.
          (Name)

Case number (if known)    21-90054

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/30/17 | VINE MANAGEMENT SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/18/20 | WARRIOR FIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 05/01/19 | WARRIOR TECHNOLOGIES LLC 400 W ILLINOIS, STE 1120 MIDLAND, TX  79701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/08/19 | WBI ENERGY TRANSMISSION 1250 WEST CENTURY AVENUE BISMARCK, ND  58503 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION AGREEMENT DATED 08/30/19 | WBI ENERGY TRANSMISSION 1250 WEST CENTURY AVENUE BISMARCK, ND  58503 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/21 | WENDT & SONS OILFIELD SERVICES, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____   Crossfire, LLC _____   Case number (if known) ___ 21-90054 _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.653** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/13/17 | WESCO OPERATING, INC. 120 SOUTH DURBIN STREET CASPER, WY 82602 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.654** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/27/19 | WEST SUN TEX, LLC ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.655** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 03/22/19 | WEST TEXAS DUMPSTERS 6100 LAKE FOREST DRIVE 505 ATLANTA, GA 30328 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.656** **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND K13488514 DATED 01/29/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.657** **State what the contract or lease is for and the nature of the debtor's interest** | SURETY BOND K15370191 DATED 05/03/21 | WESTCHESTER FIRE INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.658** **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 03/08/21 | WESTERN EMULSIONS ADDRESS ON FILE |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor        Crossfire, Ltd.                                    Case number (if known)    21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/23/20 | WESTERN MIDSTREAM OPERATING, LP 9950 WOODLOCH FOREST DRIVE THE WOODLANDS, TX  77380 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 09/24/12 | WESTERN REFINING INC. 123 W. MILLS AVENUE EL PASO, TX  79901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR SERVICE CONTRACT DATED 12/02/19 | WESTERN REFINING LOGISTICS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 07/10/19 | WESTERN REFINING LOGISTICS, LP ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SERVICES DATED 05/16/14 | WESTERN REFINING PIPELINE, LLC AND WESTERN REFINING TERMINALS, LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SERVICES DATED 11/03/15 | WESTERN REFINING SOUTHWEST, INC. 123 W. MILLS AVENUE EL PASO, TX  79901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Crossfire, LLC
        (Name)

Case Number (if known)  21-90058

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR AGREEMENT DATED 12/06/17 | WESTERN STATES RECLAMATION, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 08/01/19 | WESTERN STREAM WORKS, LLC PO BOX 301 RIDGWAY, CO  81432 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT DATED 07/07/21 | WESTERN TRENCHLESS, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/01/16 | WHIPTAIL MIDSTREAM, LLC 15 W. 6TH STREET SUITE 2901 TULSA, OK  74119 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 06/24/14 | WHITING OIL AND GAS CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/24/14 | WHITING OIL AND GAS CORPORATION ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor        Crossfire, LLC                                           Case Number (if known)        21-90054
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/07 | WILLIAMS FOUR CORNERS LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/15/11 | WILLIAMS PARTNERS L.P. ONE WILLIAMS CENTER TULSA, OK  74172 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 04/29/11 | WILLIAMS PRODUCTION COMPANY LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 08/04/20 | WILLIAMS SCOTSMAN, INC. PO BOX 91975 CHICAGO, IL  60693-1975 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 11/19/20 | WILLIAMS SCOTSMAN, INC. PO BOX 91975 CHICAGO, IL  60693-1975 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER SERVICES AGREEMENT DATED 04/08/16 | WILLIAMS STRATEGIC SOURCING COMPANY LLC ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, Ltd.                                          Case number (if known)    21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/09/20 | WISE SERVICES, INC. ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 09/23/19 | WOLF PACK RENTALS, LLC PO BOX 247 ALTAIR, TX  77412 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/04/18 | WOODSON INCORPORATED ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HAULING AGREEMENT DATED 02/07/19 | WORLD STAR DEVELOPMENT INC. DBA WORLD STAR TRANSPORT PO BOX 127 AZTEC, NM  87410 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT DATED 08/21/20 | WORLDWIDE RENTAL SERVICES ADDRESS ON FILE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED 10/07/18 | WWS, LLC 307 E CENTER ST DOUGLAS, WY  82633 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Crossfire, LLC
                                                                      Case number (if known)   21-90054
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/28/19 | XCEL NDT LLC PO BOX 146 CLIFTON, KS  66937 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 01/23/12 | XTO ENERGY INC. 810 HOUSTON STREET FORT WORTH, TX  76102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 04/22/20 | XTO ENERGY INC. 810 HOUSTON STREET FORT WORTH, TX  76102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 01/23/12 | XTO ENERGY INC. 810 HOUSTON STREET FORT WORTH, TX  76102 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT DATED 06/07/19 | ZAVANNA, LLC 1200 17TH STREET, SUITE 1100 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Crossfire, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>21-90056</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.   Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1  CAPSTONE INFRASTRUCTURE SERVICES, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  CAPSTONE INFRASTRUCTURE SERVICES, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  DELTA DIRECTIONAL DRILLING, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  DELTA DIRECTIONAL DRILLING, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.5  STRIKE GLOBAL HOLDINGS, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.6  STRIKE GLOBAL HOLDINGS, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.7  STRIKE HOLDCO, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.8  STRIKE HOLDCO, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.9  STRIKE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | LIGHTSHIP CAPITAL II LLC, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.10  STRIKE, LLC | 1800 HUGHES LANDING BLVD SUITE 500 THE WOODLANDS, TX  77380 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Crossfire, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 21-90056 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/20/2021            x _____
            MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                    Sean Gore
                                    Printed name

                                    Executive Vice President and Chief Financial Officer of Strike, LLC
                                    Position or relationship to debtor