UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STRIKE, LLC, *et al.,* | ) | Case No. 21-90054 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### EAGLE CAPITAL CORPORATION'S MAY CALL WITNESS AND EXHIBIT LIST

Eagle Capital Corporation ("Eagle") file this May Call Witness and May Call Exhibit List in connection with the hearing scheduled for **December 22, 2021 at 10:30 a.m.**

### MAY CALL WITNESSES

1. Any witnesses listed by any other party
2. Any witnesses necessary for rebuttal or impeachment

### EXHIBITS

| EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|
| Any rebuttal exhibits which may be needed | | | |
| Any exhibits which may be needed for impeachment | | | |
| Any exhibits designated or offered by any other party | | | |
| Any demonstrative used for argument or to highlight exhibits set forth above | | | |

Eagle reserves the right to amend or supplement this May Call Witness and Exhibit List and to use any witnesses or exhibits designated or called by any other party and further requests that the Court take judicial notice of the record of the main case.

Dated: December 21, 2021

/ s/ Deirdre Carey Brown
Deirdre Carey Brown, pllc
State Bar No. 24049116
Forshey & Prostok LLP
1990 Post Oak Blvd Suite 2400
Houston TX 77056
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
dbrown@forsheyprostok.com

SANDBERG PHOENIX & von GONTARD P.C.

/s/ Sharon L. Stolte
Sharon L. Stolte, MO #41133
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
Tel:  816.627.5543
Fax:  816.627.5532
sstolte@sandbergphoenix.com
*COUNSEL FOR EAGLE CAPITAL
CORPORATION - PRO HAC VICE*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the May Call Witness and Exhibit List was served upon the parties registered to receive ECF electronic notice December 21, 2021.

/ s/ Deirdre Carey Brown
Deirdre Carey Brown