# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STRIKE, LLC, *et al.*[1] | ) Case No. 21-90054 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JANUARY 3, 2022, AT 12:00 P.M. (PREVAILING CENTRAL TIME)

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on **January 3, 2022, at 12:00 p.m. (prevailing Central Time)** (the "Hearing") as follows:

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Ryan Bouley, Partner of Opportune LLP;

2. Sean Gore, Executive Vice President and Chief Financial Officer of Strike, LLC;

3. Any witness listed by any other party;

4. Rebuttal witnesses as necessary; and

5. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

## **EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Initial DIP Budget [Docket No. 79-1] | | | | | | |
| 2. | Draft DIP Loan Agreement [Docket No. 79-1] | | | | | | |
| 3. | Declaration of Ryan Bouley in Support of the Debtors' DIP Motion and Sale Motion [Docket No. 82] | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Houston, Texas
December 30, 2021

/s/  *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **WHITE & CASE LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Thomas E Lauria (TX Bar No. 11998025) |
| Kristhy Peguero (TX Bar No. 24102776) | Matthew C. Brown (admitted *pro hac vice*) |
| Genevieve Graham (TX Bar No. 24085340) | Fan B. He (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Gregory L. Warren (admitted *pro hac vice*) |
| Houston, Texas 77010 | 200 South Biscayne Boulevard, Suite 900 |
| Telephone: (713) 752-4200 | Miami, FL 33131 |
| Facsimile: (713) 752-4221 | Telephone: (305) 371-2700 |
| Email: mcavenaugh@jw.com | Email: tlauria@whitecase.com |
| Email: kpeguero@jw.com | Email: mbrown@whitecase.com |
| Email: ggraham@jw.com | Email: fhe@whitecase.com |
| | Email: gregory.warren@whitecase.com |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

Andrew F. O'Neill (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
Email: aoneill@whitecase.com

Charles Koster (admitted *pro hac vice*)
609 Main Street, Suite 2900
Houston, TX 77002
Telephone: (713) 496-9700
Email: charles.koster@whitecase.com

Aaron Colodny (admitted *pro hac vice*)
R.J. Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Email: aaron.colodny@whitecase.com
Email: rj.szuba@whitecase.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on December 30, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh
