Electronic Appearance Sheet

Erez Gilad, Stroock & Stroock & Lavan LLP
Client(s): AIPCF VII LLC

Kristopher Hansen, Stroock & Stroock & Lavan LLP
Client(s): AIPCF VII LLC

Daniel Ginsberg , Stroock & Stroock & Lavan LLP
Client(s): AIPCF VII LLC

Michael Busenkell, Gellert Scali Busenkell & Brown, LLC
Client(s): Yak Mat LLC

Alex Terras, Husch Blackwell LLP
Client(s): Merchants Automotive Group, Inc.

Timothy Million, Husch Blackwell LLP
Client(s): Merchants Automotive Group, Inc.

Meredith Lahaie, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Strike, LLC, et al.

Philip Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Strike, LLC, et al.

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Strike, LLC, et al.

Lacy Lawrence, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors of Strike, LLC, et al.

Sean Rooney, JD Herberger & Assoc. PC
Client(s): Bayou Technical Services, LP dba Bayou Electrical Services

Michael Collins, Manier & Herod, PC
Client(s): Aspen American Insurance Company

Kristopher Hansen, Stroock & Stroock & Lavan LLP
Client(s): AIPCF VII LLC, on behalf of itself and certain affiliates

Erez Gilad, Stroock & Stroock & Lavan LLP
Client(s): AIPCF VII LLC, on behalf of itself and certain affiliates

Kenneth Pasquale, Stroock & Stroock & Lavan LLP
Client(s): AIPCF VII LLC, on behalf of itself and certain affiliates

Arsalan Muhammad, Haynes and Boone, LLP
Client(s): AIPCF VII LLC, on behalf of itself and certain affiliates

Electronic Appearance Sheet

Jason Zakia, White & Case LLP
Client(s): Debtors

Charles Beckham, Haynes and Boone, LLP
Client(s): AIPCF VII LLC, on behalf of itself and certain affiliates

Tiffany Cobb, Vorys, Sater, Seymour and Pease LLP
Client(s): Mears Group, Inc.

John Collins, Vorys, Sater, Seymour and Pease LLP
Client(s): Mears Group, Inc.

Elizabeth Lally, Spencer Fane, LLP
Client(s): J2 Resources

Jason Zakia, White & Case LLP
Client(s): Debtors

Charles Koster, White & Case
Client(s): Debtors

Kristhy M. Peguero, Jackson Walker LLP
Client(s): Debtors

Genevieve M. Graham, Jackson Walker
Client(s): Debtors

Aaron Colodny, White & Case LLP
Client(s): Strike, LLC

Josh Judd, Andrews Myers, P.C.
Client(s): Enterprise Products Operating LLC

Lisa Norman, Andrews Myers, PC
Client(s): Consolidated Electrical Distributors

Philip Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Mark Mintz, Jones Walker
Client(s): Delta Fuels

Lucas Barrett, Arnold & Porter Kaye Scholer LLP
Client(s): Wilmington Trust, NA as Junior Loan Agent