**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| STRIKE, LLC, *et al.*[1] | ) |
|  | ) Case No. 21-90054 (DRJ) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**APPLICATION TO RETAIN
JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS
COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

> **This application seeks an order that may adversely affect you. If you oppose the application, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the application should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the application and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the application at the hearing.**
>
> **Represented parties should act through their attorney.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this application (this "Application") for entry of an order (the "Order"), substantially in the form attached hereto, authorizing the Debtors to retain and employ Jackson Walker LLP as their co-counsel and conflicts counsel, and respectfully state as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

## I.  JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

## II.  BACKGROUND

4.      On December 6, 2021, (the "**Petition Date**"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in the Chapter 11 Cases, and no official committees have been appointed or designated.

5.      Headquartered in The Woodlands, Texas, the Debtors provide pipeline, facilities, and infrastructure solutions to the energy sector.  Partnering closely with clients across North America, the Debtors deliver a full range of integrated engineering, construction, maintenance, integrity, and specialty services that span the entire oil and gas lifecycle.  The Debtors have approximately 2,500 employees and locations in all major oil and gas basins across the United States.  The Debtors' operating revenue for the twelve-month period that ended 2020 was approximately $1 billion, and, as of the Petition Date, the Debtors have over $308,000,000 in aggregate original principal amount of prepetition funded debt obligations.

6.     Additional factual background and information regarding the Debtors, including their business operations, their corporate and capital structure, the events leading to the commencement of the Chapter 11 Cases, and the emergency need for the relief requested in this Motion is set forth in detail in the First Day Declaration.

7.     On the Petition Date, each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  A detailed description surrounding the facts and circumstances leading to these chapter 11 cases is in the *Declaration of Sean Gore in Support of Debtors' Petitions and Requests for First Day Relief* (the "**First Day Declaration**") [Docket No. 18].[2]  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On December 6, 2021, the Court entered an order [Docket No. 7] authorizing the procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

## III.  RELIEF REQUESTED

8.     The Debtors desire to employ the law firm of Jackson Walker LLP (the "**Firm**"), 1401 McKinney Street, Suite 1900, Houston, Texas 77010 to serve as their co-counsel and conflicts counsel in these cases, in accordance with the conditions set forth in that certain Engagement Letter between the Debtors and the Firm, as of November 15, 2022 (the "**Engagement Letter**"), a copy of which is attached hereto as **Exhibit A**, and incorporated herein by reference.

---

[2]    Capitalized terms used but not otherwise defined herein has the same meaning ascribed to them in the First Day Declaration.

31147717v.1

9.      In support of the Application, the Debtors submit the Declaration of Matthew D. Cavenaugh (the "**Cavenaugh Declaration**"), a partner of the Firm, which is attached hereto as **Exhibit B**.

A.      **Necessity for Retention of Co-Counsel and Conflicts Counsel and Scope of Services**

10.     The Debtors have determined that the retention of co-counsel and conflicts counsel is necessary to the successful administration of these chapter 11 cases, and that the Firm's employment would be in the best interest of the estates.  The Firm's complex chapter 11 experience, as well as its extensive practice before this Court, and knowledge of the Bankruptcy Local Rules and practices, make it substantively and geographically ideal to efficiently serve the needs of the Debtors.  The Firm regularly represents chapter 11 debtors in the Southern District of Texas and throughout Texas, and thus is well qualified by its experience to serve as co-counsel to the Debtors in these proceedings.

11.     By separate application, the Debtors have also asked the Court to approve the retention of White & Case LLP ("**W&C**") as lead counsel for the Debtors.  The Firm has discussed the division of responsibilities with W&C, and will avoid duplication of efforts.  To specifically disclose the division of labor, and to avoid unnecessary duplication of services, the Firm is proposed to primarily provide the following services for its engagement in these chapter 11 cases as local and conflicts counsel to the Debtors:

- provide legal advice and services regarding local rules, practices, and procedures, including Fifth Circuit law;

- provide certain services in connection with administration of the chapter 11 cases, including, without limitation, preparing agendas, hearing notices, witness and exhibit lists, and hearing binders of documents and pleadings;

- review and comment on proposed drafts of pleadings to be filed with the Court;

- at the request of the Debtors, appear in Court and at any meeting with the United States Trustee, and any meeting of creditors at any given time on behalf of the Debtors as their local and conflicts bankruptcy co-counsel;

- perform all other services assigned by the Debtors to the Firm as local and conflicts bankruptcy co-counsel; and

- provide legal advice and services on any matter on which W&C may have a conflict or as needed based on specialization.

**B.**     **The Firm's Qualifications**

12.     The Debtors seek to retain the Firm as set forth herein because of the Firm's recognized and extensive experience and knowledge of chapter 11 business reorganization as well as its experience practicing in Texas and in this District.

13.     The Firm has been actively involved in many major chapter 11 cases and has represented many debtors in districts throughout Texas, including recently in the Southern District of Texas, for example: *In re Washington Prime Group Inc., et al.*, Case No. 21-31948 (MI) (Bankr. S.D. Tex. Jul. 27, 2021); *In re California Pizza Kitchen, Inc., et al.*, Case No. 20-33752 (MI) (Bankr. S.D. Tex. Oct. 6, 2020); *In re Chesapeake Energy Corporation, et al.*, Case No. 20-33233 (DRJ) (Bankr. S.D. Tex. Aug. 12, 2020); *In re J. C. Penney Company, et al.*, Case No. 20-20182 (DRJ) (Bankr. S.D. Tex. Jul. 2, 2020); *In re Ultra Petroleum Corp., et al.*, Case No. 20-32631 (MI) (S.D. Tex. Jun. 29, 2020); *In re Neiman Marcus Group LTD LLC,* Case No. 20-32519 (DRJ) (Bankr. S.D. Tex. Jun. 25, 2020).

14.     In preparing for its representation of the Debtors in these chapter 11 cases, the Firm has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases. The Debtors believe that the Firm is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

C.    **Compensation**

15.    The proposed arrangement for compensation is set forth in the Engagement Letter. *See* **Exhibit A**.   The Firm's fees are determined on the basis of time billed at hourly rates. The Firm's hourly rates vary with the experience and seniority of its attorneys and paralegals, and are adjusted on October 1 of each year.  Work is assigned among attorneys and other professionals so as to meet the Debtors' needs, including timing requirements, in an economically efficient manner, typically resulting in blended rates of approximately $644 per hour or less.  The Firm did not vary from, or agree to any alternatives to, its standard or customary billing arrangements for this engagement.

16.    Expenses related to the Firm's services will be included in the Firm's applications for compensation, which may include third-party disbursements, such as travel expenses, messenger charges, filing and recording fees, and other costs.  It is the Firm's intent to bill such expenses at the Firm's cost.  Certain other expenses, such as photocopying, computerized research and long distance tolls, will be billed in accordance with the Firm's standard schedule of charges. To the extent there may be large third-party disbursements, such as expert fees and expenses, mediation and arbitration fees, deposition costs, and substantial travel expenses, the Firm may ask that the Debtors be responsible for paying them directly, rather than through the Firm.

17.    The Firm's customary fees and expenses incurred in connection with this representation are to be paid out of the Debtors' estates.  The Firm will apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the Southern District of Texas, and any other orders of the Court.  The Debtors will be jointly and severally liable for all

fees and expenses incurred by the Firm for services rendered to the Debtors pursuant to the Engagement Letter.

18.     The Firm and the Debtors entered into the Engagement Letter on November 15, 2021.  In connection with the Engagement Letter, the Debtors provided a retainer to the Firm in the amount of $125,000.00 (the "Retainer").  The Firm assisted the Debtors with the preparation necessary for the filing of their voluntary petitions and transitioning their operations into chapter 11.  Prior to the filing of these cases, the Firm received a payment in the amount of $108,633.00, which was the total amount due to the Firm for all prepetition services.  The Firm continues to hold a retainer in the amount of $26,795.00.

19.     Matthew D. Cavenaugh's hourly rate is $950.00.  The rates of other restructuring attorneys in the Firm range from $525.00 to $985.00 an hour, and the rates of paraprofessionals range from $195.00 to $205.00 per hour.  These rates are consistent with rates that the Firm charges in other comparable chapter 11 cases, with no variation based upon the geographical location of a case.

## D.     The Firm is Disinterested

20.     To the best of the Debtors' knowledge, these attorneys have no interest adverse to the Debtors, or to the Debtors' bankruptcy estates, and are disinterested.  The Firm has no connections with the Debtors, the Debtors' creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee herein, except as disclosed in the Cavenaugh Declaration. The Cavenaugh Declaration demonstrates that although the Firm represents and has represented several of the Debtors' creditors or affiliates of the Debtors' creditors, those matters are not substantially related to the Debtors' bankruptcy cases; the representations are concluded; the

31147717v.1

representation is of an affiliate; or the representations and the claims of those creditors are immaterial and *de minimis*.

**E.**     **Supporting Authority**

21.     The Debtors seek approval to retain the Firm pursuant to section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

22.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

23.     For all the reasons stated herein the retention and employment of the Firm as requested herein is warranted.  Furthermore, as stated in the Cavenaugh Declaration, the Firm is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, as required by § 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors, and has no connection to the Debtors, their creditors, or other parties in interest except as set forth in the Cavenaugh Declaration.  Accordingly, the Debtors request that the Court approve the Application.

WHEREFORE, the Debtors respectfully request that the Court enter the Order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  January 6, 2022
Houston, Texas

*/s/ Sean Gore*

Sean Gore

9

## <u>Certificate of Service</u>

I certify that on January 6, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

## <u>Exhibit A</u>

**Engagement Letter**



Matthew D. Cavenaugh
(713) 752-4284
mcavenaugh@jw.com

November 15, 2021

Bryan Dempsey, General Counsel and Chief Commercial Officer
STRIKE HOLDCO, LLC
1800 Hughes Landing Blvd., Suite 500
The Woodlands, TX 77380

   Re: Retention of Local Counsel

Dear Mr. Dempsey:

  ***GENERAL***.  We are very pleased that you have asked us to represent Strike HoldCo, LLC and its affiliated entities listed on <u>Exhibit A</u> appended to this letter (collectively, "<u>Client</u>") in connection with its chapter 11 restructuring, and any potential post-confirmation work as needed. Please note, the Firm's representation is only of Client; the Firm does not and will not represent any direct or indirect shareholder, director, officer, partner, employee, affiliate, or joint venturer of Client or of any other entity.

  This retention letter (this "<u>Agreement</u>") sets forth the terms of Client's retention of Jackson Walker LLP to provide legal services and constitutes an agreement between the Firm and Client (collectively, the "<u>Parties</u>" and each a "<u>Party</u>"). This Agreement sets forth the Parties' entire agreement for rendering professional services for the current matter, as well as for all other existing or future matters (collectively, the "<u>Engagement</u>"), except where the Parties otherwise agree in writing.

  ***FEES***. Our fees are determined principally on the basis of our time at hourly rates. Our hourly rates vary with the experience and seniority of our attorneys and legal assistants, and are adjusted by us from time to time. Naturally, we try to assign work among our attorneys and other professionals so as to meet the client's needs, including timing requirements, in an economically efficient manner. I currently expect that I will be the principal lawyer involved in this matter. Our individual hourly rates fall in the range set forth in the below table, which also shows the ranges applicable to the Firm's other lawyers and paraprofessionals.

| Billing Category | Fee Range (USD) |
| --- | --- |
| Partners | $695-985 |
| Associates | $525-685 |
| Paraprofessionals | $195-205 |

  Although the Firm will attempt to estimate fees to assist Client in its planning if requested, such estimates are subject to change and are not binding unless otherwise expressly and unequivocally stated in writing.

Bryan Dempsey
November 15, 2021
Page 2

_____

***EXPENSES***. Reasonable expenses related to our services will be included in our statements. They may include third-party disbursements, such as travel expenses, messenger charges, and filing and recording fees, and other costs, such as certain overtime assistance and special postage. It is our intent to bill such expenses to the client at our cost. Certain other expenses, such as photocopying, computerized research and long distance tolls, will be billed in accordance with our standard schedule of charges. To the extent there may be large third-party disbursements, such as expert fees and expenses, mediation and arbitration fees, deposition costs, and substantial travel expenses, at our option, we may ask that the client be responsible for paying them directly, rather than through us, provided that the client will only be responsible for such advance payment if it so agrees in advance in writing. Client may request supporting documentation for any expense included on any statement and will not be required to reimburse such expense until reasonably satisfactory supporting documentation is provided.

***STATEMENTS***. Our statements are rendered monthly and are due upon receipt (subject to bankruptcy court approval, if and as required). If there is any question concerning a bill, we ask that it be raised within thirty (30) days. In the event that our statements are not timely paid, we reserve the right to suspend our services until satisfactory payment arrangements are made, or if necessary, to terminate such services.

***RETAINER***. Considering the nature and scope of the matters for which Client has engaged us, we are requesting a $125,000 retainer at this time, which is earned upon receipt. We anticipate applying this retainer to all outstanding fees and work in process immediately prior to a filing of any restructuring proceeding, and would request that Client replenish up to the requested amount prior to filing. When our representation is completed, we will apply the balance of the retainer against our final statement and refund any excess to you.

***CLIENT***. In this engagement, our principal representation is of the Client as local counsel to assist your primary reorganization counsel White & Case ("W&C"). Unless specifically agreed to by us in a letter like this one, we will not be representing other persons or entities, including any directors, shareholders, officers or related entities, or their subsidiaries, affiliates, or shareholders in connection with a restructuring proceeding. The Client is free to terminate this engagement at any time, as are we. If the engagement is terminated, the Client will remain responsible for the payment of fees and expenses incurred until termination in accordance with this agreement, and, if court approval is required, both of us will cooperate seeking it.

***CONFLICTS***. Based on information provided to us, the Firm currently represents the following entities or affiliates of the following entities that may have direct or indirect claims against Client:

Citibank, N.A.
BBVA Compass Bank
Credit Suisse

Bryan Dempsey
November 15, 2021
Page 3

---

      Bank of America, NA
      Royal Bank of Canada
      Wells Fargo NA
      JP Morgan Chase
      Morgan Stanley
      Capital One, N.A.
      Liberty Mutual Insurance Co.
      Chubb
      BMO Harris Bank
      Exelon Entities
      ACE Insurance
      Kinder Morgan
      Chevron
      Marathon
      Williams
      Targa Resources LLC
      Enterprise
      State of Texas (and all related entities)

Additionally, the Firm is unable to represent the Client with respect to the possible or potential rejection of gas gathering agreements (the "Issue Conflict"). Your agreement to this retention agreement constitutes your acknowledgement of the Firm's ongoing relationship with these entities and the Issue Conflict, your waiver of any actual or potential conflict with the Firm's continuing representation of these entities. In addition, you acknowledge that the Firm's representation of the Client will carve out any matters or issues directly adverse to these existing Firm clients or the Issue Conflict, or to other existing Firm clients that may be identified as the representation progresses, and that any such issues will be handled by conflicts counsel as the case may be, except as set forth in a separate written agreement amongst you, the Firm and these entities.

Your agreement to this retention agreement constitutes your acknowledgement of the Firm's ongoing relationship with these entities, your waiver of any actual or potential conflict with the Firm's continuing representation of these entities only on substantially unrelated matters. In addition, you acknowledge that the Firm's representation of Client will carve out any matters or issues directly adverse to these existing Firm clients, or to other existing Firm clients that may be identified as the representation progresses, and that any such issues will be handled by conflicts counsel as the case may be, except as set forth in a separate written agreement amongst you, the Firm and these entities. In addition, Bank of America, N.A., Wells Fargo Bank, N.A., and the Exelon Entities have outside counsel guidelines that require written conflicts waivers that the Firm is seeking to obtain. These form written conflict waivers prohibit the Firm from acting directly adverse to Bank of America, N.A. and Wells Fargo Bank, N.A., such as in connection with

Bryan Dempsey
November 15, 2021
Page 4

an adversary proceeding  filed against these entities as well as requiring an ethical wall between the lawyers acting on your behalf and the lawyers acting on behalf of these two clients.

***CELL PHONE AND E-MAIL COMMUNICATION.***  The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by cellular telephone, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client does not wish the Firm to discuss privileged matters on cellular telephones with Client or Client's professionals or agents.

The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by unencrypted e-mail, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client wishes to institute a system to encode all e-mail between the Firm and Client or Client's professionals or agents.

***RESTRUCTURING  CASES***.  If it becomes necessary for the Client to commence a restructuring case under chapter 11 of the U.S. Bankruptcy Code (a "Restructuring Case"),  the Firm's ongoing employment by Client will be subject to the approval of the court with jurisdiction over the petition. The Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as lead restructuring counsel. In the near term, the Firm will begin conflicts checks on potentially interested parties as provided by Client.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule").  The Firm will give Client a draft of the Disclosure Schedule once it is available.  Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described and disclosed in Client's application to the court to retain the Firm.

If in the Firm's determination a conflict of interest arises in Client's Restructuring Case requiring separate conflicts counsel, then Client will be required to use separate conflicts counsel in those matters.

***NO GUARANTEE OF SUCCESS.***  It is impossible to provide any promise or guarantee about the outcome of Client's matters. Nothing in this Agreement or any statement by Firm staff or attorneys constitutes a promise or guarantee.  Any comments about the outcome of Client's matter are simply expressions of judgment and are not binding on the Firm.

***CONSENT TO USE OF INFORMATION***.  In connection with future materials that, for marketing purposes, describe facets of the Firm's law practice and recite examples of matters the Firm handles on behalf of clients, Client agrees that, if those materials avoid disclosing Client's

Bryan Dempsey
November 15, 2021
Page 5

confidences and secrets as defined by applicable ethical rules, they may identify Client as a client, may contain factual synopses of Client's matters, and may indicate generally the results achieved.

**_CONTACT PERSON_**.  Unless you otherwise direct, I will be your principal contact at this Firm. However, if at any time you wish to address concerns regarding this engagement with someone other than me, please feel free to contact Wade Cooper, our Managing Partner.

**_GOVERNING LAW_**.  This engagement will be governed by Texas law.  In addition, there may be times when we hold or transfer money on the client's behalf.  In those situations, our relationship will also be subject to a variety of Texas and U.S. government requirements, including reporting requirements.

**_MISCELLANEOUS._**  This Agreement sets forth the Parties' entire agreement for rendering professional services. It can be amended or modified only in writing and not orally or by course of conduct. Each Party signing below is jointly and severally responsible for all obligations due to the Firm and represents that each has full authority to execute this Agreement so that it is binding. This Agreement may be signed in one or more counterparts and binds each Party countersigning below, whether or not any other proposed signatory ever executes it. If any provision of this Agreement or the application thereof is held invalid or unenforceable, the invalidity or unenforceability shall not affect other provisions or applications of this Agreement which can be given effect without such provisions or application, and to this end the provisions of this Agreement are declared to be severable.  Any agreement or waiver contained herein by Client extends to any assignee or successor in interest to Client.

We will do our best to provide Client with the legal services reasonably necessary to achieve a result satisfactory to Client. However, the outcome of any transaction or lawsuit is subject to uncertainties and risks, and we make no promises or guarantees concerning the outcome. Once again, we are very pleased to have the opportunity to represent Client. Please confirm acceptance of the terms of our engagement by signing a copy of this letter in the space provided below, and return a copy to me along with the requested retainer. For your reference I have included an invoice with wiring instructions for the $125,000 retainer.

Sincerely,

Matthew D. Cavenaugh

Bryan Dempsey
November 15, 2021
Page 6

_____

Agreed to and accepted this ___15___ day of _Nov._, 2021.

STRIKE HOLDCO, LLC, on behalf of itself and its wholly-owned direct and indirect subsidiaries:

By: _____

Name: _____Bryan Dempsey_____

Title: _____Authorized Signatory_____

THE STATE BAR OF TEXAS INVESTIGATES AND PROSECUTES PROFESSIONAL MISCONDUCT COMMITTED BY TEXAS ATTORNEYS. ALTHOUGH NOT EVERY COMPLAINT AGAINST OR DISPUTE WITH A LAWYER INVOLVES PROFESSIONAL MISCONDUCT, THE STATE BAR'S OFFICE OF GENERAL COUNSEL WILL PROVIDE YOU WITH INFORMATION ABOUT HOW TO FILE A COMPLAINT. PLEASE CALL 1-800-932-1900 TOLL-FREE FOR MORE INFORMATION.

## **Exhibit A**
## **Subsidiaries and Affiliates**

Strike, LLC
Delta Directional Drilling, LLC
Strike Global Holdings, LLC
Capstone Infrastructure Services, LLC
Crossfire, LLC

**<u>Exhibit B</u>**

**Cavenaugh Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STRIKE, LLC, *et al.*[1] | ) | Case No. 21-90054 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF MATTHEW D. CAVENAUGH IN SUPPORT OF
THE APPLICATION TO RETAIN JACKSON WALKER LLP AS CO-COUNSEL
AND CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

The undersigned proposed attorney for the above-captioned debtors and debtors-in-possession hereby submits this verified statement of disinterestedness pursuant to Bankruptcy Rule 2014(a).

1.     My name is Matthew D. Cavenaugh.  I am over the age of 18 years, I am competent to make this declaration, and I have personal knowledge of the facts stated herein.  Each and every statement contained herein is true and correct.

2.     I am an attorney duly admitted to practice in the State of Texas and in this Court.

3.     I am a partner in the law firm of Jackson Walker LLP (the "<u>Firm</u>").  The Firm maintains offices for the practice of law in seven Texas cities including one at 1401 McKinney Street, Suite 1900, Houston, Texas 77010.  The Firm's main telephone number is (713) 752-4200 and the Firm's main facsimile number is (713) 752-4221.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582).  The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is:  1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380.  Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

4.      In conjunction with the Debtors' retention of the Firm, I directed a search of the Firm's conflicts system for each of the Debtors' creditors and insiders (the "<u>Potential Parties in Interest</u>").

5.      The Firm may represent other affiliates whose identities and affiliation did not show up on the conflicts system.  It is possible that there are creditors whom the Debtors did not identify in their records that are clients of the Firm.  The following summarizes the findings gleaned from my review of the information available on the Firm's conflicts system divided into current clients of the Firm that are also creditors of the Debtors, former clients, and affiliates of current clients of the Firm that are also creditors of the Debtors, and my and the Firm's connections with the Debtors and their current and former officers, directors, and professionals.

**A.      The Firm's Prior Relationship to the Debtors**

6.      The Firm and the Debtors entered into the Engagement Letter on November 15, 2021.  In connection with the Engagement Letter, the Debtors provided a retainer to the Firm in the amount of $125,000.00 (the "<u>Retainer</u>").  The Firm assisted the Debtors with the preparation necessary for the filing of their voluntary petitions and transitioning their operations into chapter 11.  Prior to the filing of these cases, the Firm received a payment in the amount of $108,633.00, which was the total amount due to the Firm for all prepetition services.  The Firm continues to hold a retainer in the amount of $26,795.00.

**B.      Current Clients of the Firm that are Creditors of the Debtors**

7.      The Firm currently represents or has represented entities or affiliates of entities that may have direct or indirect claims or interests against one or more of the Debtors that are listed on the attached <u>Schedule 2</u>.  The Firm's ongoing representation of the <u>Schedule 2</u> entities do not involve or relate to the Debtors or these cases.  The determination of whether a client is a "former

2

client" is based on the date of last activity in the Firm's billing software system being five (5) years or more prior to the Petition Date herein.  The designation of a former client may not foreclose a continuing attorney-client privilege.

8.      In addition, the Firm currently represents entities or affiliates of such entities that may have direct or indirect claims against or interests in one or more of the Debtors on matters unrelated to the Debtors or these cases, which are also set forth in the attached Schedule 2.

9.      In the event that any matters or issues arise that are directly adverse to these current clients of the Firm, these matters or issues will be handled by White & Case, LLP, or other conflicts counsel as appropriate.

10.      None of the preceding current clients individually represents more than 2% of the Firm's annual revenues.

11.      The Firm previously represented, but does not currently represent other potential creditors or affiliates of potential creditors of the Debtors as reflected on Schedule 2.

**C.**      **Creditors of the Debtors that are Adverse to the Firm's Clients**

12.      The Firm represents, or has represented in the past, clients that are adverse or potentially adverse to numerous creditors (or affiliates of creditors) of the Debtors.

**D.**      **The Firm's Connections with the Debtors, Officers, and Professionals**

13.      Lucy Johnson-Davis, with the United States Trustee's Office in Houston, was previously employed by the Firm.

14.      The Firm has in the past, and is likely in the future, to have common clients and connections with the Debtors' prepetition and post-petition attorneys, accountants, and other professionals.  None of those connections are material or present any conflict of interest.

3

15.     Except as set forth herein, neither I nor the Firm have had any connection with the above-named Debtors, or insiders or affiliates of the Debtors, the Debtors' creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the Office of the United States Trustee, and are disinterested persons within the meaning of 11 U.S.C. § 101(14), to the best of my knowledge.

**E.      Statement Regarding United States Trustee Guidelines**

16.     The Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with §§ 330 and 331 of the Bankruptcy Code, and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  The Firm also intends to make a reasonable effort to comply with the United States Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Fee Guidelines"), both in connection with this Application as well as any interim and final fee applications that may be filed by the Firm in connection with these chapter 11 cases.

**F.      Attorney Statement Pursuant to the U.S. Trustee Fee Guidelines**

17.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Fee Guidelines.

> **Question**:    Did the Firm agree to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement?
>
> **Answer**:    No.  The Firm and the Debtors have not agreed to any variations from, or alternatives to, the Firm's standard billing arrangements for this

4

engagement. The rate structure provided by the Firm is appropriate and is not significantly different from (a) the rates that the Debtors charge for other non-bankruptcy representatives or (b) the rates of other comparably skilled professionals.

**Question**:   Do any of the Firm professionals in this engagement vary their rate based on the geographical location of the Debtors' chapter 11 cases?

**Answer**:   No.  The hourly rates used by the Firm in representing the Debtors are consistent with the rates that the Firm charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

**Question**:   If the Firm has represented the Debtors in the 12 months prepetition, disclose the Firm's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If the Firm's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**:   My hourly rate is $950.00.  The rates of other restructuring attorneys in the Firm range from $525.00 to $985.00 an hour and the paraprofessional rates range from $195.00 to $205.00 per hour.  The Firm represented the Debtors during the weeks immediately before the Petition Date, using the foregoing hourly rates.

**Question**:   Have the Debtors approved the Firm's budget and staffing plan, and if so, for what budget period?

**Answer**:   The Firm has not prepared a budget and staffing plan.

18.     The Firm will periodically review both the changes in identifiable parties in interest of the Debtors and clients of the Firm as such information becomes available or relevant, and will update this disclosure as appropriate.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of January, 2022.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh

6

## Schedule 1

## Schedule of Searched Parties

**Banks**
Bank of America, N.A.

**Clerk of the Court**
Nathan Ochsner

**Current and Former Affiliate Entities**
Mill Point Strike Splitter L.P.
OEP Strike LLC
Pate Holdings Co. LLC
Strike Capital, LLC
Strike Coopertief U.A
Strike Energy B.V.
Strike Investment LLC
Strike Management LLC
Strike Management Incentive Plan, LLC
Strike México S. de R.L. de C.V.

**Current and Former Directors and Officers**
Jarvie Arnold
Patrick Bartels
Laurie Bench
Jamie Black
James B. Cherry
Charles Davison
Dario DeFerrari
Bryan Dempsey
Rae Anne Dodds
Anthony Dowd
Andrew Duffin
Michael Duran
Knut Eriksen
Chad Fay
Brad Fielding
DeWayne Fitzgerald
Lee Garrdner
Angie Goines
Sean Gore
Adam Harwell
Jason Heckt
Ryan Herrera
Anthony R. Horton
Todd Johnso
Michele Kooken
Steve Lanau

Joe Michels
Cole Pate
Kevin Pate
Kyle Pate
Megan Pate
Richie Pate
Steve Pate
Dean Schulte
Rhonda M. Sigman
Bobby Simons
Kacey Smart
Dustin Smith
Mike Smithey
Chase Sorrels
Weston Teichman
Frank Victor-McCawley
Aileen Wang

**Debtors**
Capstone Infrastructure Services, LLC
Crossfire, LLC
Delta Directional Drilling, LLC
Strike, LLC
Strike Global Holdings, LLC
Strike HoldCo, LLC

**Debtors' Professionals**
Epiq Corporate Restructuring, LLC
Jackson Walker LLP
Joel Frank Wilkinson Brimmer Katcher
Korn Ferry
Opportune Partners LLC
Opportune Partners LLP

**Insurance Parties**
Allied World Surplus Lines Insurance Company
Allied World Specialty
Aspen American Insurance Company
Atlantic Specialty Insurance Company
Axis Insurance Company
Beazley Insurance Company, Inc.
Berkley National Insurance Company
Continental Casualty Company (CNA)
Endurance American Insurance Company

31147717v.1

Federal Insurance Company
General Security National Insurance
Company
Great American Assurance Company
Great American E&S Ins. Co.
Indian Harbor Insurance Company (XL)
National Union Fire Insurance Company of
Pittsburg, PA (AIG)
Old Republic Insurance Company
RSUI Indemnity Company
Tokio Marine Specialty Insurance Company
United States Fire Insurance Company
USSIC (HCC)
Westchester Fire Insurance Company
Zurich American Insurance Company

**Landlords and Lease Counterparties**
3939 Carson, LLC
4 Horse Construction, LLC
AGES Associates, L.P.
Atlantis Self Storage, Inc.
Automotive Rentals Inc. – STR
B/CS Leasing, LLC
Bishop Commercial Rentals, LLC
Blairtown Energy Center
Bruce and Cathy Chisler
Bursca 79 South Industrial Park
Caterpillar Financial Services
Cecil Joe Stark Sawmill & Logging Inc.
Circle C Properties, LLC
City of Durango
CNMK Texas Properties, LLC
CR McB Investments, LLC
Crimson Insulation, Inc.
Crossbridge LLC
DAEC Industrial Park, LLC
DHMH
Dorothy B. Koratich
Ezra Lee
Gary L. Butch/Cynthia S. Butch
Giles Brown
HB Properties, LLC
HCJ Investments, LLC
HH One Hughes Landing, LLC
IDV VPID, LP
Irrigo, LLC

James G. and Sonya Keeling
James H Pankey Separate Property Trust
JBD Properties
Jimmy and Ann Cranford
Jon A. Box
Karst Holdings, LLC
Kinetic Leasing Inc.
Kubota Credit Corp. USA
La Puerta Azul Rentals
Layne Christensen
Norman Rash
Old Branch Agriculture, LLC
Phillips Distributors, Inc.
Post Oaks Holdings, LLC
Richard Fenner
Richards Outdoor Power Equipment, LLC
Robert Wiggins
Roberts Property Management, Inc
Rotten Bayou Enterprises, LLC
Sacramento Land Investments, LLC
Sampson Morris Group
Southwest Livestock & Trucking Co., Inc.
Stellar Investments
Steve Dupuis Equipment, Inc.
Storage Solutions
The Park at 1788 South, LLC
Three Star Rentals, LLC
Volvo Financial Services
Wintrust Commercial Finance
WOODLANDS-SAROFIM #1, LTD.
WWS, LLC

**Largest Unsecured Creditors**
Allwaste Industrial Svcs LLC
Ardent Services LLC
Axis Industrial Services LLC
B&S Equipment Co Inc.
Badger Daylighting Corp.
Bayou Electrical Services
BC Henderson Construction Inc.
Bennett Construction, Inc. and NGM
Insurance Company
B-Grant Construction Inc
Bighorn Transport Services LLC
BJ Oilfield Construction Inc.
Blackwell Enterprises Inc.

31147717v.1

Bobcat Electric & Instrumentation LLC
Cable Communication
Cat Financial Commercial Acct.
CBK Transport
Cross Country Infrastructure Services USA
Cyclone Services LLC
Dakota Line Contractors Inc.
Deere Credit, Inc.
Delta Fuel Company
Di Trol Systems Inc.
Elite Supply Partners Inc.
Ellingson Companies
Flores Energy Services
FM Road Boring & Drilling Inc.
Graybar Electric Co Inc
Gulf Coast Crane Services LLC
Hardrock Directional Drilling
Hudson Products Corporation
Hdds LLC
Hydromax LLC
Ignite Energy Services
J2 Resources
Jones Transport
Jph Holdings LLC
Longhorn Custom Coating
Lunda Construction Company
Mason Construction LTD
Mears Group Inc.
Merchants Automotive Group Inc.
Michels Corporation
Midstream Valve Partners LLC
Milbar Hydro Test Inc.
Patriot Construction & Ind LLC
Pipeline Supply & Service
Precision Hdd Drilling LLC
Precision Torque Systems
Relevant Industrial LLC
Rock-It Natural Stone Inc.
Rexel USA Inc.
Sick Inc
Standard Freight LLC
Sterling Crane LLC
Strata Innovative Solutions
Summit Electric Supply Co. Inc.
The Reynolds Company
Total Safety US Inc.

United Rentals Inc.
Velox LLC
Vermeer Midsouth, Inc.
Weldfit Services
Wolseley Industrial Group
Wolverine Mat, LLC
Yak Mat LLC

**Lenders**
American Industrial Partners
American Money Management Corporation
AMMC CLO
Apex Credit CLO
Apex Credit Partners LLC
Black Diamond Capital Management LLC
Black Diamond CLO
Blackstone CSP
Brighthouse Life Insurance Company
Cerberus Corporate Credit Fund, L.P.
D-Star Lrd
First Horizon Bank
JFIN CLO
Lightship Capital II LLC
Met Life
MetLife Syndicated Bank Loan Fund
Metropolitan Life Insurance Company
Napier Park Global Capital LP
Napier Park Select Master Fund LP
New Mexico Napier Park Fund LLC
Siemens Financial Services, Inc.
Silver Rock CLO I, Ltd.
Silver Rock Credit Fund LP
Silver Rock Financial LLC
Silver Rock Opportunistic Credit Fund LP
Silver Rock Opportunities Fund I LP
SRF Plan Assets Opportunistic Credit Fund LP
Stichting Bedrijfstakpensioenfonds voor het Beroepsvervoer over de Weg
Sterling National Bank
Wellwater LLC
ZAIS CLO 1, Limited
Zais CLO 2, Limited

**Litigants**

Aircraft Charter & Management Service, LLC
Alabama Power Company
Antonio Vitela
ASI Aviation, LLC
Belinda Juarez
Bennett Construction, Inc.
Big Guns Petroleum, Inc.
Blaine Vansycoc,
BNP Petroleum Corporation
Brenda Wozencraft
Caroline A Vansycoc
Caroline A Vansycyoc
Chemtex International Inc.
Christopher G. Williams
Christopher Lafleurw
City of Pass Christian, Mississippi
Commissioner of Revenue, State of Tennessee
David Gerragano
Dennis Berry
Donnie Murphey
Fredrick Robinson
FVL Ltd.
Gabriel Morris
Gerald A. Beecher
GW Ridge, LLC
Hilda Garza
Horse Head Holdings,, LLC
Intertek Asset Integrity Management Inc.
James Mann
Jason Bynum
Jeanne Haymes
Jennifer Parker
Jeremy Hershey
Jesse C. Finch
Jonathan Prater
Jose Arias
Joseph Montle
Juan de Jesus Perez
Justin Ballard
Justin Smith
Lee Lopez
Leonides Gonzalez
Linn Energy, LLC
Lucy Beecher

Magellan Pipeline Company, L.P.
Manuel Garza
Mauro V. Lopez
National Grange Mutual Insurance Company
NGM Insurance Company
Reagan Brunner
Ria Cudjoe
Sandra Diaz
Sandy Creek Farms
State of Goliad, Texas
Steve Barrington
Tanner Prater
The County of Leon, Texas
Turn Key Specialists
V-Tex Logistics LLC

**Note Purchasers**
OEP Crossfire LLC

**Other Interested Parties**
Mill Point LLC

**Significant Contract Counterparties**
AR Horton Advisor, LLC
BCBS
Berkley Oil & Gas Speciality Services
BPX Energy
Brazos Midstream
Breitburn Energy Partners LP
Buckeye Partners, LP
Centurion Pipeline L.P.
Chevron USA, Inc.
ConocoPhillips Company
Cross Country Infrastructure Svcs USA
Delta Fuel Company
Enbridge Inc.
Energy Transfer Partners, LP
Enterprise Products Partners L.P.
Excel Mulching DBA Excel Mulching
Hardrock Directional Drilling
Janco Directional Drilling
Jones Transport
Jph Holdings LLC
Kinder Morgan, Inc.
Lone Star Directional Drilling
Marathon Petroleum Corporation

Navigator Energy Services, LLC
New Mexico Gas Company
Northern Natural Gas Company
Patriot Construction & Ind LLC
Phillips 66 Company
Pipeline Supply & Service
Redan Advisors LLC
Spectra Energy Corporation
Tc Energy
Telepak Networks, Inc.
Usd Group
Whitewater Midstream, LLC

**Significant Customers**
Acadian Gas Pipeline System (aka Enterprise)
Anadarko Petroleum Corporation
Bassell USA Inc.
BP America Production Co.
BPX Midstream LLC
Cable East
Celanese Ltd.
Centerpoint Energy Field Services, LLC
Centurion Pipeline Company, LLC
Cheniere Corpus Christi Pipeline, LP
Chevron North America Exploration and Production Company
CNX Midstream Partners LP
CPB Water, LLC
Crestwood Operations LLC
DTE LEAP Gas Gathering, LLC
DTE Pipeline Company
Easton Energy, LLC
Enbridge Energy Partners, LP
ENBRIDGE Storage (Cushing) L.L.C.
Enterprise Crude Pipeline, LLC
Enterprise Field Services, LLC
Enterprise Pelican Pipeline LP
Enterprise Products Operating, LLC
Enterprise Texas Pipeline LLC
EPCO Holdings, Inc.
Equistar Chemicals, LP
EUS OU
Gibson Energy Infrastructure, LLC
Glass Mountain Pipeline, LLC
Goodnight Midstream Bakken, LLC

Goodnight Midstream Permian, LLC
Houston Refining LP
Jackalope Gas Gathering Services, L.L.C.
Kentucky Utilities Company
Kinder Morgan Contracting Services, LLC
Kinder Morgan Contracting Services, LLC
Kinder Morgan Tejas Pipeline LLC
KU Services Company
La Grange Acquisition, L.P.
LG&E
Lone Star NGL Pipeline LP
Louisville Gas and Electric Company
Lucid Artesia Company
Lucid Energy Delaware, LLC
Lyondell Chemical Company
LyondellBasell Acetyls, LLC
LyondellBasell Advanced Polymers Inc.
Magellan Pipeline Company, L.P.
Marathon Oil Company
Marathon Pipe Line LLC
MasTec Network Solutions, LLC
MEB General Contractors, Inc.
Midcoast Energy Partners, LP
Midship Pipeline Company, LLC
Millennium Petrochemicals, Inc.
Natgasoline LLC
Natural Gas Pipeline Company of America LLC
NiSource Corporate Services Company
Northwest Pipeline GP
Olin Corporation
ONEOK Partners Intermediate Limited Partnership
Petrohawk Energy Corporation
Pioneer Natural Resources Pumping Services, LLC
Pioneer Natural Resources USA, Inc.
Pioneer Natural Resources Well Services, LLC
Pioneer Water Management LLC
Plains Marketing, L.P.
Port Arthur Terminal LLC
Premier Silica LLC
Protégé Energy III LLC
Public Service Company of North Carolina
Regency Marcellus Gas Gathering LLC

Rose Rock Midstream Crude, L.P.
South Texas Gateway Terminal LLC
South Texas NGL Pipeline, LLC
Southern Diversified Technologies, Inc.
Spectra Energy Transmission II, LLC
Taproot Rockies Midstream LLC
Targa Resources LLC
Telepak Networks, Inc. dba C Spire
Texas Eastern Transmission, LP
Texas Eastern Transmission, LP
TransCanada USA Operations Inc.
Transcontinental Gas Pipeline Corporation
Universal Ensco, Inc.
US Gas Assets LLC (aka NextEra)
Valley Crossing Pipeline, LLC
Western Midstream Operating, LP
WGR Operating, LP
Whistler Pipeline, LLC
Williams Ohio Valley Midstream, LLC
WWM Operating, LLC
XTO Energy, Inc.

**Significant Vendors**
37-10-121164-8 Strike – Afco
American Cast Iron Pipe Co
Applus Rtd Usa Inc
Ardent Services - CSF
B-Grant Construction Inc.
Blackwell Enterprises Inc - STR
Blaylock Hdd Inc
C.I. Actuation
Clean Harbors Env. Services - STR
Cooper Resources LLC
Crc Evans Pipeline Int'L Inc. - STR
Cross Country Pipeline Supply
Dakota Utility Contractors Inc. - STR
Darby Equipment Company - STR
Directional Service South LLC - STR
Di-Trol Systems Inc.
Edgen Murray Corporation
Elliott Electric Supply - STR
Excel Mulching - STR
Express Scripts Inc.
E-Z Line Pipe Support Co., LLC
Fidelity Investments Inst. Oper. Co LLC
Flatirons Drilling Inc.

Garnett Wood Products Co Inc. - STR
Global Inspection Services LLC
Horizontal Technology Inc - DDD
J.R. Sales And Rental Equip
Janco Directional Drilling
Jm Drilling LLC
Kirby-Smith Machinery Inc
Liazon Corporation
Lone Star Directional Drilling
Michels Corporation - STR
Mulholland Energy Services LLC
New South Access & Envr. Solutions LLC
Patriot Construction & Ind LLC
Pe Ben Usa Inc
Pipeline Machinery Int'l
Pipeline Supply & Service
Power Plan - STR
Precision Hdd Drilling LLC
PricewaterhouseCoopers LLP
Qp Energy Services LLC
Richard Automation LLc - STR
Standard Freight LLC
Sterling Site Access Solutions - STR
Straitline Well Services LLC
Sunbelt Equipment Marketing
Tech Con Trenching Inc
Tip Excise, LLC
United Rentals Inc - CSF
United Rentals Inc - DDD
United Rentals Inc - STR
Vermeer Midsouth, Inc - DDD
Whitco Supply LLC
Wholesale Electric Supply
Wilmington Trust, Nat'l Assn
XP239 COMDATA
Yak Mat LLC – STR

**Taxing and Regulatory Authorities**
Adams County Treasurer
Alabama Department of Transportation
Alabama License Board for General Contractors
Al-Department of Revenue
Ann Harris Bennett Tax Assessor
API Processing - Licensing, Inc.
Arizona Registrar of Contractors

Atlantis Self-Storage Inc
Barbers Hill ISD
Bishop Commercial Rentals LLC
Blackfeet Nation
Board of Professional Engineers and Land Surveyors
CA Employment Development Department
Caddo Parish Sheriff's Office Tax Department
California Secretary of State
Canadian County Treasurer
City of Athens
City of Corpus Christi
City of El Campo Texas
City of Homewood
City of Hot Springs
City of Jeffersonville
City of Lafayette
City of Macon County
City of Morehead - Director of Finance
City of Nederland
City of Port Arthur
City of Sharon
City of Shreveport-AV-TAX
City of Tuscaloosa Revenue Division
Colorado Department of Public Safety
Colorado Department of Revenue
Colorado Department of Transportation
Connecticut Secretary of the State
Corpus Christi Electric Co
Corpus Christi Equipment Co
CPA Measurement Dynamics Inc
Cr McB Investments LLC
David Piwonka - Cy-Fair ISD Tax Assessor
Delaware Secretary of State
Denise Hutter, Tax Assessor/Collector
Division of Fire Safety
Eddy County Treasurer
eSmartPayroll
Florida Department of Business and Professional Regulation
Florida Department of State
Florida Electric and Construction
Frio County Appraisal District
Frio County Tax Office
G. Brian Patterson, Revenue Commissioner

GA Construction Industry Licensing Board
Gary Earnest - CAD of Taylor County
Georgia Corporations Division
Georgia Professional Licensing Boards
Grimes CAD
Hunter Contracting LLC
Illinois Secretary of State
Indiana Secretary of State
Internal Revenue Service
Iowa Division of Labor
Iowa Secretary of State
Irrigo LLC
Iws Gas and Supply Of Texas
Jbd Properties One LLC
Jones Transport
Judge of Probate Phenix
Kansas Department of Revenue
Kentucky Department of Housing, Buildings and Construction
Kentucky Secretary of State
Kentucky State Treasurer
Kevin Cecil Sheriff of Marshall County
Komatsu Financial Limited Partnership
La Plata County Treasurer
Larry Vincent, Cole County Collector
Leopard 7404 LLC
Louisiana Secretary of State
Louisiana State Licensing Board for Contractors
Marsh USA Inc
Maryland Assessment & Taxation Department
May L. Bender Newton Co Tax Assessor
Merchants Automotive Group Inc
Mercury Permits
Michigan Department of Licensing and Regulatory Affairs
Midland Central Appraisal District
Minnesota Department of Revenue
Mississippi Board of Licensure for Professional Engineers and Surveyors
Mississippi Department of Revenue
Mississippi Department of Transportation
Mississippi Secretary of State
Mississippi State Board of Contractors
Missouri Dept of Revenue

Mobile County License Commission
Montana Dept of Labor Ind.
Montana Secretary of State
Montenegro Trucking LLC
Montgomery County MUD #67
Montgomery County Tax Office
Motor Carriers Kentucky
National Licensing Consultants LLC
Natrona County Treasurer
Nevada Secretary of State
Nevada State Contractors Board
New Hampshire Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue
New York Department of State
New York Dept Of Taxation & Finance
NMBLPEPS
Norman S. Rash
North Carolina Licensing Board for General
Contractors
North Carolina Secretary of State
North Dakota Secretary of State
North Dakota State Electrical
Northern Safety Company Inc
Nueces County Tax Assessor-Collector
Ohio Department of Taxation
OKC Development Center
Oklahoma Corporation Commission
Oklahoma Tax Commission
Oregon Department of Revenue
Oregon Secretary of State
Pablo Villarreal Jr. - Hidalgo County TX
Panola County Tax Office
Panther City Industrial Supply LLC
Payne County Treasurer
Railroad Commission of Texas
Reeves County Tax Assessor/Collector
Rhode Island Division of Taxation
Rhode Island Secretary of State
RIO BLANCO COUNTY TREASURER
Rsk Transport LLC
Rutherford County Trustee
Sampson Morris Group Inc
SC Department of Revenue
Scott Porter, Johnson County Tax A/C
Sheriff of Monongalia County

Signature Financial
Smart Oilfield Services Inc
South Carolina Contractors Licensing Board
South Dakota Department of Transportation
South Dakota Secretary of State
SOUTHERN UTE INDIAN TRIBE LANDS
DIVISION
Southwest TAB & Commissioning LLC
SPEED SHORE CORPPORATION
St. Charles Parish
State of Arkansas
State of Idaho
State of Maryland
Stephens County Treasurer
Steve Dupuis Equipment, Inc.

**United States Bankruptcy Judges for the**
**Southern District of Texas and staff**
Chief Judge David R. Jones
Judge Marvin Isgur
Judge Christopher M. Lopez
Judge Jeffrey P. Norman
Judge Eduardo V. Rodriguez
Albert Alonzo
Ana Castro
Tracey Conrad
Jeannie Chavez
LinhThu Do
Tyler Laws
Kimberly Picota
Vriana Portillo
Mario Rios
Rosario Saldana

**United States Trustee Personnel**
Alicia Barcomb
Jacqueline Boykin
Luci Johnson-Davis
Hector Duran
Barbra Griffin
Brian Henault
Linda Motton
Ha Nguyen
Glenn Otto
Yasmin Rivera
Jayson B. Ruff

31147717v.1

Millie Sall
Patricia Schmidt
Christy Simmons
Gwen Smith
Stephen Statham
Christopher R. Travis
Clarissa Waxton
Jana Whitworth

**Utility Providers**
ACL Water Association, Inc.
Alabama Power
Amerigas
Ameripower LLC
Arlington Water Utility
Armstrong
AT&T
AT&T Long Distance
AT&T Mobility
Atmos Energy Corp
Bear Creek Water Assn Inc
Big Bend Telephone
Black Hills Energy
Brilliant Energy LLC
C Spire
Canton Municipal Utilities
CenturyLink
Champion Energy Services
Choice Broadband
City of Alice
City of Amory, Ms
City of Athens Utilities
City of Carthage
City of Casper
City of Corpus Christi
City of Cushing
City of Del Rio
City of Dilley
City of El Campo
City of Evans
City of Forest
City of Lucedale
City of Flowood
City of Meridian
City of Mont Belvieu
City of Navasota

City of Newton
City of Port Arthur
Clarkdale Water Association
Clearfly
CMS Electric Cooperative
Comcast
Dell Telephone Coop
Direnergybus
Dish Network
Dominion Energy
East Washington Joint Auth.
Entergy
Fastrack Communications Inc.
Fidelity Telephone
First Energy
Freepoint Energy Solutions LLC
Frontier
Frontier Waste
Gtek Computers and Wires
Just Energy
Karnes Electric Cooperative
La Plata Electric
Louisville Water Company
Level 3 Communications
Mckenzie Electric Cooperative
Mcw Sewer and Fire Protection Authority
Medina Electric Cooperative
Mitchell Water System Inc
Mobile County Water
Moon Lake Electric
Mount Olympus
Oklahoma Natural Gas Co
Orkin LLC
Penn Power
Pennsylvania American Water Co
Quadient Inc
Ready Refresh By Nestle
Reliant Energy
Republic Services
Reservation Telephone
RGV Metro Waster LLC
Rocky Mountain Power
Rose Hill Water Works Association
Russell County Water Authority
Seccuro Group LLC
Security Monitoring

Skynet
Southern Pine Electric Power
Southern Ute Utilities Div.
Southwestern Electric Power Co
Spectrum Corporation
Strata Networks
Suddenlink
Superior Alarm Inc
Terminix Processing Center
Town of Rangely
Trashbilling.com
Tupelo Water & Light
TXU Energy
Valley Telephone Cooperative
Verizon
Vernal City
Viasat
Voxox.com
Waste Management
Waste Pro of Meridian
West Penn Power
Windstream
Xcel Energy
Zavala County Water District
Summit Funding Group Inc.
Swagelok Austin
Sweetwater County Treasurer
Tarrant County Motor Vehicle
Tennessee Board for Licensing Contractor
Tennessee Department of Revenue
Texas Board of Professional Engineers and
Land Surveyors
Texas Comptroller of Public Accounts
Texas Department of Licensing and
Regulation
Texas Department of Motor Vehicles
Texas Department of Public Safety
Texas Department of Licensing & Regulation
Texas Secretary of State
TN Department of Commerce and Insurance
Toomsuba Water System
Town of Ignacio
Travis A. Hulsey, Director
Uintah County Assessor
Union Pacific Railroad Company
Universal Corrosion Specialist

Utah Department of Commerce
Utah Department of Transportation
Utah Division of Corporations and
Commercial Code
Utah State Tax Commission
Ute Indian Tribe Energy & Mineral Dept.
Ute Indian Tribe Utero Commission
Vermont Secretary of State
Virginia Department of Professional and
Occupational Regulation
Virginia State Corporation Commission
Washington Secretary of State
Waste Management of Co.
Waste Connections
Weld County Treasurer
Wells Fargo Equipment Finance
Wendy Burgess, Tax Assessor-Collector
West Virginia State Tax Department
West Virginia Treasury
Wood Environment & Infrastructure Sol.
WV PE Board
WWS LLC
Wyoming Department of Revenue
Wyoming Department of Transportation
Wyoming Secretary of State

**Schedule 2**

| JW Client Name | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| 1000 Louisiana LP d/b/a Wells Fargo Plaza | Wells Fargo Equipment Finance | Utility Provider | Client |
| Ardent Hospice, LLC | Ardent Services LLC | Creditor | Client |
| Ardent Pursuit Consulting, LLC | Ardent Services LLC | Creditor | Client |
| Ardent Residential Partners, LLC | Ardent Services LLC | Creditor | Client |
| Armstrong Holden Properties, L.P | Armstrong | Utility Provider | Client |
| Armstrong, Backus & Co., L.L.P | Armstrong | Utility Provider | Client |
| AT&T Corporation | AT&T | Utility Provider | Client |
| AT&T Knowledge Ventures, L.P | AT&T | Utility Provider | Client |
| AT&T Mobility LLC | AT&T | Utility Provider | Client |
| ATMOS Energy Corporation | Atmos Energy Corp. | Utility Provider | Client |
| Bank of America | Bank of America, N.A. | Lender | Client |
| Bank of America Merrill Lynch | Bank of America, N.A. | Lender | Client |
| Bank of America, N.A. | Bank of America, N.A. | Lender | Client |
| Bank of America, N.A., as Trustee of the William E. Dean III Charitable Foundation | Bank of America, N.A. | Lender | Client |
| Black, M.D., James N. | Jamie Black | Director/Officers | Client |
| BNP Paribas | BNP Petroleum Corporation | Litigant | Client |
| Brazos Midstream Operating, LLC | Brazos Midstream | Contract Counterparties | Client |
| Brazos Renewable Energy, LLC | Brazos Midstream | Contract Counterparties | Client |
| Buckeye Partners, LP | Buckeye Partners, LP | Contract Counterparties | Client |
| Buckeye Properties, Inc. | Buckeye Partners, LP | Contract Counterparties | Client |

| JW Client Name | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Capital One, GE Capital, Bank of America Merrill Lynch and NextEra | Bank of America, N.A. | Lender | Client |
| Centurion Pipeline Company, LLC | Centurion Pipeline L.P. | Contract Counterparties | Client |
| Cerberus Capital Management, L.P | Cerberus Corporate Credit Fund, L.P. | Lender | Client |
| Cerberus Real Estate Capital Management, LLC | Cerberus Corporate Credit Fund, L.P. | Lender | Client |
| Chemical Waste Management, Inc. | Waste Management | Utility Provider | Client |
| Chevron Corporation | Chevron USA, Inc. | Contract Counterparties | Client |
| Chevron Environmental Management Company | Chevron USA, Inc. | Contract Counterparties | Client |
| Chevron Phillips Chemical Company, LLC | Chevron USA, Inc. | Contract Counterparties | Client |
| Chevron Pipeline | Chevron USA, Inc. | Contract Counterparties | Client |
| Chevron U.S.A. Inc | Chevron USA, Inc. | Contract Counterparties | Client |
| Comdata Network, Inc | XP239 COMDATA | Vendor | Client |
| ConocoPhillips, Inc. | ConocoPhillips Company | Significant Counterparties | Client |
| Cyclone Enterprises | Cyclone Services LLC | Creditor | Client |
| Dish Network L.L.C. | Dish Network | Utility Provider | Previous Client |
| Edgen Group Inc. | Edgen Murray Corporation | Vendor | Client |
| Enbridge Employee Services, Inc. | Enbridge Inc. | Contract Counterparties | Client |
| Enbridge Inc. | Enbridge Inc. | Contract Counterparties | Client |
| Enbridge Midcoast Energy, Inc. | Enbridge Inc. | Contract Counterparties | Client |
| Energy Transfer Partners | Energy Transfer Partners, LP | Contract Counterparties | Client |

2

31147717v.1

| JW Client Name | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Fidelity Investments | Fidelity Investments Inst. Oper. Co LLC | Customer | Client |
| First Horizon | First Energy | Utility Provider | Client |
| First Horizon Bank, N.A | First Energy | Utility Provider | Client |
| Frontier Energy, LLC | Frontier | Utility Provider | Client |
| Frontier Equity | Frontier | Utility Provider | Client |
| Just Energy (US) Corp | Just Energy | Utility Provider | Client |
| Kinder Morgan Energy Partners, L.P | Kinder Morgan, Inc. | Contract Counterparties | Client |
| Mann, James Edward and Mann, Sulinda Jane Cole | James Mann | Litigants | Client |
| Marathon Oil Company | Marathon Oil Company | Customer | Client |
| Metropolitan Life Insurance Company | Metropolitan Life Insurance Company | Lender | Client |
| New Mexico Gas Company | New Mexico Gas Company | Contract Counterparties | Client |
| OEP Holding Corporation | OEP Strike LLC | Affiliate Entities | Client associate |
| OEP Management LLC | OEP Strike LLC | Affiliate Entities | Client associate |
| R.J. Reynolds Tobacco Company | The Reynolds Company | Creditor | Client |
| Reliant Energy Solutions, LLC | Reliant Energy | Utility Provider | Client |
| Republic Services, Inc. | Republic Services | Utility Provider | Client |
| Reynolds & Reynolds Co. | The Reynolds Company | Creditor | Previous Client |
| Smith, Justin B. | Justin Smith | Litigants | Client |
| Southwestern Bell Telephone Company d/b/a AT&T Tex | AT&T | Utility Provider | Client |
| Spectra Energy Corp | Spectra Energy Corporation | Contract Counterparties | Client |
| Spectrum Development Group, Inc. | Spectrum Corporation | Utility Provider | Client |
| Spectrum Group Management | Spectrum Corporation | Utility Provider | Client |

3

31147717v.1

| JW Client Name | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Strike LLC | Strike Capital, LLC | Debtor Affiliate | Previous client |
| Taproot Rockies Midstream LLC | Taproot Rockies Midstream LLC | Customer | Client |
| Targa Resources LLC | Targa Resources LLC | Customer | Client |
| The Blackstone Group | Blackstone CSP | Lender | Client |
| Total Safety U.S., Inc. | Total Safety US Inc. | Creditor | Previous Client |
| TXU Corp. | TXU Energy | Utility Provider | Client |
| U.S. Trust, Bank of America Private Wealth Management | Bank of America, N.A. | Lender | Client |
| Union Pacific Railroad Company | Union Pacific Railroad Company | Utility Provider | Client |
| USD, Inc., an Arizona Corporation | Usd Group | Contract Counterparties | Client |
| Waste Management, Inc. | Waste Management | Utility Provider | Client |
| Wells Fargo Bank, N.A. | Wells Fargo Equipment Finance | Utility Provider | Client |
| Wells Fargo Central Pacific Holdings, Inc. | Wells Fargo Equipment Finance | Utility Provider | Client |
| Wells Fargo Central Pacific Holdings, Inc. and JPM Capital Corporation | Wells Fargo Equipment Finance | Utility Provider | Client |
| Wells Fargo Clearing Services, LLC d/b/a Wells Fargo Advisors | Wells Fargo Equipment Finance | Utility Provider | Client |
| Wells Fargo Energy Capital | Wells Fargo Equipment Finance | Utility Provider | Client |
| WhiteWater Midstream | Whitewater Midstream, LLC | Contract Counterparties | Client |
| Windstream Corporation | Whitewater Midstream, LLC | Contract Counterparties | Client |
| Windstream Holdings, Inc. | Windstream | Utility Provider | Client |