IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRIKE, LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 21-90054 (DRJ)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2002 (the "Bankruptcy Rules"), Parkins Lee & Rubio LLP hereby enters its appearance as counsel to FVL, Ltd., Ford J. Frost, and Claudia Wilson Frost (the "Frost Creditors"), creditors and parties-parties-in interest in the above-styled and jointly administered chapter 11 cases. The undersigned respectfully requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon the following:

**PARKINS LEE & RUBIO LLP**
Lenard M. Parkins
R. J. Shannon
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Email: lparkins@parkinslee.com
          rshannon@parkinslee.com
Phone: 713-715-1660

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service is not only for the notices and other documents referred to in the Rules specified above but includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582).

and liabilities, statements of financial affairs, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email or otherwise.

PLEASE TAKE FURTHER NOTICE that the Frost Creditors do not intend that this Notice of Appearance and Request for Service or any later appearance, pleading, proof of claim, claim or suit be deemed or construed to be a waiver of (1) the right to have final orders entered only after *de novo* review by the U.S. District Court for the Southern District of Texas (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Frost Creditors is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Frost Creditors expressly reserves. All of the Frost Creditor's rights are reserved and preserved, without exception and without confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 7, 2022

Respectfully submitted,

*/s/Lenard M. Parkins*
**PARKINS LEE & RUBIO LLP**
Lenard M. Parkins (TBA No. 15518200)
R. J. Shannon (TBA No. 24108062)
Pennzoil Place
700 Milam Street
Houston, TX 77002
Telephone: (713) 715-1660
Email: lparkins@parkinslee.com
        rshannon@parkinslee.com

*Counsel to FVL, Ltd., Ford J. Frost, and Claudia Wilson Frost*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, the forgoing document was served through the Court's CM/ECF System on all parties registered to receive such service.

*/s/R. J. Shannon*
R. J. Shannon