IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STRIKE, LLC, *et al.*,[1] | Case No. 21-90054 (DRJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF DELTA FUEL COMPANY, LLC TO THE NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE AND CURE COSTS**
**(Related to Dkt. No. 402)**

TO THE HONORABLE DAVID R. JONES, CHIEF UNITED STATES BANKRUPTCY JUDGE:

Delta Fuel Company, LLC ("Delta Fuel"), by its undersigned counsel, hereby withdraws its Limited Objection and Reservation of Rights (the "Objection") [Dkt. No. 402] to the *Notice Of Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Sale And Cure Costs* [Dkt. No. 309].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard., Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

{N4512907.1}    1

Dated: January 20, 2022					**JONES WALKER LLP**

*/s/ Mark A. Mintz*
Mark A. Mintz (SDTX No. 1140193)
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel: 504-582-8368
Fax: 504-589-8368
Email: mmintz@joneswalker.com

**Counsel for Delta Fuel Services**

{N4512907.1}                                    2

## **CERTIFICATE OF SERVICE**

      I certify that on January 20, 2022 I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

                                  */s/ Mark A. Mintz*
                                  Mark A. Mintz