IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRIKE, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-90054 (DRJ)<br><br>(Jointly Administered) |

**MILLER CONCRETE CONSTRUCTION, LLC'S WITNESS AND EXHIBIT LIST
FOR THE HEARING SCHEDULED FOR
January 27, 2022 AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

Miller Concrete Construction, LLC ("Miller") files this Witness and Exhibit List for the hearing to be held on **Thursday, January 27, 2022 at 11:00 A.M.**

## WITNESSES

Miller may call a corporate representative of Miller to testify as a fact witness. CGG further reserves the right to call any witness designated by another party, and to call any witness for impeachment or rebuttal purposes.

## EXHIBITS

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Miller-1 | List of Miller Invoices | | | |
| Miller-2 | Invoice #102-21 A | | | |
| Miller-3 | Invoice #102-21 B | | | |
| Miller-4 | Invoice #120-21 C | | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard., Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

1

| | | | | |
|---|---|---|---|---|
| Miller-5 | Invoice #103-21 | | | |
| Miller-6 | Invoice #104-21 A | | | |
| Miller-7 | Invoice #104-21 B | | | |
| Miller-8 | Invoice #104-21 C | | | |
| Miller-9 | Operating Agreement Between Strike and Miller | | | |
| | Any document presented by any other party | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | |

## RESERVATION OF RIGHTS

Miller reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing. Miller also reserves the right to rely upon and use as evidence any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

Dated: January 25, 2022                     Respectfully Submitted:

**FROST BROWN TODD LLC**

*/s/ Mark A. Platt*
Mark A. Platt, Esq.
mplatt@fbtlaw.com
Texas Bar No. 00791453
Rosewood Court
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Tel:  (214) 580-5852
Fax:  (214) 545-3473
Email: mplatt@fbtlaw.com

*Counsel for Miller Concrete Construction, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, I caused a copy of the foregoing to be served by electronic means through the ECF system to all registered ECF participants.

/s/ Mark A. Platt
Mark A. Platt

0149635.0752728  4893-0674-2539v1