IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| STRIKE, LLC, *et al.*[1] | ) Case No. 21-90054 (DRJ) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF CANCELLATION OF AUCTION, SELECTION OF SUCCESSFUL BIDDER, AND SCHEDULING OF SALE HEARING

**PLEASE TAKE NOTICE** that, on December 23, 2021, the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") entered an order [Docket No. 279] (the "**Bidding Procedures Order**"), which, among other things, (i) approved the bidding and auction procedures attached to the Bidding Procedures Order as Schedule 1 (the "**Bidding Procedures**"),[2] (ii) approved the selection of Strike Acquisition LLC as "stalking horse" bidder (the "**Stalking Horse Bidder**"), (iii) authorized the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") to enter into an asset purchase agreement with the Stalking Horse Bidder (the "**Stalking Horse Agreement**"), and (iv) authorized the Debtors to conduct an auction (the "**Auction**") for the sale of substantially all of the Debtors' assets in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, the Bid Deadline was set for January 24, 2022 at 11:59 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids (other than the Stalking Horse Bid) prior to the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, in light of the foregoing, the Auction scheduled for January 26, 2022 at 9:00 a.m. (prevailing Central Time) is hereby **CANCELLED** and the Stalking Horse Bidder is deemed the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the transactions contemplated in the Stalking Horse Agreement will be held before the Honorable

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard., Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

[2] Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Bidding Procedures Order or Bidding Procedures, as applicable.

David R. Jones, United States Bankruptcy Judge, in Courtroom 400, 515 Rusk Street, Houston, Texas 77002 on **January 27, 2022 at 11:00 a.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Bidding Procedures, the Stalking Horse Agreement, and all other documents filed with the Court may be obtained from the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, by (i) calling (855) 675-2860 (Toll Free) or +1 (503) 520-4488 (International) or (ii) visiting the Debtors' restructuring website at https://dm.epiq11.com/StrikeLLC.

Houston, Texas
January 25, 2022

/s/ *Matthew D. Cavenaugh*

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Kristhy Peguero (TX Bar No. 24102776)
Genevieve Graham (TX Bar No. 24085340)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com
Email: kpeguero@jw.com
Email: ggraham@jw.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**WHITE & CASE LLP**
Thomas E Lauria (TX Bar No. 11998025)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
Gregory L. Warren (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 900
Miami, FL 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
Email: mbrown@whitecase.com
Email: fhe@whitecase.com
Email: gregory.warren@whitecase.com

Andrew F. O'Neill (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
Email: aoneill@whitecase.com

Charles Koster (admitted *pro hac vice*)
609 Main Street, Suite 2900
Houston, TX 77002
Telephone: (713) 496-9700
Email: charles.koster@whitecase.com

Aaron Colodny (admitted *pro hac vice*)
R.J. Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Email: aaron.colodny@whitecase.com
Email: rj.szuba@whitecase.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on January 25, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh