IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| STRIKE, LLC, *et al.*, | ) Case No. 21-90054 (DRJ) |
|  | ) |
| DEBTORS[1] | ) (Jointly Administered) |
|  | ) |

### THE CLEVELAND CREDITORS' WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 21-90054 | Name of Debtor:  Strike, LLC, et al. |
|  | Judge:  Chief Judge David R. Jones |
|  |  |
| Witnesses: |  |
| 1.  Sterling Kidd |  |
| 1.  Any witness listed by any other party; and |  |
| 3.  Rebuttal witnesses as necessary, including but not limited to Billy Cleveland and Nathan Cummins)[2] | Hearing Date:  May 25, 2022 |
|  | Hearing Time:  1:30 p.m. (CDT) |
|  | Party's Name:  Billy Cleveland, Tammy Cleveland, and Circle C Investments, LLC ("Cleveland Creditors" or "Movants") |
|  | Attorney's Name: Susan C. Mathews |
|  | Attorney's Phone: (713) 286-7165 |
|  | Nature of Proceeding: Hearing on Movants' Motion for Relief from Stay |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); Strike HoldCo, LLC (0607); Delta Directional Drilling, LLC (9896); Strike Global Holdings, LLC (4661); Capstone Infrastructure Services, LLC (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 1800 Hughes Landing Boulevard, Suite 500, The Woodlands, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/StrikeLLC.  These requests relate only to the Debtors referenced in the text of the requests.

[2] This does not amount to a representation that Mr. Cleveland will be a witness.

The Movants reserve the right to cross-examine any witness called by any other party.

## MOVANTS' EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Complaint filed in 21-CV-33 in the Circuit Court of Newton County, Mississippi | | | | |
| 2. | The Cleveland Creditors' Proof of Claim | | | | |
| 3. | Notice of Filing of Amended Plan Supplement [Doc. 1095] | | | | |
| 4. | Order Confirming Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan Of Liquidation Of Strike, LLC and Its Affiliated Debtors | | | | |
| 5. | Any other document or pleading filed in the above-captioned main cases. | | | | |
| 6. | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |
| 7. | Any exhibit identified or offered by any other party. | | | | |

## RESERVATION OF RIGHTS

The Cleveland Creditors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior

2

to the Hearing, including based on any objections filed after the submission of this Witness and Exhibit List.

Dated this 23rd day of May, 2022

    Respectfully submitted,

    **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
    A Professional Corporation

    By:   /s/ *Susan C. Mathews*
          Susan C. Mathews
          Texas Bar No. 05060650
          smathews@bakerdonelson.com
          1301 McKinney St., Suite 3700
          Houston, Texas 77010
          Telephone: (713) 650-9700
          Facsimile: (713) 650-9701

          - and –

          D. Sterling Kidd (MB No. 103670)
          (Admitted *Pro Hac Vice*)
          (skidd@bakerdonelson.com)
          BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
          Post Office Box 14167
          Jackson, Mississippi 39236-4167
          *Telephone*: (601) 351-2400
          *Facsimile*: (601) 351-2424

    **COUNSEL FOR MOVANTS BILLY CLEVELAND, TAMMY CLEVELAND, AND CIRCLE C INVESTMENTS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2022, I caused a true and correct copy of the foregoing was emailed through the Court's Electronic Case Filing System on counsel for the Debtors and all parties that have registered for ECF service.

/s/ Susan C. Mathews
Susan C. Mathews

4859-0249-5009v1
2930445-000002 05/23/2022