**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| STRIKE, LLC, *et al.*[1] | ) Case No. 21-90054 (DRJ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 1441** |

**CERTIFICATE OF NO OBJECTION WITH**
**RESPECT TO WIND-DOWN DEBTORS' MOTION TO APPROVE**
**RESIGNATION OF THE WIND-DOWN MANAGER AND APPOINT A SUCCESSOR**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel for the above-captioned debtors (collectively, the "Debtors") certifies as follows:

1. On August 1, 2023, the Debtors filed the *Wind-Down Debtors' Motion to Approve Resignation of the Wind-Down Manager and Appoint a Successor* [Docket No. 1441] (the "Motion").

2. The deadline for parties to respond to the relief requested in the Motion was August 22, 2023 (the "Objection Deadline"). No objections were filed on the docket on or before the Objection Deadline. Additionally, counsel for the Debtors did not receive any informal responses.

3. The Debtors request that the Court enter the attached proposed order at its earliest convenience.

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Strike, LLC (2120); STH ShellCo LLC (*f/k/a* Strike HoldCo, LLC) (0607); Delta Directional Drilling, LLC (9896); SGH ShellCo LLC (*f/k/a* Strike Global Holdings, LLC) (4661); CIS ShellCo LLC (*f/k/a* Capstone Infrastructure Services, LLC) (0161); and Crossfire, LLC (7582). The location of Debtor Strike, LLC's principal place of business and the Debtors' service address is: 460 Wildwood Forest Dr., Suite 350, Spring, Texas 77380. Additional information regarding this case may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/StrikeLLC.

Houston, Texas
August 23, 2023

        */s/ Genevieve M. Graham*
        **JACKSON WALKER LLP**
        Matthew D. Cavenaugh (TX Bar No. 24062656)
        Kristhy Peguero (TX Bar No. 24102776)
        Genevieve Graham (TX Bar No. 24085340)
        1401 McKinney Street, Suite 1900
        Houston, Texas 77010
        Telephone: (713) 752-4200
        Facsimile: (713) 752-4221
        Email: mcavenaugh@jw.com
        Email: kpeguero@jw.com
        Email: ggraham@jw.com

        *Co-Counsel to the Wind-Down Debtors*

## Certificate of Service

      I certify that on August 23, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            /s/ *Genevieve M. Graham*
                                            Genevieve M. Graham