**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **STRIKE, LLC**[1] | § | **Case No. 21-90054 (DRJ)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtor.** | § | |

**AGREED ORDER AUTHORIZING MEDIATION WITH**
**BANKRUPTCY JUDGE CHRISTOPHER LOPEZ**

Upon consideration of the joint request by Patrick Bartels, as Trustee for the Strike

Liquidating Trust and Crossfire Aggregate Service, LLC and Ezra Lee (collectively, "CAS") to

mediate with United States Bankruptcy Judge Christopher M. Lopez ("Judge Lopez"), it is hereby:

**ORDERED** that the Trustee and CAS are authorized to mediate their disputes with Judge

Lopez; and

**IT IS FURTHER ORDERED** that Judge Lopez is appointed as mediator in this case. At

all times in the performance of his mediation duties, Judge Lopez will be acting in his official

capacity as a United States Bankruptcy Judge, with all of the privileges and immunities of a United

States Bankruptcy Judge.

**SIGNED this _____ day of September, 2023.**

_____
**David R. Jones**
**U.S. Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Strike, LLC (2120); STH ShellCo LLC (f/k/a Strike Holdco, LLC) (0607); Delta Directional Drilling, LLC (9896); SGH ShellCo LLC (f/k/a Strike Global Holdings, LLC) (4661); CIS ShellCo LLC (f/k/a Capstone Infrastructure Services, LLC) (0161); and Crossfire, LLC (7582).

2

**AGREED TO FORM AND CONTENT:**

| **McCloskey Roberson Woolley, PLLC** | **Graw Reed & McGraw, LLP** |
|---|---|

/s/ Thomas A. Woolley, III           /s/ Jason Brookner

Timothy M. McCloskey            Jason Brookner
State Bar No. 13417650            State Bar No. 24033684
Thomas A. Woolley, III            1601 Elm Street, Suite 4600
State Bar No. 24042193            Dallas, TX 75201
945 Heights Blvd.            Telephone (214) 954-4135
Houston, Texas 77008            Facsimile (214) 953-1332
(713) 337-3910            E-mail: jbrookner@grayreed.com
(713) 868-1275 – Fax

**Attorneys for Patrick Bartles, Trustee**            **Attorney for CAS**

2